# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**LEAGUE OF WOMEN VOTERS OF ARKANSAS,**                                  **PLAINTIFFS,**
**ROBERT WILLIAM ALLEN, JOHN MCNEE,**
and **AELICA I. ORSI,**

v.                         No. 5:20CV05174 PKH

**JOHN THURSTON,** in his official capacity as
the Secretary of State of Arkansas, and
**SHARON BROOKS, BILENDA HARRIS-RITTER,**
**WILLIAM LUTHER, CHARLES ROBERTS,**
**JAMES SHARP,** and **J. HARMON SMITH,** in
their official capacities as members of the
Arkansas State Board of Election
Commissioners,                                                                 **DEFENDANTS.**

## DEFENDANT'S RESPONSE TO MOTION FOR LEAVE TO AMEND

The parties have conferred concerning Plaintiffs' motion, which seeks leave to amend their Amended Complaint to add parties and a claim. DE 39. As a result of that conference, Defendants will not oppose the motion. Further, Defendants are authorized to state that Plaintiffs have consented to a two-week extension of Defendants' deadline to respond to a Second Amended Complaint—an extension that is needed as a result of existing deadlines in other cases for which the undersigned is primarily responsible. A two-week extension would materially assist Defendants in preparing their response.

Therefore, although Defendants will not oppose Plaintiffs' motion, if the Court grants Plaintiffs leave to amend, Defendants respectfully request that the Court enlarge by two weeks Defendants' time to respond to a Second Amended Complaint.

                                                            Respectfully submitted,

                                                            LESLIE RUTLEDGE
                                                            Attorney General

Michael A. Cantrell (2012287)
 Assistant Solicitor General
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
Ph:     (501) 682-2007
Fax:    (501) 682-2591
Michael.Cantrell@ArkansasAG.gov

*Attorneys for Defendants*