IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**LEAGUE OF WOMEN VOTERS OF ARKANSAS,** et al.                                                                                   **PLAINTIFFS**

v.                                    No. 5:20CV05174 PKH

**JOHN THURSTON,** in his official capacity as the Secretary of State of Arkansas, and **SHARON BROOKS, BILENDA HARRIS-RITTER, WILLIAM LUTHER, CHARLES ROBERTS, JAMES SHARP,** and **J. HARMON SMITH,** in their official capacities as members of the Arkansas State Board of Election Commissioners,                                                                                                                                              **DEFENDANTS**

**EXHIBIT INDEX**

**Exhibit 1 – Declaration of Daniel Shults**

**Exhibit 2 – Expert Report of Thomas Brunell, Ph. D.**

**Exhibit 3 – Deposition of Daniel Shults**

    **Exhibit 3A – Previously marked Exhibit 2 to the Deposition of Daniel Shults - 2022 County Board of Election Commissioners Training**

    Part 1 – Pages 1-24

    Part 2 – Pages 25-49

    Part 3 – Pages 50-76

    Part 4 – Pages 77-101

    Part 5 – Pages 102-125

    Part 6 – Pages 126-144

    **Exhibit 3B – Previously marked Exhibit 3 to the Deposition of Daniel Shults – 2022 County Board of Election Commissioners Procedures Manual**

    Part 1 – Pages 1-49

    Part 2 – Pages 50-101

    **Part 3 – Pages 102-148**

    **Part 4 – Pages 149-216**

**Exhibit 4 – Deposition of Thomas Brunell, Ph.D**

**Exhibit 5 – Deposition of Nell Matthews Mock (LWVAR 30(b)(6))**