IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LEAGUE OF WOMEN VOTERS OF ARKANSAS, *et al.*,                    PLAINTIFFS,

v.                              No. 5:20CV05174 PKH

JOHN THURSTON, in his official capacity as
the Secretary of State of Arkansas, and
SHARON BROOKS, BILENDA HARRIS-RITTER,
WILLIAM LUTHER, CHARLES ROBERTS,
JAMES SHARP, and J. HARMON SMITH, in
their official capacities as members of the
Arkansas State Board of Election
Commissioners,                                              DEFENDANTS.

## DECLARATION OF DANIEL SHULTS

I, Daniel Shults, being competent to testify and having personal knowledge regarding the

statements contained in this declaration, do hereby state and verify the following:

1.      I am the Director of the Arkansas State Board of Election Commissioners. I have

served in this role since late 2018.

2.      My duties are to ensure that the State Board carries out its duties as set forth by

law. I am familiar with the statutes and rules governing elections in Arkansas.

3.      The documents identified as Exhibits in this declaration are true and accurate

copies of documents that set forth activities of the State Board and are created and maintained in

the ordinary course of the State Board's business and for which I am custodian.

4.      Under the State Board's enabling statute, one of its primary functions is to

provide trainings for election officers and county election officials. Ark. Code Ann. § 7-4-

101(f)(2).

5.      In each county, a board of three commissioners is responsible for conducting the

election.  The county board of election commissioners manages all aspects of the election except

EXHIBIT

**1**

**DEFS_083104**

for those tasks specifically reserved to the county clerk (voter registration, sending and receiving absentee ballots, receiving filings for office, reviewing the sufficiency of certain local petitions for issues or candidate ballot access, and conducting early voting—unless the county clerk has an agreement with the county board of election commissioners for the county board to conduct early voting).

6.      The county boards of election commissioners are bipartisan entities. Ark. Code Ann. § 7-4-102(a)(2).

### *Trainings*

7.      All election officials at a polling place are required to have completed training coordinated by the State Board within twelve months before the election.  Ark. Code Ann. §§ 7-4-107(b)(2)(C)(i), 7-4-109(e)(1).  This includes training on the State Board's guidance regarding the objective and uniform assessment of signatures.

8.      The State Board provides training for county election commissioners.  A true and correct copy of the 2022 County Board of Election Commissioners' Training Presentation is identified as Defendants' Exhibit A.  The presentation references the County Board of Election Commissioners Manual, which provides commissioners relevant election laws in plain language. The presentation includes a discussion of minimum requirements under the law as well as best practices.

9.      Part of the training for county election commissioners includes the State Board's guidance on comparing voter names and signatures as required by Ark. Code Ann. § 7-5-416(b)(1)(F)(i), which requires election officers processing absentee ballots to "compare the name, address, date of birth, and signature of the voter's absentee application with the voter's statement."

2

DEFS_083105

10.     The State Board instructs county election commissioners that a voter's name is comparable if election officials can determine that the two documents reflect forms of a name belonging to the same individual. For instance, there may be a name change, an abbreviation or shortening, or a nickname that are comparable.  "William Coats" and "Bill Coats" are considered comparable; however, "Samuel Clemens" and "Mark Twain" are not comparable.  *See* Exh. A at 77-78.

11.     The State Board instructs county election commissioners and trainers that a voter's address is comparable if election officials can determine that the two documents reflect the same physical address.  This may include use of abbreviations or failing to include "street" or "avenue."  *See* Exh. A at 79.

12.     The State Board instructs county election commissioners that a voter's date of birth is comparable if the same month, date, and year are described in both documents.  For instance, the month and day could be transposed due to differences in international conventions in writing dates.  *See* Exh. A at 80.

13.     The State Board also provides training about signature comparisons designed to give county election commissioners a vocabulary and some objective tools to use when comparing signatures, and to aid the commissioners in articulating their reasons for disqualifying a ballot if they are convinced the signature does not compare.

14.     The State Board provides a list of features to consider, which includes: spacing; type or style of writing; speed of writing; size and proportions of words and letters; spelling; slant of writing; curves, loops, and cross points; presence or absence of pen lifts; and beginning or ending strokes.  *See* Exh. A at 81.

DEFS_083106

15.     In the paragraphs that follow, I discuss various characteristics that may be present in signatures.  Individually, the presence of these distinctions do not make a signature not compare.  The State Board instructs county election commissioners that *all* signatures have distinctions and the default position is to find that signatures compare.  Signatures should be found not comparable *only* if the quantity and severity of the distinctions, taken together, provide overwhelming evidence to support an abiding conviction that the signatures were not created by the same person.  *See* Exh. A at 81.  The State Board cautions county election commissioners that they should be very reticent to reject an absentee ballot based on a signature comparison.

16.     Below is slide number 82 from the 2022 County Board of Election Commissioners' Training Presentation, Exh. A.  This slide illustrates that one category of variation includes the spacing of the words themselves and the spacing of the letters within words.  When discussing this slide, I point out that there is more of a space between the first and last names in the James Garfield signature on the right than the one on the left.  I also discuss the variation of spacing of the individual letters between the John Adams signatures.  Even given these variations, these are examples of signatures that compare.

DEFS_083107



17.     Below is slide number 84 from the 2022 County Board of Election Commissioners' Training Presentation, Exh. A.  This slide illustrates that signatures and letters within signatures may take up more or less overall space on the page.  For instance, the "D" and the "L" in the Daniel signature vary in size, with the "D" in the application example extending above the height of the "L" and significantly above the height of the remaining letters.  By contrast the "D" on the statement example is equal to the height of the "L" and extends a lesser amount above the height of the remaining letters as compared to the application example.  A similar observation can be made of the "M" in Madison.  Despite these variations, these are examples of signatures that compare

DEFS_083108



18.     Below is slide number 85 from the 2022 County Board of Election Commissioners' Training Presentation, Exh. A.  This slide demonstrates different speeds of writing.  Halting pen strokes are indicators of different writing speeds, and the voter's writing may not be as fluid if the writing speed is different.  When discussing this slide, I remind county election commissioners that there may be legitimate reasons for writing speeds to change.  Despite these variations, these are examples of signatures that compare.

DEFS_083109



19.     Below is slide number 87 from the 2022 County Board of Election Commissioners' Training Presentation, Exh. A.  This slide shows signatures with different slants of writing.  These signatures are not discussed as examples that fail to compare, but it is noted that the internal slant of writing would not usually be expected in normal variations.  It is recommended that that if a signature with a pronounced slant to the right is compared with a signature with a pronounced slant to the left, the signatures would be appropriate for closer analysis for other categories.

DEFS_083110



20.     Below is slide number 88 from the 2022 County Board of Election Commissioners' Training Presentation, Exh. A.  The way a person crosses a letter like a "T" or "F," or the looping or cross in a cursive "G" or "R," are possible points of distinction that could be identified and articulated.  For example, sometimes the placement of a crossbar is different, or sometimes the looping is different.  Below, the top crossbar of the "F's" have variations in the amount of curve, and the "u's" have different beginning strokes.  Despite these variations, these are examples of signatures that compare.

8



21.     Below is slide number 89 from the 2022 County Board of Election Commissioners' Training Presentation, Exh. A.  In the course of the penstroke on the S, there is a blotch where it appears the pen stopped and restarted.  One doesn't generally stop multiple times in the course of signing one's own name.  These signatures are not discussed as examples that fail to compare, but it is noted that multiple pen lifts in a single signature would make that signature comparison appropriate for closer analysis for other categories.

DEFS_083112



22.    Below is slide number 90 from the 2022 County Board of Election Commissioners' Training Presentation, Exh. A.  This slide shows how there may be variations in how one begins or ends a signature.  The beginning or ending of a signature tends to have consistency, so if there was a variation it could be articulated.  Despite these variations, these are examples of signatures that compare.

10

DEFS_083113



23.     Below is slide number 91 from the 2022 County Board of Election Commissioners' Training Presentation, Exh. A.  There are natural variations in signatures when one is written with pen and paper and the other is written electronically.  County election commissioners are instructed to give leniency and afford less weight to distinctions that might be caused by pen type.  Despite these variations, these are examples of signatures that compare.

11

DEFS_083114



24.    The State Board previously produced an Absentee Canvassing Quick Guide, versions of which were used during the 2016 and 2018 elections.  But it was not part of the materials the State Board used or provided to the counties for the 2020 election or subsequently.

*Voting absentee*

25.    Otherwise qualified voters may choose to vote absentee if they will be (1) unavoidably absent from their polling place on election day; (2) they will be unable to attend the polls on election day because of illness or physical disability; or (3) they are a resident of a long-term care or residential facility licensed by the State.  Ark. Code Ann. §§ 7-5-402; 7-5-405(a)(2)(B)(iii); 7-5-403(d)(1)(A).

12

DEFS_083115

26.     Absentee ballots may be requested by mail at any time until seven days before the election.  Ark. Code Ann. § 7-5-404(a)(3)(A).  Absentee ballots may be requested in person, via a bearer, or via an administrator at any time until the regular close of business on the Friday before the election.  Application via an authorized agent may be made up until 1:30 pm on Election Day.

27.      Applicants may request a ballot by completing a downloadable form and submitting it either in person, by mail, or electronically.  Voters may also request an absentee ballot by supplying the required information by letter or postcard or electronically.  Ark. Code Ann. § 7-5-404(a)(3)(A)-(B).

28.     Absentee voters are provided with a ballot, a voter-statement form, a secrecy envelope printed with the words "Ballot Only," a return envelope printed with the county clerk's address, and instructions for voting and returning the absentee ballot to the county clerk.  Ark. Code Ann. § 7-5-409(b).

29.     Below is slide number 98 from the 2022 County Board of Election Commissioners' Training Presentation, Exh. A.  It includes an image of an absentee voter statement.

DEFS_083116

Exercise A - Processing Absentee Ballots – Scenario 1

30.     The absentee voter statement has large lettering at the top that warns a voter, "THIS VOTER STATEMENT SHALL BE COMPLETED AND RETURNED IN THE MAILING ENVELOPE OR THE ABSENTEE BALLOT WILL NOT BE COUNTED."  This is a statutory requirement.  Ark. Code Ann. § 7-5-409(b)(4)(A)(ii).

31.     The absentee voter statement includes a notice in Box 1, Voter's Printed Name, that warns the voter that this section must be completed for the ballot to be counted.

32.     The absentee voter statement includes a notice in Box 2, Voter's Residential Address, that warns the voter that this section must be completed for the ballot to be counted.

33.     The absentee voter statement includes a notice in Box 3, Voter's Date of Birth, that warns the voter that this section must be completed for the ballot to be counted.

14

DEFS_083117

34.     The absentee voter statement includes a warning beside the signature line that warns the voter, "You Must **Sign Here** AND **Place This Form** in the Return Envelope for your Vote to be Counted!"

35.     The process for completing and returning an absentee ballot is as follows:

- Voters mark the ballot, place it in the "Ballot Only" secrecy envelope, seal that envelope, and then place it inside the return envelope.  Ark. Code Ann. § 7-5-412.

- Voters complete the voter statement, which includes spaces for a signature, printed name, birthdate, and address.  Ark. Code Ann. § 7-5-409(b)(4)(B).

- Voters must provide photo identification with the absentee ballot.  Ark. Const. amend. 51, § 13(b)(1)(A).[1]

- Voters place the voter statement into the return envelope, along with the sealed ballot envelope, seal the return envelope, and deliver it to the county clerk.

- Uniformed and Overseas Citizens Absentee Voting Act (UOCAVA) ballots from uniformed service members, their spouses, and dependents must be returned by 5 p.m. 10 days after the election. Ark. Code Ann. § 7-5-411(a)(1)(B).

---

[1] Previously, Amendment 51 allowed voters to provide a sworn statement in lieu of photo identification, but Act 249 of the 93rd General Assembly removed that provision.  On March 24, 2022, the Pulaski County Circuit Court enjoined enforcement of Act 249.  *The League of Women Voters of Arkansas vs. Thurston*, Pulaski County Case No. 60CV-21-3138 (Mar. 24, 2022).  The injunction was stayed by the Arkansas Supreme Court on April 1, 2022.  *Thurston v. The League of Women Voters of Arkansas*, Supreme Court Case No. CV-22-190 (Apr. 1, 2022).

DEFS_083118

- Other ballots returned by mail must be received by the county clerk by 7:30 p.m. on Election Day.  Ark. Code Ann. § 7-5-411(a).

- Absentee ballots submitted by designated bearers, administrators, and returned in person by voters must be returned to the county clerk by the close of business on the Friday before the election.[2]

36.    Absentee ballots submitted without photo ID will be considered provisional, and tracked and processed separately.  Ark. Const. amend. 51, § 13(b)(3).  The provisional ballot will be counted if the voter returns to the county board of election commissioners or the county clerk by noon on the Monday following the election and presents compliant voter identification, and the provisional ballot is otherwise valid.  Ark. Const. amend. 51, § 13(b)(5).

37.    Any person who receives an absentee ballot but who elects to vote in person by early voting or on Election Day will be permitted to cast a provisional ballot.  Ark. Code Ann. § 7-5-201(f); Ark. Code Ann. § 7-5-411(b).

38.    Absentee ballots are transferred from the county clerk to the county board of election commissioners, and are processed, counted, and canvassed by election clerks under the supervision and at the direction of the county board of election commissioners.  Ark. Code Ann. § 7-5-414.

39.    At least eight days before the first day of early voting, county boards are required to give notice in a newspaper of general circulation in the county of the time and location of the

---

[2] Previously, the deadline was the Monday before election day, but this deadline was moved by Act 973 of the 93rd General Assembly.  On March 24, 2022, the Pulaski County Circuit Court enjoined enforcement of Act 973.  *The League of Women Voters of Arkansas vs. Thurston*, Pulaski County Case No. 60CV-21-3138 (Mar. 24, 2022).  The injunction was stayed by the Arkansas Supreme Court on April 1, 2022.  *Thurston v. The League of Women Voters of Arkansas*, Supreme Court Case No. CV-22-190 (Apr. 1, 2022).

DEFS_083119

opening, processing, canvassing, and counting of ballots, including absentee ballots.  Ark. Code Ann. § 7-5-202(a)(1)(F).

40.     Election officials may begin processing the ballots up to seven days before election day. Ark. Code Ann. § 7-5-416(a).  When election officials begin processing ballots, they open the outer return envelope and "compare the name, address, date of birth, and signature of the voter's absentee application with the voter's statement."  Ark. Code Ann. § 7-5-416(b)(1)(F)(i).  Officials may open only the outer return envelope during this seven-day period. Ark. Code Ann. § 7-5-416(a).  Absolutely no inner ballot envelopes may be opened until 8:30 a.m. on Election Day.  *Id*.

41.     If one of two ballot clerks finds the voter statement does not compare with the application, the voter statement must be reviewed by the county board of election commissioners for final determination.

42.     "If the county board of election commissioners determines that the absentee application and the voter's statement do not compare as to name, residential voting address, date of birth, and signature, the absentee ballot shall not be counted."  Ark. Code Ann. § 7-5-416(b)(1)(F)(ii).

43.     A ballot may be accepted; held for additional information (for example, an ID-related provisional ballot that will be counted if the voter provides ID in the post-presentment process under Ark. Const. amend. 51, § 13(b)(3)); held for review (for example, if an authorized agent's information does not match the information provided on the application or voter statement); or rejected.  *See* Ark. Code Ann. § 7-5-416.

44.     The processing and counting of absentee ballots is open to the public, and "candidates and authorized poll watchers may be present in person or by a representative . . .

17

DEFS_083120

during the opening, processing, canvassing, and counting of the absentee ballots." *Id.* § 7-5-416(a)(4).

45.     Poll watchers may "inspect any or all ballots at the time the ballots are being counted," and may "[c]all to the attention of the election sheriff any occurrence believed to be an irregularity or violation of election law." *Id.* § 7-5-312(e) (Poll Watcher Rights and Responsibilities).

46.     Election officers may open the "Ballot Only" envelopes for the purpose of counting the ballots only beginning at 8:30 a.m. on Election Day.  Ark. Code Ann. § 7-5-416(a)(1).

47.     If any absentee vote is not counted, the county board "shall promptly notify the person who cast the vote." *Id.* § 7-5-902(a).  The notification must be in writing and must "state the reason or reasons the vote was not counted." *Id.* § 7-5-902(b).

48.     An absentee ballot may be rejected for reasons that have nothing to do with the absentee-ballot verification requirement that the plaintiffs in this case challenge.  Those include: the voter failed to return an absentee voter statement; the ballot was included in a bulk mailing; the ballot was returned after the deadline; or the ballot failed to satisfy the third-party ballot return requirement.

49.     Under the Arkansas Constitution, failure to provide voter identification is the only deficiency that can be cured after an absentee ballot has been submitted.  If the county board of election commissioners is able to notify a voter that he failed to provide photo identification with his absentee ballot before the deadline, it may do so.  The county board may notify the voter that his vote will not be counted unless further action is taken, and when and how to cure the failure to provide voter identification.

DEFS_083121

50.     After the close of the polls on election day, the county board of election commissioners must report absentee ballot results to the Secretary of State "as soon as practical." Ark. Code Ann. § 7-5-416(a)(7)(B).

51.     It is my understanding that the plaintiffs in this matter seek a cure process for deficient absentee ballots similar to the cure process for deficient absentee-ballot applications. Neither the State Board nor the county boards have the authority to require county boards to implement such processes.  Even if county boards were required to attempt to implement such processes themselves, it would necessarily be more burdensome than the process for curing either deficient absentee-ballot applications or absentee ballots submitted without voter identification.

52.     If a voter submits an absentee ballot without voter identification, the cure process is simple.  The voter can simply present their photo identification to the county board of election commissioners or the county clerk by noon on the Monday following the election.  The voter need not photocopy their identification. Additionally, the voter can present their photo identification any time during regular business hours for the county clerk's office, or for the county board of election commissioners if that commission has office staff.

53.     Unlike either an absentee-ballot application (which can be resubmitted by mail or electronically) or a voter's presentment of their identification, a voter statement submitted with an absentee ballot is subject to legal requirements that the documents be maintained securely and can be processed *only* in the presence of at least two election officials.  *See* Ark. Code Ann. § 7-5-416(b).

54.     Further, unlike county clerks' receipt of voter identification or processing of absentee-ballot applications, county boards must give public notice of the time and location of all

DEFS_083122

processing of absentee ballots.  Ark. Code Ann. § 7-5-202(a)(1)(F).  The processing of absentee ballots must be open to the public, and candidates and poll watchers must be permitted to be present.  Ark. Code Ann. § 7-5-416(a)(4).

### Voting in person

55.    When voting in person, voters must provide their signature, name, date of birth, and address to the poll worker before receiving a ballot.  Ark. Code Ann. § 7-5-305.

56.    There are provisions applicable to voters with disabilities and voters who are caregivers.  For instance, Ark. Code Ann. § 7-5-310(a)(3)(D) permits voters to bring a person in their care to the polling place.  Likewise, Ark. Code Ann. § 7-5-310(c) provides that persons who are unable to stand in line at a polling site because of physical, sensory, or other disability may notify a poll worker and advance to the head of any line of voters.  The statute provides for voter assistance for any voters who need it, and provides guidance for how poll workers should provide that assistance while protecting voter privacy and the integrity of the ballot.  *See* Ark. Code Ann. § 7-5-310(b). Section 7-5-311 requires voting locations that are accessible to voters with disabilities, and voters with disabilities must be able to personally and secretly execute their ballots at polling places. Ark. Code Ann. § 7-5-311(a).

### Responsibilities proximate to the election

57.    The two weeks before Election Day and the following week are extremely busy for county clerks, county boards, and other election officers.  Below is an incomplete list of tasks that must be performed during this crucial timeframe:

    a.  Early voting polling places must be ready for voters beginning 15 days before a preferential primary or general election between the hours of 8:00 a.m. and 6:00 p.m. Monday through Friday, and 10:00 a.m. and 4:00 p.m. Saturday. Early

DEFS_083123

voting ends at 5:00 p.m. on the Monday before the election. Ark. Code Ann. § 7-5-418(a)(1)

b. County clerks continue receiving and processing absentee ballot applications by mail, fax, or email until seven days before the election for which the application is made, Ark. Code Ann. § 7-5-404(a)(3)(A)(ii) & (vi)(a), and in-person until close of business on the Friday before Election Day.  Ark. Code Ann. § 7-5-404(3)(A)(i), (iii), & (v).  County clerks process authorized agent applications received through 1:30 pm on Election day.  County clerks also must maintain records reflecting that ballots have been delivered to voters.

c. Beginning 15 days prior to a school election, special election, preferential primary election, or general election, and seven days prior to a runoff election, county clerks begin providing absentee ballots to designated bearers, and they must maintain precinct voter registration lists reflecting that these ballots have been delivered to voters.  Ark. Code Ann. § 7-5-409(f)-(g).

d. County clerks continue receiving absentee ballots through Election Day.  Voters may return absentee ballots to the county clerk in person until close of business on the Friday before the election.  Ark. Code Ann. § 7-5-411(a)(3).  Authorized-agent absentee ballots may be returned in person through 7:30 pm on Election Day.

e. County clerks process county-to-county transfers of registered voters allowed to vote in the general election up to four days before the election.  Ark. Const. amend. 51 §10(b)(2)(A).

DEFS_083124

f.   County boards must ensure that all of the nominations, proposed constitutional amendments, and other measures are appropriately published on the door of the courthouse at least 20 days before Election Day.  Ark. Code Ann. § 7-5-206.

g.   At least eight days before the election, county boards must give public notice of the locations and times for early voting, the locations of polling sites, the candidates and offices to be elected, and the time and location of opening, processing, canvassing, and counting of ballots is published in a newspaper of general circulation.  Ark. Code Ann. § 7-5-202(a)(1). At least five days before the election, a second public notice must be published in a newspaper of general circulation in the county. *Id*. at § 7-5-202(b)(1).  The second notice must be posted at polling sites on Election Day.

h.   County clerks continue processing voter registrations to vote in the general runoff election until 30 days prior to the general runoff election.  Ark. Code § 7-5-201(a); Ark. Const. amend. 51 § 9(b).  County boards must identify and confirm polling sites for the general runoff election by 30 days prior to the general runoff election.  Ark. Code Ann. § 7-5-101(d)(2).

i.   At least one day before the election, county boards must ensure that suitable persons are designated to deliver ballots and necessary supplies to the polls by the day before the election. Ark. Code Ann. § 7-5-211(a)(1)(A)-(B).  For each set of poll workers at each polling site, county boards must deliver to the designated person other election supplies (Ark. Code Ann. § 7-5-211(a)(2)(A)-(H)), including:

   1.   a good and sufficient ballot box with numbered seals,

DEFS_083125

2. a sufficient list-of-voters forms adequate to record the names of all registered voters who appear to vote in the polling site,

3. a precinct voter registration list,

4. sufficient tally sheets,

5. envelopes to seal the ballots and certificates,

6. separate sheets containing blank forms of certificates prepared to enable the poll workers to properly certify the paper ballot count at the polling site,

7. a blank form of oath to be taken by the poll workers before entering upon the discharge of their duties,

8. voter registration application forms for voters using fail-safe voting and other record-keeping supplies necessary to document fail-safe voting procedures, and

9. a marking instrument recommended by the manufacturer of any optical scanner for proper marking on the ballots.

j.  Also before the election, county boards must ensure that polling locations have materials ready for delivery and to be posted in each polling location, including:

1. Voting booths, Ark. Code Ann. § 7-5-309(b)(1)(A),

2. Ballots, Ark. Code Ann. §§ 7-5-602; 7-7-305(a),

3. Ballot boxes, Ark. Code Ann. §§ 7-4-107(a); 7-5-211(a)(2)(A),

4. Stub boxes, Ark. Code Ann. §§ 7-5-308(a)(3); 7-5-309(b)(3),

5. Numbered ballot box seals, Ark. Code Ann. § 7-5-211(a)(2)(A).

DEFS_083126

6. Permanent ink pens (paper ballots counted by hand), Ark. Code Ann. §
   7-5-602(c),

7. Manufacturer marking devices (paper ballots with optical scan device),
   Ark. Code Ann. § 7-5-211(a)(2)(H),

8. Envelopes to seal voted paper ballots, Ark. Code Ann. §§ 7-5-
   211(a)(2)(E); 7-5-317(a)(4)(A),

9. Envelopes to seal unused paper ballots, Ark. Code Ann. §§ 7-5-
   211(a)(2)(E); 7-5-317(a)(4)(A),

10. Certificate envelopes, Ark. Code Ann. § 7-5-211(a)(2)(E),

11. Packages for voting machine activation devices, Ark. Code Ann. § 7-5-
    527(e)(1), and

12. Container with numbered seal for enveloped voted/un-voted paper
    ballots, Ark. Code Ann. §§ 7-5-317(a)(4)(A); 7-5-614(1).

k. County boards are responsible for the security of the delivered election materials.
   Ark. Code Ann. § 7-5-211(b).

l. County boards are responsible for providing other materials that may be needed,
   including:

1. Election kits,

2. Magnifiers,

3. Pencils,

4. Pens,

5. Pads,

6. Thermal printer paper,

24

DEFS_083127

      7.   Scissors,

      8.   One hundred foot (100') spool of string (for marking electioneering area),

      9.   Tape (for required postings),

      10. Abandoned Ballot envelopes,

      11. Envelopes for equipment keys, and

      12. Election material transport supplies (boxes, envelopes, containers).

m.  County boards must ensure that the following forms are made available to the poll workers at each polling site for Election Day:

      1.   Precinct Voter Registration List, Ark. Code Ann. §§ 7-5-107(a); 7-5-211(a)(2)(C),

      2.   Voter Registration Application forms, Ark. Code Ann. §§ 7-5-211(a)(2)(G); 7-5-305,

      3.   List of Voters, Ark. Code Ann. § 7-5-211(a)(2(B),

      4.   Notice to Provisional Voters, Ark. Code Ann. § 7-5-308(d),

      5.   List of Provisional Voters, Ark. Code Ann. § 7-5-308(a)(8),

      6.   Form to List Persons Assisting Voters, Ark. Code Ann. § 7-5-310(b)(5),

      7.   Change in Polling Site Authorization Form,

      8.   Spoiled Ballot Affidavit, Ark. Code Ann. §§ 7-5-602(d); 7-5-609,

      9.   Voter Complaint Form, Ark. Code Ann. § 7-5-510,

      10. Abandoned Ballot Log, Ark. Code Ann. §§ 7-5-309; 7-5-522,

      11. Poll Workers' Certificate, Ark. Code Ann. § 7-5-526,

DEFS_083128

12. Tally sheets (paper ballots counted by hand at poll), Ark. Code Ann. §§ 7-5-211(a)(2)(D); 7-5-603(1), and

13. Certificates of Election Results (paper ballots counted by hand at the poll, precinct electronic vote tabulating devices), Ark. Code Ann. §§ 7-5-211(a)(2)(F); 7-5-603(4); 7-5-613(2).

n. On Election Day, county boards must ensure that the following are posted at each polling place (Ark. Code § 7-5-202(c) (1)-(8)):

1. The public notice of the election,

2. At least two sample ballots marked with the word "SAMPLE" of each ballot style that will be used at the polling site, OR, if sample ballots were posted online before early voting began, two bound volumes of sample ballots marked with the word "SAMPLE", or one bound volume and one electronic device allowing access to sample ballots,

3. Two copies of the full text of measures on the ballot,

4. At least two copies of the instructions on how to vote, including how to cast a provisional ballot, and instructions for fail-safe voting,

5. General information on voting rights including information on the right of an individual to cast a provisional ballot and instructions on how to contact the appropriate officials if these rights are alleged to have been violated,

6. General information on federal and state laws regarding acts of fraud and misrepresentation,

26

DEFS_083129

7. Double-sided two foot (2') by two foot (2') signs, each containing the words "VOTE HERE", and an arrow pointing to the polling site, posted near each main driveway entrance to the polling site, and

8. One printout from each voting machine, terminal, or ballot tabulator showing that the candidate and question counters register zero (0).

o. Election officials must be prepared to ensure that numerous clock deadlines are carefully observed on Election Day itself. *See* Ark. Code Ann. §§ 7-5-416(a)(1), 7-5-404(a)(3)A)(iv), 7-5-411(a)(1)(A), 7-5-411(a)(2), 7-5-411(a)(1)(B), 7-5-317, 7-5-526, 7-5-701(a)(3), 7-5-416(a)(5)(B)(i).

p. Beginning forty-eight hours after the general election, county boards must meet to canvass the returns and certify the general election results for each office, constitutional amendment, or measure. Ark. Code Ann. §§ 7-5-701(a), 7-5-411(a)(1)(B), 7-5-701(a)(2). County boards must keep track of outstanding absentee ballots from overseas voters or armed services personnel.

q. County boards must hire officers to conduct early voting for the general runoff election and must prepare and publicly post a list of those officers. Ark. Code Ann. § 7-5-202(b)(2).

58. These are only a portion of the many responsibilities that election officers have in the days surrounding an election. Many more procedures and requirements are set forth in the Board's training materials, including the County Boards of Election Commissioners Procedures Manual, a true and accurate copy of which is attached to this declaration as Exhibit B.

27

DEFS_083130

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE
UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

_____
DANIEL SHULTS

_____
DATE

DEFS_083131

# 2022 County Board of Election Commissioners' Training

**Exhibit A**



**STATE BOARD OF ELECTION COMMISSIONERS**

**501 Woodlane, Suite 122 South**

**Little Rock, Arkansas  72201**

**(501) 682-1834 or (800) 411-6996**

**www.sos.arkansas.gov/sbec**

**info.sbec@arkansas.gov**

DEFS_083132

**Exhibit A**

# State Board of Election Commissioners (SBEC)

- ▶ **Conduct statewide commissioner, poll worker, county clerk and county election coordinator trainings**
- ▶ **Publish training materials to assist & educate election officials**
- ▶ **Publish handbook for candidates running for office**
- ▶ **Monitor election legislation and compliance**
- ▶ **Make rules to assure fair and orderly election procedures**
- ▶ **Fund primary and statewide special elections**
- ▶ **Examine and approve voting equipment**
- ▶ **Provide assistance to county election commissioners**
- ▶ **Appoint certified election monitors**
- ▶ **Investigate alleged violations of election and voter registration laws, render findings, and impose disciplinary actions**

DEFS_083133



# Today's Agenda

Exhibit A

This training covers the legal requirements of county election commissioners.  Specifically, this training will address:

▶ **Elections Overview**

▶ **Pre-Election Duties**

   ▶ **Ballot Setup**

   ▶ **Cites and Personnel**

▶ **Voting Hours Duties**

▶ **Post Election Duties**

   ▶ **Absentee Ballot Processing**

   ▶ **Provisional Ballot Processing**

   ▶ **Declaring Winners**

▶ **School & Special Elections**

▶ **CBEC & General Info**

DEFS_083135

# ELECTIONS OVERVIEW

**Exhibit A**

## ELECTION AND BALLOT TYPES

## CANDIDATE FILING

## CANDIDATE WITHDRAWAL

## VACANCIES

## EARLY & ABSENTEE VOTING

DEFS_083136

# Types of Elections *p. 25-26*

**Exhibit A**

$ **Preferential Primary and Nonpartisan General** May 24th

$ **General Primary (Primary Runoff) June 21st**

▶ **General and Nonpartisan Runoff** – **November 8th**

▶ **General Runoff** – **Municipal and County ONLY December 6th 4 weeks later**

▶ **Annual School Election** **May 24th OR November 8th** **2023**: **May or November**

▶ **Runoff School Election** – **4 weeks later**

▶ **Special Elections** – in **2022** (Act 610)
- ▶ **February = 2nd Tuesday**
- ▶ **May = Pref. Primary Date**
- ▶ **August = 2nd Tuesday**
- ▶ **November = Gen. Election Date**

$ *Special Statewide & Primary Elections*

DEFS_083137

# Candidate Filing Information *p. 30-36*

**Exhibit A**

▶ **Party candidates**

- ■ **Qualifications**
  - • **Political parties are responsible for determining qualifications of candidates seeking nomination**
- ■ **Filing Requirements during Party Filing Period** (February 22nd – March 1st)
  - • **File: Affidavit of Eligibility, Party Certificate, Political Practices Pledge**
  - • **Pay -- Party Filing Fee**
- ■ **Certified to CBEC 75 days before Primary (March 10th )**

▶ **Other candidates also file during party period**

- ▶ **Judges and Prosecutors who pay a filing fee**
- ▶ **Independent Candidates (non-municipal)**
- ▶ **Write-In Candidates (except judges and prosecutors)**
- ▶ **New Party Candidates** – **candidates are selected by convention**

DEFS_083138

# Candidates Certified to CBEC for General <span>Exhibit A</span>

### 75 days before the General Election (August 25, 2022)

▶ **State and Federal Political Party Nominees (and Judges, if any) are certified to CBEC by the SOS**
- these are the winners of the Primary or
- NP Runoff candidates

▶ **County, Municipal, and Township Certified to CBEC by County Clerk**
- these are the winners of the Primary or
- Filed for office as an Independent Candidate

▶ **Write-In Candidates**
- must also submit notice to CBEC 90 days prior to election

▶ **New Party Candidates (State and Local)**
- must be selected by convention

▶ **Other Certifications to CBEC**
- Proposed Constitutional Amendments (certified list from SOS)
- Measures (state and/or local)

DEFS_083139

# Candidate Withdrawal *p. 36*

**Exhibit A**

▶ **Notice of Withdrawal**

   ■ **In writing, signed by candidate & acknowledged before an officer authorized to take acknowledgements**

▶ **Candidate withdraws / dies BEFORE ballot certification deadline**

   ■ **Not placed on ballot**

▶ **Candidate withdraws / dies AFTER ballot certification deadline**

   ■ **Votes Counted**

   ■ **Political Party May be allowed to Substitute a New Candide**

DEFS_083140

# Vacancies *p. 37-40*

**Exhibit A**



► **Vacancy in Office**

 ■ **Occurs in an <u>elective office</u> due to:**

 • **Death, resignation, or other good/legal cause after election to office**

► **Vacancy in Candidacy for Party Nomination**

 ■ **Occurs when an unopposed candidate at the primary cannot accept nomination due to serious illness or death**

► **Vacancy in Party Nomination**

 ■ **Occurs when a candidate withdraws or dies after certification but wins the primary or runoff**

 ■ **Vacancy in Nomination can be filled by the party if:**

 • **Vacancy in candidacy for nomination is not filled by convention before primary election; or**

 • **Primary election nominee dies or refuses nomination**

DEFS_083141

# Conducting Early Voting *p. 42-46*

**Exhibit A**

**Early Voting:**

▶ **DEFAULT: County Clerk conducts early voting**
  - ▶ <u>Must</u> **be held in County Seat(s)**
  - ▶ <u>Must</u> **be held for all Dates and Times Required by Law**
    - ▶ <u>Primary & General</u>: **(15 Days) 8 am to 6 pm M-F / 10 am to 4 pm Sat. [ends 5 pm the Monday before the Election]**
    - ▶ <u>All Other Elections</u>: **(7 Days) During Clerk's Office's Regular Hours**
    - ▶ **Excludes all State or County Holidays**

▶ **CBEC <u>may</u> conduct additional off-site early voting**
  - ▶ **This may not exceed the dates and time limited above**

▶ **TRANSFER TO CBEC: All early voting may be conducted by the CBEC if transferred by mutual agreement.**
  - ▶ **Must satisfy the dates and locations for early voting required by the County Clerk**

▶ **CBEC Must Publish ALL dates/times/locations for Early Voting in the Notice of Election**

DEFS_083142

# Ballot Delivery & Absentee Voting

**Exhibit A**

▶ **CBEC must:**
▶ **Deliver ballots:**
   - **47 days before most elections**
   - **10 days before runoff elections**

▶ **County Clerk must:**
▶ **Begin mailing military & overseas ballots 46 days before election**
▶ **Write/Stamp Authorized Agent/Designated Bearer/Administrator & write the name & address on the absentee's return envelope when delivered**

**Ballots are transferred to the CBEC for Canvasing and Counting**
- **If Ballots are stored in the County Clerk's office after canvasing begins, the CBEC Must Authorize Clerk's Custody by an Affirmative Vote (Act 736)**

DEFS_083143

# Special Runoff Ballots *p.45*

**Exhibit A**

▶ **Special Runoff** absentee ballot

- ■ For qualified electors <u>temporarily residing outside U.S.</u>
- ■ Mailed with May & November ballot – serves as runoff ballot
- ■ Votes Ranked in order of preference
- ■ If returned with primary or general ballot, hold for runoff
- ■ Follow SOS instructions on handling



**BENTON COUNTY, ARKANSAS**

**GENERAL ELECTION RUNOFF 12/01/2020**

This Special Run-Off Ballot is provided to you in the event that there is a run-off election for the November 3, 2020 General Election. Indicate your choices for candidates in each race, by writing the number "1" for your first choice, the number "2" for your second choice, etc. • You may rank only one candidate if you choose. • Do not mark the same number beside more than one candidate. • Do not skip numbers. Your ballot will be counted in run-off, if there is one, according to the order in which you rank the candidates.
Your choice marked "1" will be counted if that candidate makes the run-off.  If your first choice does not make the run-off, but your choice marked "2" does, your second choice will be counted, etc.

**U.S. Congress District 03**
(Rank in order of preference)

| CANDIDATE | Party | Preference |
|---|---|---|
| Celeste Williams | Democratic | |
| Michael J. Kalagias | Libertarian | |
| Congressman Steve Womack | Republican | |

**CITY OF BELLA VISTA**
(Rank in order of preference)

| CANDIDATE | POSITION | Preference |
|---|---|---|
| Alderman James "Jim" Wozniak | Council Member Ward 2, Position 1 | |
| Charles Flanary | Council Member Ward 2, Position 1 | |
| Christian Henning | Council Member Ward 2, Position 1 | |
| John Nuttall | Council Member Ward 2, Position 1 | |

**PRECINCT NUMBERS: (for office use only - circle one)**

21.01  21.02  21.03  21.06  21.09  23.01  24.01  25.02  26.01  27.01  28.01  29.01  30.02  30.03  63.01  63.02  65.01  65.0

Official Ballot General Election Run-Off Washington County, Arkansas
December 1, 2020

FOR OFFICIAL U

**INSTRUCTIONS TO VOTER:**

Indicate your first choice by marking the number "1" in the space provided beside the candidate's name, your second choice by marking the number "2" in the space provided by the candidate's name, your third choice by marking the number "3" in the space provided beside the candidate's name and so on.

1. You may rank only one candidate if you choose.
2. Do not mark the same number beside more than one candidate.
3. Do not skip numbers.

**U.S. CONGRESS DISTRICT 3**

Michael J. Kalagias
Libertarian Party

Celeste Williams
Democratic Party

Congressman Steve Womack
Republican Party

**CITY OF FAYETTEVILLE**

**Mayor**

William L. Harris

Ron W. Baucom

Mayor Lioneld Jordan

| Check Precinct | Precinc |
|---|---|
| | Fay 01 |
| | Fay 02 |
| | Fay 03 |
| | Fay 05 |
| | Fay 06 |
| | Fay 07 |
| | Fay 08 |
| | Fay 09 |
| | Fay 10 |
| | Fay 11 |
| | Fay 12 |
| | Fay 13 |
| | Fay 14 |
| | Fay 15 |
| | Fay 16 |
| | Fay 17 |
| | Fay 18 |
| | Fay 19 |
| | Fay 20 |
| | Fay 21 |
| | Fay 22 |
| | Fay 23 |
| | Fay 24 |
| | Fay 25 |
| | Fay 26 |
| | Fay 28 |
| | Fay 29 |
| | Fay 30 |
| | Fay 31 |
| | Fay 32 |
| | Fay 33 |
| | Fay 34 |
| | Fay 36 |
| | Fay 37 |
| | Fay 38 |
| | Fay 39 |
| | Fay 40 |

**DEFS_083144**

# PRE-ELECTION DUTIES

**Exhibit A**

## PRECINCTS/POLLING SITES

## ELECTION OFFICIALS

## PUBLIC NOTICES

## REQUIRED POSTINGS

## VOTING EQUIPMENT

## POLLING SITE ACCSESSIBLITY

DEFS_083145

# Precincts & Polling Sites *p. 47-49*

**Exhibit A**

▶ **Must designate a polling site for each precinct**
- ▶ **Non Vote Center County: 1 poll per City Ward (1st or 2nd Class cities)**
- ▶ **Vote Center County: Can reduce polling sites if it is a 1st class city and has 5,000 pop or less**

▶ **Same as last general election**
- ■ **Requires unanimous vote of commissioners' present**
- ■ **Must not be changed within:**
  - ■ **Primary and General 60 days** (Subject to Appeal to SBEC)**(Act 1063)**
  - ■ **All other Elections 30 days**

▶ **Precincts must not exceed 3,000 voters**

▶ **Polling Place Consolidation**
- ■ **CBEC must vote to consolidate at least 30 days before election (plan ahead for potential runoffs)**

▶ **Vote Centers**
- ■ **Election day poll where any voter in the county may vote**

**DEFS_083146**

# Selecting Poll Workers *p. 50*

**Exhibit A**

▶ **Selected & appointed at least 20 days before the election**

- • **Volunteer poll workers**
- • **Student Election Page**

▶ **Minimum 4 poll workers per poll**

- ■ **2 election clerks, 1 election judge, 1 election sheriff**

▶ **The minority party member has the option to designate one fewer poll workers than the majority of poll workers at each polling site, with a minimum of two per poll.**



DEFS_083147

# Poll Worker Compensation Waiver

**Exhibit A**

www.arkansas.gov/sbec  (under the forms tab)

**AFFIDAVIT**

### ELECTION OFFICIAL WAIVER OF COMPENSATION AND/OR REIMBURSEMENT OF MILEAGE

STATE OF ARKANSAS          }
                                          }
COUNTY OF _____  }

Before the undersigned, duly qualified, commissioned Notary Public, appeared _____, satisfactorily proved to be the affiant, who states under oath:

I, _____ (print name) am an appointed election official for the election held on _____ (date of election).

I swear and affirm that I knowingly and voluntarily waive my right to compensation and/or mileage reimbursement as an election official for the election, including early voting periods, held on the date listed above.

Therefore, by my initials on the corresponding selection below and by my affixing my signature to this affidavit, I confirm that I do not wish to receive:

_____ 1.   Compensation for my work as an election official; or
_____ 2.   Reimbursement for mileage accrued in the course of my work as an election official; or
_____ 3.   Compensation for my work as an election official nor reimbursement for mileage accrued in the course of my work as an election official.

IN WITNESS WHEREOF, I hereunto set my hand:

This the _____ day of _____, 20_____.


_____
Affiant's Signature

Subscribed and Sworn to before me, this the _____ day of _____, 20_____.

{SEAL}

_____
Notary Public

My Commission Expires:

Election Official Waiver of Compensation and/or Mileage Reimbursement pursuant to Act 539 of 2019, codified at Ark. Code Ann. § 7-4-118

**DEFS_083148**

# Poll Worker Qualifications *p. 51*

**Exhibit A**

▶ **POLL WORKERS MUST:**
- ■ **Be a qualified elector**
- ■ **Be able to read & write English**
- ■ **Be a resident of the precinct**

▶ **For regularly scheduled elections, all poll workers MUST ALSO:**
- ■ **Have attended training conducted by a certified trainer; and**
- ■ **Be trained within 12 months of the election**
- ■ **2 workers must receive Advanced Poll Worker Training** *(SBEC Poll Worker Rule)*

▶ **POLL WORKERS MUST NOT:**
- ■ **Be guilty of violating any criminal election law**
- ■ **Be a candidate while serving**
- ■ **Be a paid employee of any political party or of any candidate running for any office on the county's ballot**
- ■ **Be married or related to a candidate running for office while serving, if an objection is made within 10 days of posting of the list**
- ■ **Be a Party Chairman (or their spouse), or be the spouse of a CBEC member, if an objection is made within 7 days of posting the list of election officials (Act 448)**

DEFS_083149

# Public Notices *p. 53-55*

Exhibit A

▶ **Ballot Draw**
- 10 Days Prior - Written Notice to the County Party Chairs
- 3 Days Prior – Publish time and place of meeting in Newspaper

▶ **Voting Machine Preparation**
- One Time in Newspaper
  - Prior to Begging Prep
- Provide Time(s) and Place the voting machines will be prepared
- Identifies a time which candidates will be allowed to inspect the voting equipment*

▶ **Voting Machine Demonstration***
- One Time in Newspaper 48 hours prior to demo
- Purpose = instructing public on equipment's operation
- Must identify **time** and **location** of Demo

▶ **Public Test***
- One Time in Newspaper 48 hours prior to test
- Purpose = demonstrating the tabulators' function properly by counting a test deck of ballots
- Must identify **time** and **location** of Demo

*Can be combined

DEFS_083150

# Notices of Election *p. 53-55*

**Exhibit A**

▶ **Notice of Election** (example on website)

- 1st Pub - <u>8</u> days prior to first day of early voting (Act 448)
- 2nd Pub - 5 days before election day

## Must Contain

- Date of the Election
- Polling Sites for Early voting & election day
  - If a change is made to the last election this should be noted
- Dates & time of voting
- A list of Candidates & offices to be elected
- Time & Location for the canvasing and counting of:
  - Early ballots; Election day ballots; Absentee ballots; Provisional ballots

## List of Election Officials

- Must state when the list of officials will be posted
  - Must state when the county clerk will post their list if not done at the same time
- That the list will be posted in the County Clerk's Office
- That a voter may file a written objection to an official on the list

**Public Notice**
**2020 General Election**
**County of Craighead - State of Arkansas**

Pursuant to Arkansas Election Law, Arkansas Code Annotated 7-5-202, all qualified electors are notified that the 2020 General Election will be held on Tuesday, November 3, 2020. The electorate will submit to a vote of the electorate all candidates by name and office and all other measures and questions required by law to be submitted to the electors. The following polling places have been set by the Craighead County Board of Election Commissioners and hereby posted in accordance with the election laws of the State of Arkansas. The polls will be open from 7:30 a.m. until 7:30 p.m.

ALLEN PARK COMMUNITY CENTER, 3609 RACE ST., JONESBORO, AR
BAY COMMUNITY CENTER, 305 CHERRY ST., BAY, AR
BONO COMMUNITY CENTER, 100 E. WOODLAND TRAIL, BONO AR
BROOKLAND BAPTIST CHURCH, 200 N. OAK, BROOKLAND, AR
CARAWAY CITY HALL, 102 E. STATE ST., CARAWAY, AR

Early voting will be available from 8:00 o'clock a.m. from October 19, 2020 through October 30, 2020 Monday through Friday; 10:00 o'clock a.m. to 4:00 o'clock p.m. on Saturday, October 24 and October 31, 2020; 8:00 o'clock a.m. to 5:00 o'clock p.m. on Monday, November 2, 2020 at the following locations:

CRAIGHEAD COUNTY ELECTION ANNEX, 315 W. JEFFERSON, JONESBORO, AR
LAKE CITY EASTERN ANNEX, 113 COBEAN BLVD., LAKE CITY, AR
Absentee voting will be conducted through the County Clerk's Office, 511 Main St., Suite 202, Jonesboro, Arkansas 72401, telephone 870-933-4520.

Absentee ballots will be processed and canvassed on weekdays daily October 19-November 2, 2020.
Absentee ballots will be opened, processed and canvassed at 8:30 o'clock a.m., on November 3, 2020 at the following location:
CRAIGHEAD COUNTY ELECTION ANNEX, 315 W. JEFFERSON, JONESBORO, AR

Early voting and absentee votes will be counted at 7:30 o'clock p.m., on November 3, 2020 at the following location:
CRAIGHEAD COUNTY ELECTION ANNEX, 315 W. JEFFERSON, JONESBORO, AR

A list of appointed election officials can be found at the following location:
COUNTY CLERK'S OFFICE, 511 MAIN ST., SUITE 202, JONESBORO, AR
An objection to the service of an election official can be filed by emailing the Craighead County Election Comm at commissioners@craigheadcounty.org or submitting a written objection to the County Clerk's Office.

The following candidates and the offices to which they aspire are listed;

**U.S. President**
Howie Hawkins/Angela Walker – Green
Kanye West/Michelle Tidball – Independent
Jo Jorgensen/Jeremy "Spike" Cohen – Libertarian
Phil Collins/Billy Joe Parker – Independent
"Rocky" DeLa Fuente/D G. Richardson – Independent
Joseph R. Biden/Kamala Harris – Democratic
Brock Pierce/Karla Ballard – Independent
Donald J. Trump/Michael R. Pence – Republican

**U.S. Senate**
Ricky Dale Harrington, Jr. – Libertarian
Senator Tom Cotton - Republican

**U.S. Congress District 1**
Congressman Rick Crawford – Republican

**State Senate District 21**
Representative Dan Sullivan – Republican

**State Senate District 21**
Senator Dave Wallace - Republican

**DEFS_083151**

# **Sample Notice of Election**



**Exhibit A**

**Public Notice**
**2020 General Election**
**County of Craighead - State of Arkansas**

Pursuant to Arkansas Election Law, Arkansas Code Annotated 7-5-202, all qualified electors are notified that the 2020 General Election will be held on Tuesday, November 3, 2020. The election will submit to a vote of the electorate all candidates by name and office and all other measures and questions required by law to be submitted to the electors. The following polling places have been set by the Craighead County Board of Election Commissioners and hereby posted in accordance with the election laws of the State of Arkansas. The polls will be open from 7:30 a.m. until 7:30 p.m.

**ALLEN PARK COMMUNITY CENTER, 3609 RACE ST., JONESBORO, AR**
**BAY COMMUNITY CENTER, 305 CHERRY ST., BAY, AR**
**BONO COMMUNITY CENTER, 100 E.WOODLAND TRAIL, BONO AR**
**BROOKLAND BAPTIST CHURCH, 200 N. OAK, BROOKLAND, AR**
**CARAWAY CITY HALL, 102 E. STATE ST., CARAWAY, AR**

Early voting will be available from 8:00 o'clock a.m. to 6:00 o'clock p.m. from October 19, 2020 through October 30, 2020 Monday through Friday; 10:00 o'clock a.m. to 4:00 o'clock p.m. on Saturday, October 24 and October 31, 2020; 8:00 o'clock a.m. to 5:00 o'clock p.m. on Monday, November 2, 2020 at the following locations:

**CRAIGHEAD COUNTY ELECTION ANNEX, 315 W. JEFFERSON, JONESBORO, AR**
**LAKE CITY EASTERN ANNEX, 113 COBEAN BLVD., LAKE CITY, AR**
Absentee voting will be conducted through the County Clerk's Office, 511 Main St., Suite 202, Jonesboro, Arkansas 72401, telephone 870-933-4520.

**Absentee ballots** will be processed and canvassed on weekdays daily October 19-November 2, 2020.
**Absentee ballots** will be opened, processed and canvassed at 8:30 o'clock a.m., on November 3, 2020 at the following location:
**CRAIGHEAD COUNTY ELECTION ANNEX, 315 W. JEFFERSON, JONESBORO, AR**

Early voting and absentee votes will be counted at 7:30 o'clock p.m., on November 3, 2020 at the following location:
**CRAIGHEAD COUNTY ELECTION ANNEX, 315 W. JEFFERSON, JONESBORO, AR**

A list of appointed election officials can be found at the following location:
**COUNTY CLERK'S OFFICE, 511 MAIN ST., SUITE 202, JONESBORO, AR**
An objection to the service of an election official can be filed by emailing the Craighead County Election Comm at commissioners@craigheadcounty.org or submitting a written objection to the County Clerk's Office.

The following candidates and the offices to which they aspire are as listed;

**U.S. President**
Howie Hawkins/Angela Walker – Green
Kanye West/Michelle Tidball – Independent
Jo Jorgensen/Jeremy "Spike" Cohen – Libertarian
Phil Collins/Billy Joe Parker – Independent
"Rocky" DeLa Fuente/D G. Richardson – Independent
Joseph R. Biden/Kamala Harris – Democratic
Brock Pierce/Karla Ballard – Independent
Donald J. Trump/Michael R. Pence – Republican

**U.S. Senate**
Ricky Dale Harrington, Jr. – Libertarian
Senator Tom Cotton - Republican

**U.S. Congress District 1**
Congressman Rick Crawford – Republican

**State Senate District 21**
Representative Dan Sullivan – Republican

**State Senate District 22**
Senator Dave Wallace - Republican

# Postings *p. 66-67*

**Exhibit A**

▶ **List of CBEC's Election Officials**
- Posted by law in the County Clerk's Office
- <u>8 days</u> before the beginning of early voting **(Act 448)**
- Must include all election officials (CBEC included)

▶ **Ballot Issues** (*General Only Elections Only*)
- Posted on the Door of the County Courthouse
- Full text of all ballot Issues
  - Proposed Constitutional Amendments
  - State and local ballot Issues
  - List of Candidate Nominations

▶ **Change in Polling Site**
- Post notice on any poll that was open in the previous election
- Must Explain Where Voters can go to vote

▶ **Required Postings at Poll**
— List on page (p. 66)

▶ **Sample Ballots**
- Must Submit to SOS Voter View
  - 20 days before Primary Gen
  - 10 day before all other *(Act 128)*
- Sample Ballots can be in 2 organized bound volumes or 1 bound volume and 1 electronic volume
— **[16+ ballot styles]**

DEFS_083153

**Exhibit A**

# Ballot Names & Positions *p. 58-60*

▶ **List of Party Candidates Certified to CBEC**

- ■ **From SOS and County Clerk, as case may be**

- ■ **The form of candidate names and titles to be used on the ballot are listed on the Political Practices Pledge**

▶ **Ballot Draw to Determine Order of Candidate Names**

- ■ **ALL Candidates - BY LOT – at public meeting**

▶ **Verify accuracy and Certify**

- ■ **Review, Review, Review**

▶ **Ballot Errors or Omissions**

- ■ **Hold public meeting & announce errors or omissions**

- ■ **Correct errors or omissions or state why not**

DEFS_083154

# Voting Machines & Materials

**Exhibit A**

▶ **CBEC responsibilities**

  ▶ **Care and custody of voting machines**

  ■ **Preparation – Voting machines and tabulating devices**

  ■ **Programming**

  ■ **Preparation and certification of ballot styles**

  ■ **Testing**

  ■ **Delivery of Equipment**

  ■ **Delivery of Ballots, Supplies, Forms, & Postings**

   

**DEFS_083155**

# Voting Machine Testing *p. 61-62*

**Exhibit A**

▶ **Logic & Accuracy (L&A) Testing**

■ **Both Voting Machines and Tabulating Devices**

- **At least 7 days before voting begins**
- **Errorless Count**
- **Accuracy of Ballot Styles**
  - **Paper & Electronic**
- **Certify accuracy of system & file results w/ County Clerk & SOS**

www.arkansas.gov/sbec/forms-checklists/

**(Form on page 180)**

▶ **Public Test**

■ **Both Voting Machines and Tabulating Devices**

- **Must publish notice in newspaper at least 48 hours prior**
- **Open to public, political parties, candidates, and media**



# Testing *p. 160*

**Exhibit A**

**Certification of Logic and Accuracy Testing Results**

**TRANSMITTAL PAGE TO SECRETARY OF STATE**
** Completion Required at least Seven (7) days before Early Voting

**Name of County:** _____

**Name of the Election:** _____

**Date of the Election:** _____

**Logic & Accuracy Certification Date:** _____

**ERM Report created Date:** _____

**Upload to SoS ENR Date:** _____

**Date filed with County Clerk:** _____

**Date filed with SoS:** _____

I certify that each one of the voting systems for the above named election has been properly tested in accordance with Ark. Code Ann § 7-5-515 in that:
- A group of test ballots were pre-audited to predetermine the number of valid votes for each candidate and each measure, and each candidate received at least one(1) vote for each ballot style;
- One (1) or more of the pre-audited test ballots were over-voted (they contained votes in excess of the number allowed by law), for each office, and for each ballot style, or an over-vote was attempted on each machine, for each office, and for each ballot style;
- The pre-audited test ballots were voted on each voting machine and each item of media used for the election was tabulated using the appropriate ERM (Election Reporting Manager);
- The voting system rejected the over-voted ballots or otherwise denied an attempted over-vote;
- The cause of any error was determined, corrected, and resubmitted;
- An errorless count was made before approving each voting machine, and each item of media;
- The County successfully uploaded test results from ERM to SoS ENR.

I further certify that upon completion of testing:
- This certification was filed with the county clerk attesting to the accuracy of the voting system;
- The ballots and programs were sealed;
- The ballots and programs used will be retained and disposed of as provided by law; and
- The County Board of Election Commissioners met in a public meeting and approved the results, as recorded in the minutes of the County Board of Election Commissioners.

Under penalty of perjury, I state that the information contained in this Certification is true and correct.

**Signature of Election Commission Chair:** _____ **Date:** _____

**Signature of County Clerk:** _____ **Date:** _____

DEFS_083157

# Voting Privacy *p. 71*

**Exhibit A**

- **Arrange the poll**
  - Ensure privacy
    - At least 1 accessible voting machine per poll
  - No one within 6 feet of machine
    - Except Voter and Poll Worker

"The machine shall be placed so that no person can see or determine how the voter casts his or her vote." A.C.A. §7-5-521

"Each voter shall be provided the privacy to mark his or her ballot. Privacy *shall be provided by the poll workers* at each polling site or by the county clerk, if the county clerk conducts early voting, to ensure that a voter desiring privacy is not singled out." A.C.A §7-5-310



**DEFS_083158**

# SBEC Guidance - COVID-19

**Exhibit A**

- **Assignment of Polling Locations**
  - **Polls should not be consolidated unless absolutely necessary**
- **Masks and Access to the Poll**
  - **The County CANNOT:**
  - **Require a voter to wear a mask to vote**
  - **Turn a voter away because they fail a health screening**
  - **If a voter refuses to remove their mask but the visible part of their face is consistent with their photo id so that the voter is identified, the voter should be allowed to vote a regular ballot**
- **Operation of the Poll**
  - **CBEC should require election official should wear masks**
  - **Tables, doors, & voting equipment should be regularly disinfected**

DEFS_083159

# ADA Polling Sites *p. 49*


**Exhibit A**

## Americans With Disabilities Act
## Title II – Program Participation

- Under Subtitle A, Voting and Voter Registration are "programs" under the Act.

  - Under this approach, "Public entities must ensure that people with disabilities are not excluded from programs, services, or activities because facilities are inaccessible." **There is NO "Grandfather" clause that exempts old facilities.**

**Arkansas Law also Requires Polling Sites to be Assessable to Disabled Voters** – SBEC Jurisdiction

"The county boards of election commissioners shall provide voting locations that are accessible to voters with disabilities..." A.C.A. §7-5-311

DEFS_083160

# ADA Polling Sites

**Exhibit A**

## Polling site <u>MUST</u> be Accessible to voters with disabilities

- **ADA Signs: Accessible Parking – Accessible Entrances – Directional Signs to voting area – etc.**
- **Removal of obstructions:  From sidewalks, hallways, voting areas, etc.**
- **Arrange voting area to allow for wheelchairs or walkers**



## Temporary Solutions for ADA problems

- **Parking – use cones and ADA signs to designate parking**
  - **If lot is not paved, consider another location**
- **Entrances – prop open doors, use temporary lever handle doorknobs, use temporary ramps for access over steps**
- **Use a poll worker to open doors and assist voters in building**

Solutions for Five Common ADA Access Problems at Polling Places
www.ada.gov/ada_voting/voting_solutions_ta/polling_place_solutions.htm

**DEFS_083161**

# ADA Polling Sites

**Exhibit A**

## From Parking to Casting



- CBECs, pick polling places, and thus have the responsibility to ensure locations are "accessible" to disabled voters.

- Actually go from parking to voting booths, back to vehicle.  Critical eye towards, can a wheelchair or person with limited physical abilities, navigate the route

  – Polling Site Accessibility Checklist:
  - https://www.arkansas.gov/sbec/election-information/

  **"Polling Site Accessibility Summary Checklist"**



DEFS_083162

# ADA Polling Sites



**Step 1: Parking Considerations**
- Where do handicapped licensed vehicles park

**Step 2: Route to Door**
- How does a voter get from parking into the building

**Step 3: Entering the building**
- Primary/secondary entrance, door handles,
- Maneuvering space

**Step 4: Route inside Polling Place**
- What is the route of voters once in the door
- Obstructions

**Step 5: Voting equipment**
- Enough space around equipment/booth
- Clear path to vote?



DEFS_083163

**Exhibit A**

# ADA Polling Sites

## Protect yourself

- Take the time to check the location's compliance and accessibility.

- Disability Rights Arkansas letters?

- What has been done to address those issues?

- Complete the checklist for each location.  Take photos of location, from parking to casting, to show what looks like on election day and during early voting

DEFS_083164

# ELECTION DAY

**Exhibit A**

**POLL WORKER RESOURCES**

**POTENTIAL ELECTION DAY PROBLEMS**

**VOTING PROCESS**

**VERIFICATION OF VOTER REGISTRATION**

**PROVISIONAL VOTING PROCESS**

DEFS_083165

# Poll Worker Resources *p. 69*

**Exhibit A**

▶ **You**

- ■ **CBEC should be available to poll workers on election day**

▶ **Quick Guides**

- ■ **Voter ID**
- ■ **Fail-Safe voting**
- ■ **Provisional Ballots**
- ■ **Assistance**
- ■ **Spoiled/Abandoned**
- ■ **Absentee Canvassing**

▶ **Training Guide & Checklist for Poll Workers** *(6 per poll from SBEC)*

- ■ **Identifies:**
  - • **Tasks performed before opening poll**
  - • **Necessary supplies and forms to be completed**
  - • **Legally required postings**
  - • **Procedures during voting hours**
  - • **Tasks for closing & departing the poll**

DEFS_083166

# Potential Election Day Problems *p. 70-80* Exhibit A

▶ **YOUR JOB is to ensure that any problems with poll worker equipment are immediately corrected or replacement equipment is immediately provided.**

▶ **Problems related to the Timely opening of poll.**

- **Poll Books Offline but Functional:  OPEN POLL at 7:30am**
  - **Work to Resolve Connectivity Problem after voting begins**

- **Poll Books Completely Fails: OPEN POLL at 7:30am**
  - **Use paper backups or Check voters in by calling the county clerk's office.**

- **Ballot Markers Operational but DS 200 Fails:  OPEN POLL at 7:30am**
  - **Place ballots in secure slot in the DS 200**

- **Ballot Markers Completely Fails or Ballot Styles Incorrect:  Open POLL at 7:30am**
  - **Allow voters to vote on Paper Ballots designated for provisional voting**
  - **CBEC must provide additional paper ballots & ballot box if machines issues can not be corrected.**

▶ **Call SBEC, SOS, or ES&S to assist if you are unsure how to proceed!**

DEFS_083167

# Potential Election Day Problems *p. 70-80* Exhibit A

▶ **Voting machine issues**

■ **Poll worker must send complaints to CBEC & CBEC must investigate & forward complaint to SOS** (Machine Complaint Form p. 174)

▶ **Electioneering** (Notice p. 190)

▪ **Loitering – No person may enter or remain in the area except for entering or leaving where voting is taking place (Act 728)**

▶ **Voter Assistance** (List of Persons Assisting p. 168)

▪ **No more than 6** *(Lawsuit)*

▪ **Candidates can only assist relatives w/in 2nd degree**

▪ **2 poll workers must assist & sign Assistance List**

▶ **Cross-over Voting** (Warning sign p. 188)

▶ **Poll Watchers** (Authorization Form p. 184)

▶ **Provisional Voting** (Provisional Voters List p. 160)



## NO VOTER SHOULD BE TURNED AWAY

DEFS_083168

# Potential Election Day Problems     **Exhibit A**

▶ **Ballot security & secrecy**

▶ **Spoiled Ballots** (Spoiled Ballot Affidavit p.172)

▶ **Abandoned Ballots** (Abandoned Ballot Log p.176)

▶ **Persons Allowed in Polls** (p.79)

▶ **Exit Pollsters/News Photographers**

▶ **Electronic Devices Used
   by Poll Workers**

▶ **Closing the Polls**
   ▪ **Follow procedures given by CBEC**



**DEFS_083169**

# Voting Process

**Exhibit A**

▶ **Voter States his or her Name**
- Poll Worker locates Voter Registration Info in the Poll Book

▶ **Voter States (aloud) his or her Address and Date of Birth.**
- Poll Worker compares the name, address, & date of birth to the Poll Book
- <u>Secured Voters:</u> victims of domestic violence - address will not appear in Poll Book. Poll workers will need to contact County Clerk **(Act 980)**

▶ **If any information stated by the voter differs from the poll books the voter must complete a voter registration App in order to vote.**
- If the voter's address has changed, the poll worker must call the county clerk's office before the voter is allowed to vote.
- A voter whose name has changed due to marriage, divorce, or adoption should be allowed to vote after filing an updated VR application.

▶ **Voter must then Provide Photo ID to verify that he or she is the person who filed the Voter Registration Information being used to allow this person to vote.**

▶ **Issue Ballot**

DEFS_083170

**Exhibit A**

# Verification of voter registration

Voters must verify their registration by showing a document or identification card that shows the **name** and **photograph** of the person to whom it was issued and is **issued by**:

- **The United States**,
- The **State of Arkansas,**
- An **accredited postsecondary educational institution in the State,** or
- The **county clerk**

- If the **voter ID** displays an expiration date, it must **either be current or not expired more than four years before the date of the election** in which the person seeks to vote.

**DEFS_083171**

# Verification of voter registration

**Exhibit A**

- **Examples of acceptable photo ID's include (but are not limited to):**

✓ An Arkansas driver's license;

✓ A concealed carry handgun license;

✓ A U.S. passport;

✓ An employee badge or ID document issued by the **State** of Arkansas, the **federal government** or a **postsecondary educational institution located in Arkansas**;

✓ A U.S. military ID document;

✓ A **student** ID card issued by a postsecondary educational institution;

✓ A Photo voter ID card issued by the county clerk; or

✓ A public assistance ID card

DEFS_083172

**Exhibit A**

# Verification of voter registration

- **EXCEPTION:** Voters who reside in a long-term care or residential care facility licensed by the state may show **documentation from the administrator** attesting that the voter is a resident of the facility. (form provided by SOS)

## Photo ID

- The verification of voter registration is used to verify the **name** and **appearance** of the voter, **not** address and date-of-birth.

DEFS_083173

# Verification of voter registration

**Exhibit A**

**Assessing validity of ID**

The poll worker to whom the ID is presented must:

- Verify that the name on the ID is **consistent** with the name in the Poll Book, allowing for abbreviations, nicknames & name changes;

- If the name is consistent, **compare the photograph** to the voter, considering hair color, glasses, facial hair, cosmetics, weight, age, etc.

- If the poll worker is **satisfied** that the voter is the person depicted in the photograph and the name is consistent with the name in the Poll Book, then issue the voter a **regular** ballot;

- If the voter's **name has changed or** is different from the name in the Poll Book or the name as stated by the voter, but the poll worker is **satisfied** that the voter is the person depicted in the photograph, issue the person a **regular** ballot **after** the voter completes a voter registration application for the purpose of updating the voter's information.

  – Registration applications returned to the county clerk

DEFS_083174

# Verification of voter registration

**Exhibit A**

## POLL WORKER Thinks ID is Insufficient

➤ If the poll worker determines that the ID does not depict the voter or the name is not similar – the voter is <span style="color:red">referred to the **Election Judge** of the poll</span>

➤ The **Election Judge** shall:
  ➤ Compare the name of the voter to the PVR
  ➤ Compare the photo to the voter

➤ The **Election Judge** shall <span style="color:red">resolve any marginal cases in favor of the voter</span>

➤ If the **Election Judge** determines that the ID does not depict the voter – <span style="color:red">the voter is offered a **Provisional Ballot**</span>

# Verification of voter registration

**Exhibit A**

**At the polls
ADDITIONAL REQUIREMENT FOR
CERTAIN <u>FIRST-TIME VOTERS</u>:**



- Certain first-time voters who register by mail and do not provide the required ID documentation, will be <u>flagged</u> on the PVR List
- They must provide additional identification documentation when voting on election day or early voting/absentee voting
- A flagged voter who presents a <u>valid ID,</u> that is not expired, may vote without presenting an additional ID document.
- However, if a flagged voter presents valid identification that is <u>not current</u> (i.e., is expired) , the flagged voter must also show a current and valid photo identification **<u>OR</u>**
  - a copy of a current utility bill, bank statement, government check, paycheck, or other government document that <u>shows the name and address of the voter</u> to vote a **Regular Ballot**
- Otherwise they must cast a **Provisional Ballot**

DEFS_083176

## Verification of voter registration



Exhibit A

# Failure to provide ID at the polls

- **<u>CURE PROCESS:</u> The provisional ballot will be counted if the voter brings in proper ID to the county clerk or to a CBEC meeting by noon on the Monday after the election.**

- **<u>Failure to Cure</u> will Results in the Ballot Being <span style="color:red">Rejected</span>**

- **Ongoing Litigation:**

  **The League of Women Voters has challenged the Law removing the Optional Identity Affirmation should the lawsuit prevail -- voters will again be able to sign an optional statement on their provisional ballot to cause their ballots to be counted.**

DEFS_083177

# Verification of voter registration

**Exhibit A**

## Absentee Requirement

**Absentee voters** must include <u>a copy of a photo id</u> showing the name and photograph of the voter and is not expired for more than 4 years.

- <u>Flagged voters</u> must include a copy of a current (not expired) photo id or a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of the voter.

## Provisional Absentee Ballots

- Absentee Ballots without Voter ID will be considered provisional

  - These ballots will need to be tracked and processed separately. The number of these ballots counted and not counted will need to be reported on the Ballot Disposition Report

---

**ABSENTEE VOTER STATEMENT**

THIS VOTER STATEMENT SHALL BE COMPLETED AND RETURNED IN THE MAILING ENVELOPE OR THE ABSENTEE BALLOT WILL NOT BE COUNTED

INCLUDE THE FOLLOWING ITEMS IN THE MAILING ENVELOPE:

1. My completed Voter Statement (This piece of paper)
2. Copy of Approved Photo ID
   - See instructions for a list of approved photo IDs

*If I am a newly registered voter of this county and this is the first time I am voting in this county, I am enclosing a copy of a current and valid photo identification card or a current utility bill, bank statement, government check, paycheck, or other government document that shows my name and address.*

3. My Ballot Only Envelope Containing my marked ballot

**VOTER'S MAILING ADDRESS**
IF YOUR MAILING ADDRESS IS DIFFERENT FROM THE ADDRESS LISTED IN BOX 2 PLEASE LIST IT HERE

Street Address

City          State          Zip Code

| **Box 1:** VOTER'S PRINTED NAME | **Box 3:** VOTER'S DATE OF BIRTH |
|---|---|
| MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED! | Month   Day   Year   MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED! |

**Box 2:** VOTER'S RESIDENTIAL VOTING ADDRESS
I CERTIFY THIS IS THE PHYSICAL ADDRESS (IN ARKANSAS) AT WHICH I RESIDE AND THIS IS THE SAME ADDRESS LISTED ON MY APPLICATION FOR ABSENTEE BALLOT

Street Address

City          State          Zip Code

MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED!

**Box 4:** Complete this Box if Your Ballot is Delivered by Any Third Party Other Than a Mail Service:

Printed Name of Designated Bearer, Agent, or Administrator

Signature of Designated Bearer, Agent, or Administrator

Address of Designated Bearer, Agent, or Administrator

City          State          Zip Code

**Box 5:** REQUIRED ABSENTEE VOTER STATEMENT
THE INFORMATION I HAVE PROVIDED IS TRUE TO THE BEST OF MY KNOWLEDGE UNDER PENALTY OF PERJURY. IF I HAVE PROVIDED FALSE INFORMATION, I MAY BE SUBJECT TO A FINE OF UP TO TEN THOUSAND DOLLARS ($10,000) OR IMPRISONMENT FOR UP TO TEN (10) YEARS, OR BOTH, UNDER FEDERAL OR STATE LAWS.

YOU MUST SIGN HERE AND PLACE THIS FORM IN THE RETURN ENVELOPE FOR YOUR VOTE TO BE COUNTED!

Signature of Absentee Voter

**DEFS_083178**

**Exhibit A**

# Verification of voter registration

**Absentee requirement**

**Exceptions:**

1) Voters who reside in a long-term care or residential care facility licensed by the state may instead provide a standardized form (created by the SOS) that the voter is a resident of the facility; and

2) Military and merchant marine voters and their families who are away from the county because of the <u>active duty status</u> of a military member are not required
to include any form of voter verification
with their absentee ballots.



DEFS_083179

# Provisional Voting *pg. 76-77*

**Exhibit A**

➤ **Traditional Provisional Ballots**

- Poll Watcher Challenge
- Claims Right to Vote on ballot style other than the one assigned in the PVR List
- Not on PVR List
- Sent Absentee Ballot

➤ **ID Related Provisional Ballots**

- Didn't Provide ID

### PROVISIONAL VOTER ENVELOPE

Provisional Voter Number: _____  Date: _____  Time: _____
Poll Name: _____  Precinct #: _____  Ballot Style: _____

#### CHALLENGED BALLOT FORM
(To be completed when a poll watcher challenges a voter)

Name of Voter Challenged: _____
Name of Poll Watcher: _____
Entity Represented: _____
(Name of candidate, group or party the poll watcher represents from the Poll Watcher Affidavit)
Reason for Challenge: _____
Signature of Poll Watcher: _____

#### PROVISIONAL VOTER ELIGIBILITY AFFIRMATION
(To be completed on voter qualification issues)

Name of Registered Voter: _____  Prior Name: _____
Address of Registered Voter: _____  Prior Street Address: _____
City, State, Zip: _____  Prior City, State, Zip: _____
Phone Number: _____  Date of Birth: _____  Provided ID: Yes ☐ No ☐

I, _____ (printed name of provisional voter) *hereby affirm, under penalty of perjury, that the information provided is true and accurate and that to the best of my knowledge I am a registered voter in this precinct and am eligible to vote in this election. I understand that the County Board of Election Commissioners will count my ballot only upon verification of my voter registration status.*

**Signature of Provisional Voter** _____  *Witnessed by:* **Signature of Poll Worker**

Note: Perjury is defined by Arkansas law as a Class C Felony and is punishable by no less than three years and no more than 10 years in prison and up to a $10,000 fine. A.C.A. §§ 5-4-201, 5-4-401.

| **Reason for Voting Provisional** (To be completed by a poll worker) | **Ballot Style** (To be completed by a poll worker) |
|---|---|
| ☐ Failure to Show a Qualifying Photo ID<br>☐ Poll Watcher Challenge<br>☐ Not on Precinct Voter Registration List<br>☐ First-time Voter Flagged to Show Additional ID (No Additional ID Provided)<br>☐ Previously Sent an Absentee Ballot<br>☐ Marked as Having Already Voted<br>☐ Court-ordered Voting Extension<br>☐ Voter Requests an Alternative Ballot<br>☐ Other _____ | Ballot Style _____ was given to the provisional voter based upon the voter's affirmation of eligibility for this jurisdiction.<br><br>_____<br>Signature of Poll Worker |

Rev: 8/25/21

DEFS_083180

# Provisional Voting

**Exhibit A**

## PROVISIONAL VOTER ENVELOPE

Provisional Voter Number: _____   Date: _____   Time: _____

Poll Name: _____   Precinct #: _____   Ballot Style: _____

---

### CHALLENGED BALLOT FORM
(To be completed when a poll watcher challenges a voter)

Name of Voter Challenged: _____

Name of Poll Watcher: _____

Entity Represented: _____
(Name of candidate, group or party the poll watcher represents from the Poll Watcher Affidavit)

Reason for Challenge: _____

Signature of Poll Watcher: _____

---

### PROVISIONAL VOTER ELIGIBILITY AFFIRMATION
(To be completed on voter qualification issues)

Name of Registered Voter: _____   Prior Name: _____

Address of Registered Voter: _____   Prior Street Address: _____

City, State, Zip: _____   Prior City, State, Zip: _____

Phone Number: _____   Date of Birth: _____   Provided ID: Yes ☐ No ☐

I, _____, (printed name of provisional voter) *hereby affirm, under penalty of perjury, that the information provided is true and accurate and that to the best of my knowledge I am a registered voter in this precinct and am eligible to vote in this election. I understand that the County Board of Election Commissioners will count my ballot only upon verification of my voter registration status.*

_____

**Signature of Provisional Voter**          *Witnessed by:*   **Signature of Poll Worker**

Note: Perjury is defined by Arkansas law as a Class C Felony and is punishable by no less than three years and no more than 10 years in prison and up to a $10,000 fine. A.C.A. §§ 5-4-201, 5-4-401.

| **Reason for Voting Provisional** (To be completed by a poll worker) | **Ballot Style** (To be completed by a poll worker) |
|---|---|
| ☐ Failure to Show a Qualifying Photo ID<br>☐ Poll Watcher Challenge<br>☐ Not on Precinct Voter Registration List<br>☐ First-time Voter Flagged to Show Additional ID (No Additional ID Provided)<br>☐ Previously Sent an Absentee Ballot<br>☐ Marked as Having Already Voted<br>☐ Court-ordered Voting Extension<br>☐ Voter Requests an Alternative Ballot<br>☐ Other _____ | Ballot Style _____ was given to the provisional voter based upon the voter's affirmation of eligibility for this jurisdiction.<br><br>_____<br>Signature of Poll Worker |

Rev: 8/25/21

DEFS_083181

# Provisional Voting

**Exhibit A**

- To be completed by the Poll Worker

- To be completed only if the ballot is Challenged by a Poll Watcher

- Must be completed by the Poll Worker

- Must be signed by the Voter for any Provisional Ballot to be considered valid by CBEC
  - Act 249 removed the Optional Verification Statement

- Both squares are to be completed by the Poll Worker



**PROVISIONAL VOTER ENVELOPE**

Provisional Voter Number: _____  Date: _____  Time: _____
Poll Name: _____  Precinct #: _____  Ballot Style: _____

**CHALLENGED BALLOT FORM**
(To be completed when a poll watcher challenges a voter)

Name of Voter Challenged: _____
Name of Poll Watcher: _____
Entity Represented: _____
(Name of candidate, group or party the poll watcher represents from the Poll Watcher Affidavit)
Reason for Challenge: _____
Signature of Poll Watcher: _____

**PROVISIONAL VOTER ELIGIBILITY AFFIRMATION**
(To be completed on voter qualification issues)

Name of Registered Voter: _____  Prior Name: _____
Address of Registered Voter: _____  Prior Street Address: _____
City, State, Zip: _____  Prior City, State, Zip: _____
Phone Number: _____  Date of Birth: _____  Provided ID: Yes ☐  No ☐

I, _____, (printed name of provisional voter) hereby affirm, under penalty of perjury, that the information provided is true and accurate and that to the best of my knowledge I am a registered voter in this precinct and am eligible to vote in this election. I understand that the County Board of Election Commissioners will count my ballot only upon verification of my voter registration status.

_____  Witnessed by:  **Signature of Poll Worker**
**Signature of Provisional Voter**

Note: Perjury is defined by Arkansas law as a Class C Felony and is punishable by no less than three years and no more than 10 years in prison and up to a $10,000 fine. A.C.A. §§ 5-4-201, 5-4-401.

**Reason for Voting Provisional**
(To be completed by a poll worker)

☐ Failure to Show a Qualifying Photo ID
☐ Poll Watcher Challenge
☐ Not on Precinct Voter Registration List
☐ First-time Voter Flagged to Show Additional ID
(No Additional ID Provided)
☐ Previously Sent an Absentee Ballot
☐ Marked as Having Already Voted
☐ Court-ordered Voting Extension
☐ Voter Requests an Alternative Ballot
☐ Other _____

**Ballot Style**
(To be completed by a poll worker)

Ballot Style _____ was given to the provisional voter based upon the voter's affirmation of eligibility for this jurisdiction.

_____
Signature of Poll Worker

Rev: 8/25/21

DEFS_083182

# Provisional Voting

**Exhibit A**

## LIST OF PROVISIONAL VOTERS

Arkansas Code Annotated § 7-5-308 requires poll workers to make a list of the names and addresses of all persons voting a provisional ballot and requires County Election Commissions to determine the validity of each provisional ballot prior to certification of the election.

Date of Election: _____     Poll Name: _____

| Voter's Signature | Voter's Name | Voter's Address | Reason Provis. | | Precinct | Vote counted | | If not counted, reason |
|---|---|---|---|---|---|---|---|---|
| | | | A | B | | Y | N | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

*Provisional Ballot Reason:   A) General Provisional        B) Unverified Registration Provisional (No Voter ID)*

_____          _____          _____
**Commissioner Signature**                    **Commissioner Signature**                    **Commissioner Signature**

DEFS_083183

**Verification of voter registration**

Exhibit A

# NOTICE TO PROVISIONAL VOTERS

☐ **REASON 1: No Verification of Voter Registration Provided**
If you cast a Provisional Ballot for **failure to present Verification of Voter Registration and you possess ID**, you may present proof of identity to the **County Clerk** or the **County Election Commission** by noon of the first Monday following the election for the provisional ballot to be counted.

**County Clerk's Address**                                      **Hours:**
_____ **County Courthouse**                   **Phone:**
**Street Address:**                                              **City:**

"Verification of Voter Registration" is a document or photo ID card that is issued by the State, the federal government, or an accredited postsecondary educational institution in Arkansas. The ID must show the name and photograph of the person to whom it was issued, and, if it has an expiration date, must not be expired more than 4 years before Election Day. Examples of acceptable proof of identity include but are not limited to:
  ➤ An Arkansas driver's license;
  ➤ An Arkansas State ID (for example issued by the Revenue Office)
  ➤ A U.S. passport;
  ➤ A concealed carry handgun license issued by the State of Arkansas;
  ➤ An employee badge or ID document issued by the State of Arkansas or the federal government;
  ➤ A U.S. military ID document (Active or Retired);
  ➤ A student or employee ID card issued by a postsecondary educational institution located in Arkansas;
  ➤ A public assistance ID card issued by the State of Arkansas or federal government;
  ➤ A "For Voting Purposes Only" ID card that has a photo provide by the County Clerk.

**YOUR JOB TO FILL IN BEFORE THE ELECTION**

☐ **REASON 2: Provisional Ballots Unrelated to Verification of Registration**
If you were required to vote provisionally for any reason unrelated to the verification of your voter registration, the County Election Commission will evaluate your provisional ballot. If the Commission cannot count your ballot based on the information available, an administrative hearing is set at the time and location listed below to determine if your ballot will be counted for this election. You are invited to attend this hearing to bring evidence showing why your ballot should be counted. If you do not attend, you will be notified whether your ballot was counted in this process.

Hearing Date for Provisional Ballots that are rejected will be held:
**DATE & TIME:** _____
**LOCATION:** _____

For more information, contact: _____County Election Commission
**PHONE:** _____   **EMAIL:** _____

You will be notified by first class mail whether your vote was counted, and if not, the reason why.

DEFS_083184

# Provisional Voting Process

**Exhibit A**

- PW Mark NO ID on the Poll Book or Tablet
- PW Informs the Voter he or she must cast a Provisional Ballot
- PW Prints the Voter's Name, Address, and Marks the reason for voting provisional in the "List of Provisional Voters"
- Voter to signs the List of Provisional Voters"
- PW Complete the "Provisional Voter Eligibility Affirmation" Portion of the Envelope
- Voter to Sign the "Provisional Voter Eligibility Affirmation"
  - PW signs to Witness Signature
- Poll Watcher Challenge Section

- PW marks the Reason or Reason for voting Provisional
- PW notes the ballot style issued and signs this section of the envelope.
- PW Issue the Ballot
  - Remove Stub & Initial back
  - **OR** Use Express Vote System
- PW Provides the voter a secrecy envelope and a place to mark their ballot in secret
- PW Ensures the Secrecy Envelope is Sealed in the Provisional Voter Envelope
- PW Provide Paper Notice
  - Ensure information is filled in
  - Mark applicable Section
- Place Ballot in a Secure Container

**DEFS_083185**

# CANVASSING AND COUNTING

**Exhibit A**

**CANVASSING, COUNTING & UNOFFICIAL RESULTS**

**EARLY AND ABSENTEE BALLOTS**

**PROCESSING PROVISIONAL BALLOTS**

**PROCESSING ABSENTEE BALLOTS**

**RECOUNTS**

**FINAL CERTIFICATION**

**ELECTION CONTESTS**

**PRESERVATION OF EQUIPMENT & MATERIALS**

DEFS_083186

# Results - Election Day p. 85

**Exhibit A**

➢ **CBEC Must Oversee Processing of Absentee Ballots**

- Can appoint clerks to process absentee ballot
- Conducted on the date and time listed in Notice of Election
- CBEC must review any ballot which absentee ballot Clerks believe must be Rejected
- Ballot are NOT to be counted or results tapes printed until after Polls Close
  - Can feed ballots into a tabulator but cannot close the tabulator or produce results tapes

➢ **CBEC Should Work with County Clerk to Determine who tabulates Early Voting Ballots**

- Prepare Early Voting Machines or Tabulators to be closed
- No Machines or Tabulators can be closed out or results tapes run until after the polls close

DEFS_083187

# Processing & Counting Early & Absentee Ballots Exhibit A p. 85-98

- Ballots must be placed in a secured container and this container may only be accessed in view of the public
  - The Use of a "Chain of Custody" document is Recommended
- All Canvasing, counting, and processing must be in view of the public
- Absentee Ballot Canvassing must be conducted so that poll watchers:
  - Are prohibited from being within 3 feet of the canvassing process
  - Are not required to remain more than 6 feet from the canvassing process
- VOTER STATEMENT INSPECTION: Must be allowed to view a voter statement upon request.
  - Can be removed by a unanimous vote of the CBEC for "obstructing the canvasing process in Bad Faith" and has requested to review more than 30 ballots in an hour
- BALLOT INSPECTION: may inspect upon request **BUT NEVER GIVEN PHYSICAL CONTROL OF A BALLOT**

DEFS_083188

**Exhibit A**

# Best Practices for Ballot Accounting and Security

- Chain of Custody – Who put what and how many ballots in a particular container.

- When transferring a container from County Clerk to CBEC or Absentee Clerks, both County Clerk and CBEC should count and verify number of ballots transferred.

- When processing absentee ballots, work in defined numerical stacks, i.e. 50 and account for each stack of 50's disposition. i.e. 40 accepted, 5 rejected, 5 lacking identification. Total = 50

DEFS_083189

**Exhibit A**

# Best Practices for Ballot Accounting and Security

- Consider the physical movement of ballots, categories of ballots, and ensure a clear linear progression.

- Consider limiting the number of personnel touching ballot packets.

- Keep like categories of ballot together, and maintain a running verified total

- Identify points along the process where inventory counts can be made and where such counts are appropriate to avoid co-mingling ballot categories

DEFS_083190

**Exhibit A**

# Deadlines to Return Absentee Ballots

- **Designated Bearers, Administrators, and Returned in person by the Voter**
  - **Closed of Business on the <u>Friday</u> <u>before</u> the Election (Act 973)**
- **Authorized Agents and Returned by mail**
  - **7:30pm on election night**
- **UOCAVA Ballots**
  - **5pm 10 days after the election**

# Processing & Counting Absentee Ballots p. 85-86 Exhibit A

- **CBEC may begin processing the ballot paperwork up to 7 days before election day**

    – ***NO* opening of ballot envelopes until 8:30am on election day**

- **Minimum Requirements**

    - **Ballot clerks may determine to count a ballot without further review**

    - **The Ballot clerks are required to make some ballots provisional**

    - **Ballot clerks may Reject ballots for non deliberative reason**

        - **Example: missing voter statement / Statement unsigned / No ID Provided***

    - **Ballot clerks may NOT Reject a ballot for a deliberative reason**

        - **name/address/DOB/signature**

        - **IF one of the two ballot clerks find the ballot doesn't compare = must be reviewed by CBEC for final determination.**

- **CBEC MAY:**

    - **Review all ballots or all rejected ballots if it choses**

DEFS_083192

**Exhibit A**

# Processing & Counting Absentee Ballots p. 85-98

- **Multi-Step Process**
- **The questions are designed to identify ballots that can be accepted or rejected.**
- **During the process, a ballot may be**
  - accepted,
  - held for additional information (Post-presentment ID cure),
  - held for review (made provisional because of bearer envelope versus voter statement versus application, or
  - rejected.

DEFS_083193

# Processing Absentee Ballots

**Exhibit A**

## Flow Chart for guidance- Initial documents present?



**DEFS_083194**

# Processing Absentee Ballots

**Exhibit A**

Flow Chart for guidance – Exception to ID requirement

DEFS_083195

# Processing Absentee Ballots
## Flow Chart for guidance – Poll Watcher Challenge

**Exhibit A**

DEFS_083196

# Processing Absentee Ballots

**Exhibit A**

## Flow Chart for guidance – Data Point Comparison



DEFS_083197

# Processing Absentee Ballots

**Exhibit A**

## Flow Chart for guidance – 3rd Party involvement analysis



# OPENING & PROCESSING ABSENTEE BALLOTS
**Exhibit A**

- **STEP ONE**: Clerk 1 opens the outer envelope while Clerk 2 Observes:
  - **Voter Statement** [*Missing = Rejected*]
  - **Photo ID** [*Missing = Provisional (except Military Ballot)*]
  - The ballot (inner) envelope [*Missing = Rejected*]
  - IF SOMETHING IS MISSING
    - Before 8:30am on election day – **SET ASIDE UNTIL ELECTION DAY**
    - After 8:30am on election day – **INSPECT INNER ENVELOPE**
- **STEP TWO:** Clerk 1 reads aloud from the voter statement:
  - Voter's name
  - Voter's precinct (precinct part)
- **STEP THREE:** Clerk 2 lists the name and precinct of the voter
- **STEP FOUR:** Clerk 1 and Clerk 2 compare the following
  - Name
  - Address
  - Date of Birth
  - Signature
  - [If a Clerk believes any do not Compare = Set aside for CBEC to review]

DEFS_083199

# OPENING & PROCESSING ABSENTEE BALLOTS

Exhibit A

- **STEP FIVE:** (if a name and address is written on the outer envelope) The election officials compares:
    - the name and address on the <u>absentee ballot return **envelope**</u>; and
    - the information on the voter statement.
    - [If the name and address matchers proceed]
    - [IF the Voter Statement has a Name and Address but they do not compare = Provisional]
    - [If the Voter Statement has no Name or Address = Reject]
- **STEP Six:** (if applicable) Compare any bearer name on the Absentee Ballot Application to a bearer name on the voter statement. **(Act 736)**
    - [If the names don't compare or document has a name and the other doesn't = provisional]
- **STEP SEVEN**: Confirm ID name compares with Voter Statement Name
    - [If NO = make provisional]

- **STEP EIGHT** If the ballot is to be counted, place the unopened inner "Ballot Only" envelope into the absentee ballot box.
- **FINAL STEP**: Once canvases is complete, mix the unopened inner ballots and then count the ballots.

**DEFS_083200**

# Checking Inner Envelope for Missing Documents

Exhibit A

- [AFTER 8:30am on Election Day] If the voter statement and/or ID are NOT in the return envelope separate from the inner "Ballot Only" envelope:

  - Clerk 1 removes the inner "Ballot Only" envelope from the outer return envelope and hands it to Clerk 2.

  - Clerk 2 inspects the inner "Ballot Only" envelope while being observed by clerk 1 and,

  - Removes the voter statement and/or ID documents, if found there, from the inner "Ballot Only" envelope and hands them to Clerk 1.

  - Clerk 2 returns the inner "Ballot Only" envelope and any found voter statement/ID documents to Clerk 1 and Clerk 1 places the inner "Ballot Only" envelope back into the outer return envelope.

  - Clerk 1 reads aloud from the voter statement, and regular processing procedures are followed.

DEFS_083201

# COUNTING ABSENTEE BALLOTS     Exhibit A

- Reject any ballot if:
  - Bulk Mailing
    - Except from an administrator of a long-term care facility;
  - No voter statement is found
  - Deceased Voter's Ballot Accepted if:
    - Postmarked or Received before the Date of Death;
    - Delivered by Authorized Third Party before the Date of Death
    - In the case of an active duty "armed services" voter, executed before the date the voter died;
  - If the return envelope indicates the ballot was returned by a bearer, agent or administrator but the voter has not authorized a bearer/agent/administrator on the voter statement.
  - If the voter statement is unsigned

DEFS_083202

# OPENING & PROCESSING ABSENTEE BALLOTS

Exhibit A

**ID REQUIREMETS** (<u>COMPARE NAME ON ID TO NAME ON VOTER STATEMENT</u>)

- **General:** Name & Photo / Exp < 4y or not Exp Date / Issued by:
  - **The United States,**
  - **The State of Arkansas,**
  - **An accredited postsecondary educational institution in the State, or**
  - **The county clerk**
  - **IF NONE MAKE PROVISION [Resolution = Post-Presentment or Reject the Ballot]**

- **Flagged Voters:** Must include one of the following
  - **A copy of a current and valid photo identification OR**
  - **A copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of the voter. If identification is not present, the ballot is considered a provisional ballot.**
  - **IF NONE MAKE PROVISIONAL [Resolution = Counted unless an independent reason arises to reject the ballot]**

# OPENING & PROCESSING ABSENTEE BALLOTS

**Exhibit A**

## ID REQUIREMETS:  <u>EXCEPTIONS</u>

- **Active-Duty Military Voters:** DO NOT NEED TO RETURN ID IF:
  - **Uniformed Services Member away from the county on active duty**
  - **A dependent of a Uniformed Services Member away from the county on active duty**

- **Long Term or Residential Care Facility:**
  - **May submit a form signed by the facility administrator attesting the voter is a resident of the facility**
  - **This satisfies the ID requirement**

DEFS_083204

# OPENING & PROCESSING ABSENTEE BALLOTS

Exhibit A

## UNIFORM ABSENTEE VOTER STATEMENT

▶ **Basic Instruction to the Voter**

▶ **Used for Data Collection**
  ▶ **Not considered in the canvasing process**

▶ **Contains Information used in canvasing**

▶ **Full instruction are on the back of the Form**

### ABSENTEE VOTER STATEMENT

THIS VOTER STATEMENT SHALL BE COMPLETED AND RETURNED IN THE MAILING ENVELOPE OR THE ABSENTEE BALLOT WILL NOT BE COUNTED

INCLUDE THE FOLLOWING ITEMS IN THE MAILING ENVELOPE:

1. My completed Voter Statement (This piece of paper)
2. Copy of Approved Photo ID
   o See instructions for a list of approved photo IDs

*... a current and valid photo identification card or a current utility bill, bank statement, government check, paycheck, or other government document that shows my name and address.*

3. My Ballot Only Envelope Containing my marked ballot

**VOTER'S MAILING ADDRESS**
IF YOUR MAILING ADDRESS IS DIFFERENT FROM THE ADDRESS LISTED IN BOX 2 PLEASE LIST IT HERE

_____
Street Address

_____
City                State        Zip Code

| Box 1: **VOTER'S PRINTED NAME** | Box 3: **VOTER'S DATE OF BIRTH** |
|---|---|
| _____ MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED! | Month_____ Day_____ Year_____ MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED! |
| Box 2: **VOTER'S RESIDENTIAL VOTING ADDRESS** I CERTIFY THIS IS THE PHYSICAL ADDRESS (IN ARKANSAS) AT WHICH I RESIDE AND THIS IS THE SAME ADDRESS LISTED ON MY APPLICATION FOR ABSENTEE BALLOT _____ Street Address _____ City    State    Zip Code MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED! | Box 4: Complete this Box if Your Ballot is Delivered by Any Third Party Other Than a Mail Service: _____ Printed Name of Designated Bearer, Agent, or Administrator _____ Signature of Designated Bearer, Agent, or Administrator _____ Address of Designated Bearer, Agent, or Administrator _____ City    State    Zip Code |

Box 5: **REQUIRED ABSENTEE VOTER STATEMENT**
THE INFORMATION I HAVE PROVIDED IS TRUE TO THE BEST OF MY KNOWLEDGE UNDER PENALTY OF PERJURY. IF I HAVE PROVIDED FALSE INFORMATION, I MAY BE SUBJECT TO A FINE OF UP TO TEN THOUSAND DOLLARS ($10,000) OR IMPRISONMENT FOR UP TO TEN (10) YEARS, OR BOTH, UNDER FEDERAL OR STATE LAWS.

YOU MUST SIGN HERE AND PLACE THIS FORM IN THE RETURN ENVELOPE FOR YOUR VOTE TO BE COUNTED!

_____
Signature of Absentee Voter

# ABSENTEE BALLOT COMPARISONS

**Exhibit A**

**Comparison Determination Which Must be Made by the CBEC**

**If the absentee ballot canvassers determine that the following datapoints do not compare between the Absentee Ballot Statement and the Absentee Voter Statement, the CBEC must make the final decision.**

- **Name**
- **Date-of-Birth**
- **Address**
- **Signature**

*"If the county board of election commissioners determines that the absentee application and the voter's statement do not compare as to name, residential voting address, date of birth, and signature, the absentee ballots shall not be counted."*  A.C.A. 7-5-416(b)(1)(F)(ii).

DEFS_083206

# PROCESSING ABSENTEE BALLOTS

**Exhibit A**

▶CBEC compares application & voter statement

---

ARKANSAS APPLICATION FOR ABSENTEE BALLOT
Revised 09/2021

TO COUNTY CLERK: _____

FOR OFFICE USE ONLY
DATE: _____
REGISTRANT ID: _____
PRECINCT: _____

INSTRUCTIONS TO VOTER: PLEASE MAKE ONLY ONE SELECTION FOR SECTIONS ONE (1) THROUGH FOUR (4).

1. PLEASE SELECT A REASON FOR REQUESTING AN ABSENTEE BALLOT:
   - I will be unavoidably absent from my polling site on Election Day, OR
   - I will be unable to attend the polls on Election Day because of an illness or physical disability, OR
   - I am a resident of a long-term care or residential facility licensed by the state.
2. PLEASE SELECT FROM THE FOLLOWING OPTIONS CONCERNING YOUR RESIDENCE
   - I currently reside within the county in which I am registered to vote.
   - I currently reside outside of the county in which I am registered to vote.
   - I am a United States citizen residing outside of the territorial limits of the United States (UOCAVA)
   - I am an active service member of the United States armed services (UOCAVA).
   - I am a spouse or dependent of an active service member of the United States armed services (UOCAVA).
3. PLEASE SELECT THE ELECTION IN WHICH YOU WISH TO CAST AN ABSENTEE BALLOT:
   - Preferential Primary/Nonpartisan Judicial General (held in the spring of even-numbered
     Party Preference (Circle One): Democratic   Republican   Nonpartisan will be sent a Judicial ballot.
   - November General Election/Nonpartisan Judicial Runoff.
   - Annual School Election.
   - Special Election to be held on _____ (Date).

   You may qualify for:
   - All elections for one calendar year (i.e., today's date through December 31st of the current year).
     - In order to qualify for this option, you must be a voter a disability, in a long-term or residential
       care facility, or living outside of the county in which are registered to vote.
   - All elections through the next Federal General Election
     - In order to qualify for this option, you must be a voter CAVA voter.

4. PLEASE SELECT HOW YOU WISH TO RECEIVE YOUR BA     T:
   - I will pick up my ballot from the office of the county clerk.
   - Email (available for UOCAVA voters only). My email ad
   - Mail. Please send my ballot to the following address:

   - Picked up via Designated Bearer, Administrato    uthorized Agen

   Printed Name of Bearer/Administrator/Agent            ure of Bearer/Administrator/Agent

   Note: A designated bearer may obtain or deliv     tee ballots      re than two (2) voters per election and may only do so within the 15
   days before a school election, special election      ential prim      on, or general election OR the 7 days before a runoff election. A bearer,
   administrator, or authorized agent must prov     rrent and         oto ID to the county clerk and must sign the register, under oath, when picking
   up or delivering an absentee ballot.

   The information I have provided is true to th      may b      ge under penalty of perjury. If I have provided false information, I may be            of
   and subject to a fine of up to ten thousand            '$1'        imprisonment for up to ten (10) years, or both, under federal law.      ty of
   perjury that I am registered to vote, and th       at t         who is registered to vote.

   Residential Address of Absentee Voter            Date of Birth of Absentee Voter

   City, State, and Zip Code            Phone Number of Absentee Voter

   Printed Name of Absentee Voter            Signature of Absentee Voter

   YOU MAY RETURN THIS APPLICATION TO YOUR LOCAL COUNTY CLERK VIA MAIL, FAX, OR EMAIL.

---

ABSENTEE VOTER STATEMENT

THIS VOTER STATEMENT SHALL BE COMPLETED AND RETURNED IN THE MAILING
ENVELOPE OR THE ABSENTEE BALLOT WILL NOT BE COUNTED

INCLUDE THE FOLLOWING ITEMS IN THE MAILING ENVELOPE:

1. My completed Voter Statement (This piece of paper)
2. Copy of Approved Photo ID
   - See instructions for a list of approved photo IDs

*If I am a newly registered voter of this county and this is the*
*first time I am voting in this county, I am enclosing a copy of*
*a current and valid photo identification card or a current utility*
*bill, bank statement, government check, paycheck, or other*
*government document that shows my name and address.*

3. My Ballot Only Envelope Containing my marked ballot

VOTER'S MAILING ADDRESS
IF YOUR MAILING ADDRESS IS DIFFERENT FROM
THE ADDRESS LISTED IN BOX 2 PLEASE LIST IT HERE

_____
Street Address

_____
City        State        Zip Code

**Box 1:** VOTER'S PRINTED NAME

_____

MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED!

**Box 3:** VOTER'S DATE OF BIRTH

_____
Month        Day        Year

MUST COMPLETE      LOT TO BE COUNTED!

**Box 2:** VOTER'S RESIDENTIAL
VOTING ADDRESS

I CERTIFY THIS IS THE PHYSICAL ADDRESS (IN ARKANSAS)
WHICH I RESIDE AND THIS IS THE SAME ADDRESS LISTED
ON MY APPLICATION FOR ABSENTEE BALLOT

_____
Street Address

_____
City        State        Zip Code

MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED!

**Box 4:** Complete thi    x if Your Ballot is Delivered
by Any Third P        Other Than a Mail Service:

_____
Printed Name of De                        Administrator

_____
esign                      inistrator

_____
Address of Designated Bearer, Agent, or Administrator

_____
City        State        Zip Code

**Box 5: REQUIRED ABSENTEE VOT**
THE INFO                  D IS TRUE TO TH                   ALTY OF PERJURY. IF I
      VIDED FALSE INFORMATION, I MAY              CT TO A FINE OF UP TO TEN THOUSAND DOLLARS ($10,000) OR
IMPRISONMENT FOR UP TO TEN (10) YE            OTH, UNDER FEDERAL OR STATE LAWS.

You MUST SIGN HERE AND PLACE THIS FORM IN THE
RETURN ENVELOPE FOR YOUR VOTE TO BE COUNTED!

_____
Signature of Absentee Voter

NAME

ADDRESS

DATE OF BIRTH

SIGNATURE

DEFS_083207

# ABSENTEE BALLOT COMPARISONS

**Exhibit A**

## Comparison of Voter's Name

▶ Compared for Content, not Style

▶ Comparable if it is sufficiently similar so that any discrepancies are not so dissimilar that election officials are unable to determine that the two documents reflect different forms of a name belonging to the same individual – SBEC Guidance

▶ Discrepancies which may occur include:
  - Abbreviations
  - Nicknames
  - Name Change (Marriage, Adoption, Divorce)
  - Inclusion or Omission of a Component of the Name

▶ Must have at least one component of the name in common

▶ If the "name" blank of the voter statement is blank, but a readable name has been written in the signature blank or other location on the voter statement, the name in the signature blank can be used to satisfy this requirement.

DEFS_083208

# ABSENTEE BALLOT COMPARISONS

**Exhibit A**

**Examples Voter Name Comparison**

| Comparable | NOT Comparable |
|---|---|
| ▶ Name Change: | ▶ Name Change: |
| ■ <u>Mary Smith</u> vs. <u>Mary Jones</u> | ■ <u>Samuel Langhorne Clemens</u> vs. <u>Mark Twain</u> |
| ■ <u>Briana Tyler</u> vs. <u>Lauren Tyler</u> | |
| ▶ Abbreviation / Spelling | ▶ Abbreviation / Spelling |
| ■ <u>Abigail Shults</u> vs. <u>Abby Shults</u> | ■ <u>John Fitzgerald Kennedy</u> vs. <u>JFK</u> |
| ■ <u>William Coats</u> vs. <u>Bill Coats</u> | |
| ▶ Nicknames: | ▶ Nicknames: |
| ■ <u>Doc Holladay</u> vs. <u>Charles Holladay</u> | ■ <u>Dwain Johnson</u> vs. <u>The Rock</u> |

DEFS_083209

# ABSENTEE BALLOT COMPARISONS

**Exhibit A**

## Comparison of the Voter's Address

▶ **Comparable if it is sufficiently similar so that any discrepancies or minor incongruities are not so dissimilar that election officials are unable to determine that the two documents reflect the same physical address - SBEC Guidance**

▶ Incongruities which may occur include

– Abbreviations

– Inclusion or Omissions of a Components such as "street" or "avenue"

– Inclusion or Omission of a "zip plus 4"

– Other Variations in Form

# ABSENTEE BALLOT COMPARISONS

**Exhibit A**

## Comparison of the Date of Birth

▶ Comparable if the same month, date, and year are described in both documents

▶ A date expressed in numerals should be found comparable if the month and date are transposed due to differences in international conventions in dates.

  ▪ Example: 11/8/2022 compares to 8/11/2022

DEFS_083211

# ABSENTEE BALLOT COMPARISONS

**Exhibit A**

# Comparison of the Voter's Signature

▶ **Comparable unless the signature on the voter's statement is sufficiently dissimilar to the signature on the absentee ballot application so that the reviewing officials are left with an abiding conviction that the signatures being compared are written by two different people**

▶ Non-Exhaustive list of criteria to consider in analyzing two signatures:
- Spacing (Overall Spacing and Internal Spacing of Words and Letters);
- Type or Style of Writing;
- Speed of Writing;
- Size and Proportions of Words and Letters;
- Spelling;
- Slant of Writing;
- Curves, Loops, and Cross-Points;
- Presence or Absence of Pen Lifts; and
- Beginning and Ending Strokes.

▶ **SBEC Recommends that the County document in writing the reasons two signatures were found not to compare.**

DEFS_083212

# ABSENTEE BALLOT COMPARISONS

**Exhibit A**

## Comparison of the Voter's Signature – Spacing

**Absentee Ballot Application**

**Absentee Voter Statement**

# ABSENTEE BALLOT COMPARISONS

**Exhibit A**

## Comparison of the Voter's Signature – Type or Style of Writing

▶ **Absentee Ballot Application**



▶ **Absentee Voter Statement**



DEFS_083214

# ABSENTEE BALLOT COMPARISONS

**Exhibit A**

## Comparison of the Voter's Signature – Size and Proportions of Words and Letters

▶ **Absentee Ballot Application**     ▶ **Absentee Voter Statement**







DEFS_083215

# ABSENTEE BALLOT COMPARISONS

**Exhibit A**

## Comparison of the Voter's Signature – Speed of Writing

▶ **Absentee Ballot Application**   ▶ **Absentee Voter Statement**







**DEFS_083216**

# ABSENTEE BALLOT COMPARISONS

**Exhibit A**

## Comparison of the Voter's Signature – Spelling

▶ **Absentee Ballot Application**        ▶ **Absentee Voter Statement**



**DEFS_083217**

# ABSENTEE BALLOT COMPARISONS

**Exhibit A**

## Comparison of the Voter's Signature – Slant of Writing

▶ **Absentee Voter Application**

▶ **Absentee Voter Statement**

# ABSENTEE BALLOT COMPARISONS

**Exhibit A**

**Comparison of the Voter's Signature – Curves, Loops, and Cross-Points**

▶ **Absentee Ballot Application**

▶ **Absentee Ballot Statement**







DEFS_083219

# ABSENTEE BALLOT COMPARISONS

**Exhibit A**

**Comparison of the Voter's Signature – Presence or Absence of Pen Lifts**

▶ **Absentee Ballot Application**     ▶ **Absentee Ballot Statement**

      

      

**DEFS_083220**

# ABSENTEE BALLOT COMPARISONS

**Exhibit A**

## Comparison of the Voter's Signature – Beginning and Ending Strokes

▶ **Absentee Ballot Application**      ▶ **Absentee Ballot Statement**





DEFS_083221

# ABSENTEE BALLOT COMPARISONS

**Exhibit A**

## Electronic Signatures

▶ **Pen and Paper**          ▶ **Electronic**

# ABSENTEE BALLOT COMPARISONS

**Exhibit A**

## What do you Think?



- **ISSUES to be Considered:**
- **Style of the "M"**
- **Cross point and Style of the "R"**
- **Cross point of the "T"**
- **Letter Proportion of the "J"**
- **Internal and External Slant**
- **Speed of the Signature**
- **What Else?**

IS THERE ENOUGH TO JUSTIFY REJECTING THIS ABSENTEE BALLOT?

DEFS_083223

# ABSENTEE BALLOT COMPARISONS

**Exhibit A**

## What do you Think?

**ISSUES to be Considered:**
- **Style of Martha (less compressed)**
- **Cross point on the "R"**
- **Presence or Absence of the Curl on the "t"**
- **Proportion of the "M" finish below the line**

IS THERE ENOUGH TO JUSTIFY REJECTING THIS ABSENTEE BALLOT?

**DEFS_083224**

# ABSENTEE BALLOT COMPARISONS

**Exhibit A**

## What do you Think?



**ISSUES to be Considered:**

- **Beginning and Ending Strokes**
- **Cross point on the "t"**
- **Internal Spacing**
- **Proportion of the "M" finish below the line**

IS THERE ENOUGH TO JUSTIFY REJECTING THIS ABSENTEE BALLOT?

DEFS_083225

# ABSENTEE BALLOT COMPARISONS

**Exhibit A**

## Comparison of the Voter's Signature – Takeaways

▶ This process is one which requires the judgment of fair-minded people.

▶ How to Think About This Process
- All signatures have distinctions, the question you have to ask is do the quantity and severity of the distinctions, taken to together, form a convincing case that the signature was not created by the same person.
- If the signature appears to be on the line, deference should be given towards counting the vote

▶ Why this and Not Something Else?
- No analysis
- Witness
- Notary

DEFS_083226

# OPENING & PROCESSING ABSENTEE BALLOTS

Exhibit A

## Making an Absentee Ballot Provisional

▶ **The absentee ballot clerk Shall:**

   ▶ Place the return envelope and everything that is inside it into a provisional voter envelope;

   ▶ Record on the provisional voter envelope the reason the absentee ballot was made provisional, including the reason the ballot was challenged, if any; and

   ▶ Set the provisional ballots aside for consideration by the election commission.

DEFS_083227

# COUNTING ABSENTEE BALLOTS

**Exhibit A**

- **After processing all the absentee ballots, the absentee ballot election officials mix up the ballots in the ballot box containing the inner "Ballot Only" envelopes thoroughly to mix the ballots.**

- **When it is time to count the ballots, election officials must:**
  - **Open the inner "Ballot Only" envelopes;**
  - **Count any write-in votes first; and**
  - **Count the remaining ballots by hand or electronic tabulating device at the discretion of the election commission.**

  - **Election results must not be printed or released prior to the closing of polls on election day**

DEFS_083228

# Exercise A - Processing Absentee Ballots – Scenario 1

Exhibit 1

# Scenario 1 Answer

**Exhibit A**

- Names are not exactly the same – but are similar

- Signatures are not exactly the same – but are similar

- Ballot should be counted (unless some other reason would disqualify the ballot)



**DEFS_083230**

# Exercise A - Processing Absentee Ballots – Scenario 2

Exhibit A

## ARKANSAS APPLICATION FOR ABSENTEE BALLOT
Revised 09/2021

TO COUNTY CLERK: Saline County Clerk
215 N. Main St.
Benton, AR

**FOR OFFICE USE ONLY**
DATE: _____
REGISTRANT ID: _____
PRECINCT: _____

**INSTRUCTIONS TO VOTER: PLEASE MAKE ONLY ONE SELECTION FOR SECTIONS ONE (1) THROUGH FOUR (4).**

1. PLEASE SELECT A REASON FOR REQUESTING AN ABSENTEE BALLOT:
   - [X] I will be unavoidably absent from my polling site on Election Day, OR
   - [ ] I will be unable to attend the polls on Election Day because of an illness or physical disability, OR
   - [ ] I am a resident of a long-term care or residential facility licensed by the state.
2. PLEASE SELECT FROM THE OPTIONS CONCERNING YOUR RESIDENCE:
   - [X] I currently reside within the county in which I am registered to vote.
   - [ ] I currently reside outside of the county in which I am registered to vote.
   - [ ] I am a United States citizen residing outside of the territorial limits of the United States (UOCAVA).
   - [ ] I am an active service member of the United States armed services (UOCAVA).
   - [ ] I am a spouse or dependent of an active service member of the United States armed services (UOCAVA).
3. PLEASE SELECT THE ELECTION IN WHICH YOU WISH TO CAST AN ABSENTEE BALLOT:
   - [X] Preferential Primary/Nonpartisan Judicial General (held in the spring of even-numbered years).
     Party Preference (Circle One): Democratic     Republican     (Nonpartisan) (You will be sent a Judicial ballot only)
   - [ ] November General Election/Nonpartisan Judicial Runoff.
   - [ ] Annual School Election.
   - [ ] Special Election to be held on _____ (Date).

   **You may qualify for:**
   - [ ] All elections for one calendar year (i.e., today's date through December 31st of the current year).
     - o In order to qualify for this option, you must be a voter with a disability, in a long-term or residential care facility, or living outside of the county in which you are registered to vote.
   - [ ] All elections through the next Federal General Election Cycle.
     - o In order to qualify for this option, you must be a UOCAVA voter (See Section 2 above).

4. PLEASE SELECT HOW YOU WISH TO RECEIVE YOUR BALLOT:
   - [ ] I will pick up my ballot from the office of the county clerk.
   - [ ] Email (available for UOCAVA voters only). My email address is: _____
   - [ ] Mail. Please send my ballot to the following address:
     _____
     _____
   - [X] Picked up via Designated Bearer, Administrator, or Authorized Agent:
     Daniel Shults                    Daniel Shults
     Printed Name of Bearer/Administrator/Agent      Signature of Bearer/Administrator/Agent

   Note: A designated bearer may obtain or deliver absentee ballots for no more than two (2) voters per election and may only do so within the 15 days before a school election, special election, preferential primary election, or general election OR the 7 days before a runoff election. A bearer, administrator, or authorized agent must provide a current and valid photo ID to the county clerk and must sign the register, under oath, when picking up or delivering an absentee ballot.

The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be guilty of perjury and subject to a fine up to ten thousand dollars ($10,000) or imprisonment for up to ten (10) years, or both, under federal law. I certify under penalty of perjury that I am registered to vote, and that I am the person who is registered to vote.

123 Main St.
Residential Address of Absentee Voter

11/19/68
Date of Birth of Absentee Voter

Bryant, AR  72022
City, State, and Zip Code

501-123-4530
Phone Number of Absentee Voter

Jonathan Davidson
Printed Name of Absentee Voter

Jonathan Davidson
Signature of Absentee Voter

---

## ABSENTEE VOTER STATEMENT

**THIS VOTER STATEMENT SHALL BE COMPLETED AND RETURNED IN THE MAILING ENVELOPE OR THE ABSENTEE BALLOT WILL NOT BE COUNTED**

INCLUDE THE FOLLOWING ITEMS IN THE OUTER MAILING ENVELOPE:

1. My completed Voter Statement (This piece of paper)
2. Copy of my Required Photo ID
   - o See instructions for a list of approved photo IDs

**SPECIAL REQUIREMENT FOR SOME FIRST TIME VOTERS:**
*If I am a newly registered voter of this county and this is the first time I am voting in this county (and I did not include my Ark. driver's license number, the last 4 digits of my social security on my application, nor did I provide qualifying document described here), I am enclosing a copy of a current and valid photo identification card or a current utility bill, bank statement, government check, paycheck, or other government document that shows my name and address. [Does not apply to UOCAVA voters.]*

3. My Ballot Only Envelope Containing my Marked Ballot

**VOTER'S MAILING (Secondary) ADDRESS**
USE ONLY IF YOU REQUESTED YOUR BALLOT BE MAILED TO AN ADDRESS OTHER THAN YOUR RESIDENTIAL ADDRESS LISTED IN BOX 2

Street Address / P.O. Box

City          State          Zip Code

**Box 1:     VOTER'S PRINTED NAME**
Jon Davidson

MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED!

**Box 3:     VOTER'S DATE OF BIRTH**
11          19          1968
Month      Day        Year
MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED!

**Box 2:     VOTER'S RESIDENTIAL VOTING ADDRESS**

I CERTIFY THIS IS THE PHYSICAL ADDRESS (IN ARKANSAS) AT WHICH I RESIDE* AND IS THE SAME ADDRESS I LISTED ON MY APPLICATION FOR AN ABSENTEE BALLOT

123 Main Street
Street Address

Bryant          Arkansas          72022
City          State          Zip Code

MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED!

**Box 4: Complete this Box if Your Ballot is Delivered by Any Third Party Other Than a Mail Service:**

Daniel Shults
Printed Name of Designated Bearer, Agent, or Administrator

Daniel Shults
Signature of Designated Bearer, Agent, or Administrator

111 First Street
Address of Designated Bearer, Agent, or Administrator

Bryant          AR          72022
City          State          Zip Code

**Box 5: REQUIRED ABSENTEE VOTER STATEMENT**
THE INFORMATION I HAVE PROVIDED IS TRUE TO THE BEST OF MY KNOWLEDGE UNDER PENALTY OF PERJURY. IF I HAVE PROVIDED FALSE INFORMATION, I MAY BE SUBJECT TO A FINE OF UP TO TEN THOUSAND DOLLARS ($10,000) OR IMPRISONMENT FOR UP TO TEN (10) YEARS, OR BOTH, UNDER FEDERAL OR STATE LAWS.

YOU MUST SIGN HERE AND PLACE THIS FORM IN THE OUTER MAILING ENVELOPE FOR YOUR VOTE TO BE COUNTED!

Signature of Absentee Voter

*If you are a US Citizen living outside the United States or an Absent Uniformed Services Voter living outside your county (as described in the enclosed instructions),

DEFS_083231

# Scenario 2 Answer

**Exhibit A**

- Voter Statement is NOT signed

- Ballot Cannot be Counted



## ARKANSAS APPLICATION FOR ABSENTEE BALLOT
Revised 09/2021

TO COUNTY CLERK: Saline County Clerk
215 N. Main St.
Benton, AR

| FOR OFFICE USE ONLY |
| --- |
| DATE: _____ |
| REGISTRANT ID: _____ |
| PRECINCT: _____ |

**INSTRUCTIONS TO VOTER: PLEASE MAKE ONLY ONE SELECTION FOR SECTIONS ONE (1) THROUGH FOUR (4).**

1. PLEASE SELECT A REASON FOR REQUESTING AN ABSENTEE BALLOT:
   - [X] I will be unavoidably absent from my polling site on Election Day, OR
   - [ ] I will be unable to attend the polls on Election Day because of an illness or physical disability, OR
   - [ ] I am a resident of a long-term care or residential disability home, OR
2. PLEASE SELECT FROM THE FOLLOWING OPTIONS CONCERNING YOUR RESIDENCE:
   - [X] I currently reside within the county in which I am registered to vote.
   - [ ] I currently reside outside of the county in which I am registered to vote.
   - [ ] I am a United States citizen residing outside of the territorial limits of the United States (UOCAVA).
   - [ ] I am an active service member of the United States armed services (UOCAVA).
   - [ ] I am a spouse or dependent of an active service member of the United States armed services (UOCAVA).
3. PLEASE SELECT THE ELECTION IN WHICH YOU WISH TO CAST AN ABSENTEE BALLOT:
   Preferential Primary/Nonpartisan Judicial General (held in the spring of even-numbered years).
   Party Preference (Circle One): Democratic    Republican    (Nonpartisan) (You will be sent a Judicial ballot only)
   - [ ] November General Election/Nonpartisan Judicial Runoff.
   - [ ] Annual School Election.
   - [ ] Special Election to be held on _____ (Date).

   **You may qualify for:**
   - [ ] All elections for **one calendar year** (i.e., today's date through December 31st of the current year).
     - o In order to qualify for this option, you must be a voter with a disability, in a long-term or residential care facility, or living outside of the county in which you are registered to vote.
   - [ ] All elections through the **next Federal General Election Cycle**.
     - o In order to qualify for this option, you must be a UOCAVA voter (See Section 2 above).

4. PLEASE SELECT HOW YOU WISH TO RECEIVE YOUR BALLOT:
   - [ ] I will pick up my ballot from the office of the county clerk.
   - [ ] Email (available for UOCAVA voters only). My email address is: _____
   - [ ] Mail. Please send my ballot to the following address:
     _____
     _____

   - [X] Picked up via Designated Bearer, Administrator, or Authorized Agent:
     Daniel Shults                              Daniel Shults
     Printed Name of Bearer/Administrator/Agent      Signature of Bearer/Administrator/Agent

   Note: A designated bearer may obtain or deliver absentee ballots for no more than two (2) voters per election and may only do so within the 15 days before a school election, nonpreferential primary election, or general election OR the 7 days before a runoff election. A bearer, administrator, or authorized agent must provide a current and valid photo ID to the county clerk and must sign the register, under oath, when picking up or delivering an absentee ballot.

The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be guilty of perjury and subject to a fine of up to ten thousand dollars ($10,000) or imprisonment for up to ten (10) years, or both, under federal law. I certify under penalty of perjury that I am registered to vote, and that I am the person who is registered to vote.

123 Main St                              11/19/68
Residential Address of Absentee Voter         Date of Birth of Absentee Voter

Bryant, AR  72022                         501 - 123-4530
City, State, and Zip Code                     Phone Number of Absentee Voter

Jonathan Davidson                         Jonathan Davidson
Printed Name of Absentee Voter                Signature of Absentee Voter

## ABSENTEE VOTER STATEMENT

THIS VOTER STATEMENT SHALL BE COMPLETED AND RETURNED IN THE MAILING ENVELOPE OR THE ABSENTEE BALLOT WILL NOT BE COUNTED

INCLUDE THE FOLLOWING ITEMS IN THE OUTER MAILING ENVELOPE:

1. My completed Voter Statement (This piece of paper)
2. Copy of my Required Photo IDs
   - o See instructions for a list of approved photo IDs

**SPECIAL REQUIREMENT FOR SOME FIRST TIME VOTERS:**
*If I am a newly registered voter of this county and this is the first time I am voting in this county (and I did not include my Ark. driver's license number, the last 4 digits of my social security on my application, nor did I provide qualifying document described here), I am enclosing a copy of a current and valid photo identification card or a current utility bill, bank statement, government check, paycheck, or other government document that shows my name and address. [Does not apply to UOCAVA voters.]*

3. My Ballot Only Envelope Containing my Marked Ballot

| VOTER'S MAILING (Secondary) ADDRESS |
| --- |
| USE ONLY IF YOU REQUESTED YOUR BALLOT BE MAILED TO AN ADDRESS OTHER THAN YOUR RESIDENTIAL ADDRESS LISTED IN BOX 2 |
| Street Address / P.O. Box |
| City                State        Zip Code |

| Box 1: VOTER'S PRINTED NAME | Box 3: VOTER'S DATE OF BIRTH |
| --- | --- |
| Jon Davidson | 11 / 19 / 1968 |
| | Month  Day  Year |
| MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED! | MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED! |

**Box 2: VOTER'S RESIDENTIAL VOTING ADDRESS**

I CERTIFY THIS IS THE PHYSICAL ADDRESS (IN ARKANSAS) AT WHICH I RESIDE* AND IS THE SAME ADDRESS I LISTED ON MY APPLICATION FOR AN ABSENTEE BALLOT

123 Main Street
Street Address

Bryant          Arkansas    72022
City            State       Zip Code

MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED!

**Box 4: Complete this Box if your Ballot is Delivered by Any Third Party Other Than a Mail Service:**

Daniel Shults
Printed Name of Designated Bearer, Agent, or Administrator

Daniel Shults
Signature of Designated Bearer, Agent, or Administrator

111 First Street
Address of Designated Bearer, Agent, or Administrator

Bryant          AR          72022
City            State       Zip Code

**Box 5: REQUIRED ABSENTEE VOTER STATEMENT**

THE INFORMATION I HAVE PROVIDED IS TRUE TO THE BEST OF MY KNOWLEDGE UNDER PENALTY OF PERJURY. IF I HAVE PROVIDED FALSE INFORMATION, I MAY BE SUBJECT TO A FINE OF UP TO TEN THOUSAND DOLLARS ($10,000) OR IMPRISONMENT FOR UP TO TEN (10) YEARS, OR BOTH, UNDER FEDERAL OR STATE LAWS.

YOU MUST SIGN HERE AND PLACE THIS FORM IN THE OUTER MAILING ENVELOPE FOR YOUR VOTE TO BE COUNTED!

_____
Signature of Absentee Voter

*If you are a US Citizen living outside the United States or an Absent Uniformed Services Voter living outside your county (as described in the enclosed instructions),

**DEFS_083232**

# Exercise A - Processing Absentee Ballots – Scenario 3

Exhibit A

## ARKANSAS APPLICATION FOR ABSENTEE BALLOT
Revised 09/2021

TO COUNTY CLERK: Saline County Clerk
215 N. Main St
Benton, AR

FOR OFFICE USE ONLY
DATE: _____
REGISTRANT ID: _____
PRECINCT: _____

**INSTRUCTIONS TO VOTER: PLEASE MAKE ONLY ONE SELECTION FOR SECTIONS ONE (1) THROUGH FOUR (4).**

1. **PLEASE SELECT A REASON FOR REQUESTING AN ABSENTEE BALLOT:**
   - ☒ I will be unavoidably absent from my polling site on Election Day, OR
   - ☐ I will be unable to attend the polls on Election Day because of an illness or physical disability, OR
   - ☐ I am a resident of a long-term care or residential facility licensed by the state.

2. **PLEASE SELECT FROM THE FOLLOWING OPTIONS CONCERNING YOUR RESIDENCE:**
   - ☒ I currently reside within the county in which I am registered to vote.
   - ☐ I currently reside outside of the county in which I am registered to vote.
   - ☐ I am a United States citizen residing outside of the territorial limits of the United States (UOCAVA).
   - ☐ I am an active service member of the United States armed services (UOCAVA).
   - ☐ I am a spouse or dependent of an active service member of the United States armed services (UOCAVA).

3. **PLEASE SELECT THE ELECTION IN WHICH YOU WISH TO CAST AN ABSENTEE BALLOT:**
   - ☒ Preferential Primary/Nonpartisan Judicial General (held in the spring of even-numbered years).
     Party Preference (Circle One): Democratic    Republican    Nonpartisan (You will be sent a Judicial ballot only)
   - ☐ November General Election/Nonpartisan Judicial Runoff.
   - ☐ Annual School Election.
   - ☐ Special Election to be held on _____ (Date).

   You may qualify for:
   - ☐ All elections for **one calendar year** (i.e., today's date through December 31ˢᵗ of the current year).
     - ○ In order to qualify for this option, you must be a voter with a disability, in a long-term or residential care facility, or living outside of the county in which you are registered to vote.
   - ☐ All elections through the **next Federal General Election Cycle.**
     - ○ In order to qualify for this option, you must be a UOCAVA voter (See Section 2 above).

4. **PLEASE SELECT HOW YOU WISH TO RECEIVE YOUR BALLOT:**
   - ☐ I will pick up my ballot from the office of the county clerk.
   - ☐ Email (available for UOCAVA voters only). My email address is: _____
   - ☐ Mail. Please send my ballot to the following address:
     _____
     _____
     _____

   - ☒ Picked up via Designated Bearer, Administrator, or Authorized Agent:
     Daniel Shults                    Daniel Shults
     Printed Name of Bearer/Administrator/Agent        Signature of Bearer/Administrator/Agent

   Note: A designated bearer may obtain or deliver absentee ballots for no more than two (2) voters per election and may only do so within the 15 days before a school election, special election, preferential primary election, or general election OR the 7 days before a runoff election. A bearer, administrator, or authorized agent must provide a current and valid photo ID to the county clerk and must sign the register, under oath, when picking up or delivering an absentee ballot.

The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be guilty of perjury and subject to a fine of up to ten thousand dollars ($10,000) or imprisonment for up to ten (10) years, or both, under federal law. I certify under penalty of perjury that I am registered to vote, and that I am the person who is registered to vote.

123 Main St
Residential Address of Absentee Voter

11/19/68
Date of Birth of Absentee Voter

Bryant, AR 72022
City, State, and Zip Code

501 - 123 - 4530
Phone Number of Absentee Voter

Jonathan Davidson
Printed Name of Absentee Voter

Jonathan Davidson
Signature of Absentee Voter

---

## ABSENTEE VOTER STATEMENT

THIS VOTER STATEMENT SHALL BE COMPLETED AND RETURNED IN THE MAILING ENVELOPE OR THE ABSENTEE BALLOT WILL NOT BE COUNTED

INCLUDE THE FOLLOWING ITEMS IN THE OUTER MAILING ENVELOPE:

1. My completed Voter Statement (This piece of paper)
2. Copy of my Required Photo ID
   - ○ See instructions for a list of approved photo IDs

SPECIAL REQUIREMENT FOR SOME FIRST TIME VOTERS:
*If I am a newly registered voter of this county and this is the first time I am voting in this county (and I did not include my Ark. driver's license number, the last 4 digits of my social security on my application, nor did I provide qualifying document described here), I am enclosing a copy of a current and valid photo identification card or a current utility bill, bank statement, government check, paycheck, or other government document that shows my name and address. [Does not apply to UOCAVA voters.]*

3. My Ballot Only Envelope Containing my Marked Ballot

**VOTER'S MAILING (Secondary) ADDRESS**
USE ONLY IF YOU REQUESTED YOUR BALLOT BE MAILED TO AN ADDRESS OTHER THAN YOUR RESIDENTIAL ADDRESS LISTED IN BOX 2

Street Address / P.O. Box

City                    State        Zip Code

**Box 1:    VOTER'S PRINTED NAME**

Jon Davidson

MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED!

**Box 3:    VOTER'S DATE OF BIRTH**

Month        Day        Year

MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED!

**Box 2:    VOTER'S RESIDENTIAL VOTING ADDRESS**

I CERTIFY THIS IS THE PHYSICAL ADDRESS (IN ARKANSAS) AT WHICH I RESIDE* AND IS THE SAME ADDRESS I LISTED ON MY APPLICATION FOR AN ABSENTEE BALLOT

123 Main Street
Street Address

Bryant        Arkansas    72022
City            State        Zip Code

MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED!

**Box 4: Complete this Box if Your Ballot is Delivered by Any Third Party Other Than a Mail Service:**

Chris Madison
Printed Name of Designated Bearer, Agent, or Administrator

Chris Mal[...]
Signature of Designated Bearer, Agent, or Administrator

234 River Ave
Address of Designated Bearer, Agent, or Administrator

Benton        AR        72220
City            State        Zip Code

**Box 5: REQUIRED ABSENTEE VOTER STATEMENT**

THE INFORMATION I HAVE PROVIDED IS TRUE TO THE BEST OF MY KNOWLEDGE UNDER PENALTY OF PERJURY. IF I HAVE PROVIDED FALSE INFORMATION, I MAY BE SUBJECT TO A FINE OF UP TO TEN THOUSAND DOLLARS ($10,000) OR IMPRISONMENT FOR UP TO TEN (10) YEARS, OR BOTH, UNDER FEDERAL OR STATE LAWS.

Jon Davidson
Signature of Absentee Voter

YOU MUST SIGN HERE AND PLACE THIS FORM IN THE OUTER MAILING ENVELOPE FOR YOUR VOTE TO BE COUNTED!

DEFS_083233

# Scenario 3 Answer

**Exhibit A**

- No DOB – Ballot cannot count

If DOB was listed

- Voter Statement bearer names does NOT match Application
- Ballot is made Provisional

---

ARKANSAS APPLICATION FOR ABSENTEE BALLOT
Revised 09/2021

TO COUNTY CLERK: Saline County Clerk
215 N. Main St
Benton, AR

**FOR OFFICE USE ONLY**
DATE: _____
REGISTRANT ID: _____
PRECINCT: _____

INSTRUCTIONS TO VOTER: PLEASE MAKE ONLY ONE SELECTION FOR SECTIONS ONE (1) THROUGH FOUR (4).

1. PLEASE SELECT A REASON FOR REQUESTING AN ABSENTEE BALLOT:
   - ✗ I will be unavoidably absent from my polling site on Election Day, OR
   - ☐ I will be unable to attend the polls on Election Day because of an illness or physical disability, OR
   - ☐ I am a resident of a long-term care or residential facility licensed by the state.
2. PLEASE SELECT FROM THE FOLLOWING OPTIONS CONCERNING YOUR RESIDENCE:
   - ✗ I currently reside within the county in which I am registered to vote.
   - ☐ I currently reside outside of the county in which I am registered to vote.
   - ☐ I am a United States citizen residing outside of the territorial limits of the United States (UOCAVA).
   - ☐ I am an active service member of the United States armed services (UOCAVA).
   - ☐ I am a spouse or dependent of an active service member of the United States armed services (UOCAVA).
3. PLEASE SELECT THE ELECTION IN WHICH YOU WISH TO CAST AN ABSENTEE BALLOT:
   - ✗ Preferential Primary/Nonpartisan Judicial General (held in the spring of even-numbered years).
   - Party Preference (Circle One): Democratic    Republican    Nonpartisan (You will be sent a Judicial ballot only)
   - ☐ November General Election/Nonpartisan Judicial Runoff.
   - ☐ Annual School Election.
   - ☐ Special Election __ be held on _____ (Date).

   You may qualify:
   - ☐ All __ ons for **one calendar year** (i.e., today's date through December 31st of the current year).
     In order to qualify for this option, you must be a voter with a disability, in a long-term or residential care facility, or living outside of the county in which you are registered to vote.
   - ☐ All __ ons through the next Federal General Election Cycle.
     In order to qualify for this option, you must be a UOCAVA voter (See Section 2 above).

4. PLEASE SELEC__ W YOU WISH TO RECEIVE YOUR BALLOT:
   - ☐ I will pick __ __ llot from the office of the county clerk.
   - ☐ Email (ava__ __ UOCAVA voters only). My email address is: _____
   - ☐ Mail. Plea__ __ y ballot to the following address: _____
   - ✗ Picked up via Designated Bearer, Administrator, or Authorized Agent:

   Daniel Shultz
   Printed Name of Bearer/Administrator/Agent

   Daniel Shultz
   Signature of Bearer/Administrator/Agent

   Note: A designated bearer may obtain or deliver absentee ballots for no more than two (2) voters per election and may only do so within the 15 days before a school election, special election, preferential primary election, or general election OR the 7 days before a runoff election. A bearer, administrator, or authorized agent must provide a current and valid photo ID to the county clerk and must sign the register, under oath, when picking up or delivering an absentee ballot.

   The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be guilty of perjury and subject to a fine of up to ten thousand dollars ($10,000) or imprisonment for up to ten (10) years, or both, under federal law. I certify under penalty of perjury that I am registered to vote, and that I am the person who is registered to vote.

   123 Main St
   Residential Address of Absentee Voter
   11/19/68
   Date of Birth of Absentee Voter

   Bryant, AR  72022
   City, State, and Zip Code
   501-123-4530
   Phone Number of Absentee Voter

   Jonathan Davidson
   Printed Name of Absentee Voter
   Jonathan Davidson
   Signature of Absentee Voter

---

**ABSENTEE VOTER STATEMENT**

THIS VOTER STATEMENT SHALL BE COMPLETED AND RETURNED IN THE MAILING ENVELOPE OR THE ABSENTEE BALLOT WILL NOT BE COUNTED

INCLUDE THE FOLLOWING ITEMS IN THE OUTER MAILING ENVELOPE:

1. My completed Voter Statement (This piece of paper)
2. Copy of my Required Photo ID
   o See instructions for a list of approved photo IDs

SPECIAL REQUIREMENT FOR SOME FIRST TIME VOTERS:
If I am a newly registered voter of this county and this is the first time I am voting in this county (and I did not include my Ark. driver's license number, the last 4 digits of my social security on my application, nor did I provide qualifying document described here), I am enclosing a copy of a current and valid photo identification card or a current utility bill, bank statement, government check, paycheck, or other government document that shows my name and address. [Does not apply to UOCAVA voters]

3. My Ballot Only Envelope Containing my Marked Ba__

**VOTER'S MAI__ (Secondary) ADDRESS**
USE ONLY IF Y__ QUESTED YOUR BALLOT BE
MAILED TO A__ RESS OTHER THAN YOUR
RESIDEN__ RESS LISTED IN BOX 2

Street Address / __ Box
City          State     Zip Code

**Box 1:  VOTER'S PRINTED NAME**
Jon Davidson
MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED!

**Bo__  VOTER'S DATE OF BIRTH**
11        19        1968
__th      Day       Year
MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED!

**Box 2:  VOTER'S RESIDENTIAL VOTING ADDRESS**
I CERTIFY THIS IS THE PHYSICAL ADDRESS (IN ARKANSAS) AT WHICH I RESIDE* AND IS THE SAME ADDRESS I LISTED ON MY APPLICATION FOR AN ABSENTEE BALLOT

123 Main Street
Street Address
Bryant         Arkansas    72022
City           State       Zip Code
MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED!

**Box__  Complete this Box if Your Ballot is Delivered by Any Third Party Other Than a Mail Service:**
Chris Madison
Printed Name of Designated Bearer, Agent, or Administrator
Chris Mad__
Signature of Designated Bearer, Agent, or Administrator
234 River Ave
Address of Designated Bearer, Agent, or Administrator
Benton         AR          72220
City           State       Zip Code

**Box 5:  REQUIRED ABSENTEE VOTER STATEMENT**
THE INFORMATION I HAVE PROVIDED IS TRUE TO THE BEST OF MY KNOWLEDGE UNDER PENALTY OF PERJURY. IF I HAVE PROVIDED FALSE INFORMATION, I MAY BE SUBJECT TO A FINE OF UP TO TEN THOUSAND DOLLARS ($10,000) OR IMPRISONMENT FOR UP TO TEN (10) YEARS, OR BOTH, UNDER FEDERAL OR STATE LAWS.

Jon Davidson
Signature of Absentee Voter

YOU MUST SIGN HERE AND PLACE THIS FORM IN THE OUTER MAILING ENVELOPE FOR YOUR VOTE TO BE COUNTED!

**DEFS_083234**

# Exercise A - Processing Absentee Ballots – Scenario 4



# Scenario 4 Answer

**Exhibit A**

- ## Designated Bearer on Envelope Does NOT Match the Voter Statement

- ## Ballot Must Be Made Provisional



**ABSENTEE VOTER STATEMENT**

THIS VOTER STATEMENT SHALL BE COMPLETED AND RETURNED IN THE MAILING ENVELOPE OR THE ABSENTEE BALLOT WILL NOT BE COUNTED

INCLUDE THE FOLLOWING ITEMS IN THE OUTER MAILING ENVELOPE:

1. My completed Voter Statement (This piece of paper)
2. Copy of my Required Photo ID
   - See instructions for a list of approved photo IDs

**VOTER'S MAILING (Secondary) ADDRESS**
USE ONLY IF YOU REQUESTED YOUR BALLOT BE MAILED TO AN ADDRESS OTHER THAN YOUR RESIDENTIAL ADDRESS LISTED IN BOX 2

SPECIAL REQUIREMENT FOR SOME FIRST TIME VOTERS:
If I am a newly registered voter of this county and this is the first time I am voting in this county (and I did not include my Ark. driver's license number, the last 4 digits of my social security on my application, nor did I provide qualifying document described here), I am enclosing a copy of a current and valid photo identification card or a current utility bill, bank statement, government check, paycheck, or other government document that shows my name and address. [Does not apply to UOCAVA voters.]

3. My Ballot Only Envelope Containing my Marked Ballot

Street Address / P.O. Box

State        Zip Code

| Box 1: VOTER'S PRINTED NAME | Box 3: VOTER'S DATE OF BIRTH |
|---|---|
| Jon Davidson | 1  19  1968 |
| MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED! | Month  Day  Year |
| | MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED! |

| Box 2: VOTER'S RESIDENTIAL VOTING ADDRESS | Box 4: Complete this Box if Your Ballot is *Delivered by Any Third Party Other Than a Mail Service*: |
|---|---|
| I CERTIFY THIS IS THE PHYSICAL ADDRESS (IN ARKANSAS) AT WHICH I RESIDE* AND IS THE SAME ADDRESS I LISTED ON MY APPLICATION FOR AN ABSENTEE BALLOT | Daniel Shults |
| | Printed Name of Designated Bearer, Agent, or Administrator |
| 123  Main  Street | Daniel  Shults |
| Street Address | Signature of Designated Bearer, Agent, or Administrator |
| Bryant        Arkansas    72022 | 111  First  Street |
| City                State        Zip Code | Address of Designated Bearer, Agent, or Administrator |
| MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED! | Bryant        AR      72022 |
| | City                State    Zip Code |

**Box 5: REQUIRED ABSENTEE VOTER STATEMENT**
THE INFORMATION I HAVE PROVIDED IS TRUE TO THE BEST OF MY KNOWLEDGE UNDER PENALTY OF PERJURY. IF I HAVE PROVIDED FALSE INFORMATION, I MAY BE SUBJECT TO A FINE OF UP TO TEN THOUSAND DOLLARS ($10,000) OR IMPRISONMENT FOR UP TO TEN (10) YEARS, OR BOTH, UNDER FEDERAL OR STATE LAWS.

Jon Davidson
Signature of Absentee Voter

YOU MUST SIGN HERE AND PLACE THIS FORM IN THE OUTER MAILING ENVELOPE FOR YOUR VOTE TO BE COUNTED!

DEFS_083236

# Exercise A - Processing Absentee Ballots – Scenario 5

**Exhibit A**

## ARKANSAS APPLICATION FOR ABSENTEE BALLOT
Revised 09/2021

TO COUNTY CLERK: Saline Co. Clerk
215 N. Main Street
Benton, Ar

**FOR OFFICE USE ONLY**
DATE: _____
REGISTRANT ID: _____
PRECINCT: _____

**INSTRUCTIONS TO VOTER: PLEASE MAKE ONLY ONE SELECTION FOR SECTIONS ONE (1) THROUGH FOUR (4).**

1. PLEASE SELECT A REASON FOR REQUESTING AN ABSENTEE BALLOT:
   - [X] I will be unavoidably absent from my polling site on Election Day, OR
   - [ ] I will be unable to attend the polls on Election Day because of an illness or physical disability, OR
   - [ ] I am a resident of a long-term care or residential facility licensed by the state.
2. PLEASE SELECT FROM THE FOLLOWING OPTIONS CONCERNING YOUR RESIDENCE:
   - [X] I currently reside within the county in which I am registered to vote.
   - [ ] I currently reside outside of the county in which I am registered to vote.
   - [ ] I am a United States citizen residing outside of the territorial limits of the United States (UOCAVA).
   - [ ] I am an active service member of the United States armed services (UOCAVA).
   - [ ] I am a spouse or dependent of an active service member of the United States armed services (UOCAVA).
3. PLEASE SELECT THE ELECTION IN WHICH YOU WISH TO CAST AN ABSENTEE BALLOT:
   - [ ] Preferential Primary/Nonpartisan Judicial General (held in the spring of even-numbered years).
     **Party Preference (Circle One):** Democratic    Republican    Nonpartisan (You will be sent a Judicial ballot only)
   - [ ] November General Election/Nonpartisan Judicial Runoff.
   - [X] Annual School Election.
   - [ ] Special Election to be held on _____ (Date).

   **You may qualify for:**
   - [ ] All elections for one calendar year (i.e., today's date through December 31st of the current year).
     - o In order to qualify for this option, you must be a voter with a disability, in a long-term or residential care facility, or living outside of the county in which you are registered to vote.
   - [ ] All elections through the next Federal General Election Cycle.
     - o In order to qualify for this option, you must be a UOCAVA voter (See Section 2 above).

4. PLEASE SELECT HOW YOU WISH TO RECEIVE YOUR BALLOT:
   - [ ] I will pick up my ballot from the office of the county clerk.
   - [ ] Email (available for UOCAVA voters only). My email address is: _____
   - [X] Mail. Please send my ballot to the following address:
     123 Main St
     Bryant, AR 72022
   - [ ] Picked up via Designated Bearer, Administrator, or Authorized Agent:

   _____      _____
   Printed Name of Bearer/Administrator/Agent          Signature of Bearer/Administrator/Agent

   **Note:** A designated bearer may obtain or deliver absentee ballots for no more than two (2) voters per election and may only do so within the 15 days before a school election, special election, preferential primary election, or general election OR the 7 days before a runoff election. A bearer, administrator, or authorized agent must provide a current and valid photo ID to the county clerk and must sign the register, under oath, when picking up or delivering an absentee ballot.

The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be guilty of perjury and subject to a fine of up to ten thousand dollars ($10,000) or imprisonment for up to ten (10) years, or both, under federal law. I certify under penalty of perjury that I am registered to vote, and that I am the person who is registered to vote.

123 Main St.                                    11/19/68
Residential Address of Absentee Voter           Date of Birth of Absentee Voter

Bryant, AR 72022                               501-123-4530
City, State, and Zip Code                       Phone Number of Absentee Voter

Jonathan Davidson                               Jonathan Davidson
Printed Name of Absentee Voter                  Signature of Absentee Voter

---

## ABSENTEE VOTER STATEMENT

**THIS VOTER STATEMENT SHALL BE COMPLETED AND RETURNED IN THE MAILING ENVELOPE OR THE ABSENTEE BALLOT WILL NOT BE COUNTED**

**INCLUDE THE FOLLOWING ITEMS IN THE OUTER MAILING ENVELOPE:**

1. My completed Voter Statement (This piece of paper)
2. Copy of my Required Photo ID
   - o See instructions for a list of approved photo IDs

**SPECIAL REQUIREMENT FOR SOME FIRST TIME VOTERS:**
If I am a newly registered voter of this county and this is the first time I am voting in this county (and I did not include my Ark. driver's license number, the last 4 digits of my social security on my application, nor did I provide qualifying document described here), I am enclosing a copy of a current and valid photo identification card or a current utility bill, bank statement, government check, paycheck, or other government document that shows my name and address. [Does not apply to UOCAVA voters.]

3. My Ballot Only Envelope Containing my Marked Ballot

**VOTER'S MAILING (Secondary) ADDRESS**
USE ONLY IF YOU REQUESTED YOUR BALLOT BE MAILED TO AN ADDRESS OTHER THAN YOUR RESIDENTIAL ADDRESS LISTED IN BOX 2

Street Address / P.O. Box

City                    State        Zip Code

**Box 1:**  **VOTER'S PRINTED NAME**
Jon Davidson

MUST **COMPLETE FOR YOUR BALLOT TO BE COUNTED!**

**Box 3:**  **VOTER'S DATE OF BIRTH**
11      19      1968
Month    Day     Year
MUST **COMPLETE FOR YOUR BALLOT TO BE COUNTED!**

**Box 2:**  **VOTER'S RESIDENTIAL VOTING ADDRESS**
I CERTIFY THIS IS THE PHYSICAL ADDRESS (IN ARKANSAS) AT WHICH I RESIDE* AND IS THE SAME ADDRESS I LISTED ON MY APPLICATION FOR AN ABSENTEE BALLOT

P.O. Box 310
Street Address

Bryant          Arkansas        72021
City            State           Zip Code

MUST **COMPLETE FOR YOUR BALLOT TO BE COUNTED!**

**Box 4: Complete this Box if Your Ballot is Delivered by Any Third Party Other Than a Mail Service:**

Printed Name of Designated Bearer, Agent, or Administrator

Signature of Designated Bearer, Agent, or Administrator

Address of Designated Bearer, Agent, or Administrator

City            State           Zip Code

**Box 5: REQUIRED ABSENTEE VOTER STATEMENT**
THE INFORMATION I HAVE PROVIDED IS TRUE TO THE BEST OF MY KNOWLEDGE UNDER PENALTY OF PERJURY. IF I HAVE PROVIDED FALSE INFORMATION, I MAY BE SUBJECT TO A FINE OF UP TO TEN THOUSAND DOLLARS ($10,000) OR IMPRISONMENT FOR UP TO TEN (10) YEARS, OR BOTH, UNDER FEDERAL OR STATE LAWS.

Jonathan Davidson
Signature of Absentee Voter

YOU MUST SIGN HERE AND PLACE THIS FORM IN THE OUTER MAILING ENVELOPE FOR YOUR VOTE TO BE COUNTED!

**DEFS_083237**

# Scenario 5 Answer

**Exhibit A**

- Voter Statement Residential Address does NOT match Application
- Ballot Cannot be Counted



DEFS_083238

# Results - Election Night p. 81

**Exhibit A**

## At the Polls

- **PWs Announce Closure of the Poll @ 7:30pm**
  - **Voters in line Must be allowed to Vote**

- **PWs Close Voting Equipment in View of Public**
  - **Produce 3 Results Tapes**

- **PWs Sign all Three Results Tapes**
  - **Post One on Wall of Poll**
  - **Allow Public to Read**

- **Return other results tapes and election media to the CBEC Central Counting Location**

## At the Central Counting Location

- **Compile electronic countywide totals from election media**

- **Declare preliminary and unofficial results for state & federal elections, including a count of outstanding UOCAVA ballots & provisional ballots**

- **Report precinct results to the SOS via the election night reporting interface**
  - **Report Early and Absentee "as soon as Practical"**
  - **Report Each Precinct (or vote center) as they become available**

- **ALL OPEN TO PUBLIC**

DEFS_083239



# Official Results – Post Election p. 81-82   Exhibit A

▶ **CBEC MUST:**

- **Manually compile countywide totals from polling sites' certified return records (Signed Results Tapes)**

- **Verify that the Manually Compiled totals match the Electronically Compiled Totals Reported on Election Night**

- **Add Valid Write-in Votes (General Election Only)**

  - Only Write-ins votes of Candidates who have filed for office during the filing period shall be counted

  - **No write-in for Municipal races**

- **Produce a results tape from each voting machine used**

- **Process All Provisional Ballots**

- **Certify the Election and Submit Results to SOS by:**

  - **Primary (10 Days)**

  - **General (15 Days)**

DEFS_083241

Exhibit A

# Processing Provisional Ballots – Generally *p. 82*

- **PRIOR TO CBEC REVIEW: County Clerk Must Certify whether the Name, Address, and date of birth provided by the voter match the voter registration records.**

- **PRELIMINARY REVIEW: CBEC performs a Preliminary Review within days of the election**
  - Based on all  information available, the CBEC must make an initial determination regarding whether the provision ballot can be counted.
- **FINAL REVIEW:**
  - **ID RELATED PROVISIONAL BALLOT: Post Presentiment?**
  - **GENERAL PROVISIONAL BALLOT: New Information at hearing?**
- **NOTICE TO VOTER:  All Provisional Voters by First Class Mail**
  - Whether His or her vote was counted
  - Reason not counted
- Additional info for ABSENTEE voters if able to send prior to Deadline
  - Vote will not be counted unless further action is taken
  - Date, time, & place for hearing
    - **OR**
  - How to verify voter registration after the election

**DEFS_083242**

**Exhibit A**

# Processing Provisional Ballots

## ID Related Provisional

- Shall Be Counted if:
  - Voter Presents a qualifying Photo ID to Verify their Voter Registration to the County Clerk or SBEC before Noon on the Monday Following the Election

  And
  - The Ballot is not disqualified for a Traditional Provisional Ballot Issue

## Traditional Provisional*

- Shall Be Counted if:
  - It was cast by a registered voter;
  - The voter was qualified to vote in all the issues and races on his or her ballot based on the physical location of the voter's registration; and
  - The Voter had not already cast a ballot in the election
- And the Ballot is not rejected for an ID Related Provisional Ballot Issue

  *Includes 1st Time Voter's alternate ID Requirement*

DEFS_083243

Exhibit A

# Processing Provisional Ballots

- **Timing of Hearing:**
  - **IF PRIOR to noon on Monday (following the election) - ID Related provisional voters can present ID in the hearing**
  - **IF AFTER noon on Monday - Post Presentiment not possible but this may be preferable in order to ensure notices to absentee provisional voters have time to reach local absentee voters.**
- **Fewest Necessary Meetings:**
  - **Hearing for General Provisional Ballots to be held at 11:30 on the Monday following the election.**
  - **ID Related Provisional Ballots processed after 12 noon**
    - **Must Ensure County Clerk has provided a list of all voters who have presented sufficient Photo ID after the Election**
  - **Cannot Certify Election if UOCAVA Ballots are pending**

DEFS_083244

**Exhibit A**

# Counting Provisional Ballots *p. 82*

- **Once the CBEC determines which ballot are to be counted it must:**
  - Complete Commission portion of the List of Provisional Voters;
  - OR attest to a comprehensive list that shows the disposition of each provisional ballot
- **Election Official Opens "provisional ballot envelope"**
- **Place Sealed inner envelope in a ballot box**
- **After all ballot to be counted are processed mix the ballot secrecy envelopes**
- **Open ballot secrecy envelopes and count ballots**

DEFS_083245

Exhibit A



Processing Provisional Voting

# EXERCISE B – SCENARIO 1

DEFS_083246

**Exhibit A**

# Exercise B - Processing Provisional Ballots

- **1: Preliminary Review of Provisional Ballot**
  - **ID Related Provisional**
  - **Signed "Provisional Voter Eligibility Affirmation"**
  - What is the proper Course of Action?
- **Answer**:
  - Categorize ballot as NOT counted and set aside until final review of provisional ballots
  - Send voter notice via first class mail that explains that his or her ballot was not counted and that the voter is required to present Photo ID to the County Clerk no later than Noon on the Monday following the election or their vote will not be counted.

DEFS_083247



Exhibit A

Processing Provisional Voting

# EXERCISE B – SCENARIO 2

DEFS_083248

**Exhibit A**

# Exercise B - Processing Provisional Ballots

- **2: Preliminary Review of Provisional Ballot**
  - **ID Related Provisional**
  - **Not on Precinct Voter Registration List**
  - **Signed "Provisional Voter Eligibility Affirmation"**
- What is the proper Course of Action?
- **Answer**:
  - Count the ballot.
  - Send voter notice via first class mail that informs the voter that his or her vote was counted.

DEFS_083249



**Exhibit A**

Processing Provisional Voting

# EXERCISE B – SCENARIO 3

DEFS_083250

# Exercise B - Processing Provisional Ballots

- **3: Preliminary Review of Provisional Ballot**
  - **Non-ID Related Provisional**
  - **Signed "Provisional Voter Eligibility Affirmation"**
  - **Made Provisional due to poll watcher challenge**
  - **County Clerk Certified that the name, address, and date of birth match the Voter Registration Database**
- What is the proper Course of Action?
- **Answer**:
  - Count the ballot.
  - Send voter notice via first class mail that informs the voter that his or her vote was counted.

Exhibit A



Processing Provisional Voting

# EXERCISE B – SCENARIO 4

DEFS_083252

**Exhibit A**

# Exercise B - Processing Provisional Ballots

- **4: Preliminary Review of Provisional Ballot**
  - **Non-ID Related Provisional**
  - **Failed to Signed "Provisional Voter Eligibility Affirmation"**
  - **Made Provisional due to the voter being marked as having been sent an Absentee Ballot**
  - **Clerk Certifies that no Absentee Ballot was received for this voter**
- What is the proper Course of Action?
- **Answer**:
  - Reject the Ballot.
  - Send voter notice that his or her ballot was rejected because the voter did not sign the Provisional Voter Eligibility Affirmation.

**Exhibit A**



Processing Provisional Voting

# EXERCISE B – SCENARIO 5

**DEFS_083254**

**Exhibit A**

# Exercise B - Processing Provisional Ballots

- **5: <mark>Final Review</mark> of Provisional Ballot**
  - **Non-ID Related Provisional**
  - **Signed "Provisional Voter Eligibility Affirmation"**
  - **Provisional Because Name was not in Poll Book**
  - **County Clerk Certified that the name, address, and date of birth were not found in the Voter Registration Database**
  - **Voter did not appear in the CBEC Hearing**
- What is the proper Course of Action?
- **Answer**:
  - Reject the ballot.

DEFS_083255

# Recounts & Declaring Nominees/Winners

**Exhibit A**

## RECOUNTS *p. 87-89*

▶ **Conduct if requested timely by candidate or on <u>motion of CBEC</u>**
- ■ **Within 2 days of reporting unofficial results in most cases**
- ■ **Before certification if the number of outstanding overseas absentee ballots could dictate the outcome**

▶ **Candidate requesting recount**
- ■ **Pays estimated actual cost before a recount is conducted  - 1 recount per candidate per election**
- ■ **Cost - no more than 25¢ per vote cast <u>OR</u> $2,500 for the whole county**

▶ **Certify results of last recount**

## WINNERS
- ■ **May Primary candidates – majority votes to be nominee**
- ■ **Judicial and Prosecutor offices – majority votes**
- ■ **General elections - win by plurality (except some municipal & county races)**
- ■ **Municipal races only  - general election runoff trigger (40%/20% Rule)**

DEFS_083256

# Certifying Results for State and Federal Elections *p. 92-93*

**Exhibit A**

**Reminder:** **Conduct a provisional voter hearing before certifying**

▶ **Certified Official Results**

- ■ **Transmit electronically to SOS**

- ■ **Sign & mail hard copy of abstract of returns to SOS**

- ■ **Between 48 hours and 10 days after:**

  - • **May primary and runoff**

- ■ **Between 48 hours & 15 days after November General**

▶ **Election Contests** *(p. 94-95)*

- ■ **May be filed in court by a candidate or 10 citizens within 20 days after certification**

DEFS_083257

# Preserve Election Materials & Equipment<sup>Exhibit A</sup> *p. 95-97*

▶ **Secure voting machines, audit logs, and VVPATs**

▶ **Preserve ballots, certificates, and all other election materials in a secure location in the courthouse or other secure storage facility**

▶ **Seal ballots – <u>DO NOT OPEN</u> except by court order**

   ▶ **OR if Directed to DO so by the SBEC for AUDIT Purposes**

▶ **Destruction of Election Related Material**

   ■ **Felony to destroy -- Keep everything**

     ● **Ballots, stubs, voter statements, absentee ballot lists & applications, <u>ENVELOPES</u> and other ballot related material**



DO NOT TRASH

DEFS_083258

**Exhibit A**

# Ballot Disposition Report

- **Must be Filed with SBEC within 30 days of an Election**

- **Required by Act 1022**

- **Documents the number of votes cast, counted, and rejected along with the reasons for any rejection**

- **Excel Sheet Calculates all shaded fields**



**Ballot Disposition Report**

| | | |
|---|---|---|
| Election Type | Date of Election | Cnty. Conducting Election |

If applicable, list the Cnty, Cty(s), or School(s) for which a School Election or Special Election was he

**Provisional Ballots**

| | | |
|---|---|---|
| 1) | 0 | **Total Number of Provisional Ballots** |
| 2) | | **Number of Provisional Ballots Cast - Early Voting** |
| 3) | | **Number of Provisional Ballots Cast - Election Day Voting** |
| 4) | 0 | **\* Total Number of In-Person Provisional Ballots C** |

**Reasons for Casting In-Person Provisional Ballots**

| | | |
|---|---|---|
| A) | | Failure to Satisfy General ID Requirement |
| B) | | Failure to Satisfy First Time / Flagged ID Requirement |
| C) | | Voter did not Appear on the PVR List (Poll Book) |
| D) | | Voters Marked as Having Been Sent an Absentee Ballo |
| E) | | Voter Marked as Having Already Voted |
| F) | | Voter Requests to Vote an Alternative Ballot |
| G) | | Ballot Cast during Court Ordered Extended Voting |
| H) | | Poll Watcher Challenge |

| | | |
|---|---|---|
| 5) | | **\* Total Number of Absentee Ballots Made Provisio** |

**Reasons Absentee Ballot was made Provisional**

| | | |
|---|---|---|
| A) | | Failure to Satisfy General ID Requirement |
| B) | | Failure to Satisfy First Time / Flagged ID Requirement |
| C) | | Bearer, Agent, or Admin. Name Differed (envelope to voter statement |
| D) | | Bearer's Name Differed (application to voter statement) |

**Exhibit A**

# 2022 General Post Election Audit

## Each County Must

- Keep the ballot scanned through each DS 200 Tabulator separated from all other ballots
  - Container Must be Labeled
  - Must have Certified Results Tape for each batch of DS 200 processed ballots
- Make These items available if randomly selected by the SBEC
  - Will be notified within 2 months of the election if you are selected

## Process of Conducting Audit

- Audit will be conducted by SBEC Staff
- Audit of the Equipment, NOT County Election Officials
- Audit will compare paper ballots to Electronic Tabulation of those ballots
- Designed to Build Public Confidence in the Integrity of our Elections
- SBEC will Issue a Report with the Findings of the Audit

DEFS_083260

# SCHOOL & SPECIAL ELECTIONS and MISCELLANEOUS

**Exhibit A**

## SCHOOL ELECTIONS

## SPECIAL ELECTIONS

## ENFORCING ELECTION LAWS

## REIMBURSEMENT

DEFS_083261

# School Elections *p.101-105*

**Exhibit A**

## *Annual School Election*

**Held with the Primary or General Election in 2022**

▶ **2023 - Held on the 3rd Tuesday in May or the 1st Tuesday after the 1st Monday in November.**

▶ **School Boards must notify the County Clerk of the School Election date at least 100 days before Candidate Filing for the Primary Election if they are wishing to change the date of the previous election.**

▶ **School District to provide County Clerk with Ballot Language "as soon as that language becomes available"**
  - **Special School Elections – Clerk must forward the calling document to each non-domicile county clerks**

**DEFS_083262**

# School Elections

## Candidate Filing

- **May Election: During the Primary Candidate Filing period**
- **November Election: During one week Filing period ending 90 day before election (August 3rd) (Act 349)**
- **The Domicile County's Clerks will submit the certified candidates & ballot questions to CBECs for each county the District has Territory**

## Election By Candidate

- **For 2023: if only 1 candidate files and no millage on ballot you can have an Election by Candidate – Candidate only cast ballot for themselves (Act 448)**

## CBEC Certification of Results

- **CBEC's of Each County in the District Shall certify the election results for all offices & issues to the Domicile County's Clerks**
- **The CBEC must wait until the final certification to Submit Results**
- **The County Clerk of the Domicile County will combine the vote totals from each county and declare the outcome of the election.**

DEFS_083263

# School Elections

**Exhibit A**

▶ **Runoff Election**

   ■ **No candidate receives majority of votes or tie vote**

▶ **Election Expenses**

*Even Years*

   ■ **School Districts shall reimburse each county for "Additional Costs" of holding the election with the primary/general** *(see SBEC rule)*

*Odd Years*

   ■ **District pays for its poll workers & remaining costs based on formula in Title 6**

■ **County Election Commissioner & Poll Workers <span style="color:red">CAN NOW</span> be paid employees of school district holding election**

DEFS_083264

# Special Elections *p. 105-110*

**Exhibit A**

### Special elections are usually called to fill vacancies or approve measures

▶ **Calling Document**
- ■ **Vacancies in state/federal/district office OR State measures**
  - • **Filed with SOS**
- ■ **Vacancies in local offices OR Local measures**
  - • **Filed with County Clerk**
- ■ **Immediately transmitted to CBEC where election is to be held**
- ■ **Published in newspaper of general circulation**

▶ **Held <u>Quarterly</u> on 2nd Tuesday of the second month unless:** (Act 610)
- ■ **Conflicts w/ Holiday = 3rd Tuesday**
- ■ **Primary or General = Held on Same Date**
- ■ **An Emergency is Declared = 2nd Tuesday of any Month**
- ■ **Governor Calls to fill Vacancy = 2nd Tuesday of any Month**

▶ **If ONLY 1 candidate and no other office or issue on ballot:**
- • **Can open ONLY 1 poll or, open NO poll & conduct by absentee & early voting**

DEFS_083265

# Enforcing Election Laws *p. 97-98*

**Exhibit A**

▶ **CBEC**

- ■ **Investigate written complaints about voting machine malfunction and forward to SOS**
- ■ **Forward all written complaints alleging election law violations to the SBEC**
- ■ **Review PVR lists or Provisional Voter Envelopes for voters not providing ID**
  - • **Forward information to Prosecuting Attorney, if deemed necessary**
  - • **Refer questionable provisional ballot information to Prosecuting Attorney, if deemed necessary**

▶ **SBEC**

- ■ **Election Monitors – SBEC is required to have one per congressional district to monitor election process and report observations to Board**
- ■ **Written complaints of election law violations**

DEFS_083266

**Exhibit A**

# STRUCTURE AND FUNCTION OF THE CBEC

## ORGANIZATION

## WHO MAY SERVE

## POLITICAL RESTRICTIONS ON CBEC MEMBERS

## CONDUCT OF CBEC MEETINGS

DEFS_083267

# County Board of Election Commissioners <sup>Exhibit A</sup> *p. 13- 14*

▶ **Composition**

- ■ **Elected in January of every odd year by county committee**
- ■ **Must meet by 2/28 of odd year to hold organizational meeting and elect a chair**

▶ **Financial Disclosure -**

▶ **CBECs MUST:**



- ■ **Be a qualified elector**
- ■ **Be able to read & write English**
- ■ **Be a resident of the county**
- ■ **Take oath within 30 days of selection and file with County Clerk**
- ■ **Attend mandatory training conducted by SBEC**
- ■ **Must file a Financial Disclosure form w/ SOS by January 31**

DEFS_083268

# CBEC Restrictions *p. 14-15*

**Exhibit A**



▶ **A CBEC must NOT:**

- Participate in the campaign of any candidate seeking election in the county that falls under the CBEC's jurisdiction/authority
- Manage a campaign
- Perform labor for a campaign
- Solicit on behalf of a candidate or campaign
- Pass out or place handbills, signs, or other literature concerning a candidate's campaign
- Assist a candidate's campaign at a rally or parade
- Display candidate placards or signs on an automobile

▶ **A CBEC MAY:**

- Make a financial contribution to a candidate
- Attend a political party's state, district, or county meeting where a candidate or issue advocate speaks as a member of the audience
- Participate in a political party convention

DEFS_083269

# CBEC Restrictions



Exhibit A

## CBECs still must NOT:

▶ **Be the Chair or Secretary of a county political party** (Act 966)

▶ **Be guilty of violating any election law**

▶ **Be a candidate (except county committee) while serving**

▶ **Be a paid employee of any political party or of any candidate running for any office on the county's ballot**

▶ **Be employed by a company doing business with the CBEC**

▶ **Be married or related to a candidate running for office while serving, if an objection is made**

▶ **Be the Spouse of a Chair of a county political party, or of another CBEC member, if an objection is made** (Act 258)

DEFS_083270

**Exhibit A**

# Commission Meetings *p. 19-20*

▶ **Only the chair can call a meeting**

  ▶ Must provide reasonable notice to other members

▶ **Notice to Media is required** (minimum 2 hrs.)

▶ **2 concurring votes decide most questions**

  ▪ **unanimous vote is required for polling place selection and off-site EV locations**

▶ **Must keep minutes & file with County Clerk**

  ▪ **All  meetings must be recorded (audio or video) – must be retained and available for 1 year**

  ▪ **Filed w/in 120 days of the meeting or 10 days of the following meeting**



DEFS_083271

Exhibit A

# Commission Assistance

❑ **Commissioners are deemed to be county officials and are immune from tort liability**

❑ **If Commissioners require legal representation, you may use your County Prosecuting Attorney**

❑ **County Commissions are prohibited from accepting private funds or any funding outside of governmental sources (Act 961)**

DEFS_083272

**Exhibit A**

# REIMBURSEMENT

- **ELECTION EXPENSES**
  **State Board of Election Commissioners will have trainings for Reimbursement of Election Expenses**


**SBEC RULES ON STATE-FUNDED EXPENSES**
**www.arkansas.gov/sbec/rules**

DEFS_083273



DEFS_083274

# Contact Info

**Exhibit A**

**State Board of Election Commissioners**
501 Woodlane Dr., Suite 122 South
Little Rock, Arkansas 72201
(501) 682-1834 or (800) 411-6996
FAX (501) 682-1782
**e-mail:** Info.SBEC@sos.arkansas.gov

Website:  http://www.arkansas.gov/sbec

## The SBEC is committed to supporting you throughout each election and look forward to assisting you in any way possible.  Please feel free to call upon us at any time.

DEFS_083275

**Exhibit B**

# COUNTY BOARD OF ELECTION COMMISSIONERS PROCEDURES MANUAL



**Prepared and Provided by the:**
**State Board of Election Commissioners**
**501 Woodlane, Suite 122 South**
**Little Rock, AR  72201**
**501-682-1834**
**1-800-411-6996**
**Website: www.arkansas.gov/sbec**
**E-mail: INFO.SBEC@arkansas.gov**

**(2022 Edition)**

DEFS_083276

**Exhibit B**

DEFS_083277

**STATE BOARD OF ELECTION COMMISSIONERS**       **Exhibit B**

501 Woodlane, Suite 122 South
Little Rock, Arkansas 72201
(501) 682-1834 or (800) 411-6996

**Secretary of State**
**John Thurston**
Chairman

**Wendy Brandon**
**Sharon Brooks**
**Jamie Clemmer**
**Bilenda Harris-Ritter**
**William Luther**
**J. Harmon Smith**
Commissioners

**Daniel Shults**
Director

**Chris Madison**
Legal Counsel

**Jon Davidson**
Educational Services Manager

**Tena Arnold**
Business Operation Manager



Dear County Election Commissioners,

The State Board of Election Commissioners is pleased to provide you with this copy of our tenth edition **County Board of Election Commissioners Procedures Manual** reflecting changes in election law enacted through the 2021 legislative session of the Arkansas General Assembly.

Because voting is at the core of our constitutional republic form of government, and knowledge is essential to the success of our elections, the State Board works diligently to provide resources to county election administrators to assist in implementing procedures that will ensure both fair and orderly elections for the citizens of our great state.

We recognize and appreciate the tremendous amount of time and effort expended by county election administrators to ensure successful elections. It is our hope that this manual will be of valuable assistance to both veteran Commissioners, who have conscientiously conducted elections throughout the years, and new Commissioners in fulfilling their legal responsibilities.

We are committed to supporting you throughout the upcoming election cycle and look forward to assisting you in any way possible. Please feel free to call upon us at any time.

With best regards,

Daniel Shults
Director

DEFS_083278

**Exhibit B**

This Page Intentionally Blank

**DEFS_083279**

<div align="right">**Exhibit B**</div>

# TABLE OF CONTENTS

**2022 ELECTION DATES** ...................................................................................................1
**STATE CONTACTS** ......................................................................................................3
**GLOSSARY OF TERMS** ..............................................................................................5
**LEGAL ASSISTANCE AND ELECTION LAWS** .........................................................11

### COUNTY BOARD OF ELECTION COMMISSIONERS

SELECTION AND TERMS
    Composition ...........................................................................................13
    Term of Office ........................................................................................13
    Chair of County Board ............................................................................13
    Vacancy ................................................................................................13
    Qualifications .........................................................................................14
    Disqualifications .....................................................................................14
    Generally ...............................................................................................14
    Participating in Campaigns ......................................................................14
        Paid Employee of School District ........................................................15
        Conflicting Employment ....................................................................15

REQUIRED FINANCIAL DISCLOSURE
    **Disclosure by Member of a County Board of Election Commissioners**................15

**OATH OF OFFICE** .....................................................................................................**17**

### CONDUCTING CBEC MEETINGS

Notification ..............................................................................................19
Quorum ...................................................................................................19
Voting .....................................................................................................19
Public Meetings/Freedom of Information Act (FOIA)..........................................19
Minutes ...................................................................................................20
Compensation ..........................................................................................20
Cyber Hygiene Information ..........................................................................21

### ELECTIONS – OVERVIEW

TYPES OF ELECTIONS
**Primary Election** .....................................................................................25
    Preferential Primary Election......................................................................25
    General Primary Election (Primary Runoff)....................................................25
    Nonpartisan Primary Election .....................................................................25

**DEFS_083280**

**Exhibit B**

General Election ...................................................................................................25
**General Runoff Election** ...................................................................................25
    County Offices .................................................................................................25
    Municipal Offices ...........................................................................................25
    Tie Votes .........................................................................................................25
Nonpartisan General Election .................................................................................26
Nonpartisan General Runoff Election .....................................................................26
Annual School Election ...........................................................................................26
School Runoff Election ............................................................................................26
Special Election ......................................................................................................26

VOTING SYSTEMS
  Types .....................................................................................................................27
  **Voting Machines** .................................................................................................27
    Voter-Verified Paper Audit Trail ...................................................................27
    Overvotes ........................................................................................................27
  **Paper Ballots** ......................................................................................................27
    Overvote Warning ..........................................................................................27
    Electronic Vote Tabulating Devices ..............................................................28
    Central Count/Count by Hand ........................................................................28
  Custody ..................................................................................................................28

TRAINING
  **Mandatory Statewide** .........................................................................................28
    County Election Commissioners ....................................................................29
    County Clerks .................................................................................................29
    Monitors ..........................................................................................................29
    Poll Workers ...................................................................................................29

CANDIDATES
  **Multiple Candidacies** .........................................................................................30
    Allowed ...........................................................................................................30
    Prohibited ........................................................................................................30
    Political Party Primaries .................................................................................31
Dates .......................................................................................................................31
Filing Period............................................................................................................31
Party Certificate ......................................................................................................31
Filing with the Party................................................................................................31
Filing with the State or County ...............................................................................31
Certified List of Party Candidates...........................................................................31
Names of Certified Candidates Placed on Ballot.....................................................32
Certification of Results ...........................................................................................32
General Primary Election (Runoff)..........................................................................32

DEFS_083281

**Exhibit B**

City Administrator Form of Government – Nonpartisan Primary................................................32
Filing...........................................................................................................................................32
**Certification**............................................................................................................................33
  New Parties ...............................................................................................................................33
  General Election .......................................................................................................................33
Certifying Political Party Nominees ..........................................................................................33
Group Presidential Candidates...................................................................................................33
Independent Candidates..............................................................................................................34
President......................................................................................................................................34
Non-Presidential and Non-Municipal ........................................................................................34
Certification ...............................................................................................................................34
Write-in Candidates ...................................................................................................................34
U.S. Senate, U.S. House of Representatives, State, and District Office ....................................34
County and Township Office......................................................................................................34
Write-in Votes Not Counted in Certain Elections .....................................................................34
Municipal Candidates.................................................................................................................34
Filing – Mayor Council Form Nonpartisan Municipal Offices .................................................34
Filing – City Manager Form ......................................................................................................35
Certification – City Manager Form............................................................................................35
**Certification of Nominees**....................................................................................................35
  Nonpartisan General Election and Runoff ...............................................................................35
Filing...........................................................................................................................................35
Write-in Candidates for Justice of Supreme Court, Judge of Court of Appeals,
Circuit Judge, District Judge or Prosecuting Attorney ..............................................................35
**Certification to the Election Commission** ..........................................................................35
  Annual School Election ............................................................................................................36
Filing...........................................................................................................................................36
**Certification**............................................................................................................................36
  Special Elections to Fill Vacancies in Office ...........................................................................36
  Candidate Withdrawal and Death .............................................................................................36
Notice of Withdrawal.................................................................................................................36
Withdrawal Before the Certification Deadline/Not Placed on Ballot........................................36
Withdrawal After the Certification Deadline/Votes Counted....................................................36
Withdrawal from Municipal or County Runoff..........................................................................36
**Withdrawal from Annual School Election Runoff**..............................................................37
  Vacancy in Nomination ............................................................................................................37
Filling a Vacancy in Nomination...............................................................................................37
Untimely Notification/Vacancy Not Filled................................................................................37
Holding a Convention.................................................................................................................38
Special Primary Election............................................................................................................38
**Vacancy in Candidacy for Nomination**...............................................................................38
    Filling a Vacancy in Candidacy for Nomination ...................................................................38
Vacancy in Election ....................................................................................................................39

DEFS_083282

**Exhibit B**

Filling a Vacancy in Office ................................................................................39
State, District, Federal, County and Township ..................................................39
Mayor/Council Cities of the First Class ............................................................39
Cities of the Second Class .................................................................................39
Incorporated Towns ...........................................................................................40
City Administrator Cities ...................................................................................40
City Manager Cities ...........................................................................................40
School Board ......................................................................................................40

MEASURES AND QUESTIONS
   **State** ...........................................................................................................40
   **Local** ...........................................................................................................40

VERIFICATION OF VOTER REGISTRATION ...............................................41
ABSENTEE AND EARLY VOTING
   County Clerk's Authority ................................................................................42
   Early Voting ....................................................................................................42
Conduct ..............................................................................................................42
Candidates as Observers at Early Voting...........................................................42
Off-Site ..............................................................................................................42
Dates and Times of Early Voting.......................................................................43
Preferential Primary and General Election ........................................................43
Other Elections ..................................................................................................43
Holidays .............................................................................................................43
Poll Workers ......................................................................................................43
Public Notice......................................................................................................43
Voting Machines ................................................................................................44
Ballots, Machines, and Materials.......................................................................44
Absentee Voting .................................................................................................44
Rejected Absentee Application...........................................................................44
Dates ..................................................................................................................44
Ballots ................................................................................................................45
Special Runoff Ballots .......................................................................................45
Deadlines for Voters to Deliver Absentee Ballot to Clerk .................................45
Appointing Absentee Election Clerks................................................................46
Public Notice......................................................................................................46
**Verification of Voter Registration in Absentee Ballots** ...............................**46**

**PRE-ELECTION DUTIES**

ELECTION PRECINCTS
   **Establishing and Altering Precincts by Order** ............................................**47**
      Written Description/Map ..............................................................................47
      Records .........................................................................................................47
   Preferential Primary Elections .......................................................................47
   Restrictions ....................................................................................................47

DEFS_083283

**Exhibit B**

POLLING SITES

**Designation** ...............................................................................................................47
   Combined Precincts ..................................................................................................47
   Unanimous Vote of County Board .........................................................................48
   Joint Primary Elections/Common Polls ..................................................................48
   Location ....................................................................................................................48
   Vote Centers .............................................................................................................48
   ADA Compliance .....................................................................................................49
   Changes and Closures ..............................................................................................49
Reduction/No Poll ..........................................................................................................49
Restrictions .....................................................................................................................49

POLL WORKERS, ABSENTEE CLERKS, AND OTHER ELECTION OFFICIALS

**Selection/Appointment** ...............................................................................................50
   Number of Appointed Poll Workers ........................................................................50
   Split Shifts ...............................................................................................................50
   Minority Party Representation .................................................................................50
   Failure to Agree Upon Selection .............................................................................51
   Qualifications ...........................................................................................................51
   Disqualifications ......................................................................................................51
   Paid Employee of School District ...........................................................................52
College and High School Students - Special Election Day Program ...........................52
Compensation .................................................................................................................52

PUBLIC NOTICES

**Written Notices** ..........................................................................................................53
   Drawing for Ballots .................................................................................................53
   Mailings ...................................................................................................................53
**Newspaper Publications** ...........................................................................................53
   Drawing for Ballot Positions ..................................................................................53
   Voting Machine Preparation ...................................................................................53
   Voting Machine Testing ..........................................................................................53
   Electronic Vote Tabulating Device Testing ............................................................54
   Notice of Election ....................................................................................................54
   Content of Public Notice of Election ......................................................................54
**Postings** .....................................................................................................................54
   List of Appointed Election Officials .......................................................................54
   Nomination/Amendments/Measures/Questions ......................................................55
   Polling Site Changes ...............................................................................................55

BALLOTS

**Unopposed Candidates** ..............................................................................................55
   Primary Elections ....................................................................................................55
   General Elections .....................................................................................................55
**Ballots – Miscellaneous** ...........................................................................................56
   Quantity of Paper Ballots ........................................................................................56

DEFS_083284

**Exhibit B**

Ballot Errors or Omissions .................................................................................................56
Ballot Stubs ........................................................................................................................56
Recall Elections ..................................................................................................................56
Combined Primary and Nonpartisan General Elections .....................................................57
Certified Nomination ..........................................................................................................57

**Form of Ballots** .....................................................................................................................57
Alike ...................................................................................................................................57
Ballot Heading ...................................................................................................................57
Ballot Instructions ..............................................................................................................57
Marking Areas ....................................................................................................................58
Form of Candidate Names and Titles .................................................................................58
Listing of Candidate Names ...............................................................................................59
Order of Names on Ballot ...................................................................................................59
Party Designation ...............................................................................................................59
President and Vice President ...............................................................................................60
Write-in Candidates ............................................................................................................60
Proposed Statewide Measures .............................................................................................60
Proposed Local Measures ...................................................................................................60

VOTING EQUIPMENT
**Voting Machines** ...................................................................................................................61
Demonstration ....................................................................................................................61
Preparation .........................................................................................................................62
Testing ................................................................................................................................62
Logic and Accuracy .......................................................................................................62
Public .............................................................................................................................62
Delivery ..............................................................................................................................63
**Electronic Vote Tabulating Devices** ....................................................................................63
Preparation .........................................................................................................................63
Testing ................................................................................................................................63
Logic and Accuracy .......................................................................................................63
Public .............................................................................................................................63
Delivery ..............................................................................................................................63

ELECTION MATERIALS
**Delivery** ...............................................................................................................................64
Designee .............................................................................................................................64
Inspection ...........................................................................................................................64
Supplies ..............................................................................................................................64
Forms .................................................................................................................................65
Required Postings ...............................................................................................................66
Website Postings .................................................................................................................67

DEFS_083285

**Exhibit B**

## ELECTION DAY

POLL WORKER RESOURCES
Poll Workers' Training Guide/Checklist ........................................................................69
Assistance ..................................................................................................................70


POTENTIAL ELECTION DAY PROBLEMS
Timely Opening of Poll ...............................................................................................70
Voting Machine Malfunction .......................................................................................70
**Electioneering** ...........................................................................................................70
Defined.......................................................................................................................70
Prohibitions ...............................................................................................................71
Punishment................................................................................................................71
**Ballot Security** .........................................................................................................71
Prohibition Against Carrying Ballot Outside................................................................71
Punishment................................................................................................................71
**Ballot Secrecy** ..........................................................................................................71
Privacy .......................................................................................................................71
Equipment Arrangement .............................................................................................71
Voter Assistance ........................................................................................................72
Handling Voted Ballots...............................................................................................72
**Crossover Voting** ......................................................................................................73
Prohibitions ...............................................................................................................73
Punishment................................................................................................................73
Prevention .................................................................................................................73
**Poll Watchers** ..........................................................................................................73
Defined.......................................................................................................................73
Presence ....................................................................................................................73
Documentation...........................................................................................................74
Candidate Identification..............................................................................................74
Rights and Responsibilities.........................................................................................74
**Election Monitors** ....................................................................................................75
Appointment ..............................................................................................................75
Duties ........................................................................................................................76
**Provisional Voting** ...................................................................................................76
Prohibition.................................................................................................................77
Punishment................................................................................................................77
**Spoiled Ballots** ........................................................................................................77
Procedure ..................................................................................................................77
**Abandoned Ballots** ..................................................................................................78
Not Counted ..............................................................................................................78
Counted .....................................................................................................................78
**Disorderly Conduct** .................................................................................................79
Departure...................................................................................................................79

DEFS_083286

**Exhibit B**

Interference ...................................................................................................................79
Citizen's Rights to Observe and Record Public Events ..............................................79
People Allowed in Polls During Voting Hours  ..............................................................79
Assistance ........................................................................................................................79
**Timely Closing of Poll** ......................................................................................................80
Persons in Line..............................................................................................................80
Court Ordered Voting Extension ..................................................................................80


CLOSING THE POLLS
Open to the Public ..............................................................................................................81
List of Voters Form ............................................................................................................81
**Voting Machines** ..............................................................................................................81
Securing at Poll..............................................................................................................81
Exposing Vote Count ....................................................................................................81
Delivery of Activation Devices ....................................................................................82
**Electronic Vote Tabulation Devices** ............................................................................82
Return of Votes..............................................................................................................82
**Paper Ballots** ..................................................................................................................82
Counted by Hand at Poll ...............................................................................................82
Scanned at Central Counting Location .........................................................................82
**Departing the Poll** ...........................................................................................................82
Processing and Delivering Election Materials and Returns...........................................82
Failure to Deliver Returns.............................................................................................83

## ELECTION NIGHT & POST ELECTION

CANVASSING, COUNTING, & UNOFFICIAL RESULTS
Open to the Public ..............................................................................................................85
**Central Counting Location** .............................................................................................85
Proceedings...................................................................................................................85
Oath of Election Officials .............................................................................................85
Defective Ballots...........................................................................................................85
Countywide Total Comparison .....................................................................................85
Audit Log ......................................................................................................................85
**Processing Absentee Ballots** ..........................................................................................85
Steps in Opening and Processing Absentee Ballots ......................................................87
Analyzing Data Points...................................................................................................88
Processing Ballots with Discrepancies .........................................................................89
Provisional Absentee Ballot Flow Chart and Process ..................................................92
**Counting Votes** ................................................................................................................99
Ballots Provided by County Board ...............................................................................99
Fraudulent Ballots .........................................................................................................99
Candidate Withdrawal or Death After Certification .....................................................99
Unopposed Candidates...................................................................................................99
Overvoted Ballots ..........................................................................................................99
Write-in Votes................................................................................................................99

DEFS_083287

**Exhibit B**

Amendments and Measures ................................................................. 100
Early Votes ................................................................................... 100
Special Runoff Absentee Ballots ....................................................... 100
**Preliminary and Unofficial Results** ................................................ 101
Reporting ...................................................................................... 101


RECOUNTS
**Initiating a Recount** ..................................................................... 101
Request by Candidate ....................................................................... 101
Deadline for Request by Candidate .................................................... 101
Election Commission Decision ........................................................... 102
**Procedure** .................................................................................. 102
Equipment Test Result ..................................................................... 102
Candidate Notification ...................................................................... 102
Official Voting Machine Ballot ........................................................... 102
Paper Ballots .................................................................................. 102
**Limitation** .................................................................................. 102
Candidate Petitioned ........................................................................ 102
Certification of Results ..................................................................... 103
Ballot Preservation .......................................................................... 103
**Cost** ......................................................................................... 103
Determination ................................................................................. 103
Payment ........................................................................................ 103
Refund of Payment .......................................................................... 103


ELECTION TO OFFICE
**General Election** .......................................................................... 103
United States Congress ..................................................................... 103
Constitutional Office ........................................................................ 103
Legislative Office ............................................................................ 104
County Office .................................................................................. 104
Municipal Office .............................................................................. 105
Mayor Council Form of Government .................................................... 105
Nonpartisan Judges and Prosecutors ................................................... 106


FINAL CERTIFICATION
Provisional Ballots .......................................................................... 106
Overseas Absentee Ballots ................................................................ 107
Results ........................................................................................... 107
**Abstracts and Returns** .................................................................. 108
Members of Congress, Executive, Legislative, Judicial Officers,
   and Prosecuting Attorney ............................................................... 108
Governor, Lieutenant Governor, Secretary of State, Treasurer of State,
   Auditor of State, and Attorney General ............................................ 108
Measurers ...................................................................................... 108

DEFS_083288

**Exhibit B**

Failure to Deliver ....................................................................................................................108
**Certificate of Election** ............................................................................................................108
Delivery..................................................................................................................................108
Filing......................................................................................................................................108

ELECTION CONTESTS
**Candidate Contests** ................................................................................................................108
Circuit Court .........................................................................................................................108
State Senator .........................................................................................................................109
State Representative ..............................................................................................................109
Governor, Lieutenant Governor, Secretary of State, Treasurer of State,
Auditor of State, and Attorney General ...........................................................................109
Citizen Contests .......................................................................................................................109

PRESERVATION OF ELECTION EQUIPMENT AND MATERIALS
**Voting Machines** ....................................................................................................................109
Release ...................................................................................................................................109
Secured ..................................................................................................................................109
Clearing .................................................................................................................................110
**Voter Lists and Registration Documents** ............................................................................110
Return/Retention ...................................................................................................................110
**Ballots and Certificates** .......................................................................................................110
Custody ..................................................................................................................................110
Election Contest ....................................................................................................................110
Retention and Audits.............................................................................................................110
**Destruction of Election Materials** ......................................................................................111
Marked Ballots/Ballot Stubs.................................................................................................111
Election Materials Generally .................................................................................................111
**Measures** ................................................................................................................................111
Document Retention ..............................................................................................................111

ENFORCING ELECTION LAWS
**Complaints** .............................................................................................................................111
Voting Machine Malfunction.................................................................................................111
Written Complaints ...............................................................................................................112
**Voter Identification** ..............................................................................................................112
Failure to Provide ..................................................................................................................112
**Provisional Ballots** ...............................................................................................................112
Referral to Prosecuting Attorney and SBEC ........................................................................112

ELECTION EXPENSES
**Voting Equipment** .................................................................................................................113
Purchases ...............................................................................................................................113
Technical Support ..................................................................................................................113
Voter Continuing Education ..................................................................................................113

x

DEFS_083289

**Exhibit B**

**State-Funded Elections** ...................................................................................................113
   Funding ...........................................................................................................................113
   Procedure ........................................................................................................................113
   Private Funding of Elections ..........................................................................................113
   Withholding ....................................................................................................................113


  General Elections ...........................................................................................................114
  **Special Elections** .........................................................................................................114
   Paid by County ...............................................................................................................114
   Paid by City/Incorporated Town ....................................................................................114
   Paid by School District ...................................................................................................114

## SCHOOL & SPECIAL ELECTIONS

### ANNUAL SCHOOL ELECTIONS

**Polling Sites** ..................................................................................................................116
   Designation .....................................................................................................................116
   Consultation with School District ...................................................................................116
   Unopposed Elections ......................................................................................................116
**Election Officials** ..........................................................................................................117
   Qualifications .................................................................................................................117
   Number ...........................................................................................................................117
**Publications** ...................................................................................................................117
   Public Notice of Election ...............................................................................................117
   Content of Public Notice .................................................................................................117
Ballots ...............................................................................................................................118
Election Materials .............................................................................................................119
Ballot Secrecy ...................................................................................................................119
**Counting Ballots and Certifying Results** .....................................................................119
   Certification of Results ...................................................................................................119
   Runoff Election ..............................................................................................................119
   Candidate Withdrawal ....................................................................................................120
Election Contest ................................................................................................................120
Election Expenses .............................................................................................................120

### SPECIAL ELECTIONS

Laws Governing ................................................................................................................121
Calling ..............................................................................................................................121
**Calling Document** .........................................................................................................121
   Vacancies in State, Federal, or District Offices/State Measures or Questions ................121
   Vacancies in Local Offices/Local Measures or Questions ..............................................121
   Special Election to Fill Vacancy ....................................................................................121
   Special Election on Measures or Questions ....................................................................122
   Publication ......................................................................................................................122

xi

**DEFS_083290**

**Exhibit B**

**Designated Dates for Special Elections** ......................................................122
    Special Primary Election................................................................................122
    Other Special Elections...............................................................................123
    Vacancies Filled Under Arkansas Constitution, Amendment 29 ...............123
**Polling Sites** ......................................................................................................124
    Reduction ......................................................................................................124
    No Poll Elections ..........................................................................................124
**Ballots** ..............................................................................................................124
    Primary Elections..........................................................................................124
    General Elections ..........................................................................................125

# FORMS & INSTRUCTIONS

## GUIDELINES AND ADVISORY STANDARDS

    Guidelines for State-Funded Compensation for
        County Election Commissioners Training..............................................128
    Guidelines for State-Funded Compensation for
        State Board-Certified Trainers................................................................132
    Guidelines for Ballot Name Certification ...................................................136
    Guidance Regarding the Absentee Ballot Canvassing Process ...................139
    Advisory Standards ......................................................................................143
    2015-001 Secrecy of a Voter's Ballot (Paper)............................................143
    2015-002 Secrecy of Voter's Ballot (Machine)..........................................143

## COMMISSION CHECKLISTS

    Checklist for Combined Preferential Primary and
        Nonpartisan General Elections ..............................................................144
    Checklist for November General Elections .................................................149
    Checklist for Statewide Special Elections ..................................................154

## FORMS

    List of Voters ................................................................................................158
    List of Provisional Voters.............................................................................160
    Procedures for Casting a Provisional Ballot ...........................................162
    Provisional Voter Envelope & Certification ...............................................164
    Notice to Provisional Voters ........................................................................166
    List of Persons Assisting Voters ..................................................................168
    Change in Polling Site Authorization Form.................................................170
    Spoiled Ballot Affidavit................................................................................172
    Voting Machine Complaint Form..................................................................174
    Abandoned Ballot Log...................................................................................176
    Poll Workers' Certificate ..............................................................................178
    Certification of Logic & Accuracy Test Results..........................................180
    Financial Disclosure
        by Member of County Board of Election Commissioners.....................182

DEFS_083291

**Exhibit B**

**POSTINGS**

Poll Watcher Authorization Form.........................................................................184

Voting Machine Warning ...................................................................................186

Crossover Voting Posting ..................................................................................188

Notice of Electioneering Posting .......................................................................190

**REPORTS AND CHARTS**

Ballot Disposition Form.....................................................................................192

Degrees of Consanguinity .................................................................................196

**DEFS_083292**

**Exhibit B**

This Page Intentionally Blank

DEFS_083293

# Exhibit B

## 2022 ELECTION DATES

| | |
|---|---|
| **May 24, 2022** | Preferential Primary Election & Nonpartisan General Election |
| **June 21, 2022** | General Primary (Runoff) Election |
| **August 9, 2022** | City Administrator Form of Government Primary Election |
| **May 24, 2022 or November 8, 2022** | Annual School Election* |
| **June 21, 2022 or December 6, 2022** | School Runoff Election |
| **November 8, 2022** | General Election & Nonpartisan General Runoff Election |
| **December 6, 2022** | General Runoff Election |

**For a complete calendar of election-related dates and deadlines, you may contact the Elections Division of the Secretary of State's Office at www.sos.arkansas.gov/elections.**

*Per Act 910 of 2017 the Annual School Election must be held at the same time as the Preferential Primary or the General Election.*

1

DEFS_083294

ELECTION DATES

**Exhibit B**

This Page Intentionally Blank

2

DEFS_083295

# STATE CONTACTS

Contact the State Board of Election Commissioners for questions regarding election procedures generally, election complaints, election monitors, reimbursement of expenses for state-funded elections, and procedural training for county election commissioners and poll workers.

Contact the Office of the Secretary of State for questions regarding voter registration, candidate filing, petitions, tabulating election results, reporting and certification of election results, voting equipment, voting equipment training, and interpretation of election laws.

Please see below for helpful contact information.

**State Board of Election Commissioners**
501 Woodlane, Suite 122 South
Little Rock, AR 72201
Office: (501) 682-1834 or (800) 411-6996
Fax: (501) 682-1782
www.arkansas.gov/sbec
info.sbec@arkansas.gov

**Secretary of State Elections Division**
State Capitol, Room 026
Little Rock, AR 72201
Office: (501) 682-5070 or (800) 482-1127
Fax: (501) 682-3408 or (501) 682-3548
www.sos.arkansas.gov
electionsemail@sos.arkansas.gov

**Republican Party of Arkansas**
1201 West Sixth Street
Little Rock, AR 72201
Office: (501) 372-7301
Fax: (501) 372-1656
www.arkansasgop.org

**Democratic Party of Arkansas**
1300 West Capitol Avenue
Little Rock, AR 72201
Office: (501) 374-2361
Fax: (501) 376-8409
www.arkdems.org

**Libertarian Party of Arkansas**
PO Box 46730
Little Rock, AR 72214
Office: (501) 396-9804
www.lpar.org

**Arkansas Ethics Commission**
501 Woodlane, Suite 301N
Little Rock, AR 72201
Office: (501) 324-9600 or (800) 422-7773
Fax: (501) 324-9606
www.arkansasethics.com

**Attorney General's Office**
323 Center Street, Suite 200
Little Rock, AR 72201
Office: (501) 682-2007
Fax: (501) 682-8084
www.arkansasag.gov

**U.S. Attorney - Eastern District of AR**
United States Attorney's Office
425 West Capitol Avenue, Suite 500
Little Rock, AR 72201
Office:  (501) 340-2600
Fax:  (501) 340-2725
www.justice.gov/usao

**U.S. Attorney - Western District of AR**
United States Attorney's Office
414 Parker Avenue
Fort Smith, AR 72901
Office:  (479) 783-5125
Fax:  (479) 785-2442
www.justice.gov/usao

**DEFS_083296**

STATE CONTACTS

**Exhibit B**

This Page Intentionally Blank

4

DEFS_083297

LEGAL ASSISTANCE & ELECTION LAWS

**Exhibit B**

# GLOSSARY OF TERMS

**Act** - any act/enactment having general application throughout the state or an ordinance applicable to a municipality or county, whether originating in the General Assembly or proposed by the people and referred acts. *[A.C.A. § 7-9-101(1)]*

**Affidavit of eligibility** - an affidavit signed by a candidate for elective office stating that the candidate is eligible to serve in the office he or she seeks. *[A.C.A. § 7-1-101]*

**Amendment** - any proposed amendment to the Arkansas Constitution, whether proposed by the General Assembly under Article 19, § 22 or by the people under the provisions of Article 5, § 1 or Article 19, § 22. *[A.C.A. § 7-9-101(2)]*

**Audit log** - an electronically stored record of events and ballot images from which election officials may produce a permanent paper record with a manual audit capacity for a voting system using voting machines. *[A.C.A. § 7-1-101(3)]*

**Ballot question** - a question in the form of a statewide, county, municipal, or school district initiative or referendum which is submitted or intended to be submitted to a popular vote at an election, whether or not it qualifies for the ballot. *[A.C.A. § 7-9-402(1)]*

**Candidate** - for the purpose of compliance with contribution and expenditure filing requirements, any individual who has knowingly and willingly taken affirmative action, including solicitation of funds, to seek nomination for or election to any public office. *[A.C.A. § 7-6-201(2)]*

**Canvassing** - examining and counting the returns of votes cast at a public election to determine authenticity. *[A.C.A. § 7-1-101(5)]*

**Certificate of choice** - a certificate, signed by an executive officer of a political group that submits a petition to place its candidates for President and Vice-President on the ballot, designating the names of its candidates to appear on the ballot. *[A.C.A. § 7-1-101]*

**Constitutional officers of this state** - the offices of the Governor, Lieutenant Governor, Secretary of State, Attorney General, Auditor of State, Treasurer of State, and Commissioner of State Lands. *[A.C.A. § 7-1-101]*

**Counting location** - a location selected by the county board of election commissioners with respect to all elections for the automatic processing and/or counting of votes. *[ACA § 7-1-101(8)]*

**DRE** - a direct-recording electronic voting machine that records votes by means of a ballot display provided with mechanical or electro-optical components that may be actuated by the voter, processes the data by means of a computer program, records voting data and ballot images in internal and external memory components, and produces a tabulation of the voting data stored in a removable memory component and on a printed copy. *[A.C.A. § 7-5-532(a)(1)]*

5

DEFS_083298

LEGAL ASSISTANCE & ELECTION LAWS

**Exhibit B**

**Election** - the process in which qualified electors nominate or elect a candidate to public office for regular terms, or decide any measure or question submitted to a vote of the people. A preferential primary election, a general primary election, a general election, a general runoff election, a school election, school runoff election, and a special election each constitute a separate election. *[A.C.A. §§ 7-5-204; 7-6-201(7); 7-9-101(4); 7-9-117(c)(1); 14-42-119(b)(3)]*

**Election Media** - any device used in an election definition or to record votes cast with a direct record electronic machine or voting machine including, memory stick devices, digital flashcards, personalized electronic ballots, personal computer cards, and zip disks. *[A.C.A. § 7-1-101(10)]*

**Election official or election officer** - a member of the county board of election commissioners, a person who performs election coordinator duties, a person who is a poll worker designated by a county board of election commissioners to be an election clerk, election judge, or election sheriff, or a deputy county clerk or a person assigned by a county clerk to conduct early voting. Election official also includes an election clerk designated by the county board to process, count, and canvass absentee ballots and a person designated to count ballots at a central counting location.
*[A.C.A. §§ 7-1-101(11); 7-5-414(a); 7-5-615]*

**Electronic poll book** - hardware or software or a combination of hardware and software that allows election officials to view voter registration records and voting information during an election at an early voting location or at a polling site on election day. *[A.C.A. § 7-1-101(12)]*

**Electronic vote tabulating device** - a device used to electronically scan a marked paper ballot for tabulation. *[A.C.A. § 7-1-101(13)]*

**Fail-safe voting** - the mechanism established under the National Voter Registration Act of 1993 that allows a voter who has moved within the same county to vote at his or her new precinct without having updated his or her voter registration records. *[A.C.A. § 7-1-101(14); Amendment 51 § 13 of the Arkansas Constitution]*

**First-time voter** - any registered voter who has not previously voted in a federal election in the state. *[A.C.A. § 7-1-101(15)]*

**General election** - the regular biennial elections for election of United States, state, district, county, township, and municipal officials and to submit proposed amendments to the Arkansas Constitution or other measures or questions to a vote of the people. *[A.C.A. §§ 7-1-101(16); 7-5-102; 7-5-204]*

**HAVA** - the federal Help America Vote Act of 2002 that established the Election Assistance Commission to assist in the administration of federal elections and allocate federal funds to states for election administration improvements, including replacing punch card and lever voting machines, improving accessibility for disabled voters, implementing a statewide voter registration system, voter and election official training, and other improvements. *[Amendment 51]*

**Initiative** - the process by which voters can submit through petition signatures a Constitutional Amendment, law, or ordinance for a vote by the people at the biennial regular general election. *[Article 5, § 1 of the Arkansas Constitution; A.C.A. § 7-9-104(a); Black's Law Dictionary]*

6

DEFS_083299

LEGAL ASSISTANCE & ELECTION LAWS

**Exhibit B**

**Legislative question** - a question in the form of a measure referred by the General Assembly, a quorum court, a municipality, or a school district to a popular vote at an election. *[A.C.A. § 7-9-402(7)]*

**Majority party** - the political party in the State of Arkansas whose candidates were elected to a majority of the constitutional offices of the state in the last preceding general election. *[A.C.A. § 7-1-101(18)]*

**Marking device** - any approved device operated by a voter to record the voter's choices through marking or creating a paper ballot with ink or other substance that will enable the votes to be tabulated by means of an electronic vote tabulating device. Paper ballots counted by hand should be marked using permanent ink. If an electronic vote tabulating device is used to count paper ballots, a marking instrument recommended by the manufacturer of the optical scanner for proper marking shall be used. *[A.C.A. §§ 7-1-101(19); 7-5-211(a)(2)(H); 7-5-602(c)]*

**Measure** - an amendment, act, ordinance, referendum, issue, question, plebiscite or proposal not involving the election of candidates that appears on a ballot. *[A.C.A. §§ 7-9-101(5); 7-9-125(a)(5)]*

**Member of the merchant marine** - an individual employed as an officer or crew member of a vessel documented under the laws of the United States, a vessel owned by the United States, or a vessel of foreign-flag registry under charter or control of the United States; an individual enrolled with the United States for employment or training for employment or maintained by the United States for emergency relief service as an officer or crew member of any such vessel; or as defined in the federal Uniformed and Overseas Citizens Absentee Voting Act if different from the definition stated above. *[A.C.A. § 7-1-101(20)]*

**Minority party** - the political party whose candidates were elected to less than a majority of the constitutional offices of this state in the last preceding general election or the political party that polled the second greatest number of votes for the office of Governor in the last preceding general election, if all of the elected constitutional officers of this state are from a single political party. *[A.C.A. § 7-1-101(21)]*

**Nonpartisan general election** - the regular biennial election, held on the same date and at the same time and places as the preferential primary election, for election of Justice of the Supreme Court, Judge of the Court of Appeals, circuit judge, district judge and prosecuting attorney. *[A.C.A. § 7-10-101(1)]*

**Party certificate** - a written statement or receipt signed by the secretary or chair of the county committee or of the state committee, as the case may be, of the political party evidencing the name and title proposed to be used by the candidate on the ballot, the position the candidate seeks, payment of the fees, and filing of the party pledge, if any, required by the political party. *[A.C.A. § 7-1-101(25)]*

**Party filing period** - the period of time established by law for the candidate for a political party's nomination to file his or her party certificate with the Secretary of State or county clerk, as the case may be. *[A.C.A. § 7-1-101(26)]*

7

LEGAL ASSISTANCE & ELECTION LAWS

**Exhibit B**

**Political party** - any group of voters that at the last preceding general election polled for its candidate for Governor in the state or nominees for presidential electors at least three percent (3%) of the entire vote cast for the office. *[A.C.A. § 7-1-101(27)]*

**Polling site** - a location selected by the county board of election commissioners where votes are cast. *[A.C.A. § 7-1-101(28)]*

**Precinct** - a geographical area the boundaries of which are determined by the county board of election commissioners in order to facilitate voting by the registered voters from that geographical area. *[A.C.A. § 7-5-101(29)]*

**Primary election** - any election held to select the nominees of a political party for certification as candidates for election at any general or special election in this state. *[A.C.A. § 7-1-101(30)]*

**Provisional ballot** - a ballot cast by special procedures to record a vote when there is some question concerning a voter's eligibility and counted contingent upon the verification of the voter's eligibility. *[A.C.A. § 7-1-101(32)]*

**Qualification of a ballot question** - any action or process, legal or otherwise, through which a ballot question obtains certification to be on the ballot at an election. *[A.C.A. § 7-9-402(10)(13)]*

**Qualified elector** - a person who holds the qualifications of an elector under Arkansas Constitution Article 3, §1 and is registered under Arkansas Constitution, Amendment 51:
1) Must be a U.S. citizen;
2) Must be an Arkansas resident;
3) Must be a minimum of 18 years of age;
4) Must be lawfully registered to vote in the election;
5) Must not presently be adjudged mentally incompetent by a court of competent jurisdiction;
6) Must not have been convicted of a felony without the sentence having been discharged or pardoned; and
7) Must not claim the right to vote in another county or state. *[Article 3, §§ 1 & 2 of the Arkansas Constitution, as amended by Const. Amend. 85; Amendment 8; Amendment 51, § 6; A.C.A. § 7-1-101(33)]*

**Referendum** - the process by which voters can petition to have a law previously passed by the Arkansas General Assembly, a county's quorum court or a municipality's city council or board of directors placed on the ballot at a special election for approval or rejection by the voters. Also, the process by which a governing body may pass a law contingent on approval by the voters in an election. *[Article 5, § 1; Amendment 7; A.C.A. §§ 7-9-105(a-c), 14-14-917]*

**Sample ballot** - a ballot for distribution to the public or the press marked with the word "SAMPLE" to prevent the production of counterfeit ballots. *[A.C.A. § 7-1-101(34)]*

**Special election** - any specially scheduled election to fill vacancies or to approve any measure. *[A.C.A. §§ 7-11-101; 7-11-201]*

DEFS_083301

LEGAL ASSISTANCE & ELECTION LAWS

# Exhibit B

**Uniformed services** - the United States Army, United States Marine Corps, United States Navy, United States Air Force, and United States Coast Guard, the commissioned corps of the United States Public Health Service, and the commissioned corps of the National Oceanic and Atmospheric Administration, or as defined in the federal Uniformed and Overseas Citizens Absentee Voting Act if different from the definition stated herein. *[A.C.A. § 7-1-101(35)]*

**Vacancy in election** - the vacancy in an elective office created by death, resignation, or other good and legal cause, arising before election to the office at a general or special election, but arising after the certification of the ballot. *[A.C.A. § 7-1-101(36)]*

**Vacancy in nomination** - the circumstances in which the person who received the majority of votes at the preferential primary election or general primary election cannot accept the nomination due to death or notifies the party that he or she will not accept the nomination due to serious illness, moving out of the area from which the person was elected as the party's nominee, or filing for another office before the final date for certification of nominations. A vacancy in nomination is also created if a tie vote for the same office occurs at the general primary election. *[A.C.A. § 7-1-101(37)]*

**Vacancy in office** - the vacancy in an elective office created by death, resignation, or other good and legal cause arising after election to the office at a general or special election or arising after taking office and before the expiration of the term of office in those circumstances where the vacancy must be filled by a special election rather than by appointment. "Vacancy in office" does not apply to the election of a person at a general election to fill an unexpired portion of a term of office. *[A.C.A. § 7-1-101(38)]*

**Verification of Voter Registration** – the process by which an individual seeking to vote presents a photo identification to an election official for the purpose of confirming that the individual physically present at the poll is the same individual to whose voter registration the vote cast will be credited. *[Arkansas Constitution, as amended by Const. Amend. 51; 7-1-101(39)]*

**Vote center** - upon enactment of an ordinance by the Quorum Court, an election day location designated by the county board of election commissioners at which a qualified elector from any precinct in the county holding the election may vote. *[A.C.A. § 7-1-101(40)]*

**Voter-verified paper audit trail (VVPAT)** - a contemporaneous paper record of a ballot printed for the voter to confirm his or her votes before the voter casts his or her ballot that allows the voter to verify the voter-verified paper audit trail before the casting of the voter's ballot; is not retained by the voter; does not contain individual voter information; is produced on paper that is sturdy, clean, and resistant to degradation; and is readable in a manner that makes the voter's ballot choices obvious to the voter without the use of computer or electronic code. *[A.C.A. §§ 7-1-101(41); 7-5-532(a)(2)]*

**Voting machine** - either a direct-recording electronic voting machine, or one or more electronic devices that operate independently or as a combination of a ballot marking device and an electronic vote tabulating device. *[A.C.A. §§ 7-1-101(42)]*

DEFS_083302

LEGAL ASSISTANCE & ELECTION LAWS

**Exhibit B**

**Voting system** - the total combination of mechanical, electromechanical, or electronic equipment, including the software, firmware, and documentation required to program, control, and support the equipment that is used to define ballots, to cast and count votes, to report or display election results, and to maintain and produce any audit trail information. "Voting system" also includes the practices and documentation used to identify system components and versions of components; test the system during its development and maintenance; maintain records of system errors and defects; determine specific system changes to be made to a system after the initial qualification of the system; and make available any materials to the voter, including, without limitation notices, instructions, forms, or paper ballots. *[A.C.A. § 7-1-101(43)]*

10

DEFS_083303

**Exhibit B**

# LEGAL ASSISTANCE & ELECTION LAWS

### Legal Assistance to the County Board

The county board of election commissioners may call upon the county's prosecuting attorney or his or her deputy for legal assistance. *[A.C.A. § 7-4-106(a)]*

The county attorney or prosecuting attorney shall defend the county board in any civil lawsuit brought against the county board, or any of its members, if sued in regard to any acts or omissions made during the course of carrying out the official duties of the county board. *[A.C.A. § 7-4-106(b)]*

The county board is deemed to consist of county officials, and its members are immune from tort liability according to Ark. Code Ann. § 21-9-301. *[A.C.A. §§ 7-4-102(d); 7-4-115]*

### Researching Election Laws

The Arkansas Code (statutes) is a compilation of the laws of the State of Arkansas. The Arkansas Code is revised by the legislature by way of legislative acts or by the people by means of initiative and referendum petition. Changes to the Arkansas Code are codified or incorporated into the existing code by the Code Revision Commission.

Copies of the Arkansas Code can be found at your county courthouse, in many libraries, in the Secretary of State Elections library, as well as in the State Board of Election Commission offices, in the set of red, bound volumes entitled Arkansas Code of 1987 Annotated. Title 7 is the main volume addressing elections and can be found in Volume 6 of the Arkansas Code of 1987 Annotated.

When researching statutes, check for updates in the supplement (often referred to as "pocket part") in the back of the bound volume to ensure that you are referencing the most recent version of the statutes. If you are searching for information on a particular topic such as a primary election, special election, school election, or municipal election, for example, be sure to reference the appropriate title and section of the code for the applicable law. Keep in mind that there are instances where case law (rulings by a court) has over-ruled or interpreted statute. If you have questions or are unsure, contact your county attorney, the Secretary of State's Legal Division, or our office for assistance.

In addition to the bound volumes, following each regular legislative session the Elections Division of the Secretary of State's Office issues a spiral-bound Election Laws of Arkansas booklet containing election laws, the original twenty (20) Articles of the 1874 Constitution and the subsequent amendments to the Arkansas Constitution. State statutes may also be accessed on the Internet at the Arkansas State Legislature's website at www.arkleg.state.ar.us.

DEFS_083304

LEGAL ASSISTANCE & ELECTION LAWS

**Exhibit B**

A statutory citation to the official Arkansas Code is, for example, "Arkansas Code § 7-1-101." "Ark. Code Ann." or "A.C.A." is often used for "Arkansas Code Annotated," meaning "with annotations" or background notes.  The notes following each citation are useful in tracing the history of the statute, including when the original act was passed by the legislature.

The Secretary of State has designated staff members who are knowledgeable of election laws and are available to aid candidates and their agents in filing for election.  In addition, the State Board of Election Commissioners considers its duty to train election commissioners and poll workers to extend beyond the formal sessions it provides and stands ready at any time to answer questions regarding the procedures found in this book. *[A.C.A. §§ 7-1-106; 7-4-106; 7-4-101(f)(2)*

12

DEFS_083305

COUNTY BOARD OF ELECTION COMMISSIONERS

**Exhibit B**

## SELECTION AND TERMS

### Composition

Each of the seventy-five (75) counties in the State of Arkansas has a three-member county board of election commissioners responsible for conducting all elections within its respective county.

The membership of the county board is as follows:
- Two (2) members elected by the County Committee of the majority party; and
- One (1) member elected by the County Committee of the minority party.

Currently, the Republican Party is the majority party, and the Democratic Party is the minority party. *[A.C.A. § 7-4-102(a)]*

### Term of Office

Members of the commission are elected by their respective county committees in January of each odd-numbered year following the election of county committee officers. *[A.C.A. § 7-4-102(a)]*

Each member of the county board of election commissioners serves at the pleasure of his or her respective county committee for a term of two (2) years. *[A.C.A. § 7-4-102(e)]*

The county committee shall elect a new member within forty-five (45) days of a vacancy. If the committee fails to elect a new member the state chair of the appropriate party shall appoint a new member to the county board. *[A.C.A. § 7-4-102(2)(A), (B)]*

A political party's county committee may remove a commissioner by majority vote of the county committee. *[A.C.A. § 7-4-102(e)]*

### Chair of County Board

The county board of election commissioners meets in an organizational meeting by February 28 in odd-numbered years to elect one (1) member to serve as chair. *[A.C.A. § 7-4-105(a)]*

Any of the three (3) members of the county board may be elected to serve in the capacity of chair.

The chair serves until a board is elected by the respective county committees in January of odd-numbered years and an organizational meeting is held. The chair may serve successive terms. *[Attorney General's Opinion #2013-023]*

### Vacancy

A vacancy on the county board is filled by election of a new member by the appropriate county committee within forty-five (45) days of the vacancy. *[A.C.A. § 7-4-102(f)]*

If the vacancy is not filled by the forty-five (45) day deadline, the state chair of the appropriate party must appoint a new member to the commission. *[A.C.A. § 7-4-102(f)]*

DEFS_083306

COUNTY BOARD OF ELECTION COMMISSIONERS

**Exhibit B**

## Qualifications

To serve on the county board of election commissioners, a commissioner **must**:

- Be a qualified elector of the state (see the definition on page 8); *[A.C.A. § 7-4-109(a)(1)]*
- Be able to read and write the English language; *[A.C.A. § 7-4-109(a)(1)]*
- Be a resident of the county that he or she serves at the time of his or her election or appointment by the state party chairmen; *[A.C.A. § 7-4-109(b)]*;
- Attend election training conducted by the State Board of Election Commissioners prior to a regularly scheduled preferential primary election; and *[A.C.A. § 7-4-109(e)(1)]*
- Attend additional interim training, if deemed necessary and appropriate by the State Board. *[Rules for County Election Commissioners Training §703]*

## Disqualifications

**Generally:**

To serve on the county board of election commissioners, a commissioner **MUST NOT:**

- Be the Chair or Secretary of a county political committee;
- Have been found or pled guilty or nolo contendere to the violation of an election law of this state; *[A.C.A. § 7-4-109(a)(1)]*
- Be a paid employee of a political party; *[A.C.A. § 7-4-109(c)(1)]*
- Be a paid employee of a candidate for office on the county's ballot; *[A.C.A. § 7-4-109(c)(1)]*
- Be married to or related within the second degree of consanguinity to a candidate running for office in the election, if objection is made within ten (10) days after the list of officials is posted. *[A.C.A. § 7-4-109(d)]*
- Be married to a chairman of a county political party or another county election commissioner, if objection is made within seven (7) days after the list of officials is posted, and *[A.C.A. § 7-5-202(a)(2) as amended by Act 448 of 2021]*
- Be a candidate for an office to be filled at an election while serving on the county board. A member of the county board is not disqualified from serving on the county board by merely appearing on the ballot as a candidate for a position in his or her political party (i.e., a county committeeman). *[A.C.A. § 7-4-109(a)(2)(3)]*

**Participation in Campaigns:**

A person serving on the county board **MUST NOT** participate in the campaign of any candidate listed on a ballot or of a write-in candidate seeking election in that county that falls under the county board member's jurisdiction or authority. *[A.C.A. § 7-4-109(c)(2)(A)]*

Specifically, a member of the county board **MUST NOT**:

- Manage a campaign;
- Perform labor for a campaign;
- Solicit on behalf of a candidate or campaign;
- Pass out or place handbills, signs, or other literature concerning a candidate's campaign;
- Assist a candidate's campaign at a rally or parade; or
- Display candidate placards or signs on an automobile**.**
  *[A.C.A. § 7-4-109(c)(2)(B)(i), and Attorney General's Opinion No. 2015-126]*

DEFS_083307

COUNTY BOARD OF ELECTION COMMISSIONERS

**Exhibit B**

- Serve as a poll worker or poll watcher on behalf of an individual candidate, political party, or ballot initiative. *[A.C.A. § 7-5-904]*

A member of the county board **may**:
- Be a paid employee of a School District
- Make a financial contribution to a candidate;
- Attend a political party's state, district, or county meeting where a candidate or issue advocate speaks as a member of the audience; or
- Participate in a political party convention.
  *[A.C.A. § 7-4-109(c)(2)(B)(ii)]*

**Paid Employee of School District:**
County board of election commissioners are allowed to be a paid employee of any school district holding a school election in the county

**Conflicting Employment:**
To be eligible for consideration for election by a county committee to a position on the county board of election commissioners, the candidate cannot be employed with a company having any business dealings, contracts, or pending contracts with the county board to which he or she is seeking election. *[A.C.A. § 7-4-109(c)(3)]*

# REQUIRED FINANCIAL DISCLOSURE

## Disclosure by Member of a County Board of Election Commissioners

Every member of the election commission must report to the Secretary of State by January 31 of each calendar year any goods or services sold during the previous calendar year by the commissioner, the commissioner's spouse, or any business in which the commissioner or the commissioner's spouse owns more than ten percent (10%) of stock having a total annual value of more than one thousand dollars ($1,000) to the state, county, municipality, or school district. A reporting form has been created by the Secretary of State. *[A.C.A. § 7-4-119 and the Arkansas Secretary of State's Rules for Financial Disclosure by Members of County Boards of Election Commissioners]*

DEFS_083308

COUNTY BOARD OF ELECTION COMMISSIONERS

**Exhibit B**

This Page Intentionally Blank

16

DEFS_083309

COUNTY BOARD OF ELECTION COMMISSIONERS

**Exhibit B**

## County Election Commission/County Committee Chairman

_____County

**Please check one (1) of the following:**

___    Democrat member of the County Board of Election Commissioners **(OATH IS REQUIRED)**

___    Republican member of the County Board of Election Commissioners **(OATH IS REQUIRED)**

___    Third Member of the County Board of Election Commission **(OATH IS REQUIRED)** **(selected by the county committee of the majority party at the same time as the election of party officers.  Act 559 of 2007).**

**Please check if you are the:**

___ Chairman, County Board of Election Commissioners (this position is elected by a quorum of County board of election commissioners 7-4-105) **NO ADDITIONAL OATH NECESSARY**

**OATH**

**State of Arkansas**

**County of _____**

I, _____, do solemnly swear (or affirm) that I support the
(PLEASE PRINT)
Constitution of the United States and the Constitution of the State of Arkansas, and that I will faithfully discharge the duties of the aforechecked, upon which I am now about to enter for the term beginning _____ and ending _____.

_____
Signature

_____
Mailing Address

_____
City                                    State              Zip Code

_____
Home phone                     Work phone

_____
Fax                                    E-Mail address

Subscribed and sworn to before me, County Clerk in and for the County of_____
on this _____ day of _____, 20____.

_____
Signature of County Clerk

### COUNTY COMMITTEE CHAIRMAN

**Please list the name, address, and phone number of the individual that is:**

**____Republican                    ____Democrat**

**Name _____          Phone number _____**

**Address _____**

Please file the original document oath with your County Clerk and a duplicate with the Secretary of State at following
Address:   Arkansas Secretary of State, Election Division, Room 026 State Capitol, --- Little Rock, AR  72201

17

**DEFS_083310**

COUNTY BOARD OF ELECTION COMMISSIONERS

**Exhibit B**

## **Oaths**

The oath is filed with the county clerk and a duplicate must be forwarded to the Secretary of State.
*[A.C.A. § 7-4-102(b)]*

A courtesy copy of the oath may also be provided to the State Board of Election Commissioners. Reference materials will be sent to the new commissioner upon receipt of the oath by the State Board of Election Commissioners.

18

DEFS_083311

COUNTY BOARD OF ELECTION COMMISSIONERS

**Exhibit B**

## CONDUCTING CBEC MEETINGS

### Notification

The chair of the county board of election commissioners must notify each member of the county board of all meetings. *[A.C.A. § 7-4-105(b)]*

### Quorum

Two (2) members of the county board of election commissioners shall constitute a quorum. *[A.C.A. § 7-4-105(a)]*

### Voting

Each member of the county board of election commissioners has one (1) vote, and two (2) concurring votes shall decide any questions before the county board, unless a unanimous vote is otherwise required by law. *[A.C.A. § 7-4-105(a)]*

### Public Meetings/Freedom of Information Act

When official business is conducted in any meeting of two (2) or more members of the county board of election commissioners, the meeting must be public and held pursuant to the Freedom of Information Act of 1967 according to Ark. Code Ann. § 25-19-101 et seq. *[A.C.A. § 7-4-105(b)]*

The County Board of Election Commissioners must provide at least two (2) hours notice of a public meeting to the representatives of the newspapers, radio stations, and television stations in the county and any news media from outside the county which request notice in advance.  The SBEC also recommends providing notice to any other interested persons or organizations who request to be notified of your meetings.

Public meetings under the Arkansas Freedom of Information Act includes any meeting in which official actions are taken or matters are discussed on which it is foreseeable that action will be taken by CBEC in the future.  In short, if two members are going to discuss matters related to an election, it must be in a public meeting.  Public meetings include without limitation:

- Drawing of ballot position;
- Certification of ballots;
- Selection or alteration of location or boundaries of precincts or polling sites;
- Designation of election officials;
- Election day;
- Correction of errors or omissions of ballots;
- Canvassing and certification of election results;
- Canvassing and certification of a recount; and
- Public testing of voting systems

All public meetings must be recorded.  Recordings can be sound only, video recordings with sound, or a digital or analog broadcast capable of being recorded.  These recordings must be retained for at least (1) year and must be in a format that may be reproduced.

DEFS_083312

COUNTY BOARD OF ELECTION COMMISSIONERS

**Exhibit B**

## Minutes

The county board of election commissioners must keep minutes of all meetings when official business is conducted and must file the minutes with the county clerk no later than one hundred twenty (120) days after the meeting or within ten (10) days of the next meeting, whichever date is sooner. *[A.C.A. § 7-4-105(b)]*

The county board must maintain a public record of all expenditures made and funds received by the county board. *[A.C.A. § 7-4-113]*

## Compensation

Each member of the county board of election commissioners receives for services not less than twenty-five dollars ($25) per public meeting when official business is conducted. The county board shall not receive compensation for election duties after the election until election results have been certified and delivered to the Secretary of State. *[A.C.A. §§ 7-4-111(b); 7-5-701(c)(3)]*

Individual counties <u>may</u> pay election commissioners for performing various election-related tasks outside a public meeting. [*Attorney General's Opinion No. 2016-040*]

20

DEFS_083313

COUNTY BOARD OF ELECTION COMMISSIONERS

**Exhibit B**

# CYBER HYGIENE INFORMATION

As election officials, understanding the basic do's and don'ts of cybersecurity is an ever-increasing component of ensuring the integrity of the election process. No matter the role you play, knowing the best practices to follow when dealing with sensitive information can improve both internal and external confidence in the election process. Below is a list of best practices to follow and bad practices to watch out for.

## DO'S:

1. **Educating on Best Practices**
   - Teaching employees and election official about basic cybersecurity goes a long way in preventing possible exploitation of the system. There are many free training resources available such as https://www.cisa.gov/cybersecurity-training-exercises that would be beneficial to any employees that have a hand in the election process.

2. **Better Passwords**
   - Anniversary? Birthday? Mother's Maiden Name? Family Pet? It may be easier to guess your password than you might think. These days there are many programs available containing complex programming that allow people to decode your password in mere minutes. Most cybersecurity firms suggest using a long password of at least 8 characters with a mix of numbers, symbols, capital, and lower-case letters.

3. **Secure Wi-Fi Networks**
   - Although it may seem obvious that a company would have a secured and encrypted Wi-Fi network, Covid has presented new challenges to keeping people safe on the internet. With the introduction of more and more jobs offering work from home options, it is now more important than ever to make sure that these employees have secured and encrypted Wi-Fi networks to connect to at home.

4. **Computer Virus Prevention**
   - Never underestimate the value of having good anti-virus and anti-malware installed. It is always helpful to have an extra layer of protection even for the most careful employees.

5. **Physical Devices**
   - Cybersecurity isn't solely contained to the internet. Securing your physical devices is just as important as what you do when you're on them. Simple ways such as locking office doors and having any written password information stored in locked drawers can prevent a plethora of problems.

6. **When in Doubt, Err on the Side of Caution**
   - Does an email look suspicious to you? Don't click on it. Is there an ad on a site that looks too good to be true? Don't click on it. If you are ever weary of whether something is a scam or not, simply do not engage with it.

21

COUNTY BOARD OF ELECTION COMMISSIONERS

**Exhibit B**

## DON'TS:

1. **Sharing Login Credentials**
   - ➢ This seems like an obvious piece of information, but many people don't seem to understand the importance of keeping your password information private. Do you reuse your password, even with slight variations? Well, giving out your password to something that seems nonconsequential now gives someone the possibility of gaining access to more sensitive information.

2. **Obsolete Software**
   - ➢ Would you be surprised to learn that many cybersecurity breaches happen due to outdated software? Knowing how to check and keep your software up to date is an important step in keeping your information secure.

3. **Email Inattentiveness**
   - ➢ Some phishing scams can mirror actual companies you interact with quite well. Always check the email the information is coming from to make sure that is a reputable company. Often times there is only a slight variation from the phishing email to the actual company email. Staying alert and being hesitant about what you click on can help prevent successful phishing campaigns.

4. **Oversharing Online**
   - ➢ Have you ever played a game online through a social media site like Facebook? Most of the time to play these games, the application will request access to your profile information. As innocent as it seems, this can be a target for hackers to gain access to your account. This can happen even if the social media site itself takes good security measures.

5. **Cross Network Connections**
   - ➢ You may have a secured and encrypted network at the office and, if you work from home, then you may have one at your house as well but are these the only places that you connect to? Using the laptop you use to work from home while connected to an unsecure network like at a local coffee shop can allow hackers access to your information. Never connect to an unsecured network and, in most cases, it is best to keep Wi-Fi connections turned completely off when not in use.

6. **No Plan of Action**
   - ➢ One of the main goals of those trying to breach cybersecurity measures is to cause disruption. Is the only copy of that file you have on one computer? Not knowing what you will do in the event that your information is stolen can contribute to the disarray. Having an offline file, a paper file, and multiple people in the organization having copies of the online file can reduce the amount of panic that this situation can cause.

22

DEFS_083315

COUNTY BOARD OF ELECTION COMMISSIONERS

**Exhibit B**

# WHAT TO DO IN THE EVENT YOU BELIEVE AN ELECTION RELATED DEVICE OR SYSTEM IS THE TARGET OF A CYBER ATTACK?

- Start by reporting this information to your IT department, the Secretary of State at 501-682-6792 or electionsemail@sos.arkansas.gov, and the State Board of Election Commissioners.   Your IT staff are your first step in combatting information loss due to cybersecurity breaches; however, contacting state officials will assist you in bringing more state and federal resources to aide in resolving your issue.
    - Another organization that plays a big part in the prevention and combating of cybersecurity threats is the Cybersecurity and Infrastructure Security Agency (CISA). They have an incident reporting form that allows users to transmit specifics of a cybersecurity threat directly to the agency.  https://us-cert.cisa.gov/forms/report

# INCIDENT HANDLING OVERVIEW FOR ELECTION OFFICIALS

CHECKLIST FOR REQUESTING ASSISTANCE ON CYBERSECURITY BREACHES

Do you suspect an incident has occurred? Review the checklist below to make sure you are prepared.

- Are you reporting an active incident, or has it already occurred?     □ Active □ Previous

- Has Law Enforcement been contacted?     □ Yes □ No
    - If yes, who?
- Do you have a third-party vendor working with you on this incident?     □ Yes □ No
    - If yes, who? And have they been contacted?
- Do you know where on your network potentially malicious activity was observed?     □ Yes □ No
    - If yes, where?
- Do you believe any systems used to tally or report unofficial election results have been affected?     □ Yes □ No
- Do you have current and historical log data?     □ Yes □ No
- Have any of the devices that are potentially compromised been powered down?     □ Yes □ No
    - If no, please leave the devices powered on until the proper response path can be decided. (NOTE: Unplug the device from the network, but please do not power it down completely.)

DEFS_083316

COUNTY BOARD OF ELECTION COMMISSIONERS

**Exhibit B**

COMMON MISTAKES IN INCIDENT HANDLING

Over the years we have seen mistakes that could have easily been avoided – check out our list and the impact those mistakes can have while handling an incident.

- Mitigating the affected systems before responders can protect and recover data
  - Can cause the loss of volatile data such as memory and other host-based artifacts.
  - Adversary will notice and change tactics.
- Preemptively blocking adversary infrastructure
  - Network infrastructure is fairly inexpensive. Adversary can easily change to new command and control infrastructure so you will lose visibility of their activity.
- Preemptive Password Resets
  - Adversary likely has multiple credentials, or worse, and has access to your entire active directory.
  - Adversary will use other credentials, create new credentials, or forge tickets.
- Failure to preserve or collect log data that could be critical to identifying access to the compromised systems
  - Collect and retain these logs for as long as possible.

24

**Exhibit B**

## TYPES OF ELECTIONS

### Primary Election

A primary election is an election held to narrow the field of candidates for election at any general or special election in this state. *[A.C.A. §§ 7-1-101(30); 7-7-202(a)]*

> The **preferential primary** election in 2022, commonly known as the primary election, is held in May on the Tuesday four (4) weeks before the general primary election. *[A.C.A. §§ 7-7-203(b); 7-8-101]*

> The **general primary** election in 2022, commonly known as the primary **runoff** election, is held on the Tuesday four (4) weeks after the preferential primary election if no candidate received a majority of the votes cast for the office at the preferential primary election. *[A.C.A. §§ 7-7-203(a); 7-8-101]*

> A **nonpartisan primary** is conducted in cities with the city administrator form of government to narrow the field of candidates for those cities' offices in the general election.
> The nonpartisan primary is held on the second Tuesday of August preceding the general election. *[A.C.A. §14-48-109(a)(2)]*

### General Election

The general election is the regularly scheduled biennial election for election of United States, state, district, county, township, and municipal officials and to submit proposed amendments to the Arkansas Constitution or other measures or questions to a vote of the people. *[A.C.A. §§ 7-1-101(16); 7-5-102; 7-5-204(a)]*

The general election is held on the Tuesday after the first Monday in November in every even-numbered year. *[A.C.A. §§ 7-5-102; 14-42-201(a)]*

### General Runoff Election

**County Offices:**
A general runoff election for a county contest is held four weeks after the general election if no candidate received a majority of the votes cast for the county elected office at the general election. *[A.C.A. § 7-5-106(a)]*

**Municipal Offices:**
A general runoff election for a municipal contest is held four weeks after the general election if no candidate received either a majority of votes cast or both a plurality of 40% of the votes cast for the office at the general election and 20% more votes than the second-place candidate. *[A.C.A. § 7-5-106(a)(2)(A)(B)]*

**Tie Votes:**
A general runoff election ("special runoff") is held four weeks after the general election if there is a tie vote for any office except for constable, Governor, Lt. Governor, Secretary of State, State Treasurer, State Auditor, or Attorney General. Tie votes for the state constitutional offices are decided by the General Assembly. Tie votes for constable result in the incumbent

25

holding over in the office or, if there is no incumbent, a continued vacancy in the office that can be filled by the Governor.
*[A.C.A. §§ 7-5-703(c); 7-5-704(b); 7-5-705(b); 14-14-1310(b); Article 6, Section 3 of the Arkansas Constitution; and Article 19 Section 5 of the Arkansas Constitution;]*

## Nonpartisan General Election

The nonpartisan general election is the regularly scheduled biennial election for election of Justice of the Supreme Court, Judge of the Court of Appeals, circuit judge, district judge and prosecuting attorney. *[A.C.A. § 7-10-101(a)]*

The nonpartisan general election is held on the same dates, times, and places as the preferential primary election held in March. *[A.C.A. § 7-10-102(b)(1)]*

## Nonpartisan General Runoff Election

The nonpartisan general runoff election is held on the same date and at the same times and places as the November General Election if no candidate received a majority of the votes cast for the office at the nonpartisan general election. *[A.C.A. § 7-10-102(c)(2)]*

## Annual School Election

The school election is the regularly scheduled election held annually for the election of school board positions and to submit an annual proposed rate of tax for the maintenance and operation of schools and the retirement of indebtedness to a vote of the people. *[Article 14, § 3 of the Arkansas Constitution, as amended by Amendments 1, 11, and 40; Attorney General's Opinion No. 96-380]*

The annual school election in 2022 will be held on the same date as either the preferential primary or the general election. In 2023 the annual school election will be held on the second Tuesday in May or the second Tuesday in November. The School's decision between which election date to use must be made at least 100 days before the first day of the respective filing period for the preferential primary. Otherwise, the election will be the same as the prior year. *[A.C.A. § 6-14-102(a)(1) as amended by Acts 610 of 2021]*

## School Runoff Election

If no candidate received a majority of the votes cast for the office or if a tie vote exists, a runoff election is held in the district four (4) weeks after the date of the annual school election. *[A.C.A. § 6-14-121(a)]*

## Special Election

A special election is any specially scheduled election to fill vacancies or to approve any measure. *[A.C.A. § 7-1-101(16)]*

For the various dates on which special elections may be held, see the SPECIAL ELECTIONS section of this manual beginning on page 121.

DEFS_083319

## VOTING SYSTEMS

### Types

A county's voting system must consist of voting equipment selected for use by the Secretary of State, examined and approved by the State Board of Election Commissioners, and chosen by resolution of the county's quorum court. *[A.C.A. §§ 7-5-301, 7-5-503, 7-5-606]*

A county's voting system may consist of:

- Voting machines with at least one (1) voting machine per poll accessible to voters with disabilities and paper ballots for provisional voting and machine malfunction only;
- Paper ballots with an electronic vote tabulating device at each poll and at least one (1) voting machine per poll accessible to voters with disabilities;
- Paper ballots with an electronic vote tabulating device at a central counting location and at least one (1) voting machine per poll accessible to voters with disabilities; and
- Paper ballots counted by hand and at least one (1) voting machine per poll accessible to voters with disabilities.

### Voting Machines

A combination of an electronic marking device (usually a touchscreen that displays an electronic ballot) and an electronic vote tabulating device either at the precinct or at a central counting location) is considered to be a voting machine. *[A.C.A. §§ 7-1-101(42)]*

**Voter-Verified Paper Audit Trail:**
All voting machines in use must include a voter-verified paper audit trail. *[A.C.A. §§ 7-5-301(b)(1); 7-5-532(c)(1)]*

**Overvotes:**
An overvote occurs when a voter casts votes for more than the maximum allowable number of candidates in a contest or casts votes both for and against a measure to be decided by election.

A voting machine that would permit a voter to overvote his or her ballot must notify a voter of the overvote and allow the voter to change the ballot before the ballot is cast. *[A.C.A. § 7-5-504(9)]*

### Paper Ballot

**Overvote Warning:**
All paper ballots must contain a warning beneath the heading about the consequences of overvoting and instructions on how to correct errors in marking the ballot before it is cast and counted. *[A.C.A. § 7-5-601(e)]*

DEFS_083320

**Exhibit B**

**Electronic Vote Tabulating Devices:**
If a county uses a paper ballot voting system that includes an electronic vote tabulating device at each poll, the device must be programmed to reject overvoted ballots so that the voter has the opportunity to correct the ballot before the ballot is cast. *[A.C.A. § 7-5-604(a)(5)(A), (6)(A)]*

**Central Count/Count by Hand:**
If a paper ballot voting system provides for votes to be counted at a central counting location or by hand at the polling sites, the county board of election commissioners must provide a voter education program to inform voters about the consequences of overvoting and how to correct the ballot before it is cast. *[A.C.A. § 7-5-604(a)(6)(C)]*

## Custody

The county board of election commissioners has complete control and supervision of voting machines and electronic vote tabulating devices at all elections, but the county clerk has supervision of machines and devices used for early voting in the clerk's designated early voting location. *[A.C.A. § 7-5-301(k), (l)]*

The county board is responsible for the proper preparation, use, maintenance, and care of all voting machines and electronic vote tabulating devices during the period of time required for an election. *[A.C.A. § 7-5-301(m)(2)]*

The county board has the care and custody of all voting machines and electronic vote tabulating devices while not in use. *[A.C.A. § 7-5-301(m)(1)]*

# TRAINING

## Mandatory Statewide

The State Board of Election Commissioners is required to train and test county election commissioners and county election coordinators, and coordinate training for poll workers and county clerks or the county clerk's designee before every preferential primary election. *[Act 1051 of 2021]*

In complying with this statutory requirement, the State Board develops and revises training materials every two (2) years following regular legislative sessions to reflect election law changes. The State Board also develops procedures for conducting training, monitoring attendance, and determining the method and amount of compensation for county election commissioners, for county trainers, and for poll workers. *[A.C.A. §§ 7-4-101(f)(2), (3); 7-4-109(e)]*

---

**STATE BOARD RULES AND GUIDELINES ON TRAINING AND COMPENSATION**

The State Board of Election Commissioners' rules for county election commissioners training, rules for poll worker and county clerk training, guidelines addressing training compensation for county election commissioners, and guidelines on training compensation for trainers and poll workers are available on the State Board's website at www.arkansas.gov/sbec.

---

DEFS_083321

**County Election Commissioners:**
The State Board provides each member of the county board of election commissioners with a copy of this comprehensive procedures' manual developed and published by the State Board as a valuable resource and reference guide to assist county boards in fulfilling its statutory duties and its responsibility to conduct fair, orderly, and legal elections.

Each county election commissioner is required to attend training provided by the SBEC prior the preferential primary election. Following this training, the commissioner must take a test covering the essential skills and knowledge associated with being a county election commissioner. If the commissioner passes this test the commissioner will be certified and will be eligible to receive a $300 stipend for having completed the certification program. The commissioner must also serve until the certification of the preferential primary to receive the stipend. A commissioner who does not pass the test will still hold office, however, the commissioner will not receive the $300 stipend.

---

### COMMISSION CHECKLIST

The State Board of Election Commissioners has provided three (3) separate checklists in the Forms & Instructions section in the back of this manual as tools to assist the county election commissions with monitoring timely completion of its various duties and responsibilities during each election process.

---

**County Clerks:**
The law requires that each county clerk or a person designated by the county clerk, attend election training coordinated by the state board prior to the preferential primary election. The SBEC is required to administer the test to the county clerks or their designee; however, the clerk's ability to train his or her personnel is not contingent on the passage of the test. Also, a deputy county clerk, employee of the county clerk, or other worker who will assist with early voting may be trained by the county clerk or the clerk's designee. If the clerk appoints a designee, the clerk will be notified should the designee fail to pass the test. *[A.C.A. §§ 7-4-109(e) as amended by Act 1051 of 2021]*

**Monitors:**
The state board has the authority to appoint election monitors upon proper request to observe election processes. The law requires that each election monitor attend election training coordinated by the state board prior to the preferential primary election for the purpose of being trained, tested, and certified by the State Board. Certified monitors will also receive specific instructions related to their duties prior to serving. *[A.C.A. §§ 7-4-101(f)(6); SBEC Rules for Appointment of Certified Election Monitors § 1004]*

**Poll Workers:**
The State Board's procedure for training poll workers requires, prior to every preferential primary, that each county board designate two (2) qualified electors of its county to attend training conducted by the State Board for the purpose of being trained, tested, and certified by the State Board to train poll workers locally.

DEFS_083322

**Exhibit B**

The law requires that for a regularly scheduled preferential primary election **all poll workers** must have attended training conducted by a State Board-certified trainer. All poll workers must have received the required training within twelve (12) months of the election they are working. *[A.C.A. §§ 7-4-107(b)(2); 7-4-109(e)(1)]*

The State Board provides each trainer with a PowerPoint slide presentation and with the equivalent of six (6) poll worker training guides per poll developed and published by the State Board for distribution to the county's poll workers who attend local training conducted by the county's State Board-certified trainers. Materials related to voting system training may be amended to fit the specific circumstances of a particular county. Training materials containing supplemental procedures not addressed by materials provided by the State Board may also be used. However, if a county wants to use its own materials or make changes to the SBEC training material other than adding local supplemental procedures the county must have prior written approval from the SBEC. [*SBEC Rules for Poll Worker & County Clerk Training § 207*]

The training guides describe poll worker duties and responsibilities on election day and provide sample forms for gathering information on election day for legally required reporting on the conduct of elections. The State Board also provides a variety of Quick Guides for fast and easy reference on handling common election day procedures.

All poll workers must attend the basic training curriculum. If the poll worker passes an examination of essential skills following the training, the poll worker will be eligible to receive a $35 stipend. At least 2 poll workers per poll including the poll supervisor must also receive the advanced training curriculum. If the poll worker passes the examination of essential skills following the advanced training, the poll worker will be eligible to receive a $55 stipend.

## CANDIDATES

For more information on candidate qualification, filing dates and filing procedures see the Running for Public Office handbook produced by the State Board of Election Commissioners.

### Multiple Candidacies

**Allowed:**
A person may run for President/Vice President and the U.S. Senate or U.S. House of Representatives in the same primary or general election. *[A.C.A. §§ 7-8-303(b)]*

**Prohibited:**
A person who files as a candidate for nomination by a political party is ineligible to be the nominee of any other political party for the same office during the primary election or the following general or special election and ineligible to be an independent or write-in candidate for the same office at the general or special election. *[A.C.A. §§ 7-7-204(a); 14-42-206(b)(6)]*

A person who is certified as an independent candidate is ineligible to be a write-in candidate or the nominee of any political party for the same office at the same general or special election. *[A.C.A. § 7-7-204(b)]*

DEFS_083323

A person filing for municipal office may file for only one (1) municipal office during the municipal filing period. *[A.C.A. § 14-42-206(e)]*

A person may not run for more than one (1) state, county, municipal, district or township office if the elections are to be held on the same date. *[A.C.A. § 7-5-111]*

## Political Party Primaries

**Dates:**
The preferential primary for 2022 will be held on May 24, 2022 and will include the party candidates. *[A.C.A. §§ 7-7-203(b); 7-8-201]*

**Filing Period:**
The party filing period is a one (1) week period ending at 12:00 noon on March 1, 2022 and beginning at 12:00 noon seven days earlier. *[A.C.A. §§ 7-7-203(c)(1)]*

**Party Certificate:**
Each candidate must obtain a party certificate signed by the secretary or chair of the state or county committee of the political party, depending on the office sought, that evidences the name and title proposed to be used by the candidate on the ballot, the position the candidate seeks, payment of the fee, if any, and filing of the party pledge, if any, required by the political party. *[A.C.A. §§ 7-1-101; 7-7-301(c)]*

**Filing with the Party:**
The affidavit of eligibility and party pledge, if any, is filed, the filing fee, if any, is paid, and party certificates are issued by the party during regular office hours during the party filing period. *[A.C.A. §§ 7-7-203(c)(2); 7-7-301(a)]*

**Filing with the State or County:**
The party certificate and political practices pledge (if required) must be filed with the Secretary of State or the county clerk, depending on the office sought, during regular office hours during the party filing period. *[A.C.A. §§ 7-1-101; 7-6-102(a)(3); 7-7-203(c)(3)]*

**Certified List of Party Candidates:**
At least seventy-five (75) days before the preferential primary election held in May, the Secretary of State certifies to the various county committees and to all county boards of election commissioners a list of the names of all candidates to be placed on the ballots at the primary who have filed party certificates with the Secretary of State within the time required by law. *[A.C.A. § 7-7-304(a)(1)]*

At least seventy-five (75) days before the preferential primary election held in May, the county clerk certifies to the county committees and county board a list of the names of all candidates to be placed on the ballots at the primary who have filed party certificates with the county clerk within the time required by law. *[A.C.A. §7-7-304(b)(1)]*

DEFS_083324

**Names of Certified Candidates Placed on Ballot:**

The county board of election commissioners places the names of all candidates certified to it by the county clerk and Secretary of State on the preferential primary ballot. The order in which candidate names appear on the ballot is determined by lot at a commission meeting (see p. 55). A candidate who runs unopposed for a position on the county political party committee may be omitted from the primary election ballot. *[A.C.A. § 7-3-104(a)]*

Any candidate who fails to sign and file a political practices pledge (if required) may not be placed on the ballot. *[A.C.A. § 7-6-102(e)(1)]*

**Certification of Results:**

No later than ten (10) days after the preferential primary election, the county board of election commissioners must certify the results of the preferential primary election for county, township, and municipal offices to the county clerk and the county's vote for United States, state and district offices to the Secretary of State. *[A.C.A. §§ 7-7-203(e), (g); 7-7-401(a)]*

If a candidate receives the majority of the votes cast for that office or position, or if the candidate is unopposed, the candidate shall be declared the party nominee and it shall not be necessary for the candidate's name to appear on the ballot at the general primary election. *[A.C.A. §§ 7-7-102; 7-7-304(f)(1)]*

**General Primary Election (Runoff):**

The county board of election commissioners conducts the general primary election only if no candidate receives a majority of the vote, or if there is a tie vote for an office. If a general primary election is necessary, the names of the two (2) candidates of the political party who received the highest number of votes for an office shall be placed on the ballots at the general primary election (runoff). *[A.C.A. §§ 7-7-102, 7-7-202, 7-7-304(f)(2)]*

No later than ten (10) days after the preferential primary election, or if one is held, the general primary election, the county board of election commissioners must certify to the county clerk, the state committees of the political parties and the county committees of the political parties a list of all candidates who were nominated at the primary election for county, township, and municipal offices. No earlier than forty-eight (48) hours, but no later than ten (10) days after the general primary election, the county board of election commissioners must certify the county's vote for United States, state and district offices to the Secretary of State. *[A.C.A. §§ 7-7-203(e)(1), (g)(1); 7-7-309; 7-7-401(a), (c)]*

## City Administrator Form of Government Cities - Nonpartisan Primary

**Filing:**

Candidates pay a $10.00 fee and file a statement of candidacy and a petition with the city clerk not more than ninety (90) days and no later than noon, seventy-five (75) days before the primary election. *[A.C.A. §14-48-109(a)(3)]*

DEFS_083325

**Certification:**

The city clerk certifies the names of candidates who properly file for office to the county board of election commissioners at least seventy (70) days before the election. *[A.C.A. §14-48-109(a)(6)]*

If only one or two candidates file for an office, there is no primary for that office and the county board of election commissioners places the names of the candidates on the general election ballot. If more than two candidates file for an office, the primary is held for that office. The county board of election commissioners certifies the result of the primaries to the city clerk. If a candidate receives a majority of the vote in the primary, that candidate is elected to the office. If no candidate receives a majority of the vote in the primary, the top two vote-getters advance to the general election. *[A.C.A. §14-48-109(a)(7), (8)]*

## New Parties

Parties that file a sufficient Petition for New Political Parties with the Secretary of State by the filing deadline, the following additional or altered dates and deadlines apply.

Nominees of a new political party participating in its first election after certification of a sufficient petition will be chosen by convention to be held no later than 12:00 noon on the date of the Preferential Primary. This convention may be held by any method authorized by party rule and may be held at multiple location or times.

Certificate of Nomination for all candidates must be filed with the appropriate County Clerk or the Secretary of State NO LATER THAN NOON on the date of the preferential primary election *[A.C.A. § 7-7-205(c)*

Political party nominees chosen by convention as authorized by law are certified by the chair and secretary of the convention. *[A.C.A. § 7-7-401(d)(1)]*

## General Election

**Certifying Political Party Nominees:**

At least ninety (90) days before the general election, candidates who were nominated at the primary election, or, in the case of recognized party presidential/vice presidential candidates, for United States, state and district offices must submit a certificate of nomination to the Secretary of State. *[A.C.A. § 7-7-203(h)(1)(B)(i)]*

At least ninety (90) days before the general election, each county political party committee must submit to the county clerk, and the county board of election commissioners, the certified list of its candidates who were nominated at the primary election, for county, township, and municipal offices. *[A.C.A. § 7-7-203(h)(2)(B)(i)]*

**Group Presidential Candidates:**

Presidential candidates of a political group that is not a recognized political party qualify for the general election ballot by filing a petition with the Secretary of State by the first Monday of August before the general election. *[A.C.A. § 7-8-302(5)(B)]*

DEFS_083326

**Exhibit B**

**Independent Candidates:**

*Non-Presidential and Non-Municipal*:

An independent candidate for United States Senate, United States House of Representatives, state, county, township, or district office must file, during the party filing period for the year in which the election is to be held, a political practices pledge, an affidavit of eligibility on a form prescribed by the Secretary of State, the petition on a form prescribed by the Secretary of State under this section, and a notice of candidacy stating the name and title the candidate proposes to appear on the ballot and identifying the elective office sought, including the position number, if any. *[A.C.A. § 7-7-103(a)]*

*Certification*:

Nomination as an independent candidate for election to office without political party affiliation is certified by petition of electors as authorized by law under Ark. Code Ann. § 7-7-103. *[A.C.A. § 7-7-401(e)(2)]*

**Write-in Candidates:**

*United States Senate, United States House of Representatives, State, and District Office*: *[A.C.A. § 7-5-205]*

A write-in candidate for these offices must:

1. File with the Secretary of State the notice of write-in candidacy, a political practices pledge, and an affidavit of eligibility for the office no later than the last day of the party filing period; and

2. Provide written notice to the county board of election commissioners of each county in which the candidate seeks election at least 90 days before the general election.

*County and Township Office:* *[A.C.A. § 7-5-205]*

A write-in candidate for these offices must:

1. File with the county clerk the notice of write-in candidacy, a political practices pledge, and an affidavit of eligibility for the office no later than the last day of the party filing period; and

2. Provide written notice to the county board of election commissioners of each county in which the candidate seeks election at least 90 days before the general election.

**Write-in Votes Not Counted in Certain Elections:**

Votes for write-in candidates cannot be counted in municipal and presidential elections. *[A.C.A. §§14-43-202, 7-5-205 (limiting write-ins to U.S. Senate, U.S. House, state offices, district offices, county offices and township offices)]*

**Municipal Candidates:**

*Filing – Mayor Council Form Nonpartisan Municipal Offices:*

Candidates file a petition, political practices pledge, and an affidavit of eligibility with the county clerk during a one-week period ending 90 days before the general election by noon, unless the city has passed an ordinance setting the filing period to begin twenty (20) days before the preferential primary election and to end at noon on the day before the preferential primary election. For municipalities situated in multiple counties, the candidate files with the

DEFS_083327

county clerk of the county with the highest population of the municipality, and the county clerk certifies the candidate to the other counties. *[A.C.A. §§ 14-42-205; 14-42-206(b), (d)]*

### Filing – City Manager Form:
Candidates file petition with the city clerk or recorder not more than 102 nor less than 81 days before the general election by noon. *[A.C.A. §14-47-110(a)(2)]*

### Certification – City Manager Form:
The city clerk certifies the names of candidates who properly file for office to the county board of election commissioners at least 75 days before the election. *[A.C.A. §14-47-110(a)(3)(D)]*

### Filing – City Administrator Form:
Candidates file petition for nomination not more than 90 or less than 75 days before the general election by noon. *[A.C.A. §14-48-109]*

## Certification of Nominees:
At least seventy-five (75) days before each general election, including the nonpartisan general election held in May, the county clerk of each county must certify to his or her county board a full list of all candidates to be voted for in the county at the general election. *[A.C.A. § 7-5-203(b)(1)]*

At least seventy-five (75) days before each general election, including the nonpartisan general elections held in May, the Secretary of State must certify to all county boards full lists of all candidates for all federal, state and district offices to be voted for in their respective counties at the general election. *[A.C.A. § 7-5-203(a)(1)]*

## Nonpartisan General Election and Runoff

### Filing:
Nomination as a nonpartisan candidate for Justice of the Supreme Court, Judge of the Court of Appeals, circuit judge, district judge, or prosecuting attorney is considered certified upon the candidate's filing with the Secretary of State a political practices pledge and either paying a filing fee or upon determination that sufficient signatures were obtained by petition. *[A.C.A. §§ 7-6-102(a)(5), (6); 7-7-401(e)(1); 7-10-103(b), (c)]*

### Write-in Candidates for Justice of the Supreme Court, Judge of the Court of Appeals, Circuit Judge, District Judge, or Prosecuting Attorney:
A write-in candidate must give written notice to the county board of election commissioners of each county in which the candidate seeks election and file with the Secretary of State the notice of write-in candidacy, and a political practices pledge for the office no later than eighty (80) days before the Nonpartisan General Election. *[A.C.A. § 7-10-103(d)]*

### Certification to the Election Commission:
Candidates for Justice of the Supreme Court, Judge of the Court of Appeals, circuit judge, district judge, or prosecuting attorney are certified to the county board of election commissioners by the Secretary of State in the same manner and on the same dates as political

party candidates for the primary and, if there is a runoff, in the same manner and at the same time as candidates for the general election.

## Annual School Election

### 2022 Candidate Filing:
A candidate for school district board of directors may appear on the ballot by filing a petition during a one-week period ending August 10, 2022 before a school election held in November. The party filing period for the school election held in May is the one week period ending on March 1, 2022.. *[A.C.A. § 6-14-111(e)]*

A write-in candidate must file a notice of candidacy during the party filing period in order to have votes for the candidate counted. *[A.C.A. § 6-14-111(g)]*

### Certification:
The county clerk of the county where the school district is domiciled must certify to all of the affected county boards the names of all candidates who have filed a proper petition and all write-in candidates for each school district on the day after the filing deadline. *[A.C.A. § 6-14-111(i)]*

## Special Elections to Fill Vacancies in Office

The entity calling the special election (usually the Governor or a city council) must include in the calling document (usually a proclamation or ordinance) the dates of the special election and any associated special primary, filing periods, and certification deadlines. *[A.C.A. § 7-11-102]*

## Candidate Withdrawal and Death

### Notice of Withdrawal:
The notice from a candidate of his or her desire to withdraw must be in writing, signed by the candidate, and acknowledged before an officer authorized to take acknowledgements.
*[A.C.A. §§ 7-5-203(a)(2), (b)(2); 7-7-304(a)(2), (b)(2)]*

### Withdrawal Before the Certification Deadline/Not Placed on Ballot:
If a candidate dies or notifies the Secretary of State or county clerk, depending on the election, of his or her desire to withdraw as a candidate for the office or position, the candidate shall not be certified and shall not be placed on the ballot. *[A.C.A. §§ 7-5-203(a)(2), (b)(2); 7-7-304(a)(2), (b)(2)]*

### Withdrawal After the Certification Deadline/Votes Counted:
Votes received by a candidate whose name appeared on the ballot and who withdrew or died after the certification of the ballot are counted. *[A.C.A. §§ 7-5-315(b)(1); 7-7-304(c)(1)]*

### Withdrawal from Municipal or County Runoff:
If one of the two runoff candidates withdraws before certification of the result of the general election, the remaining runoff candidate is declared elected and there is no runoff.
*[A.C.A. § 7-5-106(d)]*

36

**Withdrawal from Annual School Election Runoff:**
If one of the two runoff candidates withdraws before certification of the result of the annual school election, the remaining runoff candidate is declared elected and there is no runoff. *[A.C.A. § 6-14-121(c)]*

## Vacancy in Nomination

If a candidate for a party's nomination withdraws or dies after certification but receives enough votes at the primary election to win the nomination, there is a vacancy in nomination. *[A.C.A. § 7-7-304(c)(2)]*

If a candidate for a party's nomination withdraws or dies after certification but receives enough votes to advance to the primary runoff election, the person's name must be placed on the primary runoff election ballot. *[A.C.A. § 7-7-304(c)(3)]*

If the candidate who withdraws or dies receives enough votes to win the primary runoff election, there is a vacancy in nomination. *[A.C.A. § 7-7-304(c)(4)]*

If there is a tie vote in a general primary (runoff) there is a vacancy in nomination and the vacancy will be filled by convention. *[A.C.A. § 7-7-104(b)]*

**Filling a Vacancy in Nomination:**
Vacancies in nomination may be filled by a political party only if the vacancy resulted from the death or withdrawal due to illness of a candidate who won the preferential primary, a tie vote in the general primary or if a candidate who won the preferential primary withdraws due to moving out of the jurisdiction or filing for another office. *[A.C.A. § 7-7-104(b), (c)]*

If the vacancy in nomination is due to death, illness, moving or filing for another office, the political party may choose to fill the vacancy by convention or special primary called by the Governor. The name of the nominee who is filling a vacancy in nomination shall be immediately certified to the Secretary of State and to the appropriate county board of election commissioners. If the new nominee is not selected in time to file a certificate of nomination with the party at least seventy-six (76) days before the general election, the name of the person who vacated the nomination appears on the ballot and votes for that person count for the replacement nominee **IF** the certificate of nomination is filed at least forty-seven (47) days before the general election. The county board must post notice at the polls to that effect and provide a copy of the notice for the county clerk to send to an absentee voter along with his or her instructions. *[A.C.A. § 7-7-104(d)(2), (f)]*

**Untimely Notification/Vacancy Not Filled:**
If the party fails to notify the Governor within ten(10) days of the occurrence as defined above or if the vacancy in nomination occurs for any reason other than death, serious illness, the candidate's moving out of the area from which elected as the party's nominee, filing for another office, or a tie vote following a general primary election, the vacancy in nomination is not filled. *[A.C.A. § 7-7-104(c)(2) as amended by Act 648 of 2019]*

DEFS_083330

**Exhibit B**

**Holding a Convention:**
When a convention is held to fill a vacancy in nomination, the convention shall occur and be conducted in accordance with respective political party rules after notice is provided by the political party to the Governor. *[A.C.A. § 7-7-104 (b), (e) as amended by Act 648 of 2019]*

**Special Primary Election:**
If within the time prescribed, the party notifies the Governor of its desire to hold a special primary election to fill a vacancy in nomination, the Governor must issue a proclamation within five (5) days calling for the special election.  The special primary election to fill a vacancy in nomination shall occur no earlier than thirty (30) days and no later than sixty (60) days after the filing deadline. *[A.C.A. § 7-7-104(d)(1)]*

## Vacancy in Candidacy for Nomination

A vacancy in candidacy for nomination occurs when an unopposed candidate in a preferential primary cannot accept nomination due to death or when an unopposed candidate in a preferential primary refuses' nomination due to a serious illness. *[A.C.A. § 7-7-106(a)]*

**Filling a Vacancy in Candidacy for Nomination:**
A vacancy in candidacy for nomination may be filled at a convention of the political party in accordance with respective political party rules. *[A.C.A. § 7-7-106 (b), (c) as amended by Act 648 of 2019]*

If the vacancy in candidacy for nomination is filled at a convention of the political party more than sixty-six (66) days before the preferential primary election, the name of the person chosen at the convention to fill the vacancy is placed on the preferential primary ballot instead of the name of the person who vacated the candidacy. *[A.C.A. § 7-7-106(d)]*

The person chosen at the convention of the political party and subsequently elected at the preferential primary election to fill the vacancy in candidacy is declared the nominee.

If the vacancy in candidacy for nomination is filled at a convention of the political party less than sixty-six (66) days before the preferential primary election, the name of the person who vacated the candidacy is placed on the preferential primary ballot. *[A.C.A. § 7-7-106(e)]*

> **Best Practice:**  *The CBEC should post a notice explaining that votes for the person who vacated his or her nomination will count for the new nominee.*

The person chosen at the convention of the political party to fill the vacancy in candidacy is declared the nominee even though the name of the person who vacated the candidacy appears on the preferential primary ballot. *[A.C.A. § 7-7-106(e)]*

If the vacancy in candidacy for nomination is not filled at a convention of the political party before the date of the preferential primary election, a vacancy in nomination exists on the date of the preferential primary election and is filled according to Ark. Code Ann. § 7-7-104, as described on the previous page. *[A.C.A. § 7-7-106]*

DEFS_083331

# Exhibit B

**Vacancy in Election:**

If a candidate withdraws or dies after certification but receives enough votes at the general election to win the election, a vacancy in election shall be declared. *[A.C.A. § 7-5-315(b)(2)(A)]*

If a candidate withdraws or dies after certification but receives enough votes to qualify for a runoff election, the person's name must be placed on the runoff election ballot. *[A.C.A. § 7-5-315(b)(2)(B)(i)]*

If a candidate withdraws or dies after certification but receives enough votes to win the runoff election, a vacancy in election shall exist. *[A.C.A. § 7-5-315(b)(2)(B)(ii)]*


**Filling a Vacancy in Office:**

### State, District, Federal, County and Township:
Vacancies in the U.S. Senate (under some circumstances), state constitutional offices, judicial offices, and prosecuting attorney are filled by appointment of the Governor. *[Amendment 29 of the Arkansas Constitution; A.C.A. § 7-8-102]*

Vacancies for Lieutenant Governor, members of the state General Assembly, and members of the U.S. House of Representatives, and members of the U.S. Senate (under some circumstances) are filled by special election. *[A.C.A. §§ 7-7-105, 7-8-102]*

Except for constable and quorum court, vacancies in county offices are filled by vote of the quorum court. Constable and quorum court vacancies are filled by appointment by the governor. *[A.C.A. § 14-14-1310]*

### Mayor/Council Cities of the First Class:
Vacancies in the office of mayor in cities of the first class with the mayor/council form of government are generally filled by special elections. However, if the remainder of the term is less than one year, the city council may appoint a person to fill the vacancy for the remainder of the term. If the remainder of the term is more than one year, the city council may appoint a person to temporarily hold the position until a special election is held. *[A.C.A. §§ 14-43-304(d), 14-43-401(b), 14-43-412]*

Vacancies in the office of council member in cities of the first class with the mayor/council form of government and less than 20,000 in population are filled by the city council for the remainder of the term. The same procedure applies to such vacancies in cities more than 20,000 in population, except when the remainder of the term is more than one year, in which case the city council may appoint a person to fill the vacancy until a special election is held. *[A.C.A. § 14-43-411]*

Vacancies in all other offices in cities of the first class with the mayor/council form of government are filled by the city council until the next general election. *[A.C.A. § 14-43-412]*

### Cities of the Second Class:
Vacancies in the office of mayor in cites of the second class are filled by the city council or a special election, at the discretion of the city council. *[A.C.A. § 14-44-106]*

DEFS_083332

**Exhibit B**

Vacancies in the office of council member, recorder, treasurer or recorder-treasurer, and marshal in cities of the second class are filled by the city council for the remainder of the term. *[A.C.A. § 14-44-104]*

**Incorporated Towns:**
Vacancies in the office of mayor in incorporated towns are filled by the town council or a special election, at the discretion of the city council. *[A.C.A. § 14-45-103]*

Vacancies in the office of council member and recorder-treasurer in incorporated towns are filled by the town council for the remainder of the term. *[A.C.A. § 14-45-103]*

**City Administrator Cities:**
Vacancies in offices in city administrator form of government cities are either filled by the board of directors for the remainder of the term or by special election, at the discretion of the board. *[A.C.A. § 14-48-115]*

**City Manager Cities:**
Vacancies in the office of director in city manager form of government cities are filled by the board of directors for the remainder of the term. *[A.C.A. § 14-47-113]*

**School Board:**
Vacancies on a school district's board of directors are filled by the board. If the board fails to fill a vacancy after thirty (30) days, the vacancy is filled by the quorum court.*[A.C.A. § 6-13-611(c)(1)]*

## MEASURES AND QUESTIONS

### State

At least seventy-five (75) days before the general election, the Secretary of State shall certify to all county boards of election commissioners, for posting and placement on the ballot, proposed amendments to the Arkansas Constitution and other measures or questions to be submitted to a vote of the people regardless of whether the sufficiency of a petition has been determined or whether challenged in a court of competent jurisdiction. *[A.C.A. § 7-5-204]*

Not less than eighteen (18) days before the general election, the Secretary of State must furnish the county boards a certified copy of the ballot title and popular name of each proposed measure and referred act to be voted upon. *[A.C.A. § 7-9-115]*

### Local

At least seventy (70) days before the general election, the county clerk shall certify the sufficiency of all county initiative petitions to the county board in order to be included on the general election ballot. *[A.C.A. § 14-14-915(b)(3)]*

DEFS_083333

**Exhibit B**

Municipal initiative petitions may be filed as late as sixty (60) days before the election, so the city clerk will certify the sufficiency of those petitions as soon as possible after filing. *[Article 5, Section 1 of the Arkansas Constitution]*


# VERIFICATION OF VOTER REGISTRATION

Voters at the polls and voting Absentee will be required to present specific kinds of photo identification (ID) to verify their voter registration. Voters at the polls who fail to provide a proper photo ID may cast a provisional ballot that can be counted if the voter returns to the county clerk or election commission by noon Monday after the election with their photo ID. Voters must be lawfully registered in that county and have voted on the correct ballot to be considered valid. *[Act 249 of 2021]*

Voters at the polls and voting absentee must present photo identification unless they are residents of a long-term care facility, in which case they may instead present documentation from the administrator attesting to their status in the facility. Uniformed services members and their spouses voting absentee under UOCAVA provisions are not required to provide photo identification. Other civilians voting from outside the United States are required to satisfy the voter identification provisions described below.

The photo identification is a document that shows the name and photograph of the voter; is issued by the United States, the State of Arkansas, the county clerk, or an accredited post educational institution in the State of Arkansas and, if it has an expiration date, expired no more than four years before the election.  In addition, voters may also use the free "For Voting Purposes Photo ID" which can be provided by the county clerk in each county.  For a more detailed explanation of the voter ID rules and their application, please consult the SBEC Rule §801 et. seq. as well as the 2022 edition of the Training Guide and Checklist for Poll Workers.

| STATE BOARD RULES ON VERIFICATION OF VOTER REGISTRATION |
| --- |
| The State Board of Election Commissioners' Rules on the Verification of Voter Registration are available on the State Board's website at www.arkansas.gov/sbec. |

IMPORTANT CAVEAT: A first time voter who registered to vote by mail and who is flagged as having not provided sufficient ID when registering is NOT subject to the Voter ID rules addressed above.  These "Flagged Voters" have a separate requirement established under federal law which require the voter to provide either a current and valid photo id or a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of the voter.  The failure to include this ID will cause the ballot to be made provisional.

DEFS_083334

ELECTION - OVERVIEW

**Exhibit B**

## ABSENTEE AND EARLY VOTING

### County Clerk's Authority

The county clerk has statutory authority over the issuance and receipt of absentee ballot as well as over any early voting conducted by the clerk. *[A.C.A. § 7-5-401(a)]*

The county clerk who conducts early voting must be furnished a suitable room at the county courthouse or other location designated for absentee and early voting. *[A.C.A. § 7-5-401(b)]*

In counties with dual county seats, the county clerk must conduct absentee voting in the courthouse or other room provided by the county and conduct early voting in each county seat if the county clerk conducts early voting under Ark. Code Ann. § 7-5-418. *[A.C.A. § 7-5-401(c)]*

The county board of election commissioners is responsible for counting legally cast absentee ballots and votes cast during early voting.

### Early Voting

**Conduct:**
Except as otherwise provided by law, early voting must be conducted in the same manner as voting on election day. Conduct that is prohibited or restricted on election day is prohibited and restricted on the days that early voting is conducted. *[A.C.A. § 7-5-418(f)]*

**Candidates as Observers at Early Voting:**
A candidate may be present in person at early voting locations only to observe whether or not votes are fairly and accurately cast.  A candidate present as an observer may not challenge voters as a poll watcher during early voting and may speak only to a designated poll worker.

A candidate who is present in person at an early voting location to observe may not speak to voters or disrupt the orderly conduct of the election.

A candidate who is a public official and who is present in person at an early voting location to observe shall not wear on his or her person any uniform, badge, or other apparel or equipment that identifies the candidate as a public official.
*[A.C.A. § 7-5-413(d); SBEC Rules for Poll Watchers, Vote Challenges, and Provisional Voting]*

**Off-Site:**
The county board of election commissioners is responsible for deciding whether to hold early voting at additional polling sites outside the county clerk's office. *[A.C.A. § 7-5-418(b)(1)(A)]*

If the county board votes to hold off-site early voting at one (1) or more conveniently located polling sites on all the days and times required by law for the county clerk, the county clerk may choose not to hold early voting in his or her office. *[A.C.A. § 7-5-418(b)(3)(B)]*

The county board must notify the county clerk of its decision to hold off-site early voting within ten (10) days of its decision. *[A.C.A. § 7-5-418(b)(3)(A)]*

DEFS_083335

The county clerk must notify the county board of his or her decision not to conduct early voting in his or her office within ten (10) days of receipt of the county board's notice of holding off-site early voting. *[A.C.A. § 7-5-418(b)(3)(B)]*

The county board determines, by unanimous vote, the location of off-site early voting polls. *[A.C.A. § 7-5-418(b)(1)(B)]*

Voting locations must adequately allow an early voter to personally and secretly execute his or her ballot. *[A.C.A. § 7-5-418(e)] See Advisory Standards 2015-001 and 2015-002.*

**Dates and Times of Early Voting:**
*Preferential Primary and General Elections:*
For the preferential primary and nonpartisan general elections held in May and for the general and nonpartisan general runoff elections held in November, early voting begins fifteen (15) days before the election from 8:00 a.m. to 6:00 p.m. on Monday through Friday, from 10:00 a.m. to 4:00 p.m. on Saturday, and ends at 5:00 p.m. on the Monday before the election. *[A.C.A. § 7-5-418(a)(1)(A)]*

If off-site early voting is held in addition to early voting conducted by the county clerk's office, off-site voting can take place on any Monday through Friday at any time between the hours of 8:00 a.m. and 6:00 p.m., on any Saturday at any time between the hours of 10:00 a.m. and 4:00 p.m. beginning fifteen (15) days before the election and ending no later than 5:00 p.m. on the Monday before the election. *[A.C.A. § 7-5-418(b)(1)(A)]*

*Other Elections:*
For general primary (primary runoff) elections held in June, general runoff elections held in December and special elections, early voting begins seven (7) days before the election during regular county clerk office hours and ends on the day before the election at the time the county clerk's office regularly closes. *[A.C.A. § 7-5-418(a)(2)]*

If off-site early voting is held in addition to early voting conducted by the county clerk's office, off-site voting can take place on any of the days and times during regular county clerk office hours beginning seven (7) days before the election and ending on the day before the election no later than the time the county clerk's office regularly closes. *[A.C.A. § 7-5-418(b)(1)(A)]*

**Holidays:**
Early voting shall not be held on state or county holidays. *[A.C.A. § 7-5-418(a)(1)(B)]*

**Poll Workers:**
The county board appoints poll workers for any off-site early voting polling site in the same manner as poll workers are appointed for election day. *[A.C.A. § 7-5-418(b)(2)]*

**Public Notice:**
At least eight (8) days before the beginning of early voting for the preferential primary and nonpartisan general elections held in May and the general and nonpartisan general runoff elections held in November; at least ten (10) days before primary runoff elections held in June,

**Exhibit B**

general runoff elections held in December, and any special election; and again at least five (5) days before all elections, the county board must publish in a newspaper of general circulation in the county the places and times for early voting, along with all other public notices required by Ark. Code Ann. § 7-5-202. This notice includes, but is not limited to, the location where lists of appointed election officials can be found and when it is available and directions for filing a written objection to the service of the elected official.  ** *See Sample Notice of Election at www.arkansas.gov/sbec/forms-checklists* *[A.C.A. § 7-5-202(a)(3), (b)(1) as amended by Act 448 of 2021]*

**Voting Machines:**
The county board of election commissioners must place at least one (1) voting machine equipped for use by voters with disabilities at the county clerk's designated early voting location and at any off-site polling locations established by the county board. *[A.C.A. §§ 7-5-413(a)(1); 7-5-418(a)]*

**Ballots, Machines, and Materials:**
All voted ballots, all un-voted ballots, and all election materials at an off-site early voting location must be stored in a secure location in the county courthouse or in a secure location determined by the county board immediately after the poll closes each day that early voting is conducted at the off-site poll. *[A.C.A. § 7-5-418(b)(5)]*

At the close of each day of early voting and when early voting is concluded, the clerk at the county clerk's designated early voting location and poll workers at any off-site early voting poll must secure the voting machines against further voting. *[A.C.A. § 7-5-413(b)]*

After completion of the canvass of early votes cast by voting machines, the machines must be secured and remain inaccessible to voting. *[A.C.A. § 7-5-413(c)(1)]*

## Absentee Voting

**Rejected Absentee Applications:**
The county clerk cannot send an absentee ballot to a voter if the signature on the absentee ballot application is not similar to the voter's signature in the voter registration file. Absentee applications that are rejected by the county clerk for other reasons, and for which the applicant cannot be reached for resolution, will be forwarded to the county board of election commissioners for determination as to whether the applicant is a qualified elector. *[A.C.A. § 7-5-409(a)]*

**Dates:**
Absentee voting begins no later than forty-six (46) days before the preferential primary and nonpartisan general elections held in May, the general and nonpartisan general runoff elections held in November, the annual school election held concurrently with either the preferential primary or the general elections, and any special elections. *[A.C.A. § 7-5-407(a)]*

Absentee voting begins no later than ten (10) days before the general primary (primary runoff) election held in June and the general runoff election held in December. *[A.C.A. § 7-5-407(b)]*

DEFS_083337

# Exhibit B

**Ballots:**
The county board is responsible for providing county clerks with ballots for absentee and early voting as soon as possible and no later than forty-seven (47) days or ten (10) days before an election, as the case may be. *[A.C.A. §§ 7-5-211(c); 7-5-407]*

**Special Runoff Ballots:**
The county board must also prepare a special absentee ballot for qualified electors of this state who are temporarily outside the territorial limits of the United States. This special absentee ballot must be marked "special runoff ballot" and shall permit the absentee voter to vote in the primary runoff election or general runoff election by indicating his or her order of preference for each candidate for each office. *[A.C.A. § 7-5-406(c)]*

The county clerk sends a special runoff ballot and instructions to eligible voters along with the absentee voter's absentee ballot for the primary election and for the general election. *[A.C.A. § 7-5-406(c)]*

There is no special absentee runoff ballot for the runoff election held in November for judges and prosecutors. *[A.C.A. § 7-5-406(c)(1)(B)]*

**Deadlines for Voters to Deliver Absentee Ballots to County Clerk:**
Absentee ballots delivered to the county clerk in person by the voter, by a designated bearer, or administrator, must be received by the close of regular business hours on the Friday before the election to be counted. *[A.C.A. § 7-5-411(a)(3) as amended by Act 973 of 2021]*

Absentee ballots delivered to the county clerk by an authorized agent must be received by 7:30 p.m. on election day to be counted. *[A.C.A. § 7-5-411(a)(2) as amended by Act 973 of 2021]*

Except for absentee ballots of qualified electors outside the United States and of uniformed services personnel serving in active status and their dependents absent from the county due to this service, absentee ballots that are mailed must be received by the county clerk by 7:30 p.m. on election day to be counted. *[A.C.A. § 7-5-411(a)(1)(A)]*

Absentee ballots of qualified electors outside the United States on election day can be counted if the voter applied for the ballot at least thirty (30) days before the election, and the ballot is signed, dated, postmarked, and mailed no later than the day of the election and received by the county clerk no later than 5:00 p.m. ten (10) days after the election. *[A.C.A. § 7-5-411(a)(1)(B)(i)]*

Absentee ballots of active-duty uniformed services personnel will be counted if executed no later than the date of the election (postmark is not required) and received by the county clerk no later than 5:00 p.m. ten (10) days after election day. *[A.C.A. § 7-5-411(a)(1)(B)(ii)]*

Proper absentee ballots mailed in bulk by a hospital or an administrator of a long-term care or residential care facility licensed by the state are counted provided that the appropriate documentation is included, and that the ballots are timely received on election day. *[A.C.A. § 7-5-411(a)(1)(C)]*

DEFS_083338

**Exhibit B**

**Appointing Absentee Election Clerks:**
The county board appoints absentee clerks to process, count, and canvass absentee ballots in the same manner and at the same time that poll workers are selected for election day. The absentee clerks must possess the same qualifications as the poll workers working election day polls. *[A.C.A. § 7-5-414(b)(2)]*

**Public Notice:**
At least eight (8) days before the beginning of early voting for a preferential primary and nonpartisan general elections held in May and general and nonpartisan general runoff elections held in November and at least ten (10) days before primary runoff elections held in June, general runoff elections held in December, and any special elections, the county board must give public notice in a newspaper of general circulation in the county. The notice must include the time and location of the opening, processing, canvassing, and counting of absentee and early voting ballots along with all other public notices required under A.C.A § 7-5-202. It also includes, but is not limited to, the location where a list of appointed election officials can be found and when it is available, and directions for filing a written objection to the service of the elected official.  For counties that begin opening the "outer envelope" prior to election day, the notice must include the date, time and location of the opening. *[A.C.A. §7-5-416(a)(2) as amended by Act 448 of 2021]*

**Verification of Voter Registration in Absentee Ballots**

Absentee voters are required to verify their voter registration when they return their absentee ballot by including a copy of a photo ID which satisfies the requirement of Amendment 51 of the Arkansas Constitution.  See page 41.  Unless otherwise exempted, an absentee ballot which is returned and which does not include the required copy of the voter's photo ID shall be considered a provisional ballot.  Voters who are active duty members of the uniform services of the United States, the United States Merchant Marine, or the spouse or dependent of any such service member, who are absent from the country due to this service are not required to verify their voter registration.  Voter who are a resident of a long-term care or residential care facility licensed by the state of Arkansas are not required to verify their voter registration so long as they provide documentation from the administrator of the faculty attesting that the person is a resident of the facility.

If an absentee ballot is designated as a provisional ballot for lack of a valid photo ID, ,the provisional/absentee ballot may only be counted if the voter verifies their voter registration to the county clerk or county board of election commissions before 12:00 noon on the Monday following the election and there is no other legal basis requiring the ballot to not be counted.  The voter must also be lawfully registered in that county and have voted on the correct ballot.

If a voter's absentee ballot has been made provisional and that voter does not verify his or her voter registration following the election, that provisional absentee ballot will not be counted.

DEFS_083339

**Exhibit B**

## ELECTION PRECINCTS

### Establishing and Altering Precincts by Order

The county election commission establishes precincts and by order may alter the boundaries of existing election precincts and establish new ones. *[A.C.A. §§ 7-5-101(a)(1)(A), (b)(1); 7-7-303]*

Precincts must contain no more than 3,000 registered voters. Precincts that contain more than 3,000 voters must be redrawn at least one hundred twenty (120) days before the next election. *[A.C.A. § 7-5-101, (b)(3)]*

> **Written Description/Map:**
> The order establishing precincts shall contain a written description and map of the boundaries of the precincts that were altered or established and will not be effective until it has been filed with the county clerk. *[A.C.A. § 7-5-101(b)(3)]*

> **Records:**
> Within thirty (30) days after the boundaries of an election precinct are altered or a new election precinct is established, the county clerk shall submit written, printed and digital copies of the map and description to the Secretary of State and the Arkansas Geographic Information Systems Office. *[A.C.A. § 7-5-101(c)(1)]*

> Upon receipt of the changes, the Secretary of State immediately forwards a copy to the Office of the Attorney General, Census State Data Center, and Mapping and Graphics Section of the Planning and Research Division of the Arkansas State Highway and Transportation Department. *[A.C.A. § 7-5-101(c)(2)]*

### Preferential Primary Elections

Election precincts in all political party primary elections are the same as established by the county board of election commissioners for general elections. *[A.C.A. § 7-7-303]*

### Restrictions

A precinct may not be altered, nor can a new precinct be created by the county board of election commissioners less than sixty (60) days before an election, except in the event of an emergency as determined by unanimous vote of the county board of election commissioners. *[A.C.A. § 7-5-101(b)(2)]*

## POLLING SITES

### Designation

The county board of election commissioners must designate a polling site for each precinct. *[A.C.A. § 7-5-101(a)(1)(B)(i)]*

> **Combined Precincts:**
> A polling site may serve two (2) or more precincts or parts of precincts. *[A.C.A. § 7-5-101(a)(1)(B)(ii)]*

DEFS_083340

**Exhibit B**

**Unanimous Vote of County Board:**
Designation of polling sites requires a unanimous vote of the members of the county board that are present at the public meeting, except as provided for school elections in Ark. Code Ann. § 6-14-106. *[A.C.A. § 7-5-101(a)(2)]*

**Joint Primary Elections/Common Polls:**
For primary elections, the county board must establish common polling places for the joint conduct of the primaries of all political parties. *[A.C.A. § 7-7-202(d)]*

**Location:**
The county board must provide voting locations that are accessible to voters with disabilities and must provide reasonable and adequate methods for voters with disabilities to personally and secretly execute their ballots at the polling places. *[A.C.A. § 7-5-311(a)]*

Each county shall provide polling places adequate for the operation of the county's voting system, including without limitation access to a sufficient number of electrical outlets and telephone lines, if necessary. *[A.C.A. § 7-5-301(f)]*

**Vote Centers:**
Vote centers are election day polling sites where a voter from any precinct in the county may vote. Vote centers may be established by the county board of election commissioners, only if authorized by the quorum court. *[A.C.A. § 7-1-113]*

The Secretary of State has promulgated rules relating to the operation of vote centers.
*[A.C.A. § 7-1-113(f)]*

**Changes to Polling Site Locations**
With the exception of odd year school elections, the polling sites for each election are the same as the polling sites for the previous general election unless the CBEC unanimously agrees to alter the polling sites. If the CBEC wishes to make a change to the polling sites this must be completed no less than 60 days prior to a preferential primary or general election and 30 days prior to all other elections. Changes after these deadlines may only be made in the event of an emergency. *[A.C.A. § 7-5-101(d) as amended by Act 1063 of 2021]*

**Notice of Polling Site Change**
NON-VOTE CENTER POLLS: If the CBEC changes the location of a precinct's assigned polling site, the County Clerk must send each registered vter notice of this change no less than 15 days prior to the election unless the election is a school election, the election is a special election, or the emergency arises less than fifteen days prior to the election. In all cases notice must be posted on the polling site which is no longer utilized. *[A.C.A. § 7-5-101(d)]*

VOTE CENTER POLLS: If the CBEC changes the location of a vote center, notice must be posted in a newspaper of general circulation no less than 15 days prior to the election. In addition, the notice must also be posted on the polling site which is no longer utilized. *[A.C.A. § 7-5-101(e)]*

DEFS_083341

**Appeal of a Polling Site Closure**

In the event that the CBEC reduces the total number of Election Day polling sites in a county prior to a preferential primary or general election, this decision may be appealed to the State Board of Election Commissioners. The SBEC is required to rule whether the change is permissible no less than 30 days prior to the election. *[A.C.A. § 7-5-101(d)(4)]*

**ADA Compliance:**

The county boards are responsible for compliance with Ark. Code Ann. § 7-5-311 and with Public Law 98-435, Title II of Public Law 101-336, the Americans with Disabilities Act, and the Help America Vote Act regarding the accessibility of voting locations for voters with disabilities. The Secretary of State's Office may be able to assist with grant funds to meet ADA requirements. Contact the Elections Division for more information.
*[A.C.A. § 7-5-311(d)(1)]*

---

### STATE BOARD ASSISTANCE ON ADA COMPLIANCE

The State Board of Election Commissioners assists local election authorities with the implementation of Title II requirements of the Americans with Disabilities Act and with the Title III requirements of the Help America Vote Act regarding accessibility for voters with disabilities. *[A.C.A. § 7-5-311(b)]*

Before each general election, the State Board sends each county detailed and comprehensive written directives relating to and based upon Title II of the Americans with Disabilities Act guiding county boards of election commissioners in the preparation of forms for evaluating and reporting on the accessibility of the county's polling sites. Based upon information provided by the counties to the State, the State Board compiles a report demonstrating compliance by the county election authorities.

---

### Reduction/No Poll

If there are no opposed races and no other ballot issues to be decided at a primary election, the county board of election commissioners may declare and certify the candidate as elected. *[A.C.A. § 7-7-313]*

In a special election to fill a municipal vacancy, (See, "Annual School and Special Elections section beginning on page 116) when there is only one candidate and no other issues on the ballot, the election commission may declare and certify the candidate as elected as if the candidate had been voted on. *[A.C.A. § 7-11-107(b)]*

### Restrictions

Unless changed by order of the county board of election commissioners, the polling sites for each election are the same as those established for the immediately preceding general election, except

**Exhibit B**

as provided in Ark. Code Ann. § 6-14-106 for school elections (same as last school election). *[A.C.A. § 7-5-101(d)(1)]*

A polling site cannot be changed by the county board less than sixty (60) days before an election, except in the event of an emergency. Notice of a polling site change is posted at the former polling site. Also, notice is mailed by the county clerk to all affected voters except that mail notice is not required for school elections, special elections and emergency changes made within fifteen (15) days of an election. *[A.C.A. § 7-5-101(d)(2), (3) as amended by Act 1063 of 2021]*

# POLL WORKERS, ABSENTEE CLERKS, AND OTHER ELECTION OFFICIALS

Election officials include county election commissioners, poll workers, absentee ballot clerks, persons who perform election coordinator duties, and deputy county clerks or persons assigned by a county clerk to conduct early voting. This section applies to absentee ballot clerks and to those poll workers appointed by a county election commission for election day and early voting when the election commission conducts early voting.

> ***Best Practice:*** *If possible, election officials designated for central count tabulation should represent both the majority and minority parties.*

## Selection/Appointment

The county board of election commissioners must select and appoint a sufficient number of poll workers for each polling site and appoint absentee clerks at least twenty (20) days before the election. *[A.C.A. §§ 7-4-107(b)(1); 7-5-414(b)(1); 7-7-302]*

**Number of Appointed Poll Workers:**
Each polling site must have a minimum of two election clerks, one election judge, and one election sheriff. The election judge shall serve as the poll supervisor. The election judge and sheriff must have attended the advanced training. *[A.C.A. § 7-4-107(b)(2)]*

**Split Shifts:**
A poll worker may be permitted by the county board to work half-day or split shifts at a poll on election day, if the required number of poll workers is always present. *[A.C.A. § 7-4-107(c)]*

**Minority Party Representation:**
The minority party member of the county board shall have the option to designate one fewer poll workers than the majority of poll workers at each polling site, with a minimum of two per poll. Absentee clerks shall be appointed in the same manner.
*[A.C.A. §§ 7-4-107(b)(2)(ii); 7-5-414(b)]*

DEFS_083343

# Exhibit B

**Failure to Agree on Selection:**

If the county party representatives on the county board fail to agree on any poll worker or absentee clerk to fill any election post allotted to that respective party by the deadline for selecting and appointing poll workers and absentee clerks, then the county board appoints the remaining poll workers or absentee clerks. *[A.C.A. § 7-4-107(b)(2)(iii)]*

**EXPLANATORY NOTE:** *For polling places where the minority party member of the county board declines to exercise the option to designate poll workers, the workers are selected by majority vote of the board as a whole. When the minority party member exercises the option to designate poll workers at any given poll, the remaining poll workers at that poll are appointed by majority vote of the county board as a whole.*

**Qualifications:**

To serve as a poll worker or absentee clerk, **he or she must be**:

- A qualified elector of the state (see the definition on page 8); *[A.C.A. § 7-4-109(a)(1)]*

- Able to read and write the English language; and *[A.C.A. § 7-4-109(a)(1)]*

- A resident of the precinct that he or she will serve at the time of appointment, unless it is impossible to obtain qualified poll workers for any precinct, in which case, the county board can, by unanimous vote and upon certification to the county clerk, designate another qualified citizen of the county to serve in the precinct. *[A.C.A. § 7-4-109(b)]*

All poll workers and absentee clerks must attend training coordinated by the State Board of Election Commissioners. *[A.C.A. § 7-4-109(e)(1)]*

**Disqualifications:**

*A poll worker or absentee clerk cannot:*

- Have been found or pled guilty or nolo contendere to the violation of an election law of this state; *[A.C.A. § 7-4-109(a)(1)]*

- Be a paid employee of a political party; *[A.C.A. § 7-4-109(c)(1)]*

- Be a paid employee of a candidate for office on the county's ballot; *[A.C.A. § 7-4-109(c)(1)]*

- Be a candidate for an office to be filled at an election while serving as a poll worker; and *[A.C.A. § 7-4-109(a)(2)]*

- Be married to or related within the second degree of consanguinity to a candidate running for office in the election, if an objection is made to the county board of election commissioners within ten (10) days after the list of officials is posted. *[A.C.A. § 7-4-109(d)]*

- Be the spouse of a member of the county board of election commissioners, or be the county party chairman or their spouse, if an objection is made to the county board of election commissioners within seven (7) days after the list of officials is posted. *[A.C.A. § 7-5-202(a)(2) as amended by Act 448 of 2021]*

DEFS_083344

PRE-ELECTION DUTIES

**Exhibit B**

---

### STATE BOARD CHART ON DEGREES OF CONSANGUINITY

The State Board of Election Commissioners has developed a chart to assist the commissions in determining a poll worker or absentee clerk's degree of relationship to a candidate on the ballot. The chart of Degrees of Consanguinity is provided in the Forms & Instructions section in the back of this manual.

---

**Paid Employee of School District:**
A person serving as a poll worker or absentee clerk may be a paid employee of a school district holding a school election.

### College and High School Students - Special Election Day Program

The county board of election commissioners may conduct a special election day program for college and high school students in one (1) or more polling places designated by the county board according to Ark. Code Ann. §§ 7-4-116 and 7-4-117.

High school and college students participating shall serve as volunteer election pages without compensation. If the student has received poll worker training, he or she may serve in all the same roles as a poll worker.

### Compensation

Poll workers and absentee clerks receive a minimum of the prevailing state or federal minimum wage for holding an election whichever is greater, or a greater amount as may be appropriated. For elections held in 2022, the state minimum wage will be $11.00 per hour. An election official may work as a volunteer without pay if they sign an affidavit stating they do not wish to receive compensation or reimbursement. *[A.C.A. § 7-4-112(a)(c)]*

Poll workers and absentee clerks carrying election materials to and from the polling sites can be paid mileage at the rate appropriated, but not more than the rate prescribed for state employees in state travel regulations. *[A.C.A. § 7-4-112(b)]*

The county board of election commissioners must certify to the county court the per diem of election officials and the mileage of the election officials carrying the returns to the county board for allowance.

---

### STATE BOARD RULES AND GUIDELINES

For state-funded elections, the State Board of Election Commissioners has promulgated rules under the Administrative Procedure Act and developed guidelines for reimbursing election officials. *[A.C.A. § 7-7-201(a)]*

The State Board of Election Commissioners' rules for reimbursement of state-funded election expenses are available on the State Board's website at www.arkansas.gov/sbec.

---

DEFS_083345

## PUBLIC NOTICES

### Written Notices

**Drawing for Ballot Position:**
For the preferential primary election held in March, each county board of election commissioners shall hold a public meeting to draw for ballot position at least seventy-two (72) days before the election. *[A.C.A. §7-7-305(b)]*

> For general elections, each county board of election commissioners shall hold a public meeting to draw for ballot position at least seventy-two (72) days before the election. *[A.C.A. § 7-5-207(c)(1))]*

> For runoff elections, the ballot order for eligible candidates is the same as for the previous election leading to the runoff. *[A.C.A. §§ 7-5-207(c)(3); 7-7-201(d)]*

> The county board must give at least ten (10) days' written notice of the time and place of the meeting to draw for ballot position to the chairs of the county party committees, if the chairs are not members of the county board. *[A.C.A. § 7-7-305(b)(2)]*

**Mailings:**
Except for school, special elections, and emergency poll changes, the county clerk shall mail the notice of a change made in a polling site to each affected registered voter at least fifteen (15) days before the election. Emergency changes to polling places made within the fifteen (15) day window do not require mailing. *[A.C.A. § 7-5-101(d)(3)]*

### Newspaper Publications

**Drawing for Ballot Position:**
The county board of election commissioners must publish the notice of holding a public meeting to draw for ballot position in a newspaper of general circulation in the county at least three (3) days before the meeting. *[A.C.A. §§ 7-5-207(c)(2); 7-7-305(b)]*

**Voting Machine Preparation:**
Before voting, machine preparation can begin, the county board must publish a notice in a newspaper of general circulation in the county stating the time and place voting machines will be prepared for the election and of a time that the machines may be inspected by one representative of each candidate. *[A.C.A. § 7-5-516]*

**Voting Machine Testing:**
The county board must publish a notice of the time and place of the public testing of voting machines at least forty-eight (48) hours before the testing by publication one time in one or more daily or weekly newspapers in the town, city, or county using the voting machines. *[A.C.A. § 7-5-515(c)(2)]*

DEFS_083346

PRE-ELECTION DUTIES

**Exhibit B**

**Electronic Vote Tabulating Device Testing:**
The county board must publish a notice of the time and place of the public testing of electronic vote tabulating devices at least forty-eight (48) hours before the testing by publication one time in one or more daily or weekly newspapers in the town, city, or county using the devices. *[A.C.A. § 7-5-611(b)(1)]*

**Notice of Election:**
At least eight (8) days before the beginning of early voting for the preferential primary and nonpartisan general elections held in May and general and nonpartisan general runoff elections held in November, the county board must publish public notice of the election in a newspaper of general circulation in the county. *[A.C.A. § 7-5-202(a) as amended by Act 448 of 2021]*

At least eight (8) days before primary runoff elections held in May, general runoff elections held in December, and any special elections, the county board shall publish public notice in a newspaper of general circulation in the county. *[A.C.A. § 7-5-202(a)]*

At least five (5) days before all elections, the public notice of the election must be published a second time in a newspaper of general circulation in the county. *[A.C.A. § 7-5-202(b)(1)]*

**Content of Public Notice of Election:**
The public notice of the election shall contain: the date of the election; the hours of voting on election day; the places and times for early voting; polling sites for holding the election in the county; the candidates and offices to be elected; the time and location of opening, processing, canvassing, and counting ballots including absentee and early ballots; the location and date that the list of appointed election officials will be posted and directions for filing a written object to the service of an elected official.   *See example of Notice of Election at www.arkansas.gov/sbec/forms-checklists [A.C.A. §§ 7-5-202(a) as amended by Act 448 of 2021; 7-5-416(a)(2)]*

When a person has properly filed as a write-in candidate the word "write-in" and the office for which the candidate qualified is included in the notice.

**<u>Postings</u>**

**List of Appointed Election Officials:**
At least eight (8) days before the beginning of early voting the county clerk, or county board of election commissioners must post the list of appointed election officials (deputy county clerks or persons assigned by a county clerk to conduct early voting) in a public place in the county clerk's office.

And at least eight (8) days before election day, the county board of election commissioners must post the list of appointed election officials (county election commissioners, poll workers, absentee ballot clerks, persons who perform election coordinator duties) in a public place in its county clerk's office. *[A.C.A. § 7-5-202(b)(2) as amended by Act 448 of 2021]*

DEFS_083347

**Nominations/Amendments/Measures/Questions:**
At least ten (10) days before the general election, the county board must post a list at the door of the courthouse of all nominations, of all proposed amendments to the Arkansas Constitution, and of all other measures and questions required by law to be submitted to the electors. *[A.C.A. § 7-5-206]*

**Polling Site Changes:**
Notice to the electors of a change made in a polling site must be posted at the polling site used in the last election. *[A.C.A. § 7-5-101(d)(3)]*

# BALLOTS

## Unopposed Candidates

**Primary Elections:**
A candidate who runs unopposed for a position on the county committee is omitted from the primary election ballot and the candidate is selected to serve in that position on the county committee in the same manner as if elected at the primary election. *[A.C.A. § 7-3-104(a)(2)(B)]*

When only one candidate qualifies for a particular office or position, the office or position and the name of the unopposed candidate SHALL be printed on the political party's ballot in all primary elections. *[A.C.A. § 7-7-304(d)]*

Unopposed candidates for mayors, governor and circuit clerks, are not listed separately on the primary ballot – the separate listing for those offices is only for the general election. *[A.C.A. § 7-5-207(a)(2)(B)(iv) as amended by Act 448 of 2021]*

**General Elections:**
"Non-Judicial State Elected Officials" are candidates for:  U.S. House, U.S. Senate, Constitutional Offices, State House and State Senate

For general elections, the names of unopposed candidates for the office of mayor, governor, circuit clerk and non-judicial state elected officials are placed on the general election ballot separately and the votes for each contest shall be tabulated as in all contested races. *[A.C.A. §§ 7-5-207(a)(2)(B); 7-5-315 as amended by Act 448 of 2021; 14-42-206(c)(2)]*

All unopposed candidates other than for the offices of mayor, governor, circuit clerk and non-judicial state elected officials can be declared and certified elected without being placed on the general election ballot. *[A.C.A. §§ 7-5-207(a) as amended by Act 448 of 2021; 14-42-206]*

In an election which there are unopposed candidates, other than for the offices of mayor, governor, circuit clerk, and non-judicial state elected officials, the phrase "unopposed candidates" shall appear on the ballot in a place where a voter may cast a vote for all unopposed candidates.  *[A.C.A. § 7-5-207(a) as amended by Act 448 of 2021]*

DEFS_083348

PRE-ELECTION DUTIES

**Exhibit B**

**Ballots – Miscellaneous**

**Quantity of Paper Ballots:**

When a county uses a paper ballot voting system whether counted by hand at the polling site, counted by an electronic vote tabulating device at the polling site, or counted at a central location, the county board must provide a minimum number of ballots for each election precinct equivalent to 1.5 times the number of electors voting **on paper ballots** at the last preceding comparable election, up to a maximum of 105% of the total number of registered voters for the respective precinct. *[A.C.A. § 7-5-602(a)]*

The resulting calculation of 105% of the total number of countywide registered voters represents the **maximum** total number of paper ballots to print for the election for the entire county.

For state-funded elections, the State Board of Election Commissioners has promulgated rules under the Administrative Procedure Act defining election expenses that are eligible for reimbursement and has developed guidelines containing instructions and forms for the counties' use in requesting reimbursement from the State Board.

Among many other items, maximum ballot printing costs for those counties using a voting machine system and maximum allowances for printing special absentee are addressed by State Board rules.

**Ballot Errors or Omissions:**

If errors or omissions are discovered in the preparation of ballots, the county board must hold a public meeting and announce the ballot errors or omissions and immediately correct the error or omission or show cause why the correction should not be done. *[A.C.A. § 7-5-209]*

**Ballot Stubs:**

Paper ballots must be printed with a perforated portion capable of being detached for use as the ballot stub. *[A.C.A. § 7-5-601(b)]*

Ballot stubs must be numbered consecutively beginning with the number 1 so that the number on the last ballot printed shall represent the total number of paper ballots provided for the election. *[A.C.A. § 7-5-601(c)]*

**Recall Elections:**

A question of removal of a person holding an elective office with a four (4) year term in a municipality with a mayor-council form of government must appear on the ballot in substantially the following form: "FOR the removal of (name of officer) .......... from the office of (name of office) ..........", "AGAINST the removal of (name of officer) .......... from the office of (name of office) ..........". *[A.C.A. § 14-42-119]*

DEFS_083349

**Combined Primary and Nonpartisan General Elections:**

The county boards must furnish separate ballots for each political party containing the names of the candidates seeking the political party's nomination, the names of all qualified candidates seeking election to nonpartisan offices (judges and prosecutors) and all measures and questions, if any, to be decided by the voters. *[A.C.A. §§ 7-7-306; 7-10-102(b)(2)]*

In addition to a combined ballot for each political party, a separate ballot containing the names of the candidates seeking election to nonpartisan offices (judges and prosecutors) and all measures and questions, if any, to be decided by the voters must be prepared for voters who do not wish to vote in a primary. *[A.C.A. §§ 7-7-306; 7-10-102(b)(2)]*

**Certified Nominations:**

Except as provided by law for unopposed candidates, all election ballots provided by the county board of election commissioners of any county in this state for any election shall contain in the proper place the name of every candidate whose nomination for any office to be filled at that election has been certified to the county board and shall not contain the name of any candidate or person who was not certified.  *[A.C.A. § 7-5-207(a)(1)]*

## Form of Ballots

**Alike:**

Ballots provided by the county board of election commissioners for an election shall be alike and shall be in plain type, however, different colored ballots may be used at primary elections to distinguish between political parties. *[A.C.A. §§ 7-5-208(a); 7-5-601(a); 7-7-305(a)]*

**Ballot Heading:**

The heading of each ballot shall read: "OFFICIAL BALLOT (description) ELECTION (date),     (year)    Vote by placing an appropriate mark opposite the person for whom you wish to vote." *[A.C.A. §§ 7-5-208(b)(1); 7-5-601(d)(1)]*

If the ballot contains an initiated or referred amendment, act, or other measure, the heading shall also contain these words, "Vote on amendments, acts, and measures by placing an appropriate mark below the amendment (or act or measure) either FOR or AGAINST." *[A.C.A. §§ 7-5-208(b)(2); 7-5-601(d)(2)]*

**Ballot Instructions:**

Paper ballots must contain printed instructions under the heading that inform the voter of the effect of casting multiple votes for an office or measure and how to correct the ballot before it is cast and counted, including instructions on how to correct an error through the issuance of a replacement ballot if the voter was otherwise unable to change the ballot or correct an error. *[A.C.A. § 7-5-601(e)]*

> ***Best Practice:*** *If instructions about the use of marking devices are included on the ballot, please consult with the county clerk to avoid any confusion for absentee voters.*

DEFS_083350

**Exhibit B**

**Marking Areas:**
Ballots must contain a place for marking a vote for a candidate adjacent to and on the same line as the name of each candidate. *[A.C.A. § 7-5-208(d)]*

Below each act, amendment, or other measure to be voted on (except county and municipal measures referred by petition), the words "FOR" and "AGAINST" must be situated one above the other with a place for marking a vote for each act, amendment, or other measure adjacent to and on the same line of each word. *[A.C.A. § 7-5-208(d)]*

The words "VOTE FOR _____" are placed opposite the designation of each office with the number of persons required to fill the office placed in the blank space.  (This will almost always be "VOTE FOR ONE".) *[A.C.A. § 7-5-208(e)]*

**Form of Candidate Names and Titles:**
The Secretary of State must review either political practices pledges, if timely filed, or party certificates if the political practices pledge is not timely filed and certify the form in which the names and titles of candidates filing for federal, state, and district offices will appear on the ballot. *[A.C.A. § 7-7-305(c)(2), (3)(A)]*

The Secretary of State must review the political practices pledges for nonpartisan candidates filing for the office of Supreme Court, Court of Appeals, circuit court, district court and prosecuting attorney and certify the form in which the candidates' names and titles will appear on the ballot. *[A.C.A. § 7-10-103(f)(2), (3)]*

The county boards must review either political practices pledges, if timely filed, or party certificates if the political practices pledge is not timely filed and certify the form in which the names and titles of candidates filing for county, township, school, and municipal office will appear on the ballot. *[A.C.A. § 7-7-305(c)(2), (3)(A)]*

The name of every candidate shall be placed on the ballot in the form certified by either the Secretary of State or the county board. *[A.C.A. §§ 7-7-305(c)(4)(A); 7-10-103(f)(4)]*

If the ballot lacks enough space for the requested title, the county board may substitute an abbreviated title and must immediately notify the affected candidate. *[A.C.A. §§ 7-7-305(c)(3)(B), (C); 7-10-103(f)(3)(B), (C)]*

A candidate is not permitted to change the form in which his or her name will be placed on the ballot after the deadline for filing the political practices pledge. *[A.C.A. §§ 7-7-305(c)(5); 7-10-103(f)(5)]*

DEFS_083351

PRE-ELECTION DUTIES

**Exhibit B**

---

### STATE BOARD GUIDELINES FOR BALLOT NAME CERTIFICATION

The State Board of Election Commissioners has developed guidelines to assist the county boards of election commissioners in reviewing local candidate names and titles according to Ark. Code Ann. § 7-7-305(c).

The State Board's Guidelines for Ballot Name Certification offer guidance on use of given names, nicknames, professional or honorary titles, and titles of elective public offices and are available in the Forms & Instructions Section.

The names of federal, state, judicial, prosecutorial, and district candidates that are certified by the Secretary of State shall be printed on the ballot in the exact form as certified by the Secretary of State.

---

**Listing of Candidate Names:**
The name of each candidate who has been nominated or has qualified as required by law must be listed on the ballot in a perpendicular column under the name of each office to be filled. *[A.C.A. § 7-5-208(c)(1)]*

Presidential and Vice-Presidential nominees are bracketed together on the same ballot as if they were candidates and are listed on the ballot instead of listing the names of presidential elector candidates.

**Order of Names on Ballot:**
The county board must hold a public meeting not less than seventy-two (72) days before the preferential primary and nonpartisan general elections held in March and not less than seventy-two (72) days before the general election held in November and determine by lot the order that the names of candidates will appear on the ballot. *[A.C.A. §§ 7-5-207(c)(1); 7-7-305(b)]*

For runoff elections, the ballot order for eligible candidates shall be the same as for the previous election leading to the runoff. *[A.C.A. §§ 7-5-207(c)(3); 7-7-305(b)]*

> *Best Practice: When determining the order that the names of the candidates will appear on the ballot, ensure that the process is open and transparent by:*
>
> - *publishing the notice of holding a public meeting to draw for ballot position in a newspaper of general circulation in the county at least three (3) days before the meeting as required by law;*
> - *determining the ballot position by randomized selection; and*
> - *announcing the position of each candidate as it is determined.*

**Party Designation:**
Except for a nonpartisan election or nonpartisan municipal election, beside each candidate's name shall be his or her party designation or the term "INDEPENDENT", as the case may be. *[A.C.A. § 7-5-207(d)]*

DEFS_083352

# Exhibit B

**President and Vice President:**
The names of the candidates for President and Vice President are placed together on the ballot along with their political party designation so that the voter casts one vote for President/Vice President instead of voting for each office independently. Although the President and Vice President are actually elected by electors chosen by the winning party or group/independent slate, the names of the candidates for electors do not appear on the ballot. *[A.C.A. § 7-8-302(4)]*

**Write-in Candidates:**
A blank line for the voter to write in a name on the ballot is provided, at the bottom of the list of candidates, only for those positions or offices for which a person has qualified as required by law to be a write-in candidate. *[A.C.A. §§ 7-5-208(c)(2); 7-5-610]*

**Proposed Statewide Measures:**
The ballot title and popular name of each proposed state measure and each referred act are placed on the ballot as certified to the county board by the Secretary of State. *[A.C.A. § 7-9-117(a)]*

The title and popular name must be stated plainly and followed by the words, "FOR ISSUE NO…", "AGAINST ISSUE NO…". *[A.C.A. § 7-9-117(b)]*

Each ballot title must be separate and apart from each other. *[A.C.A. §§ 7-9-117(c)(1); 14-14-917(d)]* Each statewide measure is designated as an issue by the Secretary of State and numbered consecutively beginning with "Issue 1". *[A.C.A. § 7-9-117(c)(2)]*

Each issue, if any, shall be placed on the ballot beginning with constitutional amendments proposed by the General Assembly, followed by initiated constitutional amendments, statewide initiated acts, referred acts of the General Assembly, questions referred by the General Assembly, and other measures that may be referred. *[A.C.A. § 7-9-117(c)(2)]*

**Proposed Local Measures:**
The ballot titles of measures submitted by municipalities, counties, and other political subdivisions are placed on the ballot separate from statewide measures and numbered consecutively for each political subdivision beginning with initiated local measures, followed by referred local measures, and other measures that may be referred. *[A.C.A. §§ 7-9-117(c)(3); 14-14-917(b)(1), (d)]*

*Ballot Format for Proposed County Initiative:*
The ballot title for county initiative shall be stated plainly and followed by the words, "FOR PROPOSED INITIATIVE ORDINANCE (OR AMENDMENT OR MEASURE) NO. _____ ", "AGAINST PROPOSED INITIATIVE ORDINANCE (OR AMENDMENT OR MEASURE) NO. _____." *[A.C.A. § 14-14-917(d)]*

*Ballot Format for Proposed County Measure Referred by Quorum Court:*
The ballot title for a measure referred to the voters of a county by the Quorum Court shall be stated plainly and followed by the words, "FOR PROPOSED REFERRED ORDINANCE (OR MEASURE) NO. _____ ", "AGAINST PROPOSED

DEFS_083353

REFERRED ORDINANCE (OR AMENDMENT OR MEASURE) NO. _____".
*[A.C.A. § 14-14-917(d)]*

### *Ballot Format for Proposed County Measure Referred by Petition:*
The ballot title for a measure referred to the voters of a county by petition shall be stated plainly and followed by the words FOR REPEAL OF THE REFERRED ORDINANCE (OR MEASURE) NO. _____", "AGAINST REPEAL OF THE REFERRED ORDINANCE (OR MEASURE) NO. _____". *[A.C.A. § 14-14-917(d)(1)(B)(ii)]*

### *Ballot Format for Proposed Municipal Initiative:*
The ballot title for municipal initiative shall be stated plainly and followed by the words, "FOR PROPOSED INITIATIVE NO. _____", "AGAINST PROPOSED INITIATIVE NO. _____". *[A.C.A. § 14-55-303(a)]*

### *Ballot Format for Proposed Municipal Measure Referred by Governing Body:*
The ballot title for a measure referred to the voters of a municipality by its governing body shall be stated plainly and followed by the words, FOR REFERRED MEASURE (OR ORDINANCE OR AMENDMENT) NO. _____", "AGAINST REFERRED MEASURE (OR ORDINANCE OR MEASURE) NO. _____". *[A.C.A. § 14-55-303(b)]*

### *Ballot Format for Proposed Municipal Measure Referred by Petition:*
The ballot title for a measure referred to the voters of a municipality by petition shall be stated plainly and followed by the words FOR REPEAL OF THE ORDINANCE NO. _____", "AGAINST REPEAL OF THE ORDINANCE NO. _____". *[A.C.A. § 14-55-303(a)(2)]*


# VOTING EQUIPMENT

## Voting Machines

### Demonstration:
The county board of election commissioners must designate times and places where voting machines shall be demonstrated for instructing voters in their use. Demonstration must be conducted in an accessible public building. *[A.C.A. § 7-5-509(a)(2)]*

The county board must publish notice in a local newspaper at least forty-eight (48) hours before the demonstration. *[A.C.A. § 7-5-509(a)(2)]*

A voting machine cannot be used for instruction once prepared and secured for an election. *[A.C.A. § 7-5-509(c)]*

DEFS_083354

**Exhibit B**

**Preparation:**

The county board is responsible for the preparation, programming oversight, testing, and adjustment of voting machines for the election, including preparation and certification of ballot styles. *[A.C.A. §§ 7-5-512(a); 7-5-515(a)]*

Voting machines must be programmed to reject overvotes. *[A.C.A. § 7-5-515(c)]*

Voting machines must be programmed to allow a voter to enter the name of qualified write-in candidates on the ballot. *[A.C.A. § 7-5-525(b)(1)]*

**Testing:**

*Logic and Accuracy:* As soon as election media is prepared, and at least seven (7) days before early voting begins, the county election commission must test all election media to determine that the voting system has been correctly configured and that the voting system will correctly count the votes cast. *See the Logic and Accuracy certification on page 180 of the Forms and Instructions section.  [A.C.A. § 7-5-515(c)(1)]*

*Public Test*: The county election commission must also conduct a public test. The commission must publish notice of the test in a local newspaper at least forty-eight (48) hours before the test.  The test shall be open to representatives of the political parties, candidates, media, and the public.

The test shall consist of pre-auditing a group of test ballots to predetermine the number of valid votes cast for each candidate and each measure, voting the test ballots on the voting machines, confirming rejection of overvotes, and comparing the results for any discrepancies. The test should include at least one (1) overvoted ballot for each contest to determine if the voting machine will reject the votes.

The county board must determine the cause of any errors detected, correct the problem, and produce an errorless count before approving the machine for use in an election. *[A.C.A. § 7-5-515(c)(D)]*

Once a voting machine has been properly prepared, tested, and examined by candidates or their designated representative, the county board:

- Certifies the accuracy of the voting system by sending a copy of the electronic results to the Secretary of State and filing the test results with the county clerk;
- Seals, retains, and disposes of the ballots and programs used to test the machines as provided by law;
- Makes the voting machine inaccessible to further voting;
- Places any activation device in a sealed package on which is written the serial number and precinct location of the voting machine and the number registered on the protective counter or device, and retains them until turned over for delivery to poll workers; and
- Certifies the number on the protective counter and that all question counters are set at zero (000) for each machine. *[A.C.A. §§ 7-5-515; 7-5-517]*

**Delivery:**

The county board must deliver sufficient voting machines to the poll workers at each polling site and the voting machines must remain inactivated against voting until the polls are formally opened for voting.  Posting of "zero tapes" is required to assist in meeting this requirement. *[A.C.A. §§ 7-5-512(c); 7-5-518(a), (c)(2)]*

## Electronic Vote Tabulating Devices

### Preparation:

The county board of election commissioners must have the electronic tabulating devices used for scanning votes properly programmed and tested before delivery to the election precincts. *[A.C.A. § 7-5-611(a)(1)]*

Electronic vote tabulating devices used to count votes at the polling sites must be programmed to reject ballots containing overvotes. *[A.C.A. § 7-5-604(a)(5)(B), (6)(B)]*

### Testing:

***Logic and Accuracy:*** As soon as election media is prepared, and at least seven (7) days before early voting begins, the county election commission must test all election media from each electronic vote tabulating device to determine that the devices will correctly count the votes cast.  *[A.C.A. § 7-5-611(a)]*

***Public Test:*** The county election commission must also conduct a public test. The commission must publish notice of the test in a local newspaper at least forty-eight (48) hours before the test.  The test shall be open to representatives of the political parties, candidates, media, and the public.

The public test consists of generating a zero printout tape, preauditing a group of test ballots to predetermine the number of valid votes cast for each candidate and each measure for each precinct, scanning the test ballots on the devices, confirming rejection of overvoted ballots, and comparing the results for any discrepancies.

The public test must include at least one (1) overvoted ballot for each contest to test the devices' ability to reject overvotes.

Upon completion of testing, the county board must clear the devices of any votes cast during testing and certify the accuracy of the voting system by sending a copy of the electronic results to the Secretary of State and filing the test results with the county clerk.  *[A.C.A. § 7-5-611(c)]*

**Delivery:**

The county board must have the electronic vote tabulating devices delivered to all election precincts where a device is to be used. *[A.C.A. § 7-5-611(a)(1)]*

DEFS_083356

PRE-ELECTION DUTIES

**Exhibit B**

| |
|---|
| **SECRETARY OF STATE'S**<br>**CERTIFICATION OF LOGIC AND ACCURACY TESTING RESULTS**<br><br>To assist the county board of election commissioners in meeting its statutory certification requirement, the Secretary of State has developed a certification form for the county board's use in certifying the accuracy of its voting machines and for filing the results with Secretary of State and the county clerk as required by law.<br><br>This Logic and Accuracy Testing Results form is provided in the Forms & Instructions section in the back of this manual. |

## ELECTION MATERIALS

### Delivery

**Designee:**
At least one (1) day before any election, the county board of election commissioners must designate a person or persons to whom the county board will furnish ballots and supplies for delivery to poll workers at each poll. *[A.C.A. § 7-5-211(a)]*

The designee may not be an elected official, an elected official's deputy, or a candidate for office. *[A.C.A. § 7-5-211(a)(1)(B)]*

The county board is responsible for the security of the delivered election materials. *[A.C.A. § 7-5-211(b)]*

**Inspection:**
Election materials will vary by county depending upon the type of voting system in use and the type of election being conducted. Election materials should be inspected before opening the polls to ensure that all necessary election materials are available.

### Supplies

Supplies may include:
- Voting booths *[A.C.A. § 7-5-309(b)(1)(A)]*
- Ballots *[A.C.A. §§ 7-5-602; 7-7-305(a)]*
- Ballot boxes *[A.C.A. §§ 7-4-107(a)(3); 7-5-211(a)(2)(A)]*
- Stub boxes *[A.C.A. §§ 7-5-308(a)(3); 7-5-309(b)(3)]*
- Numbered ballot box seals *[A.C.A. § 7-5-211(a)(2)(A)]*
- Election kits
- Magnifiers
- Pens

DEFS_083357

# Exhibit B

- Note Pads
- Thermal printer paper
- Scissors
- One-hundred foot (100') spool of string (for marking electioneering area)
- Tape (for required postings)
- Abandoned Ballot envelopes
- Provisional Ballot envelopes *[A.C.A. §§ 7-5-211(a)(2)(G); 7-5-308(a)(5)]*
- Provisional Voter envelopes *[A.C.A. §§ 7-5-211(a)(2)(G); 7-5-308(a)(6)]*
- Spoiled Ballot envelopes *[A.C.A. § 7-5-602(d)]*
- Envelopes for equipment keys
- Envelopes to seal voted paper ballots *[A.C.A. §§ 7-5-211(a)(2)(E); 7-5-317(a)(4)(A)]*
- Envelopes to seal unused paper ballots *[A.C.A. §§ 7-5-211(a)(2)(E); 7-5-317(a)(4)(A)]*
- Certificate envelopes *[A.C.A. § 7-5-211(a)(2)(E)]*
- Packages for voting machine activation devices *[A.C.A. § 7-5-527(e)(1)]*
- Container with numbered seal for enveloped voted/un-voted paper ballots *[A.C.A. §§ 7-5-317(a)(4)(A); 7-5-614(1)]*
- Election material transport supplies (boxes, envelopes, containers)
- Telephone or cell phone

## Forms

The following forms must be made available to the poll workers at each polling site on election day:

- Precinct Voter Registration List *[A.C.A. §§ 7-5-107(a); 7-5-211(a)(2)(C)]*
- Voter Registration Application forms *[A.C.A. §§ 7-5-211(a)(2)(G); 7-5-305]*
- List of Voters* *[A.C.A. § 7-5-211(a)(2(B)]*
- Notice to Provisional Voters* *[A.C.A. § 7-5-308(c), SBEC Rules on Vote Challenges, Poll Watchers, and Provisional Voting]*
- List of Provisional Voters* *[A.C.A. § 7-5-308(a)(8)]*
- List of Persons Assisting Voters* *[A.C.A. § 7-5-310(b)(5)]*
- Change in Polling Site Authorization Form*
- Spoiled Ballot Affidavit* *[A.C.A. §§ 7-5-602(d); 7-5-609]*
- Voter Complaint Form* *[A.C.A. § 7-5-510]*
- Abandoned Ballot Log* *[A.C.A. §§ 7-5-309; 7-5-522(d)]*
- Poll Workers' Certificate* *[A.C.A. § 7-5-526]*
- Tally sheets (paper ballots counted by hand at poll) *[A.C.A. §§ 7-5-211(a)(2)(D); 7-5-603(1)]*
- Certificates of Election Results (paper ballots counted by hand at the poll, precinct electronic vote tabulating devices) *[A.C.A. §§ 7-5-211(a)(2)(F); 7-5-603(4); 7-5-613(2)]*

DEFS_083358

PRE-ELECTION DUTIES

**Exhibit B**

---

**STATE BOARD FORMS**

The forms listed above that are marked with an asterisk (*) were developed by the State Board of Election Commissioners to assist the county boards of election commissioners with ensuring that its poll workers complete all reporting required by law on election day.

The forms are provided in the Forms & Instructions section in the back of this manual.

---

Additional reference materials that address commonly misunderstood election day procedures are available in the Training Guide and Checklist for Poll Workers and various Quick Guides. The State Board recommends that the Poll Workers keep these Quick Guides handy for reference throughout voting hours.

## Required Postings

The following information must be posted in a conspicuous place at each polling site on election day before opening the polls and remain posted continuously until the polls close:

- Public Notice of the Election *[A.C.A. § 7-5-202(c)(A)]*
- At least two (2) sample ballots marked "SAMPLE" for each ballot style to be used at the poll ** *[A.C.A. § 7-5-202(c)(1)(B)]*
- Clear, written instructions for voting on a voting machine *[A.C.A. § 7-5-512(d)]*
- Two (2) copies of the full text of all measures on the ballot *[A.C.A. §§ 7-5-202(c)(3); 7-9-114(b)]*
- Zero printout tape signed by the poll workers from each voting machine and electronic vote tabulating device at the poll *[A.C.A. §§ 7-5-202(c)(H); 7-5-518(c)(1); 7-5-611(b)]*
- At least two (2) copies of instructions on how to vote, including instructions for fail-safe and provisional voting *[A.C.A. § 7-5-202(c)(D)]*
- General information on federal and state voting rights* *[A.C.A. § 7-5-202(c)(E)]*
- General information on the right of an individual to cast a provisional ballot with instructions on how to contact the appropriate officials if these rights are alleged to have been violated* *[A.C.A. § 7-5-202(c)(E)]*
- General information on federal and state laws on prohibitions on acts of fraud and misrepresentation* *[A.C.A. § 7-5-202(c)(F)]*
- Notice on Electioneering *[A.C.A. §§ 7-1-103(a)(6); 7-1-104(a)(7)]*
- VOTE HERE signs *[A.C.A. § 7-5-202(c)(G)]*
- Americans with Disabilities Act (ADA) signs *[A.C.A. § 7-5-311(d)]*
- Poll Watcher Rights and Responsibilities *[A.C.A. § 7-5-312(f)]*
- List of Registered Voters by Precinct *[Amendment 51 Section 14]*

DEFS_083359

** For polling sites with more than 15 ballot styles and with sample ballots posted to an internet website. The polling site may provide two organized bound volumes of Sample ballots or one bound volume and one organized electronic device that allows voters access to the Sample ballots.

**Posting to Voter View on Secretary of State website**

Sample Ballots are required to be submitted to the Secretary of State's office no later than twenty (20) days before a preferential primary election or general election and no less than ten (10) days before all other elections. *[Act 128 of 2021]*

---

### POSTINGS

The three (3) posters above that are marked with an asterisk (*) provide general information on federal and state voting rights, general information on the right of an individual to cast a provisional ballot, and general information on federal and state laws on prohibitions on acts of fraud and misrepresentation and are legally required to be posted at each poll and are provided to the county boards of election commissioners by the Secretary of State's office according to Ark. Code Ann. § 7-5-202(d).

A Poll Watcher Authorization Form is provided by the State Board in the Forms & Instructions section in the back of this manual. The portion of the Form that describes a poll watcher's rights and responsibilities is required by law to be posted at each polling place.

Although not required by law to be posted, the State Board of Election Commissioners strongly urges posting of a Notice on Electioneering at each poll to enforce electioneering laws and maintain order. A sample Notice on Electioneering that describes actions considered as electioneering, prohibitions on electioneering, and the punishment for violation of electioneering laws was developed by the State Board and is provided in the Forms & Instructions section of this manual.

Also provided is an optional posting for attaching to voting machines that warns the voter against casting the ballot if the voter suspects that he or she may have been issued the wrong ballot as well as an optional posting warning voters and poll workers of the consequences of crossover voting.

---

DEFS_083360

**Exhibit B**

This Page Intentionally Blank

68

DEFS_083361

ELECTION DAY
**Exhibit B**

## POLL WORKER RESOURCES

### Poll Workers' Training Guide/Checklist

A Poll Workers' Training Guide/Checklist was developed and published by the State Board of Election Commissioners for the dual purpose of use by poll workers when attending training and as a tool for poll workers on election day. The guide/checklist is designed to assist poll workers in identifying and completing all tasks legally required of them on election day and to aid them in properly addressing and documenting various situations that may occur throughout election day.

The Poll Workers' Training Guide/Checklist covers:
- Tasks to be completed before opening the poll, during voting hours, and upon closing the poll;
- Necessary supplies;
- Forms to be completed, along with a description of each form's use, and a sample;
- Legally required postings;
- Processing voters, various voting scenarios that may occur, and the legal procedures for fail-safe voting;
- Poll watchers and their rights and responsibilities;
- Assisting voters;
- Spoiled ballots;
- Abandoned ballots;
- Electioneering;
- Exit polls;
- Conflict resolution;
- Closing the poll; and
- Departing the poll.

---

**STATE BOARD'S POLL WORKERS' TRAINING GUIDE/CHECKLIST**

The State Board of Election Commissioners provides each county with the equivalent of six (6) poll workers' training guides per polling site.

The State Board strongly urges the county boards of election commissioners to ensure that at least one (1) poll workers' training guide/checklist is completed throughout election day by the poll workers at each polling site and returned to the county board, along with the other election materials upon closing the poll.

---

DEFS_083362

**Exhibit B**

### Opening the Polls

To open the DS200 ballot tabulators simply unlock and raise the DS200 screen, enter the Election Code when prompted, after the configuration report runs select **Open Polls**. Two zero reports will run automatically.  Commissioners should ensure poll workers have the correct Election Code and know to post one signed zero tape to the wall of the poll.

### Assistance

All three (3) county election commissioners should be available on election day to assist poll workers with any problems that may be encountered.

## POTENTIAL ELECTION DAY PROBLEMS

### Timely Opening of Poll

Poll workers must open the polls at precisely 7:30 a.m. and keep the polls open continuously until 7:30 p.m. *[A.C.A. § 7-5-304(a)]*

### Voting Machine Malfunction

If the poll workers at a polling site notify the county board of election commissioners that a voting machine has malfunctioned, the county board must be prepared to immediately deliver to the poll paper ballots, ballot boxes, replacement voting machines, if available, and any other necessary equipment or supplies required by law for voting. *[A.C.A. § 7-5-513]*

---

**STATE BOARD'S VOTING MACHINE COMPLAINT FORM**

The State Board of Election Commissioners developed a Voting Machine Complaint Form for voters to use to file a complaint about the function of a voting machine.

Poll workers are required under Arkansas law to forward all machine complaint forms to their county boards of election commissioners for investigation. A copy of the complaint must also be submitted to the Elections Division of the Secretary of State's Office.

The State Board's Voting Machine Complaint Form is provided in the Forms & Instructions section in the back of this manual.

---

### Electioneering

**Defined:**

Electioneering is defined as: distributing campaign literature or literature regarding a candidate issue or measures on the ballot; displaying a candidate's name, likeness, or logo; displaying a ballot measure's number, title, subject, or logo; displaying or disseminating buttons, hats, pencils, pens, shirts, signs, or stickers containing electioneering information; disseminating audible

DEFS_083363

electioneering information, soliciting signatures on a petition or contributions. *[A.C.A. §§ 7-1-103(a)(8); 7-1-104(a)(7)]*

**Prohibitions:**
Electioneering of any kind whatsoever is prohibited in the building or within one hundred feet (100') of the primary exterior entrance used by voters to the building in which voting is taking place. No person shall enter or remain within one hundred feet (100) of the entrance of a voting location except to enter or leave the location. *[A.C.A. § 7-1-103(a)(8) as amended by Act 728 of 2021]*

**Punishment:**
Violation of electioneering laws is, at the minimum, a Class A misdemeanor offense punishable by fine or confinement. *[A.C.A. §§ 7-1-103(b)(1); 7-1-104(b)(1)]*

---

**STATE BOARD'S ELECTIONEERING NOTICE**

The State Board of Election Commissioners' electioneering notice for posting at the primary exterior entrances used by the voters to enter the building containing the polling place and for posting within the building, as deemed necessary, to enforce electioneering laws is provided in the Forms & Instructions section in the back of this manual.

---

## Ballot Security

**Prohibition Against Carrying Ballot Outside:**
A person may not carry a ballot outside of the polling place. *[A.C.A. §§ 7-1-103(a)(13); 7-5-309(f)]*

**Punishment:**
Violation is a Class A misdemeanor offense punishable by fine or confinement. *[A.C.A. § 7-1-103(b)(1)]*

## Ballot Secrecy

**Privacy:**
Each voter must be provided privacy by the poll workers at each polling site or by the county clerk, if the county clerk conducts early voting, to mark his or her ballot. *[A.C.A. §§ 6-14-110; 7-5-309; 7-5-310(a); 7-5-418(e)]*

**Equipment Arrangement:**
Voting booths, voting machines, and electronic vote tabulating devices shall be in plain view of the poll workers, but placed so that no person can see or determine how the voter casts his or her vote. *[A.C.A. §§ 7-5-310(a); 7-5-521; 7-5-607]*

No one other than poll workers and those voting is allowed within six feet (6') of the voting booths or the part of the room where voting machines are situated unless authorized by the election judge or otherwise provided by law. *[A.C.A. §§ 7-5-310(a)(2)(c); 7-5-521(c); 7-5-524(a)]*

***NOTE:*** *See Advisory Standards 2015-001 and 2015-002 in the Forms & Instructions section.*

DEFS_083364

ELECTION DAY

**Exhibit B**

**Voter Assistance:**

A voter who informs poll workers at the time that he or she presents himself or herself to vote that he or she is unable to cast the ballot without help must be directed to a voting machine equipped for use by people with disabilities to vote unassisted, or he or she may request assistance with either a paper ballot or the voting machine, depending on the voting system in use for the election, by either two (2) poll workers, or a person named by the voter. A voter requesting assistance shall be assisted without comment or interpretation. Poll workers must make a list of the names and addresses of all persons who assist voters including themselves. *[A.C.A. § 7-5-310(b)]*

It is illegal for a person who is assisting a voter to misrepresent the content of the ballot, change or mark the ballot except as intended by the voter, or assist in marking and casting a ballot except as provided in Ark. Code Ann. § 7-5-310. *[A.C.A. § 7-1-103(a)(15), (a)(20)(c)]*

Violation is a Class A misdemeanor offense punishable by fine or confinement. *[A.C.A. § 7-1-103(c)]*

No person other than a poll worker, the county clerk during early voting, or a deputy county clerk during early voting is allowed to assist more than six (6) voters in marking and casting a ballot at an election. Candidates may only assist up to six (6) individuals who are related within the second degree of consanguinity. *[A.C.A. § 7-5-310(b)]*
\*\*At the time of publication, the limits on non-election officials assisting voters is the subject of pending litigation.

---

### STATE BOARD'S LIST OF PERSONS ASSISTING VOTERS

The law requires poll workers to make and maintain a list of persons assisting voters during voting hours at the polling site.

The State Board of Election Commissioners developed a form to record the name and address of any person assisting a voter, along with the name of the voter assisted.

The State Board's List of Persons Assisting Voters is provided in the Forms & Instructions section in the back of this manual.

---

**Handling Voted Ballots:**

It is illegal for a person to unfold a ballot or without the consent of the voter to determine or attempt to determine how any vote is cast on a ballot before it is placed in the ballot box. *[A.C.A. § 7-1-103(a)(18)]*

Violation is a Class A misdemeanor offense punishable by fine or confinement. *[A.C.A. § 7-1-103(c)]*

DEFS_083365

It is also unlawful for any person, other than those employed or otherwise authorized by the county board of election commissioners, to touch a ballot or otherwise take possession of a ballot during the process of canvassing or counting votes. *[A.C.A. § 7-5-615(b)]*

## Crossover Voting

**Prohibition:**
It is illegal to vote in one (1) political party's preferential primary election and then vote in a different political party's primary runoff election. It is also illegal for an election official to knowingly permit any person to vote any but his or her legal ballot or to fraudulently allow any person to vote illegally. *[A.C.A. §§ 7-1-103(a)(18)(B); 7-1-104(a)(13), (14)]*

**Punishment:**
Violation is a Class A misdemeanor offense punishable by fine or confinement. Violation by an election official of the prohibition against allowing a voter to cast an illegal ballot is a Class D felony punishable by fine and confinement. *[A.C.A. §§ 7-1-103(c); 7-1-104(a)(18)(b)]*

**Prevention:**
The county board of election commissioners must ensure that for all preferential primary elections, the poll workers mark the Precinct Voter Registration List with a notation of the ballot chosen. *[A.C.A. § 7-7-308(b)]*

This information will be noted on the Precinct Voter Registration List for any subsequent runoff election and will be used by the poll workers to prevent crossover voting.

> *Best Practice: The county board should also consider posting signs at preferential and general primary elections warning voters and poll workers of the consequences of crossover voting. A sample form is provided in the Forms & Instructions section in the back of this manual.*

## Poll Watchers

**Defined:**
Poll watchers include any candidate in person, any authorized representative of a candidate, an authorized representative of a group seeking passage or defeat of a measure on the ballot, and an authorized representative of a political party with a candidate on the ballot. *[A.C.A. § 7-5-312(a), (e)]*

**Presence:**
Each candidate, group, or party may have at any given time one (1) authorized representative present at each location within a polling site on election day or during early voting where voters identify themselves to election officials to observe and determine the identity of persons presenting themselves to vote for the purpose of challenging voters. *[A.C.A. § 7-5-312(b)(1), (e)]*

Each candidate, group, or party may have at any given time one (1) authorized representative present at each location within the absentee ballot processing site where absentee ballots are

ELECTION DAY

**Exhibit B**

processed to observe and determine the identity of absentee voters for the purpose of challenging any absentee vote. *[A.C.A. §§ 7-5-312(b)(2), (e); 7-5-416(a)(6); 7-5-417(a)]*

An authorized representative of a candidate or political party may be present at a polling site, central counting location, and absentee ballot counting location to witness the counting of ballots by election officials to determine whether ballots are fairly and accurately counted. *[A.C.A. §§ 7-5-312(c), (e); 7-5-316(a); 7-5-413(d); 7-5-416(a)(6); 7-5-527(b); 7-5-603(5)(B); 7-5-615(a)]*

A candidate may not be present in person at the polls on election day as a poll watcher. *[A.C.A. § 7-5-312(a), (1), (e)]*

A candidate may be present in person as a poll watcher at an absentee ballot processing site to observe and ascertain the identity of absentee voters for the purpose of challenging any absentee vote. *[A.C.A. § 7-5-312(a), (1), (e)]*

A candidate may be present in person as a poll watcher at all counting sites to witness the counting of ballots by election officials. *[A.C.A. §§ 7-5-312(a)(1), (c), (e); 7-5-316(a); 7-5-413(d); 7-5-416(a)(6); 7-5-527(b); 7-5-603(5)(B); 7-5-615(a)]*

A candidate may be present in person as an observer at early voting. *[A.C.A. § 7-5-413(d)]*

**Documentation:**
An authorized representative of any candidate, any group seeking passage or defeat of a ballot measure, and any political party with a candidate on the ballot shall present a copy of an affidavit file-marked by the county clerk in the form of a "Poll Watcher Authorization Form" to an election official immediately upon entering the polling site, absentee ballot processing site, or counting location. *[A.C.A. § 7-5-312(d), (e)]*

A poll watcher may list multiple sites on one poll watcher authorization form or write the word "all" in lieu of listing each polling site, if the poll watcher intends to be a poll watcher at multiple polling sites in the county.

**Candidate Identification:**
Candidates in person at an early voting location to observe or attend a counting site or absentee ballot processing site as a poll watcher are not required to present a "Poll Watcher Authorization Form", but must present some form of identification to an election official immediately upon entering the site. *[A.C.A. § 7-5-312(e)]*

**Rights and Responsibilities:**
  *A poll watcher may*:
  - Observe the poll workers;
  - Stand close enough to the place where voters check in to vote so as to hear a voter's name;
  - Compile lists of persons voting;
  - Challenge ballots upon notification to a poll worker before the voter signs the precinct voter registration list and upon completing the "Challenged Ballot Form" portion of a "Provisional Voter Envelope";

74

**Exhibit B**

- Call any perceived election law irregularity or violation to the attention of an election sheriff;
- Discuss the occurrence if the election sheriff invites the discussion;
- Be present at the opening, processing, and canvassing of absentee ballots to challenge absentee votes in the manner provided by law for personal voting challenges; and
- Challenge a voter only on the grounds that the voter is not eligible to vote in the precinct or that the voter has previously voted at that election.
  *[A.C.A. § 7-5-312(e)]*

***Poll watchers representing a candidate or political party may:***
- Remain at the polling site after the poll closes if ballots are counted at the poll;
- Be present at the counting of votes by hand or by an electronic vote tabulating device at a central location;
- Be present at the counting of absentee ballots to witness the counting of ballots by election officials and to determine whether ballots are fairly and accurately counted; and
- Upon request made to an election official, inspect any or all ballots at the time the ballots are being counted.
  *[A.C.A. § 7-5-312(e)]*

***Poll watchers may not:***
- Be within six feet (6') of any voting machine or booth used by a voter to cast his or her ballot;
- Speak to any voter or in any way attempt to influence a voter inside the polling site or within one hundred feet (100') of the primary exterior entrance used by voters to the building containing the polling site; or
- Disrupt the orderly conduct of the election.
- Be a member of the State or County Board of Election Commissioners.
  *[A.C.A. § 7-5-312(e)]*

---

### STATE BOARD'S POLL WATCHER AUTHORIZATION FORM

The State Board of Election Commissioners has developed a form that designates and authorizes the presence of a representative of a candidate, a representative of a group seeking the passage or defeat of a measure on the ballot, and a representative of a political party with a candidate on the ballot and outlines poll watcher rights and responsibilities.

The State Board's Poll Watcher Authorization Form was designed in the exact format required by Ark. Code Ann. § 7-5-312 and is provided in the Forms & Instructions section in the back of this manual.

---

### Election Monitors

**Appointment:**

Election monitors serve as observers and report to the State Board on the conduct of the election. Election monitors must be certified by the State Board and are appointed only upon

a signed, written request under oath filed with the State Board and a determination by the State Board that appointing a monitor is necessary.

**Duties:**

Certified election monitors must maintain strict impartiality in the conduct of their duties, carry documentation prescribed by the State Board, base all observations on well documented, factual, and verifiable evidence, and prepare a post-election report for submission to the State Board. Certified election monitors should not interfere with the election process, display or wear any partisan symbols, colors, or banners, or make any comments about observations to the media or any other interested persons. Any remarks made by the monitor should be limited to general information about the nature of the activity as an observer.

---

**STATE BOARD'S RULES REGARDING APPOINTMENT OF CERTIFIED ELECTION MONITORS**

The State Board of Election Commissioners has promulgated rules on the appointment of certified election monitors under the Administrative Procedures Act.

These rules address requests for election monitors as well as the certification, appointment, qualifications, duties, and compensation of election monitors.

The State Board's Rules for Appointment of Certified Election Monitors are available at www.arkansas.gov/sbec.

---

**Provisional Voting**

When there is a question concerning a voter's eligibility, or if a voter fails to verify their voter registration, or as part of fail-safe voting requirements, a provisional ballot is cast by special procedures. If cast as provisional for a reason other than failing to provide identification, the ballot is counted by the county board of election commissioners if it is cast by a voter who is lawfully registered in the county and is cast on the correct ballot, according to the precinct listed on the voter's eligibility affirmation, for the precinct of the voter's residence. Ballots cast for failure to verify voter registration will be counted if the voter returns to the county board of election commissioners or the county clerk by 12:00 noon on the Monday following the election and submits a valid photo ID and there is no other basis to preclude the voter from voting. *[A.C.A. §§ 7-1-101(14); 7-5-308(d) as amended by Act 249 of 2021 and the Rules on Poll Watchers, Vote Challenges, and Provisional Voting]*

When a voter is required by law to cast a provisional ballot, a poll worker must provide the voter with a copy of a notice that 1) explains the provisional voting process, 2) informs the voter that she/he will be notified by first class mail whether the ballot was counted, 3) provides the date for a hearing for the voter if the county board of election commission rejects the provisional ballot, 4) contains the address, telephone number, and regular office hours of the county clerk, and 5) explains how a voter who did not present ID can return to the county official to verify their registration before Monday at noon following the election. *[A.C.A. § 7-5-308(a)(7), (c) as amended by Act 249 of 2021; Rules on Poll Watchers, Vote Challenges, and Provisional Voting §906]*

76

ELECTION DAY
# Exhibit B

Voters must sign the provisional ballot log and the poll workers must record the names, addresses, and reason for voting provisional of the voters casting a provisional ballot at the poll. *[A.C.A. § 7-5-308(a)(9)]*
*\*\* See the Procedures for Casting a Provisional Ballot checklist on page 162 of the Forms and Instructions section.*

**Prohibition:**
It is unlawful for any person to interfere or prevent or attempt to interfere or prevent any qualified elector from voting at any election, except good faith challenges of ballots or voters in the manner provided by law. *[A.C.A. § 7-1-104(a)(6)]*

**Punishment:**
Violation is a Class D felony offense punishable by fine or confinement. *[A.C.A. § 7-1-104(b)(1)]*

---

### STATE BOARD'S RULES REGARDING PROVISIONAL VOTING AND LIST OF PROVISIONAL VOTERS

The State Board of Election Commissioners has promulgated rules on poll watchers, vote challenges, and provisional voting under the Administrative Procedure Act.

The rules address voters with questionable eligibility, poll watcher challenges, court-ordered voting extensions, procedures for voting provisionally, preliminary review of provisional ballots, notice to provisional voters, hearings, counting provisional ballots, and certifying official results.

The State Board's Rules on Poll Watchers, Vote Challenges, and Provisional Voting are available at www.arkansas.gov/sbec.  Provided on the website is a sample Provisional Voter Envelope containing on one side a Challenged Ballot Form and a voter eligibility affirmation. The other side contains a certification section to be completed by the county clerk and a disposition section for completion by the county board of election commissioners.

The State Board's List of Provisional Voters for recording the names, addresses, type of provisional ballot cast and the voters signature, as required by law, is also provided in the Forms & Instructions section in this manual along with the Notice to Provisional Voters which contains written information that is required to be provided to provisional voters.

---

### Spoiled Ballots

**Procedure:**
If a voter accidentally or mistakenly marks or spoils a paper ballot so that he or she cannot clearly vote the ballot, the voter may return the paper ballot to a poll worker and receive another ballot, not to exceed three (3) ballots in total. *[A.C.A. § 7-5-602(d)(1)]*

A poll worker must cancel the paper ballot by stamping "CANCELLED" on the face of the ballot,writing and signing their name, and writing the date and time of cancellation on the ballot.. *[A.C.A. § 7-5-602(d)(2) as amended by Act 736 of 2021]*

**DEFS_083370**

ELECTION DAY

**Exhibit B**

The poll workers must preserve spoiled ballots separately from other ballots for return to the county board of election commissioners. *[A.C.A. § 7-5-602(d)(3)]*

---

### STATE BOARD'S SPOILED BALLOT AFFIDAVIT

The State Board of Election Commissioners developed a form explaining the legal procedure for handling a spoiled ballot and for recording the ballot style number of each spoiled ballot, along with the signature of the voter spoiling the ballot.

The State Board's Spoiled Ballot Affidavit is provided in the Forms & Instructions section in the back of this manual.

---

### Abandoned Ballots

#### Not Counted:

If a paper ballot is left in the polling site outside of the ballot box after the voter has departed, a poll worker shall write "Abandoned" on the ballot and place it into an "Abandoned Ballot" envelope with a notation on the outside of the envelope of the circumstances surrounding the abandoned ballot and preserve the ballot separately. The ballot shall not be counted. *[A.C.A. § 7-5-309(g)]*

#### Counted:

If an electronic vote tabulating device has rejected a ballot that remains in the receiving part of the device, and the voter has departed the polling site without instructing a poll worker to cancel or replace the ballot, then two poll workers shall override warnings and complete the process of casting the ballot. The poll worker shall document the time they completed the process of casting the ballot, the name of the voter, the names of the poll workers completing the process, and all other circumstances surrounding the abandoned ballot. *[A.C.A. § 7-5-309(h)]*

If a voter fails to complete the process of casting an electronic ballot on a voting machine and departs the polling site without notifying a poll worker of his or her desire to cancel the ballot prior to departing, two poll workers shall take action to complete the process of casting the ballot. The poll workers must document the time, the name of the voter, if known, the names of the poll workers completing the process of casting the ballot, and all other circumstances surrounding the abandoned ballot. *[A.C.A. § 7-5-522(d)]*

---

### STATE BOARD'S ABANDONED BALLOT LOG

The State Board of Election Commissioners has developed a log to be used by poll workers to document all circumstances surrounding an abandoned ballot as required by Ark. Code Ann. §§ 7-5-309 and 7-5-522.

The State Board's Abandoned Ballot Log is provided in the Forms & Instructions section in the back of this manual.

---

DEFS_083371

# Exhibit B

## Disorderly Conduct

**Departure:**
After voting or declining to vote, the voter must immediately depart from the polling site. *[A.C.A. §§ 7-5-309(e); 7-5-522(b)]*

Any voter who leaves a voting machine shall not be permitted to return to the machine except to complete the voting process. *[A.C.A. § 7-5-522(c)]*

**Interference:**
It is illegal for any person to interfere in any manner with the officials lawfully conducting the election or the canvass. *[A.C.A. § 7-1-103(a)(19)(G)]*

It is illegal for any person to interfere in any manner with the voters lawfully exercising their right to vote at the election. *[A.C.A. § 7-1-103(a)(19)(G)]*

## Citizen's Right to Observe and Record Public Events

A public official or employee (including election officials) may not prohibit a person from recording events in a place that is open to and accessible to the general public.

The act of recording or the location of the recording person cannot unreasonably obstruct or inhibit another person's lawful presence or movement. *[A.C.A. § 21-1-106]*

## People Allowed in Polls During Voting Hours:

Only the following people are allowed in the polls during voting hours:

- Election Officials
- Poll Watchers
- Voters
- Persons who are not eligible to vote in the care of voters
- Persons who are lawfully assisting a voter
- Law enforcement and other emergency personnel
- Monitors authorized by State Board of Election Commissioners or federal agency
- Persons with business in the building (go directly to and from business)
- Persons assisting the County Board of Election Commissioners
- Persons authorized by State or County Board of Election Commissioners
  *[A.C.A. § 7-5-310(3)]*

**Assistance:**
Poll workers should be instructed to immediately contact their local election authorities regarding emergencies or to report persons disrupting the election process.

DEFS_083372

ELECTION DAY

**Exhibit B**

<table>
<tr><td>

**STATE BOARD'S POLL WORKERS' TRAINING GUIDE**

The State Board of Election Commissioners' Poll Workers' Training Guide provides an introduction page for recording contact information for poll workers to use on election day to reach their county clerk's office, each member of their county board of election commissioners, their county election coordinator, and local law enforcement should any emergency arise at the poll.

The State Board's Poll Workers' Checklist also provides a section for the poll workers to document any events of the day that were out of the ordinary.

</td></tr>
</table>

**Timely Closing of Poll**

**Persons in Line:**
When the polls close at 7:30 p.m., any person who is already in line at the polling site to vote shall be permitted to cast his or her ballot. *[A.C.A. §§ 7-5-304; 7-5-524(b)]*

**Court Ordered Voting Extension:**
If the time established for closing the polls is extended as a result of a federal or state court order or any other order, any person who votes during the extension may vote only by casting a provisional ballot. *[A.C.A. § 7-5-304(c)(1)]*

These provisional ballots must be separated and held apart from other provisional ballots cast by those not affected by the order. *[A.C.A. § 7-5-304(c)(2)]*

<table>
<tr><td>

**STATE BOARD'S POLL WORKERS' TRAINING GUIDE**

The State Board of Election Commissioners' Poll Workers' Training Guide covers in detail the duties and responsibilities of poll workers during voting hours, including paperwork legally required to be completed, processing voters, and legal procedures for handling various voter eligibility issues and voting scenarios.

</td></tr>
</table>

# CLOSING THE POLLS

**Closing the Polls**

To close the DS200 ballot tabulators, record the Public Count number from the Totals Page on the Poll Workers Certificate found in the Forms and Instruction section. Open the small door in front of the screen and push the Close Polls button, then touch the Close Polls button on the screen. Three results tapes will automatically print. When they have finished printing tap the Finished Turn Off button.

DEFS_083373

**Exhibit B**

**Open to Public**

After the polls have closed, any counting of votes at the polls shall be open to the public, including any poll watchers meeting the requirements of Ark. Code Ann. § 7-5-312. *[A.C.A. §§ 7-5-316(a); 7-5-527(b); 7-5-603(5)]*

**List of Voters Form**

Poll workers are legally required to record each voter's name before he or she votes, make and maintain the list during voting hours at the poll, total the number of voters on the list, and certify and attest the list upon closing the poll. *[A.C.A. § 7-5-211(a)(2)(B)]*

---

| STATE BOARD'S LIST OF VOTERS FORM |
|---|
| The State Board of Election Commissioners developed a form for poll workers to use to record the name of every person who voted a non-provisional ballot at the poll. |
| The State Board's List of Voters form is provided in the Forms & Instructions section in this manual. |

**Voting Machines**

**Securing at Poll:**
At the official time for closing the polls and upon termination of voting, the poll workers shall announce the polls closing and secure the voting machines against further voting by removing the activation devices. *[A.C.A. § 7-5-526(a)]*

The poll workers must sign a certificate provided by the county board of election commissioners attesting to the exact time that the machines were made inaccessible to further voting and to the number of votes shown on the public counters.  *See the Poll Workers Certificate in the Forms and Instructions section. [A.C.A. § 7-5-526(b)]*

| STATE BOARD'S POLL WORKERS' CERTIFICATE |
|---|
| The State Board of Election Commissioners developed a certificate for the county board of election commissioners to provide to its poll workers to certify as required by law that voting machines were made inaccessible to further voting after the polls closed. |
| The State Board's Poll Workers' Certificate is provided in the Forms & Instructions section in this manual. |

**Exposing Vote Count:**
The poll workers then expose the vote counts, produce and sign at least three (3) result records from each voting machine, and post one (1) copy of each on the wall of the polling room. *[A.C.A. § 7-5-527]*

DEFS_083374

ELECTION DAY

**Exhibit B**

**Delivery of Activation Devices:**
The activation device used to collect votes from each voting machine and certified result records must be placed in a sealed package signed by all poll workers at the poll. A poll worker must immediately deliver the sealed package to the county board and obtain a receipt for the sealed package. *[A.C.A. § 7-5-527(e)]*

## Electronic Vote Tabulating Devices

**Return of Votes:**
When an electronic vote tabulating device is used by the voters at the poll, the poll workers must count write-in votes and prepare a return of the votes as soon as the polls close. *[A.C.A. § 7-5-613]*

## Paper Ballots

**Counted by Hand at Poll:**
When counting paper ballots by hand at the poll, poll workers must count to completion by opening the ballot box and counting each ballot in turn or by counting by offices and issues. *[A.C.A. § 7-5-603(1)(A)]*

The poll workers must witness the counting of the ballots and keep separate tally lists of the votes for each candidate or issue on the ballot. *[A.C.A. § 7-5-603(1)(B)]*

**Counted by Hand or Machine at Poll:**
After the count is completed, the poll workers must make out certificates of election in triplicate and immediately post one (1) copy outside the polling site. *[A.C.A. § 7-5-603(4)]*

**Scanned at Central Counting Location:**
When paper ballots are to be tabulated using electronic vote tabulating devices at a central counting location, the poll workers must place all ballots that were cast at the poll in a sealed container and deliver it, along with unused, void, and defective ballots and all other election materials, to the county board of election commissioners. *[A.C.A. § 7-5-614]*

## Departing the Poll

**Processing and Delivering Election Materials and Returns:**
Regardless of the type of election or voting system used, poll workers must process and deliver all ballots, election materials, and returns to the county board of election commissioners immediately after the polls close. *[A.C.A. § 7-5-317(a)]*

For all precinct count polling locations, results must be posted at location before returning materials to the county board of election commissioners.

When an annual school election is held with a preferential primary or general election, election officials are required to file certified election returns with the county clerk of the county in which a school district is domiciled if the school district is domiciled in another county.

DEFS_083375

# Exhibit B

The List of Voters forms, precinct voter registration lists, voter registration application forms, and other recordkeeping supplies are delivered to the county clerk along with one copy of the certification of election results and one copy of the tally sheets, if any. *[A.C.A. § 7-5-317(a)]*

Sealed stub boxes (if any) are delivered to the county board of election commissioners for storage in a secure location in the county courthouse or other county storage facility. *[A.C.A. § 7-5-317(a)(5)]*

Voted ballots that have been secured in a container with a numbered seal, unused, provisional or cancelled ballots that have been preserved separately, one (1) copy of the certificate of election results, one (1) copy of the tally sheets, if any, reports of challenges of voters, if any, and all other election materials and returns are delivered to the county board. *[A.C.A. § 7-5-317]*

**Failure to Deliver Returns:**
If poll workers fail to deliver returns as required by law immediately after the polls close, the county board must dispatch a peace officer to obtain the election returns. *[A.C.A. 7-5-318(b)]*

The county board of any county that is required to file certified school election returns with the county clerk of a county in which that school district is domiciled must ensure that these returns reach the neighboring county clerk.  If, for any reason, the additional certified election returns are not produced and filed with the neighboring county clerk, the county board must produce a copy of all results from all precinct's which included that school district's races, certify its veracity of those results, and file that copy with the appropriate county clerk within 48 hours of the election

| **STATE BOARD'S POLL WORKERS' TRAINING GUIDE** |
| --- |
| The State Board of Elections Commissioners' Poll Workers' Training Guide covers in detail the duties and responsibilities of poll workers in closing and departing the poll, including legally required paperwork and security procedures. |

DEFS_083376

**Exhibit B**

This Page Intentionally Blank

DEFS_083377

ELECTION NIGHT & POST ELECTION

# Exhibit B

## CANVASSING, COUNTING & UNOFFICIAL RESULTS

### Open to Public

The counting of votes is open to the public. *[A.C.A. §§ 7-5-312(c); 7-5-316(a); 7-5-413(d); 7-5-416(a)(4); 7-5-527; 7-5-603(5)(B); 7-5-615(a)]*

Candidates in person or an authorized representative of a candidate or political party may be present at all counting locations to witness the counting of ballots to determine whether ballots are fairly and accurately counted. *[A.C.A. §§ 7-5-312(c); 7-5-316(a); 7-5-413(d); 7-5-416(a)(4); 7-5-527; 7-5-603(5)(B); 7-5-615(a)]*

### Central Counting Location

**Proceedings:**
All proceedings at a central counting location are under the direction of the county board of election commissioners. *[A.C.A. § 7-5-614(2)]*

No person shall interfere with the officials lawfully conducting the election or the canvass. *[A.C.A. §7-1-103(a)(20)(g)]*

No person except those employed and authorized for that purpose may touch any ballot or return. *[A.C.A. § 7-5-615(b)]*

**Oath of Election Officials:**
Election officials at the central counting location and all persons operating an electronic vote tabulating device must take the election officials' oath of office before beginning their duties. *[A.C.A. § 7-5-615(c)]*

**Defective Ballots:**
If a paper ballot cannot properly be counted by an electronic vote tabulating device due to damage or defect, the election officials must make a true duplicate ballot clearly labeled "duplicate" to be counted in the place of the defective ballot. *[A.C.A. § 7-5-615(d)]*

**Countywide Total Comparison:**
Before certifying the official election results, the county board must compile electronic countywide totals from the activation device used to collect votes from each voting machine and verify that they match manually compiled countywide totals from the polling locations' certified return records. *[A.C.A. § 7-5-529]*

**Audit Log:**
The county board shall produce an audit log for each voting machine used in the election. *[A.C.A. § 7-5-530(a)]*

### Processing Absentee Ballots

### GENERAL PROVISIONS
Processing, counting, and canvassing of absentee ballots is conducted under the supervision and direction of the county board of election commissioners in a place designated by the county board. *[A.C.A. §§ 7-5-414(c); 7-5-416(a)(1)]*

85

**Exhibit B**

The initial canvassing of absentee ballots is conducted by absentee ballot clerks appointed by the county board of election commissioners.  Absentee ballot clerks work in teams of two and, if both absentee ballot clerks agree that the ballot is eligible to be counted, no further process is required.  The commission may choose to conduct an additional review of ballots approved by the clerks.  *[A.C.A. § 7-5-416(b)]*

The processing and counting of absentee and early votes is open to the public, and any candidate or qualified poll watcher may be present during the opening, processing, canvassing, and counting to challenge ballots and to observe the canvass of the results of the election for the purpose of determining whether or not votes are fairly and accurately counted. *[A.C.A. §§ 7-5-312; 7-5-316(a); 7-5-413(d); 7-5-416(a)(4); 7-5-417(a); 7-5-527(a); 7-5-615(a)]*

The county clerk is required to maintain a count of the number of absentee ballot applications that have been received and the number of actual absentee ballots that have been received.  The clerk is also required to report these counts to the commission on a weekly basis or upon request. *[See, A.C.A. § 7-5-416(a)(3)-(5)]*

DELIVERY OF BALLOTS
The county clerk must deliver absentee ballots and related materials to the absentee ballot clerks at a time and place specified by the county board of election commissioners, up to seven (7 days before election day. The county clerk must also make a report accounting for absentee ballots sent, received and rejected, and deliver that report to the county board of election commissioners. *[A.C.A. § 7-5-416 (a)(1)]*

PROCESSING OF BALLOTS
Absentee and early voting ballots must be opened, processed, and counted *before* the polls close on election day. Election officials may begin processing the outer envelopes on the Tuesday before the election if approved. Opening of the inner ballot secrecy envelopes cannot happened until election day and results may not be released until the polls close. Absentee and early voting results should be uploaded to the Secretary of State's election night reporting system as soon as possible after the polls close. *[A.C.A. §§ 7-5-416(a)(5) (d); 7-1-103(a)(22)]*

ADDITIONAL RULES GOVERNING THE CANVASSING OF ABSENTEE BALLOTS
Absentee ballots mailed in bulk by a hospital, or an administrator of a long-term care or residential care facility licensed by the state must be counted if accompanied by proper paperwork and timely delivered. Absentee ballots mailed in bulk by anyone other than a hospital or an administrator of a long-term care or residential care facility licensed by the state cannot be counted.  "Mailed in bulk" means that more than one absentee ballot and associated materials is returned though the mail in a single envelope.  *[A.C.A. § 7-5-411(a)(1)(C)]*

The ballot of an absentee voter who dies before the polls open on election day can be counted if the ballot is signed, dated, postmarked, and mailed *before* the date of death, or, in the case of a military voter, executed before the date of death.  *[A.C.A. § 7-5-416(c)]*

All absentee voters, except for uniformed service personnel serving on active status (and their dependents who are absent from the county due to this service, must include in the return envelope a qualifying ID the requirements for which are described in the *Rules for the Verification of Voter Registration.  A flagged voter has an alternative requirement and must include a copy of a

DEFS_083379

photo identification or a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of the voter.  If an absentee voter does not submit this information with his or her ballot, then the ballot is considered as a provisional ballot. *[A.C.A. §§ 7-5-412; 7-5-416(b)(1)(F)(iii)]*

THE PROCESS OF CANVASSING ABSENTEE BALLOTS

**Steps in Opening and Processing Absentee Ballots**
The  steps in opening and processing absentee ballots include:

1.  One by one an election official (Clerk 1), while observed by another election official, opens the return (outer) envelope and verifies that the voter statement, identification and the ballot (inner) envelope have been properly placed in the return envelope.

    - If any documentation is missing, the absentee ballot must be set aside until 8:30a.m. on Election Day.
    - On election day, the absentee ballot must be canvassed using the following procedures for "Processing Ballots with Missing Documentation" on page 89.

2.  If the voter statement and ID are in the return envelope separate from the inner "Ballot Only" envelope:

    - Clerk 1 reads aloud the voter's name and precinct (or precinct part) from the voter statement.
    - Clerk 2 lists the name and precinct (or precinct part) of the voter.
    - The election officials compare the name, address, dates of birth and signature on the absentee ballot application against the same information on the voter statement.
        o  If the Clerk 1 and Clerk 2 agree the name, address, date of birth, and signature compare, then the ballot moves forward in the process.
        o  If one of the Clerks believes that one of these four data points does not compare, then the ballot must be set aside for review by the CBEC.
        o  Consult the following SBEC recommended best practices for making this determination.
    - The election officials compare the name on the ID against the name on the voter statement.
    - The election officials compare the name and address of the bearer, agent or administrator written on the absentee ballot return envelope with any information that may be provided on the voter statement.
    - If everything is in order, place the unopened inner "Ballot Only" envelope into the absentee ballot box.
        Repeat the process for each absentee voter whose materials are in order
        *[A.C.A. §7-5-416(b)]*

DEFS_083380

ELECTION NIGHT & POST ELECTION

**Exhibit B**

<div style="border:1px solid black">

### Best Practice for Analyzing Four Absentee Ballot Data Points

VOTER'S NAME: The voter's name should be found comparable if it is sufficiently similar so that any discrepancies such as abbreviations, nicknames, or a change in a name are not so dissimilar that election officials are unable to determine that the two documents reflect different forms of a name belonging to the same individual.  To be comparable, two names must have at least one component of the names being compared in common.   In the event the voter's statement has no name printed in the designated box but does have a name printed on another location on the document, the absentee ballot clerks should compare the name, regardless of where it appears, to the name printed on the absentee ballots application.

VOTER'S ADDRESS: The voter's address should be found comparable if it is sufficiently similar so that any discrepancies such as abbreviations, variations in form, or other minor incongruities are not so dissimilar that election officials are unable to determine that the two documents reflect the same physical address.

VOTER'S DATE OF BIRTH:  The voter's date-of-birth should be found comparable if the same month, date, and year are described in both documents.  When comparing dates of birth where one or both dates are expressed using only numerals, the dates should be found comparable if one document expressed the date in a month/day/year form and the other document expressed the same date in the day/month/year form.

VOTER'S SIGNATURE: The voter's signature should be found comparable unless the signature on the voter's statement is sufficiently dissimilar to the signature on the absentee ballot application so that the reviewing officials are left with an abiding conviction that the signatures being compared are written by two different people.

If the reviewing officials rejects an absentee ballot on the basis of dissimilar signatures, then the officials should document in writing the reason the signature was found to not be comparable. The following, non-exhaustive, categories should be considered in this analysis:

    (1)    Spacing (Overall Spacing and Internal Spacing of Words and Letters);
    (2)    Type or Style of Writing;
    (3)    Speed of Writing;
    (4)    Size and Proportions of Words and Letters;
    (5)    Spelling;
    (6)    Slant of Writing;
    (7)    Curves, Loops, and Cross-Points;
    (8)    Presence or Absence of Pen Lifts; and
    (9)    Beginning and Ending Strokes.

</div>

DEFS_083381

# Exhibit B

**Processing Ballots with Missing Documentation** *(can only be done after 8:30 a.m. on Election Day)***:**

> ***Voter Statement in Inner Envelope:*** If the voter statement and/or ID are **NOT** in the return envelope separate from the inner "Ballot Only" envelope:
>
> 1. Clerk 1 removes the inner "Ballot Only" envelope from the outer return envelope and hands it to Clerk 2.
> 2. Clerk 2 inspects the inner "Ballot Only" envelope while being observed by Clerk 1 and removes the voter statement and identification documents, if found there, from the inner "Ballot Only" envelope and hands them to Clerk 1.
> 3. Clerk 2 returns the inner "Ballot Only" envelope and any found voter statement and identification documents to Clerk 1 and Clerk 1 places the inner "Ballot Only" envelope back into the outer return envelope.
> 4. Clerk 1 reads aloud from the voter statement, and regular processing procedures (see above) are followed.
>
> *[A.C.A. §§ 7-5-416(b)(1)(C) as amended by Act 736 of 2021; 7-5-416(b)(1)(D)]*

> ***No Voter Statement; No Photo ID; Information on Voter Statement Does Not Compare to Application*** *(can only be done after 8:30 a.m.  on Election Day)***:**
>
> - If a voter statement is not found, the ballot cannot be counted.
> - If the election commission finds that the name, date of birth, address or signature on the voter statement do not compare to the corresponding information on the absentee ballot application, the ballot cannot be counted. This determination should not be made by an absentee ballot clerk, but by the election commission.
> - If the return envelope does not contain the required photo identification document (and the voter is not exempt from the ID requirement) the ballot must be considered as a provisional ballot.
>
> *[A.C.A. §§ 7-5-416(b)(1)(H), 7-5-416(b)(1)(F)(ii) and 7-5-412]*

> ***Bearers, Agents, Administrators:***
>
> - If the county clerk indicates on the outer envelope that the ballot was returned by a bearer, agent or administrator, absentee ballot election officials must check the voter statement for the bearer/agent/administrator name, address and signature.
> - If the voter has not authorized a bearer/agent/administrator on the voter statement, the election officials DO NOT count the ballot; they should repackage the material, note the reason the ballot was not counted and set it aside.
> - If the return envelope indicates that the ballot was returned by a bearer/agent administrator, but the information written by the county clerk on the envelope does not match the bearer/agent/administrator information written on the voter statement, the ballot should be treated as a provisional ballot.
> If the voter statement lists a bearer's name and it DOES NOT match the information provided on the application for absentee ballot, the absentee ballot must be made provisional.*[A.C.A. §§ 7-5-416(b)(1)(J); 7-5-416(b)(1)(G) as amended by Act 736 of 2021]*

DEFS_083382

ELECTION NIGHT & POST ELECTION

**Exhibit B**

STORAGE OF ABSENTEE BALLOTS

The county clerk and deputy county clerks are prohibited from having access to absentee ballots or absentee ballot materials after the ballots have been transferred to the commission and the outer envelopes have been opened. The commission may grant the clerk or clerk's staff access for a specific purpose, but this grant must be given by an affirmative vote of the commission. *[A.C.A. § 7-5-416(c)]*

***IMPORTANT: If the commission chooses to store absentee ballots in the county clerk's office, the commission must vote in a public meeting to grant the clerk and clerk's staff access to the absentee ballot materials for the purpose of securely storing those materials.***

In addition, all ballots must be taken to and from the non-public storage area inside a secure container. This container may only be opened in a public area and all ballots must be sealed in a secure container prior to being removed from the public area. *[Rules on Poll Watchers, Vote Challenges, and Provisional Voting §904(c)(2)]*

PROVISIONAL ABSENTEE BALLOTS:

A provisional absentee ballot includes:
> ➢ An absentee ballot challenged by a poll watcher;
> ➢ An absentee ballot which fails to satisfy the ID requirement;
> ➢ An absentee ballot which is delivered by a bearer/agent/administrator for which the name and address of the bearer/agent/administrator written by the county clerk's office on the return envelope does not match the information contained in the voter statement; or
> ➢ Finally, under Act 736 of 2021, an absentee ballot for which a bearer's name listed on the absentee voter statement differs from a bearer's name listed on the absentee ballot application.
> *[A.C.A. §§ 7-5-417; 7-5-416(b)(1)(f)(iii); 7-5-416(b)(1)(G)]*

Provisional absentee ballots become provisional during the processing of opening and canvassing the absentee ballot. These ballots can only be processed on Election Day. For an absentee ballot which becomes a provisional ballot, the absentee ballot canvassing official shall place the absentee ballot materials in a provisional voter envelope and should check the "Other" box and write the word "Absentee" next to the box marked "Other" on the form provided on the provisional ballot envelope . The absentee ballot canvassing official should also indicate the reason for making the absentee ballot provisional on the form provided on the provisional ballot envelope:

- When the absentee voter's voter statement is inconsistent with the absentee ballot return envelope with regard to the identity of a bearer or agent, the absentee ballot canvassing official should write "Inconsistent Bearer [or Agent] – Envelope/Statement" after the word "Absentee" next to the "Other" box on the provisional ballot envelope.
- When the absentee voter's voter statement is inconsistent with the absentee ballot application with regard to the identity of a bearer, the absentee ballot canvassing official should write "Inconsistent Bearer – Application/Statement" after the word "Absentee" next to the "Other" box on the provisional ballot envelope.

DEFS_083383

**Exhibit B**

Remember, when the absentee voter's voter statement is inconsistent with the absentee ballot application the voter's ballot is not counted.  See the following flowchart regarding how these determinations are made.  *[Rules on Poll Watchers, Vote Challenges, and Provisional Voting §906(e)]*

<u>Poll Watcher Challenge of an Absentee Ballot</u>: A challenge must be made at the time the voter's name and voting precinct are read aloud by the election official.  *[A.C.A. § 7-5-417]*

A poll watcher may request to inspect the absentee ballot voter statement and materials following the reading of the voter's name but may not obstruct the canvassing process.  For more information regarding the inspection of absentee ballot materials by poll watchers, see the *Rules on Poll Watchers, Vote Challenges, and Provisional Voting* §904(c)(1)(A).

DEFS_083384

**Exhibit B**

Initial Canvassing Process
Page 1



**NOTES**

1. Ballots received by the county clerk should NOT BE entered into the canvassing process. However, should such a ballot be identified by the canvassers, the ballot should NOT BE Counted.
2. If required documents (other than ID related documents) are missing in their entirety, the CBEC may choose to allow the ballot clerks to reject those ballots or have the ballot clerks set the ballots aside for review by the CBEC. (These are NOT PROVISIONAL ballots.)
3. An **Active-duty uniform service voter** includes a voter who falls into one of the following Categories.

 (1) a member of a uniformed service of the United States on active duty who, by reason of such active duty, is absent  from the place of residence where the member is otherwise qualified to vote;
 (2) a member of the merchant marine who, by reason of service in the merchant marine, is absent from the place of residence where the member is otherwise qualified to vote;
 (3) a member of the Arkansas National Guard on active duty who, by reason of such active duty, is absent from  the place of residence where the guardsman is otherwise qualified to vote; and
 (4) a spouse or dependent of a member referred to in subparagraph (1), (2), or (3) who, by reason of the active duty or service of the member, is absent from the place of residence where the spouse or dependent is otherwise qualified to vote.

4. See alternative f**lagged first-time voter** requirements on page **41**
5. See general photo ID requirements on page **41**
6. This ballot is provisional for post-presentment identification curing, however, continue the canvass to ensure the ballot is otherwise eligible for counting, or to determine if another reason would cause it to be rejected.

Initial Canvassing Process
Page 1

DEFS_083385

**Exhibit B**

Compare Application (App) v Voter Statement (VS)
Name: "Compares" Reasonable Variations AND ALL Other Information (DOB, Address, Signature, ID) Does the Information Compare?
NO
Name on App compares to VS (printed)
Yes
NO
Address on App compares to VS
Yes
DoB on App compares to VS
NO
Yes
Signature on App compares to VS
Signatures compare? You ARE NOT a Hand writing Expert, DO NOT REJECT a ballot unless CLEARLY different Signatures
Yes
NO
Set aside for CBEC Review or Reject Ballot See Note 2
IS OUTER BALLOT ENVELOPE marked: Administrator, Authorized Agent, or Designated Bearer
Yes
NO
Does the Voter Statement include information for an Administrator, Authorized Agent, or Bearer?
Yes
Is ballot returned by an Administrator of a Long Term Care facility or rehabilitation facility
Yes
NO
Is ballot returned by an Authorized Agent?
Yes
NO
Bearer Name and Address on Outer Envelope and VS compare?
Yes
NO
Bearer Name on App and VS compare?
Yes
NO
Make Ballot Provisional Use Provisional Process
Make Ballot Provisional Use Provisional Process
NO
Bearer Name on App and VS compare?
Yes
Yes
Does Application identify a Bearer?
NO
Finish Here
Place UNOPENED Inner Ballot Only Envelope in Absentee Box IF BALLOT IS TO BE COUNTED
Does the Voter Statement Administrator Name and Address Compare to Name and Address on Envelope as Administrator?
Yes
NO
Make Ballot Provisional Use Provisional Process
NO
Does the Voter Statement Authorized Agent Name and Address Compare to Name and Address on the Envelope as an Authorized Agent?
Yes

Secondary Review for Ballots Rejected in Initial Canvassing Process  (Does NOT Include ID related issues) Page 1

**Exhibit B**



Secondary Review for Ballots Rejected in Initial Canvassing Process  (Does NOT Include ID related issues) Page 1

DEFS_083387

Secondary Review for Ballots Rejected in Initial Canvassing Process (Does **Exhibit B** NOT Include ID related issues) Page 1



Secondary Review for Ballots Rejected in Initial Canvassing Process  (Does NOT Include ID related issues) Page 2

DEFS_083388

**Absentee Provisional Ballots – Canvassing Process**          # Exhibit B

All absentee ballots which are designated as provisional in the absentee canvassing process must be converted to a provisional ballot by using the following steps:

**STEP 1:**    Place the absentee ballot packet in a provisional ballot envelope.

**STEP 2:**    Mark the reason that the absentee ballot was made provisional on the provisional ballot envelope.  The official should remember that a provisional ballot may be provisional for multiple reasons. Each of these reasons must be reflected on the provisional ballot envelope.   The provisions are marked using the following notations describing the reason the absentee ballot was made provisional:

- **Did not Provide Required Photo ID:**
    - o   Check the "other" box and write "absentee"
    - o   Check the "Failure to show a qualifying Photo ID" box.
- **Did not Provide Required alternative ID for a Flagged First time Voter:**
    - o   Check the "other" box and write "absentee"
    - o   Check the "First-time Voter Flagged to Show additional ID" box.
- **Absentee Ballot was Challenged:**
    - o   Check the "other" box and write "absentee"
    - o   Check the "Poll Watcher Challenge" box.
- **Absentee Ballot was Challenged:**
    - o   Check the "other" box and write "absentee"
    - o   Check the "Poll Watcher Challenge" box.
- **Name and Address of Bearer does not compare between the information on the outer envelope and the absentee ballot statement:**
    - o   Check the "Other" box and write "Absentee - Inconsistent Bearer – Envelope/Statement"
- **Name and Address of Agent does not compare between the information on the outer envelope and the absentee ballot statement:**
    - o   Check the "Other" box and write "Absentee - Inconsistent Agent – Envelope/Statement"
- **Name and Address of Administrator does not compare between the information on the outer envelope and the absentee ballot statement:**
    - o   Check the "Other" box and write "Absentee - Inconsistent Administrator – Envelope/Statement"
- **Name and Address of Bearer does not compare between the information on the absentee ballot application and the absentee ballot statement:**
    - o   Check the "Other" box and write "Absentee - Inconsistent Bearer – Application/Statement"

**STEP 3:**    The Name, Address, Date of birth, and the precinct-part (ballot style) assigned to the absentee voter should be entered onto the provisional ballot envelope.

**STEP 4:**    Place the Provisional Ballot Envelope containing all Absentee ballot materials associated with the ballot in question into a secured container only used to collect provisional absentee ballots to be returned to the CBEC.

## Absentee Provisional Ballots – County Clerk Review Process

All absentee ballots which have been made provisional must be reviewed by the County Clerk to determine whether the ballot was cast by a registered voter and whether the ballot was the ballot style on which the voter was qualified to vote. The SBEC recommends completing this review by providing the clerk with a front and back facsimile of the provisional ballot envelope that contains the information stated above from the front of the provisional ballot envelope and provides the Certification document for the clerk to utilize on the reverse side.  (An alternative would be to provide a copy of the absentee voter statement and a blank Certification page from the provisional ballot envelope.)

DEFS_083389

**Absentee Provisional Ballots – CBEC Review Process**         **Exhibit B**

An absentee ballot may be made provisional for the failure to include a required photo ID and may be made provisional for one or more "general" provisional ballot reasons.  The following steps describe the review process for each type of provisional absentee ballot:

**ID RELATED PROVISIONAL ABSENTEE BALLOT**

**STEP 1:**    After 12:00 noon on the Monday following the election, obtain and compile a list of voters who exercised their ability to present a qualifying photo ID after they voted but before 12:00 noon on the Monday following the election to the County Clerk's office or to the CBEC.

**STEP 2:**    Evaluate all ID Related provisional ballots to determine whether those ballots appear on the list.

- Ballots which DO NOT appear on the list and which do not qualify for an exception outlined in the forgoing canvassing process SHALL BE REJECTED.

**STEP 3:**    Determine whether there is any additional issue(s) under the "general provisional ballot" section which must be resolved.

- If so, each of these additional issues must be analyzed using the process outlined below to determine whether the ballots can be counted.

**STEP 4:**    Determine whether the County Clerk's review indicated the voter was registered to vote and voted on the correct ballot.

- **YES**: The ballot is eligible to be counted so long as there is no independent reason the ballot was made provisional which has not been reviewed.
- **NO**:  The Voter is entitled to appear in the hearing.

**STEP 5:**    For the ballots set to be counted, remove the ballot secrecy envelope and place the envelope into a secure container.  Once all ballots are canvassed, mix the ballot secrecy envelopes, remove the ballots, and count the ballots normally.

**STEP 6:**    Send notice to the voter whose ballot was made provisional and inform the voter whether the ballot was counted.


**GENERAL PROVISIONAL ABSENTEE BALLOT**

**STEP 1:**    **Preliminary Determination**: Prior to the Date and Time advertised in the notice of election for voters to appear before the CBEC to present evidence regarding why their provisional ballot should be counted, the CBEC must review the provisional absentee ballots determine whether, using the information available, the ballots can be counted.

**STEP 2:**    **Standards of Review**: This review must apply the following process to the various categories of provisional absentee ballots.

---

**Review of a General Provisional Ballot**

Using the information supplied by the County Clerk, and any other information available, the CBEC must determine whether the voter:

(1) was lawfully registered to vote,

(2) cast a ballot on which the voter was qualified to vote, and

(3) has not voted more than one time in this election.

**Yes = The Ballot is Counted**

**No = The ballot is marked as rejected.** (If the voter does not appear in the hearing then the rejection is final.)

---

97

**DEFS_083390**

**Exhibit B**

---

### IMPORTANT REMINDER

**Failure to Satisfy Flagged First Time Voter - Registered by Mail ID Requirement**

A provisional ballot in this category may only be rejected if the CBEC's determination that the voter failed to satisfy the requirements of a general provisional ballot was made on an independent basis and was not solely based on the voter's failure to include the Flagged First Time Voter ID documents.

**The Name of the Bearer on the Voter Statement and the Absentee Ballot Application did not Compare**

A provisional ballot in this category may only be rejected if the CBEC's determination that the voter failed to satisfy the requirements of a general provisional ballot was made on an independent basis and was not solely based on the failure of the bearer's name to compare between the absentee ballot application to the voter statement.

**The Name and Address of the Bearer, Agent, or Administrator on the Voter Statement does not compare to the Name and Address on the Outer Envelope**

A provisional ballot in this category may only be rejected if the CBEC's determination that the voter failed to satisfy the requirements of a general provisional ballot was made on an independent basis and was not solely based on the failure of the name and address of the Bearer/Admin/Agent to compare between the voter statement and the information on the outer envelope.

---

**STEP 3:**   Ensure the voter has satisfied the id related provisional absentee ballot requirement if no exception applies.

**STEP 4:**   **Provisional Ballot Hearing**: After the ballots have been reviewed and the CBEC has made its Preliminary determination regarding whether the ballots can be counted, the CBEC must allow the voter to appear at the time and place designated in the notice of election to present evidence regarding why their provisional ballot should be counted.

**STEP 5:**   For the ballots set to be counted, remove the ballot secrecy envelope and place the envelope into a secure container.  Once all ballots are canvassed, mix the ballot secrecy envelopes, remove the ballots, and count the ballots normally.

**STEP 6:**   Send notice to the voter whose ballot was made provisional and inform the voter whether the ballot was counted.

98

DEFS_083391

ELECTION NIGHT & POST ELECTION

**Exhibit B**

## Counting Votes

**Ballots Provided by County Board:**

A paper ballot, other that a Federal Write-In Absentee Ballot (FWAB), cannot be counted in any election unless it is provided by the county board of election commissioners. *[A.C.A. § 7-5-602(b)]*

**Fraudulent Ballots:**

When counting paper ballots at the polling site, if two (2) or more paper ballots are folded together, they should be considered fraudulent and cannot be counted. *[A.C.A. § 7-5-603(2)(A)]*

**Candidate Withdrawal or Death After Certification:**

Votes for any candidate on the ballot who withdrew or died after the certification of the ballot are to be counted. *[A.C.A. § 7-5-315(b)(1)]*

**Unopposed Candidates – General Election**

In the general election, votes for unopposed candidates for mayor, circuit clerk and Governor are tabulated and certified as in all contested races. *Act 448 of 2021]*

Except for the races listed above, votes for unopposed candidates may be tabulated.  The word "UNOPPOSED" shall be inserted on the tally sheet to indicate that the candidate(s) received a majority of the votes cast in the election. *[A.C.A. § 7-5-315(a)(1)]*

Non-Judicial State Elected Officials are candidates for:  U.S. House, U.S. Senate, Constitutional Offices, State House and State Senate

For additional information, refer to **Unopposed Candidates** in the **BALLOTS** section of this manual on page 55. *[A.C.A. §§ 7-5-207(a)(2)(B), (a)(3)(B); 7-5-315(a); 14-42-206(c)(2)]*

**Overvoted Ballots:**

If a paper ballot contains marks for more than the maximum allowable number of candidates in any one (1) contest or contains marks both "FOR" and "AGAINST" a single measure, the contest should be considered overvoted, and the voter's intent must be determined for the overvoted contest. *[A.C.A. § 7-5-603(2)(B)]*

---

### STATE BOARD RULES FOR VOTER INTENT

The State Board of Election Commissioners has promulgated rules under the Administrative Procedures Act for determining whether a paper ballot has been properly marked and whether a vote should be counted for any contest in question.

The State Board of Election Commissioners' Rules for Voter Intent are available at www.arkansas.gov/sbec.

---

DEFS_083392

ELECTION NIGHT & POST ELECTION

**Exhibit B**

**Write-in Votes:**
Write-in votes are not counted in primary elections. *[A.C.A. § 7-5-525(c)]*

Write-in votes cast for municipal officials and President/Vice President are not counted. *[A.C.A. §§14-43-202, 7-5-205 (limiting write-ins to U.S. Senate, U.S. House, state offices, district offices, county offices and township offices)]*

Votes for write-in candidates in general elections are not counted unless the write-in candidate provides written notice at least ninety (90) days before the general election to the county board of each county in which the candidate seeks election and properly files with either the Secretary of State or the county clerk, as the case may be, according to Ark. Code Ann. § 7-5-205 or Ark. Code Ann. § 7-10-103.

A write-in vote must be cast in the appropriate place on the ballot and be the same name listed on the write-in candidate's political practices pledge or the vote for that candidate must not be counted. However, abbreviations, misspellings, and minor variations in the form of the write-in candidate's name shall be disregarded if the intention of the voter can be determined. *[A.C.A. §§ 7-5-205(4); 7-5-525(b)(2)]*

**Amendments and Measures:**
The votes on each measure on the ballot shall be counted, tabulated, and returned at the same time and manner as the votes for candidates. *[A.C.A. § 7-9-119(a)]*

If a petition for any amendment or measure is declared insufficient by the Secretary of State or a court of competent jurisdiction or determined to be invalid for any other reason after having been certified by the Secretary of State to the county board and placed on the ballot, the votes on the amendment or measure are not counted or certified. *[A.C.A. § 7-5-204(c)(2)]*

**Early Votes:**
Election officials canvass the voting machine vote for early voting in the same manner provided for regular polling sites and return the results of the canvass to the county board to be tabulated and canvassed in the same manner as the other election precinct returns. These votes cannot be counted until 7:30p.m. on election night. *[A.C.A. § 7-5-413(c)]*

**Special Runoff Absentee Ballots:**
"Special runoff ballots" cast for the primary runoff election that are returned with the absentee voter's primary ballot are only counted in the primary runoff election. *[A.C.A. § 7-5-416(f)(4)]*

"Special runoff ballots" cast for the general runoff election that are returned with the absentee voter's general election ballot are only counted in the general runoff election. *[A.C.A. § 7-5-416(f)(4)]*

The Secretary of State provides the county board with instructions for opening, counting, and canvassing absentee "special runoff ballots." *[A.C.A. § 7-5-416(f)(5)]*

DEFS_083393

# Exhibit B

**Preliminary and Unofficial Results**

**Reporting:**

As results are received and tabulated on election night for all state and federal elections, the county board of election commissioners shall declare preliminary and unofficial results of the election as soon as early voting, absentee, or individual precinct results are tabulated on election night and immediately shall transmit the results by precinct to the Secretary of State through the election night reporting interface.   Precinct results must be reported to the Secretary of State as soon as possible and cannot be held for later aggregation.  *[A.C.A. § 7-5-701(a)(3)(A)]*

The county board of election commissioners must report the results of both absentee and early voting by precinct to the Secretary of State as soon as practical after the polls close. *[A.C.A. § 7-5-416(a)(7)(B)(i)]*

The county board of election commissioners may, by agreement with the county clerk, transmit the results to the county clerk who immediately shall transmit the results by precinct to the Secretary of State. *[A.C.A. §§ 7-5-701(a)(3)(B); 7-5-707(a); 7-9-119]*

The report shall include the number of outstanding ballots of voters who requested ballots under the Uniformed and Overseas Citizens Absentee Voting Act and the number of provisional ballots. *[A.C.A. § 7-5-701(a)(3)(C)(i)(a)(b)]*

# RECOUNTS

**Initiating a Recount**

**Request by Candidate:**

Any candidate who is dissatisfied with the returns of the election may submit to the county board of election commissioners a petition requesting a recount of the returns from any precinct. *[A.C.A. § 7-5-319(a)(1)]*

**Deadline for Request by Candidate:**

If the number of outstanding overseas absentee ballots cannot change the results of the election, the candidate must present the petition no later than two (2) days after the county board declares preliminary and unofficial results of the election. *[A.C.A. § 7-5-319(a)(2)]*

If the number of outstanding overseas absentee ballots could potentially change the results of the election, the candidate must present the recount petition to the county board before the final canvassing and certification of the results of the election. *[A.C.A. § 7-5-319(a)(3)]*

DEFS_083394

ELECTION NIGHT & POST ELECTION

**Exhibit B**

**Election Commission Decision:**
The election commission may decide to conduct a recount on its own motion, without a request from a candidate.  Also, when an advocate for or against a measure requests a recount, the board may, at its discretion conduct the recount.  In this instance, the county would bear the cost of the recount because the law requires only candidates for office to pay the cost of recounts. *[A.C.A. § 7-5-319(b)]*

## Recount Procedure

**Equipment Test Results:**
Upon receipt of the recount petition, the county board of election commissioners shall provide the candidate with a copy of the test results from the voting machines and electronic vote tabulating devices. *[A.C.A. § 7-5-319(b)]*

**Candidate Notification:**
The county board must notify all candidates whose election could be affected by the recount within forty-eight (48) hours of receipt of the petition for recount. *[A.C.A. § 7-5-319(i)]*

**Official Voting Machine Ballot:**
If votes were cast on a voting machine with a voter-verified paper audit trail (VVPAT), the VVPAT shall serve as the official ballot to be recounted.  *[A.C.A. § 7-5-319(c)(1)]*

If the VVPAT cannot be used for the recount due to damage, the paper record produced by the machine for manual audit shall be the official ballot to be recounted. *[A.C.A. § 7-5-319(c)(3)]*

The county board may manually sum vote totals on the VVPAT for each candidate involved in the recount or count by hand each vote for each candidate involved in the recount using the VVPAT. *[A.C.A. § 7-5-319(c)(2)]*

If the voting machine is exempt from the VVPAT requirement, the paper record produced by the machine for manual audit shall be the official ballot to be recounted. *[A.C.A. § 7-5-319(c)(4)]*

**Paper Ballots:**
Votes cast on paper ballots must be recounted in the same manner as the initial count. *[A.C.A. § 7-5-319(d)]*

If the county board determines that an electronic vote tabulating device may be malfunctioning, the ballots may be recounted in any manner prescribed by law. *[A.C.A. § 7-5-319(d)]*

## Limitation

**Candidate Petitioned:**
Only one (1) recount per candidate per election is permitted. *[A.C.A. § 7-5-319(b)]*

DEFS_083395

## Certification of Results

The county board of election commissioners shall certify the results of the last recount.
*[A.C.A. § 7-5-319(b), (e)]*

## Ballot Preservation

After the recount is certified, ballots must again be sealed and kept as provided by law.
*[A.C.A. § 7-5-319(f)]*

## Cost

**Determination:**
The county board of election commissioners shall determine the actual costs incurred to conduct a recount and charge the candidate petitioning the recount up to a maximum rate of twenty-five cents (25¢) per vote cast in the precincts where the recount is requested or a total of two thousand five hundred dollars ($2,500) for the entire county, <u>whichever is less</u>.
*[A.C.A. § 7-5-319(h)]*

**Payment:**
The county board must collect payment for the recount from the candidate petitioning the recount before conducting the recount.  There is no provision in election code for payment of the cost of any recount conducted on the election commission's own motion.
*[A.C.A. § 7-5-319(g)(1)]*

**Refund of Payment:**
If the recount changes the outcome of the election, the cost shall be refunded to the candidate.
*[A.C.A. § 7-5-319(g)(2)]*

# ELECTION TO OFFICE

## General Election

**United States Congress:**
A candidate for United States Senate or United States House of Representative who receives the greatest number of legal votes cast for the office at the general election held in November shall be declared elected.  *[A.C.A. § 7-5-703(b)]*

If any two (2) candidates receiving the highest number of votes also receive an equal number of votes, a tie shall exist, and a special runoff election must be held four (4) weeks from the day of the general election with the names of those two (2) candidates placed on a special runoff election ballot to be voted upon by the qualified electors of the congressional district.
*[A.C.A. § 7-5-703(c)]*

**Constitutional Office:**
A candidate for Governor, Lieutenant Governor, Secretary of State, Treasurer of State, Auditor of State, Attorney General, or Commissioner of State Lands who receives the greatest number of legal votes cast for the office at the general election held in November shall be declared elected.  *[A.C.A. §§ 7-5-704(a); 7-5-705(b)]*

DEFS_083396

ELECTION NIGHT & POST ELECTION

**Exhibit B**

If any two (2) candidates for Commissioner of State Lands receive the highest number of votes and an equal number of votes, a tie shall exist, and a special runoff election must be held four (4) weeks from the day of the general election with the names of those two (2) candidates placed on a special runoff election ballot to be voted upon by the qualified electors of the state.*[A.C.A. § 7-5-704(b)]*

For all other constitutional officers, if two (2) or more candidates receive an equal number of votes and the highest number of votes for the same office, a tie shall exist, and one (1) of them shall be chosen by a joint vote of both houses of the General Assembly by a majority vote. *[A.C.A. § 7-5-705(b); Arkansas Constitution, Article 6, § 3; Amendment 6, § 3]*

**Legislative Office:**
A candidate for State Senate or State House of Representatives who receives the greatest number of legal votes cast for the office at the general election held in November shall be declared elected.  *[A.C.A. § 7-5-704(a)]*

If any two (2) candidates receive the highest number of votes and an equal number of votes, a tie shall exist, and a special runoff election must be held four (4) weeks from the day of the general election with the names of those two (2) candidates placed on a special runoff election ballot to be voted upon by the qualified electors of the districts. *[A.C.A. § 7-5-704(b)]*

**County Office:**
The candidate who receives a majority of the votes cast for the office at the general election held in November shall be declared elected.

If there are more than two (2) candidates for election at the general election and no candidate receives a majority of the votes cast for the office, a general runoff election must be held four (4) weeks after the general election. The names of the two (2) candidates receiving the highest number of votes shall be placed on a general runoff election ballot to be voted upon by the qualified electors of the county. *[A.C.A. § 7-5-106(a)]*

If one (1) of the two (2) candidates who received the highest number of votes for an office, but not a majority in the general election, withdraws before certification of the results of the general election, the remaining candidate who received the most votes at the general election shall be declared elected to the office and there shall be no general runoff election. *[A.C.A. § 7-5-106(d)]*

If two (2) candidates receive the highest number of votes and also receive the same number of votes, a tie shall exist. The names of the two (2) candidates shall be placed on the general runoff election ballot to be voted upon by the qualified electors of the county. *[A.C.A. § 7-5-106(b)]*

If one (1) candidate receives the highest number of votes, but not a majority of the votes, and two (2) other candidates receive the same number of votes for the next highest number of votes, a tie shall exist between the two (2) candidates. The county board of election commissioners must hold a public meeting and in the presence of the two (2) candidates determine the runoff candidate by lot. *[A.C.A. § 7-5-106(c)]*

104

# Exhibit B

The candidate receiving the majority of votes cast for the office at the general runoff election shall be declared elected. *[A.C.A. § 7-5-106(e)(1)]*

If in the runoff election, the two (2) candidates seeking election receive the same number of votes, a tie shall exist. The county board must hold a public meeting and in the presence of the two (2) candidates determine the winner of the runoff general election by lot. *[A.C.A. § 7-5-106(e)(2)]*

## Municipal Office:
Municipal office includes offices of cities of the first class, cities of the second class, and incorporated towns.

Except in City Manager Form of governments, the candidate who receives a majority of the votes cast for the office at the general election held in November shall be declared elected. *[A.C.A. §§ 7-5-106(a), 14-48-109(a)(8)]*
In City Manager Form of governments, the candidate who receives a plurality of the votes cast for the office at the general election held in November shall be declared elected. *[A.C.A. §§ 14-47-110(a)(4), 14-61-111(a) (plurality winner for mayor in cities with elected mayor unless the people have voted to require a minimum percentage to avoid a runoff)]*

## Mayor Council Form of Governments:
A candidate who receives at least forty percent (40%) of the votes cast for the office shall be declared elected to the office if that candidate also receives at least twenty percent (20%) more votes than the second-place candidate. *[A.C.A. § 7-5-106(2)(A)]*

A general runoff election must be held four (4) weeks after the general election if there are more than two candidates and no candidate receives either a majority of votes cast or both forty percent (40%) or more of the votes cast for the office at the general election and at least twenty percent (20%) more votes than the second-place candidate. In that event, the names of the two (2) candidates receiving the highest number of votes shall be placed on a general runoff election ballot to be voted upon by the qualified electors of the municipality. *[A.C.A. § 7-5-106(a), (d); **NOTE:** A.C.A. §§ 14-42-206(c)(1)(A) and 14-43-304(c)(1) are repealed by implication]*

If either of the two (2) candidates, who received the highest number of votes cast for an office in the general election but who did not receive either a majority of the votes cast or both forty percent (40%) or more of the votes cast and at least twenty percent (20%) more than the second-place candidate, withdraws before certification of the results of the election, the remaining candidate who received the most votes at the general election shall be declared elected to the office and there shall be no general runoff election. *[A.C.A. § 7-5-106(d)]*

If two (2) candidates receive the highest number of votes and also receive the same number of votes, a tie shall exist. The names of the two (2) candidates shall be placed on the general runoff election ballot to be voted upon by the qualified electors of the municipality. *[A.C.A. § 7-5-106(b)]*

If one (1) candidate receives the highest number of votes, but not a majority of the votes, and two (2) other candidates receive the same number of votes for the next highest number of

**Exhibit B**

votes, a tie shall exist between the two (2) candidates. The county board of electioncommissioners must hold a public meeting and in the presence of the two (2) candidates determine the runoff candidate by lot. *[A.C.A. § 7-5-106(c)]*

The candidate receiving the majority of votes cast for the office at the general runoff election shall be declared elected. *[A.C.A. § 7-5-106(e)(1)]*

If in the runoff election, the two (2) candidates seeking election receive the same number of votes, a tie shall exist. The county board must hold a public meeting and in the presence of the two (2) candidates determine the winner of the runoff general election by lot. *[A.C.A. § 7-5-106(e)(2)]*

**Nonpartisan Judges and Prosecutors:**
A candidate for the office of Justice of the Supreme Court, Judge of the Court of Appeals, circuit judge, district judge, or prosecuting attorney shall not be elected to a nonpartisan office without receiving a majority of the votes cast for the office at the nonpartisan general election held in March. *[A.C.A. § 7-10-102(c)(1)]*

If no person receives a majority of the votes cast, the two (2) candidates receiving the highest and next highest number of votes are certified to a runoff election to be held on the same date at the same times and places as the November general election. *[A.C.A. § 7-10-102(c)(2), (3)]*

# FINAL CERTIFICATION

## Provisional Ballots

Before final certification of the election, the county board of election commissioners must review and determine the validity of every provisional ballot. *[A.C.A. § 7-5-308(e)(1)]*

Unless directed by a court of competent jurisdiction, a provisional ballot, other than a ballot made provisional due to the voter's failure to verify their voter registration, is counted if it is cast by a voter who is lawfully registered in the county and is cast on the correct ballot (according to the precinct listed on the voter's eligibility affirmation) for the precinct of the voter's residence. Also, a ballot cast for failure to verify voter registration may be counted if the voter returns to the county board of election commissioners or the county clerk by 12:00 noon on the Monday following the election and submits a valid photo ID *[A.C.A. §§ 7-1-101(32); 7-5-308(f)(1) and 7-5-418(d)); 7-5-417(c)]*

Each provisional voter must be notified by first class mail whether his or her vote was counted, and if not, the reason for rejecting the provisional voters' ballot and of the date, time, and place for a hearing before a final determination is made. *[A.C.A. § 7-5-308(d)(2)]*

The county board must include all provisional ballots found to be valid in the final count and certification. *[A.C.A. §§ 7-1-101(32); 7-5-417(c); 7-5-418(d)(2)]*

106

ELECTION NIGHT & POST ELECTION

**Exhibit B**

| |
|---|
| **STATE BOARD RULES REGARDING PROVISIONAL VOTING**<br><br>The State Board of Election Commissioners' Rules on Poll Watchers, Vote Challenges, and Provisional Voting provides details on reviewing provisional ballots, notice to provisional voters, hearings, and counting provisional ballots and are available at www.arkansas.gov/sbec. |

### Overseas Absentee Ballots

All overseas absentee ballots that were properly executed by the day of the election and received by the county clerk by 5:00 p.m. ten (10) days after the election must be counted and included in the final certification of the election regardless of whether the outcome of the election would change. *[A.C.A. § 7-5-411(a)(1)(B)]*

### Results

No earlier than forty-eight (48) hours after an election and no later than the tenth day after the primary and nonpartisan general elections held in May and the primary runoff election held in June or no later than the fifteenth day after the general and nonpartisan general runoff elections held in November, the county board of election commissioners shall determine, declare, and certify the result of state and federal elections to the Secretary of State. *[A.C.A. §§ 7-5-701(a)(1); 7-5-707(a); 7-7-203(e)(1); 7-7-309]*

The county board or the county clerk, by agreement with the county board, must transmit the certified results for each precinct to the Secretary of State via the internet website provided by the Secretary of State, if possible, or by facsimile, if not. *[A.C.A. §§ 7-5-701(a)(1); 7-9-119(b)]*

***Note:*** *The Secretary of State may require the election commissions to submit additional information as determined by the Secretary of State. [A.C.A. § 7-5-707(c)]*

For municipal elections in municipalities situated in two (2) or more counties, the county board of election commissioners in the county in which fewer residents of the municipality reside shall certify the election results in municipal offices and issues for that county to the election commission of the county in which the greater number of residents of the municipality reside.

The county board of election commissioners in which the greater population of the municipality resides shall tabulate the votes cast on municipal offices and issues and shall certify the election results to the mayor of the municipality. *[A.C.A. §§ 14-42-204; 14-42-205 (c),(d)]*

DEFS_083400

ELECTION NIGHT & POST ELECTION

**Exhibit B**

### Abstract of Returns

**Members of Congress, Executive, Legislative, Judicial Officers, and Prosecuting Attorneys:**
No earlier than forty-eight hours (48) hours and no later than the fifteenth day after the election, the county board of election commissioners shall mail to the Secretary of State certified copies of the abstracts of the returns of the election. *[A.C.A. § 7-5-701(c)(1)]*

**Governor, Lieutenant Governor, Secretary of State, Treasurer of State, Auditor of State, and Attorney General:**
No earlier than forty-eight (48) hours and no later than the fifteenth day after the election, the county board shall mail to the Secretary of State a separate envelope addressed to the Speaker of the House of Representatives containing a certified copy of the abstract of votes for the constitutional officers of the state listed above. *[A.C.A. § 7-5-701(d)(1)]*

**Measures:**
The county board shall certify and deliver an abstract of all votes cast on any measure to the Secretary of State no earlier than forty-eight (48) hours and no later than fifteen (15) calendar days after the election. *[A.C.A. § 7-9-119(b)]*

**Failure to Deliver:**
If the county board does not comply with certification deadlines, the Secretary of State shall file a complaint with the State Board of Election Commissioners according to Ark. Code Ann. § 7-4-120. *[A.C.A. § 7-5-701(c)(4)]*

### Certificate of Election

**Delivery:**
The county board of election commissioners shall deliver a certificate of election to the person having the highest numbers of legal votes for any county office within nineteen (19) days after any general, special, or school election. If the commission cannot ascertain the correct number of legal votes cast, the commission cannot declare and certify the results. *[A.C.A. § 7-5-701(a) (1), (4)]*

**Filing:**
The county board files a certificate detailing the result of the election in the office of the county clerk. *[A.C.A. § 7-5-701(b)]*

## ELECTION CONTESTS

### Candidate Contests

**Circuit Court:**
Within twenty (20) days of the certification that is the subject of the complaint, any candidate can contest the certification of nomination or the certification of vote in any election in the circuit court of the county in which the certification of nomination or certification of vote is made or where otherwise provided by law, and the election contest shall be tried by the circuit judge in open court without a jury. *[A.C.A. §§ 7-5-801; 7-5-804(a)]*

DEFS_083401

**State Senator:**
Any contest to the eligibility, qualification, or election to serve as a member of the Senate of the General Assembly shall be according to the rules and procedures for election contests established by the Senate under its governing rules. *[A.C.A. § 7-5-805(a)]*

**State Representative:**
Any contest to the eligibility, qualification, or election to serve as a member of the House of Representatives of the General Assembly is initiated by filing a complaint with the Arkansas State Claims Commission within fifteen (15) days after the election returns are certified by the county board of election commissioners in the case of election contests, and at any time after the election in the case of eligibility contests. *[A.C.A. § 7-5-805(b)]*

**Governor, Lieutenant Governor, Secretary of State, Treasurer of State, Auditor of State, and Attorney General:**
All contested general elections are decided by the joint vote of both houses of the General Assembly with the President of the Senate presiding. *[A.C.A. § 7-5-806(a)]*

## Citizen Contests

If ten (10) reputable citizens of any county allege that illegal or fraudulent votes were cast, that fraudulent returns or certifications were made, or that the Political Practices Act was violated and file a complaint with the circuit judge within twenty (20) days after any election, the circuit judge convenes a special or regular term for hearing the case. *[A.C.A. § 7-5-807]*

Any twenty-five (25) qualified electors of the state may contest the returns and certification of the votes cast upon any measure by filing a contest in the Circuit Court of Pulaski County within sixty (60) days after the certification of the vote. *[A.C.A. § 7-9-121]*

# PRESERVATION OF ELECTION EQUIPMENT & MATERIALS

## Voting Machines

**Release:**
Voting machines must be released to a person designated by the county board of election commissioners for storage in a secure facility designated by the county board. *[A.C.A. § 7-5-528]*

**Secured:**
All voting machines used in any election must remain secured for at least three (3) days after the election, unless ordered activated sooner by court order. *[A.C.A. § 7-5-531(b)(1)]*

In the event of a recount or an election contest, the county board must secure and store audit logs and voter-verified paper audit trails (VVPATs) in a secure place in the county courthouse under lock and key awaiting further orders of the county board or court. *[A.C.A. § 7-5-530(b), (c)]*

All audit logs, ballot stubs and VVPATs produced by voting machines must be secured for a period of two (2) years and preserved in the same manner and for the same time period as

DEFS_083402

**Exhibit B**

ballots and certificates are preserved under Ark. Code Ann. § 7-5-702. *[A.C.A. §§ 7-5-531(a); 7-5-532(e)]*

**Clearing:**
After final certification of the election, the county board must clear the voting machines for future elections. *[A.C.A. § 7-5-531(b)(2)]*

## Voter Lists and Registration Documents

**Return/Retention:**
All voter lists, precinct voter registration lists, affidavits, and other voter registration documents are returned to the county clerk and retained according to Ark. Code Ann. § 13-4-306. *[A.C.A. § 7-5-317(a)(2)]*

## Ballots and Certificates

**Custody:**
After final certification of the election, the county board of election commissioners, retains custody of and safely keeps in a sealed, appropriately marked container in a secure location in the county courthouse or other county storage facility all ballots, ballot stubs and certificates returned to it from the several precincts for a period of twenty (20) days. During the time that ballots and stubs are retained or stored, no one may open the package containing them unless directed to do so by a competent tribunal before which an election contest or prosecution is pending in which the ballots are to be used as evidence. *[A.C.A. § 7-5-702(a)(c)]*

**Election Contest:**
If the county board is notified in writing within the twenty (20) day period of an election contest or initiation of criminal prosecution for fraud in the election, the county board must preserve the ballots, ballot stubs and certificates as may relate to the contest or prosecution for use as evidence. *[A.C.A. § 7-5-702(b)]*

**Retention:**
After the twenty (20) day period following final certification, ballots (marked and unmarked), ballot stubs and certificates must be stored in a secure location in the county courthouse or other county storage facility for a period of two (2) years from the date of the election. *[A.C.A. § 7-5-702(a)]*

**Audits:**
Following the General Election, the SBEC will randomly select counties to participate in a post-election audit of the vote counting devices. Ballots must initially be stored in batches so that all the ballots represented on a certified results tape from a tabulator can be counted to confirm the accuracy of the tabulator. If your county is selected to participated in the audit, you will be notified within 60 days of the election. *[A.C.A. § 7-4-121]*

**Ballot Accounting;**
Within thirty (30) days after EVERY election the county board of election commissioners shall prepare and transmit a report of provisional and rejected ballots cast. See BALLOT DISPOSITION form on page 192. *[Act 1022 of 2021]*

DEFS_083403

# Exhibit B

## Destruction of Election Materials

### Marked Ballots/Ballot Stubs:

After a period of two (2) years, the county board of election commissioners may destroy all marked ballots and ballot stubs upon entering an order directing the destruction, upon making and retaining a record of ballots destroyed, and upon filing the order and record with the county clerk. *[A.C.A. § 7-5-702(e)]*

### Election Materials Generally:

It is a felony to destroy the following before legally allowed:

- A ballot that was completed, cast, abandoned or spoiled
- A ballot stub from a ballot that was completed, cast, abandoned or spoiled
- A completed voter statement
- An envelope that contains a ballot
- An affidavit provided to the county clerk
- An absentee ballot list
- An absentee ballot application
- A list of absentee ballot applications prepared under 7-5-408
- Any other ballot related material

"Ballot related material" is material "provided to a person representing himself or herself as the voter or his or her agent by a county clerk, member of a county board of election commissioners, or a poll worker and returned by the person … or agent for the purpose of voting in an election." The penalty for violation is at least a one-year jail term and a fine of up to $10,000. *[A.C.A. §7-1-112]*

## Measures

### Document Retention:

All petitions with signatures, notices, certificates, or other documents surrounding a measure on the ballot must be filed and preserved with the county clerk for two (2) years. *[A.C.A. §7-9-123]*

# ENFORCING ELECTION LAWS

## Complaints

### Voting Machine Malfunction:

The county board of election commissioners must provide forms at each polling place using a voting machine for voters to use for complaints about the function of a voting machine. The poll workers must forward all filed complaints to the county board for investigation. A copy of the complaint must also be provided to the Elections Division of the Secretary of State. *[A.C.A. § 7-5-510]*

DEFS_083404

ELECTION NIGHT & POST ELECTION

**Exhibit B**

---

### STATE BOARD'S VOTER COMPLAINT FORM FOR VOTING MACHINE MALFUNCTION

The State Board of Election Commissioners developed a Voter Complaint form for voters to use to file a complaint about the function of a voting machine.  The State Board's Voter Complaint Form is provided in the Forms & Instructions section in the back of this manual.

---

**Written Complaints:**
Written complaints concerning any election law violation or irregularity received by the county board must be forwarded to the State Board of Election Commissioners. *[A.C.A. § 7-1-109; § 7-4-120]*

---

### STATE BOARD'S PROCEDURES FOR ALL OTHER COMPLAINTS

The State Board has developed rules, procedures, and forms for filing complaints related to HAVA and Non-HAVA violations of election and voter registration laws.  All of this information is available on the State Board's website at http://www.arkansas.gov/sbec.

---

**<u>Voter Identification</u>**

**Failure to Provide:**
After each election, the county board of election commissioners may review the precinct voter registration lists for voters not providing identification at the polls and forward the information to the prosecuting attorney for investigation of possible voter fraud. *[A.C.A. § 7-5-305(a)(8)(B)(iii), (iv)]*

**<u>Provisional Ballots</u>**

**Referral to Prosecuting Attorney:**
When examining provisional ballots before certification of the results of the election, if the county board of election commissioners suspects that a violation of election laws has occurred, the county board may refer the matter to the prosecuting attorney. *[A.C.A. § 7-5- 308(e)]*

**Referral to the SBEC**
In the event that the CBEC receives a provisional ballot that was cast due to a voter having been marked as already voted in the precinct voter registration list, the CBEC is required to report this fact to the State Board of Election Commissioners within 30 days of the election.  [*Rules on Poll Watchers, Vote Challenges, and Provisional Voting § 903(c)(2)]*

DEFS_083405

# ELECTION EXPENSES

## Voting Equipment

**Purchases:**
The County Voting System Grant Fund is available to the counties pursuant to A.C.A. § 19-5-1243 to purchase voting machines, electronic vote tabulating devices, and for other voting system equipment and maintenance. The Secretary of State shall establish guidelines and procedures for a grant program to distribute the funds to the counties. *[A.C.A. § 7-5-301(d)]*

**Technical Support:**
Each county shall provide or contract for adequate technical support for the installation, set up and operation of the voting system for each election. *[A.C.A. § 7-5-301(g)]*

**Voter Continuing Education:**
The Secretary of State is responsible for developing, implementing and providing a continuing program to educate voters and poll workers in the proper use of the voting system. *[A.C.A. § 7-5-301(h)]*

## State-Funded Elections

**Funding:**
The State Board of Election Commissioners funds political party primary elections from funds appropriated to the State Board for election expenses of the State Board and the county boards of election commissioners for preferential primary and nonpartisan elections conducted in May, primary runoff elections conducted in June, special primary elections, and statewide special elections. *[A.C.A. § 7-7-201(a)]*

**Procedure:**
The State Board will furnish each individual designated by the county board with comprehensive guidelines, instructions, and worksheets for requesting payment from the State Board for eligible state-funded election expenses. This information is also available on the State Board's website at http://www.arkansas.gov/sbec. This system of funding by the State Board has resulted in uniform and consistent distribution of funds from the State to the counties and provided information used by the State Board to maintain databases of comparative election costs, allowing the State to maintain a high level of fiscal accountability. *[A.C.A. § 7-7-201(b)(2)]*

**Private Funded Elections:**
County Boards of Election Commissioners are prohibited from accepting private funds or any funding outside of government sources in the state of Arkansas or the United States. *Act 961 of 2021]*

**Withholding:**
The State Board may withhold funding for otherwise eligible state-funded election expenses from any county that fails to comply with the rules developed by the State Board for the administration of primary elections or for failure to comply with applicable state election laws until all requirements are met to the satisfaction of the State Board. *[A.C.A. § 7-7-201(b)(3)]*

113

ELECTION NIGHT & POST ELECTION

**Exhibit B**

---

| |
|---|
| **STATE BOARD RULES AND GUIDELINES FOR REIMBURSEMENT**<br><br>The State Board of Election Commissioners has promulgated rules under the Administrative Procedure Act and developed guidelines establishing eligible state-funded election expenses.<br><br>The State Board of Election Commissioners' Rules for Reimbursement of Expenses for State-Funded Elections and its guidelines for seeking reimbursement from the State Board for a preferential primary election, for a primary runoff election, for a statewide special election, and for a special primary election are available at www.arkansas.gov/sbec. |

## General Elections

All expenses of general elections for presidential, congressional, state, district, county, township, or municipal offices in this state shall be paid by the counties in which held, and cities or incorporated towns shall reimburse the county boards of election commissioners for the expenses of the elections according to the formula outlined in Ark. Code Ann. § 7-5-104. *[A.C.A. § 7-5-301(j)]*

## Special Elections

### Paid by County:
Except for statewide special elections and special party primary elections paid by the State Board of Election Commissioners in accordance with Ark. Code Ann. § 7-7-201, expenses for special elections for congressional, state, district, county, and township offices, including runoff elections as required by law, shall be paid by the counties in which they are held. *[A.C.A. § 7-5-104(b)(1)]*

All expenses of special elections called by any county to refer a question or measure to the voters of the county shall be paid by the county. *[A.C.A. § 7-5-104(b)(3)]*

### Paid by City/Incorporated Town:
All expenses of special elections for municipal offices, including any runoff elections as required by law, and for referring a question or measure to the voters of the city or incorporated town shall be paid by the city or incorporated town calling for the elections. *[A.C.A. § 7-5-104(b)(2), (4)]*

### Paid by School District:
All expenses of a special school election shall be paid by the school district calling for the election. *[A.C.A. § 6-14-118(2)]*

DEFS_083407

**Exhibit B**

# ANNUAL SCHOOL ELECTIONS

The annual school election in 2022 will be held on the preferential primary date in May or with the general election in November, whichever is chosen by the school district. In odd numbered years the annual school election will be held on the second  Tuesday in May or the second Tuesday in November , whichever is chosen by the school district. This election is to elect school board positions and submit to a vote of the people an annual proposed rate of tax for the maintenance and operation of schools and the retirement of indebtedness. *[Article 14, § 3 of the Arkansas Constitution, as amended by Amendments 1, 11, and 40; A.C.A. § 6-14-102(a)(1) as amended by Act 610 of 2021; Attorney General's Opinion No. 96-380]*

## Polling Sites

**Designation:**
If the election is held at the same time as the preferential primary election or general election, the polling sites for the annual school election shall be the same as the polling sites for the primary or general election.  *[A.C.A. § 6-14-106(a)(5)]*

If the election is held on a date on which no other elections are held a school district with territory in more than one (1) county, the county board of the domicile county (the county where administrative headquarters is located) must designate one (1) or more polling sites in each county in which the school district has territory containing a city of the second class or larger. *[A.C.A. § 6-14-106(a)(1), (b)]*

Polling sites for school elections are established by a majority vote of the members of the county board present. *[A.C.A. § 6-14-106(a)(3)]*

The polling sites for each school election are the same as those established for the most recent contested school election unless changed by order of the county board. *[A.C.A. § 6-14-106(a)(4)(A)]*

**Consultation with School District:**
The county board must consult with each school district regarding the number of polling sites to designate for each school district and the location of the polling sites. *[A.C.A. § 6-14-106(a)(2)]*

**Unopposed Election with No Change in Ballot Issue:**
In in an odd year annual school election if all races are unopposed and the only ballot issues for consideration is the local tax rate which is not being changed or restructured, the board of directors of any school district may requested by resolution for the county board to reduce the number of polling sites, or allow annual school elections to be conducted by early and absentee voting only,or conduct an Election by Candidate. *[A.C.A. § 6-14-102(c)]*

And election by candidate allows the CBEC to open no polls and have the candidate who is unopposed cast a single ballot in which the candidate votes for himself or herself.  This ballot must also include a vote for or against the millage issue which contains no changes in the rate or structure of the millage issue in the previous calendar year.

DEFS_083408

**Exhibit B**

The county board of election commissioners may choose to use only paper ballots counted by hand for an unopposed election with no change in the rate or structure of the millage issue. *[A.C.A. §§ 6-14-102(c)(2)(B)]*

## Election Officials

### Qualifications:
The qualifications of a poll worker for the annual school election are the same as the qualifications for a primary or general election which is addressed on page 51 of this manual. *[A.C.A. § 6-14-101]*

### Number:
In odd year school elections, the county board of election commissioners of the domicile county appoints one (1) election judge and one (1) election sheriff for each polling site and as many additional election clerks at each polling site as are necessary for holding the election. *[A.C.A. § 6-14-106(a)(1), (e)]*

## Publications

All publication requirements are the responsibility of the county board of election commissioners. These notices may be included with the notices legally required for primary and general elections. *[Act 473 of 2019]*

### Public Notice of Election:
The county board of election commissioners shall give notice of all school elections in the same manner as notice of all other elections conducted by the county board of election commissioners. Notice must be published in a newspaper of general circulation at least eight (8) days prior to the school election and published a second time at least five (5) days prior to the school election. *[Act 448 of 2021]*

When a school election is only conducted by the county board of election commissioners for the domicile county and the school district includes more territory than the domiciled county, the notice of election shall be published in one (1) or more newspapers of general circulation in each of the counties in which the district has territory. The county board of election commissioners shall publish notice of an issue to be placed on the ballot in the manner provided under § 7-5-206. *[A.C.A. § 6-14-106]*

### Content of Public Notice of Election:
The public notice of the election shall contain: the date of the election; the hours of voting on election day; the places and times for early voting; polling sites for holding the election in the county; the candidates and offices to be elected; the time and location of opening, processing, canvassing, and counting ballots including absentee and early ballots; the location and date that the list of appointed election officials will be posted and directions for filing a written object to the service of an elected official.  The notice should also contain the text of the district's rate of taxation.  *[A.C.A. §§ 7-5-202(a) as amended by Act 448 of 2021; 7-5-416(a)(2]*

DEFS_083409

SCHOOL & SPECIAL ELECTIONS

**Exhibit B**

**Ballot Position Draw (odd-year):**
Notice of the drawing for ballot position must be published three (3) days before the public meeting for ballot draw. *[7-5-207(c)(2)]*

## Ballots

For school elections held in even years it is the responsibility of the county board of election commissioners to produce ballots for all voting precincts within the county.  In odd years the county board of election commissioners of the domicile county prepares and furnishes the needed ballots for all voters in the school districts conducting anannual school election. *[A.C.A. § 6-14-111(b)]*

Exception when a Non-Domicile County Holds a Special Election During the Annual School Election**:**  If, during an odd year annual school election or a special school election for a district which has territory in multiple counties, one of that district's non-domicile counties has a special election in which at least one of the district's voters is eligible to vote an exception to the rule stated above is triggered.  This exception requires that the county election commission in each county in which the district has territory conduct the school election for that county's voters.  If this exception is triggered, the county clerk in the district's domicile county will notify you and provide you with the ballot language along with any candidates which must be on your county's ballot.

Only issues authorized to be on the ballot by the Arkansas Constitution or by statute may appear on the ballot. Issues to be considered may be printed on the same ballot as the other election held on the same date. *[A.C.A. § 6-14-102(a)(2)]*

The county board places on the ballots as a candidate for school district director the name of any qualified registered voter whose political practices pledge, affidavit of eligibility, and petition has been filed with and verified by the county clerk of the county in which the school district is domiciled for administrative purposes according to Ark. Code Ann. § 6-14-111.

On the day after the deadline for candidates filing by petition, the county clerk of the county which the school district is domiciled for administrative purposes must certify to the county boards conducting the election the names of those candidates who have qualified for the ballot by petition. If the annual school election is being held with a preferential primary or general election, the county clerk must also certify the names of candidates to all non-domicile counties for districts domiciled in their county.
*[A.C.A. § 6-14-111(j)(1)]*

Immediately after the close of the write-in filing period, the county clerk of the county which the school district is domiciled for administrative purposes certifies to the county board any write-in candidates who have filed the affidavit of eligibility, the notice of write-in candidacy, and the political practices pledge with the clerk. *[A.C.A. § 6-14-111(i)(2)]*

The county board must hold a public meeting no later than seventy-two (72) days before the annual school election and determine by lot the order that the names of the candidates will appear on the ballot. *[A.C.A. § 6-14-111(j)]*

DEFS_083410

SCHOOL & SPECIAL ELECTIONS

**Exhibit B**

## Election Materials

*Odd-Year elections:*
The county board of election commissioners of the domicile county prepares and furnishes all necessary election supplies for the annual school election unless notified otherwise by the county clerk.. *[A.C.A. §§ 6-14-106(a)(1); 6-14-111(b)]*

If a school district has territory in more than one (1) county, the county board must assure that the necessary precinct registration files are delivered to each polling site in order that the electors in each county may vote in the school election. *[A.C.A. § 6-14-106(c)]*

## Ballot Secrecy

Each voter must be provided privacy to mark his or her ballot. *[A.C.A. § 6-14-110]*

## Counting Ballots and Certifying Results

### Certification of Results:
When the polls are closed, the election officials must immediately count the results, make a return of the votes, certify the return, and file the certification with the county clerk of the domicile county for delivery to its county board of election commissioners. *[A.C.A. §§ 6-14-114; 6-14-115]*

The county board must determine, declare, and certify the result of the school election to the county clerk, no earlier than forty-eight (48) hours and no later than fifteen (15) days after the election. *[A.C.A. § 6-14-115]*

The county board must also file a certified copy of the results of any school district not domiciled for administrative purposes in their county with the county clerk of the county in which the school district is domiciled. *[A.C.A. § 6-14-115]*

The certification must show the number of votes cast for each person for school district director, the number of votes cast for and against the school tax, the number of additional mills for maintenance and operation, the number of mills for dedicated maintenance and operation, the number of mills for debt service, the total millage rate levied for all purposes in excess of the uniform rate of tax, and the number of votes cast for and against any other question submitted at the election. *[A.C.A. § 6-14-114]*

The county clerk of the county in which the school district is domiciled, for administrative purposes, shall file certified copies of the results and a certification of the outcome of each race or issue with each nondomicile county clerk in which any part of the school district lies. *[A.C.A. § 6-14-115]*

DEFS_083411

# Exhibit B

**Runoff Election:**

If no candidate for any school district position receives a majority of the votes cast for the office or if a tie vote exists, a runoff election is held in the district four (4) weeks after the date of the election with the names of the two (2) candidates receiving the highest number of votes placed on the runoff ballot. Candidates have the same relative ballot position as in the school election. *[A.C.A. §§ 6-14-121(a); 7-5-207(c)]*

The person receiving the majority of the votes cast for the position at the runoff election is declared elected. *[A.C.A. § 6-14-121(b)]*

In the event the two (2) candidates in the runoff election seeking election to the same school district position receive the same number of votes, a tie exists, and the county board determines the winner by lot at an open public meeting and in the presence of the two (2) candidates. *[A.C.A. § 6-14-121(d)]*

**Candidate Withdrawal:**
If one (1) of the two (2) candidates who received the highest number of votes for a school district position withdraws before certification of the result of the school election, the remaining candidate who received the most votes is declared elected, and there is no runoff election. *[A.C.A. § 6-14-121(c)]*

## Election Contest

Within twenty (20) days of the date of certification, a candidate may contest the election in the circuit court of the county in which the school district is domiciled according to the procedures provided under Ark. Code Ann. § 7-5-801 et seq. *[A.C.A. § 6-14-116]*

## Election Expenses

**Even-Numbered Year Election:**
If the school election is held in an even-numbered year, the school district shall reimburse each county in which the school election appears the <u>additional costs</u> incurred by the county when holding the school election in conjunction with the primary or general election. *[A.C.A. § 6-14-118]*

See the State Board *Rules for the Annual School Election in Even-Numbered Years* available at <u>www.arkansas.gov/sbec</u> for procedures for calculation, allocation, and billing of the cost of an even-numbered year school election.

**Odd-Numbered Year Election:**
The school districts in the county shall reimburse the county for the cost of the election *[A.C.A. § 6-14-118]*

SCHOOL & SPECIAL ELECTIONS

**Exhibit B**

This Page Intentionally Blank

DEFS_083413

# Exhibit B

## SPECIAL ELECTIONS

### Laws Governing

In the absence of provisions in the laws governing special election procedures, a special election is governed by either primary election laws of the state or general election laws of the state, as the case may be and by provisions in the document calling the election if different from the laws. *[A.C.A. §§ 7-11-102; 7-11-204; 7-11-301]*

### Calling

All special elections and other elections to fill a vacancy in an office are called by proclamation, ordinance, resolution, order, or other authorized document of the appropriate constituted authority. *[A.C.A. § 7-11-101]*

All special elections on measures or questions referred to the voters by governmental entities as authorized by law are called by proclamation, ordinance, statute, resolution, order, or other authorized document of the appropriate constituted authority. *[A.C.A. § 7-11-201]*

### Calling Document

**Vacancies in State, Federal, or District Offices/State Measures or Questions:**
The proclamation, ordinance, resolution, order, or other authorized document of the appropriate constituted authority calling a special election to fill a state, federal, or district office or calling a special election on a state measure or question is filed with the Secretary of State, who immediately transmits the document to the county board of election commissioners where the special election is to be held. *[A.C.A. §§ 7-11-103(a); 7-11-202(a)]*

**Vacancies in Local Offices/Local Measures or Questions:**
The proclamation, ordinance, resolution, order, or other authorized document of the appropriate constituted authority calling a special election to fill a local office or calling a special election on a local measure or question is filed with the county clerk of the county administering the election, who immediately transmits the document to the county board of each county where the special election is to be held. *[A.C.A. §§ 7-11-104(a); 7-11-203(a)]*

**Special Election to Fill Vacancy:**
The proclamation, ordinance, resolution, order, or other authorized document calling for a special election to fill a vacancy in an office must be published in a newspaper of general circulation where the special election is to be held and must set forth the:
- Date of the election;
- Date of the special primary election, if any;
- Date of the special primary runoff election, if any is required;
- Deadline for filing as a party candidate with the county clerk or Secretary of State, as the case may be;
- Deadline for party conventions to select nominees, if applicable;
- Deadline for parties to issue certificates of nomination or certified lists of nominees, as the case may be, if applicable;

DEFS_083414

**Exhibit B**

- Deadline for candidates to file certificates of nomination, if applicable, with the county clerk or the Secretary of State, as the case may be;
- Deadline for filing as an independent candidate and the period that a petition for independent candidacy may be circulated;
- Deadline for filing as a write-in candidate, if applicable;
- Deadline for the county election commissioners to draw for ballot position; and
- Date the election shall be certified by the county board in each county where the election takes place and, if applicable, by the Secretary of State.
  *[A.C.A. §§ 7-11-102; 7-11-103(b)]*

**Special Election on Measures or Questions:**
The proclamation, ordinance, statute, resolution, order or other authorized document calling the special election must set out:
- The date of the special election;
- The full text of any measure or question for which the election is called;
- The ballot title, if any, for the measure/question for which the election is called; and
- Any other information required by law.
  *[A.C.A. § 7-11-204]*

**Publication:**
The county board must publish the calling document as soon as practicable in a newspaper of general circulation in the county where the special election is being held. *[A.C.A. §§ 7-11-103(b); 7-11-202(b)]*

In addition to the publication of the calling document, notice of special elections held under Title 7, Chapter 11 must be published and posted according to Ark. Code Ann. §§ 7-5-202 and 7-5-206. *[A.C.A. § 7-11-303]*

## Designated Dates for Special Elections

### Dates on which a Special Election Can Be Called:
In every year except the year the office of the President of the United States is being filed, a special election may be called in the months of February, May, August, and November. If a special election is called in the month of the preferential primary or general election, the election will be held on the same date as the election. All other special elections must be held on the second Tuesday of the month.

In the year the office of the President of the United States is being filed, a special election may be called in the months of March, May, August, and November. If a special election is called in the month of the preferential primary or general election, the election will be held on the same date as the election. All other special elections must be held on the second Tuesday of the month.

### Exceptions in the Case of an Emergency
When calling a special election related to a ballot issue, the entity calling the election may set the election for a month other than the quarterly election dates or the month, excluding the months following a preferential primary or general election, if the entity finds by a two-thirds

**Exhibit B**

majority that (1) an event has occurred that constitutes a substantial change in circumstances, and (2) delay of the election to the next date established above would constitute an undue hardship to the governing entity.  This emergency determination is subject to challenge in circuit court for the 30 days following the filing of the calling document with the county clerk.

**Election Dates that Fall on Legal Holidays:**
A special election scheduled to occur in a month where the second Tuesday of the month is a legal holiday is held on the third Tuesday of the month. *[A.C.A. §§ 7-11-105(b); 7-11-205(a)(1)(B)(i)]*

**Limitations on when a Special Election can be called:**
A special election to fill a vacancy in office may be held no less than seventy (70) days after the date established in the proclamation, ordinance, resolution, order, or other authorized document for drawing for ballot position. *[A.C.A. § 7-11-105(d)(1), (e)(1)]*

A special election on a measure or question may be held no less than seventy (70) days after the proclamation, ordinance, resolution, order or other authorized document is filed with the county clerk. *[A.C.A. §§ 7-11-205(a)(1)(A); 7-11-205(b)(1)]*

**Special Primary Election:**
A special primary election to fill a vacancy in nomination may be called only if the special primary election can be called, held, conducted, certified, and certificates of nomination filed at least seventy (70) days before the general election. *[A.C.A. § 7-7-104(a)(2)(B)]*

If there is only one (1) candidate after all deadlines for filing as a candidate have passed in a special primary election to fill a vacancy, the county board of election commissioners shall certify the candidate as the nominee of the political party without holding a special primary election for the political party. *[A.C.A. § 7-11-107(a)(2)]*

**Vacancies Filled Under Arkansas Constitution, Amendment 29:**
When a vacancy in office is to be filled under Arkansas Constitution, Amendment 29, the Governor issues a proclamation calling an election to fill a vacancy. *[A.C.A. § 7-11-302(1)]*

If the vacancy occurs less than one hundred eighty (180) days before the general election at which the vacancy is to be filled and the position is one that may be filled by partisan election, the political parties shall choose their nominees at a convention. *[A.C.A. § 7-11-302(2)]*

If the vacancy occurs more than one hundred eighty (180) days before the general election and is a position that may be filled by partisan election, the Governor certifies the fact of vacancy in writing to the state committees of the political parties and requests written determination within ten (10) days as to whether the political parties desire to hold a special primary election or a convention to choose nominees. *[A.C.A. § 7-11-302(3)]*

If no state committee of any political party timely responds to the Governor of its determination to hold a special primary election or convention, the Governor declares by proclamation that all nominees shall be chosen by convention. *[A.C.A. § 7-11-302(5)]*

DEFS_083416

**Exhibit B**

If the state committee of any political party timely notifies the Governor of its choice to hold a special primary election, all party nominees must be chosen at a special primary election. *[A.C.A. § 7-11-302(4)]*

The Governor issues a proclamation that sets dates for both the special primary election and any primary runoff election if no candidate receives a majority of the vote at the special primary election. *[A.C.A. § 7-11-302(4)]*

## Polling Sites

### Reduction:
If in a special election to fill a vacancy, there is only one (1) candidate and no other office or issue on the ballot, the county board of election commissioners may reduce the number of polling places for the election to only one (1) polling place. *[A.C.A. § 7-11-107(a)(2)]*

The polling place may be at the courthouse and may be staffed by the county clerk or as many poll workers as the county board deems necessary. *[A.C.A. § 7-11-107(a)(2)]*

### No Poll Elections:
If in a special election to fill a vacancy, there is only one (1) candidate and no other office or issue on the ballot, the county board may declare and certify the candidate as elected as if the candidate had been voted on.. *[A.C.A. § 7-11-107(a)(1)]*

## Ballots

### Primary Elections:
When a special primary election is held on the same date as a preferential primary election, the names of the candidates to be voted upon at the special primary election are included on the ballot of each political party and the portion of the ballot on which the special primary election appears is labeled with a heading stating "SPECIAL PRIMARY ELECTION FOR _____" with the name of the party for which nomination is sought and the office set out in the heading. *[A.C.A § 7-11-106(a)]*

When a special election is held on the same date as a preferential primary election, the names of the candidates and any issue or issues to be voted upon at the special election are included on the ballot of each political party and that portion of the ballot on which the special election appears is labeled with a heading stating "SPECIAL ELECTION FOR…" with the name of the office set out in the heading or "SPECIAL ELECTION ON…" with a brief description of the measure or question to be decided in the election. *[A.C.A. §§ 7-11-105(d)(2); 7-11-205(a)(2)(A), (B)]*

Separate ballots containing the names of the candidates to be voted on at the special election, any nonpartisan candidates, and any other measures or questions to be voted upon must be provided for those voters who wish to vote in the special election or nonpartisan general election, but do not wish to vote in a party's primary. *[A.C.A. §§ 7-7-306(b); 7-10-102(b)(2), (3); 7-11-105(d)(3), (4)(A); 7-11-106(b); 7-11-205(a)(3), (4)]*

124

DEFS_083417

**Exhibit B**

**General Elections:**

When a special primary election is held on the same date as a general election, the names of the candidates to be voted upon at the special primary election are included on the general election ballot and that portion of the ballot is labeled "SPECIAL PRIMARY ELECTION FOR . . ." with the name of the office set out in the heading.

When a special election is held on the same date as a general election, the names of the candidates and the issue or issues to be voted upon at the special election are included on the general election ballot and the portion of the ballot on which the special election appears is labeled with a heading stating "SPECIAL ELECTION FOR . . ." with the name of the office set out in the heading or "SPECIAL ELECTION ON…" with a brief description of the measure or question to be decided in the election. *[A.C.A. § 7-11-105(d)(4)(B)(i)]*

The county board may provide a separate ballot for any special election held at the general election, if determined necessary to avoid voter confusion. *[A.C.A. § 7-11-105(d)(4)(B)(ii)*

DEFS_083418

**Exhibit B**

This Page Intentionally Blank

DEFS_083419

**Exhibit B**

## RULES

For a complete list of all of the State Board's rules please visit http://www.arkansas.gov/sbec

### FORMS & INSTRUCTIONS

**GUIDELINES AND ADVISORY STANDARDS**
Guidelines for State-Funded Compensation for
  County Election Commissioners Training................................................................128
Guidelines for State-Funded Compensation for
  State Board-Certified Trainers.............................................................................132
Guidelines for Ballot Name Certification ....................................................................136
Guidance Regarding the Absentee Ballot Canvassing Process...............................139
Advisory Standards......................................................................................................143
  2015-001 Secrecy of a Voter's Ballot (Paper)
  2015-002 Secrecy of Voter's Ballot (Machine)

**COMMISSION CHECKLISTS**
Checklist for Combined March Preferential Primary, Nonpartisan General
  Elections, and Annual School Election* .................................................................144
Checklist for November General Elections and Annual School Election* ............................149
Checklist for Statewide Special Elections ................................................................154

**FORMS**
List of Voters ..............................................................................................................158
List of Provisional Voters ...........................................................................................160
Pocedures for Casting a Provisional Ballot...............................................................162
Provisional Voter Envelope & Certification...............................................................164
Notice to Provisional Voters ......................................................................................166
List of Persons Assisting Voters ................................................................................168
Change in Polling Site Authorization Form...............................................................170
Spoiled Ballot Affidavit .............................................................................................172
Voting Machine Complaint Form...............................................................................174
Abandoned Ballot Log ................................................................................................176
Poll Workers' Certificate ............................................................................................178
Certification of Logic & Accuracy Test Results.........................................................180
Financial Disclosure
  by Member of County Board of Election Commissioners.................................182

**POSTINGS**
Poll Watcher Authorization Form...............................................................................184
Voting Machine Warning ...........................................................................................186
Crossover Voting Posting ...........................................................................................188
Notice of Electioneering Posting ...............................................................................190

**CHARTS**
Ballot Disposition Report ...........................................................................................192
Degrees of Consanguinity ..........................................................................................196

DEFS_083420

**Exhibit B**

This Page Intentionally Blank

DEFS_083421

**Exhibit B**

# GUIDELINES FOR STATE-FUNDED COMPENSATION FOR COUNTY ELECTION COMMISSIONERS TRAINING

(Effective December 1, 2005; Revised December 15, 2021)



**STATE BOARD OF ELECTION COMMISSIONERS**
**501 Woodlane, Suite 122 South**
**Little Rock, Arkansas 72201**
**(501) 682-1834**
**(800) 411-6996**
**Internet: www.arkansas.gov/sbec**
**Email: INFO.SBEC@arkansas.gov**

128

**DEFS_083422**

**Exhibit B**

<u>**County Election Commissioner Compensation for Training Attendance**</u>

Arkansas Code Annotated § 7-4-109 requires that each member of the county boards of election commissioners attend election training conducted by the State Board of Election Commissioners before each preferential primary election.

Each county election commissioner attending the training is eligible to receive $300, plus mileage reimbursement at the rate established for state employees by state travel regulations

Election commissioner training compensation will be paid by the State Board to the County Treasurer upon receipt from the county of the attached reporting form approved and provided by the State Board to the county.

**FOR ADDITIONAL INFORMATION SEE**
**THE STATE BOARD OF ELECTION COMMISSIONERS'**
**RULES FOR COUNTY ELECTION COMMISSIONERS TRAINING**

129

DEFS_083423

**Exhibit B**

# COUNTY ELECTION COMMISSIONERS TRAINING MILEAGE
## REQUEST FORM

Training Conducted by The State Board of Election Commissioners

**COUNTY:** _____

1. THE STATE BOARD OF ELECTION COMMISSIONERS' OFFICE WILL CALCULATE MILEAGE FOR PAYMENT, PLEASE LEAVE THAT AREA BLANK.
2. PLEASE USE ONLY YOUR STREET ADDRESS ON THIS FORM, NOT YOUR MAILING ADDRESS.
3. IF YOU CARPOOLED TO TODAY'S TRAINING PLEASE INDICATE THE PERSON WHO DROVE IN THE BOX PROVIDED.
4. IN ADDITION TO MILEAGE, YOU WILL RECEIVE A $300.00 COMPENSATION ONCE YOU HAVE PASSED AN EXAMINATION AND SERVED THROUGH THE PRIMARY
5. ONLY COMMISSIONERS RECEIVE COMPENSATION FOR TRAINING, IF YOU HAVE QUESTIONS PLEASE, ASK ONE OF THE TRAINERS.

| NAMES OF COMMISSIONERS | STREET ADDRESS (NOT MAILING) | Did you drive to today's training? | Did you carpool? If yes, please indicate the person who drove. | City In Which Training Was Held | Date of Training | THIS SECTION FOR OFFICE USE MILEAGE (IF APPLICABLE) | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | # OF MILES ROUNDTRIP | RATE $0.42 | MILEAGE EXPENSES |
| 1 | | ☐ YES ☐ NO | | | | | $0.42 | |
| 2 | | ☐ YES ☐ NO | | | | | $0.42 | |
| 3 | | ☐ YES ☐ NO | | | | | $0.42 | |
| | | | | | | | TOTAL | |

Commissioner Signatures:

Commissioner #1: _____

Commissioner #2: _____

Commissioner #3: _____

130

**Exhibit B**

This Page Intentionally Blank

131

DEFS_083425

**Exhibit B**

# GUIDELINES FOR STATE-FUNDED COMPENSATION FOR STATE BOARD-CERTIFIED TRAINERS

(Effective December 1, 2005; Revised December 15, 2021)



**STATE BOARD OF ELECTION COMMISSIONERS**
**501 Woodlane, Suite 122 South**
**Little Rock, Arkansas 72201**
**(501) 682-1834**
**(800) 411-6996**
**Internet: www.arkansas.gov/sbec**
**Email:** INFO.SBEC@arkansas.gov

132

**Exhibit B**

## State Board-Certified Trainer Compensation

Each county board of election commissioners must designate two (2) qualified electors of the county to attend training conducted by the State Board of Election Commissioners for the purpose of being certified by the State Board as poll worker trainers for the county.

Upon successful completion of training and certification by the State Board, a maximum of two (2) certified trainers per county are eligible to receive $100 each, plus mileage reimbursement at the rate established for state employees by state travel regulations.

## Compensation for State Board-Certified Trainers Conducting Training in the County

Arkansas Code Annotated § 7-4-109 requires that all poll workers must attend election training conducted locally by State Board-certified trainers and coordinated by the State Board.

The two (2) certified trainers per county are eligible to receive an additional $50 each per training session up to a maximum of four (4) sessions each for conducting poll worker training locally before the preferential primary election.

Requests for additional certified trainers, or training sessions must be made in writing and must describe the facts and circumstances that make the additional trainers necessary.

Certified trainers' compensation will be paid by the State Board to the County Treasurer upon receipt of the attached reporting forms approved and provided by the State Board to the county.

<div align="center">

**FOR ADDITIONAL INFORMATION SEE**
**THE STATE BOARD OF ELECTION COMMISSIONERS'**
**RULES FOR COUNTY ELECTION COMMISSIONERS TRAINING**

</div>

DEFS_083427

**Exhibit B**

# STATE BOARD-CERTIFIED TRAINERS COMPENSATION REQUEST FORM

COUNTY: _____

1. IN ORDER TO RECEIVE COMPENSATION FOR THE TRAINING DOCUMENTED ON THIS FORM, YOU MUST HAVE ATTENDED THE TRAINING CONDUCTED BY THE STATE BOARD OF ELECTION COMMISSIONERS AND PASSED THE EXAMINATION.

2. CERTIFIED TRAINERS MUST BE APPOINTED BY THE COUNTY BOARD OF ELECTION COMMISSIONERS.

3. YOU MAY CONDUCT AS MANY POLL WORKER TRAININGS AS NECESSARY, HOWEVER, THE SBEC WILL ONLY COMPENSATE TRAINERS UP TO A MAXIMUM OF FOUR (4) LOCAL TRAINING SESSIONS UNLESS YOUR COUNTY RECEIVED PRIOR WRITTEN APPROVAL TO CONDUCT MORE THAN FOUR SESSIONS.

| NAMES OF STATE BOARD-CERTIFIED TRAINERS | DATE ATTENDED TRAINING BY STATE BOARD | FLAT RATE FOR ATTENDING TRAINING CONDUCTED BY THE STATE BOARD OF ELECTION COMMISSIONERS | DATES CONDUCTED POLL WORKER TRAINING LOCALLY | | | | COMPENSATION FOR CONDUCTING POLL WORKER TRAINING LOCALLY | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|---|---|
| | | FLAT RATE OF $100.00 | TRAINING DATE #1 | TRAINING DATE #2 | TRAINING DATE #3 | TRAINING DATE #4 | RATE OF $50.00 PER TRAINING SESSION | |
| 1 | | $100.00 | | | | | | |
| 2 | | $100.00 | | | | | | |
| | | | | | | | TOTAL | |

State Board-Certified Trainer Signatures:

Certified Trainer #1 Signature: _____

Certified Trainer #2 Signature: _____

134

DEFS_083428

**Exhibit B**

This Page Intentionally Blank

DEFS_083429

# GUIDELINES
## FOR
## BALLOT
## NAME CERTIFICATION

**Exhibit B**

(Effective March 31, 2000; Revised August 20, 2013; Revised August 18, 2019)



**STATE BOARD OF ELECTION COMMISSIONERS**
**501 Woodlane, Suite 122 South**
**Little Rock, Arkansas 72201**
**(501) 682-1834**
**(800) 411-6996**
**Internet: www.arkansas.gov/sbec**
**Email: INFO.SBEC@arkansas.gov**

**Exhibit B**

### GUIDELINES FOR
### BALLOT NAME CERTIFICATION

The following guidelines have been developed by the office of the State Board of Election Commissioners for the purpose of certifying the names and titles proposed to be used by candidates filing for office.

**Arkansas Code Annotated § 7-7-305.  Printing of ballots - Form.**

(c)(1)(A) "A person who shall file for any elective office in this state may use not more than three (3) given names, one (1) of which may be a nickname or any other word used for the purpose of identifying the person to the voters, and may add as a prefix to his or her name the title or an abbreviation of an elective public office the person currently holds.

(B) A person may only use as the prefix the title of a nonpartisan judicial office only if:

(i) The person is currently serving in a nonpartisan judicial office to which the person has been elected in the last election for the office; or

(ii) The person:

(a) Is a candidate for the office of circuit judge or district judge;

(b) Is currently serving in the office of  circuit judge or district judge as an appointee; and

(c) Has been serving in that position for at least twelve (12) months.

(2)  The person filing for office shall include his or her surname in addition to any given names permitted under subdivision (c)(1)(A) of this section.

(C) A nickname shall not include a professional or honorary title.

(3) The names and titles as proposed to be used by each candidate on the political practice pledge or, if the political practice pledge is not filed by the filing deadline, then the names and titles that appear on the party certificate shall be reviewed no later than one (1) business day after the filing deadline by the Secretary of State for state and district offices and by the county board of election commissioners for county, township, school, and municipal offices.

(4)(A) The name of every candidate shall be printed on the ballot in the form as certified by either the Secretary of State or the county board of election commissioners.

(B)  However, the county board of election commissioners may substitute an abbreviated title if the ballot lacks space for the title requested by a candidate.

(C)  The county board of election commissioners shall immediately notify a candidate whose requested title is abbreviated by the county board of election commissioners.

(5) A candidate shall not be permitted to change the form in which his or her name will be printed on the ballot after the deadline for filing the political practices pledge."

**Definition of "name" as referenced in Black's Law Dictionary:**

"A person's 'name' consists of one or more Christian or given names and one surname or family name.  It is the distinctive characterization in words by which one is known and distinguished from others, and description, or abbreviation, is not the equivalent of a 'name'."

137

**Exhibit B**

**A candidate is permitted to use:**

- **A maximum of three (3) "given" names**
    1) One name may be a nickname, but not a professional or honorary title
    2) A "middle" name shall be considered a "given" name

- **Initials**
    Initials are not considered "given" names and, therefore, **not** counted in the maximum of three (3) "given" names

- **Surname or Last name**
    Surnames or last names are not considered "given" names and, therefore, **not** counted in the maximum of three (3) "given" names

- **A Suffix**
    Suffixes (Jr., Sr., I, II, III) are not considered "given" names and, therefore, **not** counted in the maximum of three (3) "given" names

- **A Prefix**
    The title or an abbreviation of the title of an elective public office **currently held,** for instance
    1) County Judge or Co. Judge

**A candidate is not permitted to use:**

- **Professional or honorary titles**
    Professional or honorary titles (Ph.D., CPA, MD., Doctor, Dr., Reverend, Rev., Chief of Police, General, Lieutenant, Sergeant) are **not** acceptable

The county election commission must review the names and titles proposed to be used by each county, township, school, and municipal candidate for compliance with the statutory requirements of Arkansas Code Annotated § 7-7-305.  The election commission must make a final determination on the form in which the candidate's name will appear on the ballot no later than one business day after the filing deadline.

For those candidates whose proposed name and title on the political practices pledge do **not** comply with the statutory requirements, the candidate should be contacted and offered the option to file a revised political practices pledge form.

A candidate is not permitted to change the form in which his or her name will be printed on the ballot after the deadline for filing the political practices pledge.

DEFS_083432

## STATE BOARD OF ELECTION COMMISSIONERS

**Exhibit B**

501 Woodlane Street – Suite 122 South
Little Rock, Arkansas 72201
(501)682-1834 or (800)411-6996

Secretary of State
**John Thurston**
Chairman

**Wendy Brandon**
**Sharon Brooks**
**Jamie Clemmer**
**Bilenda Harris-Ritter**
**William Luther**
**J. Harmon Smith**
Commissioners

**Daniel J. Shults**
Director

**Chris Madison**
Legal Counsel

**Jon Davidson**
Educational Services Manager

**Tena Arnold**
Business Operations Manager



**TO:**        **County Clerks and County Boards of Election Commissioners**
**FROM:**   **State Board of Election Commissioners**
**DATE:**    **December 14, 2021**
**RE:**         **Guidance Regarding the Absentee Ballot Canvassing Process**

<u>Summary of Best Practices</u>

1.  Consider the physical movement of ballots throughout the process to make as much of a production line that moves in a linear progression. Do not allow a ballot to circle back and potentially be commingled with different ballots.

2.  Document the name, date, time, and reason a storage container is accessed or transferred.

3.  Document and verify number of ballots in a container or within a category is correct before transferring to another person or for continued processing.

4.  Limit the number of personnel involved with any specific ballot or the processing of a category of ballots.

5.  Make numerically manageable groupings of ballots. Use multiple storage containers for collecting returned absentee ballots to reduce the number of ballots in each container.

6.  Consider using set time intervals or set number of ballots per container to change out and use new storage containers.

7.  Utilize a stack with a set number of ballots (e.g. 50) when removing them from a storage container for canvassing. Document the disposition of each stack of 50.

8.  Document which personnel processed which stack or category of ballots.

9.  Maintain running totals of ballots per category including ballots returned, ballots to be processed, ballots accepted, ballots recommended for rejection, ballots on hold for additional information, and ballots on hold for further review. These numbers should balance when reconciled.

10. Ensure that storage containers are secure and sealed when moving from canvassing or processing to storage and back, so that the storage containers are only opened in public and ballots are canvassed or processed only in public view and any authorized poll watcher.

11. Look for and identify points in your processing where verification steps can be implemented to ensure ballot numbers are correct and to catch any discrepancies early and in small batches.

12. Remake ballots as a separate and last step. Verify the number of ballots to be remade before remaking any ballots. Mark original ballots to be remade with an identifying number and give the copy the same number to tie original and copy together.

139

**DEFS_083433**

**Exhibit B**

**Note to Commissioners on Application:**
**The SBEC recognizes that the practical realities of storing and processing absentee ballots will vary greatly from county to county.  This is why this document describes general principles which the SBEC believes will be helpful in your ballot canvassing process.  You are encouraged to reach out to the SBEC to discuss the implementation of these processes in your county's elections.  You may also request the SBEC staff to help you develop or revise your county's ballot management and canvassing process consistent with these principles.**

## I.       Chain of Custody – Best Practices - County Clerk

A. Limit number of personnel directly involved in processing and handling absentee ballots to specifically identified personnel.

    1. If numerous personnel are needed to process the volume of returning absentee ballots, consider limiting the number of personnel who finalize the ballot packet for deposit into ballot storage container.  For example, only Clerk A and Clerk B have access to Box 1. That way these clerks are responsible for ensuring the packet is complete and properly collected before depositing into the storage container.

    2. If numerous ballot packets are being returned during the weeks leading up to an election consider using more than one or two ballot storage containers to reduce the number of ballots in a particular storage container.  You may also consider limiting the number of ballot packets stored in a single storage container to reduce the number of ballots that may be contaminated by an error, if one occurs.  Similarly, if an error does occur, having a smaller grouping of ballots reduces the workload in identifying the error and sorting that ballot packet from the others.

B. Have personnel who are depositing ballot packets into a storage container maintain a running total on the number of ballot packets deposited.

    1. At set intervals, have the number of ballot packets confirmed against an electronic voter roster that reflects the voters who have been credited with returning their absentee ballot return envelope against the running list of voters and number of ballots in a storage container.

    2. Document the personnel who access a storage container by documenting the date, time, and reason for accessing the storage container.  Utilize tape seals or other means to secure the storage container.

    3. The documentation should reflect when ballot packets are added, how many are added, and should reflect when the running total is verified by counting the ballot packets within the storage container.

C. Prior to transfer of ballot packets, a storage container count should be verified by at least two clerk personnel who document their names, date, time, and number of ballot packets contained within that storage container.  Please provide a roster of voters' names whose ballots are within that storage container would be beneficial.

DEFS_083434

**Exhibit B**

## II.  Chain of Custody – Best Practices – Initial Canvass of Absentee Ballots

1. Document the receipt of storage devices containing absentee ballot packets.

2. The clerk's office should have provided a document witnessed by at least two personnel who verify the expected count of absentee ballots contained within a storage container.  CBEC or its designees should open the container, noting the names of the personnel involved, the date, and time of the opening.  The designees should count the ballot packets to ensure that they confirm the expected number of ballots reported by the clerk and that number matches the number present in the storage container.  If a roster is provided, the designees may wish to confirm the roster is correct and each name on the roster for a storage container is confirmed as containing that voter's ballot packet.

3. Utilize uniform stacks of ballots when canvassing so that a known quantity of ballots is available for processing at a time. For example, a container that holds several hundred ballots should be processed in a set numbered stack.  Only remove 50 ballots at a time and verify the number of ballot packets, then process that stack.

4. Ensure that the ballots are physically moved in such a way that prevents processed ballots from being near or mingled with unprocessed ballots.  A linear progression of unprocessed ballots to containers holding categories of processed ballots aids in maintaining separation of ballot categories.

5. Each stack of ballot packets to be canvassed should be assigned to a particular set of canvassers.  It should be documented such that a ballot packet can be identified as to which canvassers processed that ballot packet.  The document should reflect how the stack of fifty (50) ballots were resolved so that the number of ballots approved for tabulation, the number of ballots recommended for rejection, and the number of ballots made provisional are identified, documented, and reconciled against the beginning fifty (50) count.

6. Keep like category ballots gathered and maintain a running total of ballots in that category. Verify that number is correct before continuing to process that category of ballots.

7. Utilize the smallest and narrowest category of ballots to keep as small a number of ballots as is feasible to limit the number of ballots in a category and comingling of ballots.

8. Identify key points in the canvassing process that are conducive to making a count of the actual ballot packets that have been processed to ensure in agrees with the expected number of ballot to compete that process before the next step in processing.

141

DEFS_083435

**III.    Chain of Custody – Best Practices – Additional Review of Absentee Ballots**     **Exhibit B**

1. Ensure that the number of ballots set aside as rejected or set for additional review by the CBEC and the number of ballots converted to provisional ballots is confirmed by physically counting the ballots in these categories before beginning processing.

2. At the conclusion of the canvassing process (and any additional review of non-provisional ballots by the CBEC), ensure that the total number of counted provisional ballots, rejected provisional ballots, and provisional absentee ballots equal the total number of absentee ballots that were canvassed.

3. Document the name, date, and time that a category of problem ballot packets are accessed and processed.

4. Work in defined stacks of some number of problem ballot packets so that a defined beginning number is physically counted and processed before moving to subsequent stacks of ballots.

5. For problem ballots that are remedied and thus countable, it is advisable to separate the ballot only envelope and deposit that into a secured storage container until all remedied problem ballots are identified and deposited in secure storage containers.  If problem ballots are to be separated from their ballot packet material, before any group separation process is begun, the ballots should be counted and verified as the ballot packets approved for counting. After confirming that the physical ballot packets match the list of ballots approved for separation and confirming that the expected number and actual number of ballots match, then separation process may begin.  Throughout the separation process, the voter's name should be compared to the list of problem ballots approved for counting so that each ballot packet is confirmed as being approved for separation and counting before the ballot only envelope is separated from its identifying information.  This ensures that all problem ballots are verified as being resolved and approved for separation to prevent disproved ballots from being comingled with approved ballots.

6. Ballots needing to be remade because of scanner issues should be processed after every other category of ballot has been resolved. A specific number of ballots that need to be remade should be identified and documented, and when the ballots are remade and counted, the number of counted ballots should match the number of ballots identified as needing remade.

7. Remade ballots should have the original ballot marked in some obvious way as being a ballot for remaking and when the remade ballot is completed it should be attached or identified with the original remade ballot.  Sequentially numbering and placing a type of serial number on the ballot to be remade that can be duplicated on the remade ballot is important so that the copy can be traced to its original if they get separated.   This provides two levels of verification.  A set number of ballots to be remade 530 to be remade, and a results tape with 530 ballots counted.  Secondly, problem ballot 001 is identical to its copy, identified as Copy 001. So long as some means of documenting the original ballot and its remade copy is done for verification purposes.

**Exhibit B**

## Advisory Standards 2015-001 and 2015-002

The following advisory standards have been approved by the Arkansas State Board of Election Commissioners in an effort to ensure compliance with state laws regarding the secrecy of a voter's ballot.

**Findings:** Amendment 50 §2 of the Arkansas State Constitution provides that all elections by the people shall be by ballot or voting machines which ensure the secrecy of individual votes. The election code implements this constitutional protection by requiring that:

- Voting booths be provided where paper ballots are used *[A.C.A. §7-5-310(a)(2)]*;

- Voting machines be placed so that no person can see or determine how the voter votes *[A.C.A. §7-5-521(b)]*; and

- A 6 foot privacy zone around voting booths be observed. *[A.C.A. § 7-5-310(a)(2)(C)]*

These rules apply equally during early voting and on election day, according to A.C.A. § 7-5-418(e) and (f) and the people of Arkansas have a reasonable expectation that these election laws are followed and strictly construed.

**Advisory Standard 2015-001**: All voting locations in this state must allow any voter to personally and secretly cast his ballot. If voting by paper ballot, voting booths must be provided. Although a voter may waive his/her right to privately cast a ballot, a sufficient number of voting booths should be made available to accommodate every voter who presents himself to vote. When selecting voting locations, county clerks and county election commissioners must select locations that adequately comply with these requirements.

**Advisory Standard 2015-002**: If voting by machine, the machines must be arranged to ensure that a voter's ballot remains secret at all times. Therefore, the following standards shall be met:

- Voting machines must be spaced at least 6 feet apart from the next machine.

- Voting machine screens must not face or be visible by other voters within the voting location.

- The arrangement of the voting location must not allow voters to see the ballot portion of a voting machine at any time. This includes lines, other wait areas for voters, and entrances and exits to the voting location itself.

- If a violation of one of these requirements is brought to the attention of an election official, the State Board of Election Commissioners expects the election officials to take all reasonable steps to ensure compliance with secret ballot and privacy requirements.

143

DEFS_083437

## COMMISSION CHECKLIST FOR COMBINED PREFERENTIAL PRIMARY, NONPARTISAN GENERAL ELECTIONS, AND ANNUAL SCHOOL ELECTION*

**Exhibit B**

(*if the School Election is held in conjunction with Preferential Primary)
(Effective May 18, 2004; Revised November 2021)

This checklist is provided by the State Board of Election Commissioners as a tool for capturing and maintaining relevant data pertaining to the Preferential Primary and Nonpartisan General Elections.

1. \_\_\_\_Conducted a public meeting to determine, by lot, the order in which the names of candidates would appear on the ballots
   a)\_\_\_\_ by the deadline of **not later than eighty-nine (89) days before the election** *[§7-7-305(b)(1)(B)]*
   b)\_\_\_\_ provided **at least ten (10 days** written notice to the chairs of the county committees, if the chairs are not members of the board
   c)\_\_\_\_ published notice of the meeting **at least three (3) days before the meeting** in some newspaper of general circulation in the county *[§7-7-305(b)(2)]*
   d)\_\_\_\_ensure a list of all candidates and issues from school districts domiciled outside the county have been submitted by the county clerk of the county in which the district is domiciled*

2. \_\_\_\_**If applicable,** altered the boundaries of existing election precincts and established new ones by order
   a)\_\_\_\_ **at least sixty (60) days before the election**
   b)\_\_\_\_ recorded the board's order with the county clerk *[§7-5-101(a)(4)]* in order for the county clerk to submit written, printed, and digital copies of the changes to the Secretary of State and the Arkansas Geographical Information Systems Office *[§7-5-101(c)(1)(A)]*

3. \_\_\_\_ Ensured that all polling sites are the same as those established for the preceding general election or, **if applicable,** designated any new polling site(s) **at least sixty (60 days before the election** in a public meeting by unanimous vote of the members present *[§7-5- 101(d) as amended by Act 1063 of 2021]*
   a)\_\_\_\_ posted notice of any changes in polling sites at all previous polling sites used in the last election *[§7-5-101(d)(3)(A)]*
   b)\_\_\_\_ established common polling sites for the joint conduct of the election *[§7-7-202(d)]*
   c)\_\_\_\_ provided polls accessible to voters with disabilities *[§7-5-311(a)]*
   d)\_\_\_\_ (does not apply to changes in Vote Centers) Notify the County Clerk in a timely manner to allow for notice to be mailed to affected voters.

4. \_\_\_\_ **If applicable**, conducted early voting at additional polling sites outside the county clerk's office *[§7-5-418(b)(1)(A)]*
   a)\_\_\_\_ determined, in a public meeting by unanimous vote, the location(s) of additional off-site early voting polling sites *[§7-5-418(b)(1)(B)]*
   b)\_\_\_\_ notified the county clerk of the board's decision **within ten (10) days of its decision** *[§7-5-418(b)(3)(A)]*

5. \_\_\_\_ Provided regular absentee ballots *[§7-5-211(c)]* and, where applicable, "special absentee

144

runoff ballots" *[§7-5-406(c)]*

**Exhibit B**

    a)_____ delivered the ballots to the county clerk **at least forty-seven (47) days before the election** *[§7-5-407(a)(1)]*

**6.** ____ Prepared paper ballots and voting machine ballot styles as provided by law *[§§ 7-3-104, 7-5-207, 7-5-208, 7-5-406, 7-5-601, 7-5-610, 7-7-304, 7-7-305, 7-7-306, 7-8-302, and 7-10-102]*

    a)_____ certified the printed ballots and voting machine ballot styles before delivery to the county clerk prior to the start of absentee voting *[§7-5-512(a)]*

**7.** ____ Prepared voting machines upon the proper certification of candidates and questions *[§7-5-515(a)]*

    a)_____ published notice of the time and place of the voting machine preparation *[§7-5-516]*

**8.** ____ Tested and secured voting systems:

    a)_____ conducted logic and accuracy (L&A) testing of voting machines and electronic vote tabulating devices as soon as the election media was prepared and **no later than seven (7) days prior to the start of early voting** *[§§7-5-515(c)(1); 7-5-611(a)(2)]*

    b)_____ conducted public testing of voting machines and electronic vote tabulating devices in addition to L&A testing *[§§ 7-5-611(b), 7-5-575(c)(2)]*

        1.)_____ gave public notice of the time and place of the public test by publication in a daily or weekly newspaper in the town, city, or county using the voting machines or devices **at least forty-eight (48) hours before testing** *[§7-5- 611(b)(1), 7-5-575(c)(2)]]*

    c)_____ ensured that paper ballot systems that include electronic vote tabulating device(s) were programmed to reject overvoted ballots *[§7-5-604(a)(5)(B), (6)(B)]*

    d)_____ certified the accuracy of the voting system by filing the test results with the county clerk and sending a copy of the electronic results to the Secretary of State *[§§ 7-5-515(e); 7-5-611(c)]*

    e)_____ after preparation, testing, and examination, secured the voting machines against further voting *[§7-5-517(a)]*

    f)_____ placed voting machine activation devices in a sealed package labeled with the serial number of the voting machine, the precinct location of the voting machine and the number registered on the protective counter *[§7-5-517(b)]*

    g)_____ certified by machine serial number, the number registered on the protective counter of each voting machine and that all contest counters registered ZERO in the presence of the candidates or their representative, if in attendance *[§7-5-517(c)]*

    h)_____ secured voting machine activation devices until released for delivery to poll workers *[§7-5-517(d)]*

**9.**____ Designated suitable times and places where voting machines will be exhibited for purpose of instruction

    a)_____ published notice of voting machine demonstration in newspaper at least **forty-eight (48) hours before** first demonstration *[§7-5-509]*

**10.** ____ Appoint election officials **at least twenty (20) days before the election** *[§7-4-107(b)(1)]*

    a)_____ selected and appointed a sufficient number of poll workers for each polling site (a minimum of two (2) election clerks, one election judge, and one election sheriff) *[§§7-4-107(b)(2); 7-7-302]*

    b)_____ selected and appointed minority party poll worker(s) for each poll as provided by law *[§7-4-107(b)(2)]*

DEFS_083439

**Exhibit B**

    c)\_\_\_\_ **if applicable,** appointed poll workers to adequately staff additional off-site early voting polling sites under the election commission's supervision *[§7-5-418(b)(2)]*

    d)\_\_\_\_ appointed absentee election clerks to process, count, and canvass absentee ballots *[§7-5-414(a)]*

    e)\_\_\_\_ confirmed that all poll workers have attended poll worker training *[§7-4-107(b)(2)]*

**11.** \_\_\_\_Published in a newspaper of general circulation in the county public notice of: the date of the election; the places and times for early voting; hours of voting on election day; polling sites, candidates and offices to be elected; the time and location of opening, processing, canvassing, and counting ballots; the time and location of opening, processing, canvassing, and counting early and absentee ballots; the location and date available of the list of appointed election officials and directions for filing a written objection to the service of an elected official.

a)\_\_\_\_ by the deadline of **at least eight (8) days before early voting** *[§§7-5-202(a); 7-5-416 (a)(2) as amended by Act 448 of 2021]*

b)\_\_\_\_ published a second publication **at least five (5) days before the election** *[§§ 7-5- 202(b); 7-5-416(a)(2)]*

**12.** \_\_\_\_ Delivered at least one (1) voting machine equipped for use by individuals with disabilities to the county clerk's designated early voting location and all off-site early voting polling locations **prior to the start of early voting** *[§§7-5-413(a)(1); 7-5- 418(a)(1)(A)]*

**13.** \_\_\_\_ Posted in a public place in the county clerk's office, the list of appointed election officials, including the names of election commissioners **at least eight (8) days before election day.** County Clerks and County Commissions conducting early voting must post a list of appointed election officials who will conduct early voting **at least eight (8) days before early voting.** *[§7-5-202(b)(2) as amended by Act 448 of 2021].*

**14**. \_\_\_ If using paper ballots to be counted by hand or at a central counting location, developed a voter education program to inform voters about the consequences of overvoting and how to correct the ballot containing an overvote *[§7-5- 604(a)(5)(C), (6)(C)]*

**15.** \_\_\_\_ **At least one (1) day before the election,** delivered ballots and supplies to persons designated by the commission to deliver to poll workers *[§7-5-211(a)]*

    a)\_\_\_\_ provided sufficient quantities of ballots, voting booths, and voting machines for each polling site *[§§7-5-310(a); 7-5-512(c); 7-5-602(a)]*

    b)\_\_\_\_ provided all required supplies, forms, and postings *[§§7-5-211(a)(2); 7-5-512(b),(d)]*, including a poll workers' certificate to use on election day to record the exact time and number of votes shown on the public counters and to attest that voting machines were made inaccessible to voting at the official time for closing the polls and upon terminating of the voting by removing the activation devices *[§7-5-526]*

**16.** \_\_\_\_ Began opening, processing and canvassing absentee ballots no earlier than the Tuesday before the election. And began counting absentee ballots **no earlier than 8:30 a.m.** on election day *[§7-5-416(a)(1)]*

**17.** \_\_\_\_ Received all election materials and returns from the poll workers **immediately after the polls closed** including one (1) copy of the certificate of election results and, if any, one (1) copy of tally sheets, and any reports of challenges to votes, if any *[§7-5-317(b)]*

    a)\_\_\_\_provided poll workers with a receipt for delivery of the sealed package containing the voting machine activation devices and certified return records *[§7-5-527(e)]*

146

**DEFS_083440**

**Exhibit B**

    b)\_\_\_\_ensure that election returns relating to the Annual School Election of a school district that is not domiciled in your county are filed with the county clerk of the county in which the district is domiciled

**18.** \_\_\_\_ Reported the initial count of early and absentee votes to the Secretary of State as soon as practical after the polls closed *[§ 7-5-416(a)(7)(B)]*

**19.** \_\_\_\_ Declared preliminary and unofficial results of the election (including a statement of the number of outstanding absentee ballots of overseas voters) **immediately after the count of the votes was completed** on election day and reported the results of all elections in the county to the county clerk for immediate transmission to the Secretary of State via the internet website provided by the Secretary of State *[§7-5-701(a)(3)]*

**20.** \_\_\_\_ Before certification of the results of the election
    a)\_\_\_\_ reviewed and determined the validity of all provisional ballots *[§§ 7-5-308(a), (e); 7-5-417(c); 7-7-308(a)]*
    b)\_\_\_\_ mailed first class notice to all provisional voters telling them whether their vote was counted, and, if not counted, the reason not counted *[§7-5-308(d)(2), Rule 906 on Poll Watchers, Vote Challenges, and Provisional Voting]*
    c)\_\_\_\_ counted all overseas absentee ballots that were properly executed and received by the county clerk by **5:00 p.m. ten (10) calendar days after the election REGARDLESS** of whether they would change the outcome of the election *[§7-5-411(a)(1)(B)]*
    d)\_\_\_\_ compiled electronic countywide totals from the encrypted USB devic from each voting machine used to collect votes and verified that they matchedmanually compiled totals from the polling locations' certified return records *[§7-5-529]*
    e)\_\_\_\_ produced an audit log for each voting machine used in the election *[§7-5-530(a)]*

**21.** \_\_\_\_ Certified the official election results via the internet to the Secretary of State by the deadline of **no earlier than forty-eight (48) hours and no later than the tenth day after the election** *[§§7-5-707(a); 7-7-203(e)(1); 7-7-309]*

**22.** \_\_\_\_ Mailed to the Secretary of State certified copies of the abstract of the returns of the election
    a)\_\_\_\_ by the deadline of **no earlier than forty-eight (48) hours and no later than the tenth day after the election** *[§§7-7-203(e)(1); 7-7-309;* 7-5-701(c)(1)*]*
    b)\_\_\_\_ filed a certificate detailing the result of the election with the county clerk *[§7-5-701(b)]*

**23.** \_\_\_\_ After certification
    a)\_\_\_\_ secured audit logs and voter-verified paper audit trails to remain secure for two (2) years *[§7-5-531]*
    b)\_\_\_\_ secured all voting machines (voting machines to remain secured for at least three (3) days following election unless otherwise ordered *[§7-5-531]*
    c)\_\_\_\_ cleared the voting machines for future elections *[§7-5-531]*
    d)\_\_\_\_ preserved all ballots, certificates, and election materials for 2 years *[§§7-5-531; 7-5-702(a)]*

**24.** \_\_\_\_ RECOUNT **(if applicable)**
    a)\_\_\_\_ conducted a recount upon a motion of the county board of election commissioners *[§7-5-319(b)]*
    b)\_\_\_\_ received a petition for recount from a candidate by the deadline of:
        1.\_\_\_\_ **no later than two (2) days after the county board declared**

147

**Exhibit B**

**preliminary and unofficial results**, if the number of outstanding overseas absentee ballots was insufficient to change the results of the election *[§7-5-319(a)(2)]*

    2.\_\_\_\_ **before the county board certified the results of the election**, if the number of outstanding overseas absentee ballots was sufficient to potentially change the results of the election *[§7-5-319(a)(3)]*

c)\_\_\_\_ notified all candidates whose election could be affected by the outcome of the recount **within forty-eight (48) hours after receipt of the petition for recount** *[§7-5-319(i)]*

d)\_\_\_\_ provided the candidate requesting the recount a copy of the test results on the voting machines and the electronic vote tabulating device(s) performed under A.C.A. §§ 7-5-515 and 7-5-611 *[§7-5-319(b)]*

e)\_\_\_\_ Opened the package containing the paper ballots and recounted the paper ballots

    1.\_\_\_\_ in the same manner as the initial count unless the county board determines that the tabulating device may be malfunctioning *[§7-5-319(d)]*

    2.\_\_\_\_ if direct-recording electronic voting machines were used, recounted the ballots using the voter verified paper audit trail as the official ballot *[§7-5-319(c)]*

        A.\_\_\_\_ manually added the total votes for each candidate involved in the recount from the voter-verified paper audit trail, OR

        B.\_\_\_\_ counted by hand the votes for each candidate involved in the recount from the voter-verified paper audit trail, OR

        C.\_\_\_\_ used the paper record produced by the machine for manual audit due to a damaged voter-verified paper audit trail, OR

        D.\_\_\_\_ used the paper record produced by the machine for manual audit, as the machine is exempt from the voter-verified paper audit trail requirement

    3.\_\_\_\_ after the recount, secured the paper ballots, voting machines, electronic vote tabulating devices, audit logs, VVPATs, election materials and returns for retention and storage as provided by law *[§§7-5-319(f); 7-5-531; 7-5-532(e); 7-5-702]*

    4.\_\_\_\_ certified the results of the last recount *[§7-5-319(b)]*



148

**DEFS_083442**

# COMMISSION CHECKLIST FOR NOVEMBER GENERAL ELECTIONS AND ANNUAL SCHOOL ELECTION*

**Exhibit B**

(*if the School Election is held in conjunction with the General Election)
(Effective May 18, 2004; Revised November 2021)

This checklist is provided by the State Board of Election Commissioners as a tool for capturing and maintaining relevant data pertaining to the General Election.

**1.**____ Conducted a public meeting to determine, by lot, the order in which the names of candidates would appear on the ballots
    a)____ by the deadline of **not later than seventy-two (72) days before the election**
    b)____ published notice of the meeting **at least three (3) days before the meeting** in some newspaper of general circulation in the county *[§7-5-207(c)]*
    c)____ ensure a list of all candidates and issues from school districts domiciled outside the county have been submitted by the county clerk of the county in which the district is domiciled*

**2.** ____ **If applicable**, altered the boundaries of existing election precincts and established new ones by order
    a)____ **at least sixty (60) days before the election**
    b)____ recorded the board's orders with the county clerk *[§7-5-101(a)(4)(A)]* in order for the
    t    clerk to submit written, printed, and digital copies of the map and boundaries to the Secretary of State and Arkansas Geographical Information Systems Office *[§7-5-101(c)(1)(A)]*

**3.** ____ Ensured that all polling sites are the same as those established by the preceding general election or, **if applicable,** designated any new polling site(s) **at least sixty (60 days before the election** in a public meeting by unanimous vote of the members present *[§7-5-101(d) as amended by Act 1063 of 2021]*
    a)____ posted notice of any changes in polling sites at all previous polling sites used in the last election *[§7-5-101(d)(3)(A)]*
    b)____ provided polls accessible to voters with disabilities *[§7-5-311(a)]*
    c)____ (does not apply to changes in Vote Centers) Notify the County Clerk in a timely manner to allow for notice to be mailed to affected voters

**4.** ____ **If applicable**, conducted early voting at additional polling sites outside the county clerk's office *[§7-5-418(b)(1)(A)]*
    a)____ determined, in a public meeting by unanimous vote, the location(s) of additional off-site early voting polling sites *[§7-5-418(b)(1)(B)]*
    b)____ notified the county clerk of the board's decision **within ten (10) days of its decision** *[§7-5-418(b)(3)(A)]*

**5.** ____ Provided regular absentee ballots *[§7-5-211(c)]* and, where applicable, "special absentee runoff ballots" *[§7-5-406(c)]*
    a)____ delivered the ballots to the county clerk **at least forty-seven (47) days before the election** *[§7-5-407(a)(1)]*

**6.** ____ Prepared paper ballots and voting machine ballot styles as provided by law. *[§§ 7-3-104, 7-5-207, 7-5-208, 7-5-406, 7-5-601, 7-5-610, 7-8-302, 7-9-117, 7-10-102, 14-14-917]*
    a)____ certified the printed ballots and voting machine ballot styles before delivery to the county clerk prior to the start of absentee voting *[§7-5-512(a)]*

149

**DEFS_083443**

**Exhibit B**

**7.** _____ Prepared voting machines upon the proper certification of candidates and questions *[§7-5-515(a)]*

    a)_____ published notice of the time and place of the voting machine preparation *[§7-5-516]*

**8.** _____ Tested and secured voting systems:

    a)_____ conducted logic and accuracy (L&A) testing of voting machines and electronic vote tabulating devices **at least seven (7) days before early voting begins for the election** *[§7-5-611(a)(2), 7-5-515(a)(1)]*

    b)_____ conducted public testing of voting machines and electronic vote tabulating devices in addition to L&A testing *[§§7-5-515(c)(2)(A); 7-5-611(b)]*

        1._____ gave public notice of the time and place of the public test by publication in a daily or weekly newspaper in the town, city, or county using the voting machines or devices **at least forty-eight (48) hours before testing** *[§ 7-5-611(b)(1)]*

    c)_____ ensured that paper ballot systems that include electronic vote tabulating device(s) were programmed to reject overvoted ballots *[§7-5-604(a)(5)(B), (6)(B)]*

    d)_____ certified the accuracy of the voting system by filing the test results with the county clerk and sending a copy of the electronic results to the Secretary of State *[§§7-5-515(e); 7-5-611(c)]*

    e)_____ after preparation, testing, and examination, secured the voting machines against further voting *[§7-5-517(a)]*

    f)_____ placed voting machine activation devices in a sealed package labeled with the serial number of the voting machine, the precinct location of the voting machine and the number registered on the protective counter *[§7-5-517(b)]*

    g)_____certified, by machine serial number, the number registered on the protective counter of each voting machine and that all contest counters registered ZERO in the presence of the candidates or their representative, if in attendance *[§7-5- 517(c)]*

    h)_____ secured voting machine activation devices until released for delivery to poll workers *[§7-5-517(d)]*

**9.**_____ Designated suitable times and places where voting machines will be exhibited for purpose of instruction

    a)_____ published notice of voting machine demonstration in newspaper at least **forty-eight (48) hours** before first date of demonstration *[§7-5-509]*

**10.** _____ Appoint election officials **at least twenty (20) days before the election** *[§7-4-107(b)(1)]*

    a)_____ selected and appointed a sufficient number of poll workers for each polling site (minimum of two (2) election clerks, one (1) election judge, and one (1) election sheriff) *[§§7-4-107(b); 7-7-302]*

    b)_____ selected and appointed minority party poll worker(s) for each poll as provided by law *[§7-4-107(b)(2)]*

    c)_____ **if applicable,** appointed poll workers to adequately staff additional off-site early voting polling sites under the election commission's supervision *[§7-5-418(b)(2)]*

    d)_____ appointed absentee election clerks to process, count, and canvass absentee ballots *[§7-5-414(a)]*

    e)_____ confirmed that all poll workers have attended poll worker training *[§7-4-107(b)(2)(C)(i)]*

**11.** _____ Published in a newspaper of general circulation in the county public notice of: the date of the election; the places and times for early voting; hours of voting on election day; polling sites, candidates and offices to be elected; the time and location of opening, processing, canvassing, and counting ballots; the time and location of opening, processing, canvassing, and counting early and absentee ballots; the location and date available of

DEFS_083444

the list of appointed election officials and directions for filing a written objection to the **Exhibit B** service of an elected official.

a)_____ by the deadline of **at least eight (8) days before early voting**
*[§§7-5-202(a); 7-5-416(a)(2) as amended by Act 448 of 2021]*

b)_____ published a second publication **at least five (5) days before the election**
*[§§7-5-202(b); 7-5-416(a)(2)]*

12. _____ Delivered at least one (1) voting machine equipped for use by individuals with disabilities to the county clerk's designated early voting location and all off-site early voting locations **prior to the start of early voting** *[§§7-5-413(a)(1); 7-5-418(a)(1)(A)]*

13. _____ Posted in a public place in the county clerk's office, the list of appointed election officials, including the names of election commissioners **at least eight (8) days before election day.** County Clerks and County Commissions conducting early voting must post a list of appointed election officials who will conduct early voting **at least eight (8) days before early voting.** *[§7-5-202(b)(2) as amended by Act 448 of 2021].*

14. _____ Posted a list at the door of the courthouse of all nominations, proposed amendments to the constitution, and all questions to be submitted to the electors at the election **at least ten (10) days before the election** *[§7-5-206]*

15. _____ If using paper ballots to be counted by hand or at a central counting location, developed a voter education program to inform voters about the consequences of overvoting and how to correct the ballot containing an overvote *[§§7-5-604(a)(5)(C), (6)(C)]*

16. _____ **At least one (1) day before the election,** delivered ballots and supplies to persons designated by the commission to deliver to poll workers *[§7-5-211(a)]*

a)_____ provided sufficient quantities of ballots, voting booths, and voting machines for each polling site *[§§7-5-310; 7-5-512(c); 7-5-602]*

b)_____ provided all required supplies, forms, and postings *[§§7-5-211(a)(2); 7-5-512(b),(d); 7-9-114(b)]*, including a poll workers' certificate to use on election day to record the exact time and number of votes shown on the public counters and to attest that voting machines were made inaccessible to voting at the official time for closing the polls and upon terminating of the voting by removing the activation devices *[§7-5-526]*

17. _____ Began opening the outer envelope, processing, and canvassing of absentee ballot paper work no earlier than the Tuesday before the election. Began counting absentee ballots **no earlier than 8:30 a.m.** on election day *[§7-5-416(a)(2)]*

18. _____ Received all election materials and returns from the poll workers **immediately after the polls closed** including one (1) copy of the certificate of election results and, if any, one (1) copy of tally sheets, and any reports of challenges to votes, if any *[§7-5-317(b)]*

a)_____ provided poll workers with a receipt for delivery of the sealed package containing the voting machine activation devices and certified return records *[§7- 5-527(e)]*

b)_____ ensure that election returns relating to the Annual School Election of a school district that is not domiciled in your county are filed with the county clerk of the county in which the district is domiciled

19. _____ Reported the initial count of early and absentee votes to the Secretary of State as soon as practical after the polls closed *[§7-5-416(a)(7)(B)]*

151

DEFS_083445

**Exhibit B**



20. _____ Declared preliminary and unofficial results of the election (including a statement of the number of outstanding absentee ballots of overseas voters) **immediately after the count of the votes was completed** on election day and reported the results of all elections in the county to the county clerk for immediate transmission to the Secretary of State via the internet website provided by the Secretary of State *[§7-5-701(a)(3)]*

21. _____ Before certification of the results of the election
    a) _____ reviewed and determined the validity of all provisional ballots *[§§ 7-5-308(a), (e); 7-5-417(c), 7-7-308(a)]*
    b) _____ mailed first class notice to all provisional voters telling them whether their vote was counted, and, if not counted, the reason not counted *[§7-5-308(d)(2), Rule 906 on Poll Watchers, Vote Challenges, and Provisional Voting]*
    c) _____ counted all overseas absentee ballots that were properly executed and received by the county clerk by **5:00 p.m. ten (10) calendar days after the election REGARDLESS** of whether they would change the outcome of the election *[§7-5-411(a)(1)(B)]*
    d) _____ compiled electronic countywide totals from the activation pack or device from each voting machine used to collect votes and verified that they matched manually compiled countywide totals from the polling locations' certified return records *[§7-5-529]*
    e) _____ produced an audit log for each voting machine used in the election *[§7-5-530(a)]*

22. _____ Certified the official election results via the internet to the Secretary of State and by mail to the county clerk by the deadline of **no earlier than forty-eight (48) hours and no later than the fifteenth day after the election** *[§§7-5-701(a)(1); 7-5-707(a)]*

23. _____ Mailed to the Secretary of State certified copies of the abstract of the returns of the election for members of Congress, all executive, legislative and officers and of all votes cast on any measure
    a) _____ by the deadline of **no earlier than forty-eight (48) hours and no later than the fifteenth day after the election** *[§§7-5-701(c)(1); 7-9-119(b)]*
    b) _____ filed a certificate detailing the result of the election with the county clerk *[§7-5-701(b)]*

24. _____ After certification
    a) _____ cleared the voting machines for future elections
    b) _____ secured, audit logs and voter-verified paper audit trails to **remain secure for two (2) years** *[§7-5-531]*
    c) _____ secured all voting machines (voting machines to **remain secured for at least three (3) days** following election unless otherwise ordered) *[§7-5-531]*
    d) _____ cleared the voting machines for future elections *[§7-5-531]*
    e) _____ preserved all ballots, certificates, and election materials for at least 2 years. *[§§7-5-531; 7-5-702(a)(e)]*

25. _____ Delivered a certificate of election **within nineteen (19) days after the election** to the person having the highest number of legal votes for any county office *[§7-5-701(a)(4)]*

26. _____ RECOUNT **(if applicable)**
    a) _____ Conducted a recount upon a motion of the county board of election commissioners *[§7-5-319(b)]*
    b) _____ Received a petition for recount from a candidate by the deadline of:

**DEFS_083446**

**Exhibit B**



1.\_\_\_\_ **no later than two (2) days after the county board declared preliminary and unofficial results**, if the number of outstanding overseas absentee ballots was insufficient to change the results of the  election *[§7-5-319(a)(2)]*

2.\_\_\_\_ **before the county board certified the results of the election**, if the number of outstanding overseas absentee ballots was sufficient to potentially change the results of the election *[§7-5-319(a)(3)]*

c) \_\_\_\_ notified all candidates whose election could be affected by the outcome of the recount **within forty-eight (48) hours after receipt of the petition for recount** *[§7-5-319(i)]*

d) \_\_\_\_ provided the candidate requesting the recount a copy of the test results on the voting machines and the electronic vote tabulating device(s) performed under A.C.A. §§ 7-5-515 and 7-5-611 *[§7-5-319(b)]*

e)\_\_\_\_ Opened the package containing the paper ballots and recounted the paper ballots

1.\_\_\_\_ in the same manner as the initial count unless the county board determines that the tabulating device may be malfunctioning *[§7-5-319(d)]*

2.\_\_\_\_ if direct-recording electronic voting machines were used, recounted the ballots using the VVPAT as the official ballot *[§7-5-319(c)]*

A.\_\_\_\_ manually added the total votes for each candidate involved in the recount from the voter-verified paper audit trail, OR

B.\_\_\_\_ counted by hand the votes for each candidate involved in the recount from the voter-verified paper audit trail, OR

C.\_\_\_\_ used the paper record produced by the machine for manual audit due to a damaged voter-verified paper audit trail, OR

D.\_\_\_\_ used the paper record produced by the machine for manual audit, as the machine is exempt from the voter-verified paper audit trail requirement

3.\_\_\_\_ after the recount, secured the paper ballots, voting machines, electronic vote tabulating devices, audit logs, VVPATs, election materials and returns for retention and storage as provided by law *[§§7-5-319(f); 7-5-531; 7-5-532(e); 7-5-702]*

4.\_\_\_\_ certified the results of the last recount *[§7-5-319(b)]*

153

DEFS_083447

# COMMISSION CHECKLIST
## FOR
## STATEWIDE SPECIAL ELECTIONS

**Exhibit B**

(Effective May 18, 2004; Revised November 2021)

This checklist is provided by the State Board of Election Commissioners as a tool for capturing and maintaining relevant data pertaining to a statewide special election.

**1.** \_\_\_\_ Published the proclamation calling for the statewide special election as soon as practicable in a newspaper of general circulation in the county *[§7-11-202(b)]*

**2.** \_\_\_\_ **If applicable,** altered the boundaries of existing election precincts and established new ones by order
 a) \_\_\_\_ **at least sixty (60) days before the election**
 b) \_\_\_\_ recorded the board's order with the county clerk *[§7-5-101(a)(4)]* in order for the clerk to submit written, printed, and digital copies of the map and boundaries to the Secretary of State and Arkansas Geographical Information Systems Office *[§7-5-101(c)(1)(A)]*

**3.** \_\_\_\_ Ensured that all polling sites are the same as those established for the preceding general election or, **if applicable,** designated any new polling site(s) **at least thirty (30) days before the election** in a public meeting by unanimous vote *[§7-5-101(d)(2)(B)]*
 a) \_\_\_\_ posted notice of any changes in polling sites at all previous polling sites used in the last election *[§7-5-101(d)(3)(A)]*
 b) \_\_\_\_ provided polls accessible to voters with disabilities *[§7-5-311(a)]*

**4.** \_\_\_\_ **If applicable,** conducted early voting at additional polling sites outside the county clerk's office *[§7-5-418(b)(1)(A)]*
 a) \_\_\_\_ determined, in a public meeting by unanimous vote, the location(s) of additional off-site early voting polling sites *[§7-5-418(b)(1)(B)]*
 b) \_\_\_\_ notified the county clerk of the board's decision **within ten (10) days of its decision** *[§7-5-418(b)(3)(A)]*

**5.** \_\_\_\_ Provided absentee ballots
 a) \_\_\_\_ delivered the ballots to the county clerk **at least forty-seven (47) days before the election** *[§§7-5-211(c); 7-5-407(a)(2)]*

**6.** \_\_\_\_ Prepared paper ballots and voting machine ballot styles as provided by law *[§§ 7-5-208, 7-5-601, and 7-11-205]*
 a) \_\_\_\_ certified the printed ballots and voting machine ballot styles before delivery to the county clerk prior to the start of absentee voting *[§7-5-512(a)]*

**7.** \_\_\_\_ Prepared voting machines upon the proper certification of the questions *[§7-5-515(a)]*
 a) \_\_\_\_ published notice of the time and place of the voting machine preparation *[§7-5-516]*

**8.** \_\_\_\_ Tested and secured voting systems:
 a) \_\_\_\_ conducted logic and accuracy (L&A) testing of voting machines and electronic vote tabulating devices as soon as the election media was prepared and no later than **seven (7) days prior to the start of early voting** *[§§7-5-515(c)(1); 7-5-611(a)(2)]*
 b) \_\_\_\_ conducted public testing of voting machines and electronic vote tabulating devices in addition to L&A testing *[§ 7-5-611(b), 7-5-515(c)(2)]*

154

DEFS_083448

**Exhibit B**

1.\_\_\_\_ gave public notice of the time and place of the test by publication in a daily or weekly newspaper in the town, city, or county using the voting machines or devices **at least forty-eight (48) hours before testing** *[§§ 7-5-515(c)(2); 7-5-611(b)(1)]*

c)\_\_\_\_ ensured that paper ballot systems that include electronic vote tabulating device(s) were programmed to reject overvoted ballots *[§7-5-604(a)(5)(B), (6)(B)]*

d)\_\_\_\_ certified the accuracy of the voting system by filing the test results with the county clerk and sending a copy of the electronic results to the Secretary of State*[§§7-5-515(e); 7-5-611(c)]*

e)\_\_\_\_ after preparation, testing, and examination, secured the voting machines against further voting *[§7-5-517(a)]*

f)\_\_\_\_ placed voting machine activation devices in a sealed package labeled with the serial number of the voting machine, the precinct location of the voting machine and the number registered on the protective counter *[§7-5-517(b)]*

g)\_\_\_\_ certified, by machine serial number, the number registered on the protective counter of each voting machine and that all contest counters registered ZERO in the presence of the candidates or their representative, if in attendance *[§7-5- 517(c)]*

h)\_\_\_\_ secured voting machine activation devices until released for delivery to poll workers *[§7-5-517(d)]*

**9.**\_\_\_\_ Designated suitable times and places where voting machines will be exhibited for purpose of instruction

a)\_\_\_\_ published notice of voting machine demonstration in newspaper at least **forty-eight (48) hours before** first demonstration *[§7-5-509]*

**10.** \_\_\_\_ Appoint election officials **at least twenty (20) days before the election** *[§7-4-107(b)(1)]*

a)\_\_\_\_ selected and appointed a sufficient number of poll workers for each polling site (a minimum of two (2) election clerks, one (1) election judge, and one (1) election sheriff) *[§7-4-107(b)(2)]*

b)\_\_\_\_ selected and appointed minority party poll worker(s) for each poll as provided by law *[§7-4-107(b)(2)]*

c)\_\_\_\_ **if applicable,** appointed poll workers to adequately staff additional off-site early voting polling sites under the election commission's supervision *[§7-5-418(b)(2)]*

d)\_\_\_\_ appointed absentee election clerks to process, count, and canvass absentee ballots *[§7-5-414(a)]*

e)\_\_\_\_ confirmed that all poll workers have attended poll worker training *[§7-4-107(b)(2)(c)]*

**11.** \_\_\_\_ Published in a newspaper of general circulation in the county public notice of: the date of the election; the places and times for early voting; hours of voting on election day; polling sites, candidates and offices to be elected; the time and location of opening, processing, canvassing, and counting ballots; the time and location of opening, processing, canvassing, and counting early and absentee ballots; the location and date available of the list of appointed election officials and directions for filing a written objection to the service of an elected official.

a)\_\_\_\_ by the deadline of **at least eight (8) days before the election** *[§§7-5-202(a); 7-5-416(a); 7-11-303 as amended by Act 448 of 2021]*

b)\_\_\_\_ published a second publication **at least five (5) days before the election** *[§§7-5-202(b); 7-5-416(a)(2); 7-11-303]*

**12.** \_\_\_\_ Delivered at least one (1) voting machine equipped for use by individuals with

DEFS_083449

disabilities to the county clerk's designated early voting location and all off-site early voting polling locations **prior to the start of early voting** *[§§7-5-413(a)(1); 7-5-418(a)(2)]*

**Exhibit B**

**13.** _____ Posted in a public place in the county clerk's office, the list of appointed election officials, including the names of election commissioners **at least eight (8) days before election day.** County Clerks must post a list of appointed election officials who will conduct early voting **at least eight (8) days before early voting.** *[§7-5-202(b)(2) as amended by Act 448 of 2021)].*

**14.** _____ Posted a list at the door of the courthouse of all measures and questions to be submitted to the electors at the election **at least ten (10) days before the election** *[§§7-5-206(b)(2); 7-11-303]*

**15**. _____ If using paper ballots to be counted by hand or at a central counting location, developed a voter education program to inform voters about the consequences of overvoting and how to correct the ballot containing an overvote *[§7-5-604(a)(5)(C), (6)(C)]*

**16.** _____ **At least one (1) day before the election,** delivered ballots and supplies to persons designated by the commission to deliver to poll workers *[§7-5-211(a)]*
    a) _____ provided sufficient quantities of ballots, voting booths, and voting machines for each polling site *[§§7-5-310(a); 7-5-512(c); 7-5-602(a)]*
    b) _____ provided all required supplies, forms, and postings *[§§7-5-211(a)(2); 7-5-512(b),(d); 7-9-114(b)]*, including a poll workers' certificate to use on election day to record the exact time and number of votes shown on the public counters and to attest that voting machines were made inaccessible to voting at the official time for closing the polls and upon terminating of the voting by removing the activation devices *[§7-5-526]*

**17.** _____ Began opening the outer envelope, processing, and canvassing of absentee ballot paper work no earlier than the Tuesday before the election. Began counting absentee ballots **no earlier than 8:30 a.m.** on election day *[§7-5-416(a)(1)]*

**18.** _____ Received all election materials and returns from the poll workers **immediately after the polls closed** including one (1) copy of the certificate of election results and, if any, one (1) copy of tally sheets, and any reports of challenges to votes, if any *[§7-5-317(b)]*

    a) _____ provided poll workers with a receipt for delivery of the sealed package containing the voting machine activation devices and certified return records *[§7- 5-527(e)]*

**19.** _____ Reported the initial count of early and absentee votes to the Secretary of State as soon as practical after the polls closed *[ 7-5-416(a)(7)(B)]*

**20.** _____ Declared preliminary and unofficial results of the election (including a statement of the number of outstanding absentee ballots of overseas voters) **immediately after the count of the votes was completed** on election day and reported the results to the county clerk for immediate transmission to the Secretary of State via the internet website provided by the Secretary of State *[§7-5-701(a)(3)]*

**21.** _____ Before certification of the results of the election
    a) _____ reviewed and determined the validity of all provisional ballots *[§§ 7-5-308(a), (e); 7-5-417(c)]*
    b) _____ mailed first class notice to all provisional voters telling them whether their vote was counted, and, if not counted, the reason not counted *[§7-5-308(d)(2), Rule 906*

156

**DEFS_083450**

*on Poll Watchers, Vote Challenges, and Provisional Voting]*

**Exhibit B**

    c)____ counted all overseas absentee ballots that were properly executed and received by the county clerk **by 5:00 p.m. ten (10) calendar days after the election REGARDLESS** of whether they would change the outcome of the election *[§7- 5-411(a)(1)(B)]*

    d)____ compiled electronic countywide totals from the activation pack or device from each voting machine used to collect votes and verified that they matched manually compiled countywide totals from the polling locations' certified return records  *[§7-5-529]*

    e)____ produced an audit log for each voting machine used in the election *[§7-5-530(a)]*

**22.** ____ Certified the official election results via the internet to the Secretary of State by the deadline of **no earlier than forty-eight (48) hours and no later than the fifteenth day after the election** *[§§7-5-701(a)(1); 7-5-707(a)]*

**23.** ____ Mailed to the Secretary of State certified copies of the abstract of the Election returns.
    a)____ by the deadline of **no earlier than forty-eight (48) hours and no later than the fifteenth day after the election** *[§7-9-119(b)]*
    b)____ filed a certificate detailing the result of the election with the county clerk *[§7-5-701(b)]*

**24.** ____ After certification
    a)____ secured audit logs and voter-verified paper audit trails to **remain secure for two (2) years** *[§7-5-531(a)]*
    b)____ secured all voting machines (voting machines to **remain secured for at least three (3) days** following election unless otherwise ordered *[§7-5-531(b)(1)]*
    c)____ cleared the voting machines for future elections *[§7-5-531(b)(2)]*
    d)____ preserved all ballots, certificates, and election materials *[§§ 7-5-531 and 7-5-702(a)]*

**25.** ____ RECOUNT **(if applicable)**
    a)____ Conducted a recount upon a motion of the county board of election commissioners *[§7-5-319(b)]*
    b)____ Opened the package containing the paper ballots and recounted the paper ballots
        1.____ in the same manner as the initial count unless the county board determines that the tabulating device may be malfunctioning *[§7-5-319(d)]*
        2.____ if direct-recording electronic voting machines were used, recounted the ballots using the voter verified paper audit trail as the official ballot *[§7-5-319(c)]*
            A.____ manually added the total votes for each issue involved in recount from the voter-verified paper audit trail, OR
            B.____ counted by hand the votes for each issue involved in the recount from the voter-verified paper audit trail, OR
            C.____ used the paper record produced by the machine for manual audit due to a damaged voter-verified paper audit trail, OR
            D.____ used the paper record produced by the machine for manual audit, as the machine is exempt from the voter-verified paper audit trail requirement
        3.____ after the recount, secured the paper ballots, voting machines, electronic vote tabulating devices, audit logs, VVPATs, election materials and returns for retention and storage as provided by law *[§§7-5-319(f); 7-5-531; 7-5-532(e); 7-5-702]*
        4.____ certified the results of the last recount *[§7-5-319(b)]*

DEFS_083451

**Exhibit B**

# LIST OF VOTERS

Arkansas Code Annotated § 7-5-211(a)(2)(B) requires county election commissions to provide poll workers with list of voters forms.  Arkansas Code Annotated § 7-5-305(a)(9) requires that before a person is allowed to vote, the voter's name shall be recorded on the list of voters form.

DO NOT INCLUDE PROVISIONAL VOTERS ON THIS LIST.  A separate form is required for provisional voters.

Date: _____     Poll Name: _____

County: _____     Precinct #(s): _____

| No. | NAME OF VOTER | No. | NAME OF VOTER |
|-----|---------------|-----|---------------|
|     |               |     |               |
|     |               |     |               |
|     |               |     |               |
|     |               |     |               |
|     |               |     |               |
|     |               |     |               |
|     |               |     |               |
|     |               |     |               |
|     |               |     |               |
|     |               |     |               |
|     |               |     |               |
|     |               |     |               |
|     |               |     |               |
|     |               |     |               |
|     |               |     |               |

Pursuant to Arkansas Code Annotated § 7-5-314, poll workers shall total the number of voters on the list of voters forms, and the lists shall be certified and attested by the poll workers.  **I certify and attest that this list contains the names of registered voters who voted non-provisional ballots at this polling site.**

_____          _____
Signature of Poll Worker                                      Signature of Poll Worker

_____          _____
Signature of Poll Worker                                      Signature of Poll Worker

_____          _____
Signature of Poll Worker                                      Signature of Poll Worker

158

**DEFS_083452**

**Exhibit B**

This Page Intentionally Blank

159

DEFS_083453

**Exhibit B**

Attachment B

## LIST OF PROVISIONAL VOTERS

Arkansas Code Annotated § 7-5-308 requires poll workers to make a list of the names and addresses of all persons voting a provisional ballot and requires County Election Commissions to determine the validity of each provisional ballot prior to certification of the election.

Date of Election: _____     Poll Name: _____

| | TO BE COMPLETED BY POLL WORKER | | Reason Provis. | | TO BE COMPLETED BY ELECTION COMMISSION | | |
| Voter's Signature | Voter's Name | Voter's Address | A | B | Precinct | Vote counted Y / N | If not counted, reason |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Provisional Ballot Reason:   A) General Provisional        B) Unverified Registration Provisional (No Voter ID)

_____          _____          _____
Commissioner Signature      Commissioner Signature      Commissioner Signature

_____
Commissioner Signature

160

**DEFS_083454**

**Exhibit B**

This Page Intentionally Blank

DEFS_083455

**Exhibit B**

## <u>Procedures for Casting a Provisional Ballot</u>

When there is a question concerning a voter's eligibility or the voter fails to verify his or her voter registration, a provisional ballot is cast by special procedures as follows.

> If the Poll Worker determines the photo ID provided by the voter does not compare to the voter presenting it, the voter shall be referred to the election judge of the polling site.  <u>The election judge shall compare the name of the voter to what is listed in the PVR and determine whether the photo depicts the person.</u>  The election judge shall resolve any marginal cases of identity in favor of the voter.

_____**Step 1**:   A poll worker must inform the voter that he or she may cast a provisional ballot.

_____**Step 2**:   The provisional voter must sign, and the poll worker must record the voter's name, address, and type of provisional ballot cast on the List of Provisional Voters form (see the form on page 160)

_____**Step 3**:   The poll worker must enter the relevant information above the Eligibility Affirmation located on the Provisional Voter Envelope including the voter's name, address, and date of birth.  (If the Name and Address stated by the voter differs with the information in the PVR list, enter the information from the PVR list under "Prior Name" or Prior Address.")

_____**Step 4**:   The voter must review and sign the Eligibility Affirmation located on the Provisional Voter Envelope.

_____**Step 5**:   If the voter is voting provisionally for a reason other than the failure to show a photo ID, and this process has not already been completed, the poll worker must require the voter to provide a photo ID and indicate whether an ID was provided on the provisional ballot envelope.

_____**Step 6**:   The poll worker must then Verify the Voter's Registration by checking that the name on the ID is consistent with the name on the PVR list and that the photo on the ID depicts the voter.
- **Do Not Compare** the address and/or date of birth.
- For more detailed instructions on *How to Verify Voter Registration, see the 2022 Poll Worker Guide.*
- If a voter fails to satisfy the photo ID requirement, this will create a second reason that the voter is required to cast a provisional ballot.

_____**Step 7**:   The poll worker must sign on the "witnessed by" signature field next to the voter's signature in order to indicate that the poll worker witnessed the voter sign this affirmation.

_____**Step 8**:   The poll worker must mark the reason (or reasons) the voter was required to vote a provisional ballot in the "Reasons for Provisional Voting" box.

DEFS_083456

**Exhibit B**



_____**Step 9:**   The poll worker must document the ballot style issued to the voter in the "Ballot Style" box and sign the ballot style statement.

_____**Step 10:**   The poll worker must 1) initial the back of a paper ballot, 2) remove the ballot stub, and 3) place the stub into the stub box, or issue the ballot used on the ballot marking device.

_____**Step 11:**   The voter may then mark the ballot and must 1) place the provisional ballot in a ballot secrecy envelope that is marked Provisional Ballot and seal the envelope, 2) place the sealed Provisional Ballot envelope into his or her Provisional Voter Envelope, and 3) seal the Provisional Voter Envelope and give it to the poll worker.

_____**Step 12:**   The poll worker must provide the provisional voter with a copy of a notice that 1) explains the provisional voting process, 2) informs the voter that they will be notified by first class mail whether their ballot was counted, 3) provides the date for a hearing for the voter if the county election commission rejects the provisional ballot, 3) contains the address, telephone number and regular office hours of the county clerk, and 4) includes an explanation of how a voter who cast a provisional ballot because the voter failed to verify their voter registration can return to the clerk or the county board to verify their voter registration before Monday at noon following the election (see the Notice to Provisional Voters on page 166).

_____**Step 13:**   The poll workers must keep all provisional ballots secured and separate from other ballots by placing the Provisional Voter Envelopes in a secure container.

_____**Step 14:**   The poll workers must forward the secure container to the county election commission after the poll closes.

---

**Counting Provisional Ballots:** It is crucial that the poll workers follow **all** provisional voting procedures so that the county election commission can later determine the validity of each provisional ballot and whether or not the ballot should be counted before certifying the election.

---

**Provisional Ballot Due To Court Orders Extending the Time for Closing the Poll:** If a federal, state, or any other court order extends the time for closing the poll, any voter who votes as a result of the extension must cast a **provisional** ballot. These provisional ballots **must** be kept separate from any other provisional ballots cast by voters during regular voting hours.

163

DEFS_083457

# PROVISIONAL VOTER ENVELOPE

## Exhibit B

Provisional Voter Number: _____   Date: _____   Time: _____

Poll Name: _____   Precinct #: _____   Ballot Style: _____

## CHALLENGED BALLOT FORM
### (To be completed when a poll watcher challenges a voter)

Name of Voter Challenged: _____

Name of Poll Watcher: _____

Entity Represented: _____
<div align="center">(Name of candidate, group or party the poll watcher represents from the Poll Watcher Affidavit)</div>

Reason for Challenge: _____

**Signature of Poll Watcher**: _____

## PROVISIONAL VOTER ELIGIBILITY AFFIRMATION
### (To be completed on voter qualification issues)

Name of Registered Voter: _____   Prior Name: _____

Address of Registered Voter: _____   Prior Street Address: _____

City, State, Zip: _____   Prior City, State, Zip: _____

Phone Number: _____   Date of Birth: _____   Provided ID: Yes ☐ No ☐

I, _____, (printed name of provisional voter) *hereby affirm, under penalty of perjury, that the information provided is true and accurate and that to the best of my knowledge I am a registered voter in this precinct and am eligible to vote in this election. I understand that the County Board of Election Commissioners will count my ballot only upon verification of my voter registration status.*

_____          _____

**Signature of Provisional Voter**                         *Witnessed by:*   **Signature of Poll Worker**

Note: Perjury is defined by Arkansas law as a Class C Felony and is punishable by no less than three years and no more than 10 years in prison and up to a $10,000 fine. A.C.A. §§ 5-4-201, 5-4-401.

---

### Reason for Voting Provisional
#### (To be completed by a poll worker)

☐ Failure to Show a Qualifying Photo ID

☐ Poll Watcher Challenge

☐ Not on Precinct Voter Registration List

☐ First-time Voter Flagged to Show Additional ID
(No Additional ID Provided)

☐ Previously Sent an Absentee Ballot

☐ Marked as Having Already Voted

☐ Court-ordered Voting Extension

☐ Voter Requests an Alternative Ballot

☐ Other _____

---

### Ballot Style
#### (To be completed by a poll worker)

Ballot Style _____ was given to the provisional voter based upon the voter's affirmation of eligibility for this jurisdiction.

_____

Signature of Poll Worker

Rev: 8/25/21

164

**DEFS_083458**

**Exhibit B**

# CERTIFICATION
## (To be completed by the County Clerk's Office)

County: _____

---

### A. PROVISIONAL VOTER

| Match | No Match | |
|-------|----------|---|
| ☐ | ☐ | Name: _____ |
| ☐ | ☐ | Prior Name: _____ |
| ☐ | ☐ | Current Address: _____ |
| ☐ | ☐ | Prior Address: _____ |
| ☐ | ☐ | Date of Birth: _____ |

---

I, _____, hereby certify that a data search was performed
   (printed name of County Clerk or Deputy)
on the foregoing information in an effort to verify the voter registration status for the
individual voting this provisional ballot and hereby confirm that the voter is registered in
_____ in _____.
            (Name of County)                          (Precinct-Part / Ballot Style)


_____
Signature of County Clerk or Deputy

I, _____, hereby certify that a data search was performed
   (printed name of County Clerk or Deputy)
on the foregoing information in an effort to verify the voter registration status for the
individual voting this provisional ballot, but was unable to confirm the provisional voter's
registration status.


_____
Signature of County Clerk or Deputy

---

### DISPOSITION OF PROVISIONAL BALLOT
#### (To be completed by the County Board of Election Commissioners)

| Yes | No | |
|-----|-----|---|
| ☐ | ☐ | Provisional Ballot Counted, if not, Reason Not Counted: _____ |
| ☐ | ☐ | Provisional Voter Notified by First Class Mail      Date: _____ |

_____   _____   _____
County Election Commissioner   County Election Commissioner   County Election Commissioner
(At least one Election Commissioner must sign.)

165

DEFS_083459

# NOTICE TO PROVISIONAL VOTERS

**Exhibit B**

### ▮ REASON 1: No Verification of Voter Registration Provided

If you cast a Provisional Ballot for **failure to present Verification of Voter Registration and you possess ID,** you may present proof of identity to the **County Clerk** or the County Election Commission by noon of the first Monday following the election for the provisional ballot to be counted.

**County Clerk's Address**                                     Hours:
_____ County Courthouse              Phone:
**Street Address:**                                                   City:

---

"Verification of Voter Registration" is a document or photo ID card that is issued by the State, the federal government, or an accredited postsecondary educational institution in Arkansas. The ID must show the name and photograph of the person to whom it was issued, and, if it has an expiration date, must not be expired more than 4 years before Election Day. Examples of acceptable proof of identity include but are not limited to:

- ➢ An Arkansas driver's license;
- ➢ An Arkansas State ID (for example issued by the Revenue Office)
- ➢ A U.S. passport;
- ➢ A concealed carry handgun license issued by the State of Arkansas;
- ➢ An employee badge or ID document issued by the State of Arkansas or the federal government;
- ➢ A U.S. military ID document (Active or Retired);
- ➢ A student or employee ID card issued by a postsecondary educational institution located in Arkansas;
- ➢ A public assistance ID card issued by the State of Arkansas or federal government;
- ➢ A "For Voting Purposes Only" ID card that has a photo provide by the County Clerk.

---

### ▮ REASON 2: Provisional Ballots Unrelated to Verification of Registration

If you were required to vote provisionally for any reason unrelated to the verification of your voter registration, the County Election Commission will evaluate your provisional ballot. If the Commission cannot count your ballot based on the information available, an administrative hearing is set at the time and location listed below to determine if your ballot will be counted for this election. You are invited to attend this hearing to bring evidence showing why your ballot should be counted. If you do not attend, you will be notified whether your ballot was counted in this process.

> Hearing Date for Provisional Ballots that are rejected will be held:
>
> DATE & TIME: _____
>
> LOCATION: _____

For more information, contact: _____County Election Commission

PHONE:_____ EMAIL: _____

**You will be notified by first class mail whether your vote was counted, and if not, the reason why.**

166

**Exhibit B**

This Page Intentionally Blank

DEFS_083461

# LIST OF PERSONS ASSISTING VOTERS

**Exhibit B**

Arkansas Code Annotated § 7-5-310(b)(5) requires poll workers at the polling sites to make and maintain a list of the names and addresses of all persons assisting voters. Two poll workers must assist a voter. Both poll worker names shall be listed in the first column.

**Date of Election:** _____     **Poll Name:** _____

**County:** _____     **Precinct #(s):** _____

| No. | Name of Person (or poll workers) Assisting Voter | Address of Person Assisting Voter | Name of Voter Assisted |
|---|---|---|---|
| 1. | | | |
| | | | |
| 2 | | | |
| | | | |
| 3. | | | |
| | | | |
| 4. | | | |
| | | | |
| 5. | | | |
| | | | |
| 6. | | | |
| | | | |
| 7. | | | |
| | | | |
| 8. | | | |
| | | | |
| 9. | | | |
| | | | |
| 10. | | | |
| | | | |

168

DEFS_083462

**Exhibit B**

This Page Intentionally Blank

169

DEFS_083463

**Exhibit B**

# CHANGE IN POLLING SITE
# AUTHORIZATION FORM

If the address given by a voter to the poll worker is not the same as the address on the precinct voter registration list, Arkansas Code Annotated §§ 7-5-305 and 7-7-308 requires that the poll worker contact the county clerk's office to determine the voter's proper precinct.

If the county clerk's office confirms that the voter's address is not within the precinct, the poll worker should complete the information below and give the completed form to the voter, instruct the voter to complete a voter registration application form to update county voter registration record files, and instruct the voter to go to the polling site serving that precinct in order for his or her vote to be counted.

**THE VOTER SHOULD PRESENT THIS COMPLETED FORM TO THE POLL WORKERS AT THE VOTER'S NEW POLLING SITE.**

---

Date of Election: _____

Name of Voter: _____

Voter's Registrant ID: _____
(This number will be provided by the County Clerk's office.)

New Polling Site Location: _____
(New polling site location will be provided by the County Clerk's office.)

New Polling Precinct Number: _____
(This number will be provided by the County Clerk's office.)

Ballot Style to be Voted: _____
(This number will be provided by the County Clerk's office.)

Authorized By: _____
(Name of the employee with county clerk's office confirming the voter's registration.)

Referred From: _____
(Name of the poll and the precinct number from which referred.)

Referred by Poll Worker: _____
(Signature of the poll worker referring the voter to a new polling site.)

---

170

**Exhibit B**

This Page Intentionally Blank

DEFS_083465

**Exhibit B**

# SPOILED BALLOT AFFIDAVIT

**Date:** _____    **Poll Name:** _____

**County:** _____    **Precinct #(s):** _____

Arkansas Code Annotated §§ 7-5-602 and 7-5-609 require that if a voter spoils a ballot, he/she should return the ballot to a poll worker who shall void the spoiled ballot by STAMPING "CANCELLED" on its face. The poll worker shall record the time, date, print and sign their name next to the Cancelled stamp on the ballot. The poll worker shall issue the voter a new ballot, not to exceed three (3) in all. The voter must sign this affidavit before voting the new ballot.

*I, the undersigned, do solemnly swear or affirm that I spoiled my ballot(s), that I returned the spoiled ballot(s) to a poll worker who cancelled the ballot(s) in my presence, and that I received a new ballot.*

|  | **Spoiled Ballot** |
|---|---|
| **Signature of Voter** | **Ballot Style Number** |

1. _____    _____

2. _____    _____

3. _____    _____

4. _____    _____

5. _____    _____

6. _____    _____

7. _____    _____

8. _____    _____

9. _____    _____

10. _____    _____

11. _____    _____

12. _____    _____

13. _____    _____

14. _____    _____

**15.** _____    _____

DEFS_083466

**Exhibit B**

This Page Intentionally Blank

DEFS_083467

**Exhibit B**

# VOTING MACHINE COMPLAINT FORM

Arkansas Code Annotated § 7-5-510 requires county election commissions to provide, to every polling place using a voting machine(s), forms for voters to use in filing a complaint about the function of a voting machine.

Poll workers must forward complaint forms to their county election commission for investigation.  A copy of the complaint must also be forwarded to the Elections Division of the Arkansas Secretary of State.

Name of Complainant: _____

Address of Complainant: _____

_____

Telephone Number of Complainant: _____

Complaint: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Signature of Complainant: _____

Voting Machine Identification #:_____

**County:** _____

Poll Name: _____   Precinct #:_____

Date: _____   Time: _____

174

**DEFS_083468**

**Exhibit B**

This Page Intentionally Blank

175

DEFS_083469

**Exhibit B**

# ABANDONED BALLOT LOG

County: _____

Date of Election: _____

Precinct Number(s): _____

Name of Election: _____

Polling Location Name: _____

## PAPER BALLOT REJECTED BY SCANNER AND ABANDONED BY VOTER

According to Arkansas Code Annotated § 7-5-309, if a paper ballot is abandoned in the receiving part of an electronic vote tabulating device by a voter who has left the poll without telling a poll worker to cancel or replace the ballot, two (2) poll workers should override warnings on the scanner, complete the process of casting the ballot, and document the name of the voter, the names of the two (2) poll workers completing the process of casting the ballot, the time, and all circumstances involved.  **POLL WORKERS SHOULD NOT CAST PAPER BALLOTS ABANDONED ELSEWHERE IN THE POLL SUCH AS ON THE FLOOR OR IN A VOTING BOOTH.  SEPARATE PROCEDURES HAVE BEEN PROVIDED FOR THOSE BALLOTS.**

| Name of Voter (if known) | Time | Names of Poll Workers | Circumstances |
|---|---|---|---|
| | | 1. 2. | |
| | | 1. 2. | |
| | | 1. 2. | |
| | | 1. 2. | |
| | | 1. 2. | |

## ELECTRONIC BALLOT ABANDONED ON A VOTING MACHINE

According to Arkansas Code Annotated § 7-5-522, if an electronic ballot is abandoned on a voting machine by a voter who has left the poll without telling a poll worker to cancel the ballot, two (2) poll workers should complete the process of casting the ballot, and document the name of the voter, if known, the names of the two (2) poll workers completing the process of casting the ballot, the time, and all circumstances involved.

| Name of Voter (if known) | Time | Names of Poll Workers | Circumstances |
|---|---|---|---|
| | | 1. 2. | |
| | | 1. 2. | |
| | | 1. 2. | |
| | | 1. 2. | |
| | | 1. 2. | |

176

DEFS_083470

**Exhibit B**

This Page Intentionally Blank

DEFS_083471

# POLL WORKERS' CERTIFICATE

**Exhibit B**

*[Complete upon closing the poll and removing activation packs/devices from voting machines]*

Name of Election: _____

Date of Election: _____ County: _____

Polling Location Name: _____

Precinct Number(s): _____

In accordance with Arkansas Code Annotated § 7-5-526, we hereby certify that, at the official time for closing the polls and upon termination of the voting, and in the presence of all persons authorized to be present, we removed the activation devices from the voting machines at this polling site to make them inaccessible to further voting as indicated below.

| Voting Machine Number | Beginning Protective Counter #* | # of Votes on Public Counter | Ending Protective Counter #** | Time Voting Machine Made Inaccessible |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

*\* From the ZERO printout tape posted for each voting machine before the poll opened*
*\*\* From the return record produced from each voting machine upon closing the poll*
***NOTE:** The sum of the beginning protective counter number plus the number of votes on the public counter should equal the ending protective counter number.*

_____           _____
Signature of Poll Worker                         Signature of Poll Worker

_____           _____
Signature of Poll Worker                         Signature of Poll Worker

_____           _____
Signature of Poll Worker                         Signature of Poll Worker

178

**Return signed certificate to County Election Commission with election materials.**

DEFS_083472

**Exhibit B**

This Page Intentionally Blank

179

DEFS_083473

## <u>Certification of Logic and Accuracy Testing Results</u> INSTRUCTIONS

**Exhibit B**

Ark. Code Ann. § 7-5-515 requires each County Board of Election Commissioners to test voting machines and ***ALL*** media for each election to determine that the voting system will correctly count the votes cast for all offices and on all measures at least **seven (7)** days prior to the beginning of early voting for each election.  Notice must be published in advance of the testing.  At least one (1) vote must be voted for each candidate on the ballot, as well as any write-in possibilities, ***for every ballot style in the election.*** This Logic and Accuracy ("L&A") testing is in addition to the public demonstration (used to educate the public on how to use the machines).

If any error(s) is/are detected, the cause shall be ascertained ***and corrected,***  and an errorless count shall be made, before approval of the machine, or media, or both, or either alone.

As part of the testing, each County must process the results through the Election Reporting Manager (ERM), export the results, and upload the results to the Secretary of State Election Night Reporting (SoS ENR) System, no later than seven (7) calendar days before the beginning of early voting.   After completion of all testing, including uploading files to SoS ENR, each County Board of Election Commissioners shall certify the accuracy of the voting system – each machine, and each item of media – as well as ERM export and upload to SoS ENR, and file the results with the county clerk.

Once the test results have been filed in your county clerk's office, and results uploaded to SoS ENR, please notify your SoS Election Coordinator of the L&A certification date, and other dates, by faxing the **COMPLETED** form (on the next page) back to **(501) 683-3732** or **(501) 682-3408, or emailing a scanned PDF copy to your Election Coordinator's email address.  \*This is required by law. Act 1218 of 2015.**

DEFS_083474

## Certification of Logic and Accuracy Testing Results

### TRANSMITTAL PAGE TO SECRETARY OF STATE

**Exhibit B**

**\*\* Completion Required at least Seven (7) days before Early Voting**

**Name of County:** _____

**Name of the Election:** _____

**Date of the Election:** _____

**Logic & Accuracy Certification Date:** _____

**ERM Report created Date:** _____

**Upload to SoS ENR Date:** _____

**Date filed with County Clerk:** _____

**Date filed with SoS:** _____

I certify that each one of the voting systems for the above named election has been properly tested in accordance with Ark. Code Ann § 7-5-515 in that:

- A group of test ballots were pre-audited to predetermine the number of valid votes for each candidate and each measure, and each candidate received at least one(1) vote for each ballot style;
- One (1) or more of the pre-audited test ballots were over-voted (they contained votes in excess of the number allowed by law), for each office, and for each ballot style, or an over-vote was attempted on each machine, for each office, and for each ballot style;
- The pre-audited test ballots were voted on each voting machine and each item of media used for the election was tabulated using the appropriate ERM (Election Reporting Manager);
- The voting system rejected the over-voted ballots or otherwise denied an attempted over-vote;
- The cause of any error was determined, corrected, and resubmitted;
- An errorless count was made before approving each voting machine, and each item of media;
- The County successfully uploaded test results from ERM to SoS ENR.

I further certify that upon completion of testing:

- This certification was filed with the county clerk attesting to the accuracy of the voting system;
- The ballots and programs were sealed;
- The ballots and programs used will be retained and disposed of as provided by law; and
- The County Board of Election Commissioners met in a public meeting and approved the results, as recorded in the minutes of the County Board of Election Commissioners.

**Under penalty of perjury, I state that the information contained in this Certification is true and correct.**

**Signature of Election Commission Chair:** _____  **Date:** _____

**Signature of County Clerk:** _____  **Date:** _____

181

DEFS_083475

**Exhibit B**



Secretary of State
**JOHN THURSTON**          Filing for year: _____

**Elections Division**
**State Capitol, Rm. 026**
**Little Rock, AR 72201**
**501/682/5070**

## Disclosure by Members of County Board of Election Commissioners
Of certain sales to the State of Arkansas, a County, Municipality or School District
### Ark. Code Ann. § 7-4-119
**Please file with Secretary of State by January 31 of each year.**

CBEC Member Name: _____

Address: _____

City, State, Zip: _____

County: _____

A member of a county board of election commissioners shall report to the Secretary of State any goods or services sold during the previous calendar year by himself or herself, his or her spouse, or any business in which the member or his or her spouse is an officer, director, or stockholder owning more than 10% of the stock  having a total annual value in excess of $1,000 to an office, department, commission, council, board, bureau, committee, legislative body, agency or other establishment of the State of Arkansas, a county, a municipality, or a school district.

☐   **During the previous calendar year, I have had no sales as referenced in Act 1216 of 2011, codified at Ark. Code Ann. § 7-4-119.**

*If more space is needed, attach additional sheets to this document.*

Goods or Services Sold: _____

Sold to: _____

Sold by: _____

Relationship of seller to CBEC member: _____

I certify under penalty of perjury that the above information is true and correct.

_____

State of Arkansas                                    Signature of CBEC Member
County of_____

Subscribed and sworn to before me, a Notary Public, this the _____day of_____,20_____.

Notary Public_____

My Commission Expires: _____

*Revised 12/11*

182

**DEFS_083476**

**Exhibit B**

**Page 2**

**CBEC Member Name:** _____   **Filing for Year:** _____

---

Goods or Services Sold: _____

Sold to: _____

Sold by: _____

Relationship of seller to CBEC member: _____

---

Goods or Services Sold: _____

Sold to: _____

Sold by: _____

Relationship of seller to CBEC member: _____

---

Goods or Services Sold: _____

Sold to: _____

Sold by: _____

Relationship of seller to CBEC member: _____

---

Goods or Services Sold: _____

Sold to: _____

Sold by: _____

Relationship of seller to CBEC member: _____

183

DEFS_083477

## POLL WATCHER AUTHORIZATION FORM
*[A.C.A. § 7-5-312]*

**Exhibit B**

### Representative of a Candidate

I, _____, state that I am a candidate for the office of _____ in the _____ election. I further state that I have designated _____ as my authorized representative at the election at polling sites _____ and absentee ballot processing sites _____ in _____ County, Arkansas, to observe and ascertain the identity of persons presenting themselves to vote in person or by absentee for the purpose of challenging any voter in accordance with Arkansas Code §§ 7-5-312, 7-5-416, and 7-5-417. I further state that I have designated and authorized my representative named above to be present at the ballot counting locations at _____ in _____ County, Arkansas, for the purpose of witnessing the counting of ballots by election officials and determining whether ballots are fairly and accurately counted in accordance with Arkansas Code §§ 7-5-312, 7-5-316, 7-5-413, 7-5-416, 7-5-527, and 7-5-615.

### Representative of a Group

I, _____, state that I represent the _____ group which is seeking passage/defeat *(circle one)* of the ballot measure entitled _____ on the ballot in the _____ election at polling sites _____ and absentee ballot processing sites _____ in _____ County, Arkansas, to observe and ascertain the identity of persons presenting themselves to vote in person or by absentee for the purpose of challenging any voter in accordance with Arkansas Code §§ 7-5-312, 7-5-416 and 7-5-417.

### Representative of a Party

I, _____, state that I am the chairman or secretary of the state/county *(circle one)* committee for the _____ party with candidates on the ballot in the _____ election. I further state that I have designated _____ as an authorized party representative at the election at polling sites _____ and absentee ballot processing sites _____ in _____ County, Arkansas, to observe and ascertain the identity of persons presenting themselves to vote in person or by absentee for the purpose of challenging any voter in accordance with Arkansas Code §§ 7-5-312, 7-5-416, and 7-5-417. I further state that I have designated and authorized my representative named above to be present at the ballot counting locations at _____ in _____ County, Arkansas, for the purpose of witnessing the counting of ballots by election officials and determining whether ballots are fairly and accurately counted in accordance with Arkansas Code §§ 7-5-312, 7-5-316, 7-5-413, 7-5-416, 7-5-527, and 7-5-615.

_____
**Signature of Candidate, Group Representative, or Chair/Sec. of the St./Cnty. Committee**

Acknowledged before me this _____ day of _____, 20 __.

Notary Public: _____ My Commission Expires: _____

---

I do hereby state that I am familiar with the rights and responsibilities of a poll watcher as outlined on the back of the poll watcher authorization form and will in good faith comply with the provisions of same.

_____
**Signature of Poll Watcher**

Acknowledged before me this _____ day of _____, 20 __.

Notary Public: _____ My Commission Expires: _____

---

I do hereby acknowledge filing this poll watcher authorization form with the county clerk's office.

_____
**Signature of County Clerk**

184

**DEFS_083478**

**Exhibit B**

# POLL WATCHER RIGHTS AND RESPONSIBILITIES

A poll watcher may be:
1) A candidate in person, but only during the counting and tabulation of ballots and the processing of absentee ballots;
2) An authorized representative of a candidate;
3) An authorized representative of a group seeking the passage or defeat of a measure on the ballot; or
4) An authorized representative of a party with a candidate on the ballot.

Official recognition of poll watchers:
1) Only one (1) authorized poll watcher per candidate, group, or party at any one (1) given time may be officially recognized as a poll watcher at each location within a polling site where voters identify themselves to election officials;
2) Only one (1) authorized poll watcher per candidate, group, or party at any one (1) given time may be officially recognized as a poll watcher at each location within the absentee ballot processing site where absentee ballots are processed; and
3) Only one (1) authorized poll watcher per candidate or party at any one (1) given time may be officially recognized as a poll watcher at the counting of the ballots.

Poll watcher credentials:
1) Except for candidates in person, poll watchers must present a valid affidavit in the form of a "Poll Watcher Authorization Form" to an election official immediately upon entering the polling or counting location.
2) Candidates in person are not required to present a "Poll Watcher Authorization Form" but must present some form of identification to an election official immediately upon entering the polling or counting location for the purpose of confirming the poll watcher as a candidate on the ballot.

Poll watchers may:
1) Observe the election officials;
2) Stand close enough to the precinct voter registration lists so as to hear the voter's name and observe the voter's signature;
3) Compile lists of persons voting;
4) Challenge ballots upon notification to an election official before the voter signs the precinct voter registration list and upon completing a "Challenged Ballot Form";
5) Call to the attention of the election sheriff any occurrence believed to be an irregularity or violation of election law.  The poll watcher may not discuss the occurrence unless the election sheriff invites the discussion; and
6) Be present at the opening, processing, and canvassing of absentee ballots for the purpose of challenging absentee votes in the manner provided by law for personal voting challenges.

Poll watchers representing a candidate or political party may:
1) Remain at the polling site after the poll closes if ballots are counted at the poll;
2) Be present at the counting of votes by hand or by an electronic vote tabulating device at a central location;
3) Be present at the counting of absentee ballots for the purpose of witnessing the counting of ballots by election officials and determining whether ballots are fairly and accurately counted; and
4) Upon request made to an election official, inspect any or all ballots at the time the ballots are being counted.

Poll watchers may not:
1) Be within six feet (6') of any voting machine or booth used by voters to cast their ballot;
2) Speak to any voter or in any way attempt to influence a voter inside the polling site or within one hundred feet (100') of the primary exterior entrance used by voters to the building containing the polling site; or
3) Disrupt the orderly conduct of the election

Rev: 8/21

185

DEFS_083479

**Exhibit B**

# Attention



## <u>Please Notify a Poll Worker if you believe that:</u>

➢ **You have been given the wrong ballot**

➢ **Your ballot does not contain all the candidate names it should**

**or**

➢ **If your "Printed Ballot" does not reflect your choices**

**Once you have placed your ballot in the slot of the scanner / ballot box <u>it's too late - you have voted!</u>**

186

**DEFS_083480**

**Exhibit B**

This Page Intentionally Blank

187

DEFS_083481

**Exhibit B**

# CROSSOVER VOTING IS A CRIME

## VOTERS:

It is a misdemeanor, punishable by up to one year incarceration and a fine of up to $2,500, for a person to vote in the preferential primary of one political party and the general primary (runoff) of another.

*[A.C.A. §7-1-103(a)(19)(B), (b)]*

## POLL WORKERS:

It is a felony, punishable by up to six years incarceration and a fine of up to $10,000 for a poll worker to knowingly permit a person to vote other than his or her legal ballot or fraudulently permit a person to vote illegally.

*[A.C.A. §7-1-104(a)(13), (14), (b)]*

DEFS_083482

**Exhibit B**

This Page Intentionally Blank

DEFS_083483

# NOTICE ON ELECTIONEERING

**ELECTIONEERING means the display of, or audible dissemination of, information that advocates for or against any candidate, issue, or measure on a ballot**

**ELECTIONEERING includes:**

- **Handing out, distributing, or offering to hand out or distribute campaign literature or literature regarding a candidate, issue, or measure on the ballot;**

- **Soliciting signatures on any petition;**

- **Soliciting contributions;**

- **Displaying a candidate's name, likeness, or logo;**

- **Displaying a ballot measure's number, title, subject, or logo;**

- **Displaying or dissemination of buttons, hats, pencils, pens, shirts, signs, or stickers containing electioneering information; and**

- **Disseminating audible electioneering information.**

## PROHIBITION

**Arkansas Code 7-1-103 and 7-1-104 prohibit electioneering in the building or within 100 feet of the primary exterior entrance used by voters in which voting is taking place, or with persons standing in line to vote.  Also, a person shall not enter or remain in the area except for a person entering or leaving a building for lawful purposes where voting is taking place.**

## PUNISHMENT

**Violation of electioneering laws is, at the minimum, a Class A misdemeanor offense punishable by fine or confinement.**

190

DEFS_083484

**Exhibit B**

This Page Intentionally Blank

191

**Exhibit B**

# Ballot Disposition Report

| | | |
|---|---|---|
| **Election Type** | **Date of Election** | **Cnty. Conducting Election** |

If applicable, list the Cnty, Cty(s), or School(s) for which a School Election or Special Election was held.

## Provisional Ballots

1)    0    **Total Number of Provisional Ballots**

2) _____ **Number of Provisional Ballots Cast - Early Voting**

3) _____ **Number of Provisional Ballots Cast - Election Day Voting**

4)    0    **\* Total Number of In-Person Provisional Ballots Cast**

            **Reasons for Casting In-Person Provisional Ballots**
    A) _____ Failure to Satisfy General ID Requirement
    B) _____ Failure to Satisfy First Time / Flagged ID Requirement
    C) _____ Voter did not Appear on the PVR List (Poll Book)
    D) _____ Voters Marked as Having Been Sent an Absentee Ballot
    E) _____ Voter Marked as Having Already Voted
    F) _____ Voter Requests to Vote an Alternative Ballot
    G) _____ Ballot Cast during Court Ordered Extended Voting
    H) _____ Poll Watcher Challenge

5) _____ **\* Total Number of Absentee Ballots Made Provisional**

            **Reasons Absentee Ballot was made Provisional**
    A) _____ Failure to Satisfy General ID Requirement
    B) _____ Failure to Satisfy First Time / Flagged ID Requirement
    C) _____ Bearer, Agent, or Admin. Name Differed (envelope to voter statement)
    D) _____ Bearer's Name Differed (application to voter statement)
    E) _____ Poll Watcher Challenge

6) _____ **Number of Provisional Ballots Not Counted - Early Voting**

7) _____ **Number of Provisional Ballots Not Counted - Election Day Voting**

8)    0    **† Total Number of Rejected Provisional Ballots - In-Person Voting**

            **Reasons for In-Person Provisional Ballot's Rejection**
    A) _____ Not Registered to Vote

DEFS_083486

**Exhibit B**

B) _____ Failed to satisfy Post-Election ID Presentment Requirement
C) _____ Determined to have Already Voted
D) _____ Did not Sign the Provisional Ballot Envelope
E) _____ Omitted Name from the Provisional Ballot Envelope
F) _____ Omitted Address from the Provisional Ballot Envelope
G) _____ Omitted DOB from the Provisional Ballot Envelope
H) _____ Voted on the Wrong Ballot
I) _____ Court Ordered Extended Voting Invalidated

9) __0__ † Number of Rejected Provisional Ballots – Absentee Ballots

**Reasons for Absentee Provisional Ballot's Rejection**
A) _____ Failed to satisfy Post-Election ID Presentment Requirement
B) _____ Voted on the Wrong Ballot
C) _____ Voter Found as Not Registered to Vote

10) __0__ **Total Number of Rejected Provisional Ballots**

**Total Number of Provisional Ballots Rejected** (Restated by Category)
A) __0__ Voter Found as Not Registered to Vote
B) __0__ Voted on the Wrong Ballot
C) __0__ Did not Sign the Provisional Ballot Envelope
D) __0__ Omitted Name from the Provisional Ballot Envelope
E) __0__ Omitted Address from the Provisional Ballot Envelope
F) __0__ Omitted DOB from the Provisional Ballot Envelope
G) __0__ Failed to satisfy Post-Election ID Presentment Requirement
H) __0__ Determined to have Already Voted
I) __0__ Court Ordered Extended Voting Invalidated

11) __0__ **Total Number of Counted Provisional Ballots**

## Absentee Ballots

12) _____ **Total Number of Absentee Ballots Returned** (as of certification)

13) __0__ **Total Number of Absentee Ballots Rejected**

14) __0__ † **Number of Absentee Ballots Rejected** (excluding absentee provisionals)

**Reasons for Absentee Ballot's Rejection (Non-Provisionals)**
A) _____ Did not Sign the Absentee Voter Statement
B) _____ Omitted Name from the Absentee Voter Statement
C) _____ Omitted Address from the Absentee Voter Statement
D) _____ Omitted DOB from the Absentee Voter Statement
E) _____ Failed to Return an Absentee Voter Statement
F) _____ CBEC determined Signature did not Compare
G) _____ CBEC determined Name did not Compare

Revised: August 2021

193

DEFS_083487

**Exhibit B**

| | | |
|---|---|---|
| H) | _____ | CBEC determined Address did not Compare |
| I) | _____ | CBEC determined DOB did not Compare |
| J) | _____ | Ballot included in a Bulk Mailing |
| K) | _____ | Ballot Returned After the Deadline (as of certification) |
| L) | _____ | Failed to Satisfy Third Party Ballot Return Requirement |

15)     0     **Total Number of Counted Absentee Ballots**

### Overall Totals

16) _____    **Total Number of In-Person Votes Cast During Early Voting**

17) _____    **Total Number of In-Person Votes Cast on Election Day**

18)     0     **Total Number of In-Person Votes Cast**

19)     0     **Total Number of Ballots Rejected**

20)     0     **Total Number of Ballots Counted**

21)     0     **Total Number of Ballots Cast**

## Certification

I attest that the information provided on this report is true and correct to the best of my knowledge and belief.

_____    _____    _____

Signature                        Date            Printed Name

_____

Office / Position of Person Filing this Report

## Instructions

Pursuant to Act 1022 of 2021, this report must be completed and filed with the State Board of Election Commissioners within 30 days of an election. You are required to enter the number of ballots described next to each blank which is unshaded. If an election had no ballots which are described by an unshaded line, the individual completing the form should enter a zero. Lines which are shaded will be calculated based on the answers provided.

\* A ballot may be made provisional for more than one reason causing the total number of provisional ballots to sometimes be less than the total number of causes for ballots being made provisional.

† A ballot should be listed as rejected only for a single reason. If a ballot contains multiple deficiencies, the ballot should be logged for the first deficiency identified in the canvassing process which requires the ballot to be rejected.

194

**DEFS_083488**

**Exhibit B**

This Page Intentionally Blank

195

DEFS_083489

**Exhibit B**



**Exhibit B**

This Page Intentionally Blank

197

DEFS_083491