IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LEAGUE OF WOMEN VOTERS OF ARKANSAS,                                        PLAINTIFFS,
et al.

v.                                   No. 5:20CV05174 PKH

JOHN THURSTON, in his official capacity as
the Secretary of State of Arkansas, and
SHARON BROOKS, BILENDA HARRIS-RITTER,
WILLIAM LUTHER, CHARLES ROBERTS,
JAMES SHARP, and J. HARMON SMITH, in
their official capacities as members of the
Arkansas State Board of Election
Commissioners,                                                            DEFENDANTS.

EXPERT REPORT OF THOMAS BRUNELL, PH.D.

1.      My name is Thomas Brunell.  I have been retained by the defendants as an expert

in connection with this litigation.

2.      The following is a summary of my opinions in this declaration:

    a.  Antifraud measures like comparing voters' signature, name, address, and

        birth date submitted with their absentee ballots to those submitted with

        their absentee-ballot applications inspire public confidence in election

        integrity.

    b.  The cost/benefit approach to explaining why some Americans vote and

        others do not, is not perfect.  Simply lowering costs does not result in

        significant increases in turnout.

    c.  Beliefs that efforts at election reform will increase the number of votes

        being counted often prove false because oftentimes the unintended

        consequences of those efforts result in fewer votes being counted.

EXHIBIT
2

> d.  Voting in Arkansas has gotten relatively easier over the last 30 years or so due to early voting.
>
> e.  Arkansas's requirements for absentee voters are the same as that for in-person voters: their signature, name, address, and birth date must be verified in both cases.
>
> f.  Arkansas's rejection rate for mismatched signatures over the past two election cycles has been a fraction of one percent—0.165 % in 2018 and 0.137 % in 2020.
>
> g.  Over the past two election cycles, Arkansas has rejected fewer absentee ballots on average than other U.S. states due to mismatched signatures.
>
> h.  Requiring a person to provide a comparable signature, name, address, and birth date when casting a ballot is entirely proper and reasonable way to promote election integrity.
>
> i.  Arkansas's absentee-ballot verification requirement is a measured and proportionate response to the state's noted history of absentee-ballot fraud.

## I.     Background and Qualifications

3.     I am a Professor of Political Science at the University of Texas at Dallas.  I received a Ph.D. in Political Science from the University of California, Irvine in 1997.  Currently I serve as the program head for the Political Science program and I have previously served as Senior Associate Dean for the School of Economic, Political, and Policy Sciences at the University of Texas at Dallas.  Last year, I was appointed by the Director of the U.S. Census Bureau to serve a three-year term on the Census Scientific Advisory Committee.

4.      My teaching and research interests focus on American elections.  I study redistricting, representation, political parties and the U.S. Congress.  I teach classes on Election Law, Redistricting, Campaigns and Elections, and Congress.

5.      I have published a book on redistricting and dozens of peer-reviewed articles in the top journals in the field on redistricting, the Voting Rights Act, elections, and representation. I am lead author on two textbooks for American politics: Introduction to American Government (TopHat 2021) and Introduction to State and Local Politics (TopHat 2021).

6.      In preparing this report, I have relied on my training and years of research, as set forth in my curriculum vitae, and on the materials listed therein.  A true and accurate copy of my curriculum vitae is attached hereto as Exhibit A.  It documents my education, training, research, and years of experience in this field and includes a list of my publications.

7.      I have also reviewed the materials listed in the attached list of references.  The sources I have relied upon include authoritative, peer-reviewed publications.

8.      The materials I have relied upon in preparing this report are the same types of materials that experts in my field of study regularly rely upon when forming opinions on the subject.  I reserve the right to revise and supplement the opinions expressed in this report, or the bases for them, as new information becomes available in the future, including as a result of new research or publications or in response to statements and issues that may arise in my area of expertise.

9.      In the last four years, I have testified as an expert by deposition or at trial in the following cases: Ohio Congressional (*Ohio A. Philip Randolph Institute v. Smith*), Michigan Congressional (*League of Women Voters Michigan v. Johnson*), Florida Signature Matching

(*DNC Servs. Corp., v. Lee*), North Carolina Congressional (*Common Cause v. Lews*), Oregon Congressional (*Clarno et al v. Fagan*), and Maryland Congressional (*Parrot v. Lamone*).

10.     I am being compensated for my work on this matter at a rate of $750 per hour. My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I may provide.

## II.     The Costs of Voting and Reforms

11.     Political scientists have long been interested in explaining why some people vote and others do not.  One the discipline's most cited theories is called the "calculus of voting", which is summarized as:

**Probability of Voting = Benefits\*(Probability of Casting Decisive Vote) – Costs**

12.     Here the act of voting is understood as a cost/benefit calculation (Downs 1957). The costs include, among other things, getting registered to vote, finding the correct voting location, getting informed about whom to vote for, traveling to the polling location, etc.   The benefits include everything that one accrues from having one's preferred candidate in office rather than some other person.  The benefits, however, are discounted by the probability that one will cast the vote that decides the election.  This probability, while non-zero, is usually a very small number.  The probability will differ from person to person, depending on how competitive an election is in one's state.

13.     Take the State of Texas, for example.  The probability that any particular Texas voter's vote will decide a presidential election is very close to zero since Texas is, for the time being, firmly a Republican state, and the odds of person affiliated with any other political party carrying the vote is very low.  By way of comparison, for a voter in Florida, the probability of casting the deciding vote is still very small.  But because Florida is a swing state, that probability will be higher than a Texas voter's probability.

14.     If these considerations exhausted the benefits and costs of voting, then voting would be irrational because the overall effect of discounting the benefits of voting by the probability of casting a decisive vote means that, for virtually everyone in the country, the costs of voting outweigh the benefits.  But, in fact, millions of people do vote, and we don't consider them irrational in doing so.  To account for this fact, Riker and Ordeshook (1968) added a "duty" term in order to make the cost/benefit model more descriptive of reality.  Thus, the new model is

$$\text{Probability of Voting} = BP - C + D$$

15.     D, the duty term, encompasses, variously, the satisfaction one gets for participating in a democratic election, the satisfaction of affirming one's partisan preference, and (certainly not least) the satisfaction of affirming one's feelings of efficaciousness in a democratic political system.  As relevant to this last item, public confidence in the integrity of the electoral process is essential to making sense of why voters make efforts to vote.  So with this added duty term, we can understand why tens of millions of people do in fact vote.

16.     Public confidence in the integrity of the electoral process cannot exist without safeguards to ensure that a vote being cast is, in fact, the vote of the registered voter in whose name it is cast.  That is especially so in the case of absentee ballots.  The specific law at issue in this case requires election officials to compare the name, signature, birth date, and address submitted along with an absentee ballot to those submitted days or (at most) weeks beforehand with that voter's application for the absentee ballot.  Ark. Code Ann. § 7-5-416(b)(1)(F)(ii).  Ensuring that this information compares is an appropriate way to verify the voter's identity and to promote public confidence in election integrity—there is a positive empirical relationship between the quality of election administration in a state and the level of voter confidence in elections (Bowler, Brunell, Donovan, and Gronke 2015).  This, in turn, may raise voters'

satisfaction, increases the duty term, and makes voting more likely.  Without such antifraud measures in place to reassure the voting public, fewer people may go to the effort of voting.

17.     The availability of absentee balloting as a means of casting one's vote lowers the costs of voting for a subset of voters.  To be sure, this reduction in costs will be offset by the possibility that the name, signature, address, and birth date submitted with their absentee ballot does not compare to those on their application—due, perhaps, to their own mistake or inadvertence.  But, as explained below, the possibility that a voter's absentee ballot will not be counted on this basis is negligible.  So, for this small subset of voters, the availability of absentee balloting makes it likely that more votes will be counted.

18.     But not every voting reform leads to more votes being counted.

19.     While tens of millions of Americans cast ballots in national elections every two years, there are tens of millions of other Americans who do not bother to vote.  Reformers often assume that if we simply made voting easier (i.e., lower the costs), that many of these non-voters would become voters.  But this simplistic view of the world and the act of voting is wrong. Many non-voters have no interest in politics or voting whatsoever (Campbell et al 1960).  They do not pay attention to politics, they do not have a political ideology, and they see no reason to vote.  Marginally lowering the costs of voting has no impact on these people.  On the other side of the same coin, there is a percentage of the population that is willing to bear almost any cost to vote, like standing in line all day for 8-10 hours to vote (Levine 2020).  There are some people in between these two extremes that may be affected by marginally lowering and raising the cost of voting.  But in reality the number of people who respond to cost-lowering reforms is surprisingly low.

20.     The evidence supports this argument.  For instance, Burden, Canon, Mayer, and Moynihan (2014) demonstrate empirically that the introduction of early voting in U.S. states did not lead to the expected increase in voter turnout.  Indeed, the effect of adding days or weeks for Americans to vote appears to actually *reduce* turnout, rather than to increase it.  The cause, the authors explain, is that by making Election Day into "Election Month," the media are not going to cover the fact that the election is happening in the same way they do when voting happens on a single day.  Thus, adding early voting creates unintended consequences that functions in some ways to reduce the vote.

21.     Convenience voting (i.e., a term that covers various reforms to reduce the costs of voting) clearly make it easier for those who are already going to vote to do that.  But it is not clear that all such reforms actually motivate non-voters to become voters.  The reform that one might expect to decrease the costs of voting most substantially for all voters is to institute all mail-in balloting for all voters.  That is, one might expect to see a dramatic increase in voter turnout when a state adopts an all mail-in ballot election format.  However, the evidence shows that these reforms have resulted in strikingly modest increases in voter turnout.  Four scholars from Stanford (Thompson et al. 2020) found that universal Vote by Mail (VBM) in American states increases turnout by just *two percent* on average.  Further, although some commentators seem to suggest that candidates affiliated with certain political parties would benefit from higher turnout, this same research finds that universal VBM actually has no impact on partisan turnout or on partisan share of the vote.  Thus, our assumptions about what will happen when we institute election reform oftentimes does not materialize.

III.   **Voting in Arkansas is Not Difficult and Has Become Easier**

22.      Casting a ballot in Arkansas is not difficult.  The steps required in the state are similar to the routine that citizens undertake in the rest of the U.S. states.  One must get

registered to vote in advance of the upcoming election.  Then the voter must decide when and how to vote.  In person or absentee?  On election day or vote early?

23.    Arkansas allows absentee voting for registered voters who are unable to attend the polls on Election Day due to illness, physical disability, or unavoidable absence.  Ark. Code Ann. § 7-5-402.  To obtain an absentee ballot, voters must simply submit a written request.  Ark. Code Ann. §§ 7-5-404, 7-5-405.  Other states require applicants to take additional steps to obtain a ballot, such as signing before a notary public or other official authorized to administer oaths, obtaining a witness signature, or providing a copy of photo identification.  *Cf.*, *e.g.*, Ala. Code § 17-9-30(b); Miss. Code. Ann. § 23-15-715(b); S.D. Codified Laws § 12-19-2.  Arkansas does not have such requirements.  Further, unlike other states that require information submitted along with the absentee ballot to be notarized or witnessed by another person, Arkansas has no such requirement.  *See, e.g.*, Ark. Code Ann. § 7-5-409(b)(4)(C).

24.    Absentee balloting reduces the costs of voting by enabling voters who otherwise would not be able to vote on Election Day to vote ahead of time and from the comfort of their own residence.  Whereas, before, a potential voter may have been sick, out of town, or had a day full of important meetings at work that would prevent them from voting on Election Day, all these burdens are alleviated with absentee voting.

25.    In addition, early voting in Arkansas was instituted in 1995 (HB 1648).  This added a 15-day period prior to Election Day in which a voter could cast an in-person ballot at the office of the County Clerk.  This is a further significant reduction in the burden of voting compared to having to vote in person on a single day.  Any registered voter can vote early in person.

## IV.     Requirements for Absentee Ballots are the Same as In-Person Voting

26.     Both in-person and absentee balloting in Arkansas requires that the voter provide a signature, name, birthdate, and address that compares to those already on file.  *See* Ark. Code Ann. § 7-5-305 (in-person voters must provide their signature, name, address, and birth date); Ark. Code Ann. § 7-5-416(b)(1)(F)(ii) (same for absentee voting).  These are antifraud measures to verify that the person voting is indeed who they claim to be.  The advantage to casting an in-person ballot in Arkansas, like in other states, is that the voter's identity is verified before one gets a ballot (meaning that when one casts the ballot one can be sure that it will be counted).  But if an absentee voter makes a mistake in filling out the voter statement, the ballot can be rejected. Avoiding this risk is straightforward—either ensure that the information submitted with one's ballot compares to that previously submitted with one's application or vote in person, whether by early voting or on Election Day.  In any case, the state must take measures to ensure the integrity of the ballot box, so it employs the same reasonable requirements before a ballot is counted.

## V.     Signature Mismatches on Absentee Ballots

27.     One of the plaintiffs' central claims concerns absentee ballots that are deficient due to the mismatch between the signature submitted with the ballot and that on a voter's absentee-ballot application.  States that allow absentee or mail-in balloting must have certain requirements to ensure that ballots are properly counted.  One common requirement is to have the voter submit a signature along with the ballot and compare that signature to another signature the state has on file.  There are at least 28 states that conduct signature verification on absentee or mail-in ballots.[1]  Indeed, the data discussed below suggests that as many as 37 states do so.

---

[1] Ariz. Rev. Stat. Ann. § 16-550; Ark. Code Ann. §§ 7-5-409(B), 7-5-416 (b)(1)(F); Cal. Elec. Code § 3019; Colo. Rev. Stat. Ann. § 1-7.5-107.3; Fla. Stat. Ann. § 101.68; Haw. Rev. Stat. Ann. §§ 15-6, 11-104, 11-106; Idaho Code Ann. §§ 34-1004, 34-1005, 34-1009; 10 Ill. Comp. Stat. Ann. 5/19-8(g); Ind. Code Ann. §§ 3-11-4-21, 3-11.5-4-5, 3-11-10-1.2, 3-11-10-29; Iowa Code Ann. §§ 53.16, 53.18; Kan. Stat. Ann. § 25-1122; Ky. Rev. Stat. Ann. § 117.085; Me. Rev. Stat. tit. 21-a, § 756-A Mass. Gen. Laws Ann. ch. 54, § 94; Mich. Comp. Laws Ann. § 168.761;

Arkansas is by no means unique in comparing signatures to ensure the integrity of the absentee-ballot box.

28.     To compare the rejection rate of absentee/mail ballots due to a mismatched signature, I downloaded datasets from the U.S. Elections Assistance Commission.  This federal agency conducts a nationwide biennial survey which is called the Election Administration and Voting Survey (EAVS).  The survey covers many aspects related to voter registration and election administration.  One section of the survey covers absentee/mail ballots.  It asked election administrators to report the number of absentee ballots requested, returned, and rejected.

29.     In the 2018 EAVS dataset there are 33 states with data on number of absentee or mail-in ballots rejected due to signature mismatch.  The average rejection rate across these states is 0.215% with a standard deviation of 0.274%.  Arkansas' rejection rate due to a signature mismatch in 2018 is a fraction of one percent—0.165%, to be precise—which is below the average for these states.  Figure 1 shows the absentee/mail ballot rejection rate due to signature mismatch for all states with a non-zero response.  Arkansas is in the middle of the distribution, and its rejection rate is below the average for this group of states.

---

N.H. Rev. Stat. Ann. §§ 657:17, 659:50; N.J. Stat. Ann. §§ 19:63-13, 19:63-17; N.Y. Elec. Law §§ 8-410, 9-209; N.D. Cent. Code Ann. §§ 16.1-07-08, 16.1-07-12; Ohio Rev. Code Ann. §§ 3509.04, 3509.06(D); Or. Rev. Stat. Ann. § 254.431, 254.470; 17 R.I. Gen. Laws Ann. §§ 17-20-2.1, 17-20-21, 17-20-23, 17-20-26(c)(2); S.D. Codified Laws § 12-19-2; Tenn. Code Ann. § 2-6-202; Tex. Elec. Code Ann. § 86.001; Utah Code Ann. §§ 20A-2a-204, 20A-3a-401; Wash. Rev. Code Ann. § 29A.40.091, 29A.40.110, 29A.60.165; W. Va. Code Ann. §§ 3-3-5, 3-3-10.

*Figure 1. 2018 EAVS Data: Percentage of Absentee Ballots Rejected Due to Signature Mismatch*



*This is variable C4e from the 2018 EAVS data divided by the total number of absentee ballots accepted (Var C3a) plus the total number of absentee ballots rejected (Var C4a).

    30.    In the 2020 EAVS there are 37 states with data on number of absentee or mail-in ballots rejected due to signature mismatch. The average rejection rate across these states is 0.166% with a standard deviation of 0.183%. Arkansas' rejection rate for a signature mismatch in 2020 is, again, a fraction of one percent—this time, 0.137%—which again is below the average for these states. Arkansas' rejection rate in 2020 is lower than the rejection rate for 2018 and it remains below the average for rejection rates for all states. Figure 2 presents the data for each state from the 2020 EAVS data.

*Figure 2: 2020 EAVS Data: Percentage of Absentee Ballots Rejected Due to Signature Mismatch*



*This is variable C4e from the 2020 EAVS data divided by the total number of absentee ballots accepted (Var C3a) plus the total number of absentee ballots rejected (Var C4a).

31.     Arkansas rejects fewer absentee ballots due to signature mismatch than the overall average in the country.

32.     In conclusion, Arkansas is by no means an outlier in requiring signature verification, and its rejection rate is below average for states with similar requirements. Its requirements are not unusual or unduly burdensome.

## VI.   Requiring a Comparable Signature, Name, Address, and Birth Date is Entirely Appropriate

33.     Requiring that voters provide their signature, name, address, and birth date with their absentee ballots is a reasonable requirement for ensuring that voters are who they claim to be. In addition to being less able to produce a comparable signature, a person casting a

fraudulent ballot will be less likely to know another person's name, address, and birth date. Therefore, it is an effective antifraud measure.

34.     Further, this information is certainly material to determining whether a person is eligible to cast a vote.  The National Voter Registration Act of 1993 required the U.S. Election Assistance Commission to "develop a mail voter registration application form for elections for Federal office." 52 U.S.C. § 20508(a)(2).  The law requires that the form "may require only such identifying information (including the signature of the applicant) . . . as is necessary . . . to assess the eligibility of the applicant and to administer voter registration and other parts of the election process[.]" 52 U.S.C. § 20508(b)(1).  Accordingly, the Commission designed a Federal Form that met the criteria of the Act and that requests, among other things, the voter's signature, name, address, and birth date.  *See* 11 C.F.R. § 9428.4 (content of the voter registration form).

35.     There is nothing inappropriate about requiring a person to supply this information at the time a ballot is cast, even if that information has been previously provided (for example, when registering to vote or when applying for an absentee ballot).  Indeed, if requiring that a person supply their signature, name, address, and birth date when submitting an absentee ballot were to violate federal law, then it is difficult to see how requiring that a person supply the same information when voting in-person could be legal.  Yet doing that is certainly an appropriate way to verify that the individual voting in-person is who they claim to be.

## VII.    Arkansas and Absentee-Ballot Fraud

36.     Former Arkansas Supreme Court Associate Justice Tom Glaze has written that "[i]f you want to steal an election, the absentee box is the place to begin" (Glaze 2011). Arkansas has a noted history of election fraud, and "[a]bsentee ballots were particularly susceptible to such fraudulent acts" (Barth 2022).  Indeed, as documented in Justice Glaze's book, and based on his decades of experience working to reign in election fraud in Arkansas, he

explains that "Arkansas . . . is the one state where fraud was so dire and so perniciously ignored that citizens were forced to conduct their own investigations and file lawsuits to obtain an honest accounting and tabulation of the votes" (Glaze 2011).

37. Toward the end of the twentieth century the Arkansas General Assembly began to enact stricter requirements for handling absentee ballots. But even that has not stopped absentee-ballot fraud in Arkansas. For example:

> a. In 1999, 518 absentee ballots were invalidated in a special election for a municipal judgeship in Camden, overturning the certified results and changing the outcome (Glaze 2011).
>
> b. In 2003, a man named Larry Gray from Phillips County, Arkansas, pled guilty to fraudulently applying for hundreds of absentee ballots and submitting 98 of them to influence the outcome of the Democratic primary ("Election Fraud Cases" 2022). *See United States v. Gray*, No. 4:02CR00185 (E.D. Ark 2002).
>
> c. In 2005, hundreds of fraudulent absentee ballots were cast in a state-senate primary election (Glaze 2011).
>
> d. In 2012, four men from Crittenden County, Arkansas, pled guilty to conspiracy to bribe voters to influence absentee votes ("Four Crittenden County Men Charged with Conspiracy" 2012).

38. Arkansas's verification requirement is a measured and proportionate response to the historic threat of absentee ballot fraud.

I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

Dated: June 2, 2002

Thomas Brunell, Ph.D.

**REFERENCES**

Barth, Jay, "Election Fraud." February 7, 2022. *CALS Encyclopedia of Arkansas.* https://encyclopediaofarkansas.net/entries/election-fraud-4477/.

Bowler, Shaun, Thomas Brunell, Todd Donovan, Paul Gronke. 2015. "Election administration and perceptions of fair elections" *Electoral Studies* (38)1: 1-9.

Burden, Barry C., David T. Canon, Kenneth R. Mayer, and Donald P. Moynihan. 2014. "Election Laws, Mobilization, and Turnout: The Unanticipated Consequences of Election Reform." *American Journal of Political Science* 58(1): 95-109.

Campbell, Angus, Philip E. Converse, Warren E. Miller, and Donald E. Stokes. 1960. *The American voter.* John Wiley.

Downs, Anthony. 1957. *An Economic Theory of Democracy*. New York: Harper.

"Election Fraud Cases." 2022.  *The Heritage Foundation*. https://www.heritage.org/voterfraud/search?&state=AR.

"Four Crittenden County Men Charged with Conspiracy to Commit Election Fraud, State Legislator and Three Others Enter Guilty Pleas"  September 5, 2012.  *United States Attorney's Office Eastern District of Arkansas, Archive*. https://www.justice.gov/archive/usao/are/news/2012/September/Hallumetal_electionfraud_Infoplea_090512.html

Glaze, Tom. 2011. *Waiting for the Cemetery Vote: The Fight to Stop Election Fraud in Arkansas*.  University of Arkansas Press.

Levine, Sam. 2020. "More than 10-hour wait and long lines as early voting starts in Georgia." October 12, 2020. *The Guardian*. https://www.theguardian.com/us-news/2020/oct/13/more-than-10-hour-wait-and-long-lines-as-early-voting-starts-in-georgia

National Conference of State Legislatures. 2022. Table 14: How States Verify Absentee/Mail Ballots. 3/15/2022. https://www.ncsl.org/research/elections-and-campaigns/vopp-table-14-how-states-verify-voted-absentee.aspx

Riker, William H. and Peter Ordeshook. 1968. "A Theory of the Calculus of Voting." *The American Political Science Review* 62(1): 25-42.

Schraufnagel, Scot, Michael J. Pomante, II, and Quan Li. 2020. "Cost of Voting in the American States." *Election Law Journal* 19(4): 503-509.

Valentino, Nicholas A. and Fabian G. Neuner. 2017. "Why the Sky Didn't Fall: Mobilizing Anger in Reaction to Voter ID Laws." *Political Psychology* 38(2): 331-250.

16

# Thomas L. Brunell
Professor of Political Science
School of Economic, Political and Policy Sciences
The University of Texas at Dallas
800 W. Campbell Road
Richardson, TX 75080
972-883-4963
tbrunell@utdallas.edu

**Education**
Ph.D., 1997 Political Science, University of California, Irvine
M.A., 1993 Political Science, University of California, Irvine
B.A., 1991 Political Science, University of California, Irvine

**Employment History**
The University of Texas at Dallas, Program Head for Political Science and Public Policy Political Economy, 2019-present.

The University of Texas at Dallas. Professor, 2009-present.

The University of Texas at Dallas, Senior Associate Dean, 2010-2012.

The University of Texas at Dallas, Director of Graduate Studies, Political Science Program 2007-2010.

The University of Texas at Dallas. Associate Professor, 2005-2009.

Northern Arizona University. Assistant Professor of Political Science, 2003-2005.

Binghamton University, SUNY. Assistant Professor of Political Science, Fall 1999–2003.

American Political Science Association Congressional Fellow, 1998–1999.

**Grants and Awards**
"Nursing in the Field: Vector-borne Illness Prevention and Detection Among Migrant and Seasonal Farmworkers." Co-PIs: Sarah Maxwell and Thomas Brunell.  $50,000 from the Rita & Alex Hillman Foundation.

Visiting Fellowship, Australian National University, $10,000, Summer 2014

Visiting Fellowship, University of Sydney, United States Studies Centre and The Election Integrity Project, $10,000, Winter 2013.

EPPS Advisory Board Grant, $5,000 for research on Redistricting. 2014.

Intramural Grants Program, Northern Arizona University. $5,000 for a study on the

impact of redistricting on House elections. Summer 2004.

Deans Workshop Grant, "Methods and Politics," $3000, 2002-2003, with David Clark, David Rueda and Wendy Martinek.

Deans Workshop Grant, "Democratic Institutions, Preference Aggregation and World Politics," $4000, 2001-2002, with David Clark and Patrick Regan.

Dean's Research Semester Award. Binghamton University, 2001-2002.

American Political Science Association Congressional Fellowship, 1998–99

Order of Merit. Outstanding Graduate Scholarship. School of Social Sciences, University of California, Irvine, 1996-1997

University of California Regents Dissertation Fellowship, Spring 1997.

Scaife Foundation Fellowship to attend ICSPR summer statistical program, 1993.

**Books**
Brunell, Thomas, Robert Lowry, Banks Miller, and Thomas Gray. 2021. *Introduction to American Government*. Toronto: TopHat.

Brunell, Thomas, Robert Lowry, Banks Miller, and Thomas Gray. 2021. *Introduction to State and Local Government*. Toronto: TopHat.

Brunell, Thomas L. 2008. *Redistricting and Representation: Why Competitive Elections are Bad for America*. New York: Routledge.

**Journal Articles**
Lublin, David, Lisa Handley, Thomas L. Brunell, and Bernard Grofman. 2020. "Minority Success in Non-Majority Minority Districts: Finding the 'Sweet Spot'". *Journal of Race, Ethnicity, and Politics*. 5: 275-298.

Brunell, Thomas L. and Brett Cease. 2019. "How Do State-Level Environmental Policies Impact the Voting Behavior of National Legislators?" *Social Science Quarterly* 100(1): 289-306.

Brunell, Thomas L. and Bernard Grofman. 2018. "Using US Senate Delegations from the Same State as Paired Comparisons: Evidence for a Reagan Realignment." PS: Political Science & Politics. 51(3): 512-516.

Brunell, Thomas L., Bernard Grofman, and Samuel Merill, III. 2016.  "Components of Party Polarization in the U.S. House of Representatives." *Journal of Theoretical Politics* 28(4): 598-624.

Brunell, Thomas L., Bernard Grofman, and Samuel Merill, III. 2016. "Replacement in U.S. House: An Outlier-Chasing Model." *Party Politics* 22(4): 427-439.

Brunell, Thomas L., Bernard Grofman, and Samuel Merill, III. 2016. "The Volatility of Median and Supermajoritarian Pivots in the U.S. Congress and The Effects of Party Polarization", *Public Choice,* 166: 183-204.

Bowler, Shaun, Thomas Brunell, Todd Donovan, and Paul Gronke. 2015. "Election Administration and perception of Fair Elections." *Electoral Studies* 38(June): 1-9.

Brunell, Thomas L. and Whitney Ross Manzo. 2014. "The Impact of Cox v. Larios on State Legislative Population Deviations." Election Law Journal 13(3): 351-361.

Merrill, Samuel, III, Thomas L. Brunell, and Bernard Grofman. 2014. "Modeling the Electoral Dynamics of Party Polarization in Two-Party Legislatures." *Journal of Theoretical Politics* 26(4): 548-572.

Stone Sweet, Alec and Thomas L. Brunell. 2013. "Trustee Courts and the Judicialization of International Regimes: The Politics of Majoritarian Activism in the European Convention on Human Rights, the European Union, and the World Trade Organization. *Journal of Law and Courts* 1(1): 61- 88.

Brunell, Thomas L. 2012. "The One Person, One Vote Standard in Redistricting: The Uses and Abuses of Population Deviations in Legislative Redistricting. *Case Western Reserve Law Review* 62(4): 1057- 1077.

Grofman, Bernard, Thomas L. Brunell, and Scott L. Feld. 2012. "Towards a Theory of Bicameralism: The Neglected Contributions of the Calculus of Consent." *Public Choice* 152(1-2): 147-161.

Brunell, Thomas L., Bernard Grofman, Samuel Merrill III. 2012. "Magnitude and Durability of Electoral Change: Identifying Critical Elections in the U.S. Congress, 1854-2010. *Electoral Studies* 31(4): 816-828.

Stone Sweet, Alec and Thomas L. Brunell. 2012. "The European Court of Justice, State Non-Compliance, and the Politics of Override." *American Political Science Review* 106(1): 204-213.

Brunell, Thomas L. and Harold Clarke. 2012. "Who Wants Electoral Competition and Who Wants to Win?" *Political Research Quarterly* 65(1): 124-137.

Merrill, Samuel, Bernard Grofman, and Thomas L. Brunell. 2011. "Do British Politics Exhibit Electoral Cycles?" *British Journal of Political Science* 41(1): 33-55.

Smith, David and Thomas L. Brunell. 2010. "Are Special Elections to the U.S. House a General Election Barometer?" *Legislative Studies Quarterly* 35(2): 283-297.

3

Lublin, David, Thomas L. Brunell, Bernard Grofman, and Lisa Handley. 2009. "Has the Voting Rights Act Outlived Its Usefulness? In a Word 'No'." *Legislative Studies Quarterly* 34(4): 525-554.

Adams, James, Thomas Brunell, Bernard Grofman, and Samuel Merrill, III. 2010. "Why Candidate Divergence Should be Expected to be Just as Great (or even Greater) in Competitive Seats as in Non-Competitive Ones." *Public Choice* 145: 417-433.

Brunell, Thomas L., Chetan Dave, and Nicholas C. Morgan. 2009. "Factors Affecting the Length of Time a Jury Deliberates: Case Characteristics and Jury Composition." *Review of Law & Economics*, 5(1): article 23.

Brunell, Thomas L. and Justin Buchler.  2009. "Ideological Representation and Competitive Congressional Elections." *Electoral Studies* 28(3): 448-457.

Brunell, Thomas L. and Bernard Grofman. 2009. "Testing Since Versus Strategic Split-ticket Voting at the Aggregate Level: Evidence from Split House-President Outcomes, 1900-2004." *Electoral Studies*, 28(1): 62-69.

Brunell, Thomas L., Christopher J. Anderson, and Rachel Cremona. 2008 "Descriptive Representation, District Demography, and Attitudes Toward Congress Among African Americans." *Legislative Studies Quarterly*. 33(2): 223-244.

Merrill, Samuel, Bernard Grofman, and Thomas L. Brunell. 2008. "Cycles in American National Electoral Politics, 1854-2006: Statistical Evidence and an Explanatory Model." *American Political Science Review*, 102(1) 1-17.

Thomas L. Brunell. 2006. What to Do about Turnout Bias in American Elections? *The American Review of Politics*, 27(Fall): 255-260.

Brunell, Thomas L. 2006. "Rethinking Redistricting: How Drawing Uncompetitive Districts Eliminates Gerrymanders, Enhances Representation, and Improves Attitudes Toward Congress." *PS: Political Science & Politics*, 39(1) 77-86.

Brunell, Thomas L. 2005. "The Relationship Between Political Parties and Interest Groups: Explaining Patterns of PAC Contributions to Candidates for the U.S. Congress." *Political Research Quarterly*, 58: 681-688.

Solowiej, Lisa, and Wendy Martinek, and Thomas L. Brunell. 2005. "Partisan Politics: The Impact of Party in the Confirmation of Minority and Female Federal Court Nominees." *Party Politics*, 11: 557-577.

Brunell, Thomas L. and John DiNardo. 2004. "A Propensity Score Reweighting Approach to Estimating the Partisan Effects of Full Turnout in American Presidential Elections." *Political Analysis* 12(1): 28-45.

Solowiej, Lisa and Thomas L. Brunell. 2003. "The Entrance of Women to the U.S. Congress: The Widow Effect." *Political Research Quarterly* 56(3): 283-292.

Brunell, Thomas L. 2001. "Why There is Still a Controversy About Adjusting the Census." *PS: Political Science & Politics*, 35(1, March): 85.

Brunell, Thomas L. 2001. "Census 2000 – Epilogue." *PS: Political Science & Politics*, 34(4, December): 813-814.

Brunell, Thomas L. 2001. "Science and Politics in the Census." *SOCIETY* 39(1): 11-16.

Brunell, Thomas L. and Amihai Glazer. 2001. "Rational Response to Irrational Attitudes: The Level of the Gasoline Tax in the U.S. States." *The Journal of Policy Analysis and Management* 20(4): 761-764.

Brunell, Thomas L. 2000. "Redistricting in the 'Aughts': The Impact of Census 2000. *The American Review of Politics* 21(Winter): 347-366.

Grofman, Bernard, William Koetzle, Samuel Merrill, and Thomas L. Brunell. 2001. "Changes in the Location of the Median Voter in the U.S. House of Representatives, 1963-1996." *Public Choice* 106:221-232.

Brunell, Thomas L. 2000. "Using Statistical Sampling to Estimate the U.S. Population: The Methodological and Political Debate Over Census 2000." *PS: Political Science & Politics*. 33(4, December): 775-782.

Brunell, Thomas L. 2000. "Rejoinder to Anderson and Fienberg." *PS: Political Science & Politics*. 33(4, December): 793-794.

Brunell, Thomas L. 2000. "Making Sense of the Census: It's Political." *PS: Political Science & Politics*. 33(4, December): 801-802.

Stone Sweet, Alec and Thomas L. Brunell. 2000. "The European Court, National Judges, and Legal Integration: A Researcher's Guide to the Data Set on Preliminary References in EC Law, 1958–98." *European Law Journal* 6(2): 117 - 127.

Stone Sweet, Alec and Thomas L. Brunell. 2000. "The European Court, National Judges, and Legal Integration." *Swedish Journal of European Law* 3(2):179–192.

Grofman, Bernard, William Koetzle, Michael McDonald, and Thomas L. Brunell. 2000. "A New Look at Split Ticket Outcomes for House and President: The Comparative Midpoints Model." *Journal of Politics* 62(1, February): 35-50.

Brunell, Thomas L. and William Koetzle. 1999. "A Divided Government Based Explanation for the Decline in Resignations from the U.S. Senate, 1834-1996." *Party*

*Politics* 5(October, 4): 497-505.

Brunell, Thomas L. 1999. "Partisan Bias in U.S. Congressional Elections. Why the Senate is Usually More Republican than the House of Representatives." *American Politics Quarterly* 27(July,3): 316-37.

Grofman, Bernard, Samuel Merrill, Thomas L. Brunell, and William Koetzle. 1999. "The potential electoral disadvantages of a catch-all party - Ideological variance among Republicans and Democrats in the 50 U.S. States." *Party Politics* 5(April,2):199-210.

Brunell, Thomas L., William Koetzle, John DiNardo, Bernard Grofman, and Scott L. Feld. 1999. "The $R^2$ = .93. Where Then Do They Differ? Comparing Liberal and Conservative Interest Group Ratings." *Legislative Studies Quarterly* 24(February,1): 87-99.

Merrill, Samuel, Bernard Grofman, Thomas L. Brunell, and William Koetzle. 1999. "The power of ideologically concentrated minorities." *Journal of Theoretical Politics* 11(January,1):57-74.

Brunell, Thomas L. and Bernard Grofman. 1998. "Explaining Divided Senate Delegations 1788-1996: A Realignment Approach." *American Political Science Review* 92(June,2): 391-99.

Stone Sweet, Alec and Thomas L. Brunell. 1998. "Constructing a Supra-National Constitution: Dispute Resolution and Governance in the European Community." *American Political Science Review* 92(March,1): 63-81.

Stone Sweet, Alec and Thomas L. Brunell. 1998. "The European Court and the National Courts: A Statistical Analysis of Preliminary References, 1961-95." *The Journal of European Public Policy* 5(March): 66-97.

Grofman, Bernard, Thomas L. Brunell, and William Koetzle. 1998. "Why Gain in the Senate. But Midterm Loss in the House? Evidence from a Natural Experiment." *Legislative Studies Quarterly* 23(February): 79-89.

Grofman, Bernard, Thomas L. Brunell, and Janet Campagna. 1997. "Distinguishing the Difference Between Swing Ratio and Bias: the U.S. Electoral College." *Electoral Studies* 16(December,4):471-487

Grofman, Bernard, William Koetzle, and Thomas L. Brunell. 1997. "An Integrated Perspective on the Three Potential Source of Partisan Bias: Malapportionment, Turnout Differences, and the Geographic Distribution of Party Vote Shares." *Electoral Studies* 16(December, 4):457-470.

Brunell, Thomas and Bernard Grofman. 1997. "The 1992 and 1996 Presidential Elections: Whatever Happened to the Republican Electoral College Lock?" *Presidential*

*Studies Quarterly* Winter: 134-38.

Wuffle, A, Thomas Brunell, and William Koetzle. 1997. "Death Where is Thy Sting: The U.S. Senate as a Ponce (de Leon) Scheme." *PS:Political Science and Politics* 30 (1): 58-59.
Reprinted in the *Journal of Irreproducible Results* 1999. 44(5-6): 25-26.

Koetzle, William, and Thomas L. Brunell. 1996. "Lip-Reading, Draft-Dodging, and Perot-noia: The 1992 Presidential Campaign in Editorial Cartoons." *Harvard International Journal of Press/Politics* 1(4): 94-115.

**Book Chapters and Other Articles**
Brunell, Thomas L. 2020. "Congress," In *An Introduction to American Government*, Toronto: TopHat.

Brunell, Thomas L. 2020. "Elections," In *An Introduction to American Government*, Toronto: TopHat.

Brunell, Thomas L. 2020. "Legislatures," In *State and Local Government*, Toronto: TopHat.

Brunell, Thomas L. 2020. "Congressional Reapportionment". In *Voting and Political Representation in America,* Mark P. Jones, Editor. Santa Barbara, CA: ABC-CLIO, pp 110-112.

Brunell, Thomas L. 2020. "Gerrymandering". In *Voting and Political Representation in America,* Mark P. Jones, Editor. Santa Barbara, CA: ABC-CLIO, pp 249-251.

Adams, James, Thomas L. Brunell, Bernard Grofman, and Samuel Merrill III. 2013. "Do Competitive Districts Necessarily Produce Centrist Politicians." In Advances in Political Economy. Norman Schofield, Gonzalo Caballero, and Daniel Kselman, eds. New York: Springer, pp 331-350.

Wuffle, A, Thomas Brunell, and William Koetzle. 2010. "Death Where is Thy Sting? The Senate as a Ponce (de Leon) Scheme." Eds. Lee Sigelman, Kenneth Newton, Kenneth J. Meier, and Bernard Grofman. Washington D.C.: APSA and ECPR.

Grofman, Bernard and Thomas L. Brunell. 2010. "Redistricting," in *The Oxford Handbood of American Elections and Political Behavior,* ed. Jan E. Leighly.  Oxford: Oxford University Press.

Brunell, Thomas L. 2009. "The presidential and congressional election in the USA, November 2008." *Electoral Studies,* 28(4): 322-325.

Brunell, Thomas L. and Bernard Grofman. 2008. "The Partisan Consequences of Baker v. Carr and the One Person, One Vote Revolution," in *Redistricting in Comparative Perspective*, Lisa Handley and Bernard Grofman, eds. Oxford: Oxford University Press.

Brunell, Thomas L. and Bernard Grofman. 2008. "Evaluating the Impact of Redistricting on District Homogeneity, Political Competition, and Political Extremism in the U.S. House of Representatives, 1962-2006." In *Designing Democratic Governments,* Margaret Levi, James Johnson, Jack Knight, and Susan Stokes, eds.  New York: Russell Sage Publications.

Grofman, Bernard and Thomas Brunell. 2006. "Extending Section 5 of the Voting Rights Act: The Complex Interaction Between Law and Politics." In *The Future of the Voting Rights Act*, David Epstein, Rodolfo O. de la Garza, Sharyn O'Halloran, and Richard H. Pildes, eds. New York, NY: Russell Sage Publications.

Grofman, Bernard and Thomas Brunell. 2005. "The Art of the Dummymander: The Impact of Recent Redistrictings on the Partisan Makeup of Southern House Seats." In Galderisi, Peter (Ed.) Redistricting in the New Millennium. New York: Lexington Books, pp. 183-199.

Brunell, Thomas L. 2004. "Seeking to Institutionalize a Partisan Electoral Advantage: The Battle Over the Census." *War Stories from Capitol Hill*. Edited by Paul S. Herrnson and Colton C. Campbell. Upper Saddle River, New Jersey: Prentice Hall.

Brunell, Thomas L. 2001. "Congress and the Courts: The Strange Case of Census 2000." In *Congress Confronts the Court,* edited by Colton C. Campbell and John F. Stack, Jr.. Lanham, MD: Rowman and Littlefield Press.

Grofman, Bernard and Thomas L. Brunell. 2001. "Explaining the Ideological Differences Between the Two U.S. Senators Elected from the Same State: An Institutional Effects Model." Galderisi, Peter F., Marni Ezra, and Michael Lyons, eds. *Congressional Primaries and the Politics of Representation*. Lanham, MD: Rowman and Littlefield Press.

**Other Publications and Community Involvement**
Op-ed "Democrats should focus on state races this year and save their chips for 2020." Dallas Morning News, July 7, 2018.  Co-authored with Paul Diehl.


Quoted in DMN "At 85, Rep. Sam Johnson has rivals' respect — but still has rivals" by Elizabeth Koh, Feb 15, 2016.

Quoted in:
http://www.foxbusiness.com/politics/2016/02/25/last-stand-in-texas-for-cruz-before-super-tuesday.html

Interview for WRLD on Feb 27, March 1, March 2 and thoughout march and april

Interview KRLD on Oct 18 about vote rigging and presidential election

KRLD Oct 25 interview early turnout

Oct 26 Interviewed on Channel 8 news about future of GOP

Appeared on McQuisition television show.  May 20, 2012. "Redistricting: Do you Know Who Your Congressman is?"

Newsweek story on special elections
http://www.thedailybeast.com/articles/2011/09/12/david-weprin-vs-bob-turner-the-race-to-replace-anthony-weiner.html

Nate Silver story on special elections, NY Times
http://fivethirtyeight.blogs.nytimes.com/2011/09/13/a-guide-to-cutting-through-special-election-spin/

Appeared on McQuisition TV Show; local PBS talk show. Two episodes, one on the Tea Party and one on the 2010 Election.

Quoted in an Associate Press article "Vulnerable House Dems declare their independence," by Cristina Silva, September 25, 2010.

Appeared on *Think* with Krys Boyd on KERA Channel 13 (Dallas) talking about my book.

I wrote the feature op-ed for the Dallas Morning News on June 3, 2008.
http://www.dallasnews.com/sharedcontent/dws/dn/opinion/viewpoints/stories/DN-brunell_03edi.ART.State.Edition1.45fe223.html

Quoted extensively in a Huffington Post story by Tom Edsall on political cycles.
http://www.huffingtonpost.com/2008/06/24/obama-rides-the-wave_n_108848.html

Appeared on local radio station (KRLD 1080 am) as a guest political commentator for a 3 hour election wrap up program for the Texas presidential primary election, March 4, 2008.

Was one of four invited speakers, including one member of Congress, at North Central Texas College's 2nd Annual Conference on American Leadership, April 12, 2008, where I spoke about redistricting and representation.

My research on cycles in American electoral politics was featured on Discovery's website http://dsc.discovery.com/news/2008/03/13/political-cycles.html

Quoted in Pittsburgh Tribune Review on Thursday March 27 about jury deliberations.
http://www.pittsburghlive.com/x/pittsburghtrib/news/cityregion/s_559258.html

Quoted in Philadelphia Inquirer on Wednesday April 2 about jury deliberations.
http://www.philly.com/philly/news/local/17215627.html

My research with Patrick Brandt involving predicting the 2006 Congressional elections was quoted extensively in an article U.S. News and World Report.

Wrote an op-ed for Newsday (New York) on the impact of timing of events for presidential elections. Published 1/4/04. This was reprinted in the Dodge City Daily Globe (Kansas) on 1/8/04 and in the Chattanooga Times Free Press (Tennessee) on 1/25/04.

Spoke to Pi Sigma Alpha meeting on the Presidential Primary Process, February 2004.

Delivered a speech to the League of Women Voters of Broome and Tioga Counties entitled "Redistricting after Census 2000: Playing Political Hardball." September 25, 2001

Appeared as an hour long guest on NPR's "Talk of the Nation" to discuss the decennial census. March 7, 2001.

Stone Sweet, Alec and Thomas L. Brunell. 2000. "The European Court, National Judges, and Legal Integration: A Researcher's Guide to the Data Set on Preliminary References in EC Law, 1958–98." Working paper. Robert Schuman Centre for Advanced Studies. European University Institute.

Brunell, Thomas L. and Amihai Glazer. 1999. "Evidence for the Irrationality of Governmental Policy." Working paper, Center for the Study of Democracy, U.C. Irvine.

Stone Sweet, Alec and Thomas L. Brunell. 1997. "The European Court and the National Courts: A Statistical Analysis of Preliminary References, 1961-95." Working paper 14/97, Jean Monnet Center, Harvard Law School.

Appeared on News Channel 34 (ABC) on 11/12/00 discussing the process by which we amend the constitution.

Appeared on Fox 40 on election night 11/7/00 as an analyst discussing the election.

Appeared on WBNG TV (CBS) on 11/2/00 discussing voter fatigue.

Appeared on News Channel 34 (ABC) on 11/2/00 discussing the Electoral College.

Quoted in Press and Sun-Bulletin on 10/14/00 in an article about the 26th district Congressional election in New York.

Appeared on WBNG TV (CBS) with students in my class discussing the second Clinton/Lazio debate, 10/8/00.

Appeared on News Channel 34 (ABC) discussing Presidential debate, 10/4/00

Appeared on News Channel 34 (ABC) discussing Presidential debate, 10/3/00

Appeared on News Channel 34 (ABC) discussing the 2000 NY Senatorial primary, 9/12/00.

Appeared on WBNG TV (CBS) News discussing the 2000 presidential primaries. March 7,2000.

Appeared on WBNG TV (CBS) News discussing Census 2000 and its likely impact on New York. January 20, 2000.

Appeared on WBNG TV (CBS) and News Channel 34 (FOX) talking about turnout in local elections. October 2, 1999.

Brunell, Thomas L. "Accurate Census Count Vital for New York." The Press & Sun–Bulletin. July 25, 1999. Page 6E.

**Invited Talks**
Census 2020
Triple Play: Election 2018, Census 2020, and Redistricting 2021.  Conference at University of Houston, Dec. 7 2018

Census 2020 and Redistricting
Common Cause Democracy Works Summit
Philadelphia, May 21, 2018

Keynote on Redistricting
North Carolina State Political Science Associate Meeting. Raleigh, NC Feb 23, 2018

Reforming Redistricting
Political Discourse Conference, University of Iowa, December 4, 2015

"The Impact of Competitiveness on Attitudes Towards Government, a Comparative Perspective." Australian National University, August 21, 2015.

"Asymmetrical Polarization in the U.S. Congress" Australian National University, July 14th, 2015.

"Population Deviations: A Subtle Form of Gerrymandering in the U.S. States" March 2014, The University of Sydney, Electoral Integrity Project.

"The Uses and Abuses of Population Deviations in State Legislative Redistricting." Case Western Law School, November 4, 2011.

Why Electoral Competition is Bad for America
Political Science Department at Duke University. February 10, 2009.

"Why We Need Fewer Competitive Elections in the U.S. House of Representatives." Department of Government, University of Texas, Austin, January 27, 2006.

"Why Fewer Competitive Elections are Better in Single Member District Electoral Systems." May 27, 2005, Nuffield College, Oxford University.

"Parsing Sincere Versus Strategic Interest Group Behavior: Explaining Patterns of Hard Money Contributions to Candidates for the U.S. Congress." January 9, 2003, Dept. of Political Science UC Riverside.

"Party Polarization and Divided Government." American Politics Research Group, University of North Carolina, Chapel Hill. December 1, 2000.

"The Politics of Census Taking in the United States. Nuffield College, Oxford University, September 28, 1999.

"The Statistical Adjustment of the 2000 U.S. Census. The George Washington University, June, 1999.

**Conference Activity**
"Assessing Proportionality as a Standard for Redistricting"  Presented at the Annual Meeting of the Western Political Science Association, San Diego, CA, April 2019.

"Assessing Proportionality as a Standard for Redistricting"  Presented at the Annual Meeting of the Southern Political Science Association, Austin, TX, January 2019.

"Do Environmental State Policies Impact National Legislators' Voting Behavior?"
T. Brunell and B. Cease. Presented at American Political Science Association, San Francisco, August 3-September 3, 2017

"Democratic Renewal: The Positive Effects of Elections on Voters Attitudes Towards Government." T. Brunell, S. Bowler, T. Donovan, J. Karp
Presented at Southern Political Science Association, San Juan, Puerto Rico, January 7-10, 2016.

"State Election Administration and Voters' Perceptions of Electoral Integrity."
T. Brunell, S. Bowler, T. Donovan, P. Gronke
Presented at State Politics and Policy Conference, Sacramento, CA

"Electoral Engineering and the Representation of Underrepresented Groups"

12

Elin Bjarnegard, Thomas L. Brunell, and Par Zetterberg
Annual Meeting of American Political Science Association, San Francisco, August 2015

"Median and Supermajoritarian Pivots in Congress and Conditional Party Government"
Thomas L. Brunell and Samuel Merrill, III
Annual Meeting of American Political Science Association, San Francisco, August 2015

"Election Reforms and Perceptions of Fair Elections."
Shaun Bowler, Thomas Brunell, Todd Donovan, and Paul Gronke
State Politics and Policy Conference, Sacremento CA, May 2015.

"Replacement Effects and the Slow Cycle of Ideological Polarization in the U.S. House."
Presented at the Annual Meeting of the American Political Science Association,
Washington D.C., September 2010.

"Putting Critical Elections in Historical Perspective"
Thomas L. Brunell, Samuel Merrill III, and Bernard Grofman
Midwest Political Science Association Annual Meeting.  Chicago, IL April 2-5, 2009.

"Do Special Elections Foretell the Results of General Election Outcomes in the U.S.
House of Representative." Thomas L. Brunell and David Smith
Midwest Political Science Association Annual Meeting.  Chicago, IL April 2-5, 2009.

"Who Wants Electoral Competition and Who Wants to Win?" With Harold Clarke.
Presented at the Annual Meeting of the Midwestern Political Science Association,
Chicago, April, 2008.

"The Impact of Electoral Competitiveness on Voters's Attitudes Toward Government:
Evidence from the U.S., Great Britain, and Canada." With Elizabeth Clausen.
Presented at the Annual Meeting of the Western Political Science Association, Las
Vegas, NV, March 2007.

"The Impact of Electoral Competitiveness on Voters's Attitudes Toward Government:
Evidence from the U.S., Great Britain, and Canada."  With Elizabeth Clausen
Presented at the Annual Meeting of the Midwestern Political Science Association,
Chicago IL, April 2007.

"Time to Deliberate: Factors Affecting the Length of Jury Deliberations" With Chetan
Dave and Nicolas Morgan.  Presented at the Annual Conference on Empirical Legal
Studies, New York Law School, November 2007.

"Move to the Center or Mobilize the Base? Effects of Political Competition, Voter
Turnout, and Partisan Loyalties on the Ideological Convergence of Vote-Maximizing
Candidates in Two-Party Competition." With Bernard Grofman, Sam Merrill, and Jim
Adams. Presented at the Annual Meeting of the American Political Science Association,
Philadelphia, PA August 30 - September 3, 2006.

"Rethinking Redistricting: How Drawing Districts Packed with Partisans Improves Representation and Attitudes Towards Congress." Presented at the Annual Meeting of the American Political Science Association, Washington, DC, September 1-4, 2005.

"Evaluating the Political Effects of Partisan Gerrymandering." With Bernard Grofman. Presented at the Annual Meeting of the American Political Science Association, Washington, DC, September 1-4, 2005.

"The Impact of Primary Type on Competitiveness of U.S. Congressional Primary Elections." Presented at the Annual Meeting of the American Political Science Association, Chicago, IL, September 1-5, 2004.

"The Relationship Between Descriptive Representation of African Americans in Congress and Attitudes Toward Government." With Rachel Cremona and Chris Anderson, presented at The Annual Meeting of the Midwestern Political Science Association, Chicago, IL, April 14-17, 2004.

"Do National Tides Affect Governors?: Midterm Loss in Gubernatorial Elections ." With Robin Best, presented at The Annual Meeting of the Midwestern Political Science Association, Chicago, IL, April 14-17, 2004.

"The Relationship Between Parties and Interest Groups: Explaining Interest Group Donations." Presented at the Annual Meeting of the American Political Science Association, Boston, MA August 26-September 1, 2002.

"The Entrance of Women into the U.S. Congress: The Widow Effect." with Lisa Solowiej. Presented at the Annual Meeting of the Southern Political Science Association. Atlanta, GA November 7-10, 2001.

"Before Election Day: The Effect of Timing of Elections in U.S. Presidential and Congressional Elections." Presented at the Annual Meeting of the American Political Science Association, San Francisco, CA August 30-September 2, 2001.

"Ideological Swing Districts in the U.S. House of Representatives," with A.J. Quackenbush. Presented at the Annual Meeting of the American Political Science Association, San Francisco, CA August 30-September 2, 2001.

"The Effect of District Diversity on Party Loyalty Voting in the U.S. Congress." Presented at the Annual Meeting of the Western Political Science Association, Las Vegas, March 15-17, 2001.

"Explaining the Proportion of Split House-President Outcomes, 1900-1996," with Bernard Grofman and Samuel Merrill. Presented at the Annual Meeting of the Public Choice Society, San Antonio, Texas, March 9-11, 2001.

"Congress and the Courts: The Strange Case of the Census." Florida International University, Miami, Florida. April 7-9, 2000. Conference on Congress and the Courts.

"The Link Between Primary Type and Representation in the U.S. Senate." Presented at the 1999 Annual Meeting of the American Political Science Association, Atlanta GA.

"The Power of Ideologically Concentrated Electorates." Presented at the 1997 Annual Meeting of the American Political Science Association, Washington D.C, August 28-31.

"Rethinking the Link Between District Diversity and Electoral Competitiveness." Presented at the 1997 Annual Meeting of the American Political Science Association, Washington D.C, August 28-31.

"Comparing Electoral Competition, Responsiveness, and Change in the House and Senate: The Senate Really is Different." Presented at the 1997 Annual Meeting of the Southwestern Social Science Association, New Orleans, March 26-30.

"Explaining the Ideological Differences Between the Two U.S. Senators Elected from the Same State: An Institutional Effects Model," with Bernard Grofman. Presented at the 1997 Annual Meeting of the Public Choice Society, San Francisco, March 21-23.

"The Power of Concentrated Ideological Minorities," with Bernard Grofman and William Koetzle. Presented at the 1997 Annual Meeting of the Public Choice Society, San Francisco, March 21-23.

"Why Do Voters Split Their Tickets? A Comparative Midpoints Approach," with Bernard Grofman, Michael McDonald, and William Koetzle. Presented at the 1997 Annual Meeting of the Public Choice Society, San Francisco, March 21-23.

"Explaining Divided Senate Delegations 1788-1994, A Realignment Approach." Presented at the 1996 Annual Meeting of the American Political Science Association, San Francisco, August 28 - September 1, 1996.

"Toward a Realignment-Based Theory of Divided Senate Delegations" presented at 1995 Western Political Science Association Meeting, San Francisco, March 1996. And at the 1996 Annual Meeting of the Public Choice Society, Houston, Texas, April 1996.

"Split-ticket Voting and Divided Government" with Bernard Grofman, Michael McDonald, and William Koetzle. Presented at the Conference on Strategy & Politics, Center for the Study of Collective Choice, University of Maryland, April 14, 1996.

"Comparing Midterm Elections in the U.S. House and Senate," with William Koetzle and Bernard Grofman. Presented at the 1996 Annual Meeting of the Public Choice Society, Houston, Texas, April, 1996.

"Explaining Seat Change in the United States Senate, 1922-1994," with William Koetzle.

Presented at the 1995 Midwestern Political Science Association Annual Meeting in Chicago, Illinois, April 1995.

"Lip-Reading, Draft-Dodging, and Perot-noia: The 1992 Presidential Campaign in Editorial Cartoons," with William Koetzle. Presented at the 1994 Western Political Science Association Annual Meeting in Albuquerque, New Mexico, March 1994.

**Teaching Experience**
Introduction to U.S. and Texas Government
Political Parties and Interest Groups
American Political Institutions
Race and Redistricting
Congress
Campaigns and Elections
Statistics
Computer Based Research in Social Science
Graduate seminar in American Politics
Graduate seminar in Electoral Systems
Graduate seminar in American Political Institutions
Graduate seminar in Comparative Institutions
Graduate seminar in Election Law and Electoral Systems

**Service & Professional Activities**
2013-14 Executive Committee, Political Science, UT Dallas

2010-2012 Senior Associate Dean, in charge of graduate studies for the School of Economic, Political, and Policy Sciences.

2007-2010 Associate Program Head and Director of Graduate Studies, Political Science, UT Dallas.

2005-2007 Executive Committee, Political Science, UT Dallas.

2006 American Politics search committee, UT Dallas.

2003-2005 Faculty Senate, Northern Arizona University.

2000-2001 Faculty Senate, Binghamton University.

2000-2001 Graduate Committee, Department of Political Science, Binghamton University.

2000-2001 American Politics Search Committee, Binghamton University.

1999-2000 American Politics Search Committee, Binghamton University.

1999-2000 Graduate Committee, Department of Political Science, Binghamton University.

Reviewer, National Science Foundation, American Political Science Review, American Journal of Political Science, Journal of Politics, Legislative Studies Quarterly, Journal of Theoretical Politics, American Politics Review, National Science Foundation, Public Choice, Political Research Quarterly, Electoral Studies, British Journal of Political Science, Journal of European Public Policy, European Journal of Political Research, and Party Politics.

**Ph.D Students**
*finished*
Misty Parker
Paul Collins, faculty at University of North Texas
Billy Monroe, faculty at Stephen F. Austin State College
Walt Borges, faculty at UNT Dallas
David Smith, faculty at Texas A&M University, Corpus Christi
Whitney Manzo, faculty at Meredith College
Adrianna Smith

**Redistricting and Litigation Experience**
Texas Congressional, 2001, testified in state court
Pennsylvania Congressional, 2002, testified in state and federal court
Alabama Congressional, 2002, testified in federal court
Alaska State Legislative, 2002 testified in state court
Virginia State Legislative (wrote a report but did not testify), 2001
Nevada State Legislative (Guy v. Miller), 2011 testified in state court
New Mexico State Legislative (Egolf v. Duran), 2011 testified in state court
Colorado Congressional (Moreno v. Gessler), 2011
South Carolina Congressional (Backus v. South Carolina), 2012 testified in federal court
North Carolina Congressional and Legislative (Dickson v. Rucho), 2012
Florida Congressional (Romo v. Detzner)
Alabama Legislative (ALBC v. Alabama), 2013 testified in federal court
South Dakota Voting Rights Act case (Brooks et al. v. Gant et al.), 2014
Galveston County Texas (Petteway et al. v. Galveston County), 2016
Kern County Districting (Luna v. County of Kern), 2017
Ohio Congressional (Ohio A. Philip Randolph Institute v. Smith), 2018
Michigan Congressional (League of Women Voters Michigan v. Johnson), 2018
Florida Signature Matching (DNC Servs. Corp., v. Lee), 2019
North Carolina Congressional (Common Cause v. Lews), 2019
Oregon Congressional (Clarno et al v. Fagan), 2021
Maryland Congressional (Parrot v. Lamone), 2022

**References**

Bernard Grofman
Jack W. Peltason Endowed Chair
University of California, Irvine
Department of Political Science
3151 Social Science Plaza
Irvine CA 92697-5100
949-824-6394
bgrofman@uci.edu

Michael McDonald
Professor of Political Science
Department of Political Science
Binghamton University
Binghamton, NY 13902-6000
Voice: (607) 777-4563 & (607) 625-4167
mdmcd@binghamton.edu

Keith Gaddie
Professor of Political Science
University of Oklahoma
Norman, OK 73019
rkgaddie@ou.edu
(405) 314-7742