# 2022 County Board of Election Commissioners' Training



**STATE BOARD OF ELECTION COMMISSIONERS**
501 Woodlane, Suite 122 South
Little Rock, Arkansas 72201
(501) 682-1834 or (800) 411-6996
www.sos.arkansas.gov/sbec
info.sbec@arkansas.gov





EXHIBIT

2

**Exhibit 3A**

DEFS_066860

# State Board of Election Commissioners (SBEC)

▶ Conduct statewide commissioner, poll worker, county clerk and county election coordinator trainings

▶ Publish training materials to assist & educate election officials

▶ Publish handbook for candidates running for office

▶ Monitor election legislation and compliance

▶ Make rules to assure fair and orderly election procedures

▶ Fund primary and statewide special elections

▶ Examine and approve voting equipment

▶ Provide assistance to county election commissioners

▶ Appoint certified election monitors

▶ Investigate alleged violations of election and voter registration laws, render findings, and impose disciplinary actions

DEFS_066861



# Complaints in 2020

## 54 Complaints – 190 issues

DEFS_066862

# Today's Agenda

This training covers the legal requirements of county election commissioners.  Specifically, this training will address:

▶ **Elections Overview**

▶ **Pre-Election Duties**

    ▶ **Ballot Setup**

    ▶ **Cites and Personnel**

▶ **Voting Hours Duties**

▶ **Post Election Duties**

    ▶ **Absentee Ballot Processing**

    ▶ **Provisional Ballot Processing**

    ▶ **Declaring Winners**

▶ **School & Special Elections**

▶ **CBEC & General Info**

DEFS_066863

# ELECTIONS OVERVIEW

## ELECTION AND BALLOT TYPES

## CANDIDATE FILING

## CANDIDATE WITHDRAWAL

## VACANCIES

## EARLY & ABSENTEE VOTING

DEFS_066864

# Types of Elections *p. 25-26*

$ **Preferential Primary and Nonpartisan General May 24th**

$ **General Primary (Primary Runoff) June 21st**

▶ **General and Nonpartisan Runoff – November 8th**

▶ **General Runoff – Municipal and County ONLY December 6th 4 weeks later**

▶ **Annual School Election May 24th OR November 8th**
   **2023: May or November**

▶ **Runoff School Election – 4 weeks later**

▶ **Special Elections – in 2022 (Act 610)**
   - ▶ **February = 2nd Tuesday**
   - ▶ **May = Pref. Primary Date**
   - ▶ **August = 2nd Tuesday**
   - ▶ **November = Gen. Election Date**
     - $ *Special Statewide & Primary Elections*

DEFS_066865

# Candidate Filing Information *p. 30-36*

▶ **Party candidates**

- ■ **Qualifications**
  - • **Political parties are responsible for determining qualifications of candidates seeking nomination**
- ■ **Filing Requirements during Party Filing Period (February 22nd – March 1st)**
  - • **File: Affidavit of Eligibility, Party Certificate, Political Practices Pledge**
  - • **Pay -- Party Filing Fee**
- ■ **Certified to CBEC 75 days before Primary (March 10th )**

▶ **Other candidates also file during party period**

- ▶ **Judges and Prosecutors who pay a filing fee**
- ▶ **Independent Candidates (non-municipal)**
- ▶ **Write-In Candidates (except judges and prosecutors)**
- ▶ **New Party Candidates – candidates are selected by convention**

DEFS_066866

# Candidates Certified to CBEC for General

### 75 days before the General Election (August 25, 2022)

- ▶ State and Federal Political Party Nominees (and Judges, if any) are certified to CBEC by the SOS
    - these are the winners of the Primary or
    - NP Runoff candidates

- ▶ County, Municipal, and Township Certified to CBEC by County Clerk
    - these are the winners of the Primary or
    - Filed for office as an Independent Candidate

- ▶ Write-In Candidates
    - must also submit notice to CBEC 90 days prior to election

- ▶ New Party Candidates (State and Local)
    - must be selected by convention

- ▶ Other Certifications to CBEC
    - Proposed Constitutional Amendments (certified list from SOS)
    - Measures (state and/or local)

DEFS_066867

# Candidate Withdrawal *p. 36*

▶ **Notice of Withdrawal**
- ▪ **In writing, signed by candidate & acknowledged before an officer authorized to take acknowledgements**

▶ **Candidate withdraws / dies BEFORE ballot certification deadline**
- ▪ **Not placed on ballot**

▶ **Candidate withdraws / dies AFTER ballot certification deadline**
- ▪ <u>**Votes Counted**</u>
- ▪ <u>**Political Party May be allowed to Substitute a New Candide**</u>

DEFS_066868

# Vacancies *p. 37-40*

▶ **Vacancy in Office**
- ■ Occurs in an <u>elective office</u> due to:
  - • Death, resignation, or other good/legal cause after election to office

▶ **Vacancy in Candidacy for Party Nomination**
- ■ Occurs when an unopposed candidate at the primary cannot accept nomination due to serious illness or death

▶ **Vacancy in Party Nomination**
- ■ Occurs when a candidate withdraws or dies after certification but wins the primary or runoff
- ■ Vacancy in Nomination can be filled by the party if:
  - • Vacancy in candidacy for nomination is not filled by convention before primary election; or
  - • Primary election nominee dies or refuses nomination

DEFS_066869

# Conducting Early Voting *p. 42-46*



**Early Voting:**

▶ **DEFAULT: County Clerk conducts early voting**
   ▶ <u>Must</u> be held in County Seat(s)
   ▶ <u>Must</u> be held for all Dates and Times Required by Law
      ▶ <u>Primary & General</u>: (15 Days) 8 am to 6 pm M-F / 10 am to 4 pm Sat.
        [ends 5 pm the Monday before the Election]

      ▶ <u>All Other Elections</u>:  (7 Days) During Clerk's Office's Regular Hours

      ▶ **Excludes all State or County Holidays**

▶ **CBEC <u>may</u> conduct additional off-site early voting**
   ▶ **This may not exceed the dates and time limited above**

▶ **TRANSFER TO CBEC: All early voting may be conducted by the CBEC if transferred by mutual agreement.**
   ▶ **Must satisfy the dates and locations for early voting required by the County Clerk**

▶ **CBEC Must Publish ALL dates/times/locations for Early Voting in the Notice of Election**

DEFS_066870

# Ballot Delivery & Absentee Voting

▶ **CBEC must:**
▶ **Deliver ballots:**
- 47 days before most elections
- 10 days before runoff elections

▶ **County Clerk must:**
▶ **Begin mailing military & overseas ballots 46 days before election**
▶ **Write/Stamp Authorized Agent/Designated Bearer/Administrator & write the name & address on the absentee's return envelope when delivered**

**Ballots are transferred to the CBEC for Canvasing and Counting**
- If Ballots are stored in the County Clerk's office after canvasing begins, the CBEC Must Authorize Clerk's Custody by an Affirmative Vote (Act 736)

DEFS_066871

# Special Runoff Ballots *p. 45*

▶ **Special Runoff absentee ballot**
- **For qualified electors <u>temporarily residing outside U.S.</u>**
- **Mailed with May & November ballot – serves as runoff ballot**
- **Votes Ranked in order of preference**
- **If returned with primary or general ballot, hold for runoff**
- **Follow SOS instructions on handling**



**BENTON COUNTY, ARKANSAS**
**GENERAL ELECTION RUNOFF 12/01/2020**

This Special Run-Off Ballot is provided to you in the event that there is a run-off election for the November 3, 2020 General Election. Indicate your choices for candidates in each race, by writing the number "1" for your first choice, the number "2" for your second choice, etc. - You may rank only one candidate if you choose. - Do not mark the same number beside more than one candidate. - Do not skip numbers. Your ballot will be counted in the run-off, if there is one, according to the order in which you rank the candidates. Your choice marked "1" will be counted if that candidate makes the run-off. If your first choice does not make the run-off, but your choice marked "2" does, your second choice will be counted, etc.

| U.S. Congress District 03 (Rank in order of preference) | | |
|---|---|---|
| CANDIDATE | Party | Preference |
| Celeste Williams | Democratic | |
| Michael J. Kalagias | Libertarian | |
| Congressman Steve Womack | Republican | |

| CITY OF BELLA VISTA (Rank in order of preference) | | |
|---|---|---|
| CANDIDATE | POSITION | Preference |
| Alderman James "Jim" Wozniak | Council Member Ward 2, Position 1 | |
| Charles Flanary | Council Member Ward 2, Position 1 | |
| Christian Henning | Council Member Ward 2, Position 1 | |
| John Nuttall | Council Member Ward 2, Position 1 | |

PRECINCT NUMBERS: (for office use only - circle one)

21.01  21.02  21.03  21.06  21.09  23.01  24.01  25.02  26.01  27.01  28.01  29.01  30.02  30.03  63.01  63.02  65.01  65.

**DEFS_066872**

Official Ballot General Election Run-Off Washington County, Arkansas December 1, 2020

**INSTRUCTIONS TO VOTER:**

Indicate your first choice by marking the number "1" in the space provided beside the candidate's name, your second choice by marking the number "2" in the space provided by the candidate's name, your third choice by marking the number "3" in the space provided beside the candidate's name and so on.

1. You may rank only one candidate if you choose.
2. Do not mark the same number beside more than one candidate.
3. Do not skip numbers.

**U.S. CONGRESS DISTRICT 3**

Michael J. Kalagias
Libertarian Party

Celeste Williams
Democratic Party

Congressman Steve Womack
Republican Party

**CITY OF FAYETTEVILLE**

Mayor

William L. Harris

Ron W. Baucom

Mayor Lioneld Jordan

| Check Precinct | Precinc |
|---|---|
| | Fay 01 |
| | Fay 02 |
| | Fay 03 |
| | Fay 04 |
| | Fay 05 |
| | Fay 06 |
| | Fay 07 |
| | Fay 08 |
| | Fay 09 |
| | Fay 10 |
| | Fay 11 |
| | Fay 12 |
| | Fay 13 |
| | Fay 14 |
| | Fay 15 |
| | Fay 16 |
| | Fay 17 |
| | Fay 18 |
| | Fay 19 |
| | Fay 20 |
| | Fay 21 |
| | Fay 22 |
| | Fay 23 |
| | Fay 24 |
| | Fay 25 |
| | Fay 26 |
| | Fay 27 |
| | Fay 28 |
| | Fay 29 |
| | Fay 30 |
| | Fay 31 |
| | Fay 32 |
| | Fay 33 |
| | Fay 34 |
| | Fay 35 |
| | Fay 36 |
| | Fay 37 |
| | Fay 38 |
| | Fay 39 |
| | Fay 40 |

FOR OFFICIAL U

# PRE-ELECTION DUTIES

## PRECINCTS/POLLING SITES

## ELECTION OFFICIALS

## PUBLIC NOTICES

## REQUIRED POSTINGS

## VOTING EQUIPMENT

## POLLING SITE ACCSESSIBLITY

DEFS_066873

# Precincts & Polling Sites *p. 47-49*

▶ Must designate a polling site for each precinct
  ▶ Non Vote Center County:  1 poll per City Ward (1st or 2nd Class cities)
  ▶ Vote Center County: Can reduce polling sites if it is a 1st class city and has 5,000 pop or less
▶ Same as last general election
  ▪ Requires unanimous vote of commissioners' present
  ▪ Must not be changed within:
    ▪ Primary and General 60 days (Subject to Appeal to SBEC)(Act 1063)
    ▪ All other Elections 30 days
▶ Precincts must not exceed 3,000 voters

▶ Polling Place Consolidation
  ▪ CBEC must vote to consolidate at least 30 days before election (plan ahead for potential runoffs)
▶ Vote Centers
  ▪ Election day poll where any voter in the county may vote

DEFS_066874

# Selecting Poll Workers *p. 50*

▶ **Selected & appointed at least 20 days before the election**
- **Volunteer poll workers**
- **Student Election Page**

▶ **Minimum 4 poll workers per poll**
  - **2 election clerks, 1 election judge, 1 election sheriff**

▶ **The minority party member has the option to designate one fewer poll workers than the majority of poll workers at each polling site, with a minimum of two per poll.**



DEFS_066875

# Poll Worker Compensation Waiver
## www.arkansas.gov/sbec   (under the forms tab)

**AFFIDAVIT**

### ELECTION OFFICIAL WAIVER OF COMPENSATION
### AND/OR REIMBURSEMENT OF MILEAGE

STATE OF ARKANSAS          }
                           }
COUNTY OF _____     }

Before the undersigned, duly qualified, commissioned Notary Public, appeared _____, satisfactorily proved to be the affiant, who states under oath:

I, _____ (print name) am an appointed election official for the election held on _____ (date of election).

I swear and affirm that I knowingly and voluntarily waive my right to compensation and/or mileage reimbursement as an election official for the election, including early voting periods, held on the date listed above.

Therefore, by my initials on the corresponding selection below and by my affixing my signature to this affidavit, I confirm that I do not wish to receive:

_____ 1.  Compensation for my work as an election official; or
_____ 2.  Reimbursement for mileage accrued in the course of my work as an
              election official; or
_____ 3.  Compensation for my work as an election official nor reimbursement
              for mileage accrued in the course of my work as an election official.

IN WITNESS WHEREOF, I hereunto set my hand:

This the _____ day of _____ 20_____.


                                    _____
                                    Affiant's Signature

Subscribed and Sworn to before me, this the _____ day of _____,
20_____.

                                              {SEAL}

_____
Notary Public

My Commission Expires:

Election Official Waiver of Compensation and/or Mileage Reimbursement pursuant to Act 539 of

DEFS_066876

# Poll Worker Qualifications *p. 51*

▶ **POLL WORKERS MUST:**
- ■ **Be a qualified elector**
- ■ **Be able to read & write English**
- ■ **Be a resident of the precinct**

▶ **For regularly scheduled elections, all poll workers MUST ALSO:**
- ■ **Have attended training conducted by a certified trainer; and**
- ■ **Be trained within 12 months of the election**
- ■ **2 workers must receive Advanced Poll Worker Training**
  *(SBEC Poll Worker Rule)*

▶ **POLL WORKERS MUST NOT:**
- ■ **Be guilty of violating any criminal election law**
- ■ **Be a candidate while serving**
- ■ **Be a paid employee of any political party or of any candidate running for any office on the county's ballot**
- ■ **Be married or related to a candidate running for office while serving, <u>if an objection is made within 10 days</u> of posting of the list**
- ■ **Be a Party Chairman (or their spouse), or be the spouse of a CBEC member, <u>if an objection is made within 7 days</u> of posting the list of election officials** (Act 448)

DEFS_066877

# Public Notices *p. 53-55*

## ▶ Ballot Draw
- 10 Days Prior - Written Notice to the County Party Chairs
- 3 Days Prior – Publish time and place of meeting in Newspaper

## ▶ Voting Machine Preparation
- One Time in Newspaper
  - Prior to Begging Prep
- Provide Time(s) and Place the voting machines will be prepared
- Identifies a time which candidates will be allowed to inspect the voting equipment*

## ▶ Voting Machine Demonstration*
- One Time in Newspaper 48 hours prior to demo
- Purpose = instructing public on equipment's operation
- Must identify **time** and **location** of Demo

## ▶ Public Test*
- One Time in Newspaper 48 hours prior to test
- Purpose = demonstrating the tabulators' function properly by counting a test deck of ballots
- Must identify **time** and **location** of Demo

*Can be combined

DEFS_066878

# Notices of Election *p. 53-55*

## Notice of Election (example on website)

- 1st Pub - 8 days prior to first day of early voting (Act 448)
- 2nd Pub - 5 days before election day

## Must Contain

- Date of the Election
- Polling Sites for Early voting & election day
  - If a change is made to the last election this should be noted
- Dates & time of voting
- A list of Candidates & offices to be elected
- Time & Location for the canvasing and counting of:
  - Early ballots; Election day ballots; Absentee ballots; Provisional ballots

## List of Election Officials

- Must state when the list of officials will be posted
  - Must state when the county clerk will post their list if not done at the same time
- That the list will be posted in the County Clerk's Office
- That a voter may file a written objection to an official on the list

**Public Notice**
**2020 General Election**
**County of Craighead - State of Arkansas**

Pursuant to Arkansas Election Law, Arkansas Code Annotated 7-5-202, all qualified electors are notified that the 2020 General Election will be held on Tuesday, November 3, 2020. The election will submit to a vote of the electorate all candidates by name and office and all other measures and questions required by law to be submitted to the electors. The following polling places have been set by the Craighead County Board of Election Commissioners and hereby posted in accordance with the election laws of the State of Arkansas. The polls will be open from 7:30 a.m. until 7:30 p.m.

**ALLEN PARK COMMUNITY CENTER, 3609 RACE ST., JONESBORO, AR**
**BAY COMMUNITY CENTER, 305 CHERRY ST., BAY, AR**
**BONO COMMUNITY CENTER, 100 E.WOODLAND TRAIL, BONO AR**
**BROOKLAND BAPTIST CHURCH, 200 N. OAK, BROOKLAND, AR**
**CARAWAY CITY HALL, 102 E. STATE ST., CARAWAY, AR**

Early voting will be available from 8:00 o'clock a.m. to 6:00 o'clock p.m. from October 19, 2020 through October 30, 2020 Monday through Friday; 10:00 o'clock a.m. to 4:00 o'clock p.m. on Saturday, October 24 and October 31, 2020; 8:00 o'clock a.m. to 5:00 o'clock p.m. on Monday, November 2, 2020 at the following locations:

**CRAIGHEAD COUNTY ELECTION ANNEX, 315 W. JEFFERSON, JONESBORO, AR**
**LAKE CITY EASTERN ANNEX, 113 COBEAN BLVD., LAKE CITY, AR**
Absentee voting will be conducted through the County Clerk's Office, 511 Main St., Suite 202, Jonesboro, Arkansas 72401, telephone 870-933-4520.

Absentee ballots will be processed and canvassed on weekdays daily October 19-November 2, 2020.
Absentee ballots will be opened, processed and canvassed at 8:30 o'clock a.m., on November 3, 2020 at the following location:
**CRAIGHEAD COUNTY ELECTION ANNEX, 315 W. JEFFERSON, JONESBORO, AR**

Early voting and absentee votes will be counted at 7:30 o'clock p.m., on November 3, 2020 at the following location:
**CRAIGHEAD COUNTY ELECTION ANNEX, 315 W. JEFFERSON, JONESBORO, AR**

A list of appointed election officials can be found at the following location:
**COUNTY CLERK'S OFFICE, 511 MAIN ST., SUITE 202, JONESBORO, AR**
An objection to the service of an election official can be filed by emailing the Craighead County Election Comm'rs at commissioners@craigheadcounty.org or submitting a written objection to the County Clerk's Office.

The following candidates and the offices to which they aspire are as listed:

**U.S. President**
Howie Hawkins/Angela Walker – Green
Kanye West/Michelle Tidball – Independent
Jo Jorgensen/Jeremy "Spike" Cohen – Libertarian
Phil Collins/Billy Joe Parker – Independent
"Rocky" DeLa Fuente/D G. Richardson – Independent
Joseph R. Biden/Kamala Harris – Democratic
Brock Pierce/Karla Ballard – Independent
Donald J. Trump/Michael R. Pence – Republican

**U.S. Senate**
Ricky Dale Harrington, Jr. – Libertarian
Senator Tom Cotton - Republican

**U.S. Congress District 1**
Congressman Rick Crawford – Republican

**State Senate District 22**
Representative Dan Sullivan – Republican

**State Senate District 22**
Senator Dave Wallace - Republican

DEFS_066879

# Sample Notice of Election



**Public Notice**
**2020 General Election**
**County of Craighead - State of Arkansas**

Pursuant to Arkansas Election Law, Arkansas Code Annotated 7-5-202, all qualified electors are notified that the 2020 General Election will be held on Tuesday, November 3, 2020. The election will submit to a vote of the electorate all candidates by name and office and all other measures and questions required by law to be submitted to the electors. The following polling places have been set by the Craighead County Board of Election Commissioners and hereby posted in accordance with the election laws of the State of Arkansas. The polls will be open from 7:30 a.m. until 7:30 p.m.

**ALLEN PARK COMMUNITY CENTER, 3609 RACE ST., JONESBORO, AR**
**BAY COMMUNITY CENTER, 305 CHERRY ST., BAY, AR**
**BONO COMMUNITY CENTER, 100 E.WOODLAND TRAIL, BONO AR**
**BROOKLAND BAPTIST CHURCH, 200 N. OAK, BROOKLAND, AR**
**CARAWAY CITY HALL, 102 E. STATE ST., CARAWAY, AR**

Early voting will be available from 8:00 o'clock a.m. to 6:00 o'clock p.m. from October 19, 2020 through October 30, 2020 Monday through Friday; 10:00 o'clock a.m. to 4:00 o'clock p.m. on Saturday, October 24 and October 31, 2020; 8:00 o'clock a.m. to 5:00 o'clock p.m. on Monday, November 2, 2020 at the following locations:

**CRAIGHEAD COUNTY ELECTION ANNEX, 315 W. JEFFERSON, JONESBORO, AR**
**LAKE CITY EASTERN ANNEX. 113 COBEAN BLVD., LAKE CITY, AR**
Absentee voting will be conducted through the County Clerk's Office, 511 Main St., Suite 202, Jonesboro, Arkansas 72401, telephone 870-933-4520.

**Absentee ballots** will be processed and canvassed on weekdays daily October 19-November 2, 2020.
**Absentee ballots** will be opened, processed and canvassed at 8:30 o'clock a.m., on November 3, 2020 at the following location:
**CRAIGHEAD COUNTY ELECTION ANNEX, 315 W. JEFFERSON, JONESBORO, AR**

Early voting and absentee votes will be counted at 7:30 o'clock p.m., on November 3, 2020 at the following location:
**CRAIGHEAD COUNTY ELECTION ANNEX, 315 W. JEFFERSON, JONESBORO, AR**

A list of appointed election officials can be found at the following location:
**COUNTY CLERK'S OFFICE, 511 MAIN ST., SUITE 202, JONESBORO, AR**
An objection to the service of an election official can be filed by emailing the Craighead County Election Comm at commissioners@craigheadcounty.org or submitting a written objection to the County Clerk's Office.

The following candidates and the offices to which they aspire are as listed;

**U.S. President**
Howie Hawkins/Angela Walker – Green
Kanye West/Michelle Tidball – Independent
Jo Jorgensen/Jeremy "Spike" Cohen – Libertarian
Phil Collins/Billy Joe Parker – Independent
"Rocky" DeLa Fuente/D G. Richardson – Independent
Joseph R. Biden/Kamala Harris – Democratic
Brock Pierce/Karla Ballard – Independent
Donald J. Trump/Michael R. Pence – Republican

**U.S. Senate**
Ricky Dale Harrington, Jr. – Libertarian
Senator Tom Cotton - Republican

**U.S. Congress District 1**
Congressman Rick Crawford – Republican

**State Senate District 21**
Representative Dan Sullivan – Republican

**State Senate District 22**
Senator Dave Wallace - Republican

DEFS_066880

# Postings *p. 66-67*

▶ **List of CBEC's Election Officials**
- Posted by law in the County Clerk's Office
- <u>8 days</u> before the beginning of early voting **(Act 448)**
- Must include all election officials (CBEC included)

▶ **Ballot Issues** (*General Only Elections Only*)
- Posted on the Door of the County Courthouse
- Full text of all ballot Issues
  - Proposed Constitutional Amendments
  - State and local ballot Issues
  - List of Candidate Nominations

▶ **Change in Polling Site**
- Post notice on any poll that was open in the previous election
- Must Explain Where Voters can go to vote

▶ **Required Postings at Poll**
– List on page (p. 66)

▶ **Sample Ballots**
- Must Submit to SOS Voter View
  - 20 days before Primary Gen
  - 10 day before all other *(Act 128)*
- Sample Ballots can be in 2 organized bound volumes or 1 bound volume and 1 electronic volume
– **[16+ ballot styles]**



DEFS_066881

# Ballot Names & Positions *p. 58-60*

▶ **List of Party Candidates Certified to CBEC**

  ■ **From SOS and County Clerk, as case may be**

  ■ **The form of candidate names and titles to be used on the ballot are listed on the Political Practices Pledge**

▶ **Ballot Draw to Determine Order of Candidate Names**

  ■ **ALL Candidates - BY LOT – at public meeting**

▶ **Verify accuracy and Certify**

  ■ **Review, Review, Review**

▶ **Ballot Errors or Omissions**

  ■ **Hold public meeting & announce errors or omissions**

  ■ **Correct errors or omissions or state why not**

DEFS_066882

# Voting Machines & Materials

▶ **CBEC responsibilities**

    ▶ **Care and custody of voting machines**

    ■ **Preparation – Voting machines and tabulating devices**

    ■ **Programming**

    ■ **Preparation and certification of ballot styles**

    ■ **Testing**

    ■ **Delivery of Equipment**

    ■ **Delivery of Ballots, Supplies, Forms, & Postings**






DEFS_066883