# Voting Machine Testing *p. 61-62*

► **Logic & Accuracy (L&A) Testing**

■ **Both Voting Machines and Tabulating Devices**

- **At least 7 days before voting begins**
- **Errorless Count**
- **Accuracy of Ballot Styles**
  - Paper & Electronic
- **Certify accuracy of system & file results w/ County Clerk & SOS**

www.arkansas.gov/sbec/forms-checklists/

**(Form on page 180)**

► **Public Test**

■ **Both Voting Machines and Tabulating Devices**

- **Must publish notice in newspaper at least 48 hours prior**
- **Open to public, political parties, candidates, and media**



**Exhibit 3A**

DEFS_066884

# Testing *p. 160*

## Certification of Logic and Accuracy Testing Results

### TRANSMITTAL PAGE TO SECRETARY OF STATE
** Completion Required at least Seven (7) days before Early Voting

**Name of County:** _____

**Name of the Election:** _____

**Date of the Election:** _____

**Logic & Accuracy Certification Date:** _____

**ERM Report created Date:** _____

**Upload to SoS ENR Date:** _____

**Date filed with County Clerk:** _____

**Date filed with SoS:** _____

I certify that each one of the voting systems for the above named election has been properly tested in accordance with Ark. Code Ann § 7-5-515 in that:
- A group of test ballots were pre-audited to predetermine the number of valid votes for each candidate and each measure, and each candidate received at least one(1) vote for each ballot style;
- One (1) or more of the pre-audited test ballots were over-voted (they contained votes in excess of the number allowed by law), for each office, and for each ballot style, or an over-vote was attempted on each machine, for each office, and for each ballot style;
- The pre-audited test ballots were voted on each voting machine and each item of media used for the election was tabulated using the appropriate ERM (Election Reporting Manager);
- The voting system rejected the over-voted ballots or otherwise denied an attempted over-vote;
- The cause of any error was determined, corrected, and resubmitted;
- An errorless count was made before approving each voting machine, and each item of media;
- The County successfully uploaded test results from ERM to SoS ENR.

I further certify that upon completion of testing:
- This certification was filed with the county clerk attesting to the accuracy of the voting system;
- The ballots and programs were sealed;
- The ballots and programs used will be retained and disposed of as provided by law; and
- The County Board of Election Commissioners met in a public meeting and approved the results, as recorded in the minutes of the County Board of Election Commissioners.

Under penalty of perjury, I state that the information contained in this Certification is true and correct.

**Signature of Election Commission Chair:** _____   **Date:** _____

**Signature of County Clerk:** _____   **Date:** _____

DEFS_066885

# Voting Privacy *p. 71*

- **Arrange the poll**
  - Ensure privacy
    - At least 1 accessible voting machine per poll
  - No one within 6 feet of machine
    - Except  Voter and Poll Worker

"The machine shall be placed so that no person can see or determine how the voter casts his or her vote." A.C.A. §7-5-521

"Each voter shall be provided the privacy to mark his or her ballot. Privacy **shall be provided by the poll workers** at each polling site or by the county clerk, if the county clerk conducts early voting, to ensure that a voter desiring privacy is not singled out."  A.C.A §7-5-310

DEFS_066886

# SBEC Guidance - COVID-19

- **Assignment of Polling Locations**
  - Polls should not be consolidated unless absolutely necessary
- **Masks and Access to the Poll**
  - **The County CANNOT:**
  - Require a voter to wear a mask to vote
  - Turn a voter away because they fail a health screening
  - If a voter refuses to remove their mask but the visible part of their face is consistent with their photo id so that the voter is identified, the voter should be allowed to vote a regular ballot
- **Operation of the Poll**
  - CBEC should require election official should wear masks
  - Tables, doors, & voting equipment should be regularly disinfected

DEFS_066887

# ADA Polling Sites *p. 49*



## Americans With Disabilities Act
## Title II – Program Participation

- Under Subtitle A, Voting and Voter Registration are "programs" under the Act.

  – Under this approach, "Public entities must ensure that people with disabilities are not excluded from programs, services, or activities because facilities are inaccessible." **There is NO "Grandfather" clause that exempts old facilities.**

## Arkansas Law also Requires Polling Sites to be Assessable to Disabled Voters – SBEC Jurisdiction

"The county boards of election commissioners shall provide voting locations that are accessible to voters with disabilities..."  A.C.A. §7-5-311

DEFS_066888

# ADA Polling Sites

## Polling site <u>MUST</u> be Accessible to voters with disabilities

- ADA Signs: Accessible Parking – Accessible Entrances – Directional Signs to voting area – etc.
- Removal of obstructions: From sidewalks, hallways, voting areas, etc.
- Arrange voting area to allow for wheelchairs or walkers

## Temporary Solutions for ADA problems

- Parking – use cones and ADA signs to designate parking
  - If lot is not paved, consider another location
- Entrances – prop open doors, use temporary lever handle doorknobs, use temporary ramps for access over steps
- Use a poll worker to open doors and assist voters in building

Solutions for Five Common ADA Access Problems at Polling Places
www.ada.gov/ada_voting/voting_solutions_ta/polling_place_solutions.htm

DEFS_066889

# ADA Polling Sites

## From Parking to Casting

- CBECs, pick polling places, and thus have the responsibility to ensure locations are "accessible" to disabled voters.



- Actually go from parking to voting booths, back to vehicle.  Critical eye towards, can a wheelchair or person with limited physical abilities, navigate the route

  - Polling Site Accessibility Checklist:
    - https://www.arkansas.gov/sbec/election-information/
  **"Polling Site Accessibility Summary Checklist"**



DEFS_066890

# ADA Polling Sites

**Step 1: Parking Considerations**
- Where do handicapped licensed vehicles park

**Step 2: Route to Door**
- How does a voter get from parking into the building

**Step 3: Entering the building**
- Primary/secondary entrance, door handles,
- Maneuvering space

**Step 4: Route inside Polling Place**
- What is the route of voters once in the door
- Obstructions

**Step 5: Voting equipment**
- Enough space around equipment/booth
- Clear path to vote?





DEFS_066891

# ADA Polling Sites

## Protect yourself

- Take the time to check the location's compliance and accessibility.
- Disability Rights Arkansas letters?
- What has been done to address those issues?
- Complete the checklist for each location.  Take photos of location, from parking to casting, to show what looks like on election day and during early voting

DEFS_066892

# ELECTION DAY

## POLL WORKER RESOURCES

## POTENTIAL ELECTION DAY PROBLEMS

## VOTING PROCESS

## VERIFICATION OF VOTER REGISTRATION

## PROVISIONAL VOTING PROCESS

DEFS_066893

# Poll Worker Resources *p. 69*

▶ **You**

- ■ **CBEC should be available to poll workers on election day**

▶ **Quick Guides**

- ■ **Voter ID**
- ■ **Fail-Safe voting**
- ■ **Provisional Ballots**
- ■ **Assistance**
- ■ **Spoiled/Abandoned**
- ■ **Absentee Canvassing**

▶ **Training Guide & Checklist for Poll Workers** *(6 per poll from SBEC)*

- ■ **Identifies:**
  - • **Tasks performed before opening poll**
  - • **Necessary supplies and forms to be completed**
  - • **Legally required postings**
  - • **Procedures during voting hours**
  - • **Tasks for closing & departing the poll**

DEFS_066894

# Potential Election Day Problems *p. 70-80*

▶ YOUR JOB is to ensure that any problems with poll worker equipment are immediately corrected or replacement equipment is immediately provided.

▶ **Problems related to the Timely opening of poll.**

- **Poll Books Offline but Functional:  OPEN POLL at 7:30am**
  - **Work to Resolve Connectivity Problem after voting begins**
- **Poll Books Completely Fails: OPEN POLL at 7:30am**
  - **Use paper backups or Check voters in by calling the county clerk's office.**
- **Ballot Markers Operational but DS 200 Fails:  OPEN POLL at 7:30am**
  - **Place ballots in secure slot in the DS 200**
- **Ballot Markers Completely Fails or Ballot Styles Incorrect:  Open POLL at 7:30am**
  - **Allow voters to vote on Paper Ballots designated for provisional voting**
  - **CBEC must provide additional paper ballots & ballot box if machines issues can not be corrected.**

▶ **Call SBEC, SOS, or ES&S to assist if you are unsure how to proceed!**

DEFS_066895

# Potential Election Day Problems *p. 70-80*

▶ **Voting machine issues**

  ■ **Poll worker must send complaints to CBEC & CBEC must investigate & forward complaint to SOS** (Machine Complaint Form p. 174)

▶ **Electioneering** (Notice p. 190)

  ▪ **Loitering – No person may enter or remain in the area except for entering or leaving where voting is taking place (Act 728)**

▶ **Voter Assistance** (List of Persons Assisting p. 168)

  ▪ **No more than 6** *(Lawsuit)*
  ▪ **Candidates can only assist relatives w/in 2nd degree**
  ▪ **2 poll workers must assist & sign Assistance List**

▶ **Cross-over Voting** (Warning sign p. 188)

▶ **Poll Watchers** (Authorization Form p. 184)

▶ **Provisional Voting** (Provisional Voters List p. 160)



## NO VOTER SHOULD BE TURNED AWAY

DEFS_066896

# Potential Election Day Problems

▶ **Ballot security & secrecy**

▶ **Spoiled Ballots** (Spoiled Ballot Affidavit p.172)

▶ **Abandoned Ballots** (Abandoned Ballot Log p.176)

▶ **Persons Allowed in Polls** (p.79)

▶ **Exit Pollsters/News Photographers**

▶ **Electronic Devices Used
    by Poll Workers**

▶ **Closing the Polls**
  - **Follow procedures given by CBEC**



DEFS_066897

# Voting Process

▶ **Voter States his or her Name**
- Poll Worker locates Voter Registration Info in the Poll Book

▶ **Voter States (aloud) his or her Address and Date of Birth.**
- Poll Worker compares the name, address, & date of birth to the Poll Book
- <u>Secured Voters:</u> victims of domestic violence - address will not appear in Poll Book. Poll workers will need to contact County Clerk (Act 980)

▶ **If any information stated by the voter differs from the poll books the voter must complete a voter registration App in order to vote.**
- If the voter's address has changed, the poll worker must call the county clerk's office before the voter is allowed to vote.
- A voter whose name has changed due to marriage, divorce, or adoption should be allowed to vote after filing an updated VR application.

▶ **Voter must then Provide Photo ID to verify that he or she is the person who filed the Voter Registration Information being used to allow this person to vote.**

▶ **Issue Ballot**

DEFS_066898

# Verification of voter registration

Voters must verify their registration by showing a document or identification card that shows the **name** and **photograph** of the person to whom it was issued and is **issued by**:

- **The United States**,
- The **State of Arkansas,**
- An **accredited postsecondary educational institution in the State,** or
- The **county clerk**

- If the **voter ID** displays an expiration date, it must **either be current or not expired more than four years before the date of the election** in which the person seeks to vote.

DEFS_066899

# Verification of voter registration

- **Examples of acceptable photo ID's include (but are not limited to):**

✓ An Arkansas driver's license;

✓ A concealed carry handgun license;

✓ A U.S. passport;

✓ An employee badge or ID document issued by the **State** of Arkansas, the **federal government** or a **postsecondary educational institution located in Arkansas**;

✓ A U.S. military ID document;

✓ A **student** ID card issued by a postsecondary educational institution;

✓ A Photo voter ID card issued by the county clerk; or

✓ A public assistance ID card

DEFS_066900

# Verification of voter registration

- **EXCEPTION:** Voters who reside in a long-term care or residential care facility licensed by the state may show **documentation from the administrator** attesting that the voter is a resident of the facility. (form provided by SOS)

## Photo ID

- The verification of voter registration is used to verify the **name** and **appearance** of the voter, **not** address and date-of-birth.

DEFS_066901

# Verification of voter registration

**Assessing validity of ID**

The poll worker to whom the ID is presented must:

- Verify that the name on the ID is **consistent** with the name in the Poll Book, allowing for abbreviations, nicknames & name changes;

- If the name is consistent, **compare the photograph** to the voter, considering hair color, glasses, facial hair, cosmetics, weight, age, etc.

- If the poll worker is **satisfied** that the voter is the person depicted in the photograph and the name is consistent with the name in the Poll Book, then issue the voter a **regular** ballot;

- If the voter's **name has changed or** is different from the name in the Poll Book or the name as stated by the voter, but the poll worker is **satisfied** that the voter is the person depicted in the photograph, issue the person a **regular** ballot **after** the voter completes a voter registration application for the purpose of updating the voter's information.

  - Registration applications returned to the county clerk

DEFS_066902

# Verification of voter registration

## POLL WORKER Thinks ID is Insufficient

➤ If the poll worker determines that the ID does not depict the voter or the name is not similar – the voter is referred to the Election Judge of the poll

➤ The **Election Judge** shall:

  ➤ Compare the name of the voter to the PVR

  ➤ Compare the photo to the voter

➤ The **Election Judge** shall resolve any marginal cases in favor of the voter

➤ If the **Election Judge** determines that the ID does not depict the voter – the voter is offered a **Provisional Ballot**

DEFS_066903

# Verification of voter registration

**At the polls**
**ADDITIONAL REQUIREMENT FOR**
**CERTAIN <u>FIRST-TIME VOTERS</u>:**



- Certain first-time voters who register by mail and do not provide the required ID documentation, will be <u>flagged</u> on the PVR List
- They must provide additional identification documentation when voting on election day or early voting/absentee voting
- A flagged voter who presents a <u>valid ID,</u> that is not expired, may vote without presenting an additional ID document.
- However, if a flagged voter presents valid identification that is <u>not current</u> (i.e., is expired) , the flagged voter must also show a current and valid photo identification **OR**
  – a copy of a current utility bill, bank statement, government check, paycheck, or other government document that <u>shows the name and address of the voter</u> to vote a **Regular Ballot**
- Otherwise they must cast a **Provisional Ballot**

DEFS_066904

# Verification of voter registration



# Failure to provide ID at the polls

- **CURE PROCESS:** The provisional ballot will be counted if the voter brings in proper ID to the county clerk or to a CBEC meeting by noon on the Monday after the election.

- **Failure to Cure** will Results in the Ballot Being **Rejected**

- **Ongoing Litigation:**

    The League of Women Voters has challenged the Law removing the Optional Identity Affirmation should the lawsuit prevail -- voters will again be able to sign an optional statement on their provisional ballot to cause their ballots to be counted.

DEFS_066905

# Verification of voter registration

## Absentee Requirement

**Absentee voters** must include <u>a copy of a photo id</u> showing the name and photograph of the voter and is not expired for more than 4 years.

- <u>Flagged voters</u> must include a copy of a current (not expired) photo id or a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of the voter.

## Provisional Absentee Ballots

- Absentee Ballots without Voter ID will be considered provisional

  - These ballots will need to be tracked and processed separately. The number of these ballots counted and not counted will need to be reported on the Ballot Disposition Report

DEFS_066906

**ABSENTEE VOTER STATEMENT**

THIS VOTER STATEMENT SHALL BE COMPLETED AND RETURNED IN THE MAILING ENVELOPE OR THE ABSENTEE BALLOT WILL NOT BE COUNTED

INCLUDE THE FOLLOWING ITEMS IN THE MAILING ENVELOPE:

1. My completed Voter Statement (This piece of paper)
2. Copy of Approved Photo ID
   a. See instructions for a list of approved photo IDs

If I am a newly registered voter of this county and this is the first time I am voting in this county, I am enclosing a copy of a current and valid photo identification card or a current utility bill, bank statement, government check, paycheck, or other government document that shows my name and address.

3. My Ballot Only Envelope Containing my marked ballot

**VOTER'S MAILING ADDRESS**
IF YOUR MAILING ADDRESS IS DIFFERENT FROM THE ADDRESS LISTED IN BOX 2 PLEASE LIST IT HERE

Street Address

City                    State          Zip Code

| Box 1:   **VOTER'S PRINTED NAME** | Box 3:   **VOTER'S DATE OF BIRTH** |
|---|---|
| MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED | Month        Day        Year |
|  | MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED |
| Box 2:   **VOTER'S RESIDENTIAL VOTING ADDRESS** I CERTIFY THIS IS THE PHYSICAL ADDRESS (IN ARKANSAS) AT WHICH I RESIDE AND THIS IS THE SAME ADDRESS LISTED ON MY APPLICATION FOR ABSENTEE BALLOT | Box 4:  Complete this Box if Your Ballot is Delivered by Any Third Party Other Than a Mail Service: |
|  | Printed Name of Designated Bearer, Agent, or Administrator |
|  | Signature of Designated Bearer, Agent, or Administrator |
| Street Address | Address of Designated Bearer, Agent, or Administrator |
| City          State          Zip Code | City                    State          Zip Code |
| MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED |  |

Box 5:  **REQUIRED ABSENTEE VOTER STATEMENT**

THE INFORMATION I HAVE PROVIDED IS TRUE TO THE BEST OF MY KNOWLEDGE UNDER PENALTY OF PERJURY.  IF I HAVE PROVIDED FALSE INFORMATION, I MAY BE SUBJECT TO A FINE OF UP TO TEN THOUSAND DOLLARS ($10,000) OR IMPRISONMENT FOR UP TO TEN (10) YEARS, OR BOTH, UNDER FEDERAL OR STATE LAWS.

YOU MUST SIGN HERE AND PLACE THIS FORM IN THE RETURN ENVELOPE FOR YOUR VOTE TO BE COUNTED!

Signature of Absentee Voter

# Verification of voter registration

**Absentee requirement**

**Exceptions:**

1)  Voters who reside in a long-term care or residential care facility licensed by the state may instead provide a standardized form (created by the SOS) that the voter is a resident of the facility; and

2)  Military and merchant marine voters and their families who are away from the county because of the <u>active duty status</u> of a military member are not required
to include any form of voter verification
with their absentee ballots.

DEFS_066907

# Provisional Voting *pg. 76-77*

➢ **Traditional Provisional Ballots**

- Poll Watcher Challenge
- Claims Right to Vote on ballot style other than the one assigned in the PVR List
- Not on PVR List
- Sent Absentee Ballot

➢ **ID Related Provisional Ballots**

- Didn't Provide ID

---

### PROVISIONAL VOTER ENVELOPE

Provisional Voter Number: _____ Date: _____ Time: _____

Poll Name: _____ Precinct #: _____ Ballot Style: _____

#### CHALLENGED BALLOT FORM
(To be completed when a poll watcher challenges a voter)

Name of Voter Challenged: _____

Name of Poll Watcher: _____

Entity Represented: _____

(Name of candidate, group or party the poll watcher represents from the Poll Watcher Affidavit)

Reason for Challenge: _____

Signature of Poll Watcher: _____

#### PROVISIONAL VOTER ELIGIBILITY AFFIRMATION
(To be completed on voter qualification issues)

Name of Registered Voter: _____ Prior Name: _____

Address of Registered Voter: _____ Prior Street Address: _____

City, State, Zip: _____ Prior City, State, Zip: _____

Phone Number: _____ Date of Birth: _____ Provided ID: Yes ☐ No ☐

I, _____, (printed name of provisional voter) *hereby affirm, under penalty of perjury, that the information provided is true and accurate and that to the best of my knowledge I am a registered voter in this precinct and am eligible to vote in this election. I understand that the County Board of Election Commissioners will count my ballot only upon verification of my voter registration status.*

Signature of Provisional Voter _____     *Witnessed by:*  Signature of Poll Worker

Note: Perjury is defined by Arkansas law as a Class C Felony and is punishable by no less than three years and no more than 10 years in prison and up to a $10,000 fine. A.C.A. §§ 5-4-201, 5-4-401.

#### Reason for Voting Provisional
(To be completed by a poll worker)

☐ Failure to Show a Qualifying Photo ID
☐ Poll Watcher Challenge
☐ Not on Precinct Voter Registration List
☐ First-time Voter Flagged to Show Additional ID
(No Additional ID Provided)
☐ Previously Sent an Absentee Ballot
☐ Marked as Having Already Voted
☐ Court-ordered Voting Extension
☐ Voter Requests an Alternative Ballot
☐ Other _____

#### Ballot Style
(To be completed by a poll worker)

Ballot Style _____ was given to the provisional voter based upon the voter's affirmation of eligibility for this jurisdiction.

_____
Signature of Poll Worker

Rev: 8/25/21

DEFS_066908