# Provisional Voting

## PROVISIONAL VOTER ENVELOPE

Provisional Voter Number: _____ Date: _____ Time: _____

Poll Name: _____ Precinct #: _____ Ballot Style: _____

---

### CHALLENGED BALLOT FORM
**(To be completed when a poll watcher challenges a voter)**

Name of Voter Challenged: _____

Name of Poll Watcher: _____

Entity Represented: _____
<span style="font-size:smaller">(Name of candidate, group or party the poll watcher represents from the Poll Watcher Affidavit)</span>

Reason for Challenge: _____

Signature of Poll Watcher: _____

---

### PROVISIONAL VOTER ELIGIBILITY AFFIRMATION
**(To be completed on voter qualification issues)**

Name of Registered Voter: _____ Prior Name: _____

Address of Registered Voter: _____ Prior Street Address: _____

City, State, Zip: _____ Prior City, State, Zip: _____

Phone Number: _____ Date of Birth: _____ Provided ID: Yes ☐ No ☐

I, _____, *(printed name of provisional voter) hereby affirm, under penalty of perjury, that the information provided is true and accurate and that to the best of my knowledge I am a registered voter in this precinct and am eligible to vote in this election. I understand that the County Board of Election Commissioners will count my ballot only upon verification of my voter registration status.*

_____          _____
**Signature of Provisional Voter**          *Witnessed by:*   **Signature of Poll Worker**

Note: Perjury is defined by Arkansas law as a Class C Felony and is punishable by no less than three years and no more than 10 years in prison and up to a $10,000 fine. A.C.A. §§ 5-4-201, 5-4-401.

<table>
<tr><td>

**Reason for Voting Provisional**
**(To be completed by a poll worker)**

☐ Failure to Show a Qualifying Photo ID
☐ Poll Watcher Challenge
☐ Not on Precinct Voter Registration List
☐ First-time Voter Flagged to Show Additional ID
(No Additional ID Provided)
☐ Previously Sent an Absentee Ballot
☐ Marked as Having Already Voted
☐ Court-ordered Voting Extension
☐ Voter Requests an Alternative Ballot
☐ Other _____

</td><td>

**Ballot Style**
**(To be completed by a poll worker)**

Ballot Style _____ was given to the provisional voter based upon the voter's affirmation of eligibility for this jurisdiction.

_____
Signature of Poll Worker

</td></tr>
</table>

Rev: 8/25/21

DEFS_066909

**Exhibit 3A**

# Provisional Voting

- To be completed by the Poll Worker

- To be completed only if the ballot is Challenged by a Poll Watcher

- Must be completed by the Poll Worker

- Must be signed by the Voter for any Provisional Ballot to be considered valid by CBEC
  - Act 249 removed the Optional Verification Statement

- Both squares are to be completed by the Poll Worker

DEFS_066910

## PROVISIONAL VOTER ENVELOPE

Provisional Voter Number: _____   Date: _____   Time: _____
Poll Name: _____   Precinct #: _____   Ballot Style: _____

### CHALLENGED BALLOT FORM
(To be completed when a poll watcher challenges a voter)

Name of Voter Challenged: _____
Name of Poll Watcher: _____
Entity Represented: _____
(Name of candidate, group or party the poll watcher represents from the Poll Watcher Affidavit)
Reason for Challenge: _____
Signature of Poll Watcher: _____

### PROVISIONAL VOTER ELIGIBILITY AFFIRMATION
(To be completed on voter qualification issues)

Name of Registered Voter: _____   Prior Name: _____
Address of Registered Voter: _____   Prior Street Address: _____
City, State, Zip: _____   Prior City, State, Zip: _____
Phone Number: _____   Date of Birth: _____   Provided ID: Yes ☐ No ☐

I, _____, (printed name of provisional voter) hereby affirm, under penalty of perjury, that the information provided is true and accurate and that to the best of my knowledge I am a registered voter in this precinct and am eligible to vote in this election. I understand that the County Board of Election Commissioners will count my ballot only upon verification of my voter registration status.

_____
Signature of Provisional Voter

Witnessed by:   Signature of Poll Worker _____

Note: Perjury is defined by Arkansas law as a Class C Felony and is punishable by no less than three years and no more than 10 years in prison and up to a $10,000 fine. A.C.A. §§ 5-4-201, 5-4-401.

**Reason for Voting Provisional**
(To be completed by a poll worker)
☐ Failure to Show a Qualifying Photo ID
☐ Poll Watcher Challenge
☐ Not on Precinct Voter Registration List
☐ First-time Voter Flagged to Show Additional ID (No Additional ID Provided)
☐ Previously Sent an Absentee Ballot
☐ Marked as Having Already Voted
☐ Court-ordered Voting Extension
☐ Voter Requests an Alternative Ballot
☐ Other _____

**Ballot Style**
(To be completed by a poll worker)

Ballot Style _____ was given to the provisional voter based upon the voter's affirmation of eligibility for this jurisdiction.

_____
Signature of Poll Worker

Rev: 8/25/21

# Provisional Voting

## LIST OF PROVISIONAL VOTERS

Arkansas Code Annotated § 7-5-308 requires poll workers to make a list of the names and addresses of all persons voting a provisional ballot and requires County Election Commissions to determine the validity of each provisional ballot prior to certification of the election.

Date of Election: _____     Poll Name: _____

| | TO BE COMPLETED BY POLL WORKER | | Reason Provis. | | TO BE COMPLETED BY ELECTION COMMISSION | | | |
|---|---|---|---|---|---|---|---|---|
| Voter's Signature | Voter's Name | Voter's Address | A | B | Precinct | Vote counted Y | N | If not counted, reason |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Provisional Ballot Reason:   A) General Provisional          B) Unverified Registration Provisional (No Voter ID)

_____     _____     _____
Commissioner Signature     Commissioner Signature     Commissioner Signature

DEFS_066911

# Verification of voter registration

## NOTICE TO PROVISIONAL VOTERS

▭ **REASON 1: No Verification of Voter Registration Provided**
If you cast a Provisional Ballot for failure to present Verification of Voter Registration and you possess ID, you may present proof of identity to the County Clerk or the County Election Commission by noon of the first Monday following the election for the provisional ballot to be counted.

**County Clerk's Address**                                    **Hours:**
_____ County Courthouse                          **Phone:**
Street Address:                                              **City:**

"Verification of Voter Registration" is a document or photo ID card that is issued by the State, the federal government, or an accredited postsecondary educational institution in Arkansas. The ID must show the name and photograph of the person to whom it was issued, and, if it has an expiration date, must not be expired more than 4 years before Election Day. Examples of acceptable proof of identity include but are not limited to:
- ➤ An Arkansas driver's license;
- ➤ An Arkansas State ID (for example issued by the Revenue Office)
- ➤ A U.S. passport;
- ➤ A concealed carry handgun license issued by the State of Arkansas;
- ➤ An employee badge or ID document issued by the State of Arkansas or the federal government;
- ➤ A U.S. military ID document (Active or Retired);
- ➤ A student or employee ID card issued by a postsecondary educational institution located in Arkansas;
- ➤ A public assistance ID card issued by the State of Arkansas or federal government;
- ➤ A "For Voting Purposes Only" ID card that has a photo provide by the County Clerk.

**YOUR JOB TO FILL IN BEFORE THE ELECTION**

▭ **REASON 2: Provisional Ballots Unrelated to Verification of Registration**
If you were required to vote provisionally for any reason unrelated to the verification of your voter registration, the County Election Commission will evaluate your provisional ballot. If the Commission cannot count your ballot based on the information available, an administrative hearing is set at the time and location listed below to determine if your ballot will be counted for this election. You are invited to attend this hearing to bring evidence showing why your ballot should be counted. If you do not attend, you will be notified whether your ballot was counted in this process.

Hearing Date for Provisional Ballots that are rejected will be held:

DATE & TIME: _____

LOCATION: _____

For more information, contact: _____ County Election Commission
PHONE:_____ EMAIL: _____

You will be notified by first class mail whether your vote was counted, and if not, the reason why.

DEFS_066912

# Provisional Voting Process

- PW Mark NO ID on the Poll Book or Tablet
- PW Informs the Voter he or she must cast a Provisional Ballot
- PW Prints the Voter's Name, Address, and Marks the reason for voting provisional in the "List of Provisional Voters"
- Voter to signs the List of Provisional Voters"
- PW Complete the "Provisional Voter Eligibility Affirmation" Portion of the Envelope
- Voter to Sign the "Provisional Voter Eligibility Affirmation"
  - PW signs to Witness Signature
- Poll Watcher Challenge Section

- PW marks the Reason or Reason for voting Provisional
- PW notes the ballot style issued and signs this section of the envelope.
- PW Issue the Ballot
  - Remove Stub & Initial back
  - **OR** Use Express Vote System
- PW Provides the voter a secrecy envelope and a place to mark their ballot in secret
- PW Ensures the Secrecy Envelope is Sealed in the Provisional Voter Envelope
- PW Provide Paper Notice
  - Ensure information is filled in
  - Mark applicable Section
- Place Ballot in a Secure Container

DEFS_066913

# CANVASSING AND COUNTING

**CANVASSING, COUNTING & UNOFFICIAL RESULTS**

**EARLY AND ABSENTEE BALLOTS**

**PROCESSING PROVISIONAL BALLOTS**

**PROCESSING ABSENTEE BALLOTS**

**RECOUNTS**

**FINAL CERTIFICATION**

**ELECTION CONTESTS**

**PRESERVATION OF EQUIPMENT & MATERIALS**

DEFS_066914

# Results - Election Day p. 85

➢ **CBEC Must Oversee Processing of Absentee Ballots**

- Can appoint clerks to process absentee ballot
- Conducted on the date and time listed in Notice of Election
- CBEC must review any ballot which absentee ballot Clerks believe must be Rejected
- Ballot are NOT to be counted or results tapes printed until after Polls Close
  - Can feed ballots into a tabulator but cannot close the tabulator or produce results tapes

➢ **CBEC Should Work with County Clerk to Determine who tabulates Early Voting Ballots**

- Prepare Early Voting Machines or Tabulators to be closed

- No Machines or Tabulators can be closed out or results tapes run until after the polls close

DEFS_066915

# Processing & Counting Early & Absentee Ballots p. 85-98

- Ballots must be placed in a secured container and this container may only be accessed in view of the public
  - The Use of a "Chain of Custody" document is Recommended
- All Canvasing, counting, and processing must be in view of the public
- Absentee Ballot Canvassing must be conducted so that poll watchers:
  - Are prohibited from being within <u>3 feet</u> of the canvassing process
  - Are not required to remain more than <u>6 feet</u> from the canvassing process
- VOTER STATEMENT INSPECTION: Must be allowed to view a voter statement upon request.
  - Can be removed by a unanimous vote of the CBEC for "obstructing the canvasing process in Bad Faith" and has requested to review more than 30 ballots in an hour
- BALLOT INSPECTION: may inspect upon request **BUT NEVER GIVEN PHYSICAL CONTROL OF A BALLOT**

DEFS_066916

# Best Practices for Ballot Accounting and Security

- Chain of Custody – Who put what and how many ballots in a particular container.

- When transferring a container from County Clerk to CBEC or Absentee Clerks, both County Clerk and CBEC should count and verify number of ballots transferred.

- When processing absentee ballots, work in defined numerical stacks, i.e. 50 and account for each stack of 50's disposition. i.e. 40 accepted, 5 rejected, 5 lacking identification. Total = 50

DEFS_066917

# Best Practices for Ballot Accounting and Security

- Consider the physical movement of ballots, categories of ballots, and ensure a clear linear progression.

- Consider limiting the number of personnel touching ballot packets.

- Keep like categories of ballot together, and maintain a running verified total

- Identify points along the process where inventory counts can be made and where such counts are appropriate to avoid co-mingling ballot categories

DEFS_066918

# Deadlines to Return Absentee Ballots

- **Designated Bearers, Administrators, and Returned in person by the Voter**
  - Closed of Business on the **Friday** **before** the Election (Act 973)
- **Authorized Agents and Returned by mail**
  - 7:30pm on election night
- **UOCAVA Ballots**
  - 5pm 10 days after the election

DEFS_066919

# Processing & Counting Absentee Ballots p. 85-98

■ **CBEC may begin processing the ballot paperwork up to 7 days before election day**

- — _NO_ opening of ballot envelopes until 8:30am on election day

■ **Minimum Requirements**

- ■ **Ballot clerks may determine to count a ballot without further review**
- ■ **The Ballot clerks are required to make some ballots provisional**
- ■ **Ballot clerks may Reject ballots for non deliberative reason**
  - ■ Example: missing voter statement / Statement unsigned / No ID Provided*
- ■ **Ballot clerks may NOT Reject a ballot for a deliberative reason**
  - ■ name/address/DOB/signature
  - ■ IF one of the two ballot clerks find the ballot doesn't compare = must be reviewed by CBEC for final determination.

■ **CBEC MAY:**

- ■ **Review all ballots or all rejected ballots if it choses**

DEFS_066920

# Processing & Counting Absentee Ballots p. 85-98

- **Multi-Step Process**
- **The questions are designed to identify ballots that can be accepted or rejected.**
- **During the process, a ballot may be**
  - accepted,
  - held for additional information (Post-presentment ID cure),
  - held for review (made provisional because of bearer envelope versus voter statement versus application, or
  - rejected.

DEFS_066921

# Processing Absentee Ballots
## Flow Chart for guidance- Initial documents present?



DEFS_066922

# Processing Absentee Ballots
## Flow Chart for guidance – Exception to ID requirement



# Processing Absentee Ballots
## Flow Chart for guidance – Poll Watcher Challenge



DEFS_066924

# Processing Absentee Ballots
## Flow Chart for guidance – Data Point Comparison



DEFS_066925

# Processing Absentee Ballots
## Flow Chart for guidance – 3rd Party involvement analysis



DEFS_066926

# OPENING & PROCESSING ABSENTEE BALLOTS

- **STEP ONE**: Clerk 1 opens the outer envelope while Clerk 2 Observes:
  - **Voter Statement** [*Missing = Rejected*]
  - **Photo ID** [*Missing = Provisional (except Military Ballot)*]
  - The ballot (inner) envelope [*Missing = Rejected*]
  - IF SOMETHING IS MISSING
    - Before 8:30am on election day – **SET ASIDE UNTIL ELECTION DAY**
    - After 8:30am on election day – **INSPECT INNER ENVELOPE**
- **STEP TWO:** Clerk 1 reads aloud from the voter statement:
  - Voter's name
  - Voter's precinct (precinct part)
- **STEP THREE:**  Clerk 2 lists the name and precinct of the voter
- **STEP FOUR:** Clerk 1 and Clerk 2 compare the following
  - Name
  - Address
  - Date of Birth
  - Signature
  - [If a Clerk believes any do not Compare = Set aside for CBEC to review]

DEFS_066927

# OPENING & PROCESSING ABSENTEE BALLOTS

- **STEP FIVE:** (if a name and address is written on the outer envelope) The election officials compares:
    - the name and address on the <u>absentee ballot return **envelope**</u>; and
    - the information on the voter statement.
    - [If the name and address matchers proceed]
    - [IF the Voter Statement has a Name and Address but they do not compare = Provisional]
    - [If the Voter Statement has no Name or Address = Reject]
- **STEP Six:** (if applicable) Compare any bearer name on the Absentee Ballot Application to a bearer name on the voter statement. **(Act 736)**
    - [If the names don't compare or document has a name and the other doesn't = provisional]
- **STEP SEVEN**: Confirm ID name compares with Voter Statement Name
    - [If NO = make provisional]
- **STEP EIGHT** If the ballot is to be counted, place the unopened inner "Ballot Only" envelope into the absentee ballot box.
- **FINAL STEP**: Once canvases is complete, mix the unopened inner ballots and then count the ballots.

DEFS_066928

# Checking Inner Envelope for Missing Documents

- [AFTER 8:30am on Election Day] If the voter statement and/or ID are NOT in the return envelope separate from the inner "Ballot Only" envelope:

  - Clerk 1 removes the inner "Ballot Only" envelope from the outer return envelope and hands it to Clerk 2.

  - Clerk 2 inspects the inner "Ballot Only" envelope while being observed by clerk 1 and,

  - Removes the voter statement and/or ID documents, <u>if found there,</u> from the inner "Ballot Only" envelope and hands them to Clerk 1.

  - Clerk 2 returns the inner "Ballot Only" envelope and any found voter statement/ID documents to Clerk 1 and Clerk 1 places the inner "Ballot Only" envelope back into the outer return envelope.

  - Clerk 1 reads aloud from the voter statement, and regular processing procedures are followed.

DEFS_066929

# COUNTING ABSENTEE BALLOTS

- Reject any ballot if:
  - Bulk Mailing
    - Except from an administrator of a long-term care facility;
  - No voter statement is found
  - Deceased Voter's Ballot Accepted if:
    - Postmarked or Received before the Date of Death;
    - Delivered by Authorized Third Party before the Date of Death
    - In the case of an active duty "armed services" voter, executed before the date the voter died;
  - If the return envelope indicates the ballot was returned by a bearer, agent or administrator but the voter has not authorized a bearer/agent/administrator on the voter statement.
  - If the voter statement is unsigned

DEFS_066930

# OPENING & PROCESSING ABSENTEE BALLOTS

**ID REQUIREMETS** (COMPARE NAME ON ID TO NAME ON VOTER STATEMENT)

- **General:** Name & Photo / Exp < 4y or not Exp Date / Issued by:
  - **The United States,**
  - **The State of Arkansas,**
  - **An accredited postsecondary educational institution in the State, or**
  - **The county clerk**
  - **IF NONE MAKE PROVISION [Resolution = Post-Presentment or Reject the Ballot]**

- **Flagged Voters:** Must include one of the following
  - **A copy of a current and valid photo identification OR**
  - **A copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of the voter. If identification is not present, the ballot is considered a provisional ballot.**
  - **IF NONE MAKE PROVISIONAL [Resolution = Counted unless an independent reason arises to reject the ballot]**

DEFS_066931

# OPENING & PROCESSING ABSENTEE BALLOTS

## ID REQUIREMETS:  <u>EXCEPTIONS</u>

- **Active-Duty Military Voters:** DO NOT NEED TO RETURN ID IF:
  - **Uniformed Services Member away from the county on active duty**
  - **A dependent of a Uniformed Services Member away from the county on active duty**

- **Long Term or Residential Care Facility:**
  - **May submit a form signed by the facility administrator attesting the voter is a resident of the facility**
  - **This satisfies the ID requirement**

DEFS_066932

# OPENING & PROCESSING ABSENTEE BALLOTS

## UNIFORM ABSENTEE VOTER STATEMENT

▶ **Basic Instruction to the Voter**

▶ **Used for Data Collection**
  ▶ **Not considered in the canvasing process**

▶ **Contains Information used in canvasing**

▶ **Full instruction are on the back of the Form**

### ABSENTEE VOTER STATEMENT

**THIS VOTER STATEMENT SHALL BE COMPLETED AND RETURNED IN THE MAILING ENVELOPE OR THE ABSENTEE BALLOT WILL NOT BE COUNTED**

INCLUDE THE FOLLOWING ITEMS IN THE MAILING ENVELOPE:

1. My completed Voter Statement (This piece of paper)
2. Copy of Approved Photo ID
   ○ See instructions for a list of approved photo IDs

*If I am a First Time Voting in this County, I am enclosing a copy of a current and valid photo identification card or a current utility bill, bank statement, government check, paycheck, or other government document that shows my name and address.*

3. My Ballot Only Envelope Containing my marked ballot

**VOTER'S MAILING ADDRESS**
IF YOUR MAILING ADDRESS IS DIFFERENT FROM THE ADDRESS LISTED IN **BOX 2** PLEASE LIST IT HERE

Street Address _____

City _____   State ____  Zip Code ____

| Box 1: **VOTER'S PRINTED NAME** | Box 3: **VOTER'S DATE OF BIRTH** |
|---|---|
| _____ | Month ____ Day ____ Year ____ |
| MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED! | MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED! |

| Box 2: **VOTER'S RESIDENTIAL VOTING ADDRESS** | Box 4: Complete this Box if Your Ballot is Delivered by Any Third Party Other Than a Mail Service: |
|---|---|
| I CERTIFY THIS IS THE PHYSICAL ADDRESS (IN ARKANSAS) AT WHICH I RESIDE AND THIS IS THE SAME ADDRESS LISTED ON MY APPLICATION FOR ABSENTEE BALLOT | Printed Name of Designated Bearer, Agent, or Administrator |
| | Signature of Designated Bearer, Agent, or Administrator |
| Street Address _____ | Address of Designated Bearer, Agent, or Administrator |
| City ___  State ___  Zip Code ___ | |
| MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED! | City ___  State ___  Zip Code ___ |

Box 5: **REQUIRED ABSENTEE VOTER STATEMENT**
THE INFORMATION I HAVE PROVIDED IS TRUE TO THE BEST OF MY KNOWLEDGE UNDER PENALTY OF PERJURY. IF I HAVE PROVIDED FALSE INFORMATION, I MAY BE SUBJECT TO A FINE OF UP TO TEN THOUSAND DOLLARS ($10,000) OR IMPRISONMENT FOR UP TO TEN (10) YEARS, OR BOTH, UNDER FEDERAL OR STATE LAWS.

YOU MUST SIGN HERE AND PLACE THIS FORM IN THE RETURN ENVELOPE FOR YOUR VOTE TO BE COUNTED!



Signature of Absentee Voter

DEFS_066933

# ABSENTEE BALLOT COMPARISONS

## Comparison Determination Which Must be Made by the CBEC

**If the absentee ballot canvassers determine that the following datapoints do not compare between the Absentee Ballot Statement and the Absentee Voter Statement, the CBEC must make the final decision.**

- **Name**
- **Date-of-Birth**
- **Address**
- **Signature**

*"If the county board of election commissioners determines that the absentee application and the voter's statement do not compare as to name, residential voting address, date of birth, and signature, the absentee ballots shall not be counted."*  A.C.A. 7-5-416(b)(1)(F)(ii).

DEFS_066934

# PROCESSING ABSENTEE BALLOTS

## ►CBEC compares application & voter statement

### ARKANSAS APPLICATION FOR ABSENTEE BALLOT
Revised 09/2021

TO COUNTY CLERK: _____

**FOR OFFICE USE ONLY**
DATE: _____
REGISTRANT ID: _____
PRECINCT: _____

INSTRUCTIONS TO VOTER: PLEASE MAKE ONLY ONE SELECTION FOR SECTIONS ONE (1) THROUGH FOUR (4).

1. PLEASE SELECT A REASON FOR REQUESTING AN ABSENTEE BALLOT:
   - I will be unavoidably absent from my polling site on Election Day, OR
   - I will be unable to attend the polls on Election Day because of an illness or physical disability, OR
   - I am a resident of a long-term care or residential facility licensed by the state.
2. PLEASE SELECT FROM THE FOLLOWING OPTIONS CONCERNING YOUR RESIDENCE:
   - I currently reside within the county in which I am registered to vote.
   - I currently reside outside of the county in which I am registered to vote.
   - I am a United States citizen residing outside of the territorial limits of the United States (UOCAVA).
   - I am an active service member of the United States armed services (UOCAVA).
   - I am a spouse or dependent of an active service member of the United States armed services (UOCAVA).
3. PLEASE SELECT THE ELECTION IN WHICH YOU WISH TO CAST AN ABSENTEE BALLOT:
   - Preferential Primary/Nonpartisan Judicial General (held in the spring of even-numbered
     Party Preference (Circle One): Democratic     Republican     Nonpartisan ... will be sent a Judicial ballot.
   - November General Election/Nonpartisan Judicial Runoff.
   - Annual School Election.
   - Special Election to be held on _____ (Date).

   You may qualify for:
   - All elections for one calendar year (i.e., today's date through December 31st of the current year).
     - In order to qualify for this option, you must be a vote ... a disability, in a long-term or residential care facility, or living outside of the county in which ... are registered to vote.
   - All elections through the next Federal General Election ...
     - In order to qualify for this option, you must be ... AVA voter ...

4. PLEASE SELECT HOW YOU WISH TO RECEIVE YOUR BALLOT:
   - I will pick up my ballot from the office of the county clerk ...
   - Email (available for UOCAVA voters only). My email add ...
   - Mail. Please send my ballot to the following address: _____
     _____
     _____
   - Picked up via Designated Bearer, Administrat ... uthorized Agent ...

Printed Name of Bearer/Administrator/Agent                     ... ature of Bearer/Administrator/Agent

Note: A designated bearer may obtain or deliv ... tee ballots ... re than two (2) voters per election and may only do so within the 15 days before a school election, special election ... antial prim ... tion, or general election OR the 7 days before a runoff election. A bearer, administrator, or authorized agent must prov ... urrent and ... o ID to the county clerk and must sign the register, under oath, when picking up or delivering an absentee ballot.

The information I have provided is true to the ... y ... nder penalty of perjury. If I have provided false information, I may be ... and subject to a fine of up to ten thousand ... (S1 ... imprisonment for up to ten (10) years, or both, under federal law ... perjury that I am registered to vote, and t ... a t ... a who is registered to vote.

Residential Address of Absentee Voter                     Date of Birth of Absentee Voter

City, State, and Zip Code                     Phone Number of Absentee Voter

Printed Name of Absentee Voter                     Signature of Absentee Voter

YOU MAY RETURN THIS APPLICATION TO YOUR LOCAL COUNTY CLERK VIA MAIL, FAX, OR EMAIL.

NAME

ADDRESS

### ABSENTEE VOTER STATEMENT

**THIS VOTER STATEMENT SHALL BE COMPLETED AND RETURNED IN THE MAILING ENVELOPE OR THE ABSENTEE BALLOT WILL NOT BE COUNTED**

INCLUDE THE FOLLOWING ITEMS IN THE MAILING ENVELOPE:

1. My completed Voter Statement (This piece of paper)
2. Copy of Approved Photo ID
   - See instructions for a list of approved photo IDs

*If I am a newly registered voter of this county and this is the first time I am voting in this county, I am enclosing a copy of a current and valid photo identification card or a current utility bill, bank statement, government check, paycheck, or other government document that shows my name and address.*

3. My Ballot Only Envelope Containing my marked ballot

**VOTER'S MAILING ADDRESS**
IF YOUR MAILING ADDRESS IS DIFFERENT FROM THE ADDRESS LISTED IN BOX 2 PLEASE LIST IT HERE

Street Address

City          State          Zip Code

| Box 1: | **VOTER'S PRINTED NAME** | Box 3: | **VOTER'S DATE OF BIRTH** |

MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED!

Month     Day     Year

MUST COMPLETE ... UR BALLOT TO BE COUNTED!

Box 2: **VOTER'S RESIDENTIAL VOTING ADDRESS**

I CERTIFY THIS IS THE PHYSICAL ADDRESS (IN ARKANSAS) WHICH I RESIDE AND THIS IS THE SAME ADDRESS LISTED ON MY APPLICATION FOR ABSENTEE BALLOT

Box 4: Complete thi ... k if Your Ballot is Delivered by Any Third P ... Other Than a Mail Service:

Printed Name of De ... DATE OF ... Administrator
BIRTH
Design ... nistrator

Street Address

Address of Designated Bearer, Agent, or Administrator

City          State          Zip Code

City          State          Zip Code

MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED!

Box 5: REQUIRED ABSENTEE VOT ...
THE INFO ... IS TRUE TO T ... ALTY OF PERJURY. IF I ... DED FALSE INFORMATION, I MAY ... T TO A FINE OF UP TO TEN THOUSAND DOLLARS ($10,000) OR IMPRISONMENT FOR UP TO TEN (10) YE ... OTH, UNDER FEDERAL OR STATE LAWS.

SIGNATURE

YOU MUST SIGN HERE AND PLACE THIS FORM IN THE RETURN ENVELOPE FOR YOUR VOTE TO BE COUNTED!

Signature of Absentee Voter

DEFS_066935