# ABSENTEE BALLOT COMPARISONS

## Comparison of Voter's Name

▶ Compared for Content, not Style

▶ Comparable if it is sufficiently similar so that any discrepancies are not so dissimilar that election officials are unable to determine that the two documents reflect different forms of a name belonging to the same individual – SBEC Guidance

▶ Discrepancies which may occur include:
- Abbreviations
- Nicknames
- Name Change (Marriage, Adoption, Divorce)
- Inclusion or Omission of a Component of the Name

▶ Must have at least one component of the name in common

▶ If the "name" blank of the voter statement is blank, but a readable name has been written in the signature blank or other location on the voter statement, the name in the signature blank can be used to satisfy this requirement.

DEFS_066936

**Exhibit 3A**

# ABSENTEE BALLOT COMPARISONS

## Examples Voter Name Comparison

### Comparable

▶ Name Change:
- Mary Smith vs. Mary Jones
- Briana Tyler vs. Lauren Tyler

▶ Abbreviation / Spelling
- Abigail Shults vs. Abby Shults
- William Coats vs. Bill Coats

▶ Nicknames:
- Doc Holladay vs. Charles Holladay

### NOT Comparable

▶ Name Change:
- Samuel Langhorne Clemens vs. Mark Twain

▶ Abbreviation / Spelling
- John Fitzgerald Kennedy vs. JFK

▶ Nicknames:
- Dwain Johnson vs. The Rock

DEFS_066937

# ABSENTEE BALLOT COMPARISONS

## Comparison of the Voter's Address

▶ **Comparable if it is sufficiently similar so that any discrepancies or minor incongruities are not so dissimilar that election officials are unable to determine that the two documents reflect the same physical address - SBEC Guidance**

▶ Incongruities which may occur include
  – Abbreviations
  – Inclusion or Omissions of a Components such as "street" or "avenue"
  – Inclusion or Omission of a "zip plus 4"
  – Other Variations in Form

DEFS_066938

# ABSENTEE BALLOT COMPARISONS

## Comparison of the Date of Birth

▶ Comparable if the same month, date, and year are described in both documents

▶ A date expressed in numerals should be found comparable if the month and date are transposed due to differences in international conventions in dates.

- Example: 11/8/2022 compares to 8/11/2022

DEFS_066939

# ABSENTEE BALLOT COMPARISONS

# Comparison of the Voter's Signature

▶ **Comparable unless the signature on the voter's statement is sufficiently dissimilar to the signature on the absentee ballot application so that the reviewing officials are left with an abiding conviction that the signatures being compared are written by two different people**

▶ Non-Exhaustive list of criteria to consider in analyzing two signatures:
- Spacing (Overall Spacing and Internal Spacing of Words and Letters);
- Type or Style of Writing;
- Speed of Writing;
- Size and Proportions of Words and Letters;
- Spelling;
- Slant of Writing;
- Curves, Loops, and Cross-Points;
- Presence or Absence of Pen Lifts; and
- Beginning and Ending Strokes.

▶ **SBEC Recommends that the County document in writing the reasons two signatures were found not to compare.**

DEFS_066940

# ABSENTEE BALLOT COMPARISONS

## Comparison of the Voter's Signature – Spacing

| Absentee Ballot Application | Absentee Voter Statement |
|---|---|
|  |  |
|  |  |

DEFS_066941

# ABSENTEE BALLOT COMPARISONS

## Comparison of the Voter's Signature – Type or Style of Writing

▶ **Absentee Ballot Application**    ▶ **Absentee Voter Statement**





DEFS_066942

# ABSENTEE BALLOT COMPARISONS

## Comparison of the Voter's Signature – Size and Proportions of Words and Letters

▶ **Absentee Ballot Application**     ▶ **Absentee Voter Statement**





DEFS_066943

# ABSENTEE BALLOT COMPARISONS

## Comparison of the Voter's Signature – Speed of Writing

▶ **Absentee Ballot Application**  ▶ **Absentee Voter Statement**

  

  

DEFS_066944

# ABSENTEE BALLOT COMPARISONS

## Comparison of the Voter's Signature – Spelling

▶ **Absentee Ballot Application**     ▶ **Absentee Voter Statement**

     

DEFS_066945

# ABSENTEE BALLOT COMPARISONS

## Comparison of the Voter's Signature – Slant of Writing

▶ **Absentee Voter Application**    ▶ **Absentee Voter Statement**





DEFS_066946

# ABSENTEE BALLOT COMPARISONS

## Comparison of the Voter's Signature – Curves, Loops, and Cross-Points

▶ **Absentee Ballot Application**     ▶ **Absentee Ballot Statement**






DEFS_066947

# ABSENTEE BALLOT COMPARISONS

## Comparison of the Voter's Signature – Presence or Absence of Pen Lifts

▶ **Absentee Ballot Application**

▶ **Absentee Ballot Statement**









DEFS_066948

# ABSENTEE BALLOT COMPARISONS

## Comparison of the Voter's Signature – Beginning and Ending Strokes

▶ **Absentee Ballot Application**       ▶ **Absentee Ballot Statement**









DEFS_066949

# ABSENTEE BALLOT COMPARISONS

## Electronic Signatures

### ▶ Pen and Paper

### ▶ Electronic





DEFS_066950

# ABSENTEE BALLOT COMPARISONS

## What do you Think?



- ISSUES to be Considered:
- Style of the "M"
- Cross point and Style of the "R"
- Cross point of the "T"
- Letter Proportion of the "J"
- Internal and External Slant
- Speed of the Signature
- What Else?

## IS THERE ENOUGH TO JUSTIFY REJECTING THIS ABSENTEE BALLOT?

DEFS_066951

# ABSENTEE BALLOT COMPARISONS

## What do you Think?





**ISSUES to be Considered:**
- **Style of Martha (less compressed)**
- **Cross point on the "R"**
- **Presence or Absence of the Curl on the "t"**
- **Proportion of the "M" finish below the line**

## IS THERE ENOUGH TO JUSTIFY REJECTING THIS ABSENTEE BALLOT?

DEFS_066952

# ABSENTEE BALLOT COMPARISONS

## What do you Think?



**ISSUES to be Considered:**
- Beginning and Ending Strokes
- Cross point on the "t"
- Internal Spacing
- Proportion of the "M" finish below the line

## IS THERE ENOUGH TO JUSTIFY REJECTING THIS ABSENTEE BALLOT?

DEFS_066953

# ABSENTEE BALLOT COMPARISONS

## Comparison of the Voter's Signature – Takeaways

▶ This process is one which requires the judgment of fair-minded people.

▶ How to Think About This Process
- All signatures have distinctions, the question you have to ask is do the quantity and severity of the distinctions, taken to together, form a convincing case that the signature was not created by the same person.
- If the signature appears to be on the line, deference should be given towards counting the vote

▶ Why this and Not Something Else?
- No analysis
- Witness
- Notary

DEFS_066954

# OPENING & PROCESSING ABSENTEE BALLOTS

## Making an Absentee Ballot Provisional

▶ **The absentee ballot clerk Shall:**

    ▶ Place the return envelope and everything that is inside it into a provisional voter envelope;

    ▶ Record on the provisional voter envelope the reason the absentee ballot was made provisional, including the reason the ballot was challenged, if any; and

    ▶ Set the provisional ballots aside for consideration by the election commission.

DEFS_066955

# COUNTING ABSENTEE BALLOTS

- After processing all the absentee ballots, the absentee ballot election officials mix up the ballots in the ballot box containing the inner "Ballot Only" envelopes thoroughly to mix the ballots.

- When it is time to count the ballots, election officials must:
  - Open the inner "Ballot Only" envelopes;
  - Count any write-in votes first; and
  - Count the remaining ballots by hand or electronic tabulating device at the discretion of the election commission.

  - Election results must not be printed or released prior to the closing of polls on election day

DEFS_066956

# Exercise A - Processing Absentee Ballots – Scenario 1

Scenario 1

## ARKANSAS APPLICATION FOR ABSENTEE BALLOT
Revised 09/2021

TO COUNTY CLERK: Saline County Clerk
215 N. Main St.
Benton, AR

| FOR OFFICE USE ONLY |
|---|
| DATE: |
| REGISTRANT ID: |
| PRECINCT: |

INSTRUCTIONS TO VOTER: PLEASE MAKE ONLY ONE SELECTION FOR SECTIONS ONE (1) THROUGH FOUR (4).

1. PLEASE SELECT A REASON FOR REQUESTING AN ABSENTEE BALLOT:
   - [X] I will be unavoidably absent from my polling site on Election Day, OR
   - [ ] I will be unable to attend the polls on Election Day because of an illness or physical disability, OR
   - [ ] I am a resident of a long-term care or residential facility licensed by the state.
2. PLEASE SELECT FROM THE FOLLOWING OPTIONS CONCERNING YOUR RESIDENCE:
   - [X] I currently reside within the county in which I am registered to vote.
   - [ ] I currently reside outside of the county in which I am registered to vote.
   - [ ] I am a United States citizen residing outside of the territorial limits of the United States (UOCAVA).
   - [ ] I am an active service member of the United States armed services (UOCAVA).
   - [ ] I am a spouse or dependent of an active service member of the United States armed services (UOCAVA).
3. PLEASE SELECT THE ELECTION IN WHICH YOU WISH TO CAST AN ABSENTEE BALLOT:
   - [X] Preferential Primary/Nonpartisan Judicial General (held in the spring of even-numbered years).
     - Party Preference (Circle One): Democratic    Republican    Nonpartisan (You will be sent a Judicial ballot only)
   - [ ] November General Election/Nonpartisan Judicial Runoff.
   - [ ] Annual School Election.
   - [ ] Special Election to be held on _____ (Date).

   You may qualify for:
   - [ ] All elections for one calendar year (i.e., today's date through December 31st of the current year).
     - o In order to qualify for this option, you must be a voter with a disability, in a long-term or residential care facility, or living outside of the county in which you are registered to vote.
   - [ ] All elections through the next Federal General Election Cycle.
     - o In order to qualify for this option, you must be a UOCAVA voter (See Section 2 above).

4. PLEASE SELECT HOW YOU WISH TO RECEIVE YOUR BALLOT:
   - [ ] I will pick up my ballot from the office of the county clerk.
   - [ ] Email (available for UOCAVA voters only). My email address is: _____
   - [ ] Mail. Please send my ballot to the following address:
     _____
     _____
     _____

   - [X] Picked up via Designated Bearer, Administrator, or Authorized Agent:
     Daniel Shults                           Daniel Shults
     Printed Name of Bearer/Administrator/Agent        Signature of Bearer/Administrator/Agent

   Note: A designated bearer may obtain or deliver absentee ballots for no more than two (2) voters per election and may only do so within the 15 days before a school election, special election, preferential primary election, or general election OR the 7 days before a runoff election. A bearer, administrator, or authorized agent must provide a current and valid photo ID to the county clerk and must sign the register, under oath, when picking up or delivering an absentee ballot.

The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be guilty of perjury and subject to a fine of up to ten thousand dollars ($10,000) or imprisonment for up to ten (10) years, or both, under federal law. I certify under penalty of perjury that I am registered to vote, and that I am the person who is registered to vote.

123 Main St
Residential Address of Absentee Voter

11/19/68
Date of Birth of Absentee Voter

Bryant, AR 72022
City, State, and Zip Code

501 - 123 - 4530
Phone Number of Absentee Voter

Jonathan Davidson
Printed Name of Absentee Voter

Jonathan Davidson
Signature of Absentee Voter

DEFS_066957

---

Scenario 1

## ABSENTEE VOTER STATEMENT

THIS VOTER STATEMENT SHALL BE COMPLETED AND RETURNED IN THE MAILING ENVELOPE OR THE ABSENTEE BALLOT WILL NOT BE COUNTED

INCLUDE THE FOLLOWING ITEMS IN THE OUTER MAILING ENVELOPE:

1. My completed Voter Statement (This piece of paper)
2. Copy of my Required Photo ID
   - o See instructions for a list of approved photo IDs

SPECIAL REQUIREMENT FOR SOME FIRST TIME VOTERS:
If I am a newly registered voter of this county and this is the first time I am voting in this county (and I did not include my Ark. driver's license number, the last 4 digits of my social security on my application, nor did I provide qualifying document described here), I am enclosing a copy of a current and valid photo identification card or a current utility bill, bank statement, government check, paycheck, or other government document that shows my name and address. [Does not apply to UOCAVA voters.]

| VOTER'S MAILING (Secondary) ADDRESS |
|---|
| USE ONLY IF YOU REQUESTED YOUR BALLOT BE MAILED TO AN ADDRESS OTHER THAN YOUR RESIDENTIAL ADDRESS LISTED IN BOX 2 |
| Street Address / P.O. Box |
| City          State          Zip Code |

3. My Ballot Only Envelope Containing my Marked Ballot

| Box 1: VOTER'S PRINTED NAME | Box 3: VOTER'S DATE OF BIRTH |
|---|---|
| Jon Davidson | 11 / 19 / 1968 |
| MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED! | Month   Day   Year — MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED! |

| Box 2: VOTER'S RESIDENTIAL VOTING ADDRESS |
|---|
| I CERTIFY THIS IS THE PHYSICAL ADDRESS (IN ARKANSAS) AT WHICH I RESIDE* AND IS THE SAME ADDRESS I LISTED ON MY APPLICATION FOR AN ABSENTEE BALLOT |
| 123   Main   Street |
| Street Address |
| Bryant          Arkansas          72022 |
| City          State          Zip Code |
| MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED! |

Box 4: Complete this Box if your Ballot is Delivered by Any Third Party Other Than a Mail Service:

Daniel Shults
Printed Name of Designated Bearer, Agent, or Administrator

Daniel Shults
Signature of Designated Bearer, Agent, or Administrator

111   First   Street
Address of Designated Bearer, Agent, or Administrator

Bryant          AR          72022
City          State          Zip Code

### Box 5: REQUIRED ABSENTEE VOTER STATEMENT
THE INFORMATION I HAVE PROVIDED IS TRUE TO THE BEST OF MY KNOWLEDGE UNDER PENALTY OF PERJURY. IF I HAVE PROVIDED FALSE INFORMATION, I MAY BE SUBJECT TO A FINE OF UP TO TEN THOUSAND DOLLARS ($10,000) OR IMPRISONMENT FOR UP TO TEN (10) YEARS, OR BOTH, UNDER FEDERAL OR STATE LAWS.

Jon Davidson
Signature of Absentee Voter

◄ YOU MUST SIGN HERE AND PLACE THIS FORM IN THE OUTER MAILING ENVELOPE FOR YOUR VOTE TO BE COUNTED!

*If you are a US citizen living outside the United States or an Absent Uniformed Services Voter living outside your county (as described in the enclosed instructions).

# Scenario 1 Answer

- Names are not exactly the same – but are similar

- Signatures are not exactly the same – but are similar

- Ballot should be counted (unless some other reason would disqualify the ballot)

## ARKANSAS APPLICATION FOR ABSENTEE BALLOT
Revised 04/2021

TO COUNTY CLERK: Saline County Clerk
215 N. Main St.
Benton, AR

FOR OFFICE USE ONLY
DATE:
REGISTRANT ID:
PRECINCT:

INSTRUCTIONS TO VOTER: PLEASE MAKE ONLY ONE SELECTION FOR SECTIONS ONE (1) THROUGH FOUR (4).

1. PLEASE SELECT A REASON FOR REQUESTING AN ABSENTEE BALLOT:
   - [X] I will be unavoidably absent from my polling site on Election Day, OR
   - [ ] I will be unable to attend the polls on Election Day because of an illness or physical disability, OR
   - [ ] I am a resident of a long-term care or residential facility licensed by the state.
2. PLEASE SELECT FROM THE FOLLOWING OPTIONS CONCERNING YOUR RESIDENCE:
   - [X] I currently reside within the county in which I am registered to vote.
   - [ ] I currently reside outside of the county in which I am registered to vote.
   - [ ] I am a United States citizen residing outside of the territorial limits of the United States (UOCAVA).
   - [ ] I am an active service member of the United States armed services (UOCAVA).
   - [ ] I am a spouse or dependent of an active service member of the United States armed services (UOCAVA).
3. PLEASE SELECT THE ELECTION IN WHICH YOU WISH TO CAST AN ABSENTEE BALLOT:
   - [X] Preferential Primary/Nonpartisan Judicial General (held in the spring of even numbered years).
     Party Preference (Circle One): Democratic       Republican       Nonpartisan (You will be sent a Judicial ballot only)
   - [ ] November General Election/Nonpartisan Judicial Runoff.
   - [ ] Annual School Election.
   - [ ] Special Election to be held on ____ (Date).

You may qualify for:
   - [ ] All elections for one calendar year (i.e. today's date through December 31st of the current year).
     - o In order to qualify for this option, you must be a voter with a disability, in a long-term care residential care facility, or living outside of the county in which you are registered to vote.
   - [ ] All elections through the next Federal General Election Cycle.
     - o In order to qualify for this option, you must be a UOCAVA voter (See Section 2 above).

4. PLEASE SELECT HOW YOU WISH TO RECEIVE YOUR BALLOT:
   - [ ] I will pick up my ballot from the office of the county clerk.
   - [ ] Email (available for UOCAVA voters only). My email address is: ____
   - [ ] Mail. Please send my ballot to the following address: ____

   - [X] Pick up via Designated Bearer, Administrator, or Authorized Agent.
     Daniel Shults
     Printed Name of Bearer/Administrator/Agent       Daniel Shults (Signed Name of Bearer/Administrator/Agent)

123 Main St
Residential Address of Absentee Voter

Bryant, AR   72022
City, State, and Zip Code

11/19/68
Date or Birth of Absentee Voter

Jonathan Davidson
Printed Name of Absentee Voter

501-123-4530
Phone Number of Absentee Voter

Jonathan Davidson
Signature of Absentee Voter

DEFS_066958

## ABSENTEE VOTER STATEMENT

THIS VOTER STATEMENT SHALL BE COMPLETED AND RETURNED IN THE MAILING ENVELOPE OR THE ABSENTEE BALLOT WILL NOT BE COUNTED

INCLUDE THE FOLLOWING ITEMS IN THE OUTER MAILING ENVELOPE:

1. My completed Voter Statement (This piece of paper)
2. Copy of my Required Photo ID
   - o See Instructions for a list of approved photo IDs

VOTER'S MAILING (Secondary) ADDRESS
USE ONLY IF YOU REQUESTED YOUR BALLOT BE MAILED TO AN ADDRESS OTHER THAN YOUR RESIDENTIAL ADDRESS LISTED IN BOX 2

Street Address / P.O. Box

City       State       Zip Code

SPECIAL REQUIREMENT FOR SOME FIRST-TIME VOTERS:
If I am a newly registered voter of this county, this is the first time I am voting in this county (and I did not provide my Ark. driver's license number, the last 4 digits of my social security number on my application, nor did I provide qualifying documents described below), I am enclosing a copy of a current and valid photo identification, or a current utility bill, bank statement, government check, paycheck, or other government document that shows my name and address. (These requirements do not apply to UOCAVA voters.)

3. My Ballot Only in the Envelope Containing my Marked Ballot

Box 1: VOTER'S PRINTED NAME
Jon Davidson

MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED!

Box 3: VOTER'S DATE OF BIRTH
11    19    1968
Month    Day    Year

MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED!

Box 2: VOTER'S RESIDENTIAL VOTING ADDRESS
I CERTIFY THIS IS THE PHYSICAL ADDRESS (IN ARKANSAS) AT WHICH I RESIDE* AND IS THE SAME ADDRESS ON MY APPLICATION FOR AN ABSENTEE BALLOT

123 Main Street
Street Address

Bryant       Arkansas   72022
City       State       Zip Code

MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED!

Box 4: Complete this Box if Your Ballot is Delivered by Any Third Party Other Than a Mail Service:

Daniel Shults
Printed Name of Designated Bearer, Agent, or Administrator

Daniel Shults
Signature of Designated Bearer, Agent, or Administrator

111 First Street
Address of Designated Bearer, Agent, or Administrator

Bryant       AR   72022
City       State       Zip Code

Box 5: REQUIRED ABSENTEE VOTER STATEMENT
THE INFORMATION I HAVE PROVIDED IS TRUE TO THE BEST OF MY KNOWLEDGE UNDER PENALTY OF PERJURY. IF I HAVE PROVIDED FALSE INFORMATION, I MAY BE SUBJECT TO A FINE OF UP TO TEN THOUSAND DOLLARS ($10,000) OR IMPRISONMENT FOR UP TO TEN (10) YEARS, OR BOTH, UNDER FEDERAL OR STATE LAWS.

Jon Davidson
Signature of Absentee Voter

YOU MUST SIGN HERE AND PLACE THIS FORM IN THE OUTER MAILING ENVELOPE FOR YOUR VOTE TO BE COUNTED!

# Exercise A - Processing Absentee Ballots – Scenario 2

## ARKANSAS APPLICATION FOR ABSENTEE BALLOT
Revised 09/2021

TO COUNTY CLERK: Saline County Clerk
215 N. Main St.
Benton, AR

**FOR OFFICE USE ONLY**
DATE: _____
REGISTRANT ID: _____
PRECINCT: _____

INSTRUCTIONS TO VOTER: PLEASE MAKE ONLY ONE SELECTION FOR SECTIONS ONE (1) THROUGH FOUR (4).

1. PLEASE SELECT A REASON FOR REQUESTING AN ABSENTEE BALLOT:
   - [X] I will be unavoidably absent from my polling site on Election Day; OR
   - [ ] I will be unable to attend the polls on Election Day because of an illness or physical disability, OR
   - [ ] I am a resident of a long-term care or residential facility licensed by the state.
2. PLEASE SELECT FROM THE FOLLOWING OPTIONS CONCERNING YOUR RESIDENCE:
   - [X] I currently reside within the county in which I am registered to vote.
   - [ ] I currently reside outside of the county in which I am registered to vote.
   - [ ] I am a United States citizen residing outside of the territorial limits of the United States (UOCAVA).
   - [ ] I am an active service member of the United States armed services (UOCAVA).
   - [ ] I am a spouse or dependent of an active service member of the United States armed services (UOCAVA).
3. PLEASE SELECT THE ELECTION IN WHICH YOU WISH TO CAST AN ABSENTEE BALLOT:
   - [X] Preferential Primary/Nonpartisan Judicial General (held in the spring of even-numbered years).
     Party Preference (Circle One): Democratic   Republican   (Nonpartisan)(You will be sent a Judicial ballot only)
   - [ ] November General Election/Nonpartisan Judicial Runoff.
   - [ ] Annual School Election.
   - [ ] Special Election to be held on _____ (Date).

   **You may qualify for:**
   - [ ] All elections for one calendar year (i.e., today's date through December 31st of the current year).
     - o In order to qualify for this option, you must be a voter with a disability, in a long-term or residential care facility, or living outside of the county in which you are registered to vote
   - [ ] All elections through the next Federal General Election Cycle.
     - o In order to qualify for this option, you must be a UOCAVA voter (See Section 2 above).

4. PLEASE SELECT HOW YOU WISH TO RECEIVE YOUR BALLOT:
   - [ ] I will pick up my ballot from the office of the county clerk.
   - [ ] Email (available for UOCAVA voters only). My email address is: _____
   - [ ] Mail. Please send my ballot to the following address
     _____
     _____

   - [X] Picked up via Designated Bearer, Administrator, or Authorized Agent

   Daniel Shults
   Printed Name of Bearer/Administrator/Agent

   Daniel Shults
   Signature of Bearer/Administrator/Agent

   Note: A designated bearer may obtain or deliver absentee ballots for no more than two (2) voters per election and may only do so within the 15 days before a school election, special election, preferential primary election, or general election OR the 7 days before a runoff election. A bearer, administrator, or authorized agent must provide a current and valid photo ID to the county clerk and must sign the register, under oath, when picking up or delivering an absentee ballot.

   The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be guilty of perjury and subject to a fine of up to ten thousand dollars ($10,000) or imprisonment for up to ten (10) years, or both, under federal law. I certify under penalty of perjury that I am registered to vote, and that I am the person who is registered to vote.

   123 Main St
   Residential Address of Absentee Voter

   11/19/68
   Date of Birth of Absentee Voter

   Bryant, AR   72022
   City, State, and Zip Code

   501-123-4530
   Phone Number of Absentee Voter

   Jonathan Davidson
   Printed Name of Absentee Voter

   Jonathan Davidson
   Signature of Absentee Voter

---

## ABSENTEE VOTER STATEMENT

**THIS VOTER STATEMENT SHALL BE COMPLETED AND RETURNED IN THE MAILING ENVELOPE OR THE ABSENTEE BALLOT WILL NOT BE COUNTED**

INCLUDE THE FOLLOWING ITEMS IN THE OUTER MAILING ENVELOPE:

1. My completed Voter Statement (This piece of paper)
2. Copy of my Required Photo ID
   - o See instructions for a list of approved photo IDs

**SPECIAL REQUIREMENT FOR SOME FIRST TIME VOTERS:**
If I am a newly registered voter of this county and this is the first time I am voting in this county and I did not include my Ark. driver's license number, the last 4 digits of my social security as my application, nor did I provide qualifying document described here), I am enclosing a copy of a current and valid photo identification card or a current utility bill, bank statement, government check, paycheck, or other government document that shows my name and address. [Does not apply to UOCAVA voters.]

3. My Ballot Only Envelope Containing my Marked Ballot

**VOTER'S MAILING (Secondary) ADDRESS**
USE ONLY IF YOU REQUESTED YOUR BALLOT BE MAILED TO AN ADDRESS OTHER THAN YOUR RESIDENTIAL ADDRESS LISTED IN BOX 2

Street Address / P.O. Box _____

City _____ State _____ Zip Code _____

| Box 1: **VOTER'S PRINTED NAME** | Box 3: **VOTER'S DATE OF BIRTH** |
|---|---|
| Jon Davidson | 11 / 19 / 1968 |
| MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED! | Month  Day  Year — MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED! |

**Box 2: VOTER'S RESIDENTIAL VOTING ADDRESS**

I CERTIFY THIS IS THE PHYSICAL ADDRESS (IN ARKANSAS) AT WHICH I RESIDE* AND IS THE SAME ADDRESS I LISTED ON MY APPLICATION FOR AN ABSENTEE BALLOT

123 Maw Street
Street Address

Bryant   Arkansas   72022
City   State   Zip Code

MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED!

**Box 4: Complete this Box if Your Ballot is Delivered by Any Third Party Other Than a Mail Service:**

Daniel Shults
Printed Name of Designated Bearer, Agent, or Administrator

Daniel Shults
Signature of Designated Bearer, Agent, or Administrator

111 First Street
Address of Designated Bearer, Agent, or Administrator

Bryant   AR   72022
City   State   Zip Code

**Box 5: REQUIRED ABSENTEE VOTER STATEMENT**

THE INFORMATION I HAVE PROVIDED IS TRUE TO THE BEST OF MY KNOWLEDGE UNDER PENALTY OF PERJURY. IF I HAVE PROVIDED FALSE INFORMATION, I MAY BE SUBJECT TO A FINE OF UP TO TEN THOUSAND DOLLARS ($10,000) OR IMPRISONMENT FOR UP TO TEN (10) YEARS, OR BOTH, UNDER FEDERAL OR STATE LAWS.

YOU MUST SIGN HERE AND PLACE THIS FORM IN THE OUTER MAILING ENVELOPE FOR YOUR VOTE TO BE COUNTED!

_____
Signature of Absentee Voter

*If you are a US Citizen living outside the United States or an Absent Uniformed Services Voter living outside your country (as described in the enclosed instructions),

# Scenario 2 Answer

- ## Voter Statement is NOT signed

- ## Ballot Cannot be Counted

---

### ARKANSAS APPLICATION FOR ABSENTEE BALLOT
Revised 09/2021

TO COUNTY CLERK: Saline County Clerk
215 N. Main St.
Benton, AR

| FOR OFFICE USE ONLY | |
|---|---|
| DATE: | |
| REGISTRANT ID: | |
| PRECINCT: | |

INSTRUCTIONS TO VOTER: PLEASE MAKE ONLY ONE SELECTION FOR SECTIONS ONE (1) THROUGH FOUR (4).

1. PLEASE SELECT A REASON FOR REQUESTING AN ABSENTEE BALLOT:
   - ☒ I will be unavoidably absent from my polling site on Election Day, OR
   - ☐ I will be unable to attend the polls on Election Day because of an illness or physical disability, OR
   - ☐ I am a resident of a long-term care or residential facility licensed by the state.
2. PLEASE SELECT FROM THE FOLLOWING OPTIONS CONCERNING YOUR RESIDENCE:
   - ☒ I currently reside within the country in which I am registered to vote.
   - ☐ I currently reside outside of the county in which I am registered to vote.
   - ☐ I am a United States citizen residing outside of the territorial limits of the United States (UOCAVA).
   - ☐ I am an active service member of the United States armed services (UOCAVA).
   - ☐ I am a spouse or dependent of an active service member of the United States armed services (UOCAVA).
3. PLEASE SELECT THE ELECTION IN WHICH YOU WISH TO CAST AN ABSENTEE BALLOT:
   - ☒ Preferential Primary/Nonpartisan Judicial General (held in the spring of even-numbered years).
     Party Preference (Circle One): Democratic     Republican     (Nonpartisan) (You will be sent a Judicial ballot only)
   - ☐ November General Election/Nonpartisan Judicial Runoff
   - ☐ Annual School Election
   - ☐ Special Election to be held on _____ (Date).

   You may qualify for:
   - ☐ All elections for one calendar year (i.e., today's date through December 31st of the current year).
     o In order to qualify for this option, you must be a voter with a disability, in a long-term or residential care facility, or living outside of the county in which you are registered to vote.
   - ☐ All elections through the next Federal General Election Cycle.
     o In order to qualify for this option, you must be a UOCAVA voter (See Section 2 above).

4. PLEASE SELECT HOW YOU WISH TO RECEIVE YOUR BALLOT:
   - ☐ I will pick up my ballot from the office of the county clerk.
   - ☐ Email (available for UOCAVA voters only). My email address is: _____
   - ☐ Mail. Please send my ballot to the following address: _____

   _____
   _____

   - ☒ Pick up via Designated Bearer, Administrator, or Authorized Agent:

   Daniel Shults                          Daniel Shults
   Printed Name of Bearer/Administrator/Agent     Signature of Bearer/Administrator/Agent

Notes: A designated bearer may obtain no more than fifteen (15) absentee ballots for no more than two (2) voters per election and may only do so within the 15 days before a school election, special election, preferential primary election, or general election OR the 7 days before a runoff election. A bearer, administrator, or authorized agent must provide a current and valid photo ID to the county clerk and must sign the registry, under oath, when picking up or delivering an absentee ballot.

The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be guilty of perjury and subject to a fine of up to ten thousand dollars ($10,000) or imprisonment for up to ten (10) years, or both, under federal law. I certify under penalty of perjury that I am registered to vote, and that I am the person who is registered to vote.

123 Mary St.
Residential Address of Absentee Voter

Bryant AR 77022
City, State, and Zip Code

Jonathan Davidson
Printed Name of Absentee Voter

11/19/68
Date of Birth of Absentee Voter

501-123-4530
Phone Number of Absentee Voter

Jonathan Davidson
Signature of Absentee Voter

DEFS_066960

---

### ABSENTEE VOTER STATEMENT

**THIS VOTER STATEMENT SHALL BE COMPLETED AND RETURNED IN THE MAILING ENVELOPE OR THE ABSENTEE BALLOT WILL NOT BE COUNTED**

INCLUDE THE FOLLOWING ITEMS IN THE OUTER MAILING ENVELOPE:

1. My completed Voter Statement (This piece of paper)
2. Copy of my Required Photo ID
   o See instructions for a list of approved photo IDs

**SPECIAL REQUIREMENT FOR SOME FIRST TIME VOTERS:**
If I am a newly registered voter of this county and this is the first time I am voting in this county and I did not include my Ark. driver's license number, the last 4 digits of my social security on my application, nor did I provide qualifying document described here), I am enclosing a copy of a current and valid photo identification card or a current utility bill, bank statement, government check, paycheck, or other government document that shows my name and address. [Does not apply to UOCAVA voters.]

3. My Ballot Only Envelope Containing my Marked Ballot

| VOTER'S MAILING (Secondary) ADDRESS |
|---|
| USE ONLY IF YOU REQUESTED YOUR BALLOT BE MAILED TO AN ADDRESS OTHER THAN YOUR RESIDENTIAL ADDRESS LISTED IN BOX 2 |
| Street Address / P.O. Box |
| City          State          Zip Code |

| Box 1: VOTER'S PRINTED NAME | Box 3: VOTER'S DATE OF BIRTH | |
|---|---|---|
| Jon Davidson | 11   19   1968 | |
| MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED! | Month   Day   Year | |
| | MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED! | |

| Box 2: VOTER'S RESIDENTIAL VOTING ADDRESS |
|---|
| I CERTIFY THIS IS THE PHYSICAL ADDRESS (IN ARKANSAS) AT WHICH I RESIDE* AND IS THE SAME ADDRESS I LISTED ON MY APPLICATION FOR AN ABSENTEE BALLOT |
| 123 _aw Street |
| Street Address |
| Bryant          Arkansas          72022 |
| City          State          Zip Code |
| MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED! |

**Box 4:** Complete this Box if Your Ballot is Delivered by Any Third Party Other Than a Mail Service:

Daniel Shults
Printed Name of Designated Bearer, Agent, or Administrator

Daniel Shults
Signature of Designated Bearer, Agent, or Administrator

111 First Street
Address of Designated Bearer, Agent or Administrator

Bryant          AR          72022
City          State          Zip Code

**Box 5: REQUIRED ABSENTEE VOTER STATEMENT**
THE INFORMATION I HAVE PROVIDED IS TRUE TO THE BEST OF MY KNOWLEDGE UNDER PENALTY OF PERJURY. IF I HAVE PROVIDED FALSE INFORMATION, I MAY BE SUBJECT TO A FINE OF UP TO TEN THOUSAND DOLLARS ($10,000) OR IMPRISONMENT FOR UP TO TEN (10) YEARS, OR BOTH, UNDER FEDERAL OR STATE LAWS.

YOU MUST SIGN HERE AND PLACE THIS FORM IN THE OUTER MAILING ENVELOPE FOR YOUR VOTE TO BE COUNTED!

Signature of Absentee Voter

*If you are a US Citizen living outside the United States or an Absent Uniformed Services Voter living outside your county (as described in the enclosed instructions),