# Exercise A - Processing Absentee Ballots – Scenario 3

## ARKANSAS APPLICATION FOR ABSENTEE BALLOT
Revised 09/2021

TO COUNTY CLERK: _Saline County Clerk_
_215 N. Main St._
_Benton, AR_

**FOR OFFICE USE ONLY**
DATE: ___
REGISTRANT ID: ___
PRECINCT: ___

**INSTRUCTIONS TO VOTER: PLEASE MAKE ONLY ONE SELECTION FOR SECTIONS ONE (1) THROUGH FOUR (4).**

1. PLEASE SELECT A REASON FOR REQUESTING AN ABSENTEE BALLOT:
   - [X] I will be unavoidably absent from my polling site on Election Day, OR
   - [ ] I will be unable to attend the polls on Election Day because of an illness or physical disability, OR
   - [ ] I am a resident of a long-term care or residential facility licensed by the state.
2. PLEASE SELECT FROM THE FOLLOWING OPTIONS CONCERNING YOUR RESIDENCE:
   - [X] I currently reside with in the county in which I am registered to vote.
   - [ ] I currently reside outside of the county in which I am registered to vote.
   - [ ] I am a United States citizen residing outside of the territorial limits of the United States (UOCAVA).
   - [ ] I am an active service member of the United States armed services (UOCAVA).
   - [ ] I am a spouse or dependent of an active service member of the United States armed services (UOCAVA).
3. PLEASE SELECT THE ELECTION IN WHICH YOU WISH TO CAST AN ABSENTEE BALLOT:
   - [X] Preferential Primary/Nonpartisan Judicial General (held in the spring of even-numbered years).
     Party Preference (Circle One): Democratic     Republican     (Nonpartisan) (You will be sent a Judicial ballot only)
   - [ ] November General Election/Nonpartisan Judicial Runoff.
   - [ ] Annual School Election.
   - [ ] Special Election to be held on ___ (Date).

   You may qualify for:
   - [ ] All election for one calendar year (i.e., today's date through December 31st of the current year).
     - o In order to qualify for this option, you must be a voter with a disability, in a long-term or residential care facility, or living outside of the county in which you are registered to vote.
   - [ ] All elections through the next Federal General Election Cycle.
     - o In order to qualify for this option, you must be a UOCAVA voter (See Section 2 above).

4. PLEASE SELECT HOW YOU WISH TO RECEIVE YOUR BALLOT:
   - [ ] I will pick up my ballot from the office of the county clerk.
   - [ ] Email (available for UOCAVA voters only). My email address is: ___
   - [ ] Mail. Please send my ballot to the following address:
     ___
     ___
   - [X] Picked up via Designated Bearer, Administrator, or Authorized Agent:
     _Daniel Shultz_
     Printed Name of Bearer/Administrator/Agent
     _Daniel Shultz_ (signature)
     Signature of Bearer/Administrator/Agent

   Note: A designated bearer may obtain or deliver absentee ballots for no more than two (2) voters per election and may only do so within the 15 days before a school election, special election, preferential primary election, or general election OR the 7 days before a runoff election. A bearer, administrator, or authorized agent must provide a current and valid photo ID to the county clerk and must sign the register, include each, when picking up or delivering an absentee ballot.

The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be guilty of perjury and subject to a fine of up to ten thousand dollars ($10,000) or imprisonment for up to ten (10) years, or both, under federal law. I certify under penalty of perjury that I am registered to vote, and that I am the person who is registered to vote.

_123 Main St_
Residential Address of Absentee Voter
_Bryant, AR   72022_
City, State, and Zip Code
_Jonathan Davidson_
Printed Name of Absentee Voter

_11/19/68_
Date of Birth of Absentee Voter
_501 - 123 - 4530_
Phone Number of Absentee Voter
_Jonathan Davidson_ (signature)
Signature of Absentee Voter

DEFS_066961

---

## ABSENTEE VOTER STATEMENT

**THIS VOTER STATEMENT SHALL BE COMPLETED AND RETURNED IN THE MAILING ENVELOPE OR THE ABSENTEE BALLOT WILL NOT BE COUNTED**

INCLUDE THE FOLLOWING ITEMS IN THE OUTER MAILING ENVELOPE:

1. My completed Voter Statement (This piece of paper)
2. Copy of my Required Photo ID
   - o See instructions for a list of approved photo IDs

**SPECIAL REQUIREMENT FOR SOME FIRST TIME VOTERS:**
If I am a newly registered voter of this county and this is the first time I am voting in this county (and I did not include my Ark. driver's license number, the last 4 digits of my social security on my application, nor did I provide qualifying document described here), I am enclosing a copy of a current and valid photo identification card or a current utility bill, bank statement, government check, paycheck, or other government document that shows my name and address. [Does not apply to UOCAVA voters.]

3. My Ballot Only Envelope Containing my Marked Ballot

| Box 1: | **VOTER'S PRINTED NAME** | Box 3: | **VOTER'S DATE OF BIRTH** |
|---|---|---|---|

_Jon Davidson_

MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED!

Month     Day     Year

MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED!

**VOTER'S MAILING (Secondary) ADDRESS**
USE ONLY IF YOU REQUESTED YOUR BALLOT BE MAILED TO AN ADDRESS OTHER THAN YOUR RESIDENTIAL ADDRESS LISTED IN BOX 2

Street Address / P.O. Box

City     State     Zip Code

**Box 2:     VOTER'S RESIDENTIAL VOTING ADDRESS**
I CERTIFY THIS IS THE PHYSICAL ADDRESS (IN ARKANSAS) AT WHICH I RESIDE* AND IS THE SAME ADDRESS I LISTED ON MY APPLICATION FOR AN ABSENTEE BALLOT

_123 Main Street_
Street Address
_Bryant_     _Arkansas_     _72022_
City     State     Zip Code

MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED!

**Box 4:** Complete this Box if Your Ballot is **Delivered by Any Third Party Other Than a Mail Service:**

_Chris Madison_
Printed Name of Designated Bearer, Agent, or Administrator
_Chris Madison_ (signature)
Signature of Designated Bearer, Agent, or Administrator
_234 River Ave_
Address of Designated Bearer, Agent, or Administrator
_Benton_     _AR_     _72220_
City     State     Zip Code

**Box 5:  REQUIRED ABSENTEE VOTER STATEMENT**
THE INFORMATION I HAVE PROVIDED IS TRUE TO THE BEST OF MY KNOWLEDGE UNDER PENALTY OF PERJURY. IF I HAVE PROVIDED FALSE INFORMATION, I MAY BE SUBJECT TO A FINE OF UP TO TEN THOUSAND DOLLARS ($10,000) OR IMPRISONMENT FOR UP TO TEN (10) YEARS, OR BOTH, UNDER FEDERAL OR STATE LAWS.

_Jon Davidson_ (signature)
Signature of Absentee Voter

YOU MUST SIGN HERE AND PLACE THIS FORM IN THE OUTER MAILING ENVELOPE FOR YOUR VOTE TO BE COUNTED!

**Exhibit 3A**

# Scenario 3 Answer

- No DOB – Ballot cannot count

If DOB was listed

- Voter Statement bearer names does NOT match Application
- Ballot is made Provisional



ARKANSAS APPLICATION FOR ABSENTEE BALLOT
Revised 2021

TO COUNTY CLERK: Saline County Clerk
215 N. Main St.
Benton, AR

**FOR OFFICE USE ONLY**
DATE:
REGISTRANT ID:
PRECINCT:

INSTRUCTIONS TO VOTER: PLEASE MAKE ONLY ONE SELECTION FOR SECTIONS ONE (1) THROUGH FOUR (4).

1. PLEASE SELECT A REASON FOR REQUESTING AN ABSENTEE BALLOT:

[X] I will be unavoidably absent from my polling site on Election Day, OR
I will be unable to attend the polls on Election Day because of an illness or physical disability, OR
I am a resident of a long-term care or residential facility licensed by the state.

2. PLEASE SELECT FROM THE FOLLOWING OPTIONS CONCERNING YOUR RESIDENCE:

[X] I currently reside within the county in which I am registered to vote.
I currently reside outside of the county in which I am registered to vote.
I am a United States citizen residing outside of the territorial limits of the United States (UOCAVA).
I am on active service member of the United States armed services (UOCAVA).
I am a spouse or dependent of an active service member of the United States armed services (UOCAVA).

3. PLEASE SELECT THE ELECTION IN WHICH YOU WISH TO CAST AN ABSENTEE BALLOT:

[X] Preferential Primary/Nonpartisan Judicial General (held in the spring of even-numbered years).
Party Preference (Circle One): Democratic     Republican     Nonpartisan (You will be sent a Judicial ballot only)
November General Election/Nonpartisan Judicial Runoff.
Annual School Election.
Special Election to held on _____ (Date).

You may qualify...

4. PLEASE SELECT HOW YOU WISH TO RECEIVE YOUR BALLOT:

I will pick up my ballot from the office of the county clerk.
Email (provide... only). My email address is:
Mail. Please mail my ballot to the following address:

[X] Pickup via Designated Bearer, Administrator, or Authorized Agent:
Daniel Shultz                    Daniel Shultz
Printed Name of Bearer/Administrator/Agent     Signature of Bearer/Administrator/Agent

The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be guilty of perjury and subject to a fine of up to ten thousand dollars ($10,000) or imprisonment for up to ten (10) years, or both, under federal law. I certify under penalty of perjury that I am registered to vote, and that I am the person who is registered to vote.

123 Main St                    11/19/68
Residential Address of Absentee Voter     Date of Birth of Absentee Voter

Bryant, AR  72022              501-123-4530
City, State, and Zip Code      Phone Number of Absentee Voter

Jonathan Davidson              Jonathan Davidson
Printed Name of Absentee Voter     Signature of Absentee Voter

---

## ABSENTEE VOTER STATEMENT

THIS VOTER STATEMENT SHALL BE COMPLETED AND RETURNED IN THE MAILING ENVELOPE OR THE ABSENTEE BALLOT WILL NOT BE COUNTED

INCLUDE THE FOLLOWING ITEMS IN THE OUTER MAILING ENVELOPE:

1. My completed Voter Statement (This piece of paper)
2. Copy of my Required Photo ID
   o See instructions for a list of approved photo IDs

SPECIAL REQUIREMENT FOR SOME FIRST TIME VOTERS:
If I am a newly registered voter of this county and this is the first time I am voting in this county (and I did not include my Ark. driver's license number, the last 4 digits of my social security on my application, nor if I provide qualifying document described here), I am enclosing a copy of a current and valid photo identification card or a current utility bill, bank statement, government check, paycheck, or other government document that shows my name and address. [Does not apply to UOCAVA voter.]

3. My Ballot Only Envelope Containing my Marked Ballot

**VOTER'S MAILING (Secondary) ADDRESS**
USE ONLY IF YOU REQUESTED YOUR BALLOT BE MAILED TO AN ADDRESS OTHER THAN YOUR RESIDENTIAL ADDRESS LISTED IN BOX 2

Street Address / Box
City     State     Zip Code

**Box 1:     VOTER'S PRINTED NAME**
Jon Davidson
MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED!

**VOTER'S DATE OF BIRTH**
11     19     1968
Month     Day     Year
MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED!

**Box 2:     VOTER'S RESIDENTIAL VOTING ADDRESS**
I CERTIFY THIS IS THE PHYSICAL ADDRESS (IN ARKANSAS) AT WHICH I RESIDE* AND IS THE SAME ADDRESS I LISTED ON MY APPLICATION FOR AN ABSENTEE BALLOT

123 Main Street
Street Address

Bryant          Arkansas     72022
City             State        Zip Code

MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED!

**Box:  Complete this Box if Your Ballot is Delivered by Any Third Party Other Than a Mail Service:**
Chris Madison
Printed Name of Designated Bearer, Agent, or Administrator

Chris Madison
Signature of Designated Bearer, Agent, or Administrator

234 River Ave
Address of Designated Bearer, Agent, or Administrator

Benton          AR        72220
City             State      Zip Code

**Box 5:  REQUIRED ABSENTEE VOTER STATEMENT**
THE INFORMATION I HAVE PROVIDED IS TRUE TO THE BEST OF MY KNOWLEDGE UNDER PENALTY OF PERJURY. IF I HAVE PROVIDED FALSE INFORMATION, I MAY BE SUBJECT TO A FINE OF UP TO TEN THOUSAND DOLLARS ($10,000) OR IMPRISONMENT FOR UP TO TEN (10) YEARS, OR BOTH, UNDER FEDERAL OR STATE LAWS.

Jon Davidson
Signature of Absentee Voter

YOU MUST SIGN HERE AND PLACE THIS FORM IN THE OUTER MAILING ENVELOPE FOR YOUR VOTE TO BE COUNTED!

DEFS_066962

# Exercise A - Processing Absentee Ballots – Scenario 4

Jon Davidson

123 Main Street

Bryant, AR 72022



SALINE COUNTY CLERK

215 N. Main Street

Benton, AR 72015

*DESIGNATED BEARER*

Chris Madison

234 River Ave.

Benton

## ABSENTEE VOTER STATEMENT

### THIS VOTER STATEMENT SHALL BE COMPLETED AND RETURNED IN THE MAILING ENVELOPE OR THE ABSENTEE BALLOT WILL NOT BE COUNTED

INCLUDE THE FOLLOWING ITEMS IN THE OUTER MAILING ENVELOPE:

1. My completed Voter Statement (This piece of paper)
2. Copy of my Required Photo ID
   ○ See instructions for a list of approved photo IDs

SPECIAL REQUIREMENT FOR SOME FIRST TIME VOTERS:
*If I am a newly registered voter of this county and this is the first time I am voting in this county (and I did not include my Ark. driver's license number, the last 4 digits of my social security on my application, nor did I provide qualifying document described here), I am enclosing a copy of a current and valid photo identification card or a current utility bill, bank statement, government check, paycheck, or other government document that shows my name and address. [Does not apply to UOCAVA voters.]*

3. My Ballot Only Envelope Containing my Marked Ballot

**VOTER'S MAILING (Secondary) ADDRESS**
USE ONLY IF YOU REQUESTED YOUR BALLOT BE MAILED TO AN ADDRESS OTHER THAN YOUR RESIDENTIAL ADDRESS LISTED IN BOX 2

Street Address / P.O. Box

City                State        Zip Code

| Box 1: | VOTER'S PRINTED NAME | Box 3: | VOTER'S DATE OF BIRTH | | |
|---|---|---|---|---|---|
| | Jon Davidson | | 11 | 19 | 1968 |
| | MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED! | | Month | Day | Year |
| | | | MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED! | | |

**Box 2:  VOTER'S RESIDENTIAL VOTING ADDRESS**
I CERTIFY THIS IS THE PHYSICAL ADDRESS (IN ARKANSAS) AT WHICH I RESIDE* AND IS THE SAME ADDRESS I LISTED ON MY APPLICATION FOR AN ABSENTEE BALLOT

123   Main   Street
Street Address

Bryant                    Arkansas          72022
City                        State              Zip Code

MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED!

**Box 4: Complete this Box if Your Ballot is Delivered by Any Third Party Other Than a Mail Service:**

Daniel  Shults
Printed Name of Designated Bearer, Agent, or Administrator

Daniel   Shults
Signature of Designated Bearer, Agent, or Administrator

111   First   Street
Address of Designated Bearer, Agent, or Administrator

Bryant                    AR          72022
City                        State          Zip Code

**Box 5:  REQUIRED ABSENTEE VOTER STATEMENT**
THE INFORMATION I HAVE PROVIDED IS TRUE TO THE BEST OF MY KNOWLEDGE UNDER PENALTY OF PERJURY. IF I HAVE PROVIDED FALSE INFORMATION, I MAY BE SUBJECT TO A FINE OF UP TO TEN THOUSAND DOLLARS ($10,000) OR IMPRISONMENT FOR UP TO TEN (10) YEARS, OR BOTH, UNDER FEDERAL OR STATE LAWS.

Jon Davidson
Signature of Absentee Voter

YOU MUST SIGN HERE AND PLACE THIS FORM IN THE OUTER MAILING ENVELOPE FOR YOUR VOTE TO BE COUNTED!

# Scenario 4 Answer

- Designated Bearer on Envelope Does NOT Match the Voter Statement
- Ballot Must Be Made Provisional

## ABSENTEE VOTER STATEMENT

THIS VOTER STATEMENT SHALL BE COMPLETED AND RETURNED IN THE MAILING ENVELOPE OR THE ABSENTEE BALLOT WILL NOT BE COUNTED

**INCLUDE THE FOLLOWING ITEMS IN THE OUTER MAILING ENVELOPE:**

1. My completed Voter Statement (This piece of paper)
2. Copy of my Required Photo ID
   - See instructions for a list of approved photo IDs

**SPECIAL REQUIREMENT FOR SOME FIRST TIME VOTERS:** *If I am a newly registered voter of this county and this is the first time I am voting in this county (and I did not include my Ark. driver's license number, the last 4 digits of my social security on my application, nor did I provide qualifying document described here), I am enclosing a copy of a current and valid photo identification card or a current utility bill, bank statement, government check, paycheck, or other government document that shows my name and address. [Does not apply to UOCAVA voters.]*

3. My Ballot Only Envelope Containing my Marked Ballot

**VOTER'S MAILING (Secondary) ADDRESS**
USE ONLY IF YOU REQUESTED YOUR BALLOT BE MAILED TO AN ADDRESS OTHER THAN YOUR RESIDENTIAL ADDRESS LISTED IN BOX 2

t Address / P.O. Box
State Zip Code

**Box 1: VOTER'S PRINTED NAME**
Jon Davidson
MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED!

**Box 3: OTER'S DATE OF BIRTH**
1 19 1968
Mon Day Year
M PLETE FOR YOUR BALLOT TO BE COUNTED!

**Box 2: VOTER'S RESIDENTIAL VOTING ADDRESS**
I CERTIFY THIS IS THE PHYSICAL ADDRESS (IN ARKANSAS) AT WHICH I RESIDE* AND IS THE SAME ADDRESS I LISTED ON MY APPLICATION FOR AN ABSENTEE BALLOT
123 Main Street
Street Address
Bryant Arkansas 72022
City State Zip Code
MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED!

**Box 4: Co ete this Box if Your Ballot is Delivered by An Third Party Other Than a Mail Service:**
Daniel Shults
Printed Name of Designated Bearer, Agent, or Administrator
Daniel Shults
Signature of Designated Bearer, Agent, or Administrator
111 First Street
Address of Designated Bearer, Agent, or Administrator
Bryant AR 72022
City State Zip Code

**Box 5: REQUIRED ABSENTEE VOTER STATEMENT**
THE INFORMATION I HAVE PROVIDED IS TRUE TO THE BEST OF MY KNOWLEDGE UNDER PENALTY OF PERJURY. IF I HAVE PROVIDED FALSE INFORMATION, I MAY BE SUBJECT TO A FINE OF UP TO TEN THOUSAND DOLLARS ($10,000) OR IMPRISONMENT FOR UP TO TEN (10) YEARS, OR BOTH, UNDER FEDERAL OR STATE LAWS.

Jon Davidson
Signature of Absentee Voter

YOU MUST SIGN HERE AND PLACE THIS FORM IN THE OUTER MAILING ENVELOPE FOR YOUR VOTE TO BE COUNTED!

# Exercise A - Processing Absentee Ballots – Scenario 5

## ARKANSAS APPLICATION FOR ABSENTEE BALLOT
Revised 09/2021

TO COUNTY CLERK: Saline Co. Clerk
215 N. Main Street
Benton, AR

| FOR OFFICE USE ONLY | |
|---|---|
| DATE: | |
| REGISTRANT ID: | |
| PRECINCT: | |

**INSTRUCTIONS TO VOTER:** PLEASE MAKE ONLY ONE SELECTION FOR SECTIONS ONE (1) THROUGH FOUR (4).

1. PLEASE SELECT A REASON FOR REQUESTING AN ABSENTEE BALLOT:
   - ☒ I will be unavoidably absent from my polling site on Election Day, OR
   - ☐ I will be unable to attend the polls on Election Day because of an illness or physical disability, OR
   - ☐ I am a resident of a long-term care or residential facility licensed by the state.
2. PLEASE SELECT FROM THE FOLLOWING OPTIONS CONCERNING YOUR RESIDENCE:
   - ☒ I currently reside within the county in which I am registered to vote.
   - ☐ I currently reside outside of the county in which I am registered to vote.
   - ☐ I am a United States citizen residing outside of the territorial limits of the United States (UOCAVA).
   - ☐ I am an active service member of the United States armed services (UOCAVA).
   - ☐ I am a spouse or dependent of an active service member of the United States armed services (UOCAVA).
3. PLEASE SELECT THE ELECTION IN WHICH YOU WISH TO CAST AN ABSENTEE BALLOT:
   - ☐ Preferential Primary/Nonpartisan Judicial General (held in the spring of even-numbered years).
     Party Preference (Circle One): Democratic     Republican     Nonpartisan (You will be sent a Judicial ballot only)
   - ☐ November General Election/Nonpartisan Judicial Runoff
   - ☒ Annual School Election.
   - ☐ Special Election (to be held on _____ (Date).

   **You may qualify for:**
   - ☐ All elections for one calendar year (i.e., today's date through December 31st of the current year).
     - ○ In order to qualify for this option, you must be a voter with a disability, or living in a long-term or residential care facility, or living outside of the county in which you are registered to vote.
   - ☐ All elections through the next Federal General Election Cycle.
     - ○ In order to qualify for this option, you must be a UOCAVA voter (See Section 2 above).

4. PLEASE SELECT HOW YOU WISH TO RECEIVE YOUR BALLOT:
   - ☐ I will pick up my ballot from the office of the county clerk.
   - ☐ Email (available for UOCAVA voters only). My email address is: _____
   - ☒ Mail. Please send my ballot to the following address:
     123 Main St.
     Bryant, AR   72022

   - ☐ Picked up via Designated Bearer, Administrator, or Authorized Agent.

   Printed Name of Bearer/Administrator/Agent          Signature of Bearer/Administrator/Agent

   Note: A designated bearer may obtain or deliver absentee ballots for no more than two (2) voters per election and may only do so within the 15 days before a school election, special election, preferential primary election, or general election OR the 7 days before a runoff election. A bearer, administrator, or authorized agent must provide a current and valid photo ID to the county clerk and must sign the register, under oath, when picking up or delivering an absentee ballot.

   The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be guilty of perjury and subject to a fine of up to ten thousand dollars ($10,000) or imprisonment for up to ten (10) years, or both, under federal law. I certify under penalty of perjury that I am registered to vote, and that I am the person who I registered to vote.

   123 Main St.
   Residential Address of Absentee Voter

   Bryant, AR   72022
   City, State, and Zip Code

   Jonathan Davidson
   Printed Name of Absentee Voter

   11/19/68
   Date of Birth of Absentee Voter

   501-123-4530
   Phone Number of Absentee Voter

   Jonathan Davidson
   Signature of Absentee Voter

---

## ABSENTEE VOTER STATEMENT

### THIS VOTER STATEMENT SHALL BE COMPLETED AND RETURNED IN THE MAILING ENVELOPE OR THE ABSENTEE BALLOT WILL NOT BE COUNTED

INCLUDE THE FOLLOWING ITEMS IN THE OUTER MAILING ENVELOPE:

1. My completed Voter Statement (This piece of paper)
2. Copy of my Required Photo ID
   - ○ See instructions for a list of approved photo IDs

**SPECIAL REQUIREMENT FOR SOME FIRST TIME VOTERS:**
If I am a newly registered voter of this county and this is the first time I am voting in this county (and I did not include my Ark. driver's license number, the last 4 digits of my social security on my application, nor did I provide qualifying document described here), I am enclosing a copy of a current and valid photo identification card or a current utility bill, bank statement, government check, paycheck, or other government document that shows my name and address. [Does not apply to UOCAVA voters.]

3. My Ballot Only Envelope Containing my Marked Ballot

| VOTER'S MAILING (Secondary) ADDRESS |
|---|
| USE ONLY IF YOU REQUESTED YOUR BALLOT BE MAILED TO AN ADDRESS OTHER THAN YOUR RESIDENTIAL ADDRESS LISTED IN BOX 2 |
| Street Address / P.O. Box |
| City          State          Zip Code |

| **Box 1:** VOTER'S PRINTED NAME | **Box 3:** VOTER'S DATE OF BIRTH |
|---|---|
| Jon Davidson | 11    19    1968 |
| MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED! | Month   Day   Year |
| | MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED! |

**Box 2:** VOTER'S RESIDENTIAL VOTING ADDRESS

I CERTIFY THIS IS THE PHYSICAL ADDRESS (IN ARKANSAS) AT WHICH I RESIDE* AND IS THE SAME ADDRESS I LISTED ON MY APPLICATION FOR AN ABSENTEE BALLOT

P.O. Box 310
Street Address

Bryant          Arkansas          72021
City               State              Zip Code

MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED!

**Box 4:** Complete this Box if your Ballot is Delivered by Any Third Party Other Than a Mail Service:

Printed Name of Designated Bearer, Agent, or Administrator

Signature of Designated Bearer, Agent, or Administrator

Address of Designated Bearer, Agent, or Administrator

City          State          Zip Code

**Box 5:** REQUIRED ABSENTEE VOTER STATEMENT

THE INFORMATION I HAVE PROVIDED IS TRUE TO THE BEST OF MY KNOWLEDGE UNDER PENALTY OF PERJURY. IF I HAVE PROVIDED FALSE INFORMATION, I MAY BE SUBJECT TO A FINE OF UP TO TEN THOUSAND DOLLARS ($10,000) OR IMPRISONMENT FOR UP TO TEN (10) YEARS, OR BOTH, UNDER FEDERAL OR STATE LAWS.

Jonathan Davidson
Signature of Absentee Voter

YOU MUST SIGN HERE AND PLACE THIS FORM IN THE OUTER MAILING ENVELOPE FOR YOUR VOTE TO BE COUNTED!

DEFS_066965

# Scenario 5 Answer

- Voter Statement Residential Address does NOT match Application
- Ballot Cannot be Counted

---

## ARKANSAS APPLICATION FOR ABSENTEE BALLOT
Revised 09/2021

TO COUNTY CLERK: Saline Co. Clerk
215 N. Main Street
Benton, Ark

**FOR OFFICE USE ONLY**
DATE: _____
REGISTRANT ID: _____
PRECINCT: _____

**INSTRUCTIONS TO VOTER: PLEASE MAKE ONLY ONE SELECTION FOR SECTIONS ONE (1) THROUGH FOUR (4).**

1. PLEASE SELECT A REASON FOR REQUESTING AN ABSENTEE BALLOT:
   - ☒ I will be unavoidably absent from my polling site on Election Day, OR
   - ☐ I will be unable to attend the polls on Election Day because of an illness or physical disability, OR
   - ☐ I am a resident of a long-term care or residential facility licensed by the state.

2. PLEASE SELECT FROM THE FOLLOWING OPTIONS CONCERNING YOUR RESIDENCE:
   - ☒ I currently reside within the county in which I am registered to vote.
   - ☐ I currently reside outside of the county in which I am registered to vote.
   - ☐ I am a United States citizen residing outside of the territorial limits of the United States (UOCAVA).
   - ☐ I am an active service member of the United States armed services (UOCAVA).
   - ☐ I am a spouse or dependent of an active service member of the United States armed services (UOCAVA).

3. PLEASE SELECT THE ELECTION IN WHICH YOU WISH TO CAST AN ABSENTEE BALLOT:
   - ☐ Preferential Primary/Nonpartisan Judicial General (held in the spring of even-numbered years).
     Party Preference (Circle One): Democratic    Republican    Nonpartisan (You will be sent a Judicial ballot only)
   - ☐ November General Election/Nonpartisan Judicial Runoff.
   - ☒ Annual School Election.
   - ☐ Special Election to be held on _____ (Date).

   **You may qualify for:**
   - ☐ All elections for one calendar year (i.e., today's date through December 31st of the current year).
     o In order to qualify for this option, you must be a voter with a disability, in a long-term or residential care facility, or living outside of the county in which you are registered to vote.
   - ☐ All elections through the next Federal General Election Cycle.
     o In order to qualify for this option, you must be a UOCAVA voter (See Section 2 above).

4. PLEASE SELECT HOW YOU WISH TO RECEIVE YOUR BALLOT:
   - ☐ I will pick up my ballot from the office of the county clerk.
   - ☐ Email (for UOCAVA voters only). My email address is: _____
   - ☒ Mail. Please mail my ballot to the following address:
     1 Main St.
     wt, AR 72022
   - ☐ Picked up _____
     Designated Bearer, Administrator, or Authorized Agent.

Printed Name of _____    Administrator/Agent    Signature of Bearer/Administrator/Agent

Note: A designated bearer may obtain or deliver absentee ballots for no more than two (2) voters per election and may only do so within the 15 days before a special election, preferential primary election, or general election OR the 7 days before a runoff election. A bearer, administrator, or agent must provide a current and valid photo ID to the county clerk and must sign the register, under oath, when picking up or delivering an absentee ballot.

The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be guilty of perjury and subject to a fine of up to one thousand dollars ($10,000) or imprisonment for up to ten (10) years, or both, under federal law. I certify under penalty of perjury that I am registered to vote, and that I am the person who is registered to vote.

123 Main St.
Residential Address of Absentee Voter

Benton, AR    72022
City, State, and Zip Code

Jonathan Davidson
Printed Name of Absentee Voter

11/19/68
Date of Birth of Absentee Voter

501-123-4530
Phone Number of Absentee Voter

Jonathan Davidson
Signature of Absentee Voter

---

## ABSENTEE VOTER STATEMENT

**THIS VOTER STATEMENT SHALL BE COMPLETED AND RETURNED IN THE MAILING ENVELOPE OR THE ABSENTEE BALLOT WILL NOT BE COUNTED**

**INCLUDE THE FOLLOWING ITEMS IN THE OUTER MAILING ENVELOPE:**

1. My completed Voter Statement (This piece of paper)
2. Copy of my Required Photo ID
   o See instructions for a list of approved photo IDs

**SPECIAL REQUIREMENT FOR SOME FIRST TIME VOTERS:**
*If I am a newly registered voter of this county and this is the first time I am voting in this county (and I did not include my Ark. driver's license number, the last 4 digits of my social security on my application, nor did I provide qualifying document described here), I am enclosing a copy of a current and valid photo identification card or a current utility bill, bank statement, government check, paycheck, or other government document that shows my name and address. [Does not apply to UOCAVA voters.]*

**VOTER'S MAILING (Secondary) ADDRESS**
USE ONLY IF YOU REQUESTED YOUR BALLOT BE MAILED TO AN ADDRESS OTHER THAN YOUR RESIDENTIAL ADDRESS LISTED IN BOX 2

Street Address / P.O. Box _____

City _____ State _____ Zip Code _____

3. My Ballot Only Envelope Containing my Marked Ballot

| Box 1: | VOTER'S PRINTED NAME | Box 3: | VOTER'S DATE OF BIRTH |
|---|---|---|---|
| | Jon D. Hudson | | 11   19   1968 |
| | MUST COMPLETE FOR BALLOT TO BE COUNTED | | Month   Day   Year   MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED |

| Box 2: | VOTER'S RESIDENTIAL VERIFIED ADDRESS | Box 4: Complete this Box if Your Ballot is Delivered by Any Third Party Other Than a Mail Service: |
|---|---|---|
| | I CERTIFY THIS IS THE ACTUAL ADDRESS (IN ARKANSAS) AT WHICH I RESIDE* AND IS THE SAME ADDRESS I LISTED ON MY APPLICATION FOR AN ABSENTEE BALLOT | Printed Name of Designated Bearer, Agent, or Administrator |
| | P.O. Box 310    Street Address | Signature of Designated Bearer, Agent, or Administrator |
| | Bryant    Arkansas    72021    City   State   Zip Code | Address of Designated Bearer, Agent, or Administrator |
| | MUST COMPLETE FOR YOUR BALLOT TO BE COUNTED | City   State   Zip Code |

**Box 5: REQUIRED ABSENTEE VOTER STATEMENT**
THE INFORMATION I HAVE PROVIDED IS TRUE TO THE BEST OF MY KNOWLEDGE UNDER PENALTY OF PERJURY. IF I HAVE PROVIDED FALSE INFORMATION, I MAY BE SUBJECT TO A FINE OF UP TO TEN THOUSAND DOLLARS ($10,000) OR IMPRISONMENT FOR UP TO TEN (10) YEARS, OR BOTH, UNDER FEDERAL OR STATE LAWS.

Jonathan Davidson
Signature of Absentee Voter

YOU MUST SIGN HERE AND PLACE THIS FORM IN THE OUTER MAILING ENVELOPE FOR YOUR VOTE TO BE COUNTED!

# Results - Election Night p. 81

## At the Polls

- **PWs Announce Closure of the Poll @ 7:30pm**
  - Voters in line Must be allowed to Vote

- **PWs Close Voting Equipment in View of Public**
  - Produce 3 Results Tapes

- **PWs Sign all Three Results Tapes**
  - Post One on Wall of Poll
  - Allow Public to Read

- **Return other results tapes and election media to the CBEC Central Counting Location**

## At the Central Counting Location

- **Compile electronic countywide totals from election media**

- **Declare preliminary and unofficial results for state & federal elections, including a count of outstanding UOCAVA ballots & provisional ballots**

- **Report precinct results to the SOS via the election night reporting interface**
  - Report Early and Absentee "as soon as Practical"
  - Report Each Precinct (or vote center) as they become available
- **ALL OPEN TO PUBLIC**

DEFS_066967

# GO HOME AND SLEEP!

DEFS_066968

# Official Results – Post Election p. 81-82

▶ **CBEC MUST:**

- **Manually compile countywide totals from polling sites' certified return records (Signed Results Tapes)**

- **Verify that the Manually Compiled totals match the Electronically Compiled Totals Reported on Election Night**

- **Add Valid Write-in Votes (General Election Only)**
  - Only Write-ins votes of Candidates who have filed for office during the filing period shall be counted
  - **No write-in for Municipal races**

- **Produce a results tape from each voting machine used**

- **Process All Provisional Ballots**

- **Certify the Election and Submit Results to SOS by:**
  - **Primary (10 Days)**
  - **General (15 Days)**

DEFS_066969

# Processing Provisional Ballots – Generally *p. 82*

- **PRIOR TO CBEC REVIEW: County Clerk Must Certify whether the Name, Address, and date of birth provided by the voter match the voter registration records.**

- **PRELIMINARY REVIEW: CBEC performs a Preliminary Review within days of the election**
  - Based on all information available, the CBEC must make an initial determination regarding whether the provision ballot can be counted.
- **FINAL REVIEW:**
  - **ID RELATED PROVISIONAL BALLOT: Post Presentiment?**
  - **GENERAL PROVISIONAL BALLOT: New Information at hearing?**
- **NOTICE TO VOTER:  All Provisional Voters by First Class Mail**
  - Whether His or her vote was counted
  - Reason not counted
- **Additional info for ABSENTEE voters if able to send prior to Deadline**
  - Vote will not be counted unless further action is taken
  - Date, time, & place for hearing
    - **OR**
  - How to verify voter registration after the election

DEFS_066970

# Processing Provisional Ballots

## ID Related Provisional

- Shall Be Counted if:
  - Voter Presents a qualifying Photo ID to Verify their Voter Registration to the County Clerk or SBEC before Noon on the Monday Following the Election

  And

  - The Ballot is not disqualified for a Traditional Provisional Ballot Issue

## Traditional Provisional*

- Shall Be Counted if:
  - It was cast by a registered voter;
  - The voter was qualified to vote in all the issues and races on his or her ballot based on the physical location of the voter's registration; and
  - The Voter had not already cast a ballot in the election
- And the Ballot is not rejected for an ID Related Provisional Ballot Issue

  *Includes 1st Time Voter's alternate ID Requirement*

DEFS_066971

# Processing Provisional Ballots

- **Timing of Hearing:**
  - IF PRIOR to noon on Monday (following the election) - ID Related provisional voters can present ID in the hearing
  - IF AFTER noon on Monday - Post Presentiment not possible but this may be preferable in order to ensure notices to absentee provisional voters have time to reach local absentee voters.
- **Fewest Necessary Meetings:**
  - **Hearing for General Provisional Ballots to be held at 11:30 on the Monday following the election.**
  - **ID Related Provisional Ballots processed after 12 noon**
    - Must Ensure County Clerk has provided a list of all voters who have presented sufficient Photo ID after the Election
  - **Cannot Certify Election if UOCAVA Ballots are pending**

DEFS_066972

# Counting Provisional Ballots *p. 82*

- **Once the CBEC determines which ballot are to be counted it must:**
  - Complete Commission portion of the List of Provisional Voters;
  - OR attest to a comprehensive list that shows the disposition of each provisional ballot
- **Election Official Opens "provisional ballot envelope"**
- **Place Sealed inner envelope in a ballot box**
- **After all ballot to be counted are processed mix the ballot secrecy envelopes**
- **Open ballot secrecy envelopes and count ballots**

DEFS_066973

Processing Provisional Voting

# EXERCISE B – SCENARIO 1

DEFS_066974

# Exercise B - Processing Provisional Ballots

- **1: Preliminary Review of Provisional Ballot**
  - **ID Related Provisional**
  - **Signed "Provisional Voter Eligibility Affirmation"**
  - What is the proper Course of Action?
- **Answer:**
  - Categorize ballot as NOT counted and set aside until final review of provisional ballots
  - Send voter notice via first class mail that explains that his or her ballot was not counted and that the voter is required to present Photo ID to the County Clerk no later than Noon on the Monday following the election or their vote will not be counted.

DEFS_066975

Processing Provisional Voting

# EXERCISE B – SCENARIO 2

DEFS_066976

# Exercise B - Processing Provisional Ballots

- **2: Preliminary Review of Provisional Ballot**
  - **ID Related Provisional**
  - **Not on Precinct Voter Registration List**
  - **Signed "Provisional Voter Eligibility Affirmation"**
- What is the proper Course of Action?
- **Answer**:
  - Count the ballot.
  - Send voter notice via first class mail that informs the voter that his or her vote was counted.

DEFS_066977

Processing Provisional Voting

# EXERCISE B – SCENARIO 3

DEFS_066978

# Exercise B - Processing Provisional Ballots

- **3: Preliminary Review of Provisional Ballot**
  - **Non-ID Related Provisional**
  - **Signed "Provisional Voter Eligibility Affirmation"**
  - **Made Provisional due to  poll watcher challenge**
  - **County Clerk Certified that the name, address, and date of birth match the Voter Registration Database**
- What is the proper Course of Action?
- **Answer**:
  - Count the ballot.
  - Send voter notice via first class mail that informs the voter that his or her vote was counted.

DEFS_066979

Processing Provisional Voting

# EXERCISE B – SCENARIO 4

DEFS_066980

# Exercise B - Processing Provisional Ballots

- **4: Preliminary Review of Provisional Ballot**
  - **Non-ID Related Provisional**
  - **Failed to Signed "Provisional Voter Eligibility Affirmation"**
  - **Made Provisional due to the voter being marked as having been sent an Absentee Ballot**
  - **Clerk Certifies that no Absentee Ballot was received for this voter**
- What is the proper Course of Action?
- **Answer**:
  - Reject the Ballot.
  - Send voter notice that his or her ballot was rejected because the voter did not sign the Provisional Voter Eligibility Affirmation.

DEFS_066981

Processing Provisional Voting

# EXERCISE B – SCENARIO 5

DEFS_066982

# Exercise B - Processing Provisional Ballots

- **5: Final Review of Provisional Ballot**
  - **Non-ID Related Provisional**
  - **Signed "Provisional Voter Eligibility Affirmation"**
  - **Provisional Because Name was not in Poll Book**
  - **County Clerk Certified that the name, address, and date of birth were not found in the Voter Registration Database**
  - **Voter did not appear in the CBEC Hearing**
- What is the proper Course of Action?
- **Answer**:
  - Reject the ballot.

DEFS_066983

# Recounts & Declaring Nominees/Winners

## RECOUNTS *p. 87-89*

▶ **Conduct if requested timely by candidate or on <u>motion of CBEC</u>**
- **Within 2 days of reporting unofficial results in most cases**
- **Before certification if the number of outstanding overseas absentee ballots could dictate the outcome**

▶ Candidate requesting recount
- **Pays estimated actual cost before a recount is conducted - 1 recount per candidate per election**
- **Cost - no more than 25¢ per vote cast <u>OR</u> $2,500 for the whole county**

▶ Certify results of last recount

## WINNERS
- **May Primary candidates – majority votes to be nominee**
- **Judicial and Prosecutor offices – majority votes**
- **General elections - win by plurality (except some municipal & county races)**
- **Municipal races only - general election runoff trigger (40%/20% Rule)**

DEFS_066984

# Certifying Results for State and Federal Elections *p. 92-93*

<u>Reminder:</u>  Conduct a provisional voter hearing <u>before</u> certifying

▶ **Certified Official Results**
- ▪ **Transmit electronically to SOS**
- ▪ **Sign & mail hard copy of abstract of returns to SOS**
- ▪ **Between 48 hours and 10 days after:**
  - • **May primary and runoff**
- ▪ **Between 48 hours & 15 days after November General**

▶ **Election Contests** *(p. 94-95)*
- ▪ **May be filed in court by a candidate or 10 citizens within 20 days <u>after certification</u>**

DEFS_066985

# Preserve Election Materials & Equipment *p. 95-97*

- ▶ Secure voting machines, audit logs, and VVPATs
- ▶ Preserve ballots, certificates, and all other election materials in a secure location in the courthouse or other secure storage facility
- ▶ Seal ballots – <u>DO NOT OPEN</u> except by court order
  - ▶ OR if Directed to DO so by the SBEC for AUDIT Purposes

- ▶ Destruction of Election Related Material
  - ▪ Felony to destroy -- Keep everything
    - • Ballots, stubs, voter statements, absentee ballot lists & applications, <u>ENVELOPES</u> and other ballot related material



DEFS_066986

# Ballot Disposition Report

- Must be Filed with SBEC within 30 days of an Election
- Required by Act 1022
- Documents the number of votes cast, counted, and rejected along with the reasons for any rejection
- Excel Sheet Calculates all shaded fields

## Ballot Disposition Report

| Election Type | Date of Election | Cnty. Conducting Election |
|---|---|---|
| | | |

If applicable, list the Cnty, Cty(s), or School(s) for which a School Election or Special Election was h

**Provisional Ballots**

1) 0 Total Number of Provisional Ballots

2) Number of Provisional Ballots Cast - Early Voting

3) Number of Provisional Ballots Cast - Election Day Voting

4) 0 * Total Number of In-Person Provisional Ballots C

Reasons for Casting In-Person Provisional Ballots

A) Failure to Satisfy General ID Requirement
B) Failure to Satisfy First Time / Flagged ID Requirement
C) Voter did not Appear on the PVR List (Poll Book)
D) Voters Marked as Having Been Sent an Absentee Ballo
E) Voter Marked as Having Already Voted
F) Voter Requests to Vote an Alternative Ballot
G) Ballot Cast during Court Ordered Extended Voting
H) Poll Watcher Challenge

5) * Total Number of Absentee Ballots Made Provisio

Reasons Absentee Ballot was made Provisional

A) Failure to Satisfy General ID Requirement
B) Failure to Satisfy First Time / Flagged ID Requirement
C) Bearer, Agent, or Admin. Name Differed (envelope to voter statement
D) Bearer's Name Differed (application to voter statement)

DEFS_066987