# Certifying Results for State and Federal Elections *p. 92-93*

<u>Reminder:</u> Conduct a provisional voter hearing <u>before</u> certifying

▶ **Certified Official Results**
- Transmit electronically to SOS
- Sign & mail hard copy of abstract of returns to SOS
- Between 48 hours and 10 days after:
  - May primary and runoff
- Between 48 hours & 15 days after November General

▶ **Election Contests** *(p. 94-95)*
- May be filed in court by a candidate or 10 citizens within 20 days <u>after certification</u>

DEFS_066985

**Exhibit 3A**

# Preserve Election Materials & Equipment *p. 95-97*

- Secure voting machines, audit logs, and VVPATs
- Preserve ballots, certificates, and all other election materials in a secure location in the courthouse or other secure storage facility
- Seal ballots – <u>DO NOT OPEN</u> except by court order
    - OR if Directed to DO so by the SBEC for AUDIT Purposes

- Destruction of Election Related Material
    - Felony to destroy -- Keep everything
        - Ballots, stubs, voter statements, absentee ballot lists & applications, <u>ENVELOPES</u> and other ballot related material



DEFS_066986

# Ballot Disposition Report

- Must be Filed with SBEC within 30 days of an Election
- Required by Act 1022
- Documents the number of votes cast, counted, and rejected along with the reasons for any rejection
- Excel Sheet Calculates all shaded fields

## Ballot Disposition Report

| Election Type | Date of Election | Cnty. Conducting Election |
|---|---|---|
| | | |

If applicable, list the Cnty, Cty(s), or School(s) for which a School Election or Special Election was h

**Provisional Ballots**

1) 0 Total Number of Provisional Ballots

2) Number of Provisional Ballots Cast - Early Voting

3) Number of Provisional Ballots Cast - Election Day Voting

4) 0 * Total Number of In-Person Provisional Ballots C

Reasons for Casting In-Person Provisional Ballots

A) Failure to Satisfy General ID Requirement
B) Failure to Satisfy First Time / Flagged ID Requirement
C) Voter did not Appear on the PVR List (Poll Book)
D) Voters Marked as Having Been Sent an Absentee Ballo
E) Voter Marked as Having Already Voted
F) Voter Requests to Vote an Alternative Ballot
G) Ballot Cast during Court Ordered Extended Voting
H) Poll Watcher Challenge

5) * Total Number of Absentee Ballots Made Provisio

Reasons Absentee Ballot was made Provisional

A) Failure to Satisfy General ID Requirement
B) Failure to Satisfy First Time / Flagged ID Requirement
C) Bearer, Agent, or Admin. Name Differed (envelope to voter statement
D) Bearer's Name Differed (application to voter statement)

DEFS_066987



# 2022 General Post Election Audit

## Each County Must

- Keep the ballot scanned through each DS 200 Tabulator separated from all other ballots
  - Container Must be Labeled
  - Must have Certified Results Tape for each batch of DS 200 processed ballots
- Make These items available if randomly selected by the SBEC
  - Will be notified within 2 months of the election if you are selected

## Process of Conducting Audit

- Audit will be conducted by SBEC Staff
- Audit of the Equipment, NOT County Election Officials
- Audit will compare paper ballots to Electronic Tabulation of those ballots
- Designed to Build Public Confidence in the Integrity of our Elections
- SBEC will Issue a Report with the Findings of the Audit

DEFS_066988

# SCHOOL & SPECIAL ELECTIONS and MISCELLANEOUS

## SCHOOL ELECTIONS

## SPECIAL ELECTIONS

## ENFORCING ELECTION LAWS

## REIMBURSEMENT

DEFS_066989

# School Elections *p.101-105*

## *Annual School Election*

### Held with the Primary or General Election in 2022

- **2023 - Held on the 3rd Tuesday in May or the 1st Tuesday after the 1st Monday in November.**

- **School Boards must notify the County Clerk of the School Election date at least 100 days before Candidate Filing for the Primary Election if they are wishing to change the date of the previous election.**

- **School District to provide County Clerk with Ballot Language "as soon as that language becomes available"**
    - Special School Elections – Clerk must forward the calling document to each non-domicile county clerks

DEFS_066990

# School Elections

## Candidate Filing

- **May Election:** During the Primary Candidate Filing period
- **November Election:** During one week Filing period ending 90 day before election (August 3rd) (Act 349)
- The Domicile County's Clerks will submit the certified candidates & ballot questions to CBECs for each county the District has Territory

## Election By Candidate

- For **2023**: if only 1 candidate files and no millage on ballot you can have an Election by Candidate – Candidate only cast ballot for themselves (Act 448)

## CBEC Certification of Results

- CBEC's of Each County in the District Shall certify the election results for all offices & issues to the Domicile County's Clerks
- The CBEC must wait until the final certification to Submit Results
- The County Clerk of the Domicile County will combine the vote totals from each county and declare the outcome of the election.

DEFS_066991

# School Elections

- **Runoff Election**
  - No candidate receives majority of votes or tie vote
- **Election Expenses**

*Even Years*
- **School Districts shall reimburse each county for "Additional Costs" of holding the election with the primary/general** *(see SBEC rule)*

*Odd Years*
- **District pays for its poll workers & remaining costs based on formula in Title 6**

- **County Election Commissioner & Poll Workers CAN NOW** be paid employees of school district holding election

DEFS_066992

# Special Elections *p. 105-110*

**Special elections are usually called to fill vacancies or approve measures**

- ▶ **Calling Document**
  - Vacancies in state/federal/district office OR State measures
    - Filed with SOS
  - Vacancies in local offices OR Local measures
    - Filed with County Clerk
  - Immediately transmitted to CBEC where election is to be held
  - Published in newspaper of general circulation

- ▶ **Held Quarterly on 2nd Tuesday of the second month unless:** (Act 610)
  - Conflicts w/ Holiday = 3rd Tuesday
  - Primary or General = Held on Same Date
  - An Emergency is Declared = 2nd Tuesday of any Month
  - Governor Calls to fill Vacancy = 2nd Tuesday of any Month

- ▶ **If ONLY 1 candidate and no other office or issue on ballot:**
  - Can open ONLY 1 poll or, open NO poll & conduct by absentee & early voting

DEFS_066993

# Enforcing Election Laws *p. 97-98*

- **CBEC**
  - Investigate written complaints about voting machine malfunction and forward to SOS
  - Forward all written complaints alleging election law violations to the SBEC
  - Review PVR lists or Provisional Voter Envelopes for voters not providing ID
    - Forward information to Prosecuting Attorney, if deemed necessary
    - Refer questionable provisional ballot information to Prosecuting Attorney, if deemed necessary

- **SBEC**
  - Election Monitors – SBEC is required to have one per congressional district to monitor election process and report observations to Board
  - Written complaints of election law violations

DEFS_066994

# STRUCTURE AND FUNCTION OF THE CBEC

## ORGANIZATION

## WHO MAY SERVE

## POLITICAL RESTRICTIONS ON CBEC MEMBERS

## CONDUCT OF CBEC MEETINGS

DEFS_066995

# County Board of Election Commissioners *p. 13-14*

- **Composition**
    - Elected in January of every odd year by county committee
    - Must meet by 2/28 of odd year to hold organizational meeting and elect a chair

- **Financial Disclosure –**

- **CBECs MUST:**
    - Be a qualified elector
    - Be able to read & write English
    - Be a resident of the county
    - Take oath within 30 days of selection and file with County Clerk
    - Attend mandatory training conducted by SBEC
    - Must file a Financial Disclosure form w/ SOS by January 31



DEFS_066996

# CBEC Restrictions *p. 14-15*

- **A CBEC must NOT:**
  - Participate in the campaign of any candidate seeking election in the county that falls under the CBEC's jurisdiction/authority
  - Manage a campaign
  - Perform labor for a campaign
  - Solicit on behalf of a candidate or campaign
  - Pass out or place handbills, signs, or other literature concerning a candidate's campaign
  - Assist a candidate's campaign at a rally or parade
  - Display candidate placards or signs on an automobile

- **A CBEC MAY:**
  - Make a financial contribution to a candidate
  - Attend a political party's state, district, or county meeting where a candidate or issue advocate speaks as a member of the audience
  - Participate in a political party convention

DEFS_066997

# CBEC Restrictions



## CBECs still must NOT:

- Be the Chair or Secretary of a county political party (Act 966)
- Be guilty of violating any election law
- Be a candidate (except county committee) while serving
- Be a paid employee of any political party or of any candidate running for any office on the county's ballot
- Be employed by a company doing business with the CBEC
- Be married or related to a candidate running for office while serving, if an objection is made
- Be the Spouse of a Chair of a county political party, or of another CBEC member, if an objection is made (Act 258)

DEFS_066998

# Commission Meetings *p. 19-20*



- **Only the chair can call a meeting**
  - Must provide reasonable notice to other members

- **Notice to Media is required** (minimum 2 hrs.)

- **2 concurring votes decide most questions**
  - **unanimous vote is required for polling place selection and off-site EV locations**

- **Must keep minutes & file with County Clerk**
  - All meetings must be recorded (audio or video) – must be retained and available for 1 year
  - Filed w/in 120 days of the meeting or 10 days of the following meeting

DEFS_066999

# Commission Assistance

- Commissioners are deemed to be county officials and are immune from tort liability
- If Commissioners require legal representation, you may use your County Prosecuting Attorney
- County Commissions are prohibited from accepting private funds or any funding outside of governmental sources (Act 961)

DEFS_067000

# REIMBURSEMENT

- **ELECTION EXPENSES**
    State Board of Election Commissioners will have trainings for Reimbursement of Election Expenses

**SBEC RULES ON STATE-FUNDED EXPENSES**
www.arkansas.gov/sbec/rules

DEFS_067001

# AND FINALLY ...

# *GOOD LUCK!!!*

DEFS_0667002

# Contact Info

**State Board of Election Commissioners**
501 Woodlane Dr., Suite 122 South
Little Rock, Arkansas 72201
(501) 682-1834 or (800) 411-6996
FAX (501) 682-1782
**e-mail:** Info.SBEC@sos.arkansas.gov
Website: http://www.arkansas.gov/sbec

**The SBEC is committed to supporting you throughout each election and look forward to assisting you in any way possible. Please feel free to call upon us at any time.**

DEFS_067003