# COUNTY BOARD OF ELECTION COMMISSIONERS PROCEDURES MANUAL



**Prepared and Provided by the:**
**State Board of Election Commissioners**
**501 Woodlane, Suite 122 South**
**Little Rock, AR 72201**
**501-682-1834**
**1-800-411-6996**
**Website: www.arkansas.gov/sbec**
**E-mail: INFO.SBEC@arkansas.gov**

**(2022 Edition)**



DEFS_066644

**Exhibit 3B**

DEFS_066645

## STATE BOARD OF ELECTION COMMISSIONERS

**Secretary of State**
**John Thurston**
Chairman

**Wendy Brandon**
**Sharon Brooks**
**Jamie Clemmer**
**Bilenda Harris-Ritter**
**William Luther**
**J. Harmon Smith**
Commissioners

501 Woodlane, Suite 122 South
Little Rock, Arkansas 72201
(501) 682-1834 or (800) 411-6996



**Daniel Shults**
Director

**Chris Madison**
Legal Counsel

**Jon Davidson**
Educational Services Manager

**Tena Arnold**
Business Operation Manager

Dear County Election Commissioners,

The State Board of Election Commissioners is pleased to provide you with this copy of our tenth edition **County Board of Election Commissioners Procedures Manual** reflecting changes in election law enacted through the 2021 legislative session of the Arkansas General Assembly.

Because voting is at the core of our constitutional republic form of government, and knowledge is essential to the success of our elections, the State Board works diligently to provide resources to county election administrators to assist in implementing procedures that will ensure both fair and orderly elections for the citizens of our great state.

We recognize and appreciate the tremendous amount of time and effort expended by county election administrators to ensure successful elections. It is our hope that this manual will be of valuable assistance to both veteran Commissioners, who have conscientiously conducted elections throughout the years, and new Commissioners in fulfilling their legal responsibilities.

We are committed to supporting you throughout the upcoming election cycle and look forward to assisting you in any way possible. Please feel free to call upon us at any time.

With best regards,

Daniel Shults
Director

DEFS_066646

This Page Intentionally Blank

DEFS_066647

# TABLE OF CONTENTS

**2022 ELECTION DATES** ...........................................................................................1
**STATE CONTACTS** ...................................................................................................3
**GLOSSARY OF TERMS** ...........................................................................................5
**LEGAL ASSISTANCE AND ELECTION LAWS** ...................................................11


## COUNTY BOARD OF ELECTION COMMISSIONERS

SELECTION AND TERMS
   Composition.................................................................................................13
   Term of Office..............................................................................................13
   Chair of County Board.................................................................................13
   Vacancy........................................................................................................13
   Qualifications...............................................................................................14
   Disqualifications...........................................................................................14
   Generally......................................................................................................14
   Participating in Campaigns...........................................................................14
      Paid Employee of School District............................................................15
      Conflicting Employment..........................................................................15

REQUIRED FINANCIAL DISCLOSURE
   **Disclosure by Member of a County Board of Election Commissioners**.................................15

**OATH OF OFFICE** ...................................................................................................17


## CONDUCTING CBEC MEETINGS

Notification ................................................................................................19
Quorum ......................................................................................................19
Voting ........................................................................................................19
Public Meetings/Freedom of Information Act (FOIA).................................19
Minutes.......................................................................................................20
Compensation.............................................................................................20
Cyber Hygiene Information ........................................................................21


## ELECTIONS – OVERVIEW

TYPES OF ELECTIONS
   **Primary Election** .....................................................................................25
      Preferential Primary Election..................................................................25
      General Primary Election (Primary Runoff)............................................25
      Nonpartisan Primary Election.................................................................25

DEFS_066648

General Election ........................................................................................................25
**General Runoff Election** ......................................................................................25
  County Offices ...................................................................................................25
  Municipal Offices ...............................................................................................25
  Tie Votes ............................................................................................................25
Nonpartisan General Election ....................................................................................26
Nonpartisan General Runoff Election .........................................................................26
Annual School Election ...............................................................................................26
School Runoff Election ................................................................................................26
Special Election ...........................................................................................................26

VOTING SYSTEMS
  Types ..................................................................................................................27
  **Voting Machines** ...........................................................................................27
    Voter-Verified Paper Audit Trail ..................................................................27
    Overvotes ......................................................................................................27
  **Paper Ballots** ...............................................................................................27
    Overvote Warning ..........................................................................................27
    Electronic Vote Tabulating Devices ..............................................................28
    Central Count/Count by Hand .......................................................................28
  Custody ..............................................................................................................28

TRAINING
  **Mandatory Statewide** ...................................................................................28
    County Election Commissioners ....................................................................29
    County Clerks ................................................................................................29
    Monitors .........................................................................................................29
    Poll Workers ..................................................................................................29

CANDIDATES
  **Multiple Candidacies** ...................................................................................30
    Allowed ..........................................................................................................30
    Prohibited .......................................................................................................30
    Political Party Primaries ...............................................................................31
  Dates ..................................................................................................................31
  Filing Period .....................................................................................................31
  Party Certificate ...............................................................................................31
  Filing with the Party ........................................................................................31
  Filing with the State or County .......................................................................31
  Certified List of Party Candidates ..................................................................31
  Names of Certified Candidates Placed on Ballot ...........................................32
  Certification of Results ....................................................................................32
  General Primary Election (Runoff) .................................................................32

DEFS_066649

City Administrator Form of Government – Nonpartisan Primary ...................................................32
Filing ...................................................................................................................................................32
**Certification** ......................................................................................................................................33
  New Parties ......................................................................................................................................33
  General Election ..............................................................................................................................33
Certifying Political Party Nominees ................................................................................................33
Group Presidential Candidates ........................................................................................................33
Independent Candidates ....................................................................................................................34
President ...............................................................................................................................................34
Non-Presidential and Non-Municipal ............................................................................................34
Certification .........................................................................................................................................34
Write-in Candidates ...........................................................................................................................34
U.S. Senate, U.S. House of Representatives, State, and District Office .....................................34
County and Township Office .............................................................................................................34
Write-in Votes Not Counted in Certain Elections ........................................................................34
Municipal Candidates .......................................................................................................................34
Filing – Mayor Council Form Nonpartisan Municipal Offices ..................................................34
Filing – City Manager Form .............................................................................................................35
Certification – City Manager Form ..................................................................................................35
**Certification of Nominees** ...............................................................................................................35
  Nonpartisan General Election and Runoff ...................................................................................35
Filing ...................................................................................................................................................35
Write-in Candidates for Justice of Supreme Court, Judge of Court of Appeals,
Circuit Judge, District Judge or Prosecuting Attorney ...............................................................35
**Certification to the Election Commission** ....................................................................................35
  Annual School Election ...................................................................................................................36
Filing ...................................................................................................................................................36
**Certification** ......................................................................................................................................36
  Special Elections to Fill Vacancies in Office ...............................................................................36
  Candidate Withdrawal and Death ..................................................................................................36
Notice of Withdrawal .........................................................................................................................36
Withdrawal Before the Certification Deadline/Not Placed on Ballot ........................................36
Withdrawal After the Certification Deadline/Votes Counted ......................................................36
Withdrawal from Municipal or County Runoff ..............................................................................36
**Withdrawal from Annual School Election Runoff** ......................................................................37
  Vacancy in Nomination ...................................................................................................................37
Filling a Vacancy in Nomination ....................................................................................................37
Untimely Notification/Vacancy Not Filled .....................................................................................37
Holding a Convention ........................................................................................................................38
Special Primary Election ...................................................................................................................38
**Vacancy in Candidacy for Nomination** .......................................................................................38
    Filling a Vacancy in Candidacy for Nomination .....................................................................38
Vacancy in Election ............................................................................................................................39

DEFS_066650

Filling a Vacancy in Office..................................................................39
State, District, Federal, County and Township............................................39
Mayor/Council Cities of the First Class...................................................39
Cities of the Second Class.................................................................39
Incorporated Towns.........................................................................40
City Administrator Cities..................................................................40
City Manager Cities........................................................................40
School Board...............................................................................40

MEASURES AND QUESTIONS
  **State** ................................................................................40
  **Local** ...............................................................................40

VERIFICATION OF VOTER REGISTRATION .........................................................41
ABSENTEE AND EARLY VOTING
  County Clerk's Authority .................................................................42
  Early Voting .............................................................................42
Conduct....................................................................................42
Candidates as Observers at Early Voting....................................................42
Off-Site ..................................................................................42
Dates and Times of Early Voting ...........................................................43
Preferential Primary and General Election .................................................43
Other Elections ...........................................................................43
Holidays ..................................................................................43
Poll Workers ..............................................................................43
Public Notice..............................................................................43
Voting Machines............................................................................44
Ballots, Machines, and Materials...........................................................44
Absentee Voting ...........................................................................44
Rejected Absentee Application..............................................................44
Dates .....................................................................................44
Ballots....................................................................................45
Special Runoff Ballots.....................................................................45
Deadlines for Voters to Deliver Absentee Ballot to Clerk ..................................45
Appointing Absentee Election Clerks........................................................46
Public Notice..............................................................................46
**Verification of Voter Registration in Absentee Ballots** ................................**46**

**PRE-ELECTION DUTIES**

ELECTION PRECINCTS
  **Establishing and Altering Precincts by Order** ........................................47
    Written Description/Map ...............................................................47
    Records ...............................................................................47
  Preferential Primary Elections ..........................................................47
  Restrictions ............................................................................47

DEFS_066651

POLLING SITES
  **Designation** ....................................................................................................................47
    Combined Precincts ....................................................................................................47
    Unanimous Vote of County Board ............................................................................48
    Joint Primary Elections/Common Polls .....................................................................48
    Location .......................................................................................................................48
    Vote Centers ...............................................................................................................48
    ADA Compliance ........................................................................................................49
    Changes and Closures ................................................................................................49
  Reduction/No Poll ..........................................................................................................49
  Restrictions ....................................................................................................................49

POLL WORKERS, ABSENTEE CLERKS, AND OTHER ELECTION OFFICIALS
  **Selection/Appointment** ..............................................................................................50
    Number of Appointed Poll Workers ...........................................................................50
    Split Shifts ..................................................................................................................50
    Minority Party Representation ....................................................................................50
    Failure to Agree Upon Selection ...............................................................................51
    Qualifications ..............................................................................................................51
    Disqualifications .........................................................................................................51
    Paid Employee of School District ..............................................................................52
  College and High School Students - Special Election Day Program ............................52
  Compensation ................................................................................................................52

PUBLIC NOTICES
  **Written Notices** .........................................................................................................53
    Drawing for Ballots .....................................................................................................53
    Mailings ......................................................................................................................53
  **Newspaper Publications** ...........................................................................................53
    Drawing for Ballot Positions ......................................................................................53
    Voting Machine Preparation .......................................................................................53
    Voting Machine Testing ..............................................................................................53
    Electronic Vote Tabulating Device Testing ................................................................54
    Notice of Election .......................................................................................................54
    Content of Public Notice of Election ..........................................................................54
  **Postings** ...................................................................................................................54
    List of Appointed Election Officials ............................................................................54
    Nomination/Amendments/Measures/Questions ........................................................55
    Polling Site Changes ..................................................................................................55

BALLOTS
  **Unopposed Candidates** ............................................................................................55
    Primary Elections .......................................................................................................55
    General Elections ........................................................................................................55
  **Ballots – Miscellaneous** ...........................................................................................56
    Quantity of Paper Ballots ...........................................................................................56

v

Ballot Errors or Omissions ...................................................................................56
Ballot Stubs.........................................................................................................56
Recall Elections ..................................................................................................56
Combined Primary and Nonpartisan General Elections .....................................57
Certified Nomination ..........................................................................................57

**Form of Ballots** ....................................................................................................57
Alike...................................................................................................................57
Ballot Heading ...................................................................................................57
Ballot Instructions ..............................................................................................57
Marking Areas ....................................................................................................58
Form of Candidate Names and Titles ..................................................................58
Listing of Candidate Names................................................................................59
Order of Names on Ballot....................................................................................59
Party Designation................................................................................................59
President and Vice President ...............................................................................60
Write-in Candidates ............................................................................................60
Proposed Statewide Measures.............................................................................60
Proposed Local Measures ...................................................................................60

VOTING EQUIPMENT
**Voting Machines** ...................................................................................................61
Demonstration.....................................................................................................61
Preparation .........................................................................................................62
Testing.................................................................................................................62
Logic and Accuracy ........................................................................................62
Public..............................................................................................................62
Delivery...............................................................................................................63
**Electronic Vote Tabulating Devices** ....................................................................63
Preparation .........................................................................................................63
Testing.................................................................................................................63
Logic and Accuracy ........................................................................................63
Public..............................................................................................................63
Delivery...............................................................................................................63

ELECTION MATERIALS
**Delivery** ...............................................................................................................64
Designee..............................................................................................................64
Inspection............................................................................................................64
Supplies .................................................................................................................64
Forms ....................................................................................................................65
Required Postings ..................................................................................................66
Website Postings ...................................................................................................67

vi

DEFS_066653

# ELECTION DAY

POLL WORKER RESOURCES
Poll Workers' Training Guide/Checklist ............................................................69
Assistance ............................................................................................................70


POTENTIAL ELECTION DAY PROBLEMS
Timely Opening of Poll ........................................................................................70
Voting Machine Malfunction ...............................................................................70
**Electioneering** ....................................................................................................70
Defined ..............................................................................................................70
Prohibitions .......................................................................................................71
Punishment ........................................................................................................71
**Ballot Security** ...................................................................................................71
Prohibition Against Carrying Ballot Outside ...................................................71
Punishment ........................................................................................................71
**Ballot Secrecy** ....................................................................................................71
Privacy ...............................................................................................................71
Equipment Arrangement ...................................................................................71
Voter Assistance ...............................................................................................72
Handling Voted Ballots .....................................................................................72
**Crossover Voting** ...............................................................................................73
Prohibitions .......................................................................................................73
Punishment ........................................................................................................73
Prevention .........................................................................................................73
**Poll Watchers** ....................................................................................................73
Defined ..............................................................................................................73
Presence ............................................................................................................73
Documentation ..................................................................................................74
Candidate Identification ...................................................................................74
Rights and Responsibilities ..............................................................................74
**Election Monitors** ..............................................................................................75
Appointment ......................................................................................................75
Duties ................................................................................................................76
**Provisional Voting** .............................................................................................76
Prohibition .........................................................................................................77
Punishment ........................................................................................................77
**Spoiled Ballots** ..................................................................................................77
Procedure ..........................................................................................................77
**Abandoned Ballots** ............................................................................................78
Not Counted ......................................................................................................78
Counted .............................................................................................................78
**Disorderly Conduct** ...........................................................................................79
Departure ...........................................................................................................79

DEFS_066654

Interference ......................................................................................................79
Citizen's Rights to Observe and Record Public Events.........................................79
People Allowed in Polls During Voting Hours  ....................................................79
Assistance ........................................................................................................79
**Timely Closing of Poll** ........................................................................................80
Persons in Line.................................................................................................80
Court Ordered Voting Extension ........................................................................80

CLOSING THE POLLS
Open to the Public .............................................................................................81
List of Voters Form ............................................................................................81
**Voting Machines** ..............................................................................................81
Securing at Poll.................................................................................................81
Exposing Vote Count.........................................................................................81
Delivery of Activation Devices ...........................................................................82
**Electronic Vote Tabulation Devices** ..................................................................82
Return of Votes ................................................................................................82
**Paper Ballots** ..................................................................................................82
Counted by Hand at Poll ....................................................................................82
Scanned at Central Counting Location .................................................................82
**Departing the Poll** ............................................................................................82
Processing and Delivering Election Materials and Returns.....................................82
Failure to Deliver Returns ..................................................................................83

ELECTION NIGHT & POST ELECTION

CANVASSING, COUNTING, & UNOFFICIAL RESULTS
Open to the Public .............................................................................................85
**Central Counting Location** ...............................................................................85
Proceedings .....................................................................................................85
Oath of Election Officials ..................................................................................85
Defective Ballots...............................................................................................85
Countywide Total Comparison ............................................................................85
Audit Log .........................................................................................................85
**Processing Absentee Ballots** .............................................................................85
Steps in Opening and Processing Absentee Ballots.................................................87
Analyzing Data Points........................................................................................88
Processing Ballots with Discrepancies ..................................................................89
Provisional Absentee Ballot Flow Chart and Process ..............................................92
**Counting Votes** ................................................................................................99
Ballots Provided by County Board .......................................................................99
Fraudulent Ballots.............................................................................................99
Candidate Withdrawal or Death After Certification................................................99
Unopposed Candidates.......................................................................................99
Overvoted Ballots .............................................................................................99
Write-in Votes...................................................................................................99

DEFS_066655

Amendments and Measures ................................................................................. 100
Early Votes............................................................................................................100
Special Runoff Absentee Ballots .........................................................................100
**Preliminary and Unofficial Results** ...................................................................101
Reporting...............................................................................................................101


RECOUNTS
**Initiating a Recount** .............................................................................................101
Request by Candidate ...........................................................................................101
Deadline for Request by Candidate ......................................................................101
Election Commission Decision .............................................................................102
**Procedure** ..............................................................................................................102
Equipment Test Result ..........................................................................................102
Candidate Notification ..........................................................................................102
Official Voting Machine Ballot ............................................................................102
Paper Ballots .........................................................................................................102
**Limitation** ............................................................................................................102
Candidate Petitioned .............................................................................................102
Certification of Results .........................................................................................103
Ballot Preservation ...............................................................................................103
**Cost** ......................................................................................................................103
Determination .......................................................................................................103
Payment.................................................................................................................103
Refund of Payment ...............................................................................................103


ELECTION TO OFFICE
**General Election** ..................................................................................................103
United States Congress ..........................................................................................103
Constitutional Office .............................................................................................103
Legislative Office..................................................................................................104
County Office.........................................................................................................104
Municipal Office ...................................................................................................105
Mayor Council Form of Government ....................................................................105
Nonpartisan Judges and Prosecutors ....................................................................106


FINAL CERTIFICATION
Provisional Ballots ...............................................................................................106
Overseas Absentee Ballots ...................................................................................107
Results ...................................................................................................................107
**Abstracts and Returns** .........................................................................................108
Members of Congress, Executive, Legislative, Judicial Officers,
    and Prosecuting Attorney..................................................................................108
Governor, Lieutenant Governor, Secretary of State, Treasurer of State,
    Auditor of State, and Attorney General ............................................................108
Measurers...............................................................................................................108

ix

Failure to Deliver ..................................................................................................108
**Certificate of Election** .........................................................................................108
Delivery..............................................................................................................108
Filing..................................................................................................................108

ELECTION CONTESTS
**Candidate Contests** ..............................................................................................108
Circuit Court......................................................................................................108
State Senator......................................................................................................109
State Representative............................................................................................109
Governor, Lieutenant Governor, Secretary of State, Treasurer of State,
    Auditor of State, and Attorney General .........................................................109
Citizen Contests ....................................................................................................109

PRESERVATION OF ELECTION EQUIPMENT AND MATERIALS
**Voting Machines** ..................................................................................................109
Release ...............................................................................................................109
Secured...............................................................................................................109
Clearing..............................................................................................................110
**Voter Lists and Registration Documents** ...........................................................110
Return/Retention ...............................................................................................110
**Ballots and Certificates** ......................................................................................110
Custody ..............................................................................................................110
Election Contest..................................................................................................110
Retention and Audits..........................................................................................110
**Destruction of Election Materials** ......................................................................111
Marked Ballots/Ballot Stubs ..............................................................................111
Election Materials Generally ..............................................................................111
**Measures** .............................................................................................................111
Document Retention ..........................................................................................111

ENFORCING ELECTION LAWS
**Complaints** ..........................................................................................................111
Voting Machine Malfunction..............................................................................111
Written Complaints............................................................................................112
**Voter Identification** ............................................................................................112
Failure to Provide...............................................................................................112
**Provisional Ballots** .............................................................................................112
Referral to Prosecuting Attorney and SBEC ........................................................112

ELECTION EXPENSES
**Voting Equipment** ..............................................................................................113
Purchases............................................................................................................113
Technical Support ..............................................................................................113
Voter Continuing Education ...............................................................................113

DEFS_066657

**State-Funded Elections** ..................................................................................................113
    Funding ..................................................................................................113
    Procedure ..................................................................................................113
    Private Funding of Elections..................................................................113
    Withholding ..................................................................................................113

General Elections ..................................................................................................114
**Special Elections** ..................................................................................................114
    Paid by County..................................................................................................114
    Paid by City/Incorporated Town..........................................................114
    Paid by School District ..................................................................114

# SCHOOL & SPECIAL ELECTIONS

## ANNUAL SCHOOL ELECTIONS

**Polling Sites** ..................................................................................................116
    Designation ..................................................................................................116
    Consultation with School District..........................................................116
    Unopposed Elections ..................................................................................116
**Election Officials** ..................................................................................................117
    Qualifications ..................................................................................................117
    Number ..................................................................................................117
**Publications** ..................................................................................................117
    Public Notice of Election..................................................................117
    Content of Public Notice..................................................................117
Ballots ..................................................................................................118
Election Materials ..................................................................................................119
Ballot Secrecy ..................................................................................................119
**Counting Ballots and Certifying Results** ..................................................119
    Certification of Results ..................................................................119
    Runoff Election ..................................................................................................119
    Candidate Withdrawal ..................................................................120
Election Contest ..................................................................................................120
Election Expenses ..................................................................................................120

## SPECIAL ELECTIONS

Laws Governing ..................................................................................................121
Calling ..................................................................................................121
**Calling Document** ..................................................................................................121
    Vacancies in State, Federal, or District Offices/State Measures or Questions ..................121
    Vacancies in Local Offices/Local Measures or Questions ..................................121
    Special Election to Fill Vacancy..................................................................121
    Special Election on Measures or Questions..........................................................122
    Publication ..................................................................................................122

DEFS_066658

**Designated Dates for Special Elections** ...........................................................122
   Special Primary Election...............................................................................122
   Other Special Elections.................................................................................123
   Vacancies Filled Under Arkansas Constitution, Amendment 29 ..........................123
**Polling Sites** ..............................................................................................124
   Reduction .................................................................................................124
   No Poll Elections .......................................................................................124
**Ballots** ...................................................................................................124
   Primary Elections.......................................................................................124
   General Elections .......................................................................................125

# FORMS & INSTRUCTIONS

**GUIDELINES AND ADVISORY STANDARDS**
   Guidelines for State-Funded Compensation for
     County Election Commissioners Training.....................................................128
   Guidelines for State-Funded Compensation for
     State Board-Certified Trainers..................................................................132
   Guidelines for Ballot Name Certification .....................................................136
   Guidance Regarding the Absentee Ballot Canvassing Process ...........................139
   Advisory Standards ....................................................................................143
   2015-001 Secrecy of a Voter's Ballot (Paper)...............................................143
   2015-002 Secrecy of Voter's Ballot (Machine)..............................................143

**COMMISSION CHECKLISTS**
   Checklist for Combined Preferential Primary and
     Nonpartisan General Elections ................................................................144
   Checklist for November General Elections ....................................................149
   Checklist for Statewide Special Elections .....................................................154

**FORMS**
   List of Voters ...........................................................................................158
   List of Provisional Voters ...........................................................................160
   Procedures for Casting a Provisional Ballot ..................................................162
   Provisional Voter Envelope & Certification ...................................................164
   Notice to Provisional Voters .......................................................................166
   List of Persons Assisting Voters ...................................................................168
   Change in Polling Site Authorization Form....................................................170
   Spoiled Ballot Affidavit..............................................................................172
   Voting Machine Complaint Form .................................................................174
   Abandoned Ballot Log................................................................................176
   Poll Workers' Certificate ............................................................................178
   Certification of Logic & Accuracy Test Results...............................................180
   Financial Disclosure
     by Member of County Board of Election Commissioners.............................182

DEFS_066659

**POSTINGS**

Poll Watcher Authorization Form........................................................................184

Voting Machine Warning ...................................................................................186

Crossover Voting Posting ...................................................................................188

Notice of Electioneering Posting .......................................................................190

**REPORTS AND CHARTS**

Ballot Disposition Form.....................................................................................192

Degrees of Consanguinity..................................................................................196

DEFS_066660

This Page Intentionally Blank

xiv

DEFS_066661

## 2022 ELECTION DATES

| | |
|---|---|
| **May 24, 2022** | Preferential Primary Election & Nonpartisan General Election |
| **June 21, 2022** | General Primary (Runoff) Election |
| **August 9, 2022** | City Administrator Form of Government Primary Election |
| **May 24, 2022 or November 8, 2022** | Annual School Election* |
| **June 21, 2022 or December 6, 2022** | School Runoff Election |
| **November 8, 2022** | General Election & Nonpartisan General Runoff Election |
| **December 6, 2022** | General Runoff Election |

**For a complete calendar of election-related dates and deadlines, you may contact the Elections Division of the Secretary of State's Office at www.sos.arkansas.gov/elections.**

*Per Act 910 of 2017 the Annual School Election must be held at the same time as the Preferential Primary or the General Election.*

1

DEFS_066662

ELECTION DATES

This Page Intentionally Blank

2

DEFS_066663

# STATE CONTACTS

Contact the State Board of Election Commissioners for questions regarding election procedures generally, election complaints, election monitors, reimbursement of expenses for state-funded elections, and procedural training for county election commissioners and poll workers.

Contact the Office of the Secretary of State for questions regarding voter registration, candidate filing, petitions, tabulating election results, reporting and certification of election results, voting equipment, voting equipment training, and interpretation of election laws.

Please see below for helpful contact information.

**State Board of Election Commissioners**
501 Woodlane, Suite 122 South
Little Rock, AR 72201
Office: (501) 682-1834 or (800) 411-6996
Fax: (501) 682-1782
www.arkansas.gov/sbec
info.sbec@arkansas.gov

**Secretary of State Elections Division**
State Capitol, Room 026
Little Rock, AR 72201
Office: (501) 682-5070 or (800) 482-1127
Fax: (501) 682-3408 or (501) 682-3548
www.sos.arkansas.gov
electionsemail@sos.arkansas.gov

**Republican Party of Arkansas**
1201 West Sixth Street
Little Rock, AR 72201
Office: (501) 372-7301
Fax: (501) 372-1656
www.arkansasgop.org

**Democratic Party of Arkansas**
1300 West Capitol Avenue
Little Rock, AR 72201
Office: (501) 374-2361
Fax: (501) 376-8409
www.arkdems.org

**Libertarian Party of Arkansas**
PO Box 46730
Little Rock, AR 72214
Office: (501) 396-9804
www.lpar.org

**Arkansas Ethics Commission**
501 Woodlane, Suite 301N
Little Rock, AR  72201
Office: (501) 324-9600 or (800) 422-7773
Fax: (501) 324-9606
www.arkansasethics.com

**Attorney General's Office**
323 Center Street, Suite 200
Little Rock, AR  72201
Office: (501) 682-2007
Fax: (501) 682-8084
www.arkansasag.gov

**U.S. Attorney - Eastern District of AR**
United States Attorney's Office
425 West Capitol Avenue, Suite 500
Little Rock, AR 72201
Office:  (501) 340-2600
Fax:  (501) 340-2725
www.justice.gov/usao

**U.S. Attorney - Western District of AR**
United States Attorney's Office
414 Parker Avenue
Fort Smith, AR 72901
Office:  (479) 783-5125
Fax:  (479) 785-2442
www.justice.gov/usao

3

DEFS_066664

STATE CONTACTS

This Page Intentionally Blank

4

DEFS_066665

# GLOSSARY OF TERMS

**Act** - any act/enactment having general application throughout the state or an ordinance applicable to a municipality or county, whether originating in the General Assembly or proposed by the people and referred acts. *[A.C.A. § 7-9-101(1)]*

**Affidavit of eligibility** - an affidavit signed by a candidate for elective office stating that the candidate is eligible to serve in the office he or she seeks. *[A.C.A. § 7-1-101]*

**Amendment** - any proposed amendment to the Arkansas Constitution, whether proposed by the General Assembly under Article 19, § 22 or by the people under the provisions of Article 5, § 1 or Article 19, § 22. *[A.C.A. § 7-9-101(2)]*

**Audit log** - an electronically stored record of events and ballot images from which election officials may produce a permanent paper record with a manual audit capacity for a voting system using voting machines. *[A.C.A. § 7-1-101(3)]*

**Ballot question** - a question in the form of a statewide, county, municipal, or school district initiative or referendum which is submitted or intended to be submitted to a popular vote at an election, whether or not it qualifies for the ballot. *[A.C.A. § 7-9-402(1)]*

**Candidate** - for the purpose of compliance with contribution and expenditure filing requirements, any individual who has knowingly and willingly taken affirmative action, including solicitation of funds, to seek nomination for or election to any public office. *[A.C.A. § 7-6-201(2)]*

**Canvassing** - examining and counting the returns of votes cast at a public election to determine authenticity. *[A.C.A. § 7-1-101(5)]*

**Certificate of choice** - a certificate, signed by an executive officer of a political group that submits a petition to place its candidates for President and Vice-President on the ballot, designating the names of its candidates to appear on the ballot. *[A.C.A. § 7-1-101]*

**Constitutional officers of this state** - the offices of the Governor, Lieutenant Governor, Secretary of State, Attorney General, Auditor of State, Treasurer of State, and Commissioner of State Lands. *[A.C.A. § 7-1-101]*

**Counting location** - a location selected by the county board of election commissioners with respect to all elections for the automatic processing and/or counting of votes. *[ACA § 7-1-101(8)]*

**DRE** - a direct-recording electronic voting machine that records votes by means of a ballot display provided with mechanical or electro-optical components that may be actuated by the voter, processes the data by means of a computer program, records voting data and ballot images in internal and external memory components, and produces a tabulation of the voting data stored in a removable memory component and on a printed copy. *[A.C.A. § 7-5-532(a)(1)]*

5

DEFS_066666

**Election** - the process in which qualified electors nominate or elect a candidate to public office for regular terms, or decide any measure or question submitted to a vote of the people. A preferential primary election, a general primary election, a general election, a general runoff election, a school election, school runoff election, and a special election each constitute a separate election. *[A.C.A. §§ 7-5-204; 7-6-201(7); 7-9-101(4); 7-9-117(c)(1); 14-42-119(b)(3)]*

**Election Media** - any device used in an election definition or to record votes cast with a direct record electronic machine or voting machine including, memory stick devices, digital flashcards, personalized electronic ballots, personal computer cards, and zip disks. *[A.C.A. § 7-1-101(10)]*

**Election official or election officer** - a member of the county board of election commissioners, a person who performs election coordinator duties, a person who is a poll worker designated by a county board of election commissioners to be an election clerk, election judge, or election sheriff, or a deputy county clerk or a person assigned by a county clerk to conduct early voting. Election official also includes an election clerk designated by the county board to process, count, and canvass absentee ballots and a person designated to count ballots at a central counting location.
*[A.C.A. §§ 7-1-101(11); 7-5-414(a); 7-5-615]*

**Electronic poll book** - hardware or software or a combination of hardware and software that allows election officials to view voter registration records and voting information during an election at an early voting location or at a polling site on election day. *[A.C.A. § 7-1-101(12)]*

**Electronic vote tabulating device** - a device used to electronically scan a marked paper ballot for tabulation. *[A.C.A. § 7-1-101(13)]*

**Fail-safe voting** - the mechanism established under the National Voter Registration Act of 1993 that allows a voter who has moved within the same county to vote at his or her new precinct without having updated his or her voter registration records. *[A.C.A. § 7-1-101(14); Amendment 51 § 13 of the Arkansas Constitution]*

**First-time voter** - any registered voter who has not previously voted in a federal election in the state. *[A.C.A. § 7-1-101(15)]*

**General election** - the regular biennial elections for election of United States, state, district, county, township, and municipal officials and to submit proposed amendments to the Arkansas Constitution or other measures or questions to a vote of the people. *[A.C.A. §§ 7-1-101(16); 7-5-102; 7-5-204]*

**HAVA** - the federal Help America Vote Act of 2002 that established the Election Assistance Commission to assist in the administration of federal elections and allocate federal funds to states for election administration improvements, including replacing punch card and lever voting machines, improving accessibility for disabled voters, implementing a statewide voter registration system, voter and election official training, and other improvements. *[Amendment 51]*

**Initiative** - the process by which voters can submit through petition signatures a Constitutional Amendment, law, or ordinance for a vote by the people at the biennial regular general election. *[Article 5, § 1 of the Arkansas Constitution; A.C.A. § 7-9-104(a); Black's Law Dictionary]*

6

**Legislative question** - a question in the form of a measure referred by the General Assembly, a quorum court, a municipality, or a school district to a popular vote at an election. *[A.C.A. § 7-9-402(7)]*

**Majority party** - the political party in the State of Arkansas whose candidates were elected to a majority of the constitutional offices of the state in the last preceding general election. *[A.C.A. § 7-1-101(18)]*

**Marking device** - any approved device operated by a voter to record the voter's choices through marking or creating a paper ballot with ink or other substance that will enable the votes to be tabulated by means of an electronic vote tabulating device. Paper ballots counted by hand should be marked using permanent ink. If an electronic vote tabulating device is used to count paper ballots, a marking instrument recommended by the manufacturer of the optical scanner for proper marking shall be used. *[A.C.A. §§ 7-1-101(19); 7-5-211(a)(2)(H); 7-5-602(c)]*

**Measure** - an amendment, act, ordinance, referendum, issue, question, plebiscite or proposal not involving the election of candidates that appears on a ballot. *[A.C.A. §§ 7-9-101(5); 7-9-125(a)(5)]*

**Member of the merchant marine** - an individual employed as an officer or crew member of a vessel documented under the laws of the United States, a vessel owned by the United States, or a vessel of foreign-flag registry under charter or control of the United States; an individual enrolled with the United States for employment or training for employment or maintained by the United States for emergency relief service as an officer or crew member of any such vessel; or as defined in the federal Uniformed and Overseas Citizens Absentee Voting Act if different from the definition stated above. *[A.C.A. § 7-1-101(20)]*

**Minority party** - the political party whose candidates were elected to less than a majority of the constitutional offices of this state in the last preceding general election or the political party that polled the second greatest number of votes for the office of Governor in the last preceding general election, if all of the elected constitutional officers of this state are from a single political party. *[A.C.A. § 7-1-101(21)]*

**Nonpartisan general election** - the regular biennial election, held on the same date and at the same time and places as the preferential primary election, for election of Justice of the Supreme Court, Judge of the Court of Appeals, circuit judge, district judge and prosecuting attorney. *[A.C.A. § 7-10-101(1)]*

**Party certificate** - a written statement or receipt signed by the secretary or chair of the county committee or of the state committee, as the case may be, of the political party evidencing the name and title proposed to be used by the candidate on the ballot, the position the candidate seeks, payment of the fees, and filing of the party pledge, if any, required by the political party. *[A.C.A. § 7-1-101(25)]*

**Party filing period** - the period of time established by law for the candidate for a political party's nomination to file his or her party certificate with the Secretary of State or county clerk, as the case may be. *[A.C.A. § 7-1-101(26)]*

7

**Political party** - any group of voters that at the last preceding general election polled for its candidate for Governor in the state or nominees for presidential electors at least three percent (3%) of the entire vote cast for the office. *[A.C.A. § 7-1-101(27)]*

**Polling site** - a location selected by the county board of election commissioners where votes are cast. *[A.C.A. § 7-1-101(28)]*

**Precinct** - a geographical area the boundaries of which are determined by the county board of election commissioners in order to facilitate voting by the registered voters from that geographical area. *[A.C.A. § 7-5-101(29)]*

**Primary election** - any election held to select the nominees of a political party for certification as candidates for election at any general or special election in this state. *[A.C.A. § 7-1-101(30)]*

**Provisional ballot** - a ballot cast by special procedures to record a vote when there is some question concerning a voter's eligibility and counted contingent upon the verification of the voter's eligibility. *[A.C.A. § 7-1-101(32)]*

**Qualification of a ballot question** - any action or process, legal or otherwise, through which a ballot question obtains certification to be on the ballot at an election. *[A.C.A. § 7-9-402(10)(13)]*

**Qualified elector** - a person who holds the qualifications of an elector under Arkansas Constitution Article 3, §1 and is registered under Arkansas Constitution, Amendment 51:
1) Must be a U.S. citizen;
2) Must be an Arkansas resident;
3) Must be a minimum of 18 years of age;
4) Must be lawfully registered to vote in the election;
5) Must not presently be adjudged mentally incompetent by a court of competent jurisdiction;
6) Must not have been convicted of a felony without the sentence having been discharged or pardoned; and
7) Must not claim the right to vote in another county or state. *[Article 3, §§ 1 & 2 of the Arkansas Constitution, as amended by Const. Amend. 85; Amendment 8; Amendment 51, § 6; A.C.A. § 7-1-101(33)]*

**Referendum** - the process by which voters can petition to have a law previously passed by the Arkansas General Assembly, a county's quorum court or a municipality's city council or board of directors placed on the ballot at a special election for approval or rejection by the voters. Also, the process by which a governing body may pass a law contingent on approval by the voters in an election. *[Article 5, § 1; Amendment 7; A.C.A. §§ 7-9-105(a-c), 14-14-917]*

**Sample ballot** - a ballot for distribution to the public or the press marked with the word "SAMPLE" to prevent the production of counterfeit ballots. *[A.C.A. § 7-1-101(34)]*

**Special election** - any specially scheduled election to fill vacancies or to approve any measure. *[A.C.A. §§ 7-11-101; 7-11-201]*

8

**Uniformed services** - the United States Army, United States Marine Corps, United States Navy, United States Air Force, and United States Coast Guard, the commissioned corps of the United States Public Health Service, and the commissioned corps of the National Oceanic and Atmospheric Administration, or as defined in the federal Uniformed and Overseas Citizens Absentee Voting Act if different from the definition stated herein. *[A.C.A. § 7-1-101(35)]*

**Vacancy in election** - the vacancy in an elective office created by death, resignation, or other good and legal cause, arising before election to the office at a general or special election, but arising after the certification of the ballot. *[A.C.A. § 7-1-101(36)]*

**Vacancy in nomination** - the circumstances in which the person who received the majority of votes at the preferential primary election or general primary election cannot accept the nomination due to death or notifies the party that he or she will not accept the nomination due to serious illness, moving out of the area from which the person was elected as the party's nominee, or filing for another office before the final date for certification of nominations. A vacancy in nomination is also created if a tie vote for the same office occurs at the general primary election. *[A.C.A. § 7-1-101(37)]*

**Vacancy in office** - the vacancy in an elective office created by death, resignation, or other good and legal cause arising after election to the office at a general or special election or arising after taking office and before the expiration of the term of office in those circumstances where the vacancy must be filled by a special election rather than by appointment. "Vacancy in office" does not apply to the election of a person at a general election to fill an unexpired portion of a term of office. *[A.C.A. § 7-1-101(38)]*

**Verification of Voter Registration** – the process by which an individual seeking to vote presents a photo identification to an election official for the purpose of confirming that the individual physically present at the poll is the same individual to whose voter registration the vote cast will be credited. *[Arkansas Constitution, as amended by Const. Amend. 51; 7-1-101(39)]*

**Vote center** - upon enactment of an ordinance by the Quorum Court, an election day location designated by the county board of election commissioners at which a qualified elector from any precinct in the county holding the election may vote. *[A.C.A. § 7-1-101(40)]*

**Voter-verified paper audit trail (VVPAT)** - a contemporaneous paper record of a ballot printed for the voter to confirm his or her votes before the voter casts his or her ballot that allows the voter to verify the voter-verified paper audit trail before the casting of the voter's ballot; is not retained by the voter; does not contain individual voter information; is produced on paper that is sturdy, clean, and resistant to degradation; and is readable in a manner that makes the voter's ballot choices obvious to the voter without the use of computer or electronic code. *[A.C.A. §§ 7-1-101(41); 7-5-532(a)(2)]*

**Voting machine** - either a direct-recording electronic voting machine, or one or more electronic devices that operate independently or as a combination of a ballot marking device and an electronic vote tabulating device. *[A.C.A. §§ 7-1-101(42)]*

9

DEFS_066670

LEGAL ASSISTANCE & ELECTION LAWS

**Voting system** - the total combination of mechanical, electromechanical, or electronic equipment, including the software, firmware, and documentation required to program, control, and support the equipment that is used to define ballots, to cast and count votes, to report or display election results, and to maintain and produce any audit trail information. "Voting system" also includes the practices and documentation used to identify system components and versions of components; test the system during its development and maintenance; maintain records of system errors and defects; determine specific system changes to be made to a system after the initial qualification of the system; and make available any materials to the voter, including, without limitation notices, instructions, forms, or paper ballots. *[A.C.A. § 7-1-101(43)]*

DEFS_066671

# LEGAL ASSISTANCE & ELECTION LAWS

## Legal Assistance to the County Board

The county board of election commissioners may call upon the county's prosecuting attorney or his or her deputy for legal assistance. *[A.C.A. § 7-4-106(a)]*

The county attorney or prosecuting attorney shall defend the county board in any civil lawsuit brought against the county board, or any of its members, if sued in regard to any acts or omissions made during the course of carrying out the official duties of the county board.
*[A.C.A. § 7-4-106(b)]*

The county board is deemed to consist of county officials, and its members are immune from tort liability according to Ark. Code Ann. § 21-9-301. *[A.C.A. §§ 7-4-102(d); 7-4-115]*

## Researching Election Laws

The Arkansas Code (statutes) is a compilation of the laws of the State of Arkansas. The Arkansas Code is revised by the legislature by way of legislative acts or by the people by means of initiative and referendum petition. Changes to the Arkansas Code are codified or incorporated into the existing code by the Code Revision Commission.

Copies of the Arkansas Code can be found at your county courthouse, in many libraries, in the Secretary of State Elections library, as well as in the State Board of Election Commission offices, in the set of red, bound volumes entitled Arkansas Code of 1987 Annotated. Title 7 is the main volume addressing elections and can be found in Volume 6 of the Arkansas Code of 1987 Annotated.

When researching statutes, check for updates in the supplement (often referred to as "pocket part") in the back of the bound volume to ensure that you are referencing the most recent version of the statutes. If you are searching for information on a particular topic such as a primary election, special election, school election, or municipal election, for example, be sure to reference the appropriate title and section of the code for the applicable law. Keep in mind that there are instances where case law (rulings by a court) has over-ruled or interpreted statute. If you have questions or are unsure, contact your county attorney, the Secretary of State's Legal Division, or our office for assistance.

In addition to the bound volumes, following each regular legislative session the Elections Division of the Secretary of State's Office issues a spiral-bound Election Laws of Arkansas booklet containing election laws, the original twenty (20) Articles of the 1874 Constitution and the subsequent amendments to the Arkansas Constitution. State statutes may also be accessed on the Internet at the Arkansas State Legislature's website at www.arkleg.state.ar.us.

11

DEFS_066672

A statutory citation to the official Arkansas Code is, for example, "Arkansas Code § 7-1-101." "Ark. Code Ann." or "A.C.A." is often used for "Arkansas Code Annotated," meaning "with annotations" or background notes. The notes following each citation are useful in tracing the history of the statute, including when the original act was passed by the legislature.

The Secretary of State has designated staff members who are knowledgeable of election laws and are available to aid candidates and their agents in filing for election. In addition, the State Board of Election Commissioners considers its duty to train election commissioners and poll workers to extend beyond the formal sessions it provides and stands ready at any time to answer questions regarding the procedures found in this book. *[A.C.A. §§ 7-1-106;7-4-106; 7-4-101(f)(2)*

DEFS_066673

COUNTY BOARD OF ELECTION COMMISSIONERS

## SELECTION AND TERMS

### Composition

Each of the seventy-five (75) counties in the State of Arkansas has a three-member county board of election commissioners responsible for conducting all elections within its respective county.

The membership of the county board is as follows:
- Two (2) members elected by the County Committee of the majority party; and
- One (1) member elected by the County Committee of the minority party.

Currently, the Republican Party is the majority party, and the Democratic Party is the minority party. *[A.C.A. § 7-4-102(a)]*

### Term of Office

Members of the commission are elected by their respective county committees in January of each odd-numbered year following the election of county committee officers. *[A.C.A. § 7-4-102(a)]*

Each member of the county board of election commissioners serves at the pleasure of his or her respective county committee for a term of two (2) years. *[A.C.A. § 7-4-102(e)]*

The county committee shall elect a new member within forty-five (45) days of a vacancy. If the committee fails to elect a new member the state chair of the appropriate party shall appoint a new member to the county board. *[A.C.A. § 7-4-102(2)(A), (B)]*

A political party's county committee may remove a commissioner by majority vote of the county committee. *[A.C.A. § 7-4-102(e)]*

### Chair of County Board

The county board of election commissioners meets in an organizational meeting by February 28 in odd-numbered years to elect one (1) member to serve as chair. *[A.C.A. § 7-4-105(a)]*

Any of the three (3) members of the county board may be elected to serve in the capacity of chair.

The chair serves until a board is elected by the respective county committees in January of odd-numbered years and an organizational meeting is held. The chair may serve successive terms. *[Attorney General's Opinion #2013-023]*

### Vacancy

A vacancy on the county board is filled by election of a new member by the appropriate county committee within forty-five (45) days of the vacancy. *[A.C.A. § 7-4-102(f)]*

If the vacancy is not filled by the forty-five (45) day deadline, the state chair of the appropriate party must appoint a new member to the commission. *[A.C.A. § 7-4-102(f)]*

13

DEFS_066674

## Qualifications

To serve on the county board of election commissioners, a commissioner **must**:

- Be a qualified elector of the state (see the definition on page 8); *[A.C.A. § 7-4-109(a)(1)]*
- Be able to read and write the English language; *[A.C.A. § 7-4-109(a)(1)]*
- Be a resident of the county that he or she serves at the time of his or her election or appointment by the state party chairmen; *[A.C.A. § 7-4-109(b)]*;
- Attend election training conducted by the State Board of Election Commissioners prior to a regularly scheduled preferential primary election; and *[A.C.A. § 7-4-109(e)(1)]*
- Attend additional interim training, if deemed necessary and appropriate by the State Board. *[Rules for County Election Commissioners Training §703]*

## Disqualifications

### Generally:

To serve on the county board of election commissioners, a commissioner **MUST NOT**:

- Be the Chair or Secretary of a county political committee;
- Have been found or pled guilty or nolo contendere to the violation of an election law of this state; *[A.C.A. § 7-4-109(a)(1)]*
- Be a paid employee of a political party; *[A.C.A. § 7-4-109(c)(1)]*
- Be a paid employee of a candidate for office on the county's ballot; *[A.C.A. § 7-4-109(c)(1)]*
- Be married to or related within the second degree of consanguinity to a candidate running for office in the election, if objection is made within ten (10) days after the list of officials is posted. *[A.C.A. § 7-4-109(d)]*
- Be married to a chairman of a county political party or another county election commissioner, if objection is made within seven (7) days after the list of officials is posted, and *[A.C.A. § 7-5-202(a)(2) as amended by Act 448 of 2021]*
- Be a candidate for an office to be filled at an election while serving on the county board. A member of the county board is not disqualified from serving on the county board by merely appearing on the ballot as a candidate for a position in his or her political party (i.e., a county committeeman). *[A.C.A. § 7-4-109(a)(2)(3)]*

### Participation in Campaigns:

A person serving on the county board **MUST NOT** participate in the campaign of any candidate listed on a ballot or of a write-in candidate seeking election in that county that falls under the county board member's jurisdiction or authority. *[A.C.A. § 7-4-109(c)(2)(A)]*

Specifically, a member of the county board **MUST NOT**:

- Manage a campaign;
- Perform labor for a campaign;
- Solicit on behalf of a candidate or campaign;
- Pass out or place handbills, signs, or other literature concerning a candidate's campaign;
- Assist a candidate's campaign at a rally or parade; or
- Display candidate placards or signs on an automobile**.** *[A.C.A. § 7-4-109(c)(2)(B)(i), and Attorney General's Opinion No. 2015-126]*

14

- Serve as a poll worker or poll watcher on behalf of an individual candidate, political party, or ballot initiative. *[A.C.A. § 7-5-904]*

A member of the county board **may**:
- Be a paid employee of a School District
- Make a financial contribution to a candidate;
- Attend a political party's state, district, or county meeting where a candidate or issue advocate speaks as a member of the audience; or
- Participate in a political party convention.
  *[A.C.A. § 7-4-109(c)(2)(B)(ii)]*

**Paid Employee of School District:**
County board of election commissioners are allowed to be a paid employee of any school district holding a school election in the county

**Conflicting Employment:**
To be eligible for consideration for election by a county committee to a position on the county board of election commissioners, the candidate cannot be employed with a company having any business dealings, contracts, or pending contracts with the county board to which he or she is seeking election. *[A.C.A. § 7-4-109(c)(3)]*

# REQUIRED FINANCIAL DISCLOSURE

### Disclosure by Member of a County Board of Election Commissioners

Every member of the election commission must report to the Secretary of State by January 31 of each calendar year any goods or services sold during the previous calendar year by the commissioner, the commissioner's spouse, or any business in which the commissioner or the commissioner's spouse owns more than ten percent (10%) of stock having a total annual value of more than one thousand dollars ($1,000) to the state, county, municipality, or school district. A reporting form has been created by the Secretary of State. *[A.C.A. § 7-4-119 and the Arkansas Secretary of State's Rules for Financial Disclosure by Members of County Boards of Election Commissioners]*

15

DEFS_066676

COUNTY BOARD OF ELECTION COMMISSIONERS

This Page Intentionally Blank

16

DEFS_066677

COUNTY BOARD OF ELECTION COMMISSIONERS

## County Election Commission/County Committee Chairman
_____County

### Please check one (1) of the following:
___ Democrat member of the County Board of Election Commissioners **(OATH IS REQUIRED)**
___ Republican member of the County Board of Election Commissioners **(OATH IS REQUIRED)**
___ Third Member of the County Board of Election Commission **(OATH IS REQUIRED)** **(selected by the county committee of the majority party at the same time as the election of party officers.  Act 559 of 2007).**

### Please check if you are the:
___ Chairman, County Board of Election Commissioners (this position is elected by a quorum of County board of election commissioners 7-4-105) **NO ADDITIONAL OATH NECESSARY**

### OATH

**State of Arkansas**
**County of** _____

I, _____, do solemnly swear (or affirm) that I support the
(PLEASE PRINT)
Constitution of the United States and the Constitution of the State of Arkansas, and that I will faithfully discharge the duties of the aforechecked, upon which I am now about to enter for the term beginning _____ and ending _____.

_____
Signature

_____
Mailing Address

_____
City                          State          Zip Code

_____          _____
Home phone                 Work phone

_____          _____
Fax                        E-Mail address

Subscribed and sworn to before me, County Clerk in and for the County of_____
on this _____ day of _____, 20____.

_____
Signature of County Clerk

### COUNTY COMMITTEE CHAIRMAN

**Please list the name, address, and phone number of the individual that is:**

____**Republican**          ____**Democrat**

**Name** _____  **Phone number** _____
**Address** _____

Please file the original document oath with your County Clerk and a duplicate with the Secretary of State at following
Address:   Arkansas Secretary of State, Election Division, Room 026 State Capitol, --- Little Rock, AR  72201

17

DEFS_066678

COUNTY BOARD OF ELECTION COMMISSIONERS

## Oaths

The oath is filed with the county clerk and a duplicate must be forwarded to the Secretary of State.
*[A.C.A. § 7-4-102(b)]*

A courtesy copy of the oath may also be provided to the State Board of Election Commissioners. Reference materials will be sent to the new commissioner upon receipt of the oath by the State Board of Election Commissioners.

18

DEFS_066679

# CONDUCTING CBEC MEETINGS

## Notification

The chair of the county board of election commissioners must notify each member of the county board of all meetings. *[A.C.A. § 7-4-105(b)]*

## Quorum

Two (2) members of the county board of election commissioners shall constitute a quorum. *[A.C.A. § 7-4-105(a)]*

## Voting

Each member of the county board of election commissioners has one (1) vote, and two (2) concurring votes shall decide any questions before the county board, unless a unanimous vote is otherwise required by law. *[A.C.A. § 7-4-105(a)]*

## Public Meetings/Freedom of Information Act

When official business is conducted in any meeting of two (2) or more members of the county board of election commissioners, the meeting must be public and held pursuant to the Freedom of Information Act of 1967 according to Ark. Code Ann. § 25-19-101 et seq. *[A.C.A. § 7-4-105(b)]*

The County Board of Election Commissioners must provide at least two (2) hours notice of a public meeting to the representatives of the newspapers, radio stations, and television stations in the county and any news media from outside the county which request notice in advance. The SBEC also recommends providing notice to any other interested persons or organizations who request to be notified of your meetings.

Public meetings under the Arkansas Freedom of Information Act includes any meeting in which official actions are taken or matters are discussed on which it is foreseeable that action will be taken by CBEC in the future. In short, if two members are going to discuss matters related to an election, it must be in a public meeting. Public meetings include without limitation:

- Drawing of ballot position;
- Certification of ballots;
- Selection or alteration of location or boundaries of precincts or polling sites;
- Designation of election officials;
- Election day;
- Correction of errors or omissions of ballots;
- Canvassing and certification of election results;
- Canvassing and certification of a recount; and
- Public testing of voting systems

All public meetings must be recorded. Recordings can be sound only, video recordings with sound, or a digital or analog broadcast capable of being recorded. These recordings must be retained for at least (1) year and must be in a format that may be reproduced.

19

COUNTY BOARD OF ELECTION COMMISSIONERS

**Minutes**

The county board of election commissioners must keep minutes of all meetings when official business is conducted and must file the minutes with the county clerk no later than one hundred twenty (120) days after the meeting or within ten (10) days of the next meeting, whichever date is sooner. *[A.C.A. § 7-4-105(b)]*

The county board must maintain a public record of all expenditures made and funds received by the county board. *[A.C.A. § 7-4-113]*

**Compensation**

Each member of the county board of election commissioners receives for services not less than twenty-five dollars ($25) per public meeting when official business is conducted. The county board shall not receive compensation for election duties after the election until election results have been certified and delivered to the Secretary of State. *[A.C.A. §§ 7-4-111(b); 7-5-701(c)(3)]*

Individual counties may pay election commissioners for performing various election-related tasks outside a public meeting. [*Attorney General's Opinion No. 2016-040]*

DEFS_066681

# CYBER HYGIENE INFORMATION

As election officials, understanding the basic do's and don'ts of cybersecurity is an ever-increasing component of ensuring the integrity of the election process. No matter the role you play, knowing the best practices to follow when dealing with sensitive information can improve both internal and external confidence in the election process. Below is a list of best practices to follow and bad practices to watch out for.

## DO'S:

1. **Educating on Best Practices**
   - ➤ Teaching employees and election official about basic cybersecurity goes a long way in preventing possible exploitation of the system. There are many free training resources available such as https://www.cisa.gov/cybersecurity-training-exercises that would be beneficial to any employees that have a hand in the election process.

2. **Better Passwords**
   - ➤ Anniversary? Birthday? Mother's Maiden Name? Family Pet? It may be easier to guess your password than you might think. These days there are many programs available containing complex programming that allow people to decode your password in mere minutes. Most cybersecurity firms suggest using a long password of at least 8 characters with a mix of numbers, symbols, capital, and lower-case letters.

3. **Secure Wi-Fi Networks**
   - ➤ Although it may seem obvious that a company would have a secured and encrypted Wi-Fi network, Covid has presented new challenges to keeping people safe on the internet. With the introduction of more and more jobs offering work from home options, it is now more important than ever to make sure that these employees have secured and encrypted Wi-Fi networks to connect to at home.

4. **Computer Virus Prevention**
   - ➤ Never underestimate the value of having good anti-virus and anti-malware installed. It is always helpful to have an extra layer of protection even for the most careful employees.

5. **Physical Devices**
   - ➤ Cybersecurity isn't solely contained to the internet. Securing your physical devices is just as important as what you do when you're on them. Simple ways such as locking office doors and having any written password information stored in locked drawers can prevent a plethora of problems.

6. **When in Doubt, Err on the Side of Caution**
   - ➤ Does an email look suspicious to you? Don't click on it. Is there an ad on a site that looks too good to be true? Don't click on it. If you are ever weary of whether something is a scam or not, simply do not engage with it.

21

DEFS_066682

COUNTY BOARD OF ELECTION COMMISSIONERS

## DON'TS:

1. **Sharing Login Credentials**
   - ➢ This seems like an obvious piece of information, but many people don't seem to understand the importance of keeping your password information private. Do you reuse your password, even with slight variations? Well, giving out your password to something that seems nonconsequential now gives someone the possibility of gaining access to more sensitive information.

2. **Obsolete Software**
   - ➢ Would you be surprised to learn that many cybersecurity breaches happen due to outdated software? Knowing how to check and keep your software up to date is an important step in keeping your information secure.

3. **Email Inattentiveness**
   - ➢ Some phishing scams can mirror actual companies you interact with quite well. Always check the email the information is coming from to make sure that is a reputable company. Often times there is only a slight variation from the phishing email to the actual company email. Staying alert and being hesitant about what you click on can help prevent successful phishing campaigns.

4. **Oversharing Online**
   - ➢ Have you ever played a game online through a social media site like Facebook? Most of the time to play these games, the application will request access to your profile information. As innocent as it seems, this can be a target for hackers to gain access to your account. This can happen even if the social media site itself takes good security measures.

5. **Cross Network Connections**
   - ➢ You may have a secured and encrypted network at the office and, if you work from home, then you may have one at your house as well but are these the only places that you connect to? Using the laptop you use to work from home while connected to an unsecure network like at a local coffee shop can allow hackers access to your information. Never connect to an unsecured network and, in most cases, it is best to keep Wi-Fi connections turned completely off when not in use.

6. **No Plan of Action**
   - ➢ One of the main goals of those trying to breach cybersecurity measures is to cause disruption. Is the only copy of that file you have on one computer? Not knowing what you will do in the event that your information is stolen can contribute to the disarray. Having an offline file, a paper file, and multiple people in the organization having copies of the online file can reduce the amount of panic that this situation can cause.

DEFS_066683

## WHAT TO DO IN THE EVENT YOU BELIEVE AN ELECTION RELATED DEVICE OR SYSTEM IS THE TARGET OF A CYBER ATTACK?

- Start by reporting this information to your IT department, the Secretary of State at 501-682-6792 or electionsemail@sos.arkansas.gov, and the State Board of Election Commissioners. Your IT staff are your first step in combatting information loss due to cybersecurity breaches; however, contacting state officials will assist you in bringing more state and federal resources to aide in resolving your issue.
  - o Another organization that plays a big part in the prevention and combating of cybersecurity threats is the Cybersecurity and Infrastructure Security Agency (CISA). They have an incident reporting form that allows users to transmit specifics of a cybersecurity threat directly to the agency. https://us-cert.cisa.gov/forms/report

## INCIDENT HANDLING OVERVIEW FOR ELECTION OFFICIALS

CHECKLIST FOR REQUESTING ASSISTANCE ON CYBERSECURITY BREACHES
Do you suspect an incident has occurred? Review the checklist below to make sure you are prepared.

- Are you reporting an active incident, or has it already occurred? □ Active □ Previous

- Has Law Enforcement been contacted? □ Yes □ No
  - o If yes, who?
- Do you have a third-party vendor working with you on this incident? □ Yes □ No
  - o If yes, who? And have they been contacted?
- Do you know where on your network potentially malicious activity was observed? □ Yes □ No
  - o If yes, where?
- Do you believe any systems used to tally or report unofficial election results have been affected? □ Yes □ No
- Do you have current and historical log data? □ Yes □ No
- Have any of the devices that are potentially compromised been powered down? □ Yes □ No
  - o If no, please leave the devices powered on until the proper response path can be decided. (NOTE: Unplug the device from the network, but please do not power it down completely.)

23

COUNTY BOARD OF ELECTION COMMISSIONERS

COMMON MISTAKES IN INCIDENT HANDLING
Over the years we have seen mistakes that could have easily been avoided – check out our list
and the impact those mistakes can have while handling an incident.

- Mitigating the affected systems before responders can protect and recover data
  - Can cause the loss of volatile data such as memory and other host-based artifacts.
  - Adversary will notice and change tactics.
- Preemptively blocking adversary infrastructure
  - Network infrastructure is fairly inexpensive. Adversary can easily change to new
    command and control infrastructure so you will lose visibility of their activity.
- Preemptive Password Resets
  - Adversary likely has multiple credentials, or worse, and has access to your entire
    active directory.
  - Adversary will use other credentials, create new credentials, or forge tickets.
- Failure to preserve or collect log data that could be critical to identifying access to the
  compromised systems
  - Collect and retain these logs for as long as possible.

24

DEFS_066685

## TYPES OF ELECTIONS

### Primary Election

A primary election is an election held to narrow the field of candidates for election at any general or special election in this state. *[A.C.A. §§ 7-1-101(30); 7-7-202(a)]*

> The **preferential primary** election in 2022, commonly known as the primary election, is held in May on the Tuesday four (4) weeks before the general primary election. *[A.C.A. §§ 7-7-203(b); 7-8-101]*

> The **general primary** election in 2022, commonly known as the primary **runoff** election, is held on the Tuesday four (4) weeks after the preferential primary election if no candidate received a majority of the votes cast for the office at the preferential primary election. *[A.C.A. §§ 7-7-203(a); 7-8-101]*

> A **nonpartisan primary** is conducted in cities with the city administrator form of government to narrow the field of candidates for those cities' offices in the general election.
> The nonpartisan primary is held on the second Tuesday of August preceding the general election. *[A.C.A. §14-48-109(a)(2)]*

### General Election

The general election is the regularly scheduled biennial election for election of United States, state, district, county, township, and municipal officials and to submit proposed amendments to the Arkansas Constitution or other measures or questions to a vote of the people.
*[A.C.A. §§ 7-1-101(16); 7-5-102; 7-5-204(a)]*

The general election is held on the Tuesday after the first Monday in November in every even-numbered year. *[A.C.A. §§ 7-5-102; 14-42-201(a)]*

### General Runoff Election

**County Offices:**
A general runoff election for a county contest is held four weeks after the general election if no candidate received a majority of the votes cast for the county elected office at the general election. *[A.C.A. § 7-5-106(a)]*

**Municipal Offices:**
A general runoff election for a municipal contest is held four weeks after the general election if no candidate received either a majority of votes cast or both a plurality of 40% of the votes cast for the office at the general election and 20% more votes than the second-place candidate. *[A.C.A. § 7-5-106(a)(2)(A)(B)]*

**Tie Votes:**
A general runoff election ("special runoff") is held four weeks after the general election if there is a tie vote for any office except for constable, Governor, Lt. Governor, Secretary of State, State Treasurer, State Auditor, or Attorney General. Tie votes for the state constitutional offices are decided by the General Assembly. Tie votes for constable result in the incumbent

25

holding over in the office or, if there is no incumbent, a continued vacancy in the office that can be filled by the Governor.

*[A.C.A. §§ 7-5-703(c); 7-5-704(b); 7-5-705(b); 14-14-1310(b); Article 6, Section 3 of the Arkansas Constitution; and Article 19 Section 5 of the Arkansas Constitution;]*

## Nonpartisan General Election

The nonpartisan general election is the regularly scheduled biennial election for election of Justice of the Supreme Court, Judge of the Court of Appeals, circuit judge, district judge and prosecuting attorney. *[A.C.A. § 7-10-101(a)]*

The nonpartisan general election is held on the same dates, times, and places as the preferential primary election held in March. *[A.C.A. § 7-10-102(b)(1)]*

## Nonpartisan General Runoff Election

The nonpartisan general runoff election is held on the same date and at the same times and places as the November General Election if no candidate received a majority of the votes cast for the office at the nonpartisan general election. *[A.C.A. § 7-10-102(c)(2)]*

## Annual School Election

The school election is the regularly scheduled election held annually for the election of school board positions and to submit an annual proposed rate of tax for the maintenance and operation of schools and the retirement of indebtedness to a vote of the people. *[Article 14, § 3 of the Arkansas Constitution, as amended by Amendments 1, 11, and 40; Attorney General's Opinion No. 96-380]*

The annual school election in 2022 will be held on the same date as either the preferential primary or the general election.  In 2023 the annual school election will be held on the second Tuesday in May or the second Tuesday in November. The School's decision between which election date to use must be made at least 100 days before the first day of the respective filing period for the preferential primary.  Otherwise, the election will be the same as the prior year.  *[A.C.A. § 6-14-102(a)(1) as amended by Acts 610 of 2021]*

## School Runoff Election

If no candidate received a majority of the votes cast for the office or if a tie vote exists, a runoff election is held in the district four (4) weeks after the date of the annual school election.
*[A.C.A. § 6-14-121(a)]*

## Special Election

A special election is any specially scheduled election to fill vacancies or to approve any measure.
*[A.C.A. § 7-1-101(16)]*

For the various dates on which special elections may be held, see the SPECIAL ELECTIONS section of this manual beginning on page 121.

26

# VOTING SYSTEMS

## Types

A county's voting system must consist of voting equipment selected for use by the Secretary of State, examined and approved by the State Board of Election Commissioners, and chosen by resolution of the county's quorum court. *[A.C.A. §§ 7-5-301, 7-5-503, 7-5-606]*

A county's voting system may consist of:

- Voting machines with at least one (1) voting machine per poll accessible to voters with disabilities and paper ballots for provisional voting and machine malfunction only;
- Paper ballots with an electronic vote tabulating device at each poll and at least one (1) voting machine per poll accessible to voters with disabilities;
- Paper ballots with an electronic vote tabulating device at a central counting location and at least one (1) voting machine per poll accessible to voters with disabilities; and
- Paper ballots counted by hand and at least one (1) voting machine per poll accessible to voters with disabilities.

## Voting Machines

A combination of an electronic marking device (usually a touchscreen that displays an electronic ballot) and an electronic vote tabulating device either at the precinct or at a central counting location) is considered to be a voting machine. *[A.C.A. §§ 7-1-101(42)]*

### Voter-Verified Paper Audit Trail:
All voting machines in use must include a voter-verified paper audit trail. *[A.C.A. §§ 7-5-301(b)(1); 7-5-532(c)(1)]*

### Overvotes:
An overvote occurs when a voter casts votes for more than the maximum allowable number of candidates in a contest or casts votes both for and against a measure to be decided by election.

A voting machine that would permit a voter to overvote his or her ballot must notify a voter of the overvote and allow the voter to change the ballot before the ballot is cast. *[A.C.A. § 7-5-504(9)]*

## Paper Ballot

### Overvote Warning:
All paper ballots must contain a warning beneath the heading about the consequences of overvoting and instructions on how to correct errors in marking the ballot before it is cast and counted. *[A.C.A. § 7-5-601(e)]*

27

**Electronic Vote Tabulating Devices:**
If a county uses a paper ballot voting system that includes an electronic vote tabulating device at each poll, the device must be programmed to reject overvoted ballots so that the voter has the opportunity to correct the ballot before the ballot is cast. *[A.C.A. § 7-5-604(a)(5)(A), (6)(A)]*

**Central Count/Count by Hand:**
If a paper ballot voting system provides for votes to be counted at a central counting location or by hand at the polling sites, the county board of election commissioners must provide a voter education program to inform voters about the consequences of overvoting and how to correct the ballot before it is cast. *[A.C.A. § 7-5-604(a)(6)(C)]*

## Custody

The county board of election commissioners has complete control and supervision of voting machines and electronic vote tabulating devices at all elections, but the county clerk has supervision of machines and devices used for early voting in the clerk's designated early voting location. *[A.C.A. § 7-5-301(k), (l)]*

The county board is responsible for the proper preparation, use, maintenance, and care of all voting machines and electronic vote tabulating devices during the period of time required for an election. *[A.C.A. § 7-5-301(m)(2)]*

The county board has the care and custody of all voting machines and electronic vote tabulating devices while not in use. *[A.C.A. § 7-5-301(m)(1)]*

# TRAINING

## Mandatory Statewide

The State Board of Election Commissioners is required to train and test county election commissioners and county election coordinators, and coordinate training for poll workers and county clerks or the county clerk's designee before every preferential primary election. *[Act 1051 of 2021]*

In complying with this statutory requirement, the State Board develops and revises training materials every two (2) years following regular legislative sessions to reflect election law changes. The State Board also develops procedures for conducting training, monitoring attendance, and determining the method and amount of compensation for county election commissioners, for county trainers, and for poll workers. *[A.C.A. §§ 7-4-101(f)(2), (3); 7-4-109(e)]*

---

### STATE BOARD RULES AND GUIDELINES ON TRAINING AND COMPENSATION

The State Board of Election Commissioners' rules for county election commissioners training, rules for poll worker and county clerk training, guidelines addressing training compensation for county election commissioners, and guidelines on training compensation for trainers and poll workers are available on the State Board's website at www.arkansas.gov/sbec.

---

28

**County Election Commissioners:**

The State Board provides each member of the county board of election commissioners with a copy of this comprehensive procedures' manual developed and published by the State Board as a valuable resource and reference guide to assist county boards in fulfilling its statutory duties and its responsibility to conduct fair, orderly, and legal elections.

Each county election commissioner is required to attend training provided by the SBEC prior the preferential primary election. Following this training, the commissioner must take a test covering the essential skills and knowledge associated with being a county election commissioner. If the commissioner passes this test the commissioner will be certified and will be eligible to receive a $300 stipend for having completed the certification program. The commissioner must also serve until the certification of the preferential primary to receive the stipend. A commissioner who does not pass the test will still hold office, however, the commissioner will not receive the $300 stipend.

## COMMISSION CHECKLIST

The State Board of Election Commissioners has provided three (3) separate checklists in the Forms & Instructions section in the back of this manual as tools to assist the county election commissions with monitoring timely completion of its various duties and responsibilities during each election process.

**County Clerks:**

The law requires that each county clerk or a person designated by the county clerk, attend election training coordinated by the state board prior to the preferential primary election. The SBEC is required to administer the test to the county clerks or their designee; however, the clerk's ability to train his or her personnel is not contingent on the passage of the test. Also, a deputy county clerk, employee of the county clerk, or other worker who will assist with early voting may be trained by the county clerk or the clerk's designee. If the clerk appoints a designee, the clerk will be notified should the designee fail to pass the test. *[A.C.A. §§ 7-4-109(e) as amended by Act 1051 of 2021]*

**Monitors:**

The state board has the authority to appoint election monitors upon proper request to observe election processes. The law requires that each election monitor attend election training coordinated by the state board prior to the preferential primary election for the purpose of being trained, tested, and certified by the State Board. Certified monitors will also receive specific instructions related to their duties prior to serving. *[A.C.A. §§ 7-4-101(f)(6); SBEC Rules for Appointment of Certified Election Monitors § 1004]*

**Poll Workers:**

The State Board's procedure for training poll workers requires, prior to every preferential primary, that each county board designate two (2) qualified electors of its county to attend training conducted by the State Board for the purpose of being trained, tested, and certified by the State Board to train poll workers locally.

29

DEFS_066690

The law requires that for a regularly scheduled preferential primary election **all poll workers** must have attended training conducted by a State Board-certified trainer. All poll workers must have received the required training within twelve (12) months of the election they are working. *[A.C.A. §§ 7-4-107(b)(2); 7-4-109(e)(1)]*

The State Board provides each trainer with a PowerPoint slide presentation and with the equivalent of six (6) poll worker training guides per poll developed and published by the State Board for distribution to the county's poll workers who attend local training conducted by the county's State Board-certified trainers. Materials related to voting system training may be amended to fit the specific circumstances of a particular county. Training materials containing supplemental procedures not addressed by materials provided by the State Board may also be used. However, if a county wants to use its own materials or make changes to the SBEC training material other than adding local supplemental procedures the county must have prior written approval from the SBEC. [*SBEC Rules for Poll Worker & County Clerk Training § 207*]

The training guides describe poll worker duties and responsibilities on election day and provide sample forms for gathering information on election day for legally required reporting on the conduct of elections. The State Board also provides a variety of Quick Guides for fast and easy reference on handling common election day procedures.

All poll workers must attend the basic training curriculum. If the poll worker passes an examination of essential skills following the training, the poll worker will be eligible to receive a $35 stipend. At least 2 poll workers per poll including the poll supervisor must also receive the advanced training curriculum. If the poll worker passes the examination of essential skills following the advanced training, the poll worker will be eligible to receive a $55 stipend.

## CANDIDATES

For more information on candidate qualification, filing dates and filing procedures see the Running for Public Office handbook produced by the State Board of Election Commissioners.

**Multiple Candidacies**

**Allowed:**
A person may run for President/Vice President and the U.S. Senate or U.S. House of Representatives in the same primary or general election. *[A.C.A. §§ 7-8-303(b)]*

**Prohibited:**
A person who files as a candidate for nomination by a political party is ineligible to be the nominee of any other political party for the same office during the primary election or the following general or special election and ineligible to be an independent or write-in candidate for the same office at the general or special election. *[A.C.A. §§ 7-7-204(a); 14-42-206(b)(6)]*

A person who is certified as an independent candidate is ineligible to be a write-in candidate or the nominee of any political party for the same office at the same general or special election. *[A.C.A. § 7-7-204(b)]*

DEFS_066691

A person filing for municipal office may file for only one (1) municipal office during the municipal filing period. *[A.C.A. § 14-42-206(e)]*

A person may not run for more than one (1) state, county, municipal, district or township office if the elections are to be held on the same date. *[A.C.A. § 7-5-111]*

## Political Party Primaries

**Dates:**
The preferential primary for 2022 will be held on May 24, 2022 and will include the party candidates. *[A.C.A. §§ 7-7-203(b); 7-8-201]*

**Filing Period:**
The party filing period is a one (1) week period ending at 12:00 noon on March 1, 2022 and beginning at 12:00 noon seven days earlier. *[A.C.A. §§ 7-7-203(c)(1)]*

**Party Certificate:**
Each candidate must obtain a party certificate signed by the secretary or chair of the state or county committee of the political party, depending on the office sought, that evidences the name and title proposed to be used by the candidate on the ballot, the position the candidate seeks, payment of the fee, if any, and filing of the party pledge, if any, required by the political party. *[A.C.A. §§ 7-1-101; 7-7-301(c)]*

**Filing with the Party:**
The affidavit of eligibility and party pledge, if any, is filed, the filing fee, if any, is paid, and party certificates are issued by the party during regular office hours during the party filing period. *[A.C.A. §§ 7-7-203(c)(2); 7-7-301(a)]*

**Filing with the State or County:**
The party certificate and political practices pledge (if required) must be filed with the Secretary of State or the county clerk, depending on the office sought, during regular office hours during the party filing period. *[A.C.A. §§ 7-1-101; 7-6-102(a)(3); 7-7-203(c)(3)]*

**Certified List of Party Candidates:**
At least seventy-five (75) days before the preferential primary election held in May, the Secretary of State certifies to the various county committees and to all county boards of election commissioners a list of the names of all candidates to be placed on the ballots at the primary who have filed party certificates with the Secretary of State within the time required by law. *[A.C.A. § 7-7-304(a)(1)]*

At least seventy-five (75) days before the preferential primary election held in May, the county clerk certifies to the county committees and county board a list of the names of all candidates to be placed on the ballots at the primary who have filed party certificates with the county clerk within the time required by law. *[A.C.A. §7-7-304(b)(1)]*

DEFS_066692