**Names of Certified Candidates Placed on Ballot:**
The county board of election commissioners places the names of all candidates certified to it by the county clerk and Secretary of State on the preferential primary ballot. The order in which candidate names appear on the ballot is determined by lot at a commission meeting (see p. 55). A candidate who runs unopposed for a position on the county political party committee may be omitted from the primary election ballot. *[A.C.A. § 7-3-104(a)]*

Any candidate who fails to sign and file a political practices pledge (if required) may not be placed on the ballot. *[A.C.A. § 7-6-102(e)(1)]*

**Certification of Results:**
No later than ten (10) days after the preferential primary election, the county board of election commissioners must certify the results of the preferential primary election for county, township, and municipal offices to the county clerk and the county's vote for United States, state and district offices to the Secretary of State. *[A.C.A. §§ 7-7-203(e), (g); 7-7-401(a)]*

If a candidate receives the majority of the votes cast for that office or position, or if the candidate is unopposed, the candidate shall be declared the party nominee and it shall not be necessary for the candidate's name to appear on the ballot at the general primary election. *[A.C.A. §§ 7-7-102; 7-7-304(f)(1)]*

**General Primary Election (Runoff):**
The county board of election commissioners conducts the general primary election only if no candidate receives a majority of the vote, or if there is a tie vote for an office. If a general primary election is necessary, the names of the two (2) candidates of the political party who received the highest number of votes for an office shall be placed on the ballots at the general primary election (runoff). *[A.C.A. §§ 7-7-102, 7-7-202, 7-7-304(f)(2)]*

No later than ten (10) days after the preferential primary election, or if one is held, the general primary election, the county board of election commissioners must certify to the county clerk, the state committees of the political parties and the county committees of the political parties a list of all candidates who were nominated at the primary election for county, township, and municipal offices. No earlier than forty-eight (48) hours, but no later than ten (10) days after the general primary election, the county board of election commissioners must certify the county's vote for United States, state and district offices to the Secretary of State. *[A.C.A. §§ 7-7-203(e)(1), (g)(1); 7-7-309; 7-7-401(a), (c)]*

**City Administrator Form of Government Cities - Nonpartisan Primary**

**Filing:**
Candidates pay a $10.00 fee and file a statement of candidacy and a petition with the city clerk not more than ninety (90) days and no later than noon, seventy-five (75) days before the primary election. *[A.C.A. §14-48-109(a)(3)]*

**Exhibit 3B**

DEFS_066693

**Certification:**

The city clerk certifies the names of candidates who properly file for office to the county board of election commissioners at least seventy (70) days before the election. *[A.C.A. §14-48-109(a)(6)]*

If only one or two candidates file for an office, there is no primary for that office and the county board of election commissioners places the names of the candidates on the general election ballot. If more than two candidates file for an office, the primary is held for that office. The county board of election commissioners certifies the result of the primaries to the city clerk. If a candidate receives a majority of the vote in the primary, that candidate is elected to the office. If no candidate receives a majority of the vote in the primary, the top two vote-getters advance to the general election. *[A.C.A. §14-48-109(a)(7), (8)]*

## New Parties

Parties that file a sufficient Petition for New Political Parties with the Secretary of State by the filing deadline, the following additional or altered dates and deadlines apply.

Nominees of a new political party participating in its first election after certification of a sufficient petition will be chosen by convention to be held no later than 12:00 noon on the date of the Preferential Primary. This convention may be held by any method authorized by party rule and may be held at multiple location or times.

Certificate of Nomination for all candidates must be filed with the appropriate County Clerk or the Secretary of State NO LATER THAN NOON on the date of the preferential primary election *[A.C.A. § 7-7-205(c)*

Political party nominees chosen by convention as authorized by law are certified by the chair and secretary of the convention. *[A.C.A. § 7-7-401(d)(1)]*

## General Election

**Certifying Political Party Nominees:**

At least ninety (90) days before the general election, candidates who were nominated at the primary election, or, in the case of recognized party presidential/vice presidential candidates, for United States, state and district offices must submit a certificate of nomination to the Secretary of State. *[A.C.A. § 7-7-203(h)(1)(B)(i)]*

At least ninety (90) days before the general election, each county political party committee must submit to the county clerk, and the county board of election commissioners, the certified list of its candidates who were nominated at the primary election, for county, township, and municipal offices. *[A.C.A. § 7-7-203(h)(2)(B)(i)]*

**Group Presidential Candidates:**

Presidential candidates of a political group that is not a recognized political party qualify for the general election ballot by filing a petition with the Secretary of State by the first Monday of August before the general election. *[A.C.A. § 7-8-302(5)(B)]*

DEFS_066694

**Independent Candidates:**

***Non-Presidential and Non-Municipal*:**
An independent candidate for United States Senate, United States House of Representatives, state, county, township, or district office must file, during the party filing period for the year in which the election is to be held, a political practices pledge, an affidavit of eligibility on a form prescribed by the Secretary of State, the petition on a form prescribed by the Secretary of State under this section, and a notice of candidacy stating the name and title the candidate proposes to appear on the ballot and identifying the elective office sought, including the position number, if any. *[A.C.A. § 7-7-103(a)]*

***Certification*:**
Nomination as an independent candidate for election to office without political party affiliation is certified by petition of electors as authorized by law under Ark. Code Ann. § 7-7-103. *[A.C.A. § 7-7-401(e)(2)]*

**Write-in Candidates:**

***United States Senate, United States House of Representatives, State, and District Office*:** *[A.C.A. § 7-5-205]*
A write-in candidate for these offices must:
1. File with the Secretary of State the notice of write-in candidacy, a political practices pledge, and an affidavit of eligibility for the office no later than the last day of the party filing period; and

2. Provide written notice to the county board of election commissioners of each county in which the candidate seeks election at least 90 days before the general election.

***County and Township Office:*** *[A.C.A. § 7-5-205]*
A write-in candidate for these offices must:
1. File with the county clerk the notice of write-in candidacy, a political practices pledge, and an affidavit of eligibility for the office no later than the last day of the party filing period; and

2. Provide written notice to the county board of election commissioners of each county in which the candidate seeks election at least 90 days before the general election.

**Write-in Votes Not Counted in Certain Elections:**
Votes for write-in candidates cannot be counted in municipal and presidential elections.
*[A.C.A. §§14-43-202, 7-5-205 (limiting write-ins to U.S. Senate, U.S. House, state offices, district offices, county offices and township offices)]*

**Municipal Candidates:**

***Filing – Mayor Council Form Nonpartisan Municipal Offices:***
Candidates file a petition, political practices pledge, and an affidavit of eligibility with the county clerk during a one-week period ending 90 days before the general election by noon, unless the city has passed an ordinance setting the filing period to begin twenty (20) days before the preferential primary election and to end at noon on the day before the preferential primary election. For municipalities situated in multiple counties, the candidate files with the

34

county clerk of the county with the highest population of the municipality, and the county clerk certifies the candidate to the other counties. *[A.C.A. §§ 14-42-205; 14-42-206(b), (d)]*

### Filing – City Manager Form:
Candidates file petition with the city clerk or recorder not more than 102 nor less than 81 days before the general election by noon. *[A.C.A. §14-47-110(a)(2)]*

### Certification – City Manager Form:
The city clerk certifies the names of candidates who properly file for office to the county board of election commissioners at least 75 days before the election. *[A.C.A. §14-47-110(a)(3)(D)]*

### Filing – City Administrator Form:
Candidates file petition for nomination not more than 90 or less than 75 days before the general election by noon. *[A.C.A. §14-48-109]*

## Certification of Nominees:
At least seventy-five (75) days before each general election, including the nonpartisan general election held in May, the county clerk of each county must certify to his or her county board a full list of all candidates to be voted for in the county at the general election. *[A.C.A. § 7-5-203(b)(1)]*

At least seventy-five (75) days before each general election, including the nonpartisan general elections held in May, the Secretary of State must certify to all county boards full lists of all candidates for all federal, state and district offices to be voted for in their respective counties at the general election. *[A.C.A. § 7-5-203(a)(1)]*

## Nonpartisan General Election and Runoff

### Filing:
Nomination as a nonpartisan candidate for Justice of the Supreme Court, Judge of the Court of Appeals, circuit judge, district judge, or prosecuting attorney is considered certified upon the candidate's filing with the Secretary of State a political practices pledge and either paying a filing fee or upon determination that sufficient signatures were obtained by petition. *[A.C.A. §§ 7-6-102(a)(5), (6); 7-7-401(e)(1); 7-10-103(b), (c)]*

### Write-in Candidates for Justice of the Supreme Court, Judge of the Court of Appeals, Circuit Judge, District Judge, or Prosecuting Attorney:
A write-in candidate must give written notice to the county board of election commissioners of each county in which the candidate seeks election and file with the Secretary of State the notice of write-in candidacy, and a political practices pledge for the office no later than eighty (80) days before the Nonpartisan General Election. *[A.C.A. § 7-10-103(d)]*

### Certification to the Election Commission:
Candidates for Justice of the Supreme Court, Judge of the Court of Appeals, circuit judge, district judge, or prosecuting attorney are certified to the county board of election commissioners by the Secretary of State in the same manner and on the same dates as political

DEFS_066696

party candidates for the primary and, if there is a runoff, in the same manner and at the same time as candidates for the general election.

## Annual School Election

**2022 Candidate Filing:**
A candidate for school district board of directors may appear on the ballot by filing a petition during a one-week period ending August 10, 2022 before a school election held in November. The party filing period for the school election held in May is the one week period ending on March 1, 2022.. *[A.C.A. § 6-14-111(e)]*

A write-in candidate must file a notice of candidacy during the party filing period in order to have votes for the candidate counted. *[A.C.A. § 6-14-111(g)]*

**Certification:**
The county clerk of the county where the school district is domiciled must certify to all of the affected county boards the names of all candidates who have filed a proper petition and all write-in candidates for each school district on the day after the filing deadline. *[A.C.A. § 6-14-111(i)]*

## Special Elections to Fill Vacancies in Office

The entity calling the special election (usually the Governor or a city council) must include in the calling document (usually a proclamation or ordinance) the dates of the special election and any associated special primary, filing periods, and certification deadlines. *[A.C.A. § 7-11-102]*

## Candidate Withdrawal and Death

**Notice of Withdrawal:**
The notice from a candidate of his or her desire to withdraw must be in writing, signed by the candidate, and acknowledged before an officer authorized to take acknowledgements.
*[A.C.A. §§ 7-5-203(a)(2), (b)(2); 7-7-304(a)(2), (b)(2)]*

**Withdrawal Before the Certification Deadline/Not Placed on Ballot:**
If a candidate dies or notifies the Secretary of State or county clerk, depending on the election, of his or her desire to withdraw as a candidate for the office or position, the candidate shall not be certified and shall not be placed on the ballot. *[A.C.A. §§ 7-5-203(a)(2), (b)(2); 7-7-304(a)(2), (b)(2)]*

**Withdrawal After the Certification Deadline/Votes Counted:**
Votes received by a candidate whose name appeared on the ballot and who withdrew or died after the certification of the ballot are counted. *[A.C.A. §§ 7-5-315(b)(1); 7-7-304(c)(1)]*

**Withdrawal from Municipal or County Runoff:**
 If one of the two runoff candidates withdraws before certification of the result of the general election, the remaining runoff candidate is declared elected and there is no runoff.
*[A.C.A. § 7-5-106(d)]*

DEFS_066697

**Withdrawal from Annual School Election Runoff:**
If one of the two runoff candidates withdraws before certification of the result of the annual school election, the remaining runoff candidate is declared elected and there is no runoff. *[A.C.A. § 6-14-121(c)]*

## Vacancy in Nomination

If a candidate for a party's nomination withdraws or dies after certification but receives enough votes at the primary election to win the nomination, there is a vacancy in nomination. *[A.C.A. § 7-7-304(c)(2)]*

If a candidate for a party's nomination withdraws or dies after certification but receives enough votes to advance to the primary runoff election, the person's name must be placed on the primary runoff election ballot. *[A.C.A. § 7-7-304(c)(3)]*

If the candidate who withdraws or dies receives enough votes to win the primary runoff election, there is a vacancy in nomination. *[A.C.A. § 7-7-304(c)(4)]*

If there is a tie vote in a general primary (runoff) there is a vacancy in nomination and the vacancy will be filled by convention. *[A.C.A. § 7-7-104(b)]*

**Filling a Vacancy in Nomination:**
Vacancies in nomination may be filled by a political party only if the vacancy resulted from the death or withdrawal due to illness of a candidate who won the preferential primary, a tie vote in the general primary or if a candidate who won the preferential primary withdraws due to moving out of the jurisdiction or filing for another office. *[A.C.A. § 7-7-104(b), (c)]*

If the vacancy in nomination is due to death, illness, moving or filing for another office, the political party may choose to fill the vacancy by convention or special primary called by the Governor. The name of the nominee who is filling a vacancy in nomination shall be immediately certified to the Secretary of State and to the appropriate county board of election commissioners. If the new nominee is not selected in time to file a certificate of nomination with the party at least seventy-six (76) days before the general election, the name of the person who vacated the nomination appears on the ballot and votes for that person count for the replacement nominee **IF** the certificate of nomination is filed at least forty-seven (47) days before the general election. The county board must post notice at the polls to that effect and provide a copy of the notice for the county clerk to send to an absentee voter along with his or her instructions. *[A.C.A. § 7-7-104(d)(2), (f)]*

**Untimely Notification/Vacancy Not Filled:**
If the party fails to notify the Governor within ten(10) days of the occurrence as defined above or if the vacancy in nomination occurs for any reason other than death, serious illness, the candidate's moving out of the area from which elected as the party's nominee, filing for another office, or a tie vote following a general primary election, the vacancy in nomination is not filled. *[A.C.A. § 7-7-104(c)(2) as amended by Act 648 of 2019]*

37

**Holding a Convention:**
When a convention is held to fill a vacancy in nomination, the convention shall occur and be conducted in accordance with respective political party rules after notice is provided by the political party to the Governor. *[A.C.A. § 7-7-104 (b), (e) as amended by Act 648 of 2019]*

**Special Primary Election:**
If within the time prescribed, the party notifies the Governor of its desire to hold a special primary election to fill a vacancy in nomination, the Governor must issue a proclamation within five (5) days calling for the special election. The special primary election to fill a vacancy in nomination shall occur no earlier than thirty (30) days and no later than sixty (60) days after the filing deadline. *[A.C.A. § 7-7-104(d)(1)]*

## Vacancy in Candidacy for Nomination

A vacancy in candidacy for nomination occurs when an unopposed candidate in a preferential primary cannot accept nomination due to death or when an unopposed candidate in a preferential primary refuses' nomination due to a serious illness. *[A.C.A. § 7-7-106(a)]*

**Filling a Vacancy in Candidacy for Nomination:**
A vacancy in candidacy for nomination may be filled at a convention of the political party in accordance with respective political party rules. *[A.C.A. § 7-7-106 (b), (c) as amended by Act 648 of 2019]*

If the vacancy in candidacy for nomination is filled at a convention of the political party more than sixty-six (66) days before the preferential primary election, the name of the person chosen at the convention to fill the vacancy is placed on the preferential primary ballot instead of the name of the person who vacated the candidacy. *[A.C.A. § 7-7-106(d)]*

The person chosen at the convention of the political party and subsequently elected at the preferential primary election to fill the vacancy in candidacy is declared the nominee.

If the vacancy in candidacy for nomination is filled at a convention of the political party less than sixty-six (66) days before the preferential primary election, the name of the person who vacated the candidacy is placed on the preferential primary ballot. *[A.C.A. § 7-7-106(e)]*

> ***Best Practice:*** *The CBEC should post a notice explaining that votes for the person who vacated his or her nomination will count for the new nominee.*

The person chosen at the convention of the political party to fill the vacancy in candidacy is declared the nominee even though the name of the person who vacated the candidacy appears on the preferential primary ballot. *[A.C.A. § 7-7-106(e)]*

If the vacancy in candidacy for nomination is not filled at a convention of the political party before the date of the preferential primary election, a vacancy in nomination exists on the date of the preferential primary election and is filled according to Ark. Code Ann. § 7-7-104, as described on the previous page. *[A.C.A. § 7-7-106]*

DEFS_066699

**Vacancy in Election:**

If a candidate withdraws or dies after certification but receives enough votes at the general election to win the election, a vacancy in election shall be declared. *[A.C.A. § 7-5-315(b)(2)(A)]*

If a candidate withdraws or dies after certification but receives enough votes to qualify for a runoff election, the person's name must be placed on the runoff election ballot. *[A.C.A. § 7-5-315(b)(2)(B)(i)]*

If a candidate withdraws or dies after certification but receives enough votes to win the runoff election, a vacancy in election shall exist. *[A.C.A. § 7-5-315(b)(2)(B)(ii)]*


**Filling a Vacancy in Office:**

### State, District, Federal, County and Township:

Vacancies in the U.S. Senate (under some circumstances), state constitutional offices, judicial offices, and prosecuting attorney are filled by appointment of the Governor. *[Amendment 29 of the Arkansas Constitution; A.C.A. § 7-8-102]*

Vacancies for Lieutenant Governor, members of the state General Assembly, and members of the U.S. House of Representatives, and members of the U.S. Senate (under some circumstances) are filled by special election. *[A.C.A. §§ 7-7-105, 7-8-102]*

Except for constable and quorum court, vacancies in county offices are filled by vote of the quorum court.  Constable and quorum court vacancies are filled by appointment by the governor. *[A.C.A. § 14-14-1310]*

### Mayor/Council Cities of the First Class:

Vacancies in the office of mayor in cities of the first class with the mayor/council form of government are generally filled by special elections. However, if the remainder of the term is less than one year, the city council may appoint a person to fill the vacancy for the remainder of the term. If the remainder of the term is more than one year, the city council may appoint a person to temporarily hold the position until a special election is held.
*[A.C.A. §§ 14-43-304(d), 14-43-401(b), 14-43-412]*

Vacancies in the office of council member in cities of the first class with the mayor/council form of government and less than 20,000 in population are filled by the city council for the remainder of the term. The same procedure applies to such vacancies in cities more than 20,000 in population, except when the remainder of the term is more than one year, in which case the city council may appoint a person to fill the vacancy until a special election is held. *[A.C.A. § 14-43-411]*

Vacancies in all other offices in cities of the first class with the mayor/council form of government are filled by the city council until the next general election. *[A.C.A. § 14-43-412]*

### Cities of the Second Class:

Vacancies in the office of mayor in cites of the second class are filled by the city council or a special election, at the discretion of the city council. *[A.C.A. § 14-44-106]*

39

Vacancies in the office of council member, recorder, treasurer or recorder-treasurer, and marshal in cities of the second class are filled by the city council for the remainder of the term. *[A.C.A. § 14-44-104]*

**Incorporated Towns:**
Vacancies in the office of mayor in incorporated towns are filled by the town council or a special election, at the discretion of the city council. *[A.C.A. § 14-45-103]*

Vacancies in the office of council member and recorder-treasurer in incorporated towns are filled by the town council for the remainder of the term. *[A.C.A. § 14-45-103]*

**City Administrator Cities:**
Vacancies in offices in city administrator form of government cities are either filled by the board of directors for the remainder of the term or by special election, at the discretion of the board. *[A.C.A. § 14-48-115]*

**City Manager Cities:**
Vacancies in the office of director in city manager form of government cities are filled by the board of directors for the remainder of the term. *[A.C.A. § 14-47-113]*

**School Board:**
Vacancies on a school district's board of directors are filled by the board. If the board fails to fill a vacancy after thirty (30) days, the vacancy is filled by the quorum court.*[A.C.A. § 6-13-611(c)(1)]*


# MEASURES AND QUESTIONS

<u>State</u>

At least seventy-five (75) days before the general election, the Secretary of State shall certify to all county boards of election commissioners, for posting and placement on the ballot, proposed amendments to the Arkansas Constitution and other measures or questions to be submitted to a vote of the people regardless of whether the sufficiency of a petition has been determined or whether challenged in a court of competent jurisdiction. *[A.C.A. § 7-5-204]*

Not less than eighteen (18) days before the general election, the Secretary of State must furnish the county boards a certified copy of the ballot title and popular name of each proposed measure and referred act to be voted upon. *[A.C.A. § 7-9-115]*

<u>Local</u>

At least seventy (70) days before the general election, the county clerk shall certify the sufficiency of all county initiative petitions to the county board in order to be included on the general election ballot. *[A.C.A. § 14-14-915(b)(3)]*

40

Municipal initiative petitions may be filed as late as sixty (60) days before the election, so the city clerk will certify the sufficiency of those petitions as soon as possible after filing.
*[Article 5, Section 1 of the Arkansas Constitution]*

## VERIFICATION OF VOTER REGISTRATION

Voters at the polls and voting Absentee will be required to present specific kinds of photo identification (ID) to verify their voter registration. Voters at the polls who fail to provide a proper photo ID may cast a provisional ballot that can be counted if the voter returns to the county clerk or election commission by noon Monday after the election with their photo ID. Voters must be lawfully registered in that county and have voted on the correct ballot to be considered valid. *[Act 249 of 2021]*

Voters at the polls and voting absentee must present photo identification unless they are residents of a long-term care facility, in which case they may instead present documentation from the administrator attesting to their status in the facility. Uniformed services members and their spouses voting absentee under UOCAVA provisions are not required to provide photo identification. Other civilians voting from outside the United States are required to satisfy the voter identification provisions described below.

The photo identification is a document that shows the name and photograph of the voter; is issued by the United States, the State of Arkansas, the county clerk, or an accredited post educational institution in the State of Arkansas and, if it has an expiration date, expired no more than four years before the election. In addition, voters may also use the free "For Voting Purposes Photo ID" which can be provided by the county clerk in each county. For a more detailed explanation of the voter ID rules and their application, please consult the SBEC Rule §801 et. seq. as well as the 2022 edition of the Training Guide and Checklist for Poll Workers.

---

**STATE BOARD RULES ON VERIFICATION OF VOTER REGISTRATION**

The State Board of Election Commissioners' Rules on the Verification of Voter Registration are available on the State Board's website at www.arkansas.gov/sbec.

---

IMPORTANT CAVEAT: A first time voter who registered to vote by mail and who is flagged as having not provided sufficient ID when registering is NOT subject to the Voter ID rules addressed above. These "Flagged Voters" have a separate requirement established under federal law which require the voter to provide either a current and valid photo id or a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of the voter. The failure to include this ID will cause the ballot to be made provisional.

41

## ABSENTEE AND EARLY VOTING

### County Clerk's Authority

The county clerk has statutory authority over the issuance and receipt of absentee ballot as well as over any early voting conducted by the clerk. *[A.C.A. § 7-5-401(a)]*

The county clerk who conducts early voting must be furnished a suitable room at the county courthouse or other location designated for absentee and early voting. *[A.C.A. § 7-5-401(b)]*

In counties with dual county seats, the county clerk must conduct absentee voting in the courthouse or other room provided by the county and conduct early voting in each county seat if the county clerk conducts early voting under Ark. Code Ann. § 7-5-418. *[A.C.A. § 7-5-401(c)]*

The county board of election commissioners is responsible for counting legally cast absentee ballots and votes cast during early voting.

### Early Voting

**Conduct:**
Except as otherwise provided by law, early voting must be conducted in the same manner as voting on election day. Conduct that is prohibited or restricted on election day is prohibited and restricted on the days that early voting is conducted. *[A.C.A. § 7-5-418(f)]*

**Candidates as Observers at Early Voting:**
A candidate may be present in person at early voting locations only to observe whether or not votes are fairly and accurately cast. A candidate present as an observer may not challenge voters as a poll watcher during early voting and may speak only to a designated poll worker.

A candidate who is present in person at an early voting location to observe may not speak to voters or disrupt the orderly conduct of the election.

A candidate who is a public official and who is present in person at an early voting location to observe shall not wear on his or her person any uniform, badge, or other apparel or equipment that identifies the candidate as a public official.
*[A.C.A. § 7-5-413(d); SBEC Rules for Poll Watchers, Vote Challenges, and Provisional Voting]*

**Off-Site:**
The county board of election commissioners is responsible for deciding whether to hold early voting at additional polling sites outside the county clerk's office. *[A.C.A. § 7-5-418(b)(1)(A)]*

If the county board votes to hold off-site early voting at one (1) or more conveniently located polling sites on all the days and times required by law for the county clerk, the county clerk may choose not to hold early voting in his or her office. *[A.C.A. § 7-5-418(b)(3)(B)]*

The county board must notify the county clerk of its decision to hold off-site early voting within ten (10) days of its decision. *[A.C.A. § 7-5-418(b)(3)(A)]*

42

DEFS_066703

The county clerk must notify the county board of his or her decision not to conduct early voting in his or her office within ten (10) days of receipt of the county board's notice of holding off-site early voting. *[A.C.A. § 7-5-418(b)(3)(B)]*

The county board determines, by unanimous vote, the location of off-site early voting polls. *[A.C.A. § 7-5-418(b)(1)(B)]*

Voting locations must adequately allow an early voter to personally and secretly execute his or her ballot. *[A.C.A. § 7-5-418(e)] See Advisory Standards 2015-001 and 2015-002.*

**Dates and Times of Early Voting:**

*Preferential Primary and General Elections:*
For the preferential primary and nonpartisan general elections held in May and for the general and nonpartisan general runoff elections held in November, early voting begins fifteen (15) days before the election from 8:00 a.m. to 6:00 p.m. on Monday through Friday, from 10:00 a.m. to 4:00 p.m. on Saturday, and ends at 5:00 p.m. on the Monday before the election. *[A.C.A. § 7-5-418(a)(1)(A)]*

If off-site early voting is held in addition to early voting conducted by the county clerk's office, off-site voting can take place on any Monday through Friday at any time between the hours of 8:00 a.m. and 6:00 p.m., on any Saturday at any time between the hours of 10:00 a.m. and 4:00 p.m. beginning fifteen (15) days before the election and ending no later than 5:00 p.m. on the Monday before the election. *[A.C.A. § 7-5-418(b)(1)(A)]*

*Other Elections:*
For general primary (primary runoff) elections held in June, general runoff elections held in December and special elections, early voting begins seven (7) days before the election during regular county clerk office hours and ends on the day before the election at the time the county clerk's office regularly closes. *[A.C.A. § 7-5-418(a)(2)]*

If off-site early voting is held in addition to early voting conducted by the county clerk's office, off-site voting can take place on any of the days and times during regular county clerk office hours beginning seven (7) days before the election and ending on the day before the election no later than the time the county clerk's office regularly closes. *[A.C.A. § 7-5-418(b)(1)(A)]*

**Holidays:**
Early voting shall not be held on state or county holidays. *[A.C.A. § 7-5-418(a)(1)(B)]*

**Poll Workers:**
The county board appoints poll workers for any off-site early voting polling site in the same manner as poll workers are appointed for election day. *[A.C.A. § 7-5-418(b)(2)]*

**Public Notice:**
At least eight (8) days before the beginning of early voting for the preferential primary and nonpartisan general elections held in May and the general and nonpartisan general runoff elections held in November; at least ten (10) days before primary runoff elections held in June,

43

general runoff elections held in December, and any special election; and again at least five (5) days before all elections, the county board must publish in a newspaper of general circulation in the county the places and times for early voting, along with all other public notices required by Ark. Code Ann. § 7-5-202. This notice includes, but is not limited to, the location where lists of appointed election officials can be found and when it is available and directions for filing a written objection to the service of the elected official.   ** *See Sample Notice of Election at www.arkansas.gov/sbec/forms-checklists [A.C.A. § 7-5-202(a)(3), (b)(1) as amended by Act 448 of 2021]*

**Voting Machines:**
The county board of election commissioners must place at least one (1) voting machine equipped for use by voters with disabilities at the county clerk's designated early voting location and at any off-site polling locations established by the county board. *[A.C.A. §§ 7-5-413(a)(1); 7-5-418(a)]*

**Ballots, Machines, and Materials:**
All voted ballots, all un-voted ballots, and all election materials at an off-site early voting location must be stored in a secure location in the county courthouse or in a secure location determined by the county board immediately after the poll closes each day that early voting is conducted at the off-site poll. *[A.C.A. § 7-5-418(b)(5)]*

At the close of each day of early voting and when early voting is concluded, the clerk at the county clerk's designated early voting location and poll workers at any off-site early voting poll must secure the voting machines against further voting. *[A.C.A. § 7-5-413(b)]*

After completion of the canvass of early votes cast by voting machines, the machines must be secured and remain inaccessible to voting. *[A.C.A. § 7-5-413(c)(1)]*

**Absentee Voting**

**Rejected Absentee Applications:**
The county clerk cannot send an absentee ballot to a voter if the signature on the absentee ballot application is not similar to the voter's signature in the voter registration file. Absentee applications that are rejected by the county clerk for other reasons, and for which the applicant cannot be reached for resolution, will be forwarded to the county board of election commissioners for determination as to whether the applicant is a qualified elector. *[A.C.A. § 7-5-409(a)]*

**Dates:**
Absentee voting begins no later than forty-six (46) days before the preferential primary and nonpartisan general elections held in May, the general and nonpartisan general runoff elections held in November, the annual school election held concurrently with either the preferential primary or the general elections, and any special elections. *[A.C.A. § 7-5-407(a)]*

Absentee voting begins no later than ten (10) days before the general primary (primary runoff) election held in June and the general runoff election held in December. *[A.C.A. § 7-5-407(b)]*

44

**Ballots:**
The county board is responsible for providing county clerks with ballots for absentee and early voting as soon as possible and no later than forty-seven (47) days or ten (10) days before an election, as the case may be. *[A.C.A. §§ 7-5-211(c); 7-5-407]*

**Special Runoff Ballots:**
The county board must also prepare a special absentee ballot for qualified electors of this state who are temporarily outside the territorial limits of the United States. This special absentee ballot must be marked "special runoff ballot" and shall permit the absentee voter to vote in the primary runoff election or general runoff election by indicating his or her order of preference for each candidate for each office. *[A.C.A. § 7-5-406(c)]*

The county clerk sends a special runoff ballot and instructions to eligible voters along with the absentee voter's absentee ballot for the primary election and for the general election. *[A.C.A. § 7-5-406(c)]*

There is no special absentee runoff ballot for the runoff election held in November for judges and prosecutors. *[A.C.A. § 7-5-406(c)(1)(B)]*

**Deadlines for Voters to Deliver Absentee Ballots to County Clerk:**
Absentee ballots delivered to the county clerk in person by the voter, by a designated bearer, or administrator, must be received by the close of regular business hours on the Friday before the election to be counted. *[A.C.A. § 7-5-411(a)(3) as amended by Act 973 of 2021]*

Absentee ballots delivered to the county clerk by an authorized agent must be received by 7:30 p.m. on election day to be counted. *[A.C.A. § 7-5-411(a)(2) as amended by Act 973 of 2021]*

Except for absentee ballots of qualified electors outside the United States and of uniformed services personnel serving in active status and their dependents absent from the county due to this service, absentee ballots that are mailed must be received by the county clerk by 7:30 p.m. on election day to be counted. *[A.C.A. § 7-5-411(a)(1)(A)]*

Absentee ballots of qualified electors outside the United States on election day can be counted if the voter applied for the ballot at least thirty (30) days before the election, and the ballot is signed, dated, postmarked, and mailed no later than the day of the election and received by the county clerk no later than 5:00 p.m. ten (10) days after the election. *[A.C.A. § 7-5-411(a)(1)(B)(i)]*

Absentee ballots of active-duty uniformed services personnel will be counted if executed no later than the date of the election (postmark is not required) and received by the county clerk no later than 5:00 p.m. ten (10) days after election day. *[A.C.A. § 7-5-411(a)(1)(B)(ii)]*

Proper absentee ballots mailed in bulk by a hospital or an administrator of a long-term care or residential care facility licensed by the state are counted provided that the appropriate documentation is included, and that the ballots are timely received on election day. *[A.C.A. § 7-5-411(a)(1)(C)]*

45

DEFS_066706

**Appointing Absentee Election Clerks:**

The county board appoints absentee clerks to process, count, and canvass absentee ballots in the same manner and at the same time that poll workers are selected for election day. The absentee clerks must possess the same qualifications as the poll workers working election day polls. *[A.C.A. § 7-5-414(b)(2)]*

**Public Notice:**

At least eight (8) days before the beginning of early voting for a preferential primary and nonpartisan general elections held in May and general and nonpartisan general runoff elections held in November and at least ten (10) days before primary runoff elections held in June, general runoff elections held in December, and any special elections, the county board must give public notice in a newspaper of general circulation in the county. The notice must include the time and location of the opening, processing, canvassing, and counting of absentee and early voting ballots along with all other public notices required under A.C.A § 7-5-202. It also includes, but is not limited to, the location where a list of appointed election officials can be found and when it is available, and directions for filing a written objection to the service of the elected official. For counties that begin opening the "outer envelope" prior to election day, the notice must include the date, time and location of the opening. *[A.C.A. §7-5-416(a)(2) as amended by Act 448 of 2021]*

**Verification of Voter Registration in Absentee Ballots**

Absentee voters are required to verify their voter registration when they return their absentee ballot by including a copy of a photo ID which satisfies the requirement of Amendment 51 of the Arkansas Constitution. See page 41. Unless otherwise exempted, an absentee ballot which is returned and which does not include the required copy of the voter's photo ID shall be considered a provisional ballot. Voters who are active duty members of the uniform services of the United States, the United States Merchant Marine, or the spouse or dependent of any such service member, who are absent from the country due to this service are not required to verify their voter registration. Voter who are a resident of a long-term care or residential care facility licensed by the state of Arkansas are not required to verify their voter registration so long as they provide documentation from the administrator of the faculty attesting that the person is a resident of the facility.

If an absentee ballot is designated as a provisional ballot for lack of a valid photo ID, ,the provisional/absentee ballot may only be counted if the voter verifies their voter registration to the county clerk or county board of election commissions before 12:00 noon on the Monday following the election and there is no other legal basis requiring the ballot to not be counted. The voter must also be lawfully registered in that county and have voted on the correct ballot.

If a voter's absentee ballot has been made provisional and that voter does not verify his or her voter registration following the election, that provisional absentee ballot will not be counted.

46

DEFS_066707

# ELECTION PRECINCTS

## Establishing and Altering Precincts by Order

The county election commission establishes precincts and by order may alter the boundaries of existing election precincts and establish new ones. *[A.C.A. §§ 7-5-101(a)(1)(A), (b)(1); 7-7-303]*

Precincts must contain no more than 3,000 registered voters. Precincts that contain more than 3,000 voters must be redrawn at least one hundred twenty (120) days before the next election. *[A.C.A. § 7-5-101, (b)(3)]*

### Written Description/Map:
The order establishing precincts shall contain a written description and map of the boundaries of the precincts that were altered or established and will not be effective until it has been filed with the county clerk. *[A.C.A. § 7-5-101(b)(3)]*

### Records:
Within thirty (30) days after the boundaries of an election precinct are altered or a new election precinct is established, the county clerk shall submit written, printed and digital copies of the map and description to the Secretary of State and the Arkansas Geographic Information Systems Office. *[A.C.A. § 7-5-101(c)(1)]*

Upon receipt of the changes, the Secretary of State immediately forwards a copy to the Office of the Attorney General, Census State Data Center, and Mapping and Graphics Section of the Planning and Research Division of the Arkansas State Highway and Transportation Department. *[A.C.A. § 7-5-101(c)(2)]*

## Preferential Primary Elections

Election precincts in all political party primary elections are the same as established by the county board of election commissioners for general elections. *[A.C.A. § 7-7-303]*

## Restrictions

A precinct may not be altered, nor can a new precinct be created by the county board of election commissioners less than sixty (60) days before an election, except in the event of an emergency as determined by unanimous vote of the county board of election commissioners. *[A.C.A. § 7-5-101(b)(2)]*

# POLLING SITES

## Designation

The county board of election commissioners must designate a polling site for each precinct. *[A.C.A. § 7-5-101(a)(1)(B)(i)]*

### Combined Precincts:
A polling site may serve two (2) or more precincts or parts of precincts. *[A.C.A. § 7-5-101(a)(1)(B)(ii)]*

47

**Unanimous Vote of County Board:**
Designation of polling sites requires a unanimous vote of the members of the county board that are present at the public meeting, except as provided for school elections in Ark. Code Ann. § 6-14-106. *[A.C.A. § 7-5-101(a)(2)]*

**Joint Primary Elections/Common Polls:**
For primary elections, the county board must establish common polling places for the joint conduct of the primaries of all political parties. *[A.C.A. § 7-7-202(d)]*

**Location:**
The county board must provide voting locations that are accessible to voters with disabilities and must provide reasonable and adequate methods for voters with disabilities to personally and secretly execute their ballots at the polling places. *[A.C.A. § 7-5-311(a)]*

Each county shall provide polling places adequate for the operation of the county's voting system, including without limitation access to a sufficient number of electrical outlets and telephone lines, if necessary. *[A.C.A. § 7-5-301(f)]*

**Vote Centers:**
Vote centers are election day polling sites where a voter from any precinct in the county may vote. Vote centers may be established by the county board of election commissioners, only if authorized by the quorum court. *[A.C.A. § 7-1-113]*

The Secretary of State has promulgated rules relating to the operation of vote centers. *[A.C.A. § 7-1-113(f)]*

**Changes to Polling Site Locations**
With the exception of odd year school elections, the polling sites for each election are the same as the polling sites for the previous general election unless the CBEC unanimously agrees to alter the polling sites. If the CBEC wishes to make a change to the polling sites this must be completed no less than 60 days prior to a preferential primary or general election and 30 days prior to all other elections. Changes after these deadlines may only be made in the event of an emergency. *[A.C.A. § 7-5-101(d) as amended by Act 1063 of 2021]*

**Notice of Polling Site Change**
NON-VOTE CENTER POLLS: If the CBEC changes the location of a precinct's assigned polling site, the County Clerk must send each registered vter notice of this change no less than 15 days prior to the election unless the election is a school election, the election is a special election, or the emergency arises less than fifteen days prior to the election. In all cases notice must be posted on the polling site which is no longer utilized. *[A.C.A. § 7-5-101(d)]*

VOTE CENTER POLLS: If the CBEC changes the location of a vote center, notice must be posted in a newspaper of general circulation no less than 15 days prior to the election. In addition, the notice must also be posted on the polling site which is no longer utilized. *[A.C.A. § 7-5-101(e)]*

48

**Appeal of a Polling Site Closure**

In the event that the CBEC reduces the total number of Election Day polling sites in a county prior to a preferential primary or general election, this decision may be appealed to the State Board of Election Commissioners. The SBEC is required to rule whether the change is permissible no less than 30 days prior to the election. *[A.C.A. § 7-5-101(d)(4)]*

**ADA Compliance:**

The county boards are responsible for compliance with Ark. Code Ann. § 7-5-311 and with Public Law 98-435, Title II of Public Law 101-336, the Americans with Disabilities Act, and the Help America Vote Act regarding the accessibility of voting locations for voters with disabilities. The Secretary of State's Office may be able to assist with grant funds to meet ADA requirements. Contact the Elections Division for more information.
*[A.C.A. § 7-5-311(d)(1)]*

---

**STATE BOARD ASSISTANCE ON ADA COMPLIANCE**

The State Board of Election Commissioners assists local election authorities with the implementation of Title II requirements of the Americans with Disabilities Act and with the Title III requirements of the Help America Vote Act regarding accessibility for voters with disabilities. *[A.C.A. § 7-5-311(b)]*

Before each general election, the State Board sends each county detailed and comprehensive written directives relating to and based upon Title II of the Americans with Disabilities Act guiding county boards of election commissioners in the preparation of forms for evaluating and reporting on the accessibility of the county's polling sites. Based upon information provided by the counties to the State, the State Board compiles a report demonstrating compliance by the county election authorities.

---

**Reduction/No Poll**

If there are no opposed races and no other ballot issues to be decided at a primary election, the county board of election commissioners may declare and certify the candidate as elected.
*[A.C.A. § 7-7-313]*

In a special election to fill a municipal vacancy, (See, "Annual School and Special Elections section beginning on page 116) when there is only one candidate and no other issues on the ballot, the election commission may declare and certify the candidate as elected as if the candidate had been voted on. *[A.C.A. § 7-11-107(b)]*

**Restrictions**

Unless changed by order of the county board of election commissioners, the polling sites for each election are the same as those established for the immediately preceding general election, except

49

as provided in Ark. Code Ann. § 6-14-106 for school elections (same as last school election). *[A.C.A. § 7-5-101(d)(1)]*

A polling site cannot be changed by the county board less than sixty (60) days before an election, except in the event of an emergency. Notice of a polling site change is posted at the former polling site. Also, notice is mailed by the county clerk to all affected voters except that mail notice is not required for school elections, special elections and emergency changes made within fifteen (15) days of an election. *[A.C.A. § 7-5-101(d)(2), (3) as amended by Act 1063 of 2021]*


# POLL WORKERS, ABSENTEE CLERKS, AND OTHER ELECTION OFFICIALS

Election officials include county election commissioners, poll workers, absentee ballot clerks, persons who perform election coordinator duties, and deputy county clerks or persons assigned by a county clerk to conduct early voting. This section applies to absentee ballot clerks and to those poll workers appointed by a county election commission for election day and early voting when the election commission conducts early voting.

> ***Best Practice:*** *If possible, election officials designated for central count tabulation should represent both the majority and minority parties.*

## <u>Selection/Appointment</u>

The county board of election commissioners must select and appoint a sufficient number of poll workers for each polling site and appoint absentee clerks at least twenty (20) days before the election. *[A.C.A. §§ 7-4-107(b)(1); 7-5-414(b)(1); 7-7-302]*

**Number of Appointed Poll Workers:**
Each polling site must have a minimum of two election clerks, one election judge, and one election sheriff. The election judge shall serve as the poll supervisor. The election judge and sheriff must have attended the advanced training. *[A.C.A. § 7-4-107(b)(2)]*

**Split Shifts:**
A poll worker may be permitted by the county board to work half-day or split shifts at a poll on election day, if the required number of poll workers is always present. *[A.C.A. § 7-4-107(e)]*

**Minority Party Representation:**
The minority party member of the county board shall have the option to designate one fewer poll workers than the majority of poll workers at each polling site, with a minimum of two per poll. Absentee clerks shall be appointed in the same manner.
*[A.C.A. §§ 7-4-107(b)(2)(ii); 7-5-414(b)]*

50

**Failure to Agree on Selection:**
If the county party representatives on the county board fail to agree on any poll worker or absentee clerk to fill any election post allotted to that respective party by the deadline for selecting and appointing poll workers and absentee clerks, then the county board appoints the remaining poll workers or absentee clerks. *[A.C.A. § 7-4-107(b)(2)(iii)]*

*EXPLANATORY NOTE: For polling places where the minority party member of the county board declines to exercise the option to designate poll workers, the workers are selected by majority vote of the board as a whole. When the minority party member exercises the option to designate poll workers at any given poll, the remaining poll workers at that poll are appointed by majority vote of the county board as a whole.*

**Qualifications:**
To serve as a poll worker or absentee clerk, **he or she must be**:
- A qualified elector of the state (see the definition on page 8); *[A.C.A. § 7-4-109(a)(1)]*

- Able to read and write the English language; and *[A.C.A. § 7-4-109(a)(1)]*

- A resident of the precinct that he or she will serve at the time of appointment, unless it is impossible to obtain qualified poll workers for any precinct, in which case, the county board can, by unanimous vote and upon certification to the county clerk, designate another qualified citizen of the county to serve in the precinct. *[A.C.A. § 7-4-109(b)]*

All poll workers and absentee clerks must attend training coordinated by the State Board of Election Commissioners. *[A.C.A. § 7-4-109(e)(1)]*

**Disqualifications:**
*A poll worker or absentee clerk cannot:*
- Have been found or pled guilty or nolo contendere to the violation of an election law of this state; *[A.C.A. § 7-4-109(a)(1)]*

- Be a paid employee of a political party; *[A.C.A. § 7-4-109(c)(1)]*

- Be a paid employee of a candidate for office on the county's ballot; *[A.C.A. § 7-4-109(c)(1)]*

- Be a candidate for an office to be filled at an election while serving as a poll worker; and *[A.C.A. § 7-4-109(a)(2)]*

- Be married to or related within the second degree of consanguinity to a candidate running for office in the election, if an objection is made to the county board of election commissioners within ten (10) days after the list of officials is posted. *[A.C.A. § 7-4-109(d)]*
- Be the spouse of a member of the county board of election commissioners, or be the county party chairman or their spouse, if an objection is made to the county board of election commissioners within seven (7) days after the list of officials is posted. *[A.C.A. § 7-5-202(a)(2) as amended by Act 448 of 2021]*

51

## STATE BOARD CHART ON DEGREES OF CONSANGUINITY

The State Board of Election Commissioners has developed a chart to assist the commissions in determining a poll worker or absentee clerk's degree of relationship to a candidate on the ballot. The chart of Degrees of Consanguinity is provided in the Forms & Instructions section in the back of this manual.

### Paid Employee of School District:

A person serving as a poll worker or absentee clerk may be a paid employee of a school district holding a school election.

### College and High School Students - Special Election Day Program

The county board of election commissioners may conduct a special election day program for college and high school students in one (1) or more polling places designated by the county board according to Ark. Code Ann. §§ 7-4-116 and 7-4-117.

High school and college students participating shall serve as volunteer election pages without compensation. If the student has received poll worker training, he or she may serve in all the same roles as a poll worker.

### Compensation

Poll workers and absentee clerks receive a minimum of the prevailing state or federal minimum wage for holding an election whichever is greater, or a greater amount as may be appropriated. For elections held in 2022, the state minimum wage will be $11.00 per hour. An election official may work as a volunteer without pay if they sign an affidavit stating they do not wish to receive compensation or reimbursement. *[A.C.A. § 7-4-112(a)(c)]*

Poll workers and absentee clerks carrying election materials to and from the polling sites can be paid mileage at the rate appropriated, but not more than the rate prescribed for state employees in state travel regulations. *[A.C.A. § 7-4-112(b)]*

The county board of election commissioners must certify to the county court the per diem of election officials and the mileage of the election officials carrying the returns to the county board for allowance.

## STATE BOARD RULES AND GUIDELINES

For state-funded elections, the State Board of Election Commissioners has promulgated rules under the Administrative Procedure Act and developed guidelines for reimbursing election officials. *[A.C.A. § 7-7-201(a)]*

The State Board of Election Commissioners' rules for reimbursement of state-funded election expenses are available on the State Board's website at www.arkansas.gov/sbec.

DEFS_066713

## PUBLIC NOTICES

### Written Notices

**Drawing for Ballot Position:**
For the preferential primary election held in March, each county board of election commissioners shall hold a public meeting to draw for ballot position at least seventy-two (72) days before the election. *[A.C.A. §7-7-305(b)]*

> For general elections, each county board of election commissioners shall hold a public meeting to draw for ballot position at least seventy-two (72) days before the election. *[A.C.A. § 7-5-207(c)(1))]*

> For runoff elections, the ballot order for eligible candidates is the same as for the previous election leading to the runoff. *[A.C.A. §§ 7-5-207(c)(3); 7-7-201(d)]*

> The county board must give at least ten (10) days' written notice of the time and place of the meeting to draw for ballot position to the chairs of the county party committees, if the chairs are not members of the county board. *[A.C.A. § 7-7-305(b)(2)]*

**Mailings:**
Except for school, special elections, and emergency poll changes, the county clerk shall mail the notice of a change made in a polling site to each affected registered voter at least fifteen (15) days before the election. Emergency changes to polling places made within the fifteen (15) day window do not require mailing. *[A.C.A. § 7-5-101(d)(3)]*

### Newspaper Publications

**Drawing for Ballot Position:**
The county board of election commissioners must publish the notice of holding a public meeting to draw for ballot position in a newspaper of general circulation in the county at least three (3) days before the meeting. *[A.C.A. §§ 7-5-207(c)(2); 7-7-305(b)]*

**Voting Machine Preparation:**
Before voting, machine preparation can begin, the county board must publish a notice in a newspaper of general circulation in the county stating the time and place voting machines will be prepared for the election and of a time that the machines may be inspected by one representative of each candidate. *[A.C.A. § 7-5-516]*

**Voting Machine Testing:**
The county board must publish a notice of the time and place of the public testing of voting machines at least forty-eight (48) hours before the testing by publication one time in one or more daily or weekly newspapers in the town, city, or county using the voting machines. *[A.C.A. § 7-5-515(c)(2)]*

DEFS_066714

**Electronic Vote Tabulating Device Testing:**
The county board must publish a notice of the time and place of the public testing of electronic vote tabulating devices at least forty-eight (48) hours before the testing by publication one time in one or more daily or weekly newspapers in the town, city, or county using the devices. *[A.C.A. § 7-5-611(b)(1)]*

**Notice of Election:**
At least eight (8) days before the beginning of early voting for the preferential primary and nonpartisan general elections held in May and general and nonpartisan general runoff elections held in November, the county board must publish public notice of the election in a newspaper of general circulation in the county. *[A.C.A. § 7-5-202(a) as amended by Act 448 of 2021]*

At least eight (8) days before primary runoff elections held in May, general runoff elections held in December, and any special elections, the county board shall publish public notice in a newspaper of general circulation in the county. *[A.C.A. § 7-5-202(a)]*

At least five (5) days before all elections, the public notice of the election must be published a second time in a newspaper of general circulation in the county. *[A.C.A. § 7-5-202(b)(1)]*

**Content of Public Notice of Election:**
The public notice of the election shall contain: the date of the election; the hours of voting on election day; the places and times for early voting; polling sites for holding the election in the county; the candidates and offices to be elected; the time and location of opening, processing, canvassing, and counting ballots including absentee and early ballots; the location and date that the list of appointed election officials will be posted and directions for filing a written object to the service of an elected official.   *See example of Notice of Election at www.arkansas.gov/sbec/forms-checklists [A.C.A. §§ 7-5-202(a) as amended by Act 448 of 2021; 7-5-416(a)(2)]*

When a person has properly filed as a write-in candidate the word "write-in" and the office for which the candidate qualified is included in the notice.

## Postings

**List of Appointed Election Officials:**
At least eight (8) days before the beginning of early voting the county clerk, or county board of election commissioners must post the list of appointed election officials (deputy county clerks or persons assigned by a county clerk to conduct early voting) in a public place in the county clerk's office.

And at least eight (8) days before election day, the county board of election commissioners must post the list of appointed election officials (county election commissioners, poll workers, absentee ballot clerks, persons who perform election coordinator duties) in a public place in its county clerk's office. *[A.C.A. § 7-5-202(b)(2) as amended by Act 448 of 2021]*

DEFS_066715

**Nominations/Amendments/Measures/Questions:**
At least ten (10) days before the general election, the county board must post a list at the door of the courthouse of all nominations, of all proposed amendments to the Arkansas Constitution, and of all other measures and questions required by law to be submitted to the electors. *[A.C.A. § 7-5-206]*

**Polling Site Changes:**
Notice to the electors of a change made in a polling site must be posted at the polling site used in the last election. *[A.C.A. § 7-5-101(d)(3)]*

# BALLOTS

## Unopposed Candidates

**Primary Elections:**
A candidate who runs unopposed for a position on the county committee is omitted from the primary election ballot and the candidate is selected to serve in that position on the county committee in the same manner as if elected at the primary election. *[A.C.A. § 7-3-104(a)(2)(B)]*

When only one candidate qualifies for a particular office or position, the office or position and the name of the unopposed candidate SHALL be printed on the political party's ballot in all primary elections. *[A.C.A. § 7-7-304(d)]*

Unopposed candidates for mayors, governor and circuit clerks, are not listed separately on the primary ballot – the separate listing for those offices is only for the general election. *[A.C.A. § 7-5-207(a)(2)(B)(iv) as amended by Act 448 of 2021]*

**General Elections:**
"Non-Judicial State Elected Officials" are candidates for:   U.S. House, U.S. Senate, Constitutional Offices, State House and State Senate

For general elections, the names of unopposed candidates for the office of mayor, governor, circuit clerk and non-judicial state elected officials are placed on the general election ballot separately and the votes for each contest shall be tabulated as in all contested races. *[A.C.A. §§ 7-5-207(a)(2)(B); 7-5-315 as amended by Act 448 of 2021; 14-42-206(c)(2)]*

All unopposed candidates other than for the offices of mayor, governor, circuit clerk and non-judicial state elected officials can be declared and certified elected without being placed on the general election ballot. *[A.C.A. §§ 7-5-207(a) as amended by Act 448 of 2021; 14-42-206]*

In an election which there are unopposed candidates, other than for the offices of mayor, governor, circuit clerk, and non-judicial state elected officials, the phrase "unopposed candidates" shall appear on the ballot in a place where a voter may cast a vote for all unopposed candidates.  *[A.C.A. § 7-5-207(a) as amended by Act 448 of 2021]*

55

DEFS_066716

## Ballots – Miscellaneous

### Quantity of Paper Ballots:

When a county uses a paper ballot voting system whether counted by hand at the polling site, counted by an electronic vote tabulating device at the polling site, or counted at a central location, the county board must provide a minimum number of ballots for each election precinct equivalent to 1.5 times the number of electors voting **on paper ballots** at the last preceding comparable election, up to a maximum of 105% of the total number of registered voters for the respective precinct. *[A.C.A. § 7-5-602(a)]*

The resulting calculation of 105% of the total number of countywide registered voters represents the **maximum** total number of paper ballots to print for the election for the entire county.

For state-funded elections, the State Board of Election Commissioners has promulgated rules under the Administrative Procedure Act defining election expenses that are eligible for reimbursement and has developed guidelines containing instructions and forms for the counties' use in requesting reimbursement from the State Board.

Among many other items, maximum ballot printing costs for those counties using a voting machine system and maximum allowances for printing special absentee are addressed by State Board rules.

### Ballot Errors or Omissions:

If errors or omissions are discovered in the preparation of ballots, the county board must hold a public meeting and announce the ballot errors or omissions and immediately correct the error or omission or show cause why the correction should not be done. *[A.C.A. § 7-5-209]*

### Ballot Stubs:

Paper ballots must be printed with a perforated portion capable of being detached for use as the ballot stub. *[A.C.A. § 7-5-601(b)]*

Ballot stubs must be numbered consecutively beginning with the number 1 so that the number on the last ballot printed shall represent the total number of paper ballots provided for the election. *[A.C.A. § 7-5-601(c)]*

### Recall Elections:

A question of removal of a person holding an elective office with a four (4) year term in a municipality with a mayor-council form of government must appear on the ballot in substantially the following form: "FOR the removal of (name of officer) ......... from the office of (name of office) ..........", "AGAINST the removal of (name of officer) ......... from the office of (name of office) ..........". *[A.C.A. § 14-42-119]*

DEFS_066717

**Combined Primary and Nonpartisan General Elections:**
The county boards must furnish separate ballots for each political party containing the names of the candidates seeking the political party's nomination, the names of all qualified candidates seeking election to nonpartisan offices (judges and prosecutors) and all measures and questions, if any, to be decided by the voters. *[A.C.A. §§ 7-7-306; 7-10-102(b)(2)]*

In addition to a combined ballot for each political party, a separate ballot containing the names of the candidates seeking election to nonpartisan offices (judges and prosecutors) and all measures and questions, if any, to be decided by the voters must be prepared for voters who do not wish to vote in a primary. *[A.C.A. §§ 7-7-306; 7-10-102(b)(2)]*

**Certified Nominations:**
Except as provided by law for unopposed candidates, all election ballots provided by the county board of election commissioners of any county in this state for any election shall contain in the proper place the name of every candidate whose nomination for any office to be filled at that election has been certified to the county board and shall not contain the name of any candidate or person who was not certified. *[A.C.A. § 7-5-207(a)(1)]*

## Form of Ballots

**Alike:**
Ballots provided by the county board of election commissioners for an election shall be alike and shall be in plain type, however, different colored ballots may be used at primary elections to distinguish between political parties. *[A.C.A. §§ 7-5-208(a); 7-5-601(a); 7-7-305(a)]*

**Ballot Heading:**
The heading of each ballot shall read: "OFFICIAL BALLOT (description) ELECTION (date),     (year)    Vote by placing an appropriate mark opposite the person for whom you wish to vote." *[A.C.A. §§ 7-5-208(b)(1); 7-5-601(d)(1)]*

If the ballot contains an initiated or referred amendment, act, or other measure, the heading shall also contain these words, "Vote on amendments, acts, and measures by placing an appropriate mark below the amendment (or act or measure) either FOR or AGAINST." *[A.C.A. §§ 7-5-208(b)(2); 7-5-601(d)(2)]*

**Ballot Instructions:**
Paper ballots must contain printed instructions under the heading that inform the voter of the effect of casting multiple votes for an office or measure and how to correct the ballot before it is cast and counted, including instructions on how to correct an error through the issuance of a replacement ballot if the voter was otherwise unable to change the ballot or correct an error. *[A.C.A. § 7-5-601(e)]*

> ***Best Practice:*** *If instructions about the use of marking devices are included on the ballot, please consult with the county clerk to avoid any confusion for absentee voters.*

57

DEFS_066718

PRE-ELECTION DUTIES

**Marking Areas:**
Ballots must contain a place for marking a vote for a candidate adjacent to and on the same line as the name of each candidate. *[A.C.A. § 7-5-208(d)]*

Below each act, amendment, or other measure to be voted on (except county and municipal measures referred by petition), the words "FOR" and "AGAINST" must be situated one above the other with a place for marking a vote for each act, amendment, or other measure adjacent to and on the same line of each word. *[A.C.A. § 7-5-208(d)]*

The words "VOTE FOR _____" are placed opposite the designation of each office with the number of persons required to fill the office placed in the blank space.  (This will almost always be "VOTE FOR ONE".) *[A.C.A. § 7-5-208(e)]*

**Form of Candidate Names and Titles:**
The Secretary of State must review either political practices pledges, if timely filed, or party certificates if the political practices pledge is not timely filed and certify the form in which the names and titles of candidates filing for federal, state, and district offices will appear on the ballot. *[A.C.A. § 7-7-305(c)(2), (3)(A)]*

The Secretary of State must review the political practices pledges for nonpartisan candidates filing for the office of Supreme Court, Court of Appeals, circuit court, district court and prosecuting attorney and certify the form in which the candidates' names and titles will appear on the ballot. *[A.C.A. § 7-10-103(f)(2), (3)]*

The county boards must review either political practices pledges, if timely filed, or party certificates if the political practices pledge is not timely filed and certify the form in which the names and titles of candidates filing for county, township, school, and municipal office will appear on the ballot. *[A.C.A. § 7-7-305(c)(2), (3)(A)]*

The name of every candidate shall be placed on the ballot in the form certified by either the Secretary of State or the county board. *[A.C.A. §§ 7-7-305(c)(4)(A); 7-10-103(f)(4)]*

If the ballot lacks enough space for the requested title, the county board may substitute an abbreviated title and must immediately notify the affected candidate. *[A.C.A. §§ 7-7-305(c)(3)(B), (C); 7-10-103(f)(3)(B), (C)]*

A candidate is not permitted to change the form in which his or her name will be placed on the ballot after the deadline for filing the political practices pledge. *[A.C.A. §§ 7-7-305(c)(5); 7-10-103(f)(5)]*

58

---

## STATE BOARD GUIDELINES FOR BALLOT NAME CERTIFICATION

The State Board of Election Commissioners has developed guidelines to assist the county boards of election commissioners in reviewing local candidate names and titles according to Ark. Code Ann. § 7-7-305(c).

The State Board's Guidelines for Ballot Name Certification offer guidance on use of given names, nicknames, professional or honorary titles, and titles of elective public offices and are available in the Forms & Instructions Section.

The names of federal, state, judicial, prosecutorial, and district candidates that are certified by the Secretary of State shall be printed on the ballot in the exact form as certified by the Secretary of State.

---

### Listing of Candidate Names:
The name of each candidate who has been nominated or has qualified as required by law must be listed on the ballot in a perpendicular column under the name of each office to be filled. *[A.C.A. § 7-5-208(c)(1)]*

Presidential and Vice-Presidential nominees are bracketed together on the same ballot as if they were candidates and are listed on the ballot instead of listing the names of presidential elector candidates.

### Order of Names on Ballot:
The county board must hold a public meeting not less than seventy-two (72) days before the preferential primary and nonpartisan general elections held in March and not less than seventy-two (72) days before the general election held in November and determine by lot the order that the names of candidates will appear on the ballot. *[A.C.A. §§ 7-5-207(c)(1): 7-7-305(b)]*

For runoff elections, the ballot order for eligible candidates shall be the same as for the previous election leading to the runoff. *[A.C.A. §§ 7-5-207(c)(3); 7-7-305(b)]*

> **Best Practice:** *When determining the order that the names of the candidates will appear on the ballot, ensure that the process is open and transparent by:*
>
> * *publishing the notice of holding a public meeting to draw for ballot position in a newspaper of general circulation in the county at least three (3) days before the meeting as required by law;*
> * *determining the ballot position by randomized selection; and*
> * *announcing the position of each candidate as it is determined.*

### Party Designation:
Except for a nonpartisan election or nonpartisan municipal election, beside each candidate's name shall be his or her party designation or the term "INDEPENDENT", as the case may be. *[A.C.A. § 7-5-207(d)]*

59

DEFS_066720

**President and Vice President:**
The names of the candidates for President and Vice President are placed together on the ballot along with their political party designation so that the voter casts one vote for President/Vice President instead of voting for each office independently. Although the President and Vice President are actually elected by electors chosen by the winning party or group/independent slate, the names of the candidates for electors do not appear on the ballot. *[A.C.A. § 7-8-302(4)]*

**Write-in Candidates:**
A blank line for the voter to write in a name on the ballot is provided, at the bottom of the list of candidates, only for those positions or offices for which a person has qualified as required by law to be a write-in candidate. *[A.C.A. §§ 7-5-208(c)(2); 7-5-610]*

**Proposed Statewide Measures:**
The ballot title and popular name of each proposed state measure and each referred act are placed on the ballot as certified to the county board by the Secretary of State.
 *[A.C.A. § 7-9-117(a)]*

The title and popular name must be stated plainly and followed by the words, "FOR ISSUE NO…", "AGAINST ISSUE NO…". *[A.C.A. § 7-9-117(b)]*

Each ballot title must be separate and apart from each other. *[A.C.A. §§ 7-9-117(c)(1); 14-14-917(d)]* Each statewide measure is designated as an issue by the Secretary of State and numbered consecutively beginning with "Issue 1". *[A.C.A. § 7-9-117(c)(2)]*

Each issue, if any, shall be placed on the ballot beginning with constitutional amendments proposed by the General Assembly, followed by initiated constitutional amendments, statewide initiated acts, referred acts of the General Assembly, questions referred by the General Assembly, and other measures that may be referred. *[A.C.A. § 7-9-117(c)(2)]*

**Proposed Local Measures:**
The ballot titles of measures submitted by municipalities, counties, and other political subdivisions are placed on the ballot separate from statewide measures and numbered consecutively for each political subdivision beginning with initiated local measures, followed by referred local measures, and other measures that may be referred.
*[A.C.A. §§ 7-9-117(c)(3); 14-14-917(b)(1), (d)]*

>   ***Ballot Format for Proposed County Initiative:***
>   The ballot title for county initiative shall be stated plainly and followed by the words, "FOR PROPOSED INITIATIVE ORDINANCE (OR AMENDMENT OR MEASURE) NO. _____", "AGAINST PROPOSED INITIATIVE ORDINANCE (OR AMENDMENT OR MEASURE) NO. _____."*[A.C.A. § 14-14-917(d)]*
>
>   ***Ballot Format for Proposed County Measure Referred by Quorum Court:***
>   The ballot title for a measure referred to the voters of a county by the Quorum Court shall be stated plainly and followed by the words, "FOR PROPOSED REFERRED ORDINANCE (OR MEASURE) NO. _____", "AGAINST PROPOSED

60

REFERRED ORDINANCE (OR AMENDMENT OR MEASURE) NO. _____ ".
*[A.C.A. § 14-14-917(d)]*

***Ballot Format for Proposed County Measure Referred by Petition:***
The ballot title for a measure referred to the voters of a county by petition shall be stated plainly and followed by the words FOR REPEAL OF THE REFERRED ORDINANCE (OR MEASURE) NO. _____ ", "AGAINST REPEAL OF THE REFERRED ORDINANCE (OR MEASURE) NO. _____ ". *[A.C.A. § 14-14-917(d)(1)(B)(ii)]*

***Ballot Format for Proposed Municipal Initiative:***
The ballot title for municipal initiative shall be stated plainly and followed by the words, "FOR PROPOSED INITIATIVE NO. _____ ", "AGAINST PROPOSED INITIATIVE NO. _____ ". *[A.C.A. § 14-55-303(a)]*

***Ballot Format for Proposed Municipal Measure Referred by Governing Body:***
The ballot title for a measure referred to the voters of a municipality by its governing body shall be stated plainly and followed by the words, FOR REFERRED MEASURE (OR ORDINANCE OR AMENDMENT) NO. _____ ", "AGAINST REFERRED MEASURE (OR ORDINANCE OR MEASURE) NO. _____ ". *[A.C.A. § 14-55-303(b)]*

***Ballot Format for Proposed Municipal Measure Referred by Petition:***
The ballot title for a measure referred to the voters of a municipality by petition shall be stated plainly and followed by the words FOR REPEAL OF THE ORDINANCE NO. _____ ", "AGAINST REPEAL OF THE ORDINANCE NO. _____ ".
*[A.C.A. § 14-55-303(a)(2)]*


# VOTING EQUIPMENT

## Voting Machines

### Demonstration:
The county board of election commissioners must designate times and places where voting machines shall be demonstrated for instructing voters in their use. Demonstration must be conducted in an accessible public building. *[A.C.A. § 7-5-509(a)(2)]*

The county board must publish notice in a local newspaper at least forty-eight (48) hours before the demonstration. *[A.C.A. § 7-5-509(a)(2)]*

A voting machine cannot be used for instruction once prepared and secured for an election. *[A.C.A. § 7-5-509(c)]*

61

**Preparation:**
The county board is responsible for the preparation, programming oversight, testing, and adjustment of voting machines for the election, including preparation and certification of ballot styles. *[A.C.A. §§ 7-5-512(a); 7-5-515(a)]*

Voting machines must be programmed to reject overvotes. *[A.C.A. § 7-5-515(c)]*

Voting machines must be programmed to allow a voter to enter the name of qualified write-in candidates on the ballot. *[A.C.A. § 7-5-525(b)(1)]*

**Testing:**
**  *Logic and Accuracy:*** As soon as election media is prepared, and at least seven (7) days before early voting begins, the county election commission must test all election media to determine that the voting system has been correctly configured and that the voting system will correctly count the votes cast. *See the Logic and Accuracy certification on page 180 of the Forms and Instructions section.  [A.C.A. § 7-5-515(c)(1)]*

**  *Public Test*:** The county election commission must also conduct a public test. The commission must publish notice of the test in a local newspaper at least forty-eight (48) hours before the test.  The test shall be open to representatives of the political parties, candidates, media, and the public.

The test shall consist of pre-auditing a group of test ballots to predetermine the number of valid votes cast for each candidate and each measure, voting the test ballots on the voting machines, confirming rejection of overvotes, and comparing the results for any discrepancies. The test should include at least one (1) overvoted ballot for each contest to determine if the voting machine will reject the votes.

The county board must determine the cause of any errors detected, correct the problem, and produce an errorless count before approving the machine for use in an election.
*[A.C.A. § 7-5-515(c)(D)]*

Once a voting machine has been properly prepared, tested, and examined by candidates or their designated representative, the county board:

- Certifies the accuracy of the voting system by sending a copy of the electronic results to the Secretary of State and filing the test results with the county clerk;
- Seals, retains, and disposes of the ballots and programs used to test the machines as provided by law;
- Makes the voting machine inaccessible to further voting;
- Places any activation device in a sealed package on which is written the serial number and precinct location of the voting machine and the number registered on the protective counter or device, and retains them until turned over for delivery to poll workers; and
- Certifies the number on the protective counter and that all question counters are set at zero (000) for each machine.
*[A.C.A. §§ 7-5-515; 7-5-517]*

62

**Delivery:**
The county board must deliver sufficient voting machines to the poll workers at each polling site and the voting machines must remain inactivated against voting until the polls are formally opened for voting. Posting of "zero tapes" is required to assist in meeting this requirement.
*[A.C.A. §§ 7-5-512(c); 7-5-518(a), (c)(2)]*

## Electronic Vote Tabulating Devices

**Preparation:**
The county board of election commissioners must have the electronic tabulating devices used for scanning votes properly programmed and tested before delivery to the election precincts.
*[A.C.A. § 7-5-611(a)(1)]*

Electronic vote tabulating devices used to count votes at the polling sites must be programmed to reject ballots containing overvotes. *[A.C.A. § 7-5-604(a)(5)(B), (6)(B)]*

**Testing:**
*Logic and Accuracy:* As soon as election media is prepared, and at least seven (7) days before early voting begins, the county election commission must test all election media from each electronic vote tabulating device to determine that the devices will correctly count the votes cast. *[A.C.A. § 7-5-611(a)]*

*Public Test:* The county election commission must also conduct a public test. The commission must publish notice of the test in a local newspaper at least forty-eight (48) hours before the test. The test shall be open to representatives of the political parties, candidates, media, and the public.

The public test consists of generating a zero printout tape, preauditing a group of test ballots to predetermine the number of valid votes cast for each candidate and each measure for each precinct, scanning the test ballots on the devices, confirming rejection of overvoted ballots, and comparing the results for any discrepancies.

The public test must include at least one (1) overvoted ballot for each contest to test the devices' ability to reject overvotes.

Upon completion of testing, the county board must clear the devices of any votes cast during testing and certify the accuracy of the voting system by sending a copy of the electronic results to the Secretary of State and filing the test results with the county clerk. *[A.C.A. § 7-5-611(c)]*

**Delivery:**
The county board must have the electronic vote tabulating devices delivered to all election precincts where a device is to be used. *[A.C.A. § 7-5-611(a)(1)]*

DEFS_066724

### SECRETARY OF STATE'S
### CERTIFICATION OF LOGIC AND ACCURACY TESTING RESULTS

To assist the county board of election commissioners in meeting its statutory certification requirement, the Secretary of State has developed a certification form for the county board's use in certifying the accuracy of its voting machines and for filing the results with Secretary of State and the county clerk as required by law.

This Logic and Accuracy Testing Results form is provided in the Forms & Instructions section in the back of this manual.

## ELECTION MATERIALS

### Delivery

**Designee:**
At least one (1) day before any election, the county board of election commissioners must designate a person or persons to whom the county board will furnish ballots and supplies for delivery to poll workers at each poll. *[A.C.A. § 7-5-211(a)]*

The designee may not be an elected official, an elected official's deputy, or a candidate for office. *[A.C.A. § 7-5-211(a)(1)(B)]*

The county board is responsible for the security of the delivered election materials. *[A.C.A. § 7-5-211(b)]*

**Inspection:**
Election materials will vary by county depending upon the type of voting system in use and the type of election being conducted. Election materials should be inspected before opening the polls to ensure that all necessary election materials are available.

### Supplies

Supplies may include:
- Voting booths *[A.C.A. § 7-5-309(b)(1)(A)]*
- Ballots *[A.C.A. §§ 7-5-602; 7-7-305(a)]*
- Ballot boxes *[A.C.A. §§ 7-4-107(a)(3); 7-5-211(a)(2)(A)]*
- Stub boxes *[A.C.A. §§ 7-5-308(a)(3); 7-5-309(b)(3)]*
- Numbered ballot box seals *[A.C.A. § 7-5-211(a)(2)(A)]*
- Election kits
- Magnifiers
- Pens

DEFS_066725

- Note Pads
- Thermal printer paper
- Scissors
- One-hundred foot (100') spool of string (for marking electioneering area)
- Tape (for required postings)
- Abandoned Ballot envelopes
- Provisional Ballot envelopes *[A.C.A. §§ 7-5-211(a)(2)(G); 7-5-308(a)(5)]*
- Provisional Voter envelopes *[A.C.A. §§ 7-5-211(a)(2)(G); 7-5-308(a)(6)]*
- Spoiled Ballot envelopes *[A.C.A. § 7-5-602(d)]*
- Envelopes for equipment keys
- Envelopes to seal voted paper ballots *[A.C.A. §§ 7-5-211(a)(2)(E); 7-5-317(a)(4)(A)]*
- Envelopes to seal unused paper ballots *[A.C.A. §§ 7-5-211(a)(2)(E); 7-5-317(a)(4)(A)]*
- Certificate envelopes *[A.C.A. § 7-5-211(a)(2)(E)]*
- Packages for voting machine activation devices *[A.C.A. § 7-5-527(e)(1)]*
- Container with numbered seal for enveloped voted/un-voted paper ballots *[A.C.A. §§ 7-5-317(a)(4)(A); 7-5-614(1)]*
- Election material transport supplies (boxes, envelopes, containers)
- Telephone or cell phone

## Forms

The following forms must be made available to the poll workers at each polling site on election day:

- Precinct Voter Registration List *[A.C.A. §§ 7-5-107(a); 7-5-211(a)(2)(C)]*
- Voter Registration Application forms *[A.C.A. §§ 7-5-211(a)(2)(G); 7-5-305]*
- List of Voters* *[A.C.A. § 7-5-211(a)(2)(B)]*
- Notice to Provisional Voters* *[A.C.A. § 7-5-308(c), SBEC Rules on Vote Challenges, Poll Watchers, and Provisional Voting]*
- List of Provisional Voters* *[A.C.A. § 7-5-308(a)(8)]*
- List of Persons Assisting Voters* *[A.C.A. § 7-5-310(b)(5)]*
- Change in Polling Site Authorization Form*
- Spoiled Ballot Affidavit* *[A.C.A. §§ 7-5-602(d); 7-5-609]*
- Voter Complaint Form* *[A.C.A. § 7-5-510]*
- Abandoned Ballot Log* *[A.C.A. §§ 7-5-309; 7-5-522(d)]*
- Poll Workers' Certificate* *[A.C.A. § 7-5-526]*
- Tally sheets (paper ballots counted by hand at poll) *[A.C.A. §§ 7-5-211(a)(2)(D); 7-5-603(1)]*
- Certificates of Election Results (paper ballots counted by hand at the poll, precinct electronic vote tabulating devices) *[A.C.A. §§ 7-5-211(a)(2)(F); 7-5-603(4); 7-5-613(2)]*

65

---

### STATE BOARD FORMS

The forms listed above that are marked with an asterisk (*) were developed by the State Board of Election Commissioners to assist the county boards of election commissioners with ensuring that its poll workers complete all reporting required by law on election day.

The forms are provided in the Forms & Instructions section in the back of this manual.

---

Additional reference materials that address commonly misunderstood election day procedures are available in the Training Guide and Checklist for Poll Workers and various Quick Guides. The State Board recommends that the Poll Workers keep these Quick Guides handy for reference throughout voting hours.

#### Required Postings

The following information must be posted in a conspicuous place at each polling site on election day before opening the polls and remain posted continuously until the polls close:

- Public Notice of the Election *[A.C.A. § 7-5-202(c)(A)]*
- At least two (2) sample ballots marked "SAMPLE" for each ballot style to be used at the poll ** *[A.C.A. § 7-5-202(c)(1)(B)]*
- Clear, written instructions for voting on a voting machine *[A.C.A. § 7-5-512(d)]*
- Two (2) copies of the full text of all measures on the ballot *[A.C.A. §§ 7-5-202(c)(3); 7-9-114(b)]*
- Zero printout tape signed by the poll workers from each voting machine and electronic vote tabulating device at the poll *[A.C.A. §§ 7-5-202(c)(H); 7-5-518(c)(1); 7-5-611(b)]*
- At least two (2) copies of instructions on how to vote, including instructions for fail-safe and provisional voting *[A.C.A. § 7-5-202(c)(D)]*
- General information on federal and state voting rights* *[A.C.A. § 7-5-202(c)(E)]*
- General information on the right of an individual to cast a provisional ballot with instructions on how to contact the appropriate officials if these rights are alleged to have been violated* *[A.C.A. § 7-5-202(c)(E)]*
- General information on federal and state laws on prohibitions on acts of fraud and misrepresentation* *[A.C.A. § 7-5-202(c)(F)]*
- Notice on Electioneering *[A.C.A. §§ 7-1-103(a)(6); 7-1-104(a)(7)]*
- VOTE HERE signs *[A.C.A. § 7-5-202(c)(G)]*
- Americans with Disabilities Act (ADA) signs *[A.C.A. § 7-5-311(d)]*
- Poll Watcher Rights and Responsibilities *[A.C.A. § 7-5-312(f)]*
- List of Registered Voters by Precinct *[Amendment 51 Section 14]*

DEFS_066727

** For polling sites with more than 15 ballot styles and with sample ballots posted to an internet website. The polling site may provide two organized bound volumes of Sample ballots or one bound volume and one organized electronic device that allows voters access to the Sample ballots.

## Posting to Voter View on Secretary of State website

Sample Ballots are required to be submitted to the Secretary of State's office no later than twenty (20) days before a preferential primary election or general election and no less than ten (10) days before all other elections. *[Act 128 of 2021]*

---

### POSTINGS

The three (3) posters above that are marked with an asterisk (*) provide general information on federal and state voting rights, general information on the right of an individual to cast a provisional ballot, and general information on federal and state laws on prohibitions on acts of fraud and misrepresentation and are legally required to be posted at each poll and are provided to the county boards of election commissioners by the Secretary of State's office according to Ark. Code Ann. § 7-5-202(d).

A Poll Watcher Authorization Form is provided by the State Board in the Forms & Instructions section in the back of this manual. The portion of the Form that describes a poll watcher's rights and responsibilities is required by law to be posted at each polling place.

Although not required by law to be posted, the State Board of Election Commissioners strongly urges posting of a Notice on Electioneering at each poll to enforce electioneering laws and maintain order. A sample Notice on Electioneering that describes actions considered as electioneering, prohibitions on electioneering, and the punishment for violation of electioneering laws was developed by the State Board and is provided in the Forms & Instructions section of this manual.

Also provided is an optional posting for attaching to voting machines that warns the voter against casting the ballot if the voter suspects that he or she may have been issued the wrong ballot as well as an optional posting warning voters and poll workers of the consequences of crossover voting.

---

DEFS_066728

This Page Intentionally Blank

68

DEFS_066729

## POLL WORKER RESOURCES

### Poll Workers' Training Guide/Checklist

A Poll Workers' Training Guide/Checklist was developed and published by the State Board of Election Commissioners for the dual purpose of use by poll workers when attending training and as a tool for poll workers on election day. The guide/checklist is designed to assist poll workers in identifying and completing all tasks legally required of them on election day and to aid them in properly addressing and documenting various situations that may occur throughout election day.

The Poll Workers' Training Guide/Checklist covers:
- Tasks to be completed before opening the poll, during voting hours, and upon closing the poll;
- Necessary supplies;
- Forms to be completed, along with a description of each form's use, and a sample;
- Legally required postings;
- Processing voters, various voting scenarios that may occur, and the legal procedures for fail-safe voting;
- Poll watchers and their rights and responsibilities;
- Assisting voters;
- Spoiled ballots;
- Abandoned ballots;
- Electioneering;
- Exit polls;
- Conflict resolution;
- Closing the poll; and
- Departing the poll.

---

### STATE BOARD'S POLL WORKERS' TRAINING GUIDE/CHECKLIST

The State Board of Election Commissioners provides each county with the equivalent of six (6) poll workers' training guides per polling site.

The State Board strongly urges the county boards of election commissioners to ensure that at least one (1) poll workers' training guide/checklist is completed throughout election day by the poll workers at each polling site and returned to the county board, along with the other election materials upon closing the poll.

69

DEFS_066730

### Opening the Polls

To open the DS200 ballot tabulators simply unlock and raise the DS200 screen, enter the Election Code when prompted, after the configuration report runs select **Open Polls**. Two zero reports will run automatically. Commissioners should ensure poll workers have the correct Election Code and know to post one signed zero tape to the wall of the poll.

### Assistance

All three (3) county election commissioners should be available on election day to assist poll workers with any problems that may be encountered.

## POTENTIAL ELECTION DAY PROBLEMS

### Timely Opening of Poll

Poll workers must open the polls at precisely 7:30 a.m. and keep the polls open continuously until 7:30 p.m. *[A.C.A. § 7-5-304(a)]*

### Voting Machine Malfunction

If the poll workers at a polling site notify the county board of election commissioners that a voting machine has malfunctioned, the county board must be prepared to immediately deliver to the poll paper ballots, ballot boxes, replacement voting machines, if available, and any other necessary equipment or supplies required by law for voting. *[A.C.A. § 7-5-513]*

---

**STATE BOARD'S VOTING MACHINE COMPLAINT FORM**

The State Board of Election Commissioners developed a Voting Machine Complaint Form for voters to use to file a complaint about the function of a voting machine.

Poll workers are required under Arkansas law to forward all machine complaint forms to their county boards of election commissioners for investigation. A copy of the complaint must also be submitted to the Elections Division of the Secretary of State's Office.

The State Board's Voting Machine Complaint Form is provided in the Forms & Instructions section in the back of this manual.

---

### Electioneering

#### Defined:

Electioneering is defined as: distributing campaign literature or literature regarding a candidate issue or measures on the ballot; displaying a candidate's name, likeness, or logo; displaying a ballot measure's number, title, subject, or logo; displaying or disseminating buttons, hats, pencils, pens, shirts, signs, or stickers containing electioneering information; disseminating audible

DEFS_066731

electioneering information, soliciting signatures on a petition or contributions. *[A.C.A. §§ 7-1-103(a)(8); 7-1-104(a)(7)]*

**Prohibitions:**
Electioneering of any kind whatsoever is prohibited in the building or within one hundred feet (100') of the primary exterior entrance used by voters to the building in which voting is taking place. No person shall enter or remain within one hundred feet (100) of the entrance of a voting location except to enter or leave the location. *[A.C.A. § 7-1-103(a)(8) as amended by Act 728 of 2021]*

**Punishment:**
Violation of electioneering laws is, at the minimum, a Class A misdemeanor offense punishable by fine or confinement. *[A.C.A. §§ 7-1-103(b)(1); 7-1-104(b)(1)]*

---

### STATE BOARD'S ELECTIONEERING NOTICE

The State Board of Election Commissioners' electioneering notice for posting at the primary exterior entrances used by the voters to enter the building containing the polling place and for posting within the building, as deemed necessary, to enforce electioneering laws is provided in the Forms & Instructions section in the back of this manual.

---

### Ballot Security

**Prohibition Against Carrying Ballot Outside:**
A person may not carry a ballot outside of the polling place. *[A.C.A. §§ 7-1-103(a)(13); 7-5-309(f)]*

**Punishment:**
Violation is a Class A misdemeanor offense punishable by fine or confinement. *[A.C.A. § 7-1-103(b)(1)]*

### Ballot Secrecy

**Privacy:**
Each voter must be provided privacy by the poll workers at each polling site or by the county clerk, if the county clerk conducts early voting, to mark his or her ballot. *[A.C.A. §§ 6-14-110; 7-5-309; 7-5-310(a); 7-5-418(e)]*

**Equipment Arrangement:**
Voting booths, voting machines, and electronic vote tabulating devices shall be in plain view of the poll workers, but placed so that no person can see or determine how the voter casts his or her vote. *[A.C.A. §§ 7-5-310(a); 7-5-521; 7-5-607]*

No one other than poll workers and those voting is allowed within six feet (6') of the voting booths or the part of the room where voting machines are situated unless authorized by the election judge or otherwise provided by law. *[A.C.A. §§ 7-5-310(a)(2)(c); 7-5-521(c); 7-5-524(a)]*

*NOTE: See Advisory Standards 2015-001 and 2015-002 in the Forms & Instructions section.*

71

**Voter Assistance:**

A voter who informs poll workers at the time that he or she presents himself or herself to vote that he or she is unable to cast the ballot without help must be directed to a voting machine equipped for use by people with disabilities to vote unassisted, or he or she may request assistance with either a paper ballot or the voting machine, depending on the voting system in use for the election, by either two (2) poll workers, or a person named by the voter. A voter requesting assistance shall be assisted without comment or interpretation. Poll workers must make a list of the names and addresses of all persons who assist voters including themselves. *[A.C.A. § 7-5-310(b)]*

It is illegal for a person who is assisting a voter to misrepresent the content of the ballot, change or mark the ballot except as intended by the voter, or assist in marking and casting a ballot except as provided in Ark. Code Ann. § 7-5-310. *[A.C.A. § 7-1-103(a)(15), (a)(20)(c)]*

Violation is a Class A misdemeanor offense punishable by fine or confinement. *[A.C.A. § 7-1-103(c)]*

No person other than a poll worker, the county clerk during early voting, or a deputy county clerk during early voting is allowed to assist more than six (6) voters in marking and casting a ballot at an election. Candidates may only assist up to six (6) individuals who are related within the second degree of consanguinity. *[A.C.A. § 7-5-310(b)]*
*\*\*At the time of publication, the limits on non-election officials assisting voters is the subject of pending litigation.*

---

### STATE BOARD'S LIST OF PERSONS ASSISTING VOTERS

The law requires poll workers to make and maintain a list of persons assisting voters during voting hours at the polling site.

The State Board of Election Commissioners developed a form to record the name and address of any person assisting a voter, along with the name of the voter assisted.

The State Board's List of Persons Assisting Voters is provided in the Forms & Instructions section in the back of this manual.

---

**Handling Voted Ballots:**

It is illegal for a person to unfold a ballot or without the consent of the voter to determine or attempt to determine how any vote is cast on a ballot before it is placed in the ballot box. *[A.C.A. § 7-1-103(a)(18)]*

Violation is a Class A misdemeanor offense punishable by fine or confinement. *[A.C.A. § 7-1-103(c)]*

72

DEFS_066733

It is also unlawful for any person, other than those employed or otherwise authorized by the county board of election commissioners, to touch a ballot or otherwise take possession of a ballot during the process of canvassing or counting votes. *[A.C.A. § 7-5-615(b)]*

**Crossover Voting**

**Prohibition:**
It is illegal to vote in one (1) political party's preferential primary election and then vote in a different political party's primary runoff election. It is also illegal for an election official to knowingly permit any person to vote any but his or her legal ballot or to fraudulently allow any person to vote illegally. *[A.C.A. §§ 7-1-103(a)(18)(B); 7-1-104(a)(13), (14)]*

**Punishment:**
Violation is a Class A misdemeanor offense punishable by fine or confinement. Violation by an election official of the prohibition against allowing a voter to cast an illegal ballot is a Class D felony punishable by fine and confinement. *[A.C.A. §§ 7-1-103(c); 7-1-104(a)(18)(b)]*

**Prevention:**
The county board of election commissioners must ensure that for all preferential primary elections, the poll workers mark the Precinct Voter Registration List with a notation of the ballot chosen. *[A.C.A. § 7-7-308(b)]*

This information will be noted on the Precinct Voter Registration List for any subsequent runoff election and will be used by the poll workers to prevent crossover voting.

> ***Best Practice:*** *The county board should also consider posting signs at preferential and general primary elections warning voters and poll workers of the consequences of crossover voting. A sample form is provided in the Forms & Instructions section in the back of this manual.*

**Poll Watchers**

**Defined:**
Poll watchers include any candidate in person, any authorized representative of a candidate, an authorized representative of a group seeking passage or defeat of a measure on the ballot, and an authorized representative of a political party with a candidate on the ballot. *[A.C.A. § 7-5-312(a), (e)]*

**Presence:**
Each candidate, group, or party may have at any given time one (1) authorized representative present at each location within a polling site on election day or during early voting where voters identify themselves to election officials to observe and determine the identity of persons presenting themselves to vote for the purpose of challenging voters. *[A.C.A. § 7-5-312(b)(1), (e)]*

Each candidate, group, or party may have at any given time one (1) authorized representative present at each location within the absentee ballot processing site where absentee ballots are

73

processed to observe and determine the identity of absentee voters for the purpose of challenging any absentee vote. *[A.C.A. §§ 7-5-312(b)(2), (e); 7-5-416(a)(6); 7-5-417(a)]*

An authorized representative of a candidate or political party may be present at a polling site, central counting location, and absentee ballot counting location to witness the counting of ballots by election officials to determine whether ballots are fairly and accurately counted. *[A.C.A. §§ 7-5-312(c), (e); 7-5-316(a); 7-5-413(d); 7-5-416(a)(6); 7-5-527(b); 7-5-603(5)(B); 7-5-615(a)]*

A candidate may not be present in person at the polls on election day as a poll watcher. *[A.C.A. § 7-5-312(a), (1), (e)]*

A candidate may be present in person as a poll watcher at an absentee ballot processing site to observe and ascertain the identity of absentee voters for the purpose of challenging any absentee vote. *[A.C.A. § 7-5-312(a), (1), (e)]*

A candidate may be present in person as a poll watcher at all counting sites to witness the counting of ballots by election officials. *[A.C.A. §§ 7-5-312(a)(1), (c), (e); 7-5-316(a); 7-5-413(d); 7-5-416(a)(6); 7-5-527(b); 7-5-603(5)(B); 7-5-615(a)]*

A candidate may be present in person as an observer at early voting. *[A.C.A. § 7-5-413(d)]*

**Documentation:**
An authorized representative of any candidate, any group seeking passage or defeat of a ballot measure, and any political party with a candidate on the ballot shall present a copy of an affidavit file-marked by the county clerk in the form of a "Poll Watcher Authorization Form" to an election official immediately upon entering the polling site, absentee ballot processing site, or counting location. *[A.C.A. § 7-5-312(d), (e)]*

A poll watcher may list multiple sites on one poll watcher authorization form or write the word "all" in lieu of listing each polling site, if the poll watcher intends to be a poll watcher at multiple polling sites in the county.

**Candidate Identification:**
Candidates in person at an early voting location to observe or attend a counting site or absentee ballot processing site as a poll watcher are not required to present a "Poll Watcher Authorization Form", but must present some form of identification to an election official immediately upon entering the site. *[A.C.A. § 7-5-312(e)]*

**Rights and Responsibilities:**
   ***A poll watcher may*:**
   - Observe the poll workers;
   - Stand close enough to the place where voters check in to vote so as to hear a voter's name;
   - Compile lists of persons voting;
   - Challenge ballots upon notification to a poll worker before the voter signs the precinct voter registration list and upon completing the "Challenged Ballot Form" portion of a "Provisional Voter Envelope";

74

- Call any perceived election law irregularity or violation to the attention of an election sheriff;
- Discuss the occurrence if the election sheriff invites the discussion;
- Be present at the opening, processing, and canvassing of absentee ballots to challenge absentee votes in the manner provided by law for personal voting challenges; and
- Challenge a voter only on the grounds that the voter is not eligible to vote in the precinct or that the voter has previously voted at that election.
  *[A.C.A. § 7-5-312(e)]*

### *Poll watchers representing a candidate or political party may:*
- Remain at the polling site after the poll closes if ballots are counted at the poll;
- Be present at the counting of votes by hand or by an electronic vote tabulating device at a central location;
- Be present at the counting of absentee ballots to witness the counting of ballots by election officials and to determine whether ballots are fairly and accurately counted; and
- Upon request made to an election official, inspect any or all ballots at the time the ballots are being counted.
  *[A.C.A. § 7-5-312(e)]*

### *Poll watchers may not:*
- Be within six feet (6') of any voting machine or booth used by a voter to cast his or her ballot;
- Speak to any voter or in any way attempt to influence a voter inside the polling site or within one hundred feet (100') of the primary exterior entrance used by voters to the building containing the polling site; or
- Disrupt the orderly conduct of the election.
- Be a member of the State or County Board of Election Commissioners.
  *[A.C.A. § 7-5-312(e)]*

---

### STATE BOARD'S POLL WATCHER AUTHORIZATION FORM

The State Board of Election Commissioners has developed a form that designates and authorizes the presence of a representative of a candidate, a representative of a group seeking the passage or defeat of a measure on the ballot, and a representative of a political party with a candidate on the ballot and outlines poll watcher rights and responsibilities.

The State Board's Poll Watcher Authorization Form was designed in the exact format required by Ark. Code Ann. § 7-5-312 and is provided in the Forms & Instructions section in the back of this manual.

---

### Election Monitors

#### Appointment:
Election monitors serve as observers and report to the State Board on the conduct of the election. Election monitors must be certified by the State Board and are appointed only upon

DEFS_066736

a signed, written request under oath filed with the State Board and a determination by the State Board that appointing a monitor is necessary.

**Duties:**
Certified election monitors must maintain strict impartiality in the conduct of their duties, carry documentation prescribed by the State Board, base all observations on well documented, factual, and verifiable evidence, and prepare a post-election report for submission to the State Board. Certified election monitors should not interfere with the election process, display or wear any partisan symbols, colors, or banners, or make any comments about observations to the media or any other interested persons. Any remarks made by the monitor should be limited to general information about the nature of the activity as an observer.

---

### STATE BOARD'S RULES REGARDING
### APPOINTMENT OF CERTIFIED ELECTION MONITORS

The State Board of Election Commissioners has promulgated rules on the appointment of certified election monitors under the Administrative Procedures Act.

These rules address requests for election monitors as well as the certification, appointment, qualifications, duties, and compensation of election monitors.

The State Board's Rules for Appointment of Certified Election Monitors are available at www.arkansas.gov/sbec.

---

**Provisional Voting**

When there is a question concerning a voter's eligibility, or if a voter fails to verify their voter registration, or as part of fail-safe voting requirements, a provisional ballot is cast by special procedures. If cast as provisional for a reason other than failing to provide identification, the ballot is counted by the county board of election commissioners if it is cast by a voter who is lawfully registered in the county and is cast on the correct ballot, according to the precinct listed on the voter's eligibility affirmation, for the precinct of the voter's residence. Ballots cast for failure to verify voter registration will be counted if the voter returns to the county board of election commissioners or the county clerk by 12:00 noon on the Monday following the election and submits a valid photo ID and there is no other basis to preclude the voter from voting. *[A.C.A. §§ 7-1-101(14); 7-5-308(d) as amended by Act 249 of 2021 and the Rules on Poll Watchers, Vote Challenges, and Provisional Voting]*

When a voter is required by law to cast a provisional ballot, a poll worker must provide the voter with a copy of a notice that 1) explains the provisional voting process, 2) informs the voter that she/he will be notified by first class mail whether the ballot was counted, 3) provides the date for a hearing for the voter if the county board of election commission rejects the provisional ballot. 4) contains the address, telephone number, and regular office hours of the county clerk, and 5) explains how a voter who did not present ID can return to the county official to verify their registration before Monday at noon following the election. *[A.C.A. § 7-5-308(a)(7), (c) as amended by Act 249 of 2021; Rules on Poll Watchers, Vote Challenges, and Provisional Voting §906]*

76

Voters must sign the provisional ballot log and the poll workers must record the names, addresses, and reason for voting provisional of the voters casting a provisional ballot at the poll. *[A.C.A. § 7-5-308(a)(9)]*

*\*\* See the Procedures for Casting a Provisional Ballot checklist on page 162 of the Forms and Instructions section.*

**Prohibition:**
It is unlawful for any person to interfere or prevent or attempt to interfere or prevent any qualified elector from voting at any election, except good faith challenges of ballots or voters in the manner provided by law. *[A.C.A. § 7-1-104(a)(6)]*

**Punishment:**
Violation is a Class D felony offense punishable by fine or confinement. *[A.C.A. § 7-1-104(b)(1)]*

---

### STATE BOARD'S RULES REGARDING PROVISIONAL VOTING AND LIST OF PROVISIONAL VOTERS

The State Board of Election Commissioners has promulgated rules on poll watchers, vote challenges, and provisional voting under the Administrative Procedure Act.

The rules address voters with questionable eligibility, poll watcher challenges, court-ordered voting extensions, procedures for voting provisionally, preliminary review of provisional ballots, notice to provisional voters, hearings, counting provisional ballots, and certifying official results.

The State Board's Rules on Poll Watchers, Vote Challenges, and Provisional Voting are available at www.arkansas.gov/sbec. Provided on the website is a sample Provisional Voter Envelope containing on one side a Challenged Ballot Form and a voter eligibility affirmation. The other side contains a certification section to be completed by the county clerk and a disposition section for completion by the county board of election commissioners.

The State Board's List of Provisional Voters for recording the names, addresses, type of provisional ballot cast and the voters signature, as required by law, is also provided in the Forms & Instructions section in this manual along with the Notice to Provisional Voters which contains written information that is required to be provided to provisional voters.

---

### Spoiled Ballots

**Procedure:**
If a voter accidentally or mistakenly marks or spoils a paper ballot so that he or she cannot clearly vote the ballot, the voter may return the paper ballot to a poll worker and receive another ballot, not to exceed three (3) ballots in total. *[A.C.A. § 7-5-602(d)(1)]*

A poll worker must cancel the paper ballot by stamping "CANCELLED" on the face of the ballot, writing and signing their name, and writing the date and time of cancellation on the ballot.. *[A.C.A. § 7-5-602(d)(2) as amended by Act 736 of 2021]*

77

The poll workers must preserve spoiled ballots separately from other ballots for return to the county board of election commissioners. *[A.C.A. § 7-5-602(d)(3)]*

---

### STATE BOARD'S SPOILED BALLOT AFFIDAVIT

The State Board of Election Commissioners developed a form explaining the legal procedure for handling a spoiled ballot and for recording the ballot style number of each spoiled ballot, along with the signature of the voter spoiling the ballot.

The State Board's Spoiled Ballot Affidavit is provided in the Forms & Instructions section in the back of this manual.

---

### Abandoned Ballots

#### Not Counted:
If a paper ballot is left in the polling site outside of the ballot box after the voter has departed, a poll worker shall write "Abandoned" on the ballot and place it into an "Abandoned Ballot" envelope with a notation on the outside of the envelope of the circumstances surrounding the abandoned ballot and preserve the ballot separately. The ballot shall not be counted. *[A.C.A. § 7-5-309(g)]*

#### Counted:
If an electronic vote tabulating device has rejected a ballot that remains in the receiving part of the device, and the voter has departed the polling site without instructing a poll worker to cancel or replace the ballot, then two poll workers shall override warnings and complete the process of casting the ballot. The poll worker shall document the time they completed the process of casting the ballot, the name of the voter, the names of the poll workers completing the process, and all other circumstances surrounding the abandoned ballot. *[A.C.A. § 7-5-309(h)]*

If a voter fails to complete the process of casting an electronic ballot on a voting machine and departs the polling site without notifying a poll worker of his or her desire to cancel the ballot prior to departing, two poll workers shall take action to complete the process of casting the ballot. The poll workers must document the time, the name of the voter, if known, the names of the poll workers completing the process of casting the ballot, and all other circumstances surrounding the abandoned ballot. *[A.C.A. § 7-5-522(d)]*

---

### STATE BOARD'S ABANDONED BALLOT LOG

The State Board of Election Commissioners has developed a log to be used by poll workers to document all circumstances surrounding an abandoned ballot as required by Ark. Code Ann. §§ 7-5-309 and 7-5-522.

The State Board's Abandoned Ballot Log is provided in the Forms & Instructions section in the back of this manual.

---

DEFS_066739

## Disorderly Conduct

**Departure:**
After voting or declining to vote, the voter must immediately depart from the polling site. *[A.C.A. §§ 7-5-309(e); 7-5-522(b)]*

Any voter who leaves a voting machine shall not be permitted to return to the machine except to complete the voting process. *[A.C.A. § 7-5-522(c)]*

**Interference:**
It is illegal for any person to interfere in any manner with the officials lawfully conducting the election or the canvass. *[A.C.A. § 7-1-103(a)(19)(G)]*

It is illegal for any person to interfere in any manner with the voters lawfully exercising their right to vote at the election. *[A.C.A. § 7-1-103(a)(19)(G)]*

## Citizen's Right to Observe and Record Public Events

A public official or employee (including election officials) may not prohibit a person from recording events in a place that is open to and accessible to the general public.

The act of recording or the location of the recording person cannot unreasonably obstruct or inhibit another person's lawful presence or movement. *[A.C.A. § 21-1-106]*

## People Allowed in Polls During Voting Hours:

Only the following people are allowed in the polls during voting hours:
- Election Officials
- Poll Watchers
- Voters
- Persons who are not eligible to vote in the care of voters
- Persons who are lawfully assisting a voter
- Law enforcement and other emergency personnel
- Monitors authorized by State Board of Election Commissioners or federal agency
- Persons with business in the building (go directly to and from business)
- Persons assisting the County Board of Election Commissioners
- Persons authorized by State or County Board of Election Commissioners
  *[A.C.A. § 7-5-310(3)]*

**Assistance:**
Poll workers should be instructed to immediately contact their local election authorities regarding emergencies or to report persons disrupting the election process.

79

---

### STATE BOARD'S POLL WORKERS' TRAINING GUIDE

The State Board of Election Commissioners' Poll Workers' Training Guide provides an introduction page for recording contact information for poll workers to use on election day to reach their county clerk's office, each member of their county board of election commissioners, their county election coordinator, and local law enforcement should any emergency arise at the poll.

The State Board's Poll Workers' Checklist also provides a section for the poll workers to document any events of the day that were out of the ordinary.

---

### Timely Closing of Poll

**Persons in Line:**
When the polls close at 7:30 p.m., any person who is already in line at the polling site to vote shall be permitted to cast his or her ballot. *[A.C.A. §§ 7-5-304; 7-5-524(b)]*

**Court Ordered Voting Extension:**
If the time established for closing the polls is extended as a result of a federal or state court order or any other order, any person who votes during the extension may vote only by casting a provisional ballot. *[A.C.A. § 7-5-304(c)(1)]*

These provisional ballots must be separated and held apart from other provisional ballots cast by those not affected by the order. *[A.C.A. § 7-5-304(c)(2)]*

---

### STATE BOARD'S POLL WORKERS' TRAINING GUIDE

The State Board of Election Commissioners' Poll Workers' Training Guide covers in detail the duties and responsibilities of poll workers during voting hours, including paperwork legally required to be completed, processing voters, and legal procedures for handling various voter eligibility issues and voting scenarios.

---

## CLOSING THE POLLS

### Closing the Polls

To close the DS200 ballot tabulators, record the Public Count number from the Totals Page on the Poll Workers Certificate found in the Forms and Instruction section. Open the small door in front of the screen and push the Close Polls button, then touch the Close Polls button on the screen. Three results tapes will automatically print. When they have finished printing tap the Finished Turn Off button.

DEFS_066741

### Open to Public

After the polls have closed, any counting of votes at the polls shall be open to the public, including any poll watchers meeting the requirements of Ark. Code Ann. § 7-5-312. *[A.C.A. §§ 7-5-316(a); 7-5-527(b); 7-5-603(5)]*

### List of Voters Form

Poll workers are legally required to record each voter's name before he or she votes, make and maintain the list during voting hours at the poll, total the number of voters on the list, and certify and attest the list upon closing the poll. *[A.C.A. § 7-5-211(a)(2)(B)]*

---

### STATE BOARD'S LIST OF VOTERS FORM

The State Board of Election Commissioners developed a form for poll workers to use to record the name of every person who voted a non-provisional ballot at the poll.

The State Board's List of Voters form is provided in the Forms & Instructions section in this manual.

---

### Voting Machines

#### Securing at Poll:

At the official time for closing the polls and upon termination of voting, the poll workers shall announce the polls closing and secure the voting machines against further voting by removing the activation devices. *[A.C.A. § 7-5-526(a)]*

The poll workers must sign a certificate provided by the county board of election commissioners attesting to the exact time that the machines were made inaccessible to further voting and to the number of votes shown on the public counters. *\*See the Poll Workers Certificate in the Forms and Instructions section. [A.C.A. § 7-5-526(b)]*

---

### STATE BOARD'S POLL WORKERS' CERTIFICATE

The State Board of Election Commissioners developed a certificate for the county board of election commissioners to provide to its poll workers to certify as required by law that voting machines were made inaccessible to further voting after the polls closed.

The State Board's Poll Workers' Certificate is provided in the Forms & Instructions section in this manual.

---

#### Exposing Vote Count:

The poll workers then expose the vote counts, produce and sign at least three (3) result records from each voting machine, and post one (1) copy of each on the wall of the polling room. *[A.C.A. § 7-5-527]*

81

DEFS_066742

**Delivery of Activation Devices:**
The activation device used to collect votes from each voting machine and certified result records must be placed in a sealed package signed by all poll workers at the poll. A poll worker must immediately deliver the sealed package to the county board and obtain a receipt for the sealed package. *[A.C.A. § 7-5-527(e)]*

## Electronic Vote Tabulating Devices

**Return of Votes:**
When an electronic vote tabulating device is used by the voters at the poll, the poll workers must count write-in votes and prepare a return of the votes as soon as the polls close. *[A.C.A. § 7-5-613]*

## Paper Ballots

**Counted by Hand at Poll:**
When counting paper ballots by hand at the poll, poll workers must count to completion by opening the ballot box and counting each ballot in turn or by counting by offices and issues. *[A.C.A. § 7-5-603(1)(A)]*

The poll workers must witness the counting of the ballots and keep separate tally lists of the votes for each candidate or issue on the ballot. *[A.C.A. § 7-5-603(1)(B)]*

**Counted by Hand or Machine at Poll:**
After the count is completed, the poll workers must make out certificates of election in triplicate and immediately post one (1) copy outside the polling site. *[A.C.A. § 7-5-603(4)]*

**Scanned at Central Counting Location:**
When paper ballots are to be tabulated using electronic vote tabulating devices at a central counting location, the poll workers must place all ballots that were cast at the poll in a sealed container and deliver it, along with unused, void, and defective ballots and all other election materials, to the county board of election commissioners. *[A.C.A. § 7-5-614]*

## Departing the Poll

**Processing and Delivering Election Materials and Returns:**
Regardless of the type of election or voting system used, poll workers must process and deliver all ballots, election materials, and returns to the county board of election commissioners immediately after the polls close. *[A.C.A. § 7-5-317(a)]*

For all precinct count polling locations, results must be posted at location before returning materials to the county board of election commissioners.

When an annual school election is held with a preferential primary or general election, election officials are required to file certified election returns with the county clerk of the county in which a school district is domiciled if the school district is domiciled in another county.

DEFS_066743

The List of Voters forms, precinct voter registration lists, voter registration application forms, and other recordkeeping supplies are delivered to the county clerk along with one copy of the certification of election results and one copy of the tally sheets, if any. *[A.C.A. § 7-5-317(a)]*

Sealed stub boxes (if any) are delivered to the county board of election commissioners for storage in a secure location in the county courthouse or other county storage facility. *[A.C.A. § 7-5-317(a)(5)]*

Voted ballots that have been secured in a container with a numbered seal, unused, provisional or cancelled ballots that have been preserved separately, one (1) copy of the certificate of election results, one (1) copy of the tally sheets, if any, reports of challenges of voters, if any, and all other election materials and returns are delivered to the county board. *[A.C.A. § 7-5-317]*

**Failure to Deliver Returns:**
If poll workers fail to deliver returns as required by law immediately after the polls close, the county board must dispatch a peace officer to obtain the election returns. *[A.C.A. 7-5-318(b)]*

The county board of any county that is required to file certified school election returns with the county clerk of a county in which that school district is domiciled must ensure that these returns reach the neighboring county clerk. If, for any reason, the additional certified election returns are not produced and filed with the neighboring county clerk, the county board must produce a copy of all results from all precinct's which included that school district's races, certify its veracity of those results, and file that copy with the appropriate county clerk within 48 hours of the election

---

### STATE BOARD'S POLL WORKERS' TRAINING GUIDE

The State Board of Elections Commissioners' Poll Workers' Training Guide covers in detail the duties and responsibilities of poll workers in closing and departing the poll, including legally required paperwork and security procedures.

---

DEFS_066744