This Page Intentionally Blank

84

**Exhibit 3B**

DEFS_066745

# CANVASSING, COUNTING & UNOFFICIAL RESULTS

## Open to Public

The counting of votes is open to the public. *[A.C.A. §§ 7-5-312(c); 7-5-316(a); 7-5-413(d); 7-5-416(a)(4); 7-5-527; 7-5-603(5)(B); 7-5-615(a)]*

Candidates in person or an authorized representative of a candidate or political party may be present at all counting locations to witness the counting of ballots to determine whether ballots are fairly and accurately counted. *[A.C.A. §§ 7-5-312(c); 7-5-316(a); 7-5-413(d); 7-5-416(a)(4); 7-5-527; 7-5-603(5)(B); 7-5-615(a)]*

## Central Counting Location

### Proceedings:
All proceedings at a central counting location are under the direction of the county board of election commissioners. *[A.C.A. § 7-5-614(2)]*

No person shall interfere with the officials lawfully conducting the election or the canvass. *[A.C.A. §7-1-103(a)(20)(g)]*

No person except those employed and authorized for that purpose may touch any ballot or return. *[A.C.A. § 7-5-615(b)]*

### Oath of Election Officials:
Election officials at the central counting location and all persons operating an electronic vote tabulating device must take the election officials' oath of office before beginning their duties. *[A.C.A. § 7-5-615(c)]*

### Defective Ballots:
If a paper ballot cannot properly be counted by an electronic vote tabulating device due to damage or defect, the election officials must make a true duplicate ballot clearly labeled "duplicate" to be counted in the place of the defective ballot. *[A.C.A. § 7-5-615(d)]*

### Countywide Total Comparison:
Before certifying the official election results, the county board must compile electronic countywide totals from the activation device used to collect votes from each voting machine and verify that they match manually compiled countywide totals from the polling locations' certified return records. *[A.C.A. § 7-5-529]*

### Audit Log:
The county board shall produce an audit log for each voting machine used in the election. *[A.C.A. § 7-5-530(a)]*

## Processing Absentee Ballots

### GENERAL PROVISIONS
Processing, counting, and canvassing of absentee ballots is conducted under the supervision and direction of the county board of election commissioners in a place designated by the county board. *[A.C.A. §§ 7-5-414(c); 7-5-416(a)(1)]*

85

ELECTION NIGHT & POST ELECTION

The initial canvassing of absentee ballots is conducted by absentee ballot clerks appointed by the county board of election commissioners. Absentee ballot clerks work in teams of two and, if both absentee ballot clerks agree that the ballot is eligible to be counted, no further process is required. The commission may choose to conduct an additional review of ballots approved by the clerks. *[A.C.A. § 7-5-416(b)]*

The processing and counting of absentee and early votes is open to the public, and any candidate or qualified poll watcher may be present during the opening, processing, canvassing, and counting to challenge ballots and to observe the canvass of the results of the election for the purpose of determining whether or not votes are fairly and accurately counted. *[A.C.A. §§ 7-5-312; 7-5-316(a); 7-5-413(d); 7-5-416(a)(4); 7-5-417(a); 7-5-527(a); 7-5-615(a)]*

The county clerk is required to maintain a count of the number of absentee ballot applications that have been received and the number of actual absentee ballots that have been received. The clerk is also required to report these counts to the commission on a weekly basis or upon request. *[See, A.C.A. § 7-5-416(a)(3)-(5)]*

DELIVERY OF BALLOTS
The county clerk must deliver absentee ballots and related materials to the absentee ballot clerks at a time and place specified by the county board of election commissioners, up to seven (7 days before election day. The county clerk must also make a report accounting for absentee ballots sent, received and rejected, and deliver that report to the county board of election commissioners. *[A.C.A. § 7-5-416 (a)(1)]*

PROCESSING OF BALLOTS
Absentee and early voting ballots must be opened, processed, and counted *before* the polls close on election day. Election officials may begin processing the outer envelopes on the Tuesday before the election if approved. Opening of the inner ballot secrecy envelopes cannot happened until election day and results may not be released until the polls close. Absentee and early voting results should be uploaded to the Secretary of State's election night reporting system as soon as possible after the polls close. *[A.C.A. §§ 7-5-416(a)(5) (d); 7-1-103(a)(22)]*

ADDITIONAL RULES GOVERNING THE CANVASSING OF ABSENTEE BALLOTS
Absentee ballots mailed in bulk by a hospital, or an administrator of a long-term care or residential care facility licensed by the state must be counted if accompanied by proper paperwork and timely delivered. Absentee ballots mailed in bulk by anyone other than a hospital or an administrator of a long-term care or residential care facility licensed by the state cannot be counted. "Mailed in bulk" means that more than one absentee ballot and associated materials is returned though the mail in a single envelope. *[A.C.A. § 7-5-411(a)(1)(C)]*

The ballot of an absentee voter who dies before the polls open on election day can be counted if the ballot is signed, dated, postmarked, and mailed *before* the date of death, or, in the case of a military voter, executed before the date of death. *[A.C.A. § 7-5-416(c)]*

All absentee voters, except for uniformed service personnel serving on active status (and their dependents who are absent from the county due to this service, must include in the return envelope a qualifying ID the requirements for which are described in the *Rules for the Verification of Voter Registration.* A flagged voter has an alternative requirement and must include a copy of a

86

photo identification or a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of the voter. If an absentee voter does not submit this information with his or her ballot, then the ballot is considered as a provisional ballot. *[A.C.A. §§ 7-5-412; 7-5-416(b)(1)(F)(iii)]*

THE PROCESS OF CANVASSING ABSENTEE BALLOTS

**Steps in Opening and Processing Absentee Ballots**
The steps in opening and processing absentee ballots include:
1. One by one an election official (Clerk 1), while observed by another election official, opens the return (outer) envelope and verifies that the voter statement, identification and the ballot (inner) envelope have been properly placed in the return envelope.
   - If any documentation is missing, the absentee ballot must be set aside until 8:30a.m. on Election Day.
   - On election day, the absentee ballot must be canvassed using the following procedures for "Processing Ballots with Missing Documentation" on page 89.

2. If the voter statement and ID are in the return envelope separate from the inner "Ballot Only" envelope:
   - Clerk 1 reads aloud the voter's name and precinct (or precinct part) from the voter statement.
   - Clerk 2 lists the name and precinct (or precinct part) of the voter.
   - The election officials compare the name, address, dates of birth and signature on the absentee ballot application against the same information on the voter statement.
     o If the Clerk 1 and Clerk 2 agree the name, address, date of birth, and signature compare, then the ballot moves forward in the process.
     o If one of the Clerks believes that one of these four data points does not compare, then the ballot must be set aside for review by the CBEC.
     o Consult the following SBEC recommended best practices for making this determination.
   - The election officials compare the name on the ID against the name on the voter statement.
   - The election officials compare the name and address of the bearer, agent or administrator written on the absentee ballot return envelope with any information that may be provided on the voter statement.
   - If everything is in order, place the unopened inner "Ballot Only" envelope into the absentee ballot box.
     Repeat the process for each absentee voter whose materials are in order
     *[A.C.A. §7-5-416(b)]*

DEFS_066748

## Best Practice for Analyzing Four Absentee Ballot Data Points

VOTER'S NAME: The voter's name should be found comparable if it is sufficiently similar so that any discrepancies such as abbreviations, nicknames, or a change in a name are not so dissimilar that election officials are unable to determine that the two documents reflect different forms of a name belonging to the same individual.  To be comparable, two names must have at least one component of the names being compared in common.   In the event the voter's statement has no name printed in the designated box but does have a name printed on another location on the document, the absentee ballot clerks should compare the name, regardless of where it appears, to the name printed on the absentee ballots application.

VOTER'S ADDRESS: The voter's address should be found comparable if it is sufficiently similar so that any discrepancies such as abbreviations, variations in form, or other minor incongruities are not so dissimilar that election officials are unable to determine that the two documents reflect the same physical address.

VOTER'S DATE OF BIRTH:  The voter's date-of-birth should be found comparable if the same month, date, and year are described in both documents. When comparing dates of birth where one or both dates are expressed using only numerals, the dates should be found comparable if one document expressed the date in a month/day/year form and the other document expressed the same date in the day/month/year form.

VOTER'S SIGNATURE: The voter's signature should be found comparable unless the signature on the voter's statement is sufficiently dissimilar to the signature on the absentee ballot application so that the reviewing officials are left with an abiding conviction that the signatures being compared are written by two different people.

If the reviewing officials rejects an absentee ballot on the basis of dissimilar signatures, then the officials should document in writing the reason the signature was found to not be comparable. The following, non-exhaustive, categories should be considered in this analysis:

(1)     Spacing (Overall Spacing and Internal Spacing of Words and Letters);
(2)     Type or Style of Writing;
(3)     Speed of Writing;
(4)     Size and Proportions of Words and Letters;
(5)     Spelling;
(6)     Slant of Writing;
(7)     Curves, Loops, and Cross-Points;
(8)     Presence or Absence of Pen Lifts; and
(9)     Beginning and Ending Strokes.

DEFS_066749

**Processing Ballots with Missing Documentation** *(can only be done after 8:30 a.m. on Election Day)***:**

**Voter Statement in Inner Envelope:** If the voter statement and/or ID are **NOT** in the return envelope separate from the inner "Ballot Only" envelope:

1. Clerk 1 removes the inner "Ballot Only" envelope from the outer return envelope and hands it to Clerk 2.
2. Clerk 2 inspects the inner "Ballot Only" envelope while being observed by Clerk 1 and removes the voter statement and identification documents, if found there, from the inner "Ballot Only" envelope and hands them to Clerk 1.
3. Clerk 2 returns the inner "Ballot Only" envelope and any found voter statement and identification documents to Clerk 1 and Clerk 1 places the inner "Ballot Only" envelope back into the outer return envelope.
4. Clerk 1 reads aloud from the voter statement, and regular processing procedures (see above) are followed.

   *[A.C.A. §§ 7-5-416(b)(1)(C) as amended by Act 736 of 2021; 7-5-416(b)(1)(D)]*

**No Voter Statement; No Photo ID; Information on Voter Statement Does Not Compare to Application** *(can only be done after 8:30 a.m. on Election Day):*

- If a voter statement is not found, the ballot cannot be counted.
- If the election commission finds that the name, date of birth, address or signature on the voter statement do not compare to the corresponding information on the absentee ballot application, the ballot cannot be counted. This determination should not be made by an absentee ballot clerk, but by the election commission.
- If the return envelope does not contain the required photo identification document (and the voter is not exempt from the ID requirement) the ballot must be considered as a provisional ballot.

  *[A.C.A. §§ 7-5-416(b)(1)(H), 7-5-416(b)(1)(F)(ii) and 7-5-412]*

**Bearers, Agents, Administrators:**

- If the county clerk indicates on the outer envelope that the ballot was returned by a bearer, agent or administrator, absentee ballot election officials must check the voter statement for the bearer/agent/administrator name, address and signature.
- If the voter has not authorized a bearer/agent/administrator on the voter statement, the election officials DO NOT count the ballot; they should repackage the material, note the reason the ballot was not counted and set it aside.
- If the return envelope indicates that the ballot was returned by a bearer/agent administrator, but the information written by the county clerk on the envelope does not match the bearer/agent/administrator information written on the voter statement, the ballot should be treated as a provisional ballot.

  If the voter statement lists a bearer's name and it DOES NOT match the information provided on the application for absentee ballot, the absentee ballot must be made provisional. *[A.C.A. §§ 7-5-416(b)(1)(J); 7-5-416(b)(1)(G) as amended by Act 736 of 2021]*

89

DEFS_066750

<u>STORAGE OF ABSENTEE BALLOTS</u>

The county clerk and deputy county clerks are prohibited from having access to absentee ballots or absentee ballot materials after the ballots have been transferred to the commission and the outer envelopes have been opened.  The commission may grant the clerk or clerk's staff access for a specific purpose, but this grant must be given by an affirmative vote of the commission. *[A.C.A. § 7-5-416(c)]*

***IMPORTANT: If the commission chooses to store absentee ballots in the county clerk's office, the commission must vote in a public meeting to grant the clerk and clerk's staff access to the absentee ballot materials for the purpose of securely storing those materials.***

In addition, all ballots must be taken to and from the non-public storage area inside a secure container.  This container may only be opened in a public area and all ballots must be sealed in a secure container prior to being removed from the public area.  *[Rules on Poll Watchers, Vote Challenges, and Provisional Voting §904(c)(2)]*

<u>PROVISIONAL ABSENTEE BALLOTS:</u>

A provisional absentee ballot includes:
> ➢ An absentee ballot challenged by a poll watcher;
> ➢ An absentee ballot which fails to satisfy the ID requirement;
> ➢ An absentee ballot which is delivered by a bearer/agent/administrator for which the name and address of the bearer/agent/administrator written by the county clerk's office on the return envelope does not match the information contained in the voter statement; or
> ➢ Finally, under Act 736 of 2021, an absentee ballot for which a bearer's name listed on the absentee voter statement differs from a bearer's name listed on the absentee ballot application.

*[A.C.A. §§ 7-5-417; 7-5-416(b)(1)(f)(iii); 7-5-416(b)(1)(G)]*

Provisional absentee ballots become provisional during the processing of opening and canvassing the absentee ballot. These ballots can only be processed on Election Day. For an absentee ballot which becomes a provisional ballot, the absentee ballot canvassing official shall place the absentee ballot materials in a provisional voter envelope and should check the "Other" box and write the word "Absentee" next to the box marked "Other" on the form provided on the provisional ballot envelope . The absentee ballot canvassing official should also indicate the reason for making the absentee ballot provisional on the form provided on the provisional ballot envelope:

- When the absentee voter's voter statement is inconsistent with the absentee ballot return envelope with regard to the identity of a bearer or agent, the absentee ballot canvassing official should write "Inconsistent Bearer [or Agent] – Envelope/Statement" after the word "Absentee" next to the "Other" box on the provisional ballot envelope.
- When the absentee voter's voter statement is inconsistent with the absentee ballot application with regard to the identity of a bearer, the absentee ballot canvassing official should write "Inconsistent Bearer – Application/Statement" after the word "Absentee" next to the "Other" box on the provisional ballot envelope.

90

Remember, when the absentee voter's voter statement is inconsistent with the absentee ballot application the voter's ballot is not counted.  See the following flowchart regarding how these determinations are made.  *[Rules on Poll Watchers, Vote Challenges, and Provisional Voting §906(e)]*

<u>Poll Watcher Challenge of an Absentee Ballot</u>: A challenge must be made at the time the voter's name and voting precinct are read aloud by the election official.  *[A.C.A. § 7-5-417]*

A poll watcher may request to inspect the absentee ballot voter statement and materials following the reading of the voter's name but may not obstruct the canvassing process.  For more information regarding the inspection of absentee ballot materials by poll watchers, see the *Rules on Poll Watchers, Vote Challenges, and Provisional Voting* §904(c)(1)(A).

DEFS_066752

Initial Canvassing Process
Page 1



**NOTES**

1. Ballots received by the county clerk should NOT BE entered into the canvassing process. However, should such a ballot be identified by the canvassers, the ballot should NOT BE Counted

2. If required documents (other than ID related documents) are missing in their entirety, the CBEC may choose to allow the ballot clerks to reject those ballots or have the ballot clerks set the ballots aside for review by the CBEC. (These are NOT PROVISIONAL ballots.)

3. An **Active-duty uniform service voter** includes a voter who falls into one of the following Categories.

(1) a member of a uniformed service of the United States on active duty who, by reason of such active duty, is absent from the place of residence where the member is otherwise qualified to vote;

(2) a member of the merchant marine who, by reason of service in the merchant marine, is absent from the place of residence where the member is otherwise qualified to vote;

(3) a member of the Arkansas National Guard on active duty who, by reason of such active duty, is absent from the place of residence where the guardsman is otherwise qualified to vote; and

(4) a spouse or dependent of a member referred to in subparagraph (1), (2), or (3) who, by reason of the active duty or service of the member, is absent from the place of residence where the spouse or dependent is otherwise qualified to vote.

4. See alternative **flagged first-time voter** requirements on page **41**

5. See general photo ID requirements on page **41**

6. This ballot is provisional for post-presentment identification curing, however, continue the canvass to ensure the ballot is otherwise eligible for counting, or to determine if another reason would cause it to be rejected.

Initial Canvassing Process
Page 1

DEFS_066753

Initial Canvassing Process
Page 2



Initial Canvassing Process
Page 2

93

DEFS_066754

Secondary Review for Ballots Rejected in Initial Canvassing Process  (Does NOT Include ID related issues) Page 1



Secondary Review for Ballots Rejected in Initial Canvassing Process  (Does NOT Include ID related issues) Page 1

94

Secondary Review for Ballots Rejected in Initial Canvassing Process  (Does NOT Include ID related issues) Page 1



Secondary Review for Ballots Rejected in Initial Canvassing Process  (Does NOT Include ID related issues) Page 2

95

## Absentee Provisional Ballots – Canvassing Process

All absentee ballots which are designated as provisional in the absentee canvassing process must be converted to a provisional ballot by using the following steps:

**STEP 1:** Place the absentee ballot packet in a provisional ballot envelope.

**STEP 2:** Mark the reason that the absentee ballot was made provisional on the provisional ballot envelope.  The official should remember that a provisional ballot may be provisional for multiple reasons. Each of these reasons must be reflected on the provisional ballot envelope.  The provisions are marked using the following notations describing the reason the absentee ballot was made provisional:

- **Did not Provide Required Photo ID:**
  - ○ Check the "other" box and write "absentee"
  - ○ Check the "Failure to show a qualifying Photo ID" box.
- **Did not Provide Required alternative ID for a Flagged First time Voter:**
  - ○ Check the "other" box and write "absentee"
  - ○ Check the "First-time Voter Flagged to Show additional ID" box.
- **Absentee Ballot was Challenged:**
  - ○ Check the "other" box and write "absentee"
  - ○ Check the "Poll Watcher Challenge" box.
- **Absentee Ballot was Challenged:**
  - ○ Check the "other" box and write "absentee"
  - ○ Check the "Poll Watcher Challenge" box.
- **Name and Address of Bearer does not compare between the information on the outer envelope and the absentee ballot statement:**
  - ○ Check the "Other" box and write "Absentee - Inconsistent Bearer – Envelope/Statement"
- **Name and Address of Agent does not compare between the information on the outer envelope and the absentee ballot statement:**
  - ○ Check the "Other" box and write "Absentee - Inconsistent Agent – Envelope/Statement"
- **Name and Address of Administrator does not compare between the information on the outer envelope and the absentee ballot statement:**
  - ○ Check the "Other" box and write "Absentee - Inconsistent Administrator – Envelope/Statement"
- **Name and Address of Bearer does not compare between the information on the absentee ballot application and the absentee ballot statement:**
  - ○ Check the "Other" box and write "Absentee - Inconsistent Bearer – Application/Statement"

**STEP 3:** The Name, Address, Date of birth, and the precinct-part (ballot style) assigned to the absentee voter should be entered onto the provisional ballot envelope.

**STEP 4:** Place the Provisional Ballot Envelope containing all Absentee ballot materials associated with the ballot in question into a secured container only used to collect provisional absentee ballots to be returned to the CBEC.

## Absentee Provisional Ballots – County Clerk Review Process

All absentee ballots which have been made provisional must be reviewed by the County Clerk to determine whether the ballot was cast by a registered voter and whether the ballot was the ballot style on which the voter was qualified to vote. The SBEC recommends completing this review by providing the clerk with a front and back facsimile of the provisional ballot envelope that contains the information stated above from the front of the provisional ballot envelope and provides the Certification document for the clerk to utilize on the reverse side.  (An alternative would be to provide a copy of the absentee voter statement and a blank Certification page from the provisional ballot envelope.)

DEFS_066757

## Absentee Provisional Ballots – CBEC Review Process

An absentee ballot may be made provisional for the failure to include a required photo ID and may be made provisional for one or more "general" provisional ballot reasons. The following steps describe the review process for each type of provisional absentee ballot:

### ID RELATED PROVISIONAL ABSENTEE BALLOT

**STEP 1:**  After 12:00 noon on the Monday following the election, obtain and compile a list of voters who exercised their ability to present a qualifying photo ID after they voted but before 12:00 noon on the Monday following the election to the County Clerk's office or to the CBEC.

**STEP 2:**  Evaluate all ID Related provisional ballots to determine whether those ballots appear on the list.

- Ballots which DO NOT appear on the list and which do not qualify for an exception outlined in the forgoing canvassing process SHALL BE REJECTED.

**STEP 3:**  Determine whether there is any additional issue(s) under the "general provisional ballot" section which must be resolved.

- If so, each of these additional issues must be analyzed using the process outlined below to determine whether the ballots can be counted.

**STEP 4:**  Determine whether the County Clerk's review indicated the voter was registered to vote and voted on the correct ballot.

- **YES:** The ballot is eligible to be counted so long as there is no independent reason the ballot was made provisional which has not been reviewed.
- **NO:**  The Voter is entitled to appear in the hearing.

**STEP 5:**  For the ballots set to be counted, remove the ballot secrecy envelope and place the envelope into a secure container. Once all ballots are canvassed, mix the ballot secrecy envelopes, remove the ballots, and count the ballots normally.

**STEP 6:**  Send notice to the voter whose ballot was made provisional and inform the voter whether the ballot was counted.

### GENERAL PROVISIONAL ABSENTEE BALLOT

**STEP 1:**  **Preliminary Determination:** Prior to the Date and Time advertised in the notice of election for voters to appear before the CBEC to present evidence regarding why their provisional ballot should be counted, the CBEC must review the provisional absentee ballots determine whether, using the information available, the ballots can be counted.

**STEP 2:**  **Standards of Review:** This review must apply the following process to the various categories of provisional absentee ballots.

| Review of a General Provisional Ballot |
|---|
| Using the information supplied by the County Clerk, and any other information available, the CBEC must determine whether the voter: |
| (1) was lawfully registered to vote, |
| (2) cast a ballot on which the voter was qualified to vote, and |
| (3) has not voted more than one time in this election. |
| **Yes = The Ballot is Counted** |
| **No = The ballot is marked as rejected.** (If the voter does not appear in the hearing then the rejection is final.) |

DEFS_066758

---

### IMPORTANT REMINDER

**Failure to Satisfy Flagged First Time Voter - Registered by Mail ID Requirement**

A provisional ballot in this category may only be rejected if the CBEC's determination that the voter failed to satisfy the requirements of a general provisional ballot was made on an independent basis and was not solely based on the voter's failure to include the Flagged First Time Voter ID documents.

**The Name of the Bearer on the Voter Statement and the Absentee Ballot Application did not Compare**

A provisional ballot in this category may only be rejected if the CBEC's determination that the voter failed to satisfy the requirements of a general provisional ballot was made on an independent basis and was not solely based on the failure of the bearer's name to compare between the absentee ballot application to the voter statement.

**The Name and Address of the Bearer, Agent, or Administrator on the Voter Statement does not compare to the Name and Address on the Outer Envelope**

A provisional ballot in this category may only be rejected if the CBEC's determination that the voter failed to satisfy the requirements of a general provisional ballot was made on an independent basis and was not solely based on the failure of the name and address of the Bearer/Admin/Agent to compare between the voter statement and the information on the outer envelope.

---

**STEP 3:**  Ensure the voter has satisfied the id related provisional absentee ballot requirement if no exception applies.

**STEP 4:**  **Provisional Ballot Hearing**: After the ballots have been reviewed and the CBEC has made its Preliminary determination regarding whether the ballots can be counted, the CBEC must allow the voter to appear at the time and place designated in the notice of election to present evidence regarding why their provisional ballot should be counted.

**STEP 5:**  For the ballots set to be counted, remove the ballot secrecy envelope and place the envelope into a secure container.  Once all ballots are canvassed, mix the ballot secrecy envelopes, remove the ballots, and count the ballots normally.

**STEP 6:**  Send notice to the voter whose ballot was made provisional and inform the voter whether the ballot was counted.

DEFS_066759

## Counting Votes

### Ballots Provided by County Board:
A paper ballot, other that a Federal Write-In Absentee Ballot (FWAB), cannot be counted in any election unless it is provided by the county board of election commissioners. *[A.C.A. § 7-5-602(b)]*

### Fraudulent Ballots:
When counting paper ballots at the polling site, if two (2) or more paper ballots are folded together, they should be considered fraudulent and cannot be counted. *[A.C.A. § 7-5-603(2)(A)]*

### Candidate Withdrawal or Death After Certification:
Votes for any candidate on the ballot who withdrew or died after the certification of the ballot are to be counted. *[A.C.A. § 7-5-315(b)(1)]*

### Unopposed Candidates – General Election
In the general election, votes for unopposed candidates for mayor, circuit clerk and Governor <u>are tabulated</u> and certified as in all contested races. *Act 448 of 2021]*

Except for the races listed above, votes for unopposed candidates may be tabulated. The word "UNOPPOSED" shall be inserted on the tally sheet to indicate that the candidate(s) received a majority of the votes cast in the election. *[A.C.A. § 7-5-315(a)(1)]*

Non-Judicial State Elected Officials are candidates for:   U.S. House, U.S. Senate, Constitutional Offices, State House and State Senate

For additional information, refer to **Unopposed Candidates** in the **BALLOTS** section of this manual on page 55. *[A.C.A. §§ 7-5-207(a)(2)(B), (a)(3)(B); 7-5-315(a); 14-42-206(c)(2)]*

### Overvoted Ballots:
If a paper ballot contains marks for more than the maximum allowable number of candidates in any one (1) contest or contains marks both "FOR" and "AGAINST" a single measure, the contest should be considered overvoted, and the voter's intent must be determined for the overvoted contest. *[A.C.A. § 7-5-603(2)(B)]*

---

### STATE BOARD RULES FOR VOTER INTENT

The State Board of Election Commissioners has promulgated rules under the Administrative Procedures Act for determining whether a paper ballot has been properly marked and whether a vote should be counted for any contest in question.

The State Board of Election Commissioners' Rules for Voter Intent are available at www.arkansas.gov/sbec.

---

99

DEFS_066760

**Write-in Votes:**
Write-in votes are not counted in primary elections. *[A.C.A. § 7-5-525(c)]*

Write-in votes cast for municipal officials and President/Vice President are not counted. *[A.C.A. §§14-43-202, 7-5-205 (limiting write-ins to U.S. Senate, U.S. House, state offices, district offices, county offices and township offices)]*

Votes for write-in candidates in general elections are not counted unless the write-in candidate provides written notice at least ninety (90) days before the general election to the county board of each county in which the candidate seeks election and properly files with either the Secretary of State or the county clerk, as the case may be, according to Ark. Code Ann. § 7-5-205 or Ark. Code Ann. § 7-10-103.

A write-in vote must be cast in the appropriate place on the ballot and be the same name listed on the write-in candidate's political practices pledge or the vote for that candidate must not be counted. However, abbreviations, misspellings, and minor variations in the form of the write-in candidate's name shall be disregarded if the intention of the voter can be determined. *[A.C.A. §§ 7-5-205(4); 7-5-525(b)(2)]*

**Amendments and Measures:**
The votes on each measure on the ballot shall be counted, tabulated, and returned at the same time and manner as the votes for candidates. *[A.C.A. § 7-9-119(a)]*

If a petition for any amendment or measure is declared insufficient by the Secretary of State or a court of competent jurisdiction or determined to be invalid for any other reason after having been certified by the Secretary of State to the county board and placed on the ballot, the votes on the amendment or measure are not counted or certified. *[A.C.A. § 7-5-204(c)(2)]*

**Early Votes:**
Election officials canvass the voting machine vote for early voting in the same manner provided for regular polling sites and return the results of the canvass to the county board to be tabulated and canvassed in the same manner as the other election precinct returns. These votes cannot be counted until 7:30p.m. on election night. *[A.C.A. § 7-5-413(c)]*

**Special Runoff Absentee Ballots:**
"Special runoff ballots" cast for the primary runoff election that are returned with the absentee voter's primary ballot are only counted in the primary runoff election. *[A.C.A. § 7-5-416(f)(4)]*

"Special runoff ballots" cast for the general runoff election that are returned with the absentee voter's general election ballot are only counted in the general runoff election. *[A.C.A. § 7-5-416(f)(4)]*

The Secretary of State provides the county board with instructions for opening, counting, and canvassing absentee "special runoff ballots." *[A.C.A. § 7-5-416(f)(5)]*

100

## Preliminary and Unofficial Results

**Reporting:**

As results are received and tabulated on election night for all state and federal elections, the county board of election commissioners shall declare preliminary and unofficial results of the election as soon as early voting, absentee, or individual precinct results are tabulated on election night and immediately shall transmit the results by precinct to the Secretary of State through the election night reporting interface.   Precinct results must be reported to the Secretary of State as soon as possible and cannot be held for later aggregation.  *[A.C.A. § 7-5-701(a)(3)(A)]*

The county board of election commissioners must report the results of both absentee and early voting by precinct to the Secretary of State as soon as practical after the polls close. *[A.C.A. § 7-5-416(a)(7)(B)(i)]*

The county board of election commissioners may, by agreement with the county clerk, transmit the results to the county clerk who immediately shall transmit the results by precinct to the Secretary of State. *[A.C.A. §§ 7-5-701(a)(3)(B); 7-5-707(a); 7-9-119]*

The report shall include the number of outstanding ballots of voters who requested ballots under the Uniformed and Overseas Citizens Absentee Voting Act and the number of provisional ballots. *[A.C.A. § 7-5-701(a)(3)(C)(i)(a)(b)]*

# RECOUNTS

## Initiating a Recount

**Request by Candidate:**

Any candidate who is dissatisfied with the returns of the election may submit to the county board of election commissioners a petition requesting a recount of the returns from any precinct. *[A.C.A. § 7-5-319(a)(1)]*

**Deadline for Request by Candidate:**

If the number of outstanding overseas absentee ballots cannot change the results of the election, the candidate must present the petition no later than two (2) days after the county board declares preliminary and unofficial results of the election. *[A.C.A. § 7-5-319(a)(2)]*

If the number of outstanding overseas absentee ballots could potentially change the results of the election, the candidate must present the recount petition to the county board before the final canvassing and certification of the results of the election. *[A.C.A. § 7-5-319(a)(3)]*

DEFS_066762

**Election Commission Decision:**
The election commission may decide to conduct a recount on its own motion, without a request from a candidate.  Also, when an advocate for or against a measure requests a recount, the board may, at its discretion conduct the recount.  In this instance, the county would bear the cost of the recount because the law requires only candidates for office to pay the cost of recounts. *[A.C.A. § 7-5-319(b)]*

## Recount Procedure

**Equipment Test Results:**
Upon receipt of the recount petition, the county board of election commissioners shall provide the candidate with a copy of the test results from the voting machines and electronic vote tabulating devices. *[A.C.A. § 7-5-319(b)]*

**Candidate Notification:**
The county board must notify all candidates whose election could be affected by the recount within forty-eight (48) hours of receipt of the petition for recount. *[A.C.A. § 7-5-319(i)]*

**Official Voting Machine Ballot:**
If votes were cast on a voting machine with a voter-verified paper audit trail (VVPAT), the VVPAT shall serve as the official ballot to be recounted.  *[A.C.A. § 7-5-319(c)(1)]*

If the VVPAT cannot be used for the recount due to damage, the paper record produced by the machine for manual audit shall be the official ballot to be recounted. *[A.C.A. § 7-5-319(c)(3)]*

The county board may manually sum vote totals on the VVPAT for each candidate involved in the recount or count by hand each vote for each candidate involved in the recount using the VVPAT. *[A.C.A. § 7-5-319(c)(2)]*

If the voting machine is exempt from the VVPAT requirement, the paper record produced by the machine for manual audit shall be the official ballot to be recounted. *[A.C.A. § 7-5-319(c)(4)]*

**Paper Ballots:**
Votes cast on paper ballots must be recounted in the same manner as the initial count. *[A.C.A. § 7-5-319(d)]*

If the county board determines that an electronic vote tabulating device may be malfunctioning, the ballots may be recounted in any manner prescribed by law. *[A.C.A. § 7-5-319(d)]*

## Limitation

**Candidate Petitioned:**
Only one (1) recount per candidate per election is permitted. *[A.C.A. § 7-5-319(b)]*

DEFS_066763

### Certification of Results

The county board of election commissioners shall certify the results of the last recount.
*[A.C.A. § 7-5-319(b), (e)]*

### Ballot Preservation

After the recount is certified, ballots must again be sealed and kept as provided by law.
*[A.C.A. § 7-5-319(f)]*

### Cost

**Determination:**
The county board of election commissioners shall determine the actual costs incurred to conduct a recount and charge the candidate petitioning the recount up to a maximum rate of twenty-five cents (25¢) per vote cast in the precincts where the recount is requested or a total of two thousand five hundred dollars ($2,500) for the entire county, <u>whichever is less</u>.
*[A.C.A. § 7-5-319(h)]*

**Payment:**
The county board must collect payment for the recount from the candidate petitioning the recount before conducting the recount. There is no provision in election code for payment of the cost of any recount conducted on the election commission's own motion.
*[A.C.A. § 7-5-319(g)(1)]*

**Refund of Payment:**
If the recount changes the outcome of the election, the cost shall be refunded to the candidate.
*[A.C.A. § 7-5-319(g)(2)]*

## ELECTION TO OFFICE

### General Election

**United States Congress:**
A candidate for United States Senate or United States House of Representative who receives the greatest number of legal votes cast for the office at the general election held in November shall be declared elected. *[A.C.A. § 7-5-703(b)]*

If any two (2) candidates receiving the highest number of votes also receive an equal number of votes, a tie shall exist, and a special runoff election must be held four (4) weeks from the day of the general election with the names of those two (2) candidates placed on a special runoff election ballot to be voted upon by the qualified electors of the congressional district.
*[A.C.A. § 7-5-703(c)]*

**Constitutional Office:**
A candidate for Governor, Lieutenant Governor, Secretary of State, Treasurer of State, Auditor of State, Attorney General, or Commissioner of State Lands who receives the greatest number of legal votes cast for the office at the general election held in November shall be declared elected. *[A.C.A. §§ 7-5-704(a); 7-5-705(b)]*

DEFS_066764

If any two (2) candidates for Commissioner of State Lands receive the highest number of votes and an equal number of votes, a tie shall exist, and a special runoff election must be held four (4) weeks from the day of the general election with the names of those two (2) candidates placed on a special runoff election ballot to be voted upon by the qualified electors of the state.*[A.C.A. § 7-5-704(b)]*

For all other constitutional officers, if two (2) or more candidates receive an equal number of votes and the highest number of votes for the same office, a tie shall exist, and one (1) of them shall be chosen by a joint vote of both houses of the General Assembly by a majority vote. *[A.C.A. § 7-5-705(b); Arkansas Constitution, Article 6, § 3; Amendment 6, § 3]*

**Legislative Office:**
A candidate for State Senate or State House of Representatives who receives the greatest number of legal votes cast for the office at the general election held in November shall be declared elected.  *[A.C.A. § 7-5-704(a)]*

If any two (2) candidates receive the highest number of votes and an equal number of votes, a tie shall exist, and a special runoff election must be held four (4) weeks from the day of the general election with the names of those two (2) candidates placed on a special runoff election ballot to be voted upon by the qualified electors of the districts. *[A.C.A. § 7-5-704(b)]*

**County Office:**
The candidate who receives a majority of the votes cast for the office at the general election held in November shall be declared elected.

If there are more than two (2) candidates for election at the general election and no candidate receives a majority of the votes cast for the office, a general runoff election must be held four (4) weeks after the general election. The names of the two (2) candidates receiving the highest number of votes shall be placed on a general runoff election ballot to be voted upon by the qualified electors of the county. *[A.C.A. § 7-5-106(a)]*

If one (1) of the two (2) candidates who received the highest number of votes for an office, but not a majority in the general election, withdraws before certification of the results of the general election, the remaining candidate who received the most votes at the general election shall be declared elected to the office and there shall be no general runoff election. *[A.C.A. § 7-5-106(d)]*

If two (2) candidates receive the highest number of votes and also receive the same number of votes, a tie shall exist. The names of the two (2) candidates shall be placed on the general runoff election ballot to be voted upon by the qualified electors of the county. *[A.C.A. § 7-5-106(b)]*

If one (1) candidate receives the highest number of votes, but not a majority of the votes, and two (2) other candidates receive the same number of votes for the next highest number of votes, a tie shall exist between the two (2) candidates. The county board of election commissioners must hold a public meeting and in the presence of the two (2) candidates determine the runoff candidate by lot. *[A.C.A. § 7-5-106(c)]*

104

The candidate receiving the majority of votes cast for the office at the general runoff election shall be declared elected. *[A.C.A. § 7-5-106(e)(1)]*

If in the runoff election, the two (2) candidates seeking election receive the same number of votes, a tie shall exist. The county board must hold a public meeting and in the presence of the two (2) candidates determine the winner of the runoff general election by lot. *[A.C.A. § 7-5-106(e)(2)]*

**Municipal Office:**
Municipal office includes offices of cities of the first class, cities of the second class, and incorporated towns.

Except in City Manager Form of governments, the candidate who receives a majority of the votes cast for the office at the general election held in November shall be declared elected. *[A.C.A. §§ 7-5-106(a), 14-48-109(a)(8)]*
In City Manager Form of governments, the candidate who receives a plurality of the votes cast for the office at the general election held in November shall be declared elected. *[A.C.A. §§ 14-47-110(a)(4), 14-61-111(a) (plurality winner for mayor in cities with elected mayor unless the people have voted to require a minimum percentage to avoid a runoff)]*

**Mayor Council Form of Governments:**
A candidate who receives at least forty percent (40%) of the votes cast for the office shall be declared elected to the office if that candidate also receives at least twenty percent (20%) more votes than the second-place candidate. *[A.C.A. § 7-5-106(2)(A)]*

A general runoff election must be held four (4) weeks after the general election if there are more than two candidates and no candidate receives either a majority of votes cast or both forty percent (40%) or more of the votes cast for the office at the general election and at least twenty percent (20%) more votes than the second-place candidate. In that event, the names of the two (2) candidates receiving the highest number of votes shall be placed on a general runoff election ballot to be voted upon by the qualified electors of the municipality.
*[A.C.A. § 7-5-106(a), (d);* **NOTE:** *A.C.A. §§ 14-42-206(c)(1)(A) and 14-43-304(c)(1) are repealed by implication]*

If either of the two (2) candidates, who received the highest number of votes cast for an office in the general election but who did not receive either a majority of the votes cast or both forty percent (40%) or more of the votes cast and at least twenty percent (20%) more than the second-place candidate, withdraws before certification of the results of the election, the remaining candidate who received the most votes at the general election shall be declared elected to the office and there shall be no general runoff election. *[A.C.A. § 7-5-106(d)]*

If two (2) candidates receive the highest number of votes and also receive the same number of votes, a tie shall exist. The names of the two (2) candidates shall be placed on the general runoff election ballot to be voted upon by the qualified electors of the municipality. *[A.C.A. § 7-5-106(b)]*

If one (1) candidate receives the highest number of votes, but not a majority of the votes, and two (2) other candidates receive the same number of votes for the next highest number of

DEFS_066766

votes, a tie shall exist between the two (2) candidates. The county board of electioncommissioners must hold a public meeting and in the presence of the two (2) candidates determine the runoff candidate by lot. *[A.C.A. § 7-5-106(c)]*

The candidate receiving the majority of votes cast for the office at the general runoff election shall be declared elected. *[A.C.A. § 7-5-106(e)(1)]*

If in the runoff election, the two (2) candidates seeking election receive the same number of votes, a tie shall exist. The county board must hold a public meeting and in the presence of the two (2) candidates determine the winner of the runoff general election by lot. *[A.C.A. § 7-5-106(e)(2)]*

**Nonpartisan Judges and Prosecutors:**
A candidate for the office of Justice of the Supreme Court, Judge of the Court of Appeals, circuit judge, district judge, or prosecuting attorney shall not be elected to a nonpartisan office without receiving a majority of the votes cast for the office at the nonpartisan general election held in March. *[A.C.A. § 7-10-102(c)(1)]*

If no person receives a majority of the votes cast, the two (2) candidates receiving the highest and next highest number of votes are certified to a runoff election to be held on the same date at the same times and places as the November general election. *[A.C.A. § 7-10-102(c) (2), (3)]*

# FINAL CERTIFICATION

## <u>Provisional Ballots</u>

Before final certification of the election, the county board of election commissioners must review and determine the validity of every provisional ballot. *[A.C.A. § 7-5-308(e)(1)]*

Unless directed by a court of competent jurisdiction, a provisional ballot, other than a ballot made provisional due to the voter's failure to verify their voter registration, is counted if it is cast by a voter who is lawfully registered in the county and is cast on the correct ballot (according to the precinct listed on the voter's eligibility affirmation) for the precinct of the voter's residence. Also, a ballot cast for failure to verify voter registration may be counted if the voter returns to the county board of election commissioners or the county clerk by 12:00 noon on the Monday following the election and submits a valid photo ID *[A.C.A. §§ 7-1-101(32); 7-5-308(f)(1) and 7-5-418(d)); 7-5-417(c)]*

Each provisional voter must be notified by first class mail whether his or her vote was counted, and if not, the reason for rejecting the provisional voters' ballot and of the date, time, and place for a hearing before a final determination is made. *[A.C.A. § 7-5-308(d)(2)]*

The county board must include all provisional ballots found to be valid in the final count and certification. *[A.C.A. §§ 7-1-101(32); 7-5-417(c); 7-5-418(d)(2)]*

DEFS_066767

---

### STATE BOARD RULES REGARDING PROVISIONAL VOTING

The State Board of Election Commissioners' Rules on Poll Watchers, Vote Challenges, and Provisional Voting provides details on reviewing provisional ballots, notice to provisional voters, hearings, and counting provisional ballots and are available at www.arkansas.gov/sbec.

---

### Overseas Absentee Ballots

All overseas absentee ballots that were properly executed by the day of the election and received by the county clerk by 5:00 p.m. ten (10) days after the election must be counted and included in the final certification of the election regardless of whether the outcome of the election would change. *[A.C.A. § 7-5-411(a)(1)(B)]*

### Results

No earlier than forty-eight (48) hours after an election and no later than the tenth day after the primary and nonpartisan general elections held in May and the primary runoff election held in June or no later than the fifteenth day after the general and nonpartisan general runoff elections held in November, the county board of election commissioners shall determine, declare, and certify the result of state and federal elections to the Secretary of State. *[A.C.A. §§ 7-5-701(a)(1); 7-5-707(a); 7-7-203(e)(1); 7-7-309]*

The county board or the county clerk, by agreement with the county board, must transmit the certified results for each precinct to the Secretary of State via the internet website provided by the Secretary of State, if possible, or by facsimile, if not. *[A.C.A. §§ 7-5-701(a)(1); 7-9-119(b)]*

*Note: The Secretary of State may require the election commissions to submit additional information as determined by the Secretary of State. [A.C.A. § 7-5-707(c)]*

For municipal elections in municipalities situated in two (2) or more counties, the county board of election commissioners in the county in which fewer residents of the municipality reside shall certify the election results in municipal offices and issues for that county to the election commission of the county in which the greater number of residents of the municipality reside.

The county board of election commissioners in which the greater population of the municipality resides shall tabulate the votes cast on municipal offices and issues and shall certify the election results to the mayor of the municipality. *[A.C.A. §§ 14-42-204; 14-42-205 (c),(d)]*

107

DEFS_066768

## Abstract of Returns

**Members of Congress, Executive, Legislative, Judicial Officers, and Prosecuting Attorneys:**
No earlier than forty-eight hours (48) hours and no later than the fifteenth day after the election, the county board of election commissioners shall mail to the Secretary of State certified copies of the abstracts of the returns of the election. *[A.C.A. § 7-5-701(c)(1)]*

**Governor, Lieutenant Governor, Secretary of State, Treasurer of State, Auditor of State, and Attorney General:**
No earlier than forty-eight (48) hours and no later than the fifteenth day after the election, the county board shall mail to the Secretary of State a separate envelope addressed to the Speaker of the House of Representatives containing a certified copy of the abstract of votes for the constitutional officers of the state listed above. *[A.C.A. § 7-5-701(d)(1)]*

**Measures:**
The county board shall certify and deliver an abstract of all votes cast on any measure to the Secretary of State no earlier than forty-eight (48) hours and no later than fifteen (15) calendar days after the election. *[A.C.A. § 7-9-119(b)]*

**Failure to Deliver:**
If the county board does not comply with certification deadlines, the Secretary of State shall file a complaint with the State Board of Election Commissioners according to Ark. Code Ann. § 7-4-120. *[A.C.A. § 7-5-701(c)(4)]*

## Certificate of Election

**Delivery:**
The county board of election commissioners shall deliver a certificate of election to the person having the highest numbers of legal votes for any county office within nineteen (19) days after any general, special, or school election. If the commission cannot ascertain the correct number of legal votes cast, the commission cannot declare and certify the results. *[A.C.A. § 7-5-701(a) (1), (4)]*

**Filing:**
The county board files a certificate detailing the result of the election in the office of the county clerk. *[A.C.A. § 7-5-701(b)]*

# ELECTION CONTESTS

## Candidate Contests

**Circuit Court:**
Within twenty (20) days of the certification that is the subject of the complaint, any candidate can contest the certification of nomination or the certification of vote in any election in the circuit court of the county in which the certification of nomination or certification of vote is made or where otherwise provided by law, and the election contest shall be tried by the circuit judge in open court without a jury. *[A.C.A. §§ 7-5-801; 7-5-804(a)]*

DEFS_066769

**State Senator:**
Any contest to the eligibility, qualification, or election to serve as a member of the Senate of the General Assembly shall be according to the rules and procedures for election contests established by the Senate under its governing rules. *[A.C.A. § 7-5-805(a)]*

**State Representative:**
Any contest to the eligibility, qualification, or election to serve as a member of the House of Representatives of the General Assembly is initiated by filing a complaint with the Arkansas State Claims Commission within fifteen (15) days after the election returns are certified by the county board of election commissioners in the case of election contests, and at any time after the election in the case of eligibility contests. *[A.C.A. § 7-5-805(b)]*

**Governor, Lieutenant Governor, Secretary of State, Treasurer of State, Auditor of State, and Attorney General:**
All contested general elections are decided by the joint vote of both houses of the General Assembly with the President of the Senate presiding. *[A.C.A. § 7-5-806(a)]*

## Citizen Contests

If ten (10) reputable citizens of any county allege that illegal or fraudulent votes were cast, that fraudulent returns or certifications were made, or that the Political Practices Act was violated and file a complaint with the circuit judge within twenty (20) days after any election, the circuit judge convenes a special or regular term for hearing the case. *[A.C.A. § 7-5-807]*

Any twenty-five (25) qualified electors of the state may contest the returns and certification of the votes cast upon any measure by filing a contest in the Circuit Court of Pulaski County within sixty (60) days after the certification of the vote. *[A.C.A. § 7-9-121]*

# PRESERVATION OF ELECTION EQUIPMENT & MATERIALS

## Voting Machines

**Release:**
Voting machines must be released to a person designated by the county board of election commissioners for storage in a secure facility designated by the county board. *[A.C.A. § 7-5-528]*

**Secured:**
All voting machines used in any election must remain secured for at least three (3) days after the election, unless ordered activated sooner by court order. *[A.C.A. § 7-5-531(b)(1)]*

In the event of a recount or an election contest, the county board must secure and store audit logs and voter-verified paper audit trails (VVPATs) in a secure place in the county courthouse under lock and key awaiting further orders of the county board or court. *[A.C.A. § 7-5-530(b), (c)]*

All audit logs, ballot stubs and VVPATs produced by voting machines must be secured for a period of two (2) years and preserved in the same manner and for the same time period as

DEFS_066770

ballots and certificates are preserved under Ark. Code Ann. § 7-5-702. *[A.C.A. §§ 7-5-531(a); 7-5-532(e)]*

**Clearing:**
After final certification of the election, the county board must clear the voting machines for future elections. *[A.C.A. § 7-5-531(b)(2)]*

## Voter Lists and Registration Documents

**Return/Retention:**
All voter lists, precinct voter registration lists, affidavits, and other voter registration documents are returned to the county clerk and retained according to Ark. Code Ann. § 13-4-306. *[A.C.A. § 7-5-317(a)(2)]*

## Ballots and Certificates

**Custody:**
After final certification of the election, the county board of election commissioners, retains custody of and safely keeps in a sealed, appropriately marked container in a secure location in the county courthouse or other county storage facility all ballots, ballot stubs and certificates returned to it from the several precincts for a period of twenty (20) days. During the time that ballots and stubs are retained or stored, no one may open the package containing them unless directed to do so by a competent tribunal before which an election contest or prosecution is pending in which the ballots are to be used as evidence. *[A.C.A. § 7-5-702(a)(c)]*

**Election Contest:**
If the county board is notified in writing within the twenty (20) day period of an election contest or initiation of criminal prosecution for fraud in the election, the county board must preserve the ballots, ballot stubs and certificates as may relate to the contest or prosecution for use as evidence. *[A.C.A. § 7-5-702(b)]*

**Retention:**
After the twenty (20) day period following final certification, ballots (marked and unmarked), ballot stubs and certificates must be stored in a secure location in the county courthouse or other county storage facility for a period of two (2) years from the date of the election. *[A.C.A. § 7-5-702(a)]*

**Audits:**
Following the General Election, the SBEC will randomly select counties to participate in a post-election audit of the vote counting devices. Ballots must initially be stored in batches so that all the ballots represented on a certified results tape from a tabulator can be counted to confirm the accuracy of the tabulator. If your county is selected to participated in the audit, you will be notified within 60 days of the election. *[A.C.A. § 7-4-121]*

**Ballot Accounting;**
Within thirty (30) days after EVERY election the county board of election commissioners shall prepare and transmit a report of provisional and rejected ballots cast. See BALLOT DISPOSITION form on page 192. *[Act 1022 of 2021]*

DEFS_066771

### Destruction of Election Materials

**Marked Ballots/Ballot Stubs:**
After a period of two (2) years, the county board of election commissioners may destroy all marked ballots and ballot stubs upon entering an order directing the destruction, upon making and retaining a record of ballots destroyed, and upon filing the order and record with the county clerk. *[A.C.A. § 7-5-702(e)]*

**Election Materials Generally:**
It is a felony to destroy the following before legally allowed:
- A ballot that was completed, cast, abandoned or spoiled
- A ballot stub from a ballot that was completed, cast, abandoned or spoiled
- A completed voter statement
- An envelope that contains a ballot
- An affidavit provided to the county clerk
- An absentee ballot list
- An absentee ballot application
- A list of absentee ballot applications prepared under 7-5-408
- Any other ballot related material

"Ballot related material" is material "provided to a person representing himself or herself as the voter or his or her agent by a county clerk, member of a county board of election commissioners, or a poll worker and returned by the person … or agent for the purpose of voting in an election." The penalty for violation is at least a one-year jail term and a fine of up to $10,000. *[A.C.A. §7-1-112]*

### Measures

**Document Retention:**
All petitions with signatures, notices, certificates, or other documents surrounding a measure on the ballot must be filed and preserved with the county clerk for two (2) years. *[A.C.A. § 7-9-123]*

# ENFORCING ELECTION LAWS

### Complaints

**Voting Machine Malfunction:**
The county board of election commissioners must provide forms at each polling place using a voting machine for voters to use for complaints about the function of a voting machine. The poll workers must forward all filed complaints to the county board for investigation. A copy of the complaint must also be provided to the Elections Division of the Secretary of State. *[A.C.A. § 7-5-510]*

111

## STATE BOARD'S VOTER COMPLAINT FORM FOR
## VOTING MACHINE MALFUNCTION

The State Board of Election Commissioners developed a Voter Complaint form for voters to use to file a complaint about the function of a voting machine. The State Board's Voter Complaint Form is provided in the Forms & Instructions section in the back of this manual.

### Written Complaints:

Written complaints concerning any election law violation or irregularity received by the county board must be forwarded to the State Board of Election Commissioners. *[A.C.A. § 7-1-109; § 7-4-120]*

## STATE BOARD'S PROCEDURES FOR ALL OTHER COMPLAINTS

The State Board has developed rules, procedures, and forms for filing complaints related to HAVA and Non-HAVA violations of election and voter registration laws. All of this information is available on the State Board's website at http://www.arkansas.gov/sbec.

## Voter Identification

### Failure to Provide:

After each election, the county board of election commissioners may review the precinct voter registration lists for voters not providing identification at the polls and forward the information to the prosecuting attorney for investigation of possible voter fraud. *[A.C.A. § 7-5-305(a)(8)(B)(iii), (iv)]*

## Provisional Ballots

### Referral to Prosecuting Attorney:

When examining provisional ballots before certification of the results of the election, if the county board of election commissioners suspects that a violation of election laws has occurred, the county board may refer the matter to the prosecuting attorney. *[A.C.A. § 7-5- 308(e)]*

### Referral to the SBEC

In the event that the CBEC receives a provisional ballot that was cast due to a voter having been marked as already voted in the precinct voter registration list, the CBEC is required to report this fact to the State Board of Election Commissioners within 30 days of the election. *[Rules on Poll Watchers, Vote Challenges, and Provisional Voting § 903(c)(2)]*

112

DEFS_066773

## ELECTION EXPENSES

### Voting Equipment

**Purchases:**
The County Voting System Grant Fund is available to the counties pursuant to A.C.A. § 19-5-1243 to purchase voting machines, electronic vote tabulating devices, and for other voting system equipment and maintenance. The Secretary of State shall establish guidelines and procedures for a grant program to distribute the funds to the counties. *[A.C.A. § 7-5-301(d)]*

**Technical Support:**
Each county shall provide or contract for adequate technical support for the installation, set up and operation of the voting system for each election. *[A.C.A. § 7-5-301(g)]*

**Voter Continuing Education:**
The Secretary of State is responsible for developing, implementing and providing a continuing program to educate voters and poll workers in the proper use of the voting system. *[A.C.A. § 7-5-301(h)]*

### State-Funded Elections

**Funding:**
The State Board of Election Commissioners funds political party primary elections from funds appropriated to the State Board for election expenses of the State Board and the county boards of election commissioners for preferential primary and nonpartisan elections conducted in May, primary runoff elections conducted in June, special primary elections, and statewide special elections. *[A.C.A. § 7-7-201(a)]*

**Procedure:**
The State Board will furnish each individual designated by the county board with comprehensive guidelines, instructions, and worksheets for requesting payment from the State Board for eligible state-funded election expenses. This information is also available on the State Board's website at http://www.arkansas.gov/sbec. This system of funding by the State Board has resulted in uniform and consistent distribution of funds from the State to the counties and provided information used by the State Board to maintain databases of comparative election costs, allowing the State to maintain a high level of fiscal accountability. *[A.C.A. § 7-7-201(b)(2)]*

**Private Funded Elections:**
County Boards of Election Commissioners are prohibited from accepting private funds or any funding outside of government sources in the state of Arkansas or the United States. *Act 961 of 2021]*

**Withholding:**
The State Board may withhold funding for otherwise eligible state-funded election expenses from any county that fails to comply with the rules developed by the State Board for the administration of primary elections or for failure to comply with applicable state election laws until all requirements are met to the satisfaction of the State Board. *[A.C.A. § 7-7-201(b)(3)]*

DEFS_066774

---

### STATE BOARD RULES AND GUIDELINES FOR REIMBURSEMENT

The State Board of Election Commissioners has promulgated rules under the Administrative Procedure Act and developed guidelines establishing eligible state-funded election expenses.

The State Board of Election Commissioners' Rules for Reimbursement of Expenses for State-Funded Elections and its guidelines for seeking reimbursement from the State Board for a preferential primary election, for a primary runoff election, for a statewide special election, and for a special primary election are available at www.arkansas.gov/sbec.

---

## General Elections

All expenses of general elections for presidential, congressional, state, district, county, township, or municipal offices in this state shall be paid by the counties in which held, and cities or incorporated towns shall reimburse the county boards of election commissioners for the expenses of the elections according to the formula outlined in Ark. Code Ann. § 7-5-104. *[A.C.A. § 7-5-301(j)]*

## Special Elections

### Paid by County:

Except for statewide special elections and special party primary elections paid by the State Board of Election Commissioners in accordance with Ark. Code Ann. § 7-7-201, expenses for special elections for congressional, state, district, county, and township offices, including runoff elections as required by law, shall be paid by the counties in which they are held. *[A.C.A. § 7-5-104(b)(1)]*

All expenses of special elections called by any county to refer a question or measure to the voters of the county shall be paid by the county. *[A.C.A. § 7-5-104(b)(3)]*

### Paid by City/Incorporated Town:

All expenses of special elections for municipal offices, including any runoff elections as required by law, and for referring a question or measure to the voters of the city or incorporated town shall be paid by the city or incorporated town calling for the elections. *[A.C.A. § 7-5-104(b)(2), (4)]*

### Paid by School District:

All expenses of a special school election shall be paid by the school district calling for the election. *[A.C.A. § 6-14-118(2)]*

DEFS_066775

## ANNUAL SCHOOL ELECTIONS

The annual school election in 2022 will be held on the preferential primary date in May or with the general election in November, whichever is chosen by the school district. In odd numbered years the annual school election will be held on the second Tuesday in May or the second Tuesday in November, whichever is chosen by the school district. This election is to elect school board positions and submit to a vote of the people an annual proposed rate of tax for the maintenance and operation of schools and the retirement of indebtedness. *[Article 14, § 3 of the Arkansas Constitution, as amended by Amendments 1, 11, and 40; A.C.A. § 6-14-102(a)(1) as amended by Act 610 of 2021; Attorney General's Opinion No. 96-380]*

**Polling Sites**

**Designation:**
If the election is held at the same time as the preferential primary election or general election, the polling sites for the annual school election shall be the same as the polling sites for the primary or general election. *[A.C.A. § 6-14-106(a)(5)]*

If the election is held on a date on which <u>no other</u> elections are held a school district with territory in more than one (1) county, the county board of the domicile county (the county where administrative headquarters is located) must designate one (1) or more polling sites in each county in which the school district has territory containing a city of the second class or larger. *[A.C.A. § 6-14-106(a)(1), (b)]*

Polling sites for school elections are established by a majority vote of the members of the county board present. *[A.C.A. § 6-14-106(a)(3)]*

The polling sites for each school election are the same as those established for the most recent contested school election unless changed by order of the county board. *[A.C.A. § 6-14-106(a)(4)(A)]*

**Consultation with School District:**
The county board must consult with each school district regarding the number of polling sites to designate for each school district and the location of the polling sites. *[A.C.A. § 6-14-106(a)(2)]*

**Unopposed Election with No Change in Ballot Issue:**
In in an odd year annual school election if all races are unopposed and the only ballot issues for consideration is the local tax rate which is not being changed or restructured, the board of directors of any school district may requested by resolution for the county board to reduce the number of polling sites, or allow annual school elections to be conducted by early and absentee voting only,or conduct an Election by Candidate. *[A.C.A. § 6-14-102(c)]*

And election by candidate allows the CBEC to open no polls and have the candidate who is unopposed cast a single ballot in which the candidate votes for himself or herself. This ballot must also include a vote for or against the millage issue which contains no changes in the rate or structure of the millage issue in the previous calendar year.

115

The county board of election commissioners may choose to use only paper ballots counted by hand for an unopposed election with no change in the rate or structure of the millage issue. *[A.C.A. §§ 6-14-102(c)(2)(B)]*

## Election Officials

### Qualifications:
The qualifications of a poll worker for the annual school election are the same as the qualifications for a primary or general election which is addressed on page 51 of this manual. *[A.C.A. § 6-14-101]*

### Number:
In odd year school elections, the county board of election commissioners of the domicile county appoints one (1) election judge and one (1) election sheriff for each polling site and as many additional election clerks at each polling site as are necessary for holding the election. *[A.C.A. § 6-14-106(a)(1), (e)]*

## Publications

All publication requirements are the responsibility of the county board of election commissioners. These notices may be included with the notices legally required for primary and general elections. *[Act 473 of 2019]*

### Public Notice of Election:
The county board of election commissioners shall give notice of all school elections in the same manner as notice of all other elections conducted by the county board of election commissioners. Notice must be published in a newspaper of general circulation at least eight (8) days prior to the school election and published a second time at least five (5) days prior to the school election. [*Act 448 of 2021*]

When a school election is only conducted by the county board of election commissioners for the domicile county and the school district includes more territory than the domiciled county, the notice of election shall be published in one (1) or more newspapers of general circulation in each of the counties in which the district has territory. The county board of election commissioners shall publish notice of an issue to be placed on the ballot in the manner provided under § 7-5-206. [*A.C.A. § 6-14-106*]

### Content of Public Notice of Election:
The public notice of the election shall contain: the date of the election; the hours of voting on election day; the places and times for early voting; polling sites for holding the election in the county; the candidates and offices to be elected; the time and location of opening, processing, canvassing, and counting ballots including absentee and early ballots; the location and date that the list of appointed election officials will be posted and directions for filing a written object to the service of an elected official.  The notice should also contain the text of the district's rate of taxation.  *[A.C.A. §§ 7-5-202(a) as amended by Act 448 of 2021; 7-5-416(a)(2]*

116

**Ballot Position Draw (odd-year):**
Notice of the drawing for ballot position must be published three (3) days before the public meeting for ballot draw. *[7-5-207(c)(2)]*

## Ballots

For school elections held in even years it is the responsibility of the county board of election commissioners to produce ballots for all voting precincts within the county.  In odd years the county board of election commissioners of the domicile county prepares and furnishes the needed ballots for all voters in the school districts conducting an annual school election. *[A.C.A. § 6-14-111(b)]*

Exception when a Non-Domicile County Holds a Special Election During the Annual School Election**:**  If, during an odd year annual school election or a special school election for a district which has territory in multiple counties, one of that district's non-domicile counties has a special election in which at least one of the district's voters is eligible to vote an exception to the rule stated above is triggered.  This exception requires that the county election commission in each county in which the district has territory conduct the school election for that county's voters.  If this exception is triggered, the county clerk in the district's domicile county will notify you and provide you with the ballot language along with any candidates which must be on your county's ballot.

Only issues authorized to be on the ballot by the Arkansas Constitution or by statute may appear on the ballot. Issues to be considered may be printed on the same ballot as the other election held on the same date. *[A.C.A. § 6-14-102(a)(2)]*

The county board places on the ballots as a candidate for school district director the name of any qualified registered voter whose political practices pledge, affidavit of eligibility, and petition has been filed with and verified by the county clerk of the county in which the school district is domiciled for administrative purposes according to Ark. Code Ann. § 6-14-111.

On the day after the deadline for candidates filing by petition, the county clerk of the county which the school district is domiciled for administrative purposes must certify to the county boards conducting the election the names of those candidates who have qualified for the ballot by petition. If the annual school election is being held with a preferential primary or general election, the county clerk must also certify the names of candidates to all non-domicile counties for districts domiciled in their county.
*[A.C.A. § 6-14-111(j)(1)]*

Immediately after the close of the write-in filing period, the county clerk of the county which the school district is domiciled for administrative purposes certifies to the county board any write-in candidates who have filed the affidavit of eligibility, the notice of write-in candidacy, and the political practices pledge with the clerk. *[A.C.A. § 6-14-111(i)(2)]*

The county board must hold a public meeting no later than seventy-two (72) days before the annual school election and determine by lot the order that the names of the candidates will appear on the ballot. *[A.C.A. § 6-14-111(j)]*

117

## Election Materials

*Odd-Year elections:*
The county board of election commissioners of the domicile county prepares and furnishes all necessary election supplies for the annual school election unless notified otherwise by the county clerk.. *[A.C.A. §§ 6-14-106(a)(1); 6-14-111(b)]*

If a school district has territory in more than one (1) county, the county board must assure that the necessary precinct registration files are delivered to each polling site in order that the electors in each county may vote in the school election. *[A.C.A. § 6-14-106(c)]*

## Ballot Secrecy

Each voter must be provided privacy to mark his or her ballot. *[A.C.A. § 6-14-110]*

## Counting Ballots and Certifying Results

### Certification of Results:
When the polls are closed, the election officials must immediately count the results, make a return of the votes, certify the return, and file the certification with the county clerk of the domicile county for delivery to its county board of election commissioners. *[A.C.A. §§ 6-14-114; 6-14-115]*

The county board must determine, declare, and certify the result of the school election to the county clerk, no earlier than forty-eight (48) hours and no later than fifteen (15) days after the election. *[A.C.A. § 6-14-115]*

The county board must also file a certified copy of the results of any school district not domiciled for administrative purposes in their county with the county clerk of the county in which the school district is domiciled. *[A.C.A. § 6-14-115]*

The certification must show the number of votes cast for each person for school district director, the number of votes cast for and against the school tax, the number of additional mills for maintenance and operation, the number of mills for dedicated maintenance and operation, the number of mills for debt service, the total millage rate levied for all purposes in excess of the uniform rate of tax, and the number of votes cast for and against any other question submitted at the election. *[A.C.A. § 6-14-114]*

The county clerk of the county in which the school district is domiciled, for administrative purposes, shall file certified copies of the results and a certification of the outcome of each race or issue with each nondomicile county clerk in which any part of the school district lies. *[A.C.A. § 6-14-115]*

DEFS_066779

**Runoff Election:**

If no candidate for any school district position receives a majority of the votes cast for the office or if a tie vote exists, a runoff election is held in the district four (4) weeks after the date of the election with the names of the two (2) candidates receiving the highest number of votes placed on the runoff ballot. Candidates have the same relative ballot position as in the school election. *[A.C.A. §§ 6-14-121(a); 7-5-207(c)]*

The person receiving the majority of the votes cast for the position at the runoff election is declared elected. *[A.C.A. § 6-14-121(b)]*

In the event the two (2) candidates in the runoff election seeking election to the same school district position receive the same number of votes, a tie exists, and the county board determines the winner by lot at an open public meeting and in the presence of the two (2) candidates. *[A.C.A. § 6-14-121(d)]*

**Candidate Withdrawal:**

If one (1) of the two (2) candidates who received the highest number of votes for a school district position withdraws before certification of the result of the school election, the remaining candidate who received the most votes is declared elected, and there is no runoff election. *[A.C.A. § 6-14-121(c)]*

**Election Contest**

Within twenty (20) days of the date of certification, a candidate may contest the election in the circuit court of the county in which the school district is domiciled according to the procedures provided under Ark. Code Ann. § 7-5-801 et seq. *[A.C.A. § 6-14-116]*

**Election Expenses**

**Even-Numbered Year Election:**

If the school election is held in an even-numbered year, the school district shall reimburse each county in which the school election appears the additional costs incurred by the county when holding the school election in conjunction with the primary or general election. *[A.C.A. § 6-14-118]*

See the State Board *Rules for the Annual School Election in Even-Numbered Years* available at www.arkansas.gov/sbec for procedures for calculation, allocation, and billing of the cost of an even-numbered year school election.

**Odd-Numbered Year Election:**

The school districts in the county shall reimburse the county for the cost of the election *[A.C.A. § 6-14-118]*

119

This Page Intentionally Blank

120

DEFS_066781

# SPECIAL ELECTIONS

## Laws Governing

In the absence of provisions in the laws governing special election procedures, a special election is governed by either primary election laws of the state or general election laws of the state, as the case may be and by provisions in the document calling the election if different from the laws. *[A.C.A. §§ 7-11-102; 7-11-204; 7-11-301]*

## Calling

All special elections and other elections to fill a vacancy in an office are called by proclamation, ordinance, resolution, order, or other authorized document of the appropriate constituted authority. *[A.C.A. § 7-11-101]*

All special elections on measures or questions referred to the voters by governmental entities as authorized by law are called by proclamation, ordinance, statute, resolution, order, or other authorized document of the appropriate constituted authority. *[A.C.A. § 7-11-201]*

## Calling Document

**Vacancies in State, Federal, or District Offices/State Measures or Questions:**
The proclamation, ordinance, resolution, order, or other authorized document of the appropriate constituted authority calling a special election to fill a state, federal, or district office or calling a special election on a state measure or question is filed with the Secretary of State, who immediately transmits the document to the county board of election commissioners where the special election is to be held. *[A.C.A. §§ 7-11-103(a); 7-11-202(a)]*

**Vacancies in Local Offices/Local Measures or Questions:**
The proclamation, ordinance, resolution, order, or other authorized document of the appropriate constituted authority calling a special election to fill a local office or calling a special election on a local measure or question is filed with the county clerk of the county administering the election, who immediately transmits the document to the county board of each county where the special election is to be held. *[A.C.A. §§ 7-11-104(a); 7-11-203(a)]*

**Special Election to Fill Vacancy:**
The proclamation, ordinance, resolution, order, or other authorized document calling for a special election to fill a vacancy in an office must be published in a newspaper of general circulation where the special election is to be held and must set forth the:
- Date of the election;
- Date of the special primary election, if any;
- Date of the special primary runoff election, if any is required;
- Deadline for filing as a party candidate with the county clerk or Secretary of State, as the case may be;
- Deadline for party conventions to select nominees, if applicable;
- Deadline for parties to issue certificates of nomination or certified lists of nominees, as the case may be, if applicable;

121

- Deadline for candidates to file certificates of nomination, if applicable, with the county clerk or the Secretary of State, as the case may be;
- Deadline for filing as an independent candidate and the period that a petition for independent candidacy may be circulated;
- Deadline for filing as a write-in candidate, if applicable;
- Deadline for the county election commissioners to draw for ballot position; and
- Date the election shall be certified by the county board in each county where the election takes place and, if applicable, by the Secretary of State.
  *[A.C.A. §§ 7-11-102; 7-11-103(b)]*

**Special Election on Measures or Questions:**
The proclamation, ordinance, statute, resolution, order or other authorized document calling the special election must set out:
- The date of the special election;
- The full text of any measure or question for which the election is called;
- The ballot title, if any, for the measure/question for which the election is called; and
- Any other information required by law.
  *[A.C.A. § 7-11-204]*

**Publication:**
The county board must publish the calling document as soon as practicable in a newspaper of general circulation in the county where the special election is being held. *[A.C.A. §§ 7-11-103(b); 7-11-202(b)]*

In addition to the publication of the calling document, notice of special elections held under Title 7, Chapter 11 must be published and posted according to Ark. Code Ann. §§ 7-5-202 and 7-5-206. *[A.C.A. § 7-11-303]*

**Designated Dates for Special Elections**

**Dates on which a Special Election Can Be Called:**
In every year except the year the office of the President of the United States is being filed, a special election may be called in the months of February, May, August, and November. If a special election is called in the month of the preferential primary or general election, the election will be held on the same date as the election. All other special elections must be held on the second Tuesday of the month.

In the year the office of the President of the United States is being filed, a special election may be called in the months of March, May, August, and November. If a special election is called in the month of the preferential primary or general election, the election will be held on the same date as the election. All other special elections must be held on the second Tuesday of the month.

**Exceptions in the Case of an Emergency**
When calling a special election related to a ballot issue, the entity calling the election may set the election for a month other than the quarterly election dates or the month, excluding the months following a preferential primary or general election, if the entity finds by a two-thirds

122

majority that (1) an event has occurred that constitutes a substantial change in circumstances, and (2) delay of the election to the next date established above would constitute an undue hardship to the governing entity.  This emergency determination is subject to challenge in circuit court for the 30 days following the filing of the calling document with the county clerk.

**Election Dates that Fall on Legal Holidays:**
A special election scheduled to occur in a month where the second Tuesday of the month is a legal holiday is held on the third Tuesday of the month. *[A.C.A. §§ 7-11-105(b); 7-11-205(a)(1)(B) (i)]*

**Limitations on when a Special Election can be called:**
A special election to fill a vacancy in office may be held no less than seventy (70) days after the date established in the proclamation, ordinance, resolution, order, or other authorized document for drawing for ballot position. *[A.C.A. § 7-11-105(d)(1), (e)(1)]*

A special election on a measure or question may be held no less than seventy (70) days after the proclamation, ordinance, resolution, order or other authorized document is filed with the county clerk. *[A.C.A. §§ 7-11-205(a)(1)(A); 7-11-205(b)(1)]*

**Special Primary Election:**
A special primary election to fill a vacancy in nomination may be called only if the special primary election can be called, held, conducted, certified, and certificates of nomination filed at least seventy (70) days before the general election. *[A.C.A. § 7-7-104(a)(2)(B)]*

If there is only one (1) candidate after all deadlines for filing as a candidate have passed in a special primary election to fill a vacancy, the county board of election commissioners shall certify the candidate as the nominee of the political party without holding a special primary election for the political party. *[A.C.A. § 7-11-107(a)(2)]*

**Vacancies Filled Under Arkansas Constitution, Amendment 29:**
When a vacancy in office is to be filled under Arkansas Constitution, Amendment 29, the Governor issues a proclamation calling an election to fill a vacancy. *[A.C.A. § 7-11-302(1)]*

If the vacancy occurs less than one hundred eighty (180) days before the general election at which the vacancy is to be filled and the position is one that may be filled by partisan election, the political parties shall choose their nominees at a convention. *[A.C.A. § 7-11-302(2)]*

If the vacancy occurs more than one hundred eighty (180) days before the general election and is a position that may be filled by partisan election, the Governor certifies the fact of vacancy in writing to the state committees of the political parties and requests written determination within ten (10) days as to whether the political parties desire to hold a special primary election or a convention to choose nominees. *[A.C.A. § 7-11-302(3)]*

If no state committee of any political party timely responds to the Governor of its determination to hold a special primary election or convention, the Governor declares by proclamation that all nominees shall be chosen by convention. *[A.C.A. § 7-11-302(5)]*

123

If the state committee of any political party timely notifies the Governor of its choice to hold a special primary election, all party nominees must be chosen at a special primary election. *[A.C.A. § 7-11-302(4)]*

The Governor issues a proclamation that sets dates for both the special primary election and any primary runoff election if no candidate receives a majority of the vote at the special primary election. *[A.C.A. § 7-11-302(4)]*

**Polling Sites**

**Reduction:**
If in a special election to fill a vacancy, there is only one (1) candidate and no other office or issue on the ballot, the county board of election commissioners may reduce the number of polling places for the election to only one (1) polling place. *[A.C.A. § 7-11-107(a)(2)]*

The polling place may be at the courthouse and may be staffed by the county clerk or as many poll workers as the county board deems necessary. *[A.C.A. § 7-11-107(a)(2)]*

**No Poll Elections:**
If in a special election to fill a vacancy, there is only one (1) candidate and no other office or issue on the ballot, the county board may declare and certify the candidate as elected as if the candidate had been voted on.. *[A.C.A. § 7-11-107(a)(1)]*

**Ballots**

**Primary Elections:**
When a special primary election is held on the same date as a preferential primary election, the names of the candidates to be voted upon at the special primary election are included on the ballot of each political party and the portion of the ballot on which the special primary election appears is labeled with a heading stating "SPECIAL PRIMARY ELECTION FOR _____" with the name of the party for which nomination is sought and the office set out in the heading. *[A.C.A § 7-11-106(a)]*

When a special election is held on the same date as a preferential primary election, the names of the candidates and any issue or issues to be voted upon at the special election are included on the ballot of each political party and that portion of the ballot on which the special election appears is labeled with a heading stating "SPECIAL ELECTION FOR…" with the name of the office set out in the heading or "SPECIAL ELECTION ON…" with a brief description of the measure or question to be decided in the election. *[A.C.A. §§ 7-11-105(d)(2); 7-11-205(a)(2)(A), (B)]*

Separate ballots containing the names of the candidates to be voted on at the special election, any nonpartisan candidates, and any other measures or questions to be voted upon must be provided for those voters who wish to vote in the special election or nonpartisan general election, but do not wish to vote in a party's primary. *[A.C.A. §§ 7-7-306(b); 7-10-102(b)(2), (3); 7-11-105(d)(3), (4)(A); 7-11-106(b); 7-11-205(a)(3), (4)]*

124

**General Elections:**

When a special primary election is held on the same date as a general election, the names of the candidates to be voted upon at the special primary election are included on the general election ballot and that portion of the ballot is labeled "SPECIAL PRIMARY ELECTION FOR . . ." with the name of the office set out in the heading.

When a special election is held on the same date as a general election, the names of the candidates and the issue or issues to be voted upon at the special election are included on the general election ballot and the portion of the ballot on which the special election appears is labeled with a heading stating "SPECIAL ELECTION FOR . . ." with the name of the office set out in the heading or "SPECIAL ELECTION ON…" with a brief description of the measure or question to be decided in the election. *[A.C.A. § 7-11-105(d)(4)(B)(i)]*

The county board may provide a separate ballot for any special election held at the general election, if determined necessary to avoid voter confusion. *[A.C.A. § 7-11-105(d)(4)(B)(ii)]*

125

DEFS_066786

This Page Intentionally Blank

DEFS_066787

## RULES

For a complete list of all of the State Board's rules please visit http://www.arkansas.gov/sbec

### FORMS & INSTRUCTIONS

**GUIDELINES AND ADVISORY STANDARDS**

Guidelines for State-Funded Compensation for
   County Election Commissioners Training..................................................128
Guidelines for State-Funded Compensation for
   State Board-Certified Trainers..................................................132
Guidelines for Ballot Name Certification..................................................136
Guidance Regarding the Absentee Ballot Canvassing Process..................................139
Advisory Standards..................................................143
   2015-001 Secrecy of a Voter's Ballot (Paper)
   2015-002 Secrecy of Voter's Ballot (Machine)

**COMMISSION CHECKLISTS**

Checklist for Combined March Preferential Primary, Nonpartisan General
   Elections, and Annual School Election*..................................................144
Checklist for November General Elections and Annual School Election*..................149
Checklist for Statewide Special Elections..................................................154

**FORMS**

List of Voters..................................................158
List of Provisional Voters..................................................160
Pocedures for Casting a Provisional Ballot..................................................162
Provisional Voter Envelope & Certification...................................................164
Notice to Provisional Voters..................................................166
List of Persons Assisting Voters..................................................168
Change in Polling Site Authorization Form..................................................170
Spoiled Ballot Affidavit..................................................172
Voting Machine Complaint Form..................................................174
Abandoned Ballot Log..................................................176
Poll Workers' Certificate..................................................178
Certification of Logic & Accuracy Test Results..................................................180
Financial Disclosure
   by Member of County Board of Election Commissioners..................................182

**POSTINGS**

Poll Watcher Authorization Form..................................................184
Voting Machine Warning..................................................186
Crossover Voting Posting..................................................188
Notice of Electioneering Posting..................................................190

**CHARTS**

Ballot Disposition Report..................................................192
Degrees of Consanguinity..................................................196

126

DEFS_066788

This Page Intentionally Blank

127

DEFS_066789

# GUIDELINES FOR STATE-FUNDED COMPENSATION
# FOR
# COUNTY ELECTION COMMISSIONERS TRAINING

(Effective December 1, 2005; Revised December 15, 2021)



**STATE BOARD OF ELECTION COMMISSIONERS**
501 Woodlane, Suite 122 South
Little Rock, Arkansas 72201
(501) 682-1834
(800) 411-6996
Internet: www.arkansas.gov/sbec
Email: INFO.SBEC@arkansas.gov

128

DEFS_066790

**County Election Commissioner Compensation for Training Attendance**

Arkansas Code Annotated § 7-4-109 requires that each member of the county boards of election commissioners attend election training conducted by the State Board of Election Commissioners before each preferential primary election.

Each county election commissioner attending the training is eligible to receive $300, plus mileage reimbursement at the rate established for state employees by state travel regulations

Election commissioner training compensation will be paid by the State Board to the County Treasurer upon receipt from the county of the attached reporting form approved and provided by the State Board to the county.

**FOR ADDITIONAL INFORMATION SEE**
**THE STATE BOARD OF ELECTION COMMISSIONERS'**
**RULES FOR COUNTY ELECTION COMMISSIONERS TRAINING**

129

DEFS_066791