DEFS_066792

130

# COUNTY ELECTION COMMISSIONERS TRAINING MILEAGE
## REQUEST FORM
### Training Conducted by The State Board of Election Commissioners

COUNTY: _____

1. THE STATE BOARD OF ELECTION COMMISSIONERS' OFFICE WILL CALCULATE MILEAGE FOR PAYMENT. PLEASE LEAVE THAT AREA BLANK.
2. PLEASE USE ONLY YOUR STREET ADDRESS ON THIS FORM, NOT YOUR MAILING ADDRESS.
3. IF YOU CARPOOLED TO TODAY'S TRAINING PLEASE INDICATE THE PERSON WHO DROVE IN THE BOX PROVIDED.
4. IN ADDITION TO MILEAGE, YOU WILL RECEIVE A $300.00 COMPENSATION ONCE YOU HAVE PASSED AN EXAMINATION AND SERVED THROUGH THE PRIMARY
5. ONLY COMMISSIONERS RECEIVE COMPENSATION FOR TRAINING. IF YOU HAVE QUESTIONS PLEASE, ASK ONE OF THE TRAINERS.

| NAMES OF COMMISSIONERS | STREET ADDRESS (NOT MAILING) | Did you drive to today's training? | Did you carpool? If yes, please indicate the person who drove. | City In Which Training Was Held | Date of Training | # OF MILES ROUNDTRIP | RATE $0.42 | MILEAGE EXPENSES |
|---|---|---|---|---|---|---|---|---|
| | | | | | | THIS SECTION FOR OFFICE USE | | |
| | | | | | | MILEAGE (IF APPLICABLE) | | |
| 1 | | ☐ YES | | | | | | |
| | | ☐ NO | | | | | $0.42 | |
| 2 | | ☐ YES | | | | | | |
| | | ☐ NO | | | | | $0.42 | |
| 3 | | ☐ YES | | | | | | |
| | | ☐ NO | | | | | $0.42 | |
| | | | | | | | TOTAL | |

Commissioner Signatures:

Commissioner #1: _____

Commissioner #2: _____

Commissioner #3: _____

**Exhibit 3B**

This Page Intentionally Blank

131

DEFS_066793

# GUIDELINES FOR STATE-FUNDED COMPENSATION
## FOR
## STATE BOARD-CERTIFIED TRAINERS
(Effective December 1, 2005; Revised December 15, 2021)



**STATE BOARD OF ELECTION COMMISSIONERS**
**501 Woodlane, Suite 122 South**
**Little Rock, Arkansas 72201**
**(501) 682-1834**
**(800) 411-6996**
**Internet: www.arkansas.gov/sbec**
**Email:** INFO.SBEC@arkansas.gov

132

DEFS_066794

**State Board-Certified Trainer Compensation**

Each county board of election commissioners must designate two (2) qualified electors of the county to attend training conducted by the State Board of Election Commissioners for the purpose of being certified by the State Board as poll worker trainers for the county.

Upon successful completion of training and certification by the State Board, a maximum of two (2) certified trainers per county are eligible to receive $100 each, plus mileage reimbursement at the rate established for state employees by state travel regulations.

**Compensation for State Board-Certified Trainers Conducting Training in the County**

Arkansas Code Annotated § 7-4-109 requires that all poll workers must attend election training conducted locally by State Board-certified trainers and coordinated by the State Board.

The two (2) certified trainers per county are eligible to receive an additional $50 each per training session up to a maximum of four (4) sessions each for conducting poll worker training locally before the preferential primary election.

Requests for additional certified trainers, or training sessions must be made in writing and must describe the facts and circumstances that make the additional trainers necessary.

Certified trainers' compensation will be paid by the State Board to the County Treasurer upon receipt of the attached reporting forms approved and provided by the State Board to the county.

**FOR ADDITIONAL INFORMATION SEE**
**THE STATE BOARD OF ELECTION COMMISSIONERS'**
**RULES FOR COUNTY ELECTION COMMISSIONERS TRAINING**

133

DEFS_066795

# STATE BOARD-CERTIFIED TRAINERS COMPENSATION
## REQUEST FORM

COUNTY: _____

1. IN ORDER TO RECEIVE COMPENSATION FOR THE TRAINING DOCUMENTED ON THIS FORM, YOU MUST HAVE ATTENDED THE TRAINING CONDUCTED BY THE STATE BOARD OF ELECTION COMMISSIONERS AND PASSED THE EXAMINATION.

2. CERTIFIED TRAINERS MUST BE APPOINTED BY THE COUNTY BOARD OF ELECTION COMMISSIONERS.

3. YOU MAY CONDUCT AS MANY POLL WORKER TRAININGS AS NECESSARY, HOWEVER, THE SBEC WILL ONLY COMPENSATE TRAINERS UP TO A MAXIMUM OF FOUR (4) LOCAL TRAINING SESSIONS UNLESS YOUR COUNTY RECEIVED PRIOR WRITTEN APPROVAL TO CONDUCT MORE THAN FOUR SESSIONS.

| NAMES OF STATE BOARD-CERTIFIED TRAINERS | DATE ATTENDED TRAINING BY STATE BOARD | FLAT RATE FOR ATTENDING TRAINING CONDUCTED BY THE STATE BOARD OF ELECTION COMMISSIONERS | DATES CONDUCTED POLL WORKER TRAINING LOCALLY | | | | COMPENSATION FOR CONDUCTING POLL WORKER TRAINING LOCALLY | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|---|---|
| | | FLAT RATE OF $100.00 | TRAINING DATE #1 | TRAINING DATE #2 | TRAINING DATE #3 | TRAINING DATE #4 | RATE OF $50.00 PER TRAINING SESSION | |
| 1 | | $100.00 | | | | | | |
| 2 | | $100.00 | | | | | | |
| | | | | | | | TOTAL | |

State Board-Certified Trainer Signatures:

Certified Trainer #1 Signature: _____

Certified Trainer #2 Signature: _____

134

DEFS_066796

This Page Intentionally Blank

135

DEFS_066797

# GUIDELINES
# FOR
# BALLOT
# NAME CERTIFICATION

(Effective March 31, 2000; Revised August 20, 2013; Revised August 18, 2019)



**STATE BOARD OF ELECTION COMMISSIONERS**
**501 Woodlane, Suite 122 South**
**Little Rock, Arkansas 72201**
**(501) 682-1834**
**(800) 411-6996**
**Internet: www.arkansas.gov/sbec**
**Email: INFO.SBEC@arkansas.gov**

136

DEFS_066798

## GUIDELINES FOR
## BALLOT NAME CERTIFICATION

The following guidelines have been developed by the office of the State Board of Election Commissioners for the purpose of certifying the names and titles proposed to be used by candidates filing for office.

**Arkansas Code Annotated § 7-7-305.  Printing of ballots - Form.**

(c)(1)(A) "A person who shall file for any elective office in this state may use not more than three (3) given names, one (1) of which may be a nickname or any other word used for the purpose of identifying the person to the voters, and may add as a prefix to his or her name the title or an abbreviation of an elective public office the person currently holds.

(B) A person may only use as the prefix the title of a nonpartisan judicial office only if:

(i) The person is currently serving in a nonpartisan judicial office to which the person has been elected in the last election for the office; or

(ii) The person:

(a) Is a candidate for the office of circuit judge or district judge;

(b) Is currently serving in the office of  circuit judge or district judge as an appointee; and

(c) Has been serving in that position for at least twelve (12) months.

(2)  The person filing for office shall include his or her surname in addition to any given names permitted under subdivision (c)(1)(A) of this section.

(C) A nickname shall not include a professional or honorary title.

(3) The names and titles as proposed to be used by each candidate on the political practice pledge or, if the political practice pledge is not filed by the filing deadline, then the names and titles that appear on the party certificate shall be reviewed no later than one (1) business day after the filing deadline by the Secretary of State for state and district offices and by the county board of election commissioners for county, township, school, and municipal offices.

(4)(A) The name of every candidate shall be printed on the ballot in the form as certified by either the Secretary of State or the county board of election commissioners.

(B)  However, the county board of election commissioners may substitute an abbreviated title if the ballot lacks space for the title requested by a candidate.

(C)  The county board of election commissioners shall immediately notify a candidate whose requested title is abbreviated by the county board of election commissioners.

(5) A candidate shall not be permitted to change the form in which his or her name will be printed on the ballot after the deadline for filing the political practices pledge."

**Definition of "name" as referenced in Black's Law Dictionary:**

"A person's 'name' consists of one or more Christian or given names and one surname or family name.  It is the distinctive characterization in words by which one is known and distinguished from others, and description, or abbreviation, is not the equivalent of a 'name'."

137

**A candidate is permitted to use:**

- **A maximum of three (3) "given" names**
    1) One name may be a nickname, but not a professional or honorary title
    2) A "middle" name shall be considered a "given" name

- **Initials**
    Initials are not considered "given" names and, therefore, **not** counted in the maximum of three (3) "given" names

- **Surname or Last name**
    Surnames or last names are not considered "given" names and, therefore, **not** counted in the maximum of three (3) "given" names

- **A Suffix**
    Suffixes (Jr., Sr., I, II, III) are not considered "given" names and, therefore, **not** counted in the maximum of three (3) "given" names

- **A Prefix**
    The title or an abbreviation of the title of an elective public office **currently held,** for instance
    1) County Judge or Co. Judge

**A candidate is not permitted to use:**

- **Professional or honorary titles**
    Professional or honorary titles (Ph.D., CPA, MD., Doctor, Dr., Reverend, Rev., Chief of Police, General, Lieutenant, Sergeant) are **not** acceptable

The county election commission must review the names and titles proposed to be used by each county, township, school, and municipal candidate for compliance with the statutory requirements of Arkansas Code Annotated § 7-7-305. The election commission must make a final determination on the form in which the candidate's name will appear on the ballot no later than one business day after the filing deadline.

For those candidates whose proposed name and title on the political practices pledge do **not** comply with the statutory requirements, the candidate should be contacted and offered the option to file a revised political practices pledge form.

A candidate is not permitted to change the form in which his or her name will be printed on the ballot after the deadline for filing the political practices pledge.

DEFS_066800

# STATE BOARD OF ELECTION COMMISSIONERS

Secretary of State
**John Thurston**
Chairman

**Wendy Brandon
Sharon Brooks
Jamie Clemmer
Bilenda Harris-Ritter
William Luther
J. Harmon Smith**
Commissioners

**501 Woodlane Street – Suite 122 South
Little Rock, Arkansas 72201
(501)682-1834 or (800)411-6996**

**Daniel J. Shults**
Director

**Chris Madison**
Legal Counsel

**Jon Davidson**
Educational Services Manager

**Tena Arnold**
Business Operations Manager



| | |
|---|---|
| **TO:** | **County Clerks and County Boards of Election Commissioners** |
| **FROM:** | **State Board of Election Commissioners** |
| **DATE:** | **December 14, 2021** |
| **RE:** | **Guidance Regarding the Absentee Ballot Canvassing Process** |

Summary of Best Practices

1. Consider the physical movement of ballots throughout the process to make as much of a production line that moves in a linear progression. Do not allow a ballot to circle back and potentially be commingled with different ballots.

2. Document the name, date, time, and reason a storage container is accessed or transferred.

3. Document and verify number of ballots in a container or within a category is correct before transferring to another person or for continued processing.

4. Limit the number of personnel involved with any specific ballot or the processing of a category of ballots.

5. Make numerically manageable groupings of ballots. Use multiple storage containers for collecting returned absentee ballots to reduce the number of ballots in each container.

6. Consider using set time intervals or set number of ballots per container to change out and use new storage containers.

7. Utilize a stack with a set number of ballots (e.g. 50) when removing them from a storage container for canvassing. Document the disposition of each stack of 50.

8. Document which personnel processed which stack or category of ballots.

9. Maintain running totals of ballots per category including ballots returned, ballots to be processed, ballots accepted, ballots recommended for rejection, ballots on hold for additional information, and ballots on hold for further review. These numbers should balance when reconciled.

10. Ensure that storage containers are secure and sealed when moving from canvassing or processing to storage and back, so that the storage containers are only opened in public and ballots are canvassed or processed only in public view and any authorized poll watcher.

11. Look for and identify points in your processing where verification steps can be implemented to ensure ballot numbers are correct and to catch any discrepancies early and in small batches.

12. Remake ballots as a separate and last step. Verify the number of ballots to be remade before remaking any ballots. Mark original ballots to be remade with an identifying number and give the copy the same number to tie original and copy together.

139

**Note to Commissioners on Application:**
**The SBEC recognizes that the practical realities of storing and processing absentee ballots will vary greatly from county to county.  This is why this document describes general principles which the SBEC believes will be helpful in your ballot canvassing process.  You are encouraged to reach out to the SBEC to discuss the implementation of these processes in your county's elections.  You may also request the SBEC staff to help you develop or revise your county's ballot management and canvassing process consistent with these principles.**

I.      **Chain of Custody – Best Practices - County Clerk**

A. Limit number of personnel directly involved in processing and handling absentee ballots to specifically identified personnel.

   1. If numerous personnel are needed to process the volume of returning absentee ballots, consider limiting the number of personnel who finalize the ballot packet for deposit into ballot storage container.  For example, only Clerk A and Clerk B have access to Box 1.  That way these clerks are responsible for ensuring the packet is complete and properly collected before depositing into the storage container.

   2. If numerous ballot packets are being returned during the weeks leading up to an election consider using more than one or two ballot storage containers to reduce the number of ballots in a particular storage container.  You may also consider limiting the number of ballot packets stored in a single storage container to reduce the number of ballots that may be contaminated by an error, if one occurs.  Similarly, if an error does occur, having a smaller grouping of ballots reduces the workload in identifying the error and sorting that ballot packet from the others.

B. Have personnel who are depositing ballot packets into a storage container maintain a running total on the number of ballot packets deposited.

   1. At set intervals, have the number of ballot packets confirmed against an electronic voter roster that reflects the voters who have been credited with returning their absentee ballot return envelope against the running list of voters and number of ballots in a storage container.

   2. Document the personnel who access a storage container by documenting the date, time, and reason for accessing the storage container.  Utilize tape seals or other means to secure the storage container.

   3. The documentation should reflect when ballot packets are added, how many are added, and should reflect when the running total is verified by counting the ballot packets within the storage container.

C. Prior to transfer of ballot packets, a storage container count should be verified by at least two clerk personnel who document their names, date, time, and number of ballot packets contained within that storage container.  Please provide a roster of voters' names whose ballots are within that storage container would be beneficial.

140

**II.      Chain of Custody – Best Practices – Initial Canvass of Absentee Ballots**

1. Document the receipt of storage devices containing absentee ballot packets.

2. The clerk's office should have provided a document witnessed by at least two personnel who verify the expected count of absentee ballots contained within a storage container. CBEC or its designees should open the container, noting the names of the personnel involved, the date, and time of the opening. The designees should count the ballot packets to ensure that they confirm the expected number of ballots reported by the clerk and that number matches the number present in the storage container. If a roster is provided, the designees may wish to confirm the roster is correct and each name on the roster for a storage container is confirmed as containing that voter's ballot packet.

3. Utilize uniform stacks of ballots when canvassing so that a known quantity of ballots is available for processing at a time. For example, a container that holds several hundred ballots should be processed in a set numbered stack. Only remove 50 ballots at a time and verify the number of ballot packets, then process that stack.

4. Ensure that the ballots are physically moved in such a way that prevents processed ballots from being near or mingled with unprocessed ballots. A linear progression of unprocessed ballots to containers holding categories of processed ballots aids in maintaining separation of ballot categories.

5. Each stack of ballot packets to be canvassed should be assigned to a particular set of canvassers. It should be documented such that a ballot packet can be identified as to which canvassers processed that ballot packet. The document should reflect how the stack of fifty (50) ballots were resolved so that the number of ballots approved for tabulation, the number of ballots recommended for rejection, and the number of ballots made provisional are identified, documented, and reconciled against the beginning fifty (50) count.

6. Keep like category ballots gathered and maintain a running total of ballots in that category. Verify that number is correct before continuing to process that category of ballots.

7. Utilize the smallest and narrowest category of ballots to keep as small a number of ballots as is feasible to limit the number of ballots in a category and comingling of ballots.

8. Identify key points in the canvassing process that are conducive to making a count of the actual ballot packets that have been processed to ensure in agrees with the expected number of ballot to compete that process before the next step in processing.

141

### III.   Chain of Custody – Best Practices – Additional Review of Absentee Ballots

1. Ensure that the number of ballots set aside as rejected or set for additional review by the CBEC and the number of ballots converted to provisional ballots is confirmed by physically counting the ballots in these categories before beginning processing.

2. At the conclusion of the canvassing process (and any additional review of non-provisional ballots by the CBEC), ensure that the total number of counted provisional ballots, rejected provisional ballots, and provisional absentee ballots equal the total number of absentee ballots that were canvassed.

3. Document the name, date, and time that a category of problem ballot packets are accessed and processed.

4. Work in defined stacks of some number of problem ballot packets so that a defined beginning number is physically counted and processed before moving to subsequent stacks of ballots.

5. For problem ballots that are remedied and thus countable, it is advisable to separate the ballot only envelope and deposit that into a secured storage container until all remedied problem ballots are identified and deposited in secure storage containers.  If problem ballots are to be separated from their ballot packet material, before any group separation process is begun, the ballots should be counted and verified as the ballot packets approved for counting. After confirming that the physical ballot packets match the list of ballots approved for separation and confirming that the expected number and actual number of ballots match, then separation process may begin.  Throughout the separation process, the voter's name should be compared to the list of problem ballots approved for counting so that each ballot packet is confirmed as being approved for separation and counting before the ballot only envelope is separated from its identifying information.  This ensures that all problem ballots are verified as being resolved and approved for separation to prevent disproved ballots from being comingled with approved ballots.

6. Ballots needing to be remade because of scanner issues should be processed after every other category of ballot has been resolved.  A specific number of ballots that need to be remade should be identified and documented, and when the ballots are remade and counted, the number of counted ballots should match the number of ballots identified as needing remade.

7. Remade ballots should have the original ballot marked in some obvious way as being a ballot for remaking and when the remade ballot is completed it should be attached or identified with the original remade ballot.  Sequentially numbering and placing a type of serial number on the ballot to be remade that can be duplicated on the remade ballot is important so that the copy can be traced to its original if they get separated.  This provides two levels of verification.  A set number of ballots to be remade 530 to be remade, and a results tape with 530 ballots counted.  Secondly, problem ballot 001 is identical to its copy, identified as Copy 001. So long as some means of documenting the original ballot and its remade copy is done for verification purposes.

142

## Advisory Standards 2015-001 and 2015-002

The following advisory standards have been approved by the Arkansas State Board of Election Commissioners in an effort to ensure compliance with state laws regarding the secrecy of a voter's ballot.

**Findings:** Amendment 50 §2 of the Arkansas State Constitution provides that all elections by the people shall be by ballot or voting machines which ensure the secrecy of individual votes. The election code implements this constitutional protection by requiring that:

- Voting booths be provided where paper ballots are used *[A.C.A. §7-5-310(a)(2)]*;

- Voting machines be placed so that no person can see or determine how the voter votes *[A.C.A. §7-5-521(b)]*; and

- A 6 foot privacy zone around voting booths be observed. *[A.C.A. § 7-5-310(a)(2)(C)]*

These rules apply equally during early voting and on election day, according to A.C.A. § 7-5-418(e) and (f) and the people of Arkansas have a reasonable expectation that these election laws are followed and strictly construed.

**Advisory Standard 2015-001**: All voting locations in this state must allow any voter to personally and secretly cast his ballot. If voting by paper ballot, voting booths must be provided. Although a voter may waive his/her right to privately cast a ballot, a sufficient number of voting booths should be made available to accommodate every voter who presents himself to vote. When selecting voting locations, county clerks and county election commissioners must select locations that adequately comply with these requirements.

**Advisory Standard 2015-002**: If voting by machine, the machines must be arranged to ensure that a voter's ballot remains secret at all times. Therefore, the following standards shall be met:

- Voting machines must be spaced at least 6 feet apart from the next machine.

- Voting machine screens must not face or be visible by other voters within the voting location.

- The arrangement of the voting location must not allow voters to see the ballot portion of a voting machine at any time. This includes lines, other wait areas for voters, and entrances and exits to the voting location itself.

- If a violation of one of these requirements is brought to the attention of an election official, the State Board of Election Commissioners expects the election officials to take all reasonable steps to ensure compliance with secret ballot and privacy requirements.

143

# COMMISSION CHECKLIST FOR
# COMBINED PREFERENTIAL PRIMARY,
# NONPARTISAN GENERAL ELECTIONS, AND
# ANNUAL SCHOOL ELECTION*

(*if the School Election is held in conjunction with Preferential Primary)
(Effective May 18, 2004; Revised November 2021)

This checklist is provided by the State Board of Election Commissioners as a tool for capturing and maintaining relevant data pertaining to the Preferential Primary and Nonpartisan General Elections.

1. \_\_\_\_ Conducted a public meeting to determine, by lot, the order in which the names of candidates would appear on the ballots
   a) \_\_\_\_ by the deadline of **not later than eighty-nine (89) days before the election** *[§7-7-305(b)(1)(B)]*
   b) \_\_\_\_ provided **at least ten (10 days** written notice to the chairs of the county committees, if the chairs are not members of the board
   c) \_\_\_\_ published notice of the meeting **at least three (3) days before the meeting** in some newspaper of general circulation in the county *[§7-7-305(b)(2)]*
   d) \_\_\_\_ ensure a list of all candidates and issues from school districts domiciled outside the county have been submitted by the county clerk of the county in which the district is domiciled*

2. \_\_\_\_ **If applicable,** altered the boundaries of existing election precincts and established new ones by order
   a) \_\_\_\_ **at least sixty (60) days before the election**
   b) \_\_\_\_ recorded the board's order with the county clerk *[§7-5-101(a)(4)]* in order for the county clerk to submit written, printed, and digital copies of the changes to the Secretary of State and the Arkansas Geographical Information Systems Office *[§7-5-101(c)(1)(A)]*

3. \_\_\_\_ Ensured that all polling sites are the same as those established for the preceding general election or, **if applicable,** designated any new polling site(s) **at least sixty (60 days before the election** in a public meeting by unanimous vote of the members present *[§7-5- 101(d) as amended by Act 1063 of 2021]*
   a) \_\_\_\_ posted notice of any changes in polling sites at all previous polling sites used in the last election *[§7-5-101(d)(3)(A)]*
   b) \_\_\_\_ established common polling sites for the joint conduct of the election *[§7-7-202(d)]*
   c) \_\_\_\_ provided polls accessible to voters with disabilities *[§7-5-311(a)]*
   d) \_\_\_\_ (does not apply to changes in Vote Centers) Notify the County Clerk in a timely manner to allow for notice to be mailed to affected voters.

4. \_\_\_\_ **If applicable,** conducted early voting at additional polling sites outside the county clerk's office *[§7-5-418(b)(1)(A)]*
   a) \_\_\_\_ determined, in a public meeting by unanimous vote, the location(s) of additional off-site early voting polling sites *[§7-5-418(b)(1)(B)]*
   b) \_\_\_\_ notified the county clerk of the board's decision **within ten (10) days of its decision** *[§7-5-418(b)(3)(A)]*

5. \_\_\_\_ Provided regular absentee ballots *[§7-5-211(c)]* and, where applicable, "special absentee

144

DEFS_066806

runoff ballots" *[§7-5-406(c)]*
    a)____ delivered the ballots to the county clerk **at least forty-seven (47) days before the election** *[§7-5-407(a)(1)]*

**6.** ____ Prepared paper ballots and voting machine ballot styles as provided by law *[§§ 7-3-104, 7-5-207, 7-5-208, 7-5-406, 7-5-601, 7-5-610, 7-7-304, 7-7-305, 7-7-306, 7-8-302, and 7-10-102]*
    a)____ certified the printed ballots and voting machine ballot styles before delivery to the county clerk prior to the start of absentee voting *[§7-5-512(a)]*

**7.** ____ Prepared voting machines upon the proper certification of candidates and questions *[§7-5-515(a)]*
    a)____ published notice of the time and place of the voting machine preparation *[§7-5-516]*

**8.** ____ Tested and secured voting systems:
    a)____ conducted logic and accuracy (L&A) testing of voting machines and electronic vote tabulating devices as soon as the election media was prepared and **no later than seven (7) days prior to the start of early voting** *[§§7-5-515(c)(1); 7-5-611(a)(2)]*
    b)____ conducted public testing of voting machines and electronic vote tabulating devices in addition to L&A testing *[§§ 7-5-611(b), 7-5-575(c)(2)]*
        1.)____ gave public notice of the time and place of the public test by publication in a daily or weekly newspaper in the town, city, or county using the voting machines or devices **at least forty-eight (48) hours before testing** *[§7-5-611(b)(1), 7-5-575(c)(2)]]*
    c)____ ensured that paper ballot systems that include electronic vote tabulating device(s) were programmed to reject overvoted ballots *[§7-5-604(a)(5)(B), (6)(B)]*
    d)____ certified the accuracy of the voting system by filing the test results with the county clerk and sending a copy of the electronic results to the Secretary of State *[§§ 7-5-515(e); 7-5-611(c)]*
    e)____ after preparation, testing, and examination, secured the voting machines against further voting *[§7-5-517(a)]*
    f)____ placed voting machine activation devices in a sealed package labeled with the serial number of the voting machine, the precinct location of the voting machine and the number registered on the protective counter *[§7-5-517(b)]*
    g)____ certified by machine serial number, the number registered on the protective counter of each voting machine and that all contest counters registered ZERO in the presence of the candidates or their representative, if in attendance *[§7-5-517(c)]*
    h)____ secured voting machine activation devices until released for delivery to poll workers *[§7-5-517(d)]*

**9.**____ Designated suitable times and places where voting machines will be exhibited for purpose of instruction
    a)____ published notice of voting machine demonstration in newspaper at least **forty-eight (48) hours before** first demonstration *[§7-5-509]*

**10.** ____ Appoint election officials **at least twenty (20) days before the election** *[§7-4-107(b)(1)]*
    a)____ selected and appointed a sufficient number of poll workers for each polling site (a minimum of two (2) election clerks, one election judge, and one election sheriff) *[§§7-4-107(b)(2); 7-7-302]*
    b)____ selected and appointed minority party poll worker(s) for each poll as provided by law *[§7-4-107(b)(2)]*

145

    c)____ **if applicable,** appointed poll workers to adequately staff additional off-site early
        voting polling sites under the election commission's supervision *[§7-5-418(b)(2)]*
    d)____ appointed absentee election clerks to process, count, and canvass absentee ballots
        *[§7-5-414(a)]*
    e)____ confirmed that all poll workers have attended poll worker training *[§7-4-107(b)(2)]*

**11.** ____Published in a newspaper of general circulation in the county public notice of: the date
of the election; the places and times for early voting; hours of voting on election day;
polling sites, candidates and offices to be elected; the time and location of opening,
processing, canvassing, and counting ballots; the time and location of opening,
processing, canvassing, and counting early and absentee ballots; the location and date
available of the list of appointed election officials and directions for filing a written
objection to the service of an elected official.

a)____ by the deadline of **at least eight (8) days before early voting** *[§§7-5-202(a); 7-5-416 (a)(2) as
amended by Act 448 of 2021]*

b)____ published a second publication **at least five (5) days before the election**
    *[§§ 7-5- 202(b); 7-5-416(a)(2)]*

**12.** ____ Delivered at least one (1) voting machine equipped for use by individuals with
disabilities to the county clerk's designated early voting location and all off-site early
voting polling locations **prior to the start of early voting** *[§§7-5-413(a)(1); 7-5- 418(a)(1)(A)]*

**13.** ____ Posted in a public place in the county clerk's office, the list of appointed election
officials, including the names of election commissioners **at least eight (8) days before
election day.** County Clerks and County Commissions conducting early voting must post a list
of appointed election officials who will conduct early voting **at least eight (8) days before early
voting.** *[§7-5-202(b)(2) as amended by Act 448 of 2021].*

**14**. ____ If using paper ballots to be counted by hand or at a central counting location, developed
a voter education program to inform voters about the consequences of overvoting and
how to correct the ballot containing an overvote *[§7-5- 604(a)(5)(C), (6)(C)]*

**15.** ____ **At least one (1) day before the election,** delivered ballots and supplies to persons
designated by the commission to deliver to poll workers *[§7-5-211(a)]*

    a)____ provided sufficient quantities of ballots, voting booths, and voting machines for
        each polling site *[§§7-5-310(a); 7-5-512(c); 7-5-602(a)]*

    b)____ provided all required supplies, forms, and postings *[§§7-5-211(a)(2); 7-5-512(b),(d)]*,
        including a poll workers' certificate to use on election day to record the exact time
        and number of votes shown on the public counters and to attest that voting
        machines were made inaccessible to voting at the official time for closing the
        polls and upon terminating of the voting by removing the activation devices
        *[§7-5-526]*

**16.** ____ Began opening, processing and canvassing absentee ballots no earlier than the Tuesday
before the election. And began counting absentee ballots **no earlier than 8:30 a.m.**
on election day *[§7-5-416(a)(1)]*

**17.** ____ Received all election materials and returns from the poll workers **immediately after
the polls closed** including one (1) copy of the certificate of election results and, if any,
one (1) copy of tally sheets, and any reports of challenges to votes, if any *[§7-5-317(b)]*

    a)____ provided poll workers with a receipt for delivery of the sealed package
        containing the voting machine activation devices and certified return records
        *[§7-5-527(e)]*

146

b)____ensure that election returns relating to the Annual School Election of a school district that is not domiciled in your county are filed with the county clerk of the county in which the district is domiciled

18. ____ Reported the initial count of early and absentee votes to the Secretary of State as soon as practical after the polls closed *[§ 7-5-416(a)(7)(B)]*

19. ____ Declared preliminary and unofficial results of the election (including a statement of the number of outstanding absentee ballots of overseas voters) **immediately after the count of the votes was completed** on election day and reported the results of all elections in the county to the county clerk for immediate transmission to the Secretary of State via the internet website provided by the Secretary of State *[§7-5-701(a)(3)]*

20. ____ Before certification of the results of the election
a)____ reviewed and determined the validity of all provisional ballots *[§§ 7-5-308(a), (e); 7-5-417(c); 7-7-308(a)]*
b)____ mailed first class notice to all provisional voters telling them whether their vote was counted, and, if not counted, the reason not counted *[§7-5-308(d)(2), Rule 906 on Poll Watchers, Vote Challenges, and Provisional Voting]*
c)____ counted all overseas absentee ballots that were properly executed and received by the county clerk by **5:00 p.m. ten (10) calendar days after the election REGARDLESS** of whether they would change the outcome of the election *[§7-5-411(a)(1)(B)]*
d)____ compiled electronic countywide totals from the encrypted USB devic from each voting machine used to collect votes and verified that they matchedmanually compiled totals from the polling locations' certified return records *[§7-5-529]*
e)____ produced an audit log for each voting machine used in the election *[§7-5-530(a)]*

21. ____ Certified the official election results via the internet to the Secretary of State by the deadline of **no earlier than forty-eight (48) hours and no later than the tenth day after the election** *[§§7-5-707(a); 7-7-203(e)(1); 7-7-309]*

22. ____ Mailed to the Secretary of State certified copies of the abstract of the returns of the election
a)____ by the deadline of **no earlier than forty-eight (48) hours and no later than the tenth day after the election** *[§§7-7-203(e)(1); 7-7-309; 7-5-701(c)(1)]*
b)____ filed a certificate detailing the result of the election with the county clerk *[§7-5-701(b)]*

23. ____After certification
a)____ secured audit logs and voter-verified paper audit trails to remain secure for two (2) years *[§7-5-531]*
b)____ secured all voting machines (voting machines to remain secured for at least three (3) days following election unless otherwise ordered *[§7-5-531]*
c)____ cleared the voting machines for future elections *[§7-5-531]*
d)____preserved all ballots, certificates, and election materials for 2 years *[§§7-5-531; 7-5-702(a)]*

24. ____ RECOUNT **(if applicable)**
a)____ conducted a recount upon a motion of the county board of election commissioners *[§7-5-319(b)]*
b)____ received a petition for recount from a candidate by the deadline of:
1.____ **no later than two (2) days after the county board declared**

147



**preliminary and unofficial results**, if the number of outstanding overseas absentee ballots was insufficient to change the results of the election *[§7-5-319(a)(2)]*

2. _____ **before the county board certified the results of the election**, if the number of outstanding overseas absentee ballots was sufficient to potentially change the results of the election *[§7-5-319(a)(3)]*

c) _____ notified all candidates whose election could be affected by the outcome of the recount **within forty-eight (48) hours after receipt of the petition for recount** *[§7-5-319(i)]*

d) _____ provided the candidate requesting the recount a copy of the test results on the voting machines and the electronic vote tabulating device(s) performed under A.C.A. §§ 7-5-515 and 7-5-611 *[§7-5-319(b)]*

e) _____ Opened the package containing the paper ballots and recounted the paper ballots

1. _____ in the same manner as the initial count unless the county board determines that the tabulating device may be malfunctioning *[§7-5-319(d)]*

2. _____ if direct-recording electronic voting machines were used, recounted the ballots using the voter verified paper audit trail as the official ballot *[§7-5-319(c)]*

A. _____ manually added the total votes for each candidate involved in the recount from the voter-verified paper audit trail, OR

B. _____ counted by hand the votes for each candidate involved in the recount from the voter-verified paper audit trail, OR

C. _____ used the paper record produced by the machine for manual audit due to a damaged voter-verified paper audit trail, OR

D. _____ used the paper record produced by the machine for manual audit, as the machine is exempt from the voter-verified paper audit trail requirement

3. _____ after the recount, secured the paper ballots, voting machines, electronic vote tabulating devices, audit logs, VVPATs, election materials and returns for retention and storage as provided by law *[§§7-5-319(f); 7-5-531; 7-5-532(e); 7-5-702]*

4. _____ certified the results of the last recount *[§7-5-319(b)]*

148

DEFS_066810

# COMMISSION CHECKLIST FOR
# NOVEMBER GENERAL ELECTIONS AND
# ANNUAL SCHOOL ELECTION*

(*if the School Election is held in conjunction with the General Election)
(Effective May 18, 2004; Revised November 2021)

This checklist is provided by the State Board of Election Commissioners as a tool for capturing and maintaining relevant data pertaining to the General Election.

1. ____ Conducted a public meeting to determine, by lot, the order in which the names of candidates would appear on the ballots
   a) ____ by the deadline of **not later than seventy-two (72) days before the election**
   b) ____ published notice of the meeting **at least three (3) days before the meeting** in some newspaper of general circulation in the county *[§7-5-207(c)]*
   c) ____ ensure a list of all candidates and issues from school districts domiciled outside the county have been submitted by the county clerk of the county in which the district is domiciled*

2. ____ **If applicable**, altered the boundaries of existing election precincts and established new ones by order
   a) ____ **at least sixty (60) days before the election**
   b) ____ recorded the board's orders with the county clerk *[§7-5-101(a)(4)(A)]* in order for the
   t        clerk to submit written, printed, and digital copies of the map and boundaries to the Secretary of State and Arkansas Geographical Information Systems Office *[§7-5-101(c)(1)(A)]*

3. ____ Ensured that all polling sites are the same as those established by the preceding general election or, **if applicable**, designated any new polling site(s) **at least sixty (60 days before the election** in a public meeting by unanimous vote of the members present *[§7-5-101(d) as amended by Act 1063 of 2021]*
   a) ____ posted notice of any changes in polling sites at all previous polling sites used in the last election *[§7-5-101(d)(3)(A)]*
   b) ____ provided polls accessible to voters with disabilities *[§7-5-311(a)]*
   c) ____ (does not apply to changes in Vote Centers) Notify the County Clerk in a timely manner to allow for notice to be mailed to affected voters

4. ____ **If applicable**, conducted early voting at additional polling sites outside the county clerk's office *[§7-5-418(b)(1)(A)]*
   a) ____ determined, in a public meeting by unanimous vote, the location(s) of additional off-site early voting polling sites *[§7-5-418(b)(1)(B)]*
   b) ____ notified the county clerk of the board's decision **within ten (10) days of its decision** *[§7-5-418(b)(3)(A)]*

5. ____ Provided regular absentee ballots *[§7-5-211(c)]* and, where applicable, "special absentee runoff ballots" *[§7-5-406(c)]*
   a) ____ delivered the ballots to the county clerk **at least forty-seven (47) days before the election** *[§7-5-407(a)(1)]*

6. ____ Prepared paper ballots and voting machine ballot styles as provided by law. *[§§ 7-3-104, 7-5-207, 7-5-208, 7-5-406, 7-5-601, 7-5-610, 7-8-302, 7-9-117, 7-10-102, 14-14-917]*
   a) ____ certified the printed ballots and voting machine ballot styles before delivery to the county clerk prior to the start of absentee voting *[§7-5-512(a)]*

149

**7.** _____ Prepared voting machines upon the proper certification of candidates and questions *[§7-5-515(a)]*

    a)_____ published notice of the time and place of the voting machine preparation *[§7-5-516]*

**8.** _____ Tested and secured voting systems:

    a)_____ conducted logic and accuracy (L&A) testing of voting machines and electronic vote tabulating devices **at least seven (7) days before early voting begins for the election** *[§7-5-611(a)(2), 7-5-515(a)(1)]*

    b)_____ conducted public testing of voting machines and electronic vote tabulating devices in addition to L&A testing *[§§7-5-515(c)(2)(A); 7-5-611(b)]*

        1._____ gave public notice of the time and place of the public test by publication in a daily or weekly newspaper in the town, city, or county using the voting machines or devices **at least forty-eight (48) hours before testing** *[§ 7-5-611(b)(1)]*

    c)_____ ensured that paper ballot systems that include electronic vote tabulating device(s) were programmed to reject overvoted ballots *[§7-5-604(a)(5)(B), (6)(B)]*

    d)_____ certified the accuracy of the voting system by filing the test results with the county clerk and sending a copy of the electronic results to the Secretary of State *[§§7-5-515(e); 7-5-611(c)]*

    e)_____ after preparation, testing, and examination, secured the voting machines against further voting *[§7-5-517(a)]*

    f)_____ placed voting machine activation devices in a sealed package labeled with the serial number of the voting machine, the precinct location of the voting machine and the number registered on the protective counter *[§7-5-517(b)]*

    g)_____ certified, by machine serial number, the number registered on the protective counter of each voting machine and that all contest counters registered ZERO in the presence of the candidates or their representative, if in attendance *[§7-5- 517(c)]*

    h)_____ secured voting machine activation devices until released for delivery to poll workers *[§7-5-517(d)]*

**9.** _____ Designated suitable times and places where voting machines will be exhibited for purpose of instruction

    a)_____ published notice of voting machine demonstration in newspaper at least **forty-eight (48) hours** before first date of demonstration *[§7-5-509]*

**10.** _____ Appoint election officials **at least twenty (20) days before the election** *[§7-4-107(b)(1)]*

    a)_____ selected and appointed a sufficient number of poll workers for each polling site (minimum of two (2) election clerks, one (1) election judge, and one (1) election sheriff) *[§§7-4-107(b); 7-7-302]*

    b)_____ selected and appointed minority party poll worker(s) for each poll as provided by law *[§7-4-107(b)(2)]*

    c)_____ **if applicable,** appointed poll workers to adequately staff additional off-site early voting polling sites under the election commission's supervision *[§7-5-418(b)(2)]*

    d)_____ appointed absentee election clerks to process, count, and canvass absentee ballots *[§7-5-414(a)]*

    e)_____ confirmed that all poll workers have attended poll worker training *[§7-4-107(b)(2)(C)(i)]*

**11.** _____ Published in a newspaper of general circulation in the county public notice of: the date of the election; the places and times for early voting; hours of voting on election day; polling sites, candidates and offices to be elected; the time and location of opening, processing, canvassing, and counting ballots; the time and location of opening, processing, canvassing, and counting early and absentee ballots; the location and date available of

150

the list of appointed election officials and directions for filing a written objection to the service of an elected official.

a)_____  by the deadline of **at least eight (8) days before early voting**
*[§§7-5-202(a); 7-5-416(a)(2) as amended by Act 448 of 2021]*

b)_____  published a second publication **at least five (5) days before the election**
*[§§7-5-202(b); 7-5-416(a)(2)]*

**12.** _____ Delivered at least one (1) voting machine equipped for use by individuals with disabilities to the county clerk's designated early voting location and all off-site early voting locations **prior to the start of early voting** *[§§7-5-413(a)(1); 7-5-418(a)(1)(A)]*

**13.** _____ Posted in a public place in the county clerk's office, the list of appointed election officials, including the names of election commissioners **at least eight (8) days before election day.** County Clerks and County Commissions conducting early voting must post a list of appointed election officials who will conduct early voting **at least eight (8) days before early voting.** *[§7-5-202(b)(2) as amended by Act 448 of 2021].*

**14.** _____ Posted a list at the door of the courthouse of all nominations, proposed amendments to the constitution, and all questions to be submitted to the electors at the election **at least ten (10) days before the election** *[§7-5-206]*

**15**. _____ If using paper ballots to be counted by hand or at a central counting location, developed a voter education program to inform voters about the consequences of overvoting and how to correct the ballot containing an overvote *[§§7-5-604(a)(5)(C), (6)(C)]*

**16.** _____ **At least one (1) day before the election,** delivered ballots and supplies to persons designated by the commission to deliver to poll workers *[§7-5-211(a)]*

a)_____  provided sufficient quantities of ballots, voting booths, and voting machines for each polling site *[§§7-5-310; 7-5-512(c); 7-5-602]*

b)_____  provided all required supplies, forms, and postings *[§§7-5-211(a)(2); 7-5-512(b),(d); 7-9-114(b)]*, including a poll workers' certificate to use on election day to record the exact time and number of votes shown on the public counters and to attest that voting machines were made inaccessible to voting at the official time for closing the polls and upon terminating of the voting by removing the activation devices *[§7-5-526]*

**17.** _____ Began opening the outer envelope, processing, and canvassing of absentee ballot paper work no earlier than the Tuesday before the election. Began counting absentee ballots **no earlier than 8:30 a.m.** on election day *[§7-5-416(a)(2)]*

**18.** _____ Received all election materials and returns from the poll workers **immediately after the polls closed** including one (1) copy of the certificate of election results and, if any, one (1) copy of tally sheets, and any reports of challenges to votes, if any *[§7-5-317(b)]*

a)_____  provided poll workers with a receipt for delivery of the sealed package containing the voting machine activation devices and certified return records *[§7- 5-527(e)]*

b)_____  ensure that election returns relating to the Annual School Election of a school district that is not domiciled in your county are filed with the county clerk of the county in which the district is domiciled

**19.** _____ Reported the initial count of early and absentee votes to the Secretary of State as soon as practical after the polls closed *[§7-5-416(a)(7)(B)]*

151

20. _____ Declared preliminary and unofficial results of the election (including a statement of the number of outstanding absentee ballots of overseas voters) **immediately after the count of the votes was completed** on election day and reported the results of all elections in the county to the county clerk for immediate transmission to the Secretary of State via the internet website provided by the Secretary of State *[§7-5-701(a)(3)]*

21. _____ Before certification of the results of the election
   a) _____ reviewed and determined the validity of all provisional ballots *[§§ 7-5-308(a), (e); 7-5-417(c), 7-7-308(a)]*
   b) _____ mailed first class notice to all provisional voters telling them whether their vote was counted, and, if not counted, the reason not counted *[§7-5-308(d)(2), Rule 906 on Poll Watchers, Vote Challenges, and Provisional Voting]*
   c) _____ counted all overseas absentee ballots that were properly executed and received by the county clerk by **5:00 p.m. ten (10) calendar days after the election REGARDLESS** of whether they would change the outcome of the election *[§7-5-411(a)(1)(B)]*
   d) _____ compiled electronic countywide totals from the activation pack or device from each voting machine used to collect votes and verified that they matched manually compiled countywide totals from the polling locations' certified return records *[§7-5-529]*
   e) _____ produced an audit log for each voting machine used in the election *[§7-5-530(a)]*

22. _____ Certified the official election results via the internet to the Secretary of State and by mail to the county clerk by the deadline of **no earlier than forty-eight (48) hours and no later than the fifteenth day after the election** *[§§7-5-701(a)(1); 7-5-707(a)]*

23. _____ Mailed to the Secretary of State certified copies of the abstract of the returns of the election for members of Congress, all executive, legislative and officers and of all votes cast on any measure
   a) _____ by the deadline of **no earlier than forty-eight (48) hours and no later than the fifteenth day after the election** *[§§7-5-701(c)(1); 7-9-119(b)]*
   b) _____ filed a certificate detailing the result of the election with the county clerk *[§7-5-701(b)]*

24. _____ After certification
   a) _____ cleared the voting machines for future elections
   b) _____ secured, audit logs and voter-verified paper audit trails to **remain secure for two (2) years** *[§7-5-531]*
   c) _____ secured all voting machines (voting machines to **remain secured for at least three (3) days** following election unless otherwise ordered) *[§7-5-531]*
   d) _____ cleared the voting machines for future elections *[§7-5-531]*
   e) _____ preserved all ballots, certificates, and election materials for at least 2 years. *[§§7-5-531; 7-5-702(a)(e)]*

25. _____ Delivered a certificate of election **within nineteen (19) days after the election** to the person having the highest number of legal votes for any county office *[§7-5-701(a)(4)]*

26. _____ RECOUNT **(if applicable)**
   a) _____ Conducted a recount upon a motion of the county board of election commissioners *[§7-5-319(b)]*
   b) _____ Received a petition for recount from a candidate by the deadline of:

152

       1.____ **no later than two (2) days after the county board declared preliminary and unofficial results**, if the number of outstanding overseas absentee ballots was insufficient to change the results of the  election *[§7-5-319(a)(2)]*

       2.____ **before the county board certified the results of the election**, if the number of outstanding overseas absentee ballots was sufficient to potentially change the results of the election *[§7-5-319(a)(3)]*

c) ____ notified all candidates whose election could be affected by the outcome of the recount **within forty-eight (48) hours after receipt of the petition for recount** *[§7-5-319(i)]*

d) ____ provided the candidate requesting the recount a copy of the test results on the voting machines and the electronic vote tabulating device(s) performed under A.C.A. §§ 7-5-515 and 7-5-611 *[§7-5-319(b)]*

e)____ Opened the package containing the paper ballots and recounted the paper ballots

       1.____ in the same manner as the initial count unless the county board determines that the tabulating device may be malfunctioning *[§7-5-319(d)]*

       2.____ if direct-recording electronic voting machines were used, recounted the ballots using the VVPAT as the official ballot *[§7-5-319(c)]*

           A.____ manually added the total votes for each candidate involved in the recount from the voter-verified paper audit trail, OR

           B.____ counted by hand the votes for each candidate involved in the recount from the voter-verified paper audit trail, OR

           C.____ used the paper record produced by the machine for manual audit due to a damaged voter-verified paper audit trail, OR

           D.____ used the paper record produced by the machine for manual audit, as the machine is exempt from the voter-verified paper audit trail requirement

       3.____ after the recount, secured the paper ballots, voting machines, electronic vote tabulating devices, audit logs, VVPATs, election materials and returns for retention and storage as provided by law *[§§7-5-319(f); 7-5-531; 7-5-532(e); 7-5-702]*

       4.____ certified the results of the last recount *[§7-5-319(b)]*

153

DEFS_066815

# COMMISSION CHECKLIST
# FOR
# STATEWIDE SPECIAL ELECTIONS
### (Effective May 18, 2004; Revised November 2021)

This checklist is provided by the State Board of Election Commissioners as a tool for capturing and maintaining relevant data pertaining to a statewide special election.

1. _____ Published the proclamation calling for the statewide special election as soon as practicable in a newspaper of general circulation in the county *[§7-11-202(b)]*

2. _____ **If applicable,** altered the boundaries of existing election precincts and established new ones by order
   a) _____ **at least sixty (60) days before the election**
   b) _____ recorded the board's order with the county clerk *[§7-5-101(a)(4)]* in order for the clerk to submit written, printed, and digital copies of the map and boundaries to the Secretary of State and Arkansas Geographical Information Systems Office *[§7-5-101(c)(1)(A)]*

3. _____ Ensured that all polling sites are the same as those established for the preceding general election or, **if applicable,** designated any new polling site(s) **at least thirty (30) days before the election** in a public meeting by unanimous vote *[§7-5-101(d)(2)(B)]*
   a) _____ posted notice of any changes in polling sites at all previous polling sites used in the last election *[§7-5-101(d)(3)(A)]*
   b) _____ provided polls accessible to voters with disabilities *[§7-5-311(a)]*

4. _____ **If applicable,** conducted early voting at additional polling sites outside the county clerk's office *[§7-5-418(b)(1)(A)]*
   a) _____ determined, in a public meeting by unanimous vote, the location(s) of additional off-site early voting polling sites *[§7-5-418(b)(1)(B)]*
   b) _____ notified the county clerk of the board's decision **within ten (10) days of its decision** *[§7-5-418(b)(3)(A)]*

5. _____ Provided absentee ballots
   a) _____ delivered the ballots to the county clerk **at least forty-seven (47) days before the election** *[§§7-5-211(c); 7-5-407(a)(2)]*

6. _____ Prepared paper ballots and voting machine ballot styles as provided by law *[§§ 7-5-208, 7-5-601, and 7-11-205]*
   a) _____ certified the printed ballots and voting machine ballot styles before delivery to the county clerk prior to the start of absentee voting *[§7-5-512(a)]*

7. _____ Prepared voting machines upon the proper certification of the questions *[§7-5-515(a)]*
   a) _____ published notice of the time and place of the voting machine preparation *[§7-5-516]*

8. _____ Tested and secured voting systems:
   a) _____ conducted logic and accuracy (L&A) testing of voting machines and electronic vote tabulating devices as soon as the election media was prepared and no later than **seven (7) days prior to the start of early voting** *[§§7-5-515(c)(1); 7-5-611(a)(2)]*
   b) _____ conducted public testing of voting machines and electronic vote tabulating devices in addition to L&A testing *[§ 7-5-611(b), 7-5-515(c)(2)]*

154

DEFS_066816

1._____ gave public notice of the time and place of the test by publication in a daily or weekly newspaper in the town, city, or county using the voting machines or devices **at least forty-eight (48) hours before testing** *[§§ 7-5-515(c)(2); 7-5-611(b)(1)]*

c)_____ ensured that paper ballot systems that include electronic vote tabulating device(s) were programmed to reject overvoted ballots *[§7-5-604(a)(5)(B), (6)(B)]*

d)_____ certified the accuracy of the voting system by filing the test results with the county clerk and sending a copy of the electronic results to the Secretary of State*[§§7-5-515(e); 7-5-611(c)]*

e)_____ after preparation, testing, and examination, secured the voting machines against further voting *[§7-5-517(a)]*

f)_____ placed voting machine activation devices in a sealed package labeled with the serial number of the voting machine, the precinct location of the voting machine and the number registered on the protective counter *[§7-5-517(b)]*

g)_____ certified, by machine serial number, the number registered on the protective counter of each voting machine and that all contest counters registered ZERO in the presence of the candidates or their representative, if in attendance *[§7-5- 517(c)]*

h)_____ secured voting machine activation devices until released for delivery to poll workers *[§7-5-517(d)]*

**9.**_____ Designated suitable times and places where voting machines will be exhibited for purpose of instruction

a)_____ published notice of voting machine demonstration in newspaper at least **forty-eight (48) hours before** first demonstration *[§7-5-509]*

**10.** _____ Appoint election officials **at least twenty (20) days before the election** *[§7-4-107(b)(1)]*

a)_____ selected and appointed a sufficient number of poll workers for each polling site (a minimum of two (2) election clerks, one (1) election judge, and one (1) election sheriff) *[§7-4-107(b)(2)]*

b)_____ selected and appointed minority party poll worker(s) for each poll as provided by law *[§7-4-107(b)(2)]*

c)_____ **if applicable,** appointed poll workers to adequately staff additional off-site early voting polling sites under the election commission's supervision *[§7-5-418(b)(2)]*

d)_____ appointed absentee election clerks to process, count, and canvass absentee ballots *[§7-5-414(a)]*

e)_____ confirmed that all poll workers have attended poll worker training  *[§7-4-107(b)(2)(c)]*

**11.** _____ Published in a newspaper of general circulation in the county public notice of: the date of the election; the places and times for early voting; hours of voting on election day; polling sites, candidates and offices to be elected; the time and location of opening, processing, canvassing, and counting ballots; the time and location of opening, processing, canvassing, and counting early and absentee ballots; the location and date available of the list of appointed election officials and directions for filing a written objection to the service of an elected official.

a)_____ by the deadline of **at least eight (8) days before the election** *[§§7-5-202(a); 7-5-416(a); 7-11-303 as amended by Act 448 of 2021]*

b)_____ published a second publication **at least five (5) days before the election** *[§§7-5-202(b); 7-5-416(a)(2); 7-11-303]*

**12.** _____ Delivered at least one (1) voting machine equipped for use by individuals with

155

disabilities to the county clerk's designated early voting location and all off-site early voting polling locations **prior to the start of early voting** *[§§7-5-413(a)(1); 7-5-418(a)(2)]*

13. \_\_\_\_ Posted in a public place in the county clerk's office, the list of appointed election officials, including the names of election commissioners **at least eight (8) days before election day.**  County Clerks must post a list of appointed election officials who will conduct early voting **at least eight (8) days before early voting.** *[§7-5-202(b)(2) as amended by Act 448 of 2021)].*

14. \_\_\_\_ Posted a list at the door of the courthouse of all measures and questions to be submitted to the electors at the election **at least ten (10) days before the election** *[§§7-5-206(b)(2); 7-11-303]*

15. \_\_\_\_If using paper ballots to be counted by hand or at a central counting location, developed a voter education program to inform voters about the consequences of overvoting and how to correct the ballot containing an overvote *[§7-5-604(a)(5)(C), (6)(C)]*

16. \_\_\_\_ **At least one (1) day before the election,** delivered ballots and supplies to persons designated by the commission to deliver to poll workers *[§7-5-211(a)]*
   a)\_\_\_\_ provided sufficient quantities of ballots, voting booths, and voting machines for each polling site *[§§7-5-310(a); 7-5-512(c); 7-5-602(a)]*
   b)\_\_\_\_ provided all required supplies, forms, and postings *[§§7-5-211(a)(2); 7-5-512(b),(d); 7-9-114(b)]*, including a poll workers' certificate to use on election day to record the exact time and number of votes shown on the public counters and to attest that voting machines were made inaccessible to voting at the official time for closing the polls and upon terminating of the voting by removing the activation devices *[§7-5-526]*

17. \_\_\_\_ Began opening the outer envelope, processing, and canvassing of absentee ballot paper work no earlier than the Tuesday before the election. Began counting absentee ballots **no earlier than 8:30 a.m.** on election day *[§7-5-416(a)(1)]*

18. \_\_\_\_ Received all election materials and returns from the poll workers **immediately after the polls closed** including one (1) copy of the certificate of election results and, if any, one (1) copy of tally sheets, and any reports of challenges to votes, if any *[§7-5-317(b)]*

   a)\_\_\_\_ provided poll workers with a receipt for delivery of the sealed package containing the voting machine activation devices and certified return records *[§7- 5-527(e)]*

19. \_\_\_\_ Reported the initial count of early and absentee votes to the Secretary of State as soon as practical after the polls closed *[§ 7-5-416(a)(7)(B)]*

20. \_\_\_\_ Declared preliminary and unofficial results of the election (including a statement of the number of outstanding absentee ballots of overseas voters) **immediately after the count of the votes was completed** on election day and reported the results to the county clerk for immediate transmission to the Secretary of State via the internet website provided by the Secretary of State *[§7-5-701(a)(3)]*

21. \_\_\_\_ Before certification of the results of the election
   a)\_\_\_\_ reviewed and determined the validity of all provisional ballots
      *[§§ 7-5-308(a), (e); 7-5-417(c)]*
   b)\_\_\_\_ mailed first class notice to all provisional voters telling them whether their vote was counted, and, if not counted, the reason not counted *[§7-5-308(d)(2), Rule 906*

156

*on Poll Watchers, Vote Challenges, and Provisional Voting]*

    c)\_\_\_\_ counted all overseas absentee ballots that were properly executed and received by the county clerk **by 5:00 p.m. ten (10) calendar days after the election REGARDLESS** of whether they would change the outcome of the election *[§7- 5-411(a)(1)(B)]*

    d)\_\_\_\_ compiled electronic countywide totals from the activation pack or device from each voting machine used to collect votes and verified that they matched manually compiled countywide totals from the polling locations' certified return records *[§7-5-529]*

    e)\_\_\_\_ produced an audit log for each voting machine used in the election *[§7-5-530(a)]*

**22.** \_\_\_\_ Certified the official election results via the internet to the Secretary of State by the deadline of **no earlier than forty-eight (48) hours and no later than the fifteenth day after the election** *[§§7-5-701(a)(1); 7-5-707(a)]*

**23.** \_\_\_\_ Mailed to the Secretary of State certified copies of the abstract of the Election returns.

    a)\_\_\_\_ by the deadline of **no earlier than forty-eight (48) hours and no later than the fifteenth day after the election** *[§7-9-119(b)]*

    b)\_\_\_\_ filed a certificate detailing the result of the election with the county clerk *[§7-5-701(b)]*

**24.** \_\_\_\_ After certification

    a)\_\_\_\_ secured audit logs and voter-verified paper audit trails to **remain secure for two (2) years** *[§7-5-531(a)]*

    b)\_\_\_\_ secured all voting machines (voting machines to **remain secured for at least three (3) days** following election unless otherwise ordered *[§7-5-531(b)(1)]*

    c)\_\_\_\_ cleared the voting machines for future elections *[§7-5-531(b)(2)]*

    d)\_\_\_\_ preserved all ballots, certificates, and election materials *[§§ 7-5-531 and 7-5-702(a)]*

**25.** \_\_\_\_ RECOUNT **(if applicable)**

    a)\_\_\_\_ Conducted a recount upon a motion of the county board of election commissioners *[§7-5-319(b)]*

    b)\_\_\_\_ Opened the package containing the paper ballots and recounted the paper ballots

        1.\_\_\_\_ in the same manner as the initial count unless the county board determines that the tabulating device may be malfunctioning *[§7-5-319(d)]*

        2.\_\_\_\_ if direct-recording electronic voting machines were used, recounted the ballots using the voter verified paper audit trail as the official ballot *[§7-5-319(c)]*

            A.\_\_\_\_ manually added the total votes for each issue involved in recount from the voter-verified paper audit trail, OR

            B.\_\_\_\_ counted by hand the votes for each issue involved in the recount from the voter-verified paper audit trail, OR

            C.\_\_\_\_ used the paper record produced by the machine for manual audit due to a damaged voter-verified paper audit trail, OR

            D.\_\_\_\_ used the paper record produced by the machine for manual audit, as the machine is exempt from the voter-verified paper audit trail requirement

        3.\_\_\_\_ after the recount, secured the paper ballots, voting machines, electronic vote tabulating devices, audit logs, VVPATs, election materials and returns for retention and storage as provided by law *[§§7-5-319(f); 7-5-531; 7-5-532(e); 7-5-702]*

        4.\_\_\_\_ certified the results of the last recount *[§7-5-319(b)]*

157

# LIST OF VOTERS

Arkansas Code Annotated § 7-5-211(a)(2)(B) requires county election commissions to provide poll workers with list of voters forms.  Arkansas Code Annotated § 7-5-305(a)(9) requires that before a person is allowed to vote, the voter's name shall be recorded on the list of voters form.

DO NOT INCLUDE PROVISIONAL VOTERS ON THIS LIST.  A separate form is required for provisional voters.

Date: _____     Poll Name: _____

County: _____     Precinct #(s): _____

| No. | NAME OF VOTER | No. | NAME OF VOTER |
|-----|---------------|-----|---------------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Pursuant to Arkansas Code Annotated § 7-5-314, poll workers shall total the number of voters on the list of voters forms, and the lists shall be certified and attested by the poll workers.  **I certify and attest that this list contains the names of registered voters who voted non-provisional ballots at this polling site.**

_____
Signature of Poll Worker

_____
Signature of Poll Worker

_____
Signature of Poll Worker

_____
Signature of Poll Worker

_____
Signature of Poll Worker

_____
Signature of Poll Worker

158

DEFS_066820

This Page Intentionally Blank

159

DEFS_066821

Attachment B

# LIST OF PROVISIONAL VOTERS

Arkansas Code Annotated § 7-5-308 requires poll workers to make a list of the names and addresses of all persons voting a provisional ballot and requires County Election Commissions to determine the validity of each provisional ballot prior to certification of the election.

Date of Election: _____   Poll Name: _____

| | TO BE COMPLETED BY POLL WORKER | | Reason Provis. | | TO BE COMPLETED BY ELECTION COMMISSION | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Voter's Signature | Voter's Name | Voter's Address | A | B | Precinct | Vote counted Y / N | If not counted, reason |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Provisional Ballot Reason:   A) General Provisional       B) Unverified Registration Provisional (No Voter ID)

_____ Commissioner Signature     _____ Commissioner Signature     _____ Commissioner Signature

160

DEFS_066822

This Page Intentionally Blank

161

DEFS_066823

## Procedures for Casting a Provisional Ballot

When there is a question concerning a voter's eligibility or the voter fails to verify his or her voter registration, a provisional ballot is cast by special procedures as follows.

If the Poll Worker determines the photo ID provided by the voter does not compare to the voter presenting it, the voter shall be referred to the election judge of the polling site. The election judge shall compare the name of the voter to what is listed in the PVR and determine whether the photo depicts the person. The election judge shall resolve any marginal cases of identity in favor of the voter.

____**Step 1**: A poll worker must inform the voter that he or she may cast a provisional ballot.

____**Step 2:** The provisional voter must sign, and the poll worker must record the voter's name, address, and type of provisional ballot cast on the List of Provisional Voters form (see the form on page 160)

____**Step 3**: The poll worker must enter the relevant information above the Eligibility Affirmation located on the Provisional Voter Envelope including the voter's name, address, and date of birth. (If the Name and Address stated by the voter differs with the information in the PVR list, enter the information from the PVR list under "Prior Name" or Prior Address.")

____**Step 4**: The voter must review and sign the Eligibility Affirmation located on the Provisional Voter Envelope.

____**Step 5**: If the voter is voting provisionally for a reason other than the failure to show a photo ID, and this process has not already been completed, the poll worker must require the voter to provide a photo ID and indicate whether an ID was provided on the provisional ballot envelope.

____**Step 6**: The poll worker must then Verify the Voter's Registration by checking that the name on the ID is consistent with the name on the PVR list and that the photo on the ID depicts the voter.
* **Do Not Compare** the address and/or date of birth.
* For more detailed instructions on *How to Verify Voter Registration, see the 2022 Poll Worker Guide.*
* If a voter fails to satisfy the photo ID requirement, this will create a second reason that the voter is required to cast a provisional ballot.

____**Step 7**: The poll worker must sign on the "witnessed by" signature field next to the voter's signature in order to indicate that the poll worker witnessed the voter sign this affirmation.

____**Step 8**: The poll worker must mark the reason (or reasons) the voter was required to vote a provisional ballot in the "Reasons for Provisional Voting" box.

162

_____**Step 9:**   The poll worker must document the ballot style issued to the voter in the "Ballot Style" box and sign the ballot style statement.

_____**Step 10:**   The poll worker must 1) initial the back of a paper ballot, 2) remove the ballot stub, and 3) place the stub into the stub box, or issue the ballot used on the ballot marking device.

_____**Step 11:**   The voter may then mark the ballot and must 1) place the provisional ballot in a ballot secrecy envelope that is marked Provisional Ballot and seal the envelope, 2) place the sealed Provisional Ballot envelope into his or her Provisional Voter Envelope, and 3) seal the Provisional Voter Envelope and give it to the poll worker.

_____**Step 12:**   The poll worker must provide the provisional voter with a copy of a notice that 1) explains the provisional voting process, 2) informs the voter that they will be notified by first class mail whether their ballot was counted, 3) provides the date for a hearing for the voter if the county election commission rejects the provisional ballot, 3) contains the address, telephone number and regular office hours of the county clerk, and 4) includes an explanation of how a voter who cast a provisional ballot because the voter failed to verify their voter registration can return to the clerk or the county board to verify their voter registration before Monday at noon following the election (see the Notice to Provisional Voters on page 166).

_____**Step 13:**   The poll workers must keep all provisional ballots secured and separate from other ballots by placing the Provisional Voter Envelopes in a secure container.

_____**Step 14:**   The poll workers must forward the secure container to the county election commission after the poll closes.

**Counting Provisional Ballots:** It is crucial that the poll workers follow *all* provisional voting procedures so that the county election commission can later determine the validity of each provisional ballot and whether or not the ballot should be counted before certifying the election.

**Provisional Ballot Due To Court Orders Extending the Time for Closing the Poll:** If a federal, state, or any other court order extends the time for closing the poll, any voter who votes as a result of the extension must cast a *provisional* ballot. These provisional ballots *must* be kept separate from any other provisional ballots cast by voters during regular voting hours.

163

DEFS_066825

# PROVISIONAL VOTER ENVELOPE

Provisional Voter Number: _____ Date: _____ Time: _____

Poll Name: _____ Precinct #: _____ Ballot Style: _____

---

## CHALLENGED BALLOT FORM
### (To be completed when a poll watcher challenges a voter)

Name of Voter Challenged: _____

Name of Poll Watcher: _____

Entity Represented: _____

*(Name of candidate, group or party the poll watcher represents from the Poll Watcher Affidavit)*

Reason for Challenge: _____

Signature of Poll Watcher: _____

---

## PROVISIONAL VOTER ELIGIBILITY AFFIRMATION
### (To be completed on voter qualification issues)

Name of Registered Voter: _____ Prior Name: _____

Address of Registered Voter: _____ Prior Street Address: _____

City, State, Zip: _____ Prior City, State, Zip: _____

Phone Number: _____ Date of Birth: _____ Provided ID: Yes ☐ No ☐

I, _____, (printed name of provisional voter) *hereby affirm, under penalty of perjury, that the information provided is true and accurate and that to the best of my knowledge I am a registered voter in this precinct and am eligible to vote in this election. I understand that the County Board of Election Commissioners will count my ballot only upon verification of my voter registration status.*

_____          _____
**Signature of Provisional Voter**                 *Witnessed by:*   **Signature of Poll Worker**

Note: Perjury is defined by Arkansas law as a Class C Felony and is punishable by no less than three years and no more than 10 years in prison and up to a $10,000 fine. A.C.A. §§ 5-4-201, 5-4-401.

---

### Reason for Voting Provisional
#### (To be completed by a poll worker)

☐ Failure to Show a Qualifying Photo ID

☐ Poll Watcher Challenge

☐ Not on Precinct Voter Registration List

☐ First-time Voter Flagged to Show Additional ID
(No Additional ID Provided)

☐ Previously Sent an Absentee Ballot

☐ Marked as Having Already Voted

☐ Court-ordered Voting Extension

☐ Voter Requests an Alternative Ballot

☐ Other _____

---

### Ballot Style
#### (To be completed by a poll worker)

Ballot Style _____ was given to the provisional voter based upon the voter's affirmation of eligibility for this jurisdiction.

_____
Signature of Poll Worker

Rev: 8/25/21

164

DEFS_066826

## CERTIFICATION
### (To be completed by the County Clerk's Office)

County: _____

| A. PROVISIONAL VOTER | | |
|---|---|---|
| **Match** | **No Match** | |
| ☐ | ☐ | Name: _____ |
| ☐ | ☐ | Prior Name: _____ |
| ☐ | ☐ | Current Address: _____ |
| ☐ | ☐ | Prior Address: _____ |
| ☐ | ☐ | Date of Birth: _____ |

I, _____, hereby certify that a data search was performed
　(printed name of County Clerk or Deputy)
on the foregoing information in an effort to verify the voter registration status for the
individual voting this provisional ballot and hereby confirm that the voter is registered in
_____ in _____.
　(Name of County)　　　　　　　　　　　　　　　　(Precinct-Part / Ballot Style)

_____
**Signature of County Clerk or Deputy**

I, _____, hereby certify that a data search was performed
　(printed name of County Clerk or Deputy)
on the foregoing information in an effort to verify the voter registration status for the
individual voting this provisional ballot, but was unable to confirm the provisional voter's
registration status.

_____
**Signature of County Clerk or Deputy**

| DISPOSITION OF PROVISIONAL BALLOT | | |
|---|---|---|
| (To be completed by the County Board of Election Commissioners) | | |
| **Yes** | **No** | |
| ☐ | ☐ | Provisional Ballot Counted, if not, Reason Not Counted: _____ |
| ☐ | ☐ | Provisional Voter Notified by First Class Mail    Date: _____ |

_____ _____ _____
County Election Commissioner   County Election Commissioner   County Election Commissioner
(At least one Election Commissioner must sign.)

165

# NOTICE TO PROVISIONAL VOTERS

### REASON 1: No Verification of Voter Registration Provided

If you cast a Provisional Ballot for failure to present Verification of Voter Registration and you possess ID, you may present proof of identity to the County Clerk or the County Election Commission by noon of the first Monday following the election for the provisional ballot to be counted.

County Clerk's Address               Hours:

_____ County Courthouse      Phone:

Street Address:                             City:

"Verification of Voter Registration" is a document or photo ID card that is issued by the State, the federal government, or an accredited postsecondary educational institution in Arkansas. The ID must show the name and photograph of the person to whom it was issued, and, if it has an expiration date, must not be expired more than 4 years before Election Day. Examples of acceptable proof of identity include but are not limited to:

- ➤ An Arkansas driver's license;
- ➤ An Arkansas State ID (for example issued by the Revenue Office)
- ➤ A U.S. passport;
- ➤ A concealed carry handgun license issued by the State of Arkansas;
- ➤ An employee badge or ID document issued by the State of Arkansas or the federal government;
- ➤ A U.S. military ID document (Active or Retired);
- ➤ A student or employee ID card issued by a postsecondary educational institution located in Arkansas;
- ➤ A public assistance ID card issued by the State of Arkansas or federal government;
- ➤ A "For Voting Purposes Only" ID card that has a photo provide by the County Clerk.

### REASON 2: Provisional Ballots Unrelated to Verification of Registration

If you were required to vote provisionally for any reason unrelated to the verification of your voter registration, the County Election Commission will evaluate your provisional ballot. If the Commission cannot count your ballot based on the information available, an administrative hearing is set at the time and location listed below to determine if your ballot will be counted for this election. You are invited to attend this hearing to bring evidence showing why your ballot should be counted. If you do not attend, you will be notified whether your ballot was counted in this process.

> Hearing Date for Provisional Ballots that are rejected will be held:
>
> DATE & TIME: _____
>
> LOCATION: _____

For more information, contact: _____County Election Commission

PHONE:_____ EMAIL: _____

You will be notified by first class mail whether your vote was counted, and if not, the reason why.

166

This Page Intentionally Blank

167

DEFS_066829

# LIST OF PERSONS ASSISTING VOTERS

Arkansas Code Annotated § 7-5-310(b)(5) requires poll workers at the polling sites to make and maintain a list of the names and addresses of all persons assisting voters. Two poll workers must assist a voter. Both poll worker names shall be listed in the first column.

Date of Election: _____     Poll Name: _____

County: _____     Precinct #(s): _____

| No. | Name of Person (or poll workers) Assisting Voter | Address of Person Assisting Voter | Name of Voter Assisted |
|-----|-----|-----|-----|
| 1. | | | |
| | | | |
| 2 | | | |
| | | | |
| 3. | | | |
| | | | |
| 4. | | | |
| | | | |
| 5. | | | |
| | | | |
| 6. | | | |
| | | | |
| 7. | | | |
| | | | |
| 8. | | | |
| | | | |
| 9. | | | |
| | | | |
| 10. | | | |
| | | | |

168

DEFS_066830

This Page Intentionally Blank

169

DEFS_066831

# CHANGE IN POLLING SITE
# AUTHORIZATION FORM

If the address given by a voter to the poll worker is not the same as the address on the precinct voter registration list, Arkansas Code Annotated §§ 7-5-305 and 7-7-308 requires that the poll worker contact the county clerk's office to determine the voter's proper precinct.

If the county clerk's office confirms that the voter's address is not within the precinct, the poll worker should complete the information below and give the completed form to the voter, instruct the voter to complete a voter registration application form to update county voter registration record files, and instruct the voter to go to the polling site serving that precinct in order for his or her vote to be counted.

**THE VOTER SHOULD PRESENT THIS COMPLETED FORM TO THE POLL WORKERS AT THE VOTER'S NEW POLLING SITE.**

Date of Election: _____

Name of Voter: _____

Voter's Registrant ID: _____
(This number will be provided by the County Clerk's office.)

New Polling Site Location: _____
(New polling site location will be provided by the County Clerk's office.)

New Polling Precinct Number: _____
(This number will be provided by the County Clerk's office.)

Ballot Style to be Voted: _____
(This number will be provided by the County Clerk's office.)

Authorized By: _____
(Name of the employee with county clerk's office confirming the voter's registration.)

Referred From: _____
(Name of the poll and the precinct number from which referred.)

Referred by Poll Worker: _____
(Signature of the poll worker referring the voter to a new polling site.)

170

This Page Intentionally Blank

171

DEFS_066833

# SPOILED BALLOT AFFIDAVIT

**Date:** _____   **Poll Name:** _____

**County:** _____   **Precinct #(s):** _____

Arkansas Code Annotated §§ 7-5-602 and 7-5-609 require that if a voter spoils a ballot, he/she should return the ballot to a poll worker who shall void the spoiled ballot by STAMPING "CANCELLED" on its face. The poll worker shall record the time, date, print and sign their name next to the Cancelled stamp on the ballot. The poll worker shall issue the voter a new ballot, not to exceed three (3) in all. The voter must sign this affidavit before voting the new ballot.

*I, the undersigned, do solemnly swear or affirm that I spoiled my ballot(s), that I returned the spoiled ballot(s) to a poll worker who cancelled the ballot(s) in my presence, and that I received a new ballot.*

| **Signature of Voter** | **Spoiled Ballot Ballot Style Number** |
|---|---|
| 1. _____ | _____ |
| 2. _____ | _____ |
| 3. _____ | _____ |
| 4. _____ | _____ |
| 5. _____ | _____ |
| 6. _____ | _____ |
| 7. _____ | _____ |
| 8. _____ | _____ |
| 9. _____ | _____ |
| 10. _____ | _____ |
| 11. _____ | _____ |
| 12. _____ | _____ |
| 13. _____ | _____ |
| 14. _____ | _____ |
| 15. _____ | _____ |

172

DEFS_066834

This Page Intentionally Blank

173

DEFS_066835

# VOTING MACHINE COMPLAINT FORM

Arkansas Code Annotated § 7-5-510 requires county election commissions to provide, to every polling place using a voting machine(s), forms for voters to use in filing a complaint about the function of a voting machine.

Poll workers must forward complaint forms to their county election commission for investigation.  A copy of the complaint must also be forwarded to the Elections Division of the Arkansas Secretary of State.

Name of Complainant: _____

Address of Complainant: _____

_____

Telephone Number of Complainant: _____

Complaint: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Signature of Complainant: _____

Voting Machine Identification #:_____

**County:** _____

Poll Name: _____ Precinct #:_____

Date: _____ Time: _____

174

This Page Intentionally Blank

175

DEFS_066837

# ABANDONED BALLOT LOG

County: _____

Date of Election: _____

Precinct Number(s): _____

Name of Election: _____

Polling Location Name: _____

## PAPER BALLOT REJECTED BY SCANNER AND ABANDONED BY VOTER

According to Arkansas Code Annotated § 7-5-309, if a paper ballot is abandoned in the receiving part of an electronic vote tabulating device by a voter who has left the poll without telling a poll worker to cancel or replace the ballot, two (2) poll workers should override warnings on the scanner, complete the process of casting the ballot, and document the name of the voter, the names of the two (2) poll workers completing the process of casting the ballot, the time, and all circumstances involved.  POLL WORKERS SHOULD NOT CAST PAPER BALLOTS ABANDONED ELSEWHERE IN THE POLL SUCH AS ON THE FLOOR OR IN A VOTING BOOTH.  SEPARATE PROCEDURES HAVE BEEN PROVIDED FOR THOSE BALLOTS.

| Name of Voter (if known) | Time | Names of Poll Workers | Circumstances |
|---|---|---|---|
| | | 1. 2. | |
| | | 1. 2. | |
| | | 1. 2. | |
| | | 1. 2. | |
| | | 1. 2. | |

## ELECTRONIC BALLOT ABANDONED ON A VOTING MACHINE

According to Arkansas Code Annotated § 7-5-522, if an electronic ballot is abandoned on a voting machine by a voter who has left the poll without telling a poll worker to cancel the ballot, two (2) poll workers should complete the process of casting the ballot, and document the name of the voter, if known, the names of the two (2) poll workers completing the process of casting the ballot, the time, and all circumstances involved.

| Name of Voter (if known) | Time | Names of Poll Workers | Circumstances |
|---|---|---|---|
| | | 1. 2. | |
| | | 1. 2. | |
| | | 1. 2. | |
| | | 1. 2. | |
| | | 1. 2. | |

176

DEFS_066838

This Page Intentionally Blank

177

DEFS_066839

# POLL WORKERS' CERTIFICATE

*[Complete upon closing the poll and removing activation packs/devices from voting machines]*

Name of Election: _____

Date of Election: _____ County: _____

Polling Location Name: _____

Precinct Number(s): _____

In accordance with Arkansas Code Annotated § 7-5-526, we hereby certify that, at the official time for closing the polls and upon termination of the voting, and in the presence of all persons authorized to be present, we removed the activation devices from the voting machines at this polling site to make them inaccessible to further voting as indicated below.

| Voting Machine Number | Beginning Protective Counter #* | # of Votes on Public Counter | Ending Protective Counter #** | Time Voting Machine Made Inaccessible |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

\* From the ZERO printout tape posted for each voting machine before the poll opened
\*\* From the return record produced from each voting machine upon closing the poll
**NOTE:** The sum of the beginning protective counter number plus the number of votes on the public counter should equal the ending protective counter number.

_____        _____
Signature of Poll Worker                                 Signature of Poll Worker

_____        _____
Signature of Poll Worker                                 Signature of Poll Worker

_____        _____
Signature of Poll Worker                                 Signature of Poll Worker

178

**Return signed certificate to County Election Commission with election materials.**

DEFS_066840

This Page Intentionally Blank

179

DEFS_066841

## Certification of Logic and Accuracy Testing Results
## INSTRUCTIONS

Ark. Code Ann. § 7-5-515 requires each County Board of Election Commissioners to test voting machines and **ALL** media for each election to determine that the voting system will correctly count the votes cast for all offices and on all measures at least **seven (7)** days prior to the beginning of early voting for each election.  Notice must be published in advance of the testing.  At least one (1) vote must be voted for each candidate on the ballot, as well as any write-in possibilities, **_for every ballot style in the election._** This Logic and Accuracy ("L&A") testing is in addition to the public demonstration (used to educate the public on how to use the machines).

If any error(s) is/are detected, the cause shall be ascertained **_and corrected,_**  and an errorless count shall be made, before approval of the machine, or media, or both, or either alone.

As part of the testing, each County must process the results through the Election Reporting Manager (ERM), export the results, and upload the results to the Secretary of State Election Night Reporting (SoS ENR) System, no later than seven (7) calendar days before the beginning of early voting.   After completion of all testing, including uploading files to SoS ENR, each County Board of Election Commissioners shall certify the accuracy of the voting system – each machine, and each item of media – as well as ERM export and upload to SoS ENR, and file the results with the county clerk.

Once the test results have been filed in your county clerk's office, and results uploaded to SoS ENR, please notify your SoS Election Coordinator of the L&A certification date, and other dates, by faxing the **COMPLETED** form (on the next page) back to **(501) 683-3732** or **(501) 682-3408, or emailing a scanned PDF copy to your Election Coordinator's email address.  \*This is required by law. Act 1218 of 2015.**

180

DEFS_066842

## Certification of Logic and Accuracy Testing Results

## <u>TRANSMITTAL PAGE TO SECRETARY OF STATE</u>
**\*\* Completion Required at least Seven (7) days before Early Voting**

**Name of County:** _____

**Name of the Election:** _____

**Date of the Election:** _____

**Logic & Accuracy Certification Date:** _____

**ERM Report created Date:** _____

**Upload to SoS ENR Date:** _____

**Date filed with County Clerk:** _____

**Date filed with SoS:** _____

I certify that each one of the voting systems for the above named election has been properly tested in accordance with Ark. Code Ann § 7-5-515 in that:

- A group of test ballots were pre-audited to predetermine the number of valid votes for each candidate and each measure, and each candidate received at least one(1) vote for each ballot style;
- One (1) or more of the pre-audited test ballots were over-voted (they contained votes in excess of the number allowed by law), for each office, and for each ballot style, or an over-vote was attempted on each machine, for each office, and for each ballot style;
- The pre-audited test ballots were voted on each voting machine and each item of media used for the election was tabulated using the appropriate ERM (Election Reporting Manager);
- The voting system rejected the over-voted ballots or otherwise denied an attempted over-vote;
- The cause of any error was determined, corrected, and resubmitted;
- An errorless count was made before approving each voting machine, and each item of media;
- The County successfully uploaded test results from ERM to SoS ENR.

I further certify that upon completion of testing:

- This certification was filed with the county clerk attesting to the accuracy of the voting system;
- The ballots and programs were sealed;
- The ballots and programs used will be retained and disposed of as provided by law; and
- The County Board of Election Commissioners met in a public meeting and approved the results, as recorded in the minutes of the County Board of Election Commissioners.

**Under penalty of perjury, I state that the information contained in this Certification is true and correct.**

**Signature of Election Commission Chair:** _____  **Date:** _____

**Signature of County Clerk:** _____  **Date:** _____

181



Secretary of State
**JOHN THURSTON**     Filing for year: _____

**Elections Division**
**State Capitol, Rm. 026**
**Little Rock, AR 72201**
**501/682/5070**

## Disclosure by Members of County Board of Election Commissioners

Of certain sales to the State of Arkansas, a County, Municipality or School District

Ark. Code Ann. § 7-4-119

**Please file with Secretary of State by January 31 of each year.**

CBEC Member Name: _____

Address: _____

City, State, Zip: _____

County: _____

A member of a county board of election commissioners shall report to the Secretary of State any goods or services sold during the previous calendar year by himself or herself, his or her spouse, or any business in which the member or his or her spouse is an officer, director, or stockholder owning more than 10% of the stock having a total annual value in excess of $1,000 to an office, department, commission, council, board, bureau, committee, legislative body, agency or other establishment of the State of Arkansas, a county, a municipality, or a school district.

☐ **During the previous calendar year, I have had no sales as referenced in Act 1216 of 2011, codified at Ark. Code Ann. § 7-4-119.**

*If more space is needed, attach additional sheets to this document.*

Goods or Services Sold: _____

Sold to: _____

Sold by: _____

Relationship of seller to CBEC member: _____

I certify under penalty of perjury that the above information is true and correct.

State of Arkansas                                          Signature of CBEC Member
County of_____

Subscribed and sworn to before me, a Notary Public, this the _____day of_____,20_____.

Notary Public_____

My Commission Expires: _____

*Revised 12/11*

182

DEFS_066844

**Page 2**

CBEC Member Name: _____ Filing for Year: _____

Goods or Services Sold: _____

Sold to: _____

Sold by: _____

Relationship of seller to CBEC member: _____

---

Goods or Services Sold: _____

Sold to: _____

Sold by: _____

Relationship of seller to CBEC member: _____

---

Goods or Services Sold: _____

Sold to: _____

Sold by: _____

Relationship of seller to CBEC member: _____

---

Goods or Services Sold: _____

Sold to: _____

Sold by: _____

Relationship of seller to CBEC member: _____

183

DEFS_066845

## POLL WATCHER AUTHORIZATION FORM
*[A.C.A. § 7-5-312]*

### Representative of a Candidate

I, _____, state that I am a candidate for the office of _____ in the _____ election.  I further state that I have designated _____ as my authorized representative at the election at polling sites_____ and absentee ballot processing sites _____ in _____ County, Arkansas, to observe and ascertain the identity of persons presenting themselves to vote in person or by absentee for the purpose of challenging any voter in accordance with Arkansas Code §§ 7-5-312, 7-5-416, and 7-5-417.  I further state that I have designated and authorized my representative named above to be present at the ballot counting locations at _____ in _____ County, Arkansas, for the purpose of witnessing the counting of ballots by election officials and determining whether ballots are fairly and accurately counted in accordance with Arkansas Code §§ 7-5-312, 7-5-316, 7-5-413, 7-5-416, 7-5-527, and 7-5-615.

### Representative of a Group

I, _____, state that I represent the _____ group which is seeking passage/defeat *(circle one)* of the ballot measure entitled _____ on the ballot in the _____ election at polling sites _____ and absentee ballot processing sites _____ in _____ County, Arkansas, to observe and ascertain the identity of persons presenting themselves to vote in person or by absentee for the purpose of challenging any voter in accordance with Arkansas Code §§ 7-5-312, 7-5-416 and 7-5-417.

### Representative of a Party

I, _____, state that I am the chairman or secretary of the state/county *(circle one)* committee for the _____ party with candidates on the ballot in the _____ election.   I   further   state   that   I   have   designated _____ as an authorized party representative at the election at polling sites _____ and absentee ballot processing sites _____ in _____ County, Arkansas, to observe and ascertain the identity of persons presenting themselves to vote in person or by absentee for the purpose of challenging any voter in accordance with Arkansas Code §§ 7-5-312, 7-5-416, and 7-5-417.  I further state that I have designated and   authorized   my   representative   named   above   to   be   present   at   the   ballot   counting   locations   at _____ in _____ County, Arkansas, for the purpose of witnessing the counting of ballots by election officials and determining whether ballots are fairly and accurately counted in accordance with Arkansas Code §§ 7-5-312, 7-5-316, 7-5-413, 7-5-416, 7-5-527, and 7-5-615.

_____
**Signature of Candidate, Group Representative, or Chair/Sec. of the St./Cnty. Committee**

Acknowledged before me this _____ day of _____, 20 ___.

Notary Public: _____ My Commission Expires: _____

---

I do hereby state that I am familiar with the rights and responsibilities of a poll watcher as outlined on the back of the poll watcher authorization form and will in good faith comply with the provisions of same.

_____
**Signature of Poll Watcher**

Acknowledged before me this _____ day of _____, 20 ___.

Notary Public: _____ My Commission Expires: _____

---

I do hereby acknowledge filing this poll watcher authorization form with the county clerk's office.

_____
**Signature of County Clerk**

184

DEFS_066846

# POLL WATCHER RIGHTS AND RESPONSIBILITIES

A poll watcher may be:
1) A candidate in person, but only during the counting and tabulation of ballots and the processing of absentee ballots;
2) An authorized representative of a candidate;
3) An authorized representative of a group seeking the passage or defeat of a measure on the ballot; or
4) An authorized representative of a party with a candidate on the ballot.

Official recognition of poll watchers:
1) Only one (1) authorized poll watcher per candidate, group, or party at any one (1) given time may be officially recognized as a poll watcher at each location within a polling site where voters identify themselves to election officials;
2) Only one (1) authorized poll watcher per candidate, group, or party at any one (1) given time may be officially recognized as a poll watcher at each location within the absentee ballot processing site where absentee ballots are processed; and
3) Only one (1) authorized poll watcher per candidate or party at any one (1) given time may be officially recognized as a poll watcher at the counting of the ballots.

Poll watcher credentials:
1) Except for candidates in person, poll watchers must present a valid affidavit in the form of a "Poll Watcher Authorization Form" to an election official immediately upon entering the polling or counting location.
2) Candidates in person are not required to present a "Poll Watcher Authorization Form" but must present some form of identification to an election official immediately upon entering the polling or counting location for the purpose of confirming the poll watcher as a candidate on the ballot.

Poll watchers may:
1) Observe the election officials;
2) Stand close enough to the precinct voter registration lists so as to hear the voter's name and observe the voter's signature;
3) Compile lists of persons voting;
4) Challenge ballots upon notification to an election official before the voter signs the precinct voter registration list and upon completing a "Challenged Ballot Form";
5) Call to the attention of the election sheriff any occurrence believed to be an irregularity or violation of election law. The poll watcher may not discuss the occurrence unless the election sheriff invites the discussion; and
6) Be present at the opening, processing, and canvassing of absentee ballots for the purpose of challenging absentee votes in the manner provided by law for personal voting challenges.

Poll watchers representing a candidate or political party may:
1) Remain at the polling site after the poll closes if ballots are counted at the poll;
2) Be present at the counting of votes by hand or by an electronic vote tabulating device at a central location;
3) Be present at the counting of absentee ballots for the purpose of witnessing the counting of ballots by election officials and determining whether ballots are fairly and accurately counted; and
4) Upon request made to an election official, inspect any or all ballots at the time the ballots are being counted.

Poll watchers may not:
1) Be within six feet (6') of any voting machine or booth used by voters to cast their ballot;
2) Speak to any voter or in any way attempt to influence a voter inside the polling site or within one hundred feet (100') of the primary exterior entrance used by voters to the building containing the polling site; or
3) Disrupt the orderly conduct of the election          Rev: 8/21

185

# **Attention**



## Please Notify a Poll Worker if you believe that:

➢ **You have been given the wrong ballot**

➢ **Your ballot does not contain all the candidate names it should**

### or

➢ **If your "Printed Ballot" does not reflect your choices**

Once you have placed your ballot in the slot of the scanner / ballot box it's too late - you have voted!

186

This Page Intentionally Blank

187

DEFS_066849

# CROSSOVER VOTING IS A CRIME

## VOTERS:

It is a misdemeanor, punishable by up to one year incarceration and a fine of up to $2,500, for a person to vote in the preferential primary of one political party and the general primary (runoff) of another.

*[A.C.A. §7-1-103(a)(19)(B), (b)]*

## POLL WORKERS:

It is a felony, punishable by up to six years incarceration and a fine of up to $10,000 for a poll worker to knowingly permit a person to vote other than his or her legal ballot or fraudulently permit a person to vote illegally.

*[A.C.A. §7-1-104(a)(13), (14), (b)]*

188

DEFS_066850

This Page Intentionally Blank

189

DEFS_066851

# NOTICE ON ELECTIONEERING

ELECTIONEERING means the display of, or audible dissemination of, information that advocates for or against any candidate, issue, or measure on a ballot

ELECTIONEERING includes:

- Handing out, distributing, or offering to hand out or distribute campaign literature or literature regarding a candidate, issue, or measure on the ballot;
- Soliciting signatures on any petition;
- Soliciting contributions;
- Displaying a candidate's name, likeness, or logo;
- Displaying a ballot measure's number, title, subject, or logo;
- Displaying or dissemination of buttons, hats, pencils, pens, shirts, signs, or stickers containing electioneering information; and
- Disseminating audible electioneering information.

## PROHIBITION

Arkansas Code 7-1-103 and 7-1-104 prohibit electioneering in the building or within 100 feet of the primary exterior entrance used by voters in which voting is taking place, or with persons standing in line to vote. Also, a person shall not enter or remain in the area except for a person entering or leaving a building for lawful purposes where voting is taking place.

## PUNISHMENT

Violation of electioneering laws is, at the minimum, a Class A misdemeanor offense punishable by fine or confinement.

190

DEFS_066852

This Page Intentionally Blank

191

DEFS_066853

# Ballot Disposition Report

| | | |
|---|---|---|
| Election Type | Date of Election | Cnty. Conducting Election |

If applicable, list the Cnty, Cty(s), or School(s) for which a School Election or Special Election was held.

## Provisional Ballots

1) ___0___ Total Number of Provisional Ballots

2) _____ Number of Provisional Ballots Cast - Early Voting

3) _____ Number of Provisional Ballots Cast - Election Day Voting

4) ___0___ * Total Number of In-Person Provisional Ballots Cast

Reasons for Casting In-Person Provisional Ballots
A) _____ Failure to Satisfy General ID Requirement
B) _____ Failure to Satisfy First Time / Flagged ID Requirement
C) _____ Voter did not Appear on the PVR List (Poll Book)
D) _____ Voters Marked as Having Been Sent an Absentee Ballot
E) _____ Voter Marked as Having Already Voted
F) _____ Voter Requests to Vote an Alternative Ballot
G) _____ Ballot Cast during Court Ordered Extended Voting
H) _____ Poll Watcher Challenge

5) _____ * Total Number of Absentee Ballots Made Provisional

Reasons Absentee Ballot was made Provisional
A) _____ Failure to Satisfy General ID Requirement
B) _____ Failure to Satisfy First Time / Flagged ID Requirement
C) _____ Bearer, Agent, or Admin. Name Differed (envelope to voter statement)
D) _____ Bearer's Name Differed (application to voter statement)
E) _____ Poll Watcher Challenge

6) _____ Number of Provisional Ballots Not Counted - Early Voting

7) _____ Number of Provisional Ballots Not Counted - Election Day Voting

8) ___0___ † Total Number of Rejected Provisional Ballots  - In-Person Voting

Reasons for In-Person Provisional Ballot's Rejection
A) _____ Not Registered to Vote

Revised: August 2021

192

DEFS_066854

B) _____ Failed to satisfy Post-Election ID Presentment Requirement
C) _____ Determined to have Already Voted
D) _____ Did not Sign the Provisional Ballot Envelope
E) _____ Omitted Name from the Provisional Ballot Envelope
F) _____ Omitted Address from the Provisional Ballot Envelope
G) _____ Omitted DOB from the Provisional Ballot Envelope
H) _____ Voted on the Wrong Ballot
I) _____ Court Ordered Extended Voting Invalidated

9) ____0____ † Number of Rejected Provisional Ballots – Absentee Ballots

Reasons for Absentee Provisional Ballot's Rejection
A) _____ Failed to satisfy Post-Election ID Presentment Requirement
B) _____ Voted on the Wrong Ballot
C) _____ Voter Found as Not Registered to Vote

10) ____0____ Total Number of Rejected Provisional Ballots

Total Number of Provisional Ballots Rejected (Restated by Category)
A) ___0___ Voter Found as Not Registered to Vote
B) ___0___ Voted on the Wrong Ballot
C) ___0___ Did not Sign the Provisional Ballot Envelope
D) ___0___ Omitted Name from the Provisional Ballot Envelope
E) ___0___ Omitted Address from the Provisional Ballot Envelope
F) ___0___ Omitted DOB from the Provisional Ballot Envelope
G) ___0___ Failed to satisfy Post-Election ID Presentment Requirement
H) ___0___ Determined to have Already Voted
I) ___0___ Court Ordered Extended Voting Invalidated

11) ____0____ Total Number of Counted Provisional Ballots

### Absentee Ballots

12) _____ Total Number of Absentee Ballots Returned (as of certification)

13) ____0____ Total Number of Absentee Ballots Rejected

14) ____0____ † Number of Absentee Ballots Rejected (excluding absentee provisionals)

Reasons for Absentee Ballot's Rejection (Non-Provisionals)
A) _____ Did not Sign the Absentee Voter Statement
B) _____ Omitted Name from the Absentee Voter Statement
C) _____ Omitted Address from the Absentee Voter Statement
D) _____ Omitted DOB from the Absentee Voter Statement
E) _____ Failed to Return an Absentee Voter Statement
F) _____ CBEC determined Signature did not Compare
G) _____ CBEC determined Name did not Compare

193

DEFS_066855

H)_____ CBEC determined Address did not Compare
I)_____ CBEC determined DOB did not Compare
J)_____ Ballot included in a Bulk Mailing
K)_____ Ballot Returned After the Deadline (as of certification)
L)_____ Failed to Satisfy Third Party Ballot Return Requirement

15)____0____ Total Number of Counted Absentee Ballots

## Overall Totals

16)_____ Total Number of In-Person Votes Cast During Early Voting

17)_____ Total Number of In-Person Votes Cast on Election Day

18)____0____ Total Number of In-Person Votes Cast

19)____0____ Total Number of Ballots Rejected

20)____0____ Total Number of Ballots Counted

21)____0____ Total Number of Ballots Cast

## Certification
I attest that the information provided on this report is true and correct to the best of my knowledge and belief.

_____        _____        _____
Signature                        Date             Printed Name


_____
Office / Position of Person Filing this Report

## Instructions
Pursuant to Act 1022 of 2021, this report must be completed and filed with the State Board of Election Commissioners within 30 days of an election. You are required to enter the number of ballots described next to each blank which is unshaded. If an election had no ballots which are described by an unshaded line, the individual completing the form should enter a zero. Lines which are shaded will be calculated based on the answers provided.

* A ballot may be made provisional for more than one reason causing the total number of provisional ballots to sometimes be less than the total number of causes for ballots being made provisional.

† A ballot should be listed as rejected only for a single reason. If a ballot contains multiple deficiencies, the ballot should be logged for the first deficiency identified in the canvassing process which requires the ballot to be rejected.

194

DEFS_066856

This Page Intentionally Blank

195

DEFS_066857



## DEGREES OF CONSANGUINITY
### (Relationship to Candidate)

Ark. Code Ann. § 7-4-109(d) states that "No person may serve as an election official if married to or related within the second degree of consanguinity to any candidate running for office in the current election if objection to his or her service is made to the county board within ten (10) calendar days after posting the list of officials."

DEFS_066858

This Page Intentionally Blank

197

DEFS_066859