UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LEAGUE OF WOMEN VOTERS
OF ARKANSAS, et al.                                                                                      PLAINTIFFS

v.                                        No. 5:20-cv-05174

JOHN THURSTON, in his official capacity
as the Secretary of State of Arkansas, et al.                                                  DEFENDANTS

## JUDGMENT

On November 15, 2021, the Court issued an Opinion and Order (Doc. 54) in this matter dismissing Plaintiffs' separate due process claim. Today, the Court has issued a second Opinion and Order (Doc. 126) dismissing Plaintiffs' remaining claims. No unresolved claims remain in this matter.

IT IS THEREFORE ADJUDGED that the claims of the League of Women Voters of Arkansas, John McNee, Shirley Fields, Marnette Pennington, and Mary McNamer are DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 29th day of September, 2023.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE